# EXHIBIT B

Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JON, Yong Sang (a.k.a. CHO'N, Myo'ng-kuk; a.k.a. JON, Myong Guk), Syria; DOB 18 Oct 1976; alt. DOB 25 Aug 1976; Passport 4721202031 (Korea, North) expires 21 Feb 2017; Diplomatic Passport 836110035 expires 01 Jan 2020; Tanchon Commercial Bank Representative in Syria (individual) [NPWMD] (Linked To: TANCHON COMMERCIAL BANK).

JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONDALLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDOLLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONDOLLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDULLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONDULLAH (a.k.a. ARMY OF GOD (GOD'S ARMY); a.k.a. BALOCH PEOPLES RESISTANCE MOVEMENT (BPRM); a.k.a. FEDAYEEN-E-ISLAM; a.k.a. FORMER JUNDALLAH OF IRAN; a.k.a. JONBESH-I MOQAVEMAT-I-MARDOM-I IRAN; a.k.a. JONDALLAH; a.k.a. JONDOLLAH; a.k.a. JUNDALLAH; a.k.a. JUNDOLLAH; a.k.a. JUNDULLAH; a.k.a. PEOPLE'S RESISTANCE MOVEMENT OF IRAN (PMRI); a.k.a. SOLDIERS OF GOD; a.k.a. THE POPULAR RESISTANCE MOVEMENT OF IRAN), Iran; Pakistan; Afghanistan [FTO] [SDGT].

JONES, Sally (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally Anne; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONES, Sally Anne (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally-Anne Frances; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONES, Sally-Anne Frances (a.k.a. HUSSAIN, Sakinah; a.k.a. JONES, Sally; a.k.a. JONES, Sally Anne; a.k.a. "AL-BRITANI, Umm Hussain"), Syria; DOB 17 Nov 1968; POB Greenwich, England; nationality United Kingdom; Passport 519408086 (United Kingdom) issued 23 Sep 2013 expires 23 Sep 2023 (individual) [SDGT].

JONG, Yong Su, Korea, North; DOB 15 Dec 1950; nationality Korea, North; Gender Male; Passport 563310172; Minister of Labor (individual) [DPRK2].

JONGWE PRINTING & PUBLISHING COMPANY (PVT) LTD (a.k.a. JONGWE PRINTING AND PUBLISHING CO; a.k.a. JONGWE PRINTING AND PUBLISHING COMPANY; a.k.a. JONGWE PRINTING AND PUBLISHING COMPANY (PVT) LTD), 14 Austin Road, Coventry Road, Workington, Harare, Zimbabwe; Po Box 5988, Harare, Zimbabwe [ZIMBABWE].

JONGWE PRINTING AND PUBLISHING CO (a.k.a. JONGWE PRINTING & PUBLISHING COMPANY (PVT) LTD; a.k.a. JONGWE PRINTING AND PUBLISHING COMPANY; a.k.a. JONGWE PRINTING AND PUBLISHING COMPANY (PVT) LTD), 14 Austin Road, Coventry Road, Workington, Harare, Zimbabwe; Po Box 5988, Harare, Zimbabwe [ZIMBABWE].

JONGWE PRINTING AND PUBLISHING COMPANY (a.k.a. JONGWE PRINTING & PUBLISHING COMPANY (PVT) LTD; a.k.a. JONGWE PRINTING AND PUBLISHING CO; a.k.a. JONGWE PRINTING AND PUBLISHING COMPANY (PVT) LTD), 14 Austin Road, Coventry Road, Workington, Harare, Zimbabwe; Po Box 5988, Harare, Zimbabwe [ZIMBABWE].

JONGWE PRINTING AND PUBLISHING COMPANY (PVT) LTD (a.k.a. JONGWE PRINTING & PUBLISHING COMPANY (PVT) LTD; a.k.a. JONGWE PRINTING AND PUBLISHING CO; a.k.a. JONGWE PRINTING AND PUBLISHING COMPANY), 14 Austin Road, Coventry Road, Workington, Harare, Zimbabwe; Po Box 5988, Harare, Zimbabwe [ZIMBABWE].

JOSAFAT S.A., Calle 28 No. 27-18, Tulua, Valle, Colombia; NIT # 800112217-4 (Colombia) [SDNT].

JOSE PIELES, Km. 4 via Caucasia Caceres, Hda. Contadora, Caucasia, Antioquia, Colombia; Matricula Mercantil No 54369602 (Medellin) [SDNTK].

JOSIPOVIC, Drago; DOB 14 Feb 1955; POB Santici, Bosnia-Herzegovina; ICTY indictee (individual) [BALKANS].

JOUMAA MONEY LAUNDERING ORGANIZATION / DRUG TRAFFICKING ORGANIZATION (a.k.a. "JOUMAA MLO/DTO"), Beirut, Lebanon; Maicao, Colombia [SDNTK].

JOUMAA, Aiman (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMAA, Ayman Saied (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Eiman; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMAA, Eiman (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman;

a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMHA, Aymen), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMHA, Aymen (a.k.a. JOMAA KHARFAN, Aiman Said; a.k.a. JOMAA, Aymen; a.k.a. JOMAA, Aymen Saeid; a.k.a. JOUMAA, Aiman; a.k.a. JOUMAA, Ayman Saied; a.k.a. JOUMAA, Eiman), Lebanon; Maicao, Colombia; Medellin, Colombia; DOB 21 Jun 1964; alt. DOB 15 Jun 1976; POB Al Karouan, Lebanon; alt. POB Barranquilla, Colombia; nationality Lebanon; alt. nationality Colombia; citizen Lebanon; alt. citizen Colombia; Cedula No. 84075050 (Colombia); Passport RL 0235074 (Lebanon); alt. Passport P013331 (Colombia) (individual) [SDNTK].

JOUMILY, Ayad Hamed Mahal (a.k.a. AL-IRAQI, Abu Yahya; a.k.a. ALJAMALI, Ayad Hamed Mohl; a.k.a. AL-JUMAIL, Ayad Hamed Mohal; a.k.a. AL-JUMAILI, Ayad; a.k.a. AL-JUMAILI, Ayad Hamid; a.k.a. AL-JUMAILY, Iyad Hamed Mahl; a.k.a. AL-JUMAYLI, Iyad; a.k.a. MAHAR, Ayad Miuhammed; a.k.a. MAHAR, Ayad Muhammad; a.k.a. SHUAB, Ayad Hammed Muhal; a.k.a. "YAHYA, Abu"); DOB 01 Jan 1977; alt. DOB 01 Jul 1972; nationality Iraq; Gender Male (individual) [SDGT] (Linked To: ISLAMIC STATE OF IRAQ AND THE LEVANT).

JOYA GRANDE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE ZOOLOGICO Y ECOPARQUE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

JOYA GRANDE ZOOLOGICO Y ECOPARQUE (a.k.a. INVERSIONES TURISTICAS JOYA GRANDE, S.A. DE C.V.; a.k.a. JOYA GRANDE; a.k.a. ZOO JOYA GRANDE; a.k.a. ZOOLOGICO JOYA GRANDE; a.k.a. ZOOLOGICO Y ECO-PARQUE JOYA GRANDE), Colonia Moderna, San Pedro Sula, Cortes, Honduras; Km. 9 despues de Santa Cruz de Yojoa, San Pedro Sula, Cortes, Honduras; RTN 08019011356332 (Honduras) [SDNTK].

JOYERIA MANUELLA H.M., Carrera 50 #9B-20, Cali, Valle, Colombia; Matricula Mercantil No 818178-2 (Cali) [SDNTK].

JOYERIA MVK, Calle 100 # 10-29, Turbo, Antioquia, Colombia; NIT # 8358401-7 (Colombia) [SDNTK].

JOZA INDUSTRIAL COMPANY (a.k.a. JOZA INDUSTRIES COMPANY), P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JOZA INDUSTRIES COMPANY (a.k.a. JOZA INDUSTRIAL COMPANY), P.O. Box 16595-159, Tehran, Iran; Additional Sanctions Information - Subject to Secondary Sanctions [NPWMD] [IFSR].

JR CONTROLADORA DE RESTAURANTES, S.A. DE C.V., Martin L. Guzman 259-3, Colonia Villa de Cortes, Delegacion Benito Juarez, Mexico City, Mexico; Folio Mercantil No. 325909 (Mexico) [SDNTK].

JSB SOBINBANK (a.k.a. SOBINBANK), 15 Korp. 56 D. 4 Etazh ul. Rochdelskaya, Moscow 123022, Russia; 15/56 Rochdelskaya Street, Moscow 123022, Russia; SWIFT/BIC SBBARUMM; Website http://www.sobinbank.ru; Registration ID 1027739051009; Government Gazette Number 09610355 [UKRAINE-EO13661].

JSC 'ALMAZ-ANTEY' MSDB (a.k.a. A.A. RASPLETIN MAIN SYSTEM DESIGN BUREAU; a.k.a. ALMAZ-ANTEY GSKB; a.k.a. ALMAZ-ANTEY GSKB IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. ALMAZ-ANTEY MSDB; a.k.a. ALMAZ-ANTEY PVO 'AIR DEFENSE' CONCERN LEAD SYSTEMS DESIGN BUREAU OAO 'OPEN JOINT-STOCK COMPANY' IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. GOLOVNOYE SISTEMNOYE KONSTRUKTORSKOYE BYURO OPEN JOINT-STOCK COMPANY OF ALMAZ-ANTEY PVO CONCERN IMENI ACADEMICIAN A.A. RASPLETIN; a.k.a. JOINT STOCK COMPANY ALMAZ-ANTEY AIR DEFENSE CONCERN MAIN SYSTEM DESIGN BUREAU NAMED BY ACADEMICIAN A.A. RASPLETIN; f.k.a. OTKRYTOE AKTSIONERNOE OBSHCHESTVO NAUCHNO PROIZVODSTVENNOE OBEDINENIE ALMAZ IMENI AKADEMIKA A.A. RASPLETINA; a.k.a. "GSKB"), 16-80, Leningradsky Prospect, Moscow 125190, Russia; Website http://www.raspletin.ru/; Email Address info@raspletin.ru; alt. Email Address almaz_zakupki@mail.ru [UKRAINE-EO13661].

JSC BELSHINA (a.k.a. BELSHINA OAO; a.k.a. BELSHINA OJSC; a.k.a. BELSHINA TYRE WORKS OAO; f.k.a. RUP BELORUSSKY SHINNY KOMBINAT BELSHINA), Minsk Highway, Bobruisk, Mogilev region, Belarus; Minsk Highway Bobruisk, 213824, Mogilev Region, Belarus; Minskoye schosse Bobruisk 213824, Mogilevskaya oblast, Belarus [BELARUS].

JSC 'BLACK SEA BANK FOR DEVELOPMENT & RECONSTRUCTION' (a.k.a. AKTSIONERNOE OBSHCHESTVO CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII; a.k.a. BANK CHBRR, AO; f.k.a. BANK CHBRR, PAO; a.k.a. 'CHERNOMORSKI BANK RAZVITIYA I REKONSTRUKTSII, OTKRYTOE AKTSIONERNOE OBSHCHESTVO'; a.k.a. JOINT STOCK COMPANY BLACK SEA BANK OF DEVELOPMENT AND RECONSTRUCTION; f.k.a. OPEN JOINT STOCK COMPANY BLACK SEA DEVELOPMENT AND RECONSTRUCTION BANK), 24 ul. Bolshevistskaya, Simferopol, Crimea 295001, Ukraine; BIK (RU) 043510101; Registration ID 1149102030186 (Russia); Tax ID No. 9102019769 (Russia); Government Gazette Number 00204814 (Russia); License 3527 (Russia) [UKRAINE-EO13685].

JSC CB 'IS BANK' (a.k.a. AKTSIONERNOE OBSHCHESTVO KOMMERCHESKI BANK INDUSTRIALNY SBEREGATELNY BANK; f.k.a. CLOSED JOINT STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'; a.k.a. IS BANK, AO; a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK 'INDUSTRIAL SAVINGS BANK'), Eldoradovsky per 7, Moscow 125167, Russia; 29/UL, prospect Kirova, Simferopol, Crimea 295011, Ukraine; Building 160, Office 104, Kievskaya Street, Simferopol, Crimea 295493, Ukraine; Building 25, Lenin Street, Kerch, Crimea 298300, Ukraine; SWIFT/BIC RISB RU MM; BIK (RU) 044525349; Registration ID 1027739339715 (Russia); Tax ID No. 7744001673 (Russia); Government Gazette Number 40199908 (Russia) [UKRAINE-EO13685].

JSC CB NORTH CREDIT (a.k.a. JOINT-STOCK COMPANY COMMERCIAL BANK NORTH CREDIT; a.k.a. NORTH CREDIT BANK), Building 27, Herzen Street, Vologda, Vologda Oblast 160000, Russia; Building 29a, Zhelyabova Street, Simferopol, Crimea 295011,