# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SAIED JOUMAA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVEN MNUCHIN, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 17-2780 (TJK) |

### DEFENDANTS' MOTION TO DISMISS
### OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

　　Defendants Steven Mnuchin, in his official capacity as Secretary of the U.S. Department of the Treasury, and the U.S. Department of the Treasury, Office of Foreign Assets Control, by and through undersigned counsel, hereby move for dismissal pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  In support of this motion, Defendants submit the accompanying Memorandum and proposed Order.

Dated April 20, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　JOHN R. GRIFFITHS
　　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/Stuart J. Robinson*
　　　　　　　　　　　　　　　　　　　　STUART J. ROBINSON
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　450 Golden Gate Ave.

San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

Counsel for Defendants