UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AYMAN SAIED JOUMAA  Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 17-2780 (TJK) |
| STEVEN MNUCHIN, *et al.*  Defendants. | ) ) ) ) | |

## NOTICE

Pursuant to LCvR 7(n)(1), "[i]n cases involving the judicial review of administrative agency actions . . . counsel shall provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support or in opposition to any dispositive motion." This appendix "shall be prepared jointly by the parties and filed within 14 days following the final memorandum on the subject motion." LCvR 7(n)(2).

As a result of Defendants' Motion for Leave to File a Sur-Reply, counsel has agreed that the joint appendix would be most appropriately filed 14 days from the Court's resolution of the pending motion, as Defendants' Sur-Reply in Support of Their Motion to Dismiss or, In the Alternative, for Summary Judgment and In Opposition to Plaintiff's Cross-Motion for Summary Judgment would prove the "final memorandum" on the subject motion. For this reason, absent the Court's direction otherwise, counsel does not intend to file the joint appendix on June 8, 2018, as it would be otherwise required to do. Counsel for Plaintiff and Defendants have agreed to file

the joint appendix 14 days from the Court's resolution of the pending Motion for Leave to File a Sur-Reply.

Dated: June 8, 2018

                                          Respectfully submitted,

                                          /s/ Erich C. Ferrari, Esq.
                                          Erich C. Ferrari, Esq.
                                          Ferrari & Associates, P.C.
                                          1455 Pennsylvania Ave., NW
                                          Suite 400
                                          Washington, D.C. 20004
                                          Telephone: (202) 280-6370
                                          Fax: (877) 448-4885
                                          Email: ferrari@falawpc.com
                                          DC Bar No. 978253