## IN THE UNITED STATES DISTRIC COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYMAN SAIED JOUMAA ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 17-2780 (TJK) |
| v. ) | |
| ) | |
| STEVEN MNUCHIN, *et al.* ) | |
| Defendants. ) | |
| ) | |

### PROVISION OF JOINT APPENDIX

Pursuant to Local Civil Rule 7(n), Plaintiff is hereby providing the joint appendix "containing copies of those portions of the administrative record that are cited or otherwise relied upon in [the] memorand[a] in support of or in opposition to [the] dispositive motion[s]" at issue. The joint appendix has been agreed on by the parties, consistent with Local Civil Rule 7(n)(2).

Dated: February 28, 2019

/s/ Erich C. Ferrari, Esq.
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

Counsel for Plaintiff

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

DIANE KELLEHER
Assistant Branch Director

/s/Stuart J. Robinson
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632

Email: stuart.j.robinson@usdoj.gov
Cal. Bar No. 267183

Counsel for Defendants