



FNK 7782 0149



FNK 7782 0150





FNK 7782 0152











FNK 7782 0157









FNK 7782 0161



FNK 7782 0162





FNK 7782 0164



FNK 7782 0165





FNK 7782 0167



FNK 7782 0168



FNK 7782 0169



62

## PASAPORTE ORDINARIO
### COL

El pasaporte ordinario también caducará cuando sus páginas hayan sido utilizadas en su totalidad y cuando presente señales de adulteración, enmendadura o deterioro.

Si usted va a residir en el exterior, debe inscribirse en el Consulado Colombiano más próximo al lugar de residencia.

En caso de accidente o pérdida del documento, favor enviarlo al consulado de Colombia más cercano o comunicarse con:

*In case of accident or loss of this document, please send it to the nearest colombian consulate or contact:*

Nombre / Name: _____

Dirección / Adress: _____

País / Country: _____ Tel: _____

Indice                                      Rh:

Firma del titular

Toda alteración en este pasaporte implica su invalidez.
*Any alteration to the passport will render it invalid.*

FNK 7782 0170



FNK 7782 0171





FNK 7782 0173



التأشيرات / VISAS

FNK 7782 0174



FNK 7782 0175



FNK 7782 0176



١٠   VISAS / التأشيرات          VISAS / التأشيرات   ١١

FNK 7782 0177



FNK 7782 0178





FNK 7782 0180



FNK 7782 0181



٢٠   التأشيرات / VISAS

٢١   التأشيرات / VISAS

20

21

FNK 7782 0182



FNK 7782 0183



FNK 7782 0184



FNK 7782 0185



FNK 7782 0186



FNK 7782 0187



FNK 7782 0188



FNK 7782 0189



FNK 7782 0190



FNK 7782 0191



FNK 7782 0192



FNK 7782 0193



FNK 7782 0194



FNK 7782 0195



FNK 7782 0196



FNK 7782 0197

## OBSERVACIONES IMPORTANTES

*Ningún colombiano podrá ser portador de más de un pasaporte colombiano vigente, no importa la clase de documento. Quien posea pasaporte vigente y solicitare la expedición de uno nuevo de la misma o de otra clase, ocultando a la entidad expedidora la existencia de ese pasaporte, incurrirá en las sanciones penales a que haya lugar.*

*Los Funcionarios consulares prestarán asistencia a los connacionales, de conformidad con las Leyes Colombianas, los Tratados Públicos y el Derecho de Gentes.*

*ATENCIÓN: Cuide el pasaporte. Su pérdida o deterioro puede causarle inconvenientes en el exterior.*

*El buen nombre de COLOMBIA en el mundo depende del respeto que usted dé a las Leyes y costumbres de las naciones que visita.*

AK 656883

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.



REPUBLICA DE COLOMBIA

PASAPORTE

"El Gobierno de Colombia solicita a las autoridades nacionales y extranjeras dar al titular del presente pasaporte las facilidades para su normal tránsito y brindarle, en caso de necesidad, la ayuda y cooperación que puedan ser útiles.

The Government of Colombia requests all national and foreign authorities to allow the bearer of this passport to move freely and in case of need to afford such help and assistance as may be necessary.

Le Gouvernement de la Colombie demande aux autorités nationales et étrangères de donner au titulaire du présent passeport, les facilités pour son déplacement normal et de lui procurer l'aide et la coopération qui puissent lui être utiles, en cas de nécessité."

FNK 7782 0198



REPUBLICA DE COLOMBIA

PASAPORTE
PASSPORT

TIPO / TYPE
P

COD. PAIS / CODE COUNTRY
COL

PASAPORTE N°/ PASSPORT No.
C.C.84.075.050

APELLIDOS / SURNAME
JOMAA KHARFAN

NOMBRES / GIVEN NAMES
AIMAN SAID

SEXO / SEX
M

FECHA Y LUGAR DE NACIMIENTO / DATE AND PLACE OF BIRTH
15 Junio 1976 Barranquilla Atl.

LUGAR Y FECHA DE EXPEDICION / PLACE AND DATE OF ISSUE
Beirut 15 Febrero 2008

FECHA DE VENCIMIENTO / DATE OF EXPIRY
15 Febrero 2018

AUTORIDAD / AUTHORITY

MABRA DEL TRANSITO BELLO T.
Consejero - E. F. Consulares

MODIFICACIONES

4

El presente pasaporte reemplaza al
No. P013531 expedido el 24 de Abril
de 1998 en Riohacha, el cual se anula
por caducidad.

Beirut, 15 de febrero de 2008

*Imorio T. Bello T.*
MARIA DEL TRANSITO BELLO T.
Consejero - E. F. Consulares

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

5

AK656693

REPUBLICA BOLIVARIANA DE VENEZUELA
Ministerio del Poder Popular para las
Relaciones Interiores y Justicia
ONIDEX
Recuento de Pasaporte
CANCELACION DE TIMBRES FISCALES

Nº DE PLANILLA    80970383
MONTO EN BsF:    138 °°
CONCEPTO    Recuento
FECHA    02-13-2009
BANCO    Fondo Comun
COD.    2549/00

FIRMA Y SELLO

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0200



FNK 7782 0201

8

REPÚBLICA BOLIVARIANA DE VENEZUELA
Ministerio del Poder Popular para las
Relaciones Interiores.
ONIDEX
DEPARTAMENTO DE PRÓRROGAS Y
RESIDENCIAS
CANCELACIÓN DE TIMBRES FISCALES

N° DE PLANILLA: 89360202

MONTO EN Bs: 150,=

CONCEPTO: Renovación de Visa

FECHA: 02.03.09

BANCO: B.F.O

COD.: 21890

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.



9

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA
RELACIONES INTERIORES Y JUSTICIA
DIRECCIÓN GENERAL DE
IDENTIFICACIÓN Y EXTRANJERÍA

RESIDENTE

SOLICITUD          402255

1 7 FEB 2009

72 254.541

Tomas Climan

05.03.2012

FIRMA AUTORIZADA.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

L 402255

FNK 7782 0202



REPÚBLICA BOLIVARIANA DE VENEZUELA
ONIDEX

0 2 MAR 2009

AEROPUERTO INTERNACIONAL
SIMÓN BOLÍVAR · MAIQUETÍA

*Toda alteración en este pasaporte implica su invalidez.*
*Any alteration to this passport will render it invalid*

*Toda alteración en este pasaporte implica su invalidez.*
*Any alteration to this passport will render it invalid*

FNK 7782 0203



Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0204



Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0205




Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0206



Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.



22

23

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0208



24

25

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0209



26

27

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0210



Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.

FNK 7782 0211



30

31

*Toda alteración en esta pasaporte implica su invalidez.*
*Any alteration to this passport will render it invalid.*

*Toda alteración en esta pasaporte implica su invalidez.*
*Any alteration to this passport will render it invalid.*



32

PASAPORTE ORDINARIO
"COL"

El pasaporte ordinario también caducará cuando sus páginas hayan sido utilizadas en su totalidad y cuando presente señales de adulteración, enmendadura o deterioro.

Si usted va a residir en el exterior, debe inscribirse en el Consulado Colombiano más próximo al lugar de residencia.

En caso de accidente o pérdida del documento, favor enviarlo al consulado de Colombia más cercano o comunicarse con:

*In case of accident or loss of this document, please send it to the nearest colombian consulate or contact:*

Nombre / Name: _____

Dirección / Address: _____

País / Country: _____    Tel: _____

Índice derecho / Index Finger:                Rh: _____

Firma del titular

Toda alteración en este pasaporte implica su invalidez.
Any alteration to this passport will render it invalid.



FNK 7782 0214



FNK 7782 0215



FNK 7782 0216



FNK 7782 0217



FNK 7782 0218



FNK 7782 0219



FNK 7782 0220



FNK 7782 0221



14

VISAS

14

15

VISAS

15

EXPEDICIÓN A LOS CAYOS

DIEGO IBARRA





FNK 7782 0224



FNK 7782 0225



FNK 7782 0226



FNK 7782 0227



FNK 7782 0228



FNK 7782 0229



FNK 7782 0230



34

VISAS

34

BATALLA DE CARABOBO

El Gobierno de la República Bolivariana de Venezuela, solicita a las autoridades nacionales y extranjeras, brindar al titular de este pasaporte, las facilidades para su normal tránsito y prestarle en los casos pertinentes, la ayuda y cooperación necesarias; de conformidad a lo establecido en la Constitución de la República Bolivariana de Venezuela, pactos, tratados y convenios internacionales suscritos por nuestra República en esta materia.

The Government of the Bolivarian Republic of Venezuela requests from domestic and foreign authorities, assistance in order to ensure the passport bearer, free transit through the territory and to provide, when applicable, all the necessary aid and cooperation; in accordance with the Constitution of the Bolivarian Republic of Venezuela, international pacts, treaties and agreements to which Venezuela is signatory.

En caso de pérdida o extravío de este pasaporte en el exterior, se agradece enviarlo a las siguientes direcciones: Sedes Diplomáticas o Representaciones Consulares de la República Bolivariana de Venezuela, o informar al Ministerio de Relaciones Exteriores, a través de la página web www.mre.gob.ve

In the event of loss of this passport abroad, it should be immediately delivered to the nearest office of interior or Diplomatic or Consular agency of the Bolivarian Republic of Venezuela, or inform the Department of Foreign Affairs through its web page www.mre.gob.ve

# EXHIBIT

# B

FNK 7782 0232



235535
2008
9/11/2008
10:35 a

# REPUBLICA DE PANAMA
### PROVINCIA DE COLÓN

## Notaría Primera del Circuito
## de Colón

## Licda. Ines M. España A.
### NOTARÍA

TELEFONO: 441-3221 • CELULAR: 587-3709

## COPIA

Escritura Nº ___1656___ de __12__ de __NOVIEMBRE__ de 200_8_

**Por la cual** se protocoliza PACTO SOCIAL DE LA SOCIEDAD ANONIMA DENOMINADA

"GOLDI ELECTRONICS, S.A." con domicilio en la Provincia de

Colón, República de Panamá.-

FNK 7782 0233



NOTARIA PRIMERA DEL CIRCUITO DE COLÓN

ESCRITURA PÚBLICA NÚMERO MIL SEISCIENTOS CINCUENTA Y SEIS (1656).

Por la cual se protocoliza PACTO SOCIAL DE LA SOCIEDAD ANÓNIMA DENOMINADA

"GOLDI ELECTRONICS, S.A."

con domicilio en la Provincia de Colón, República de Panamá.

Colón, 12 de NOVIEMBRE de 2008.

En la ciudad de Colón, Cabecera de la Provincia y del Circuito Notarial del mismo nombre, en la República de Panamá, a los DOCE (12) días del mes de NOVIEMBRE de dos mil ocho (2008), ante mí, INÉS MARÍA ESPAÑA, NOTARIA PÚBLICA PRIMERA DEL CIRCUITO DE COLÓN, CON CÉDULA DE IDENTIDAD PERSONAL NÚMERO TRES-OCHENTA-DOS MIL CUATROCIENTOS TREINTA Y CUATRO (3-80-2434), compareció personalmente el Licenciado RICARDO SÉMPERO, varón, mayor de edad, panameño, de este vecindario, abogado en ejercicio, con cédula de identidad personal número tres-sesenta y tres-cuatrocientos veintiocho (3-63-428), persona a quien conozco y quien actúa en su condición de AGENTE RESIDENTE de la sociedad "GOLDI ELECTRONICS, S.A.", me entregó para su protocolización el Pacto Social de dicha sociedad. Queda hecha la protocolización solicitada y se expedirán las copias que solicite interesado alguno, advirtiéndole que copia de la misma deberá ser inscrita en el Registro Público para su entera validez, y leída como les fue en presencia de los testigos instrumentales AURORA REVELLO, con cédula de identidad personal número tres-ochenta-setecientos veinticuatro (3-80-724) y CLEOTILDE HURTADO DE LYNCH, con cédula de identidad personal número ocho-cuatrocientos diecinueve-novecientos treinta y nueve (8-419-939), personas a quienes conozco y son hábiles para este acto, quienes lo aprobaron y firman todos por ante mí, la Notaria que da fa.- Esta Escritura lleva el número MIL SEISCIENTOS CINCUENTA Y SEIS (1656).

(FDO) LIC. RICARDO SÉMPERO (FDO) AURORA REVELLO (FDO) CLEOTILDE HURTADO DE LYNCH (FDO) LICDA. INÉS MARÍA ESPAÑA. NOTARIA PÚBLICA PRIMERA DEL CIRCUITO DE COLÓN.

EL PACTO SOCIAL QUE SE PROTOCOLIZA ES EL SIGUIENTE: Quienes suscriben deseosos de constituir una sociedad de conformidad con las disposiciones legales pertinentes de la República de Panamá, en especial la ley 32 de mil novecientos veintisiete (1927).- Adoptamos el siguiente PACTO SOCIAL, el cual se regirá además de las disposiciones legales vigentes por la



REPÚBLICA DE PANAMÁ
PAPEL NOTARIAL



NOTARIA PRIMERA DEL CIRCUITO DE DÓLO...

1 de la inscripción en el libro de acciones.- NOVENO: La junta directiva está compuesta por tres

2 (3) directores y no más de cinco (5) directores elegidos por la Asamblea General de Accionistas.

3 Los accionistas elegirán de su propio seno a los directores que serán Un presidente, Un

4 secretario, Un tesorero. Los directores y los dignatarios de la sociedad no necesitan ser

5 accionistas.- DECIMO: DIRECTORES Y DIGNATARIOS DE LA SOCIEDAD SON LOS

6 SIGUIENTES: DIRECTOR PRESIDENTE: AIMAN SAID JOMAA KHARFAN, con pasaporte

7 personal No. C.C.84.075.050, y con domicilio en la Ciudad de Colón, República de Panamá.-

8 DIRECTOR SECRETARIO: JALAL JOMHA KHARFAN con pasaporte personal No.RC9467502, y

9 con domicilio en la Ciudad de Colón, República de Panamá.- DIRECTOR TESORERO: ISMAEL

10 YOUSSEF ABDALLAH, con pasaporte personal No.C.C.17.900.973, y con domicilio en la

11 Ciudad de Colón, República de Panamá.- DECIMO PRIMERO: El número de acciones comunes

12 al constituirse esta sociedad son los siguientes. 1- AIMAN SAID JOMAA KHARFAN, conviene

13 en suscribir una (1) acciones nominativa y pagadas de un valor nominal de $1,000.00 (mil con

14 00/100 dólares).- 2- JALAL JOMHA KHARFAN, conviene en suscribir una (1) acción

15 nominativa y pagada de un valor nominal de $1,000.00 (mil con 00/100 dólares).- DECIMO

16 SEGUNDO: En caso de vacante de la Junta Directiva, una mayoría de los directores restantes,

17 podrán llenar las vacantes con la aprobación de la Asamblea General, de acuerdo a la votación

18 de la mayoría.- DECIMO TERCERO: Cualquier director podrá desempeñar en la sociedad

19 cualquier cargo remunerado en adición al cargo de director, ningún director quedará

20 inhabilitado para celebrar contratos o entrar en arreglos o negocios con la sociedad.- DECIMO

21 CUARTO: La representación legal de la sociedad será ejercida por el presidente o por el

22 secretario indistintamente, y los que tengan poder general de la sociedad. El representante

23 legal podrá otorgar poder general y especial a la persona que estime conveniente, sin

24 autorización de la junta general de accionistas, ni de la junta directiva, en nombre y

25 representación de la sociedad.- DECIMO QUINTO: El agente residente de la sociedad será el

26 abogado RICARDO SEMPERO, con cédula de identidad personal No. 3-63-428, con oficina en

27 la ciudad de Colón, en la calle 13 y Ave. Central, edificio Plaza Universal No. 12, 183, oficina No.

28 8, segundo alto con teléfono 441-7960 y 441-7461.- DECIMO SEXTO: Las cuentas bancarias

29 serán firmadas por el presidente o por la persona que el designe.- DECIMO SEPTIMO: La

30 responsabilidad de cada accionista, estará limitada a la suma, si la hubiere que adeuda sobre

FNK 7782 0235



REGISTRO PUBLICO DE PANAMA

**01. NÚMERO DE INSCRIPCIÓN**

| DOCUMENTO ROLLO TOMO | IMAGEN FOLIO | FICHA ASIENTO | | D.V. |
|---|---|---|---|---|
| 99999 | 999 | 99999 | | |

RAZÓN SOCIAL

*Goldi Electronics, S.A.*

DECLARAMOS BAJO LA GRAVEDAD DEL JURAMENTO Y CON PLENO CONOCIMIENTO DE LAS SANCIONES QUE IMPONE EL ARTÍCULO 752 DEL CÓDIGO FISCAL QUE LA INFORMACIÓN CONTENIDA EN ESTE DOCUMENTO ES CORRECTA, DECLARAMOS ASIMISMO QUE CONOCEMOS QUE LAS SANCIONES QUE IMPONE EL ARTÍCULO 752 DEL CÓDIGO FISCAL CONSISTEN ENTRE OTRAS COSAS, DE LA TIPIFICACIÓN DE ESTE DELITO POR HACER DECLARACIONES FALSAS COMO DE-FRAUDACIÓN FISCAL Y QUE SE SANCIONARÁ CON MULTA NO MENOR DE 5 VECES, NI MAYOR DE 10 VECES LA SUMA DEFRAUDADA.

CÉDULA O No. de R.U.C.

*3-63-428*

FIRMA DEL REPRESENTANTE LEGAL O AGENTE RESIDENTE

*Zona Libre de Colón*

*21 Noviembre 2008*

FECHA

NOMBRE DEL REPRESENTANTE LEGAL

*Aiman Said Jomaa Kharfen*

04 CÉDULA No. ó R.U.C.

*C.C. 84.075.080*

NOMBRE DEL AGENTE RESIDENTE

*Ricardo Sampera*

05 CÉDULA ó No. ó R.U.C.

*3-63-428*

CONSTITUIDA BAJO LAS LEYES DEL PAÍS

| PANAMÁ | 1 | OTROS PAÍSES | 2 |
|---|---|---|---|

03 FECHA DE INSCRIPCIÓN EN EL REGISTRO PÚBLICO

| DÍA | MES | AÑO |
|---|---|---|

**PERÍODO QUE CUBRE EL PAGO**

PAGO VÁLIDO HASTA

| MES | DÍA | AÑO |
|---|---|---|

SELLO DE RECIBIDO DGI

| Período | Multa | Recargo | Tasa | Total |
|---|---|---|---|---|
| | | | | 250 00 |
| | | | | |
| | | | | |

*250.00*



**Capital bank**

Calle 50, P.H. Global Plaza
Tel (507) 209-7000
Fax (507) 209-7051
Apdo. 0823-05992
Panamá, Rep. de Panamá
www.capitalbank.com.pa

**ESTADO DE CUENTA**
STATEMENT OF ACCOUNT

GOLDI ELECTRONICS, S.A.

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA:<br>ACCOUNT TYPE | CORRIENTE |
| NUMERO DE CUENTA:<br>ACCOUNT NUMBER | 02-202-00035-3 |
| MONEDA:<br>CURRENCY | DOLAR AMERICANO |
| OFICIAL DE LA CUENTA:<br>ACCOUNT OFFICER | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO:<br>STATEMENT PERIOD: | 01/05/2009  al  31/05/2009 |

| FECHA<br>DATE | REF.<br>REF. | DESCRIPCION<br>DESCRIPTION | DEBITOS<br>DEBITS | CREDITOS<br>CREDITS | SALDO<br>BALANCE |
|---|---|---|---|---|---|
| | | SALDO INICIAL | | | 4,995.00 |
| 26/05/2009 | 25982295 | DEPOSITO COMPLETO (1) | | 72,000.00 | 76,995.00 |
| 30/05/2009 | 7901798 | N/D: CARGO RETENCION ESTADO DE CUENTA() | 5.00 | | 76,990.00 |

**DESCRIPCION / SUMMARY**

| DEPOSITO / DEPOSITS | | CREDITOS / CREDITS | | CHEQUES / CHECKS | | DEBITOS / DEBITS | |
|---|---|---|---|---|---|---|---|
| 1 | 72,000.00 | 0 | 0.00 | 0 | 0.00 | 1 | 5.00 |
| SALDO PROMEDIO<br>CONFIRMADO / CONFIRMED<br>AVERAGE BALANCE | SALDO PROMEDIO<br>CONTABLE / AVERAGE BOOK<br>BALANCE | SALDO CONTABLE<br>INICIAL / BEGINNING BOOK BALANCE | | SALDO CONTABLE<br>FINAL / ENDING BOOK BALANCE | | SALDO DISPONIBLE / AVAILABLE BALANCE | |
| 11,962.42 | 11,962.42 | | 4,995.00 | | 76,990.00 | | 76,990.00 |

Nota: Queda entendido que usted encuentra correcto y aceptado este estado de cuenta si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido contrario. Toda notificación y correspondencia relacionada con excepciones o errores debe ser dirigida al OFICIAL A CARGO DE CUENTA.
Note: We will understand that you find this statement of your account to be correct and accepted unless within 10 days from its date the bank receives from you notice of an exception there in writing. All inquiries and correspondence concerning exceptions and errors should be addressed to your ACCOUNT OFFICER.



**Capital bank**

Calle 50, P.H. Global Plaza
Tel (507) 209 7000
Fax (507) 209-7051
Apdo. 0823-05992
Panamá, Rep. de Panamá
www.capitalbank.com.pa

**ESTADO DE CUENTA**
**STATEMENT OF ACCOUNT**

GOLDI ELECTRONICS, S.A.

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA / ACCOUNT TYPE | CORRIENTE |
| NUMERO DE CUENTA / ACCOUNT NUMBER | 02-202-00035-3 |
| MONEDA / CURRENCY | DOLAR AMERICANO |
| OFICIAL DE LA CUENTA / ACCOUNT OFFICER | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO / STATEMENT PERIOD | 01/09/2010  al  30/09/2010 |

| FECHA DATE | REF. REF | DESCRIPCION DESCRIPTION | DEBITOS DEBITS | CREDITOS CREDITS | SALDO BALANCE |
|---|---|---|---|---|---|
| | | SALDO INICIAL | | | 230,367.80 |
| 07/09/2010 | 5614868? | DEPOSITO COMPLETO (1) | | 85,000.00 | 323,367.80 |
| 06/09/2010 | 5614868 | DEPOSITO COMPLETO (1) | | 165,000.00 | 488,367.80 |
| 06/09/2010 | 5614831 | DEPOSITO COMPLETO (1) | | 3,000.00 | 491,367.80 |
| 07/09/2010 | 56795957 | DEPOSITO COMPLETO (1) | | 3,000.00 | 491,367.80 |
| 21/09/2010 | 57130112 | CHEQUE PRESENTADO POR COMPENSACION (No. 2) | 3,154.50 | | 491,213.30 |
| 23/09/2010 | 57207615 | CHEQUE PRESENTADO POR COMPENSACION (No. 1) | 1,005.64 | | 490,207.66 |
| 24/09/2010 | 57512756 | CERTIFICACION DE CHEQUES (No. 4) | 1,472.00 | | 488,735.66 |
| 24/09/2010 | 57512756 | N.D. CARGO CERTIFICACION DE CHEQUE(S) | 5.00 | | 488,730.66 |
| 24/09/2010 | 57512756 | PAGO ITEMS (1) | 0.35 | | 488,730.31 |
| 27/09/2010 | 57512814 | CERTIFICACION DE CHEQUES (No. 3) | 1,288.00 | | 487,442.31 |
| 27/09/2010 | 57512814 | N.D. CARGO CERTIFICACION DE CHEQUES | 5.00 | | 487,437.31 |
| 27/09/2010 | 57512814 | PAGO ITEMS (1) | 0.35 | | 487,436.96 |
| 28/09/2010 | 57605516 | PAGO DE CHEQUE DE VENTANILLA (No. 6) | 3,000.00 | | 484,436.96 |
| 28/09/2010 | 57697375 | CHEQUE PRESENTADO POR COMPENSACION (No. 5) | 205,000.00 | | 279,436.96 |
| 30/09/2010 | 6202107 | N.D. TIMBRES (CHEQUES GIRADOS) | 0.10 | | 279,436.86 |
| 30/09/2010 | 7592553 | N.D. CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 279,431.56 |
| 30/09/2010 | 7505551 | PAGO ITEMS (1) | 0.35 | | 279,431.21 |

شكرة النوـ
ک ۱/۹/۲

| DESCRIPCION / SUMMARY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEPOSITOS / CREDITS | | CREDITOS / CREDITS | | CHEQUES / CHECKS | | DEBITOS / DEBITS | | |
| 1 | 256,000.00 | 0 | 0.00 | 4 | 212,100.14 | 8 | 2,775.40 | |
| SALDO PROMEDIO CONFIRMADO - TECHNICAL AVERAGE BALANCE | SALDO PROMEDIO CONTABLE / AVERAGE BOOK BALANCE | SALDO CONTABLE INICIAL / BEGINNING BOOK BALANCE | | SALDO CONTABLE FINAL / ENDING BOOK BALANCE | | SALDO DISPONIBLE / AVAILABLE BALANCE | | |
| 413,895.19 | 566,395.19 | 230,367.80 | | 270,431.21 | | 279,431.21 | | |

Nota: Queda entendido que usted encuentra correcto y aceptado este estado de cuenta si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido contrario. Toda notificación y correspondencia relacionada con excepciones o errores debe ser dirigida a OFICIAL A CARGO DE CUENTA
Note: We will understand that you find this statement of your account to be correct and accepted unless within 10 days from its date the bank receives from you notice of any exception there in writing. All inquiries and correspondence concerning exceptions and errors should be addressed to your ACCOUNT OFFICER

FNK 7782 0239

**Goldi Electronics S.a.**

Panma

## Statement of Account

For Account : Capital Bank
51210001          0

From : 01/01/2010
To : 09/11/2010

| Date | Ref | Type | Narration | Debit | Credit | Balance |
|------|-----|------|-----------|-------|--------|---------|
| | | | Previous Balances | 0.00 | 0.00 | 0.00 DR |
| 13 Sep 2010 | | GJV | DEPOSIT FROM UNION | 494,500.00 | 0.00 | 494,500.00 DR |
| 20 Sep 2010 | | CHK | Chq. No.; 000001 | 0.00 | 1,005.64 | 493,494.36 DR |
| 20 Sep 2010 | | CHK | Chq. No.; 000002 | 0.00 | 3,154.50 | 490,339.86 DR |
| Sep 2010 | | CHK | Chq. No.; | 0.00 | 132.20 | 490,207.66 DR |
| 27 Sep 2010 | | CHK | Chq. No.; 000003 COSCO PANAMA MARITIME | 0.00 | 1,288.00 | 488,919.66 DR |
| 27 Sep 2010 | | CHK | Chq. No.; 000004 ZIM PANAMA S.A. | 0.00 | 1,472.00 | 487,447.66 DR |
| 27 Sep 2010 | | CHK | Chq. No.; 000005 RAMEH YAZDEH | 0.00 | 205,000.00 | 282,447.66 DR |
| 27 Sep 2010 | | CHK | Chq. No.; 000006 KOMANY SMATTHAWS F. | 0.00 | 3,000.00 | 279,447.66 DR |
| 07 Oct 2010 | | DPO | Deposit No.; ALQUILER RENT WEARHOUSE | 3,000.00 | 0.00 | 282,447.66 DR |
| 07 Oct 2010 | | CHK | Chq. No.; 000007 WORLD ASIA | 0.00 | 74,400.00 | 208,047.66 DR |
| 13 Oct 2010 | | CHK | Chq. No.; 000008 WORLD ASIA | 0.00 | 68,096.00 | 139,951.66 DR |
| 13 Oct 2010 | | CHK | Chq. No.; 000009 PRESTAMO | 0.00 | 2,950.00 | 137,001.66 DR |
| 13 Oct 2010 | | CHK | Chq. No.; 000010 ISRAEL GAZA 2 | 0.00 | 7,000.00 | 130,001.66 DR |
| 13 Oct 2010 | | CHK | Chq. No.; 000011 CYBER SOFT | 0.00 | 1,500.00 | 128,501.66 DR |
| | | | Total  Transactions : | 497,500.00 | 368,998.34 | 128,501.66 DR |
| | | | Total : | 497,500.00 | 368,998.34 | 128,501.66 DR |

Balance at :     09/11/2010    | 128,501.66 DR |

Only :   One Hundred Twenty Eight Thousand Five Hundred One   and  66/100 Only

Except Errors or Omissions : This statement will be considered confirmed unless you notify the establishment  by writing within fifteen days from delivery.

يـ د ن فر اله



**Capital bank**

Apartado 0823-05992
Panamá Rep. de Panamá
Tel: (507) 209-7000

**ESTADO DE CUENTA**
*STATEMENT OF ACCOUNT*

PAG. 1

www.capitalbank.com.pa

GOLDI ELECTRONICS, S.A.

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA: / *ACCOUNT TYPE:* | CORRIENTE |
| NÚMERO DE CUENTA: / *ACCOUNT NUMBER:* | 02-202-00035-3 |
| MONEDA: / *CURRENCY:* | DÓLAR AMERICANO |
| OFICIAL DE LA CUENTA: / *ACCOUNT OFFICER:* | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO: / *STATEMENT PERIOD:* | 30/04/2009  al  21/09/2010 |

| FECHA / DATE | REF. / REF. | DESCRIPCIÓN / DESCRIPTION | DÉBITOS / DEBITS | CRÉDITOS / CREDITS | SALDO / BALANCE |
|---|---|---|---|---|---|
| 30/04/2009 | 24007306 | N/D: ENTRADA MANUAL DEPTO OPERACIONES (Apertura de cuenta) | | 15,000.00 | 5,000.00 |
| 30/04/2009 | 7901982 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 4,995.00 |
| 26/05/2009 | 25932265 | DEPOSITO COMPLETO (1) | | 72,000.00 | 76,995.00 |
| 30/05/2009 | 7901796 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,990.00 |
| 09/06/2009 | 26656318 | N/D: CARGO REFERENCIAS BANCARIAS (GASTO DE CONFIRMACION) | 150.00 | | 76,840.00 |
| 31/06/2009 | 7901614 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,835.00 |
| 31/07/2009 | 7902203 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,930.00 |
| 31/08/2009 | 6902018 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,925.00 |
| 31/08/2009 | 7901569 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,920.00 |
| 30/11/2009 | 7902457 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,915.00 |
| 31/12/2009 | 7901837 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,910.00 |
| 30/01/2010 | 7901901 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,905.00 |
| 30/01/2010 | 7901901 | PAGO ITEMS () | | | 76,905.00 |
| 27/02/2010 | 7901845 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,904.75 |
| 27/02/2010 | 7901845 | PAGO ITEMS () | 0.25 | | 76,899.75 |
| 31/03/2010 | 7901829 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,899.50 |
| 31/03/2010 | 7901829 | PAGO ITEMS () | 0.25 | | 76,894.50 |
| 30/04/2010 | 6902351 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,894.25 |
| 30/04/2010 | 6902351 | PAGO ITEMS () | 0.25 | | 76,889.00 |
| 31/05/2010 | 6902156 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,889.00 |
| 31/05/2010 | 6902156 | PAGO ITEMS () | 0.25 | | 76,884.00 |
| 30/06/2010 | 6902050 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 76,883.75 |
| 30/06/2010 | 6902050 | PAGO ITEMS () | 0.25 | | 76,878.50 |
| 13/07/2010 | 52529435 | DEPOSITO COMPLETO (1) | | 5,000.00 | 76,878.50 |
| 31/07/2010 | 6901849 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 79,878.50 |
| 31/07/2010 | 6901849 | PAGO ITEMS () | 0.35 | | 79,873.50 |
| 05/08/2010 | 54153982 | DEPOSITO COMPLETO () | | 6,000.00 | 79,873.15 |
| 31/08/2010 | 55336208 | DEPOSITO COMPLETO () | | 152,500.00 | 85,873.15 |
| 31/08/2010 | 6901918 | N/D: CARGO RETENCION ESTADO DE CUENTA | 5.00 | | 238,373.15 |
| 31/08/2010 | 6901918 | PAGO ITEMS () | 0.35 | | 238,368.15 |
| 02/09/2010 | 56140602 | DEPOSITO COMPLETO (1) | | 85,000.00 | 238,367.80 |
| 06/09/2010 | 56140848 | DEPOSITO COMPLETO (1) | | 185,000.00 | 323,367.80 |
| 06/09/2010 | 56145031 | DEPOSITO COMPLETO (1) | | 3,000.00 | 488,367.80 |
| 07/09/2010 | 56206562 | DEPOSITO COMPLETO (1) | | 3,000.00 | 491,367.80 |
| 21/09/2010 | 57138412 | CHEQUE PRESENTADO POR COMPENSACION (No. 2) | 3,154.50 | | 494,367.80<br>491,213.30 |

**RESUMEN/SUMMARY**

| DEPOSITOS/*DEPOSITS* | | CREDITOS/*CREDITS* | | CHEQUES/*CHECKS* | | DEBITOS/*DEBITS* | |
|---|---|---|---|---|---|---|---|
| 8 | 489,500.00 | 1 | 15,000.00 | 1 | 3,154.50 | 17 | 130.00 |
| SALDO PROMEDIO CONFIRMADO/*CONFIRMED AVERAGE BALANCE* | SALDO PROMEDIO CONTABLE/*AVERAGE BOOK BALANCE* | SALDO CONTABLE INICIAL/*BEGINNING BOOK BALANCE* | SALDO CONTABLE FINAL/*ENDING BOOK BALANCE* | SALDO DISPONIBLE/*AVAILABLE BALANCE* | | | |
| 420,999.84 | 680,899.84 | 0.00 | 491,213.30 | 491,213.30 | | | |

Nota: Queda entendido que usted encuentra correcto y aceptado este estado de cuenta si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido contrario. Toda notificación y correspondencia relacionada con discrepancias o errores debe ser dirigida al OFICIAL A CARGO DE SU CUENTA.
*Note: We will understand that you find this statement of your account to be correct and accepted if within 10 days the date the Bank does not receive from you notice of any exception thereto in writing. All inquiries and correspondence concerning exceptions and errors should be addressed to your ACCOUNT OFFICER.*

FNK 7782 0241

RECUERDE DEDUCIR LOS CARGOS QUE AFECTEN SU CUENTA

| FECHA | TRANSACCION O CHEQUE N° | A FAVOR DE / DESCRIPCIÓN | DEBITO (Resten Pagos) | ✓ | CREDITO (Sumen) | SALDO |
|---|---|---|---|---|---|---|
| | | | | | | |
| 13-7-10 | | DEPÓSITO   ALQUILER | | | 3,000 | 81,000 |
| 8-8-10 | | DEPÓSITO   ALQUILER | | | 9,000 | 83,000 |
| | | | | | | |
| 8-8-10 | | DEPÓSITO   ABONO | | | 85,008 | 223,500 |
| 8-9-10 | | DEPÓSITO   ABONO | | | 165,000 | 488,500 |
| | | | | | | |
| | | | | | | |
| 20-9-10 | 000002 | CYBERSOFT COMPRAS 3,154 | OK C | | | 490,207 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Memo

⑆0001⑈5908⑇ 0 2 20 2090 353⑈000003

capitalbank.com.pa

FNK 7782 0242



PAG 1



**Capital bank**

Apartado 0823-05992
Panamá Rep. de Panamá
Tel: (507) 209-7000

**ESTADO DE CUENTA**
*STATEMENT OF ACCOUNT*

w w w . c a p i t a l b a n k . c o m . p a

GOLDI ELECTRONICS, S.A

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA / *ACCOUNT TYPE* | CORRIENTE |
| NUMERO DE CUENTA / *ACCOUNT NUMBER* | 02-202-00035-3 |
| MONEDA / *CURRENCY* | DOLAR AMERICANO |
| OFICIAL DE LA CUENTA / *ACCOUNT OFFICER* | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO / *STATEMENT PERIOD* | 01/01/2010   al   16/11/2010 |

| FECHA / DATE | REF. / REF | DESCRIPCION / DESCRIPTION | DEBITOS / DEBITS | CREDITOS / CREDITS | SALDO / BALANCE |
|---|---|---|---|---|---|
| 30.01.2010 | 7931201 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76 935.00 |
| 30.01.2010 | 7931201 | PAGO ITBMS () | 0.25 | | 76 934.75 |
| 27.02.2010 | 7901845 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76 899.75 |
| 27.02.2010 | 7901845 | PAGO ITBMS () | 0.25 | | 76 899.50 |
| 31.03.2010 | 7901878 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76 894.50 |
| 31.03.2010 | 7901878 | PAGO ITBMS () | 0.25 | | 76 894.25 |
| 30.04.2010 | 6502351 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76 889.25 |
| 30.04.2010 | 6502351 | PAGO ITBMS () | 0.25 | | 76 889.00 |
| 31.05.2010 | 6502156 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76 884.00 |
| 31.05.2010 | 6502156 | PAGO ITBMS () | 0.25 | | 76 883.75 |
| 30.06.2010 | 6902059 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76 878.75 |
| 30.06.2010 | 6502059 | PAGO ITBMS () | 0.25 | | 76 878.50 |
| 13.07.2010 | 52529156 | DEPOSITO COMPLETO (1) | | 3 000.00 | 79 878.50 |
| 30.07.2010 | 6901489 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 79 873.50 |
| 30.07.2010 | 6901489 | PAGO ITBMS () | 0.35 | | 79 873.15 |
| 16.08.2010 | 54153582 | DEPOSITO COMPLETO () | | 6 000.00 | 85 873.15 |
| 25.08.2010 | 55730200 | DEPOSITO COMPLETO () | | 152 500.00 | 238 373.15 |
| 31.08.2010 | 6901018 | N D CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 238 368.15 |
| 31.08.2010 | 6901018 | PAGO ITBMS () | 0.35 | | 238 367.80 |
| 01.09.2010 | 55743802 | DEPOSITO COMPLETO (1) | | 83 000.00 | 321 367.80 |
| 03.09.2010 | 56140848 | DEPOSITO COMPLETO (1) | | 165 000.00 | 486 367.80 |
| 06.09.2010 | 56146501 | DEPOSITO COMPLETO () | | 3 000.00 | 489 367.80 |
| 07.09.2010 | 56705502 | DEPOSITO COMPLETO () | | 3 000.00 | 491 367.80 |
| 21.09.2010 | 57138412 | CHEQUE PRESENTADO POR COMPENSACION (No 2) | 51 153.60 | | 491 213.30 |
| 23.09.2010 | 57287845 | CHEQUE PRESENTADO POR COMPENSACION (No 1) | 1 406.61 | | 489 766.69 |
| 27.09.2010 | 57612566 | CERTIFICACION DE CHEQUES (No 4) | 1 121.00 | | 488 735.69 |
| 27.09.2010 | 57612766 | N D CARGO CERTIFICACION DE CHEQUES() | 5.00 | | 488 730.69 |
| 27.09.2010 | 57612766 | PAGO ITBMS () | 0.35 | | 488 730.34 |
| 27.09.2010 | 57612814 | CERTIFICACION DE CHEQUES (No 3) | 1 288.00 | | 487 442.34 |
| 27.09.2010 | 57612814 | N D CARGO CERTIFICACION DE CHEQUES() | 5.00 | | 487 437.34 |
| 27.09.2010 | 57612814 | PAGO ITBMS () | 0.35 | | 487 436.99 |
| 29.09.2010 | 57699418 | PAGO DE CHEQUE DE VENTANILLA (No 4) | 3 000.00 | | 484 436.99 |
| 29.09.2010 | 57699375 | CHEQUE PRESENTADO POR COMPENSACION (No 5) | 205 000.00 | | 279 436.99 |
| 30.09.2010 | 6902487 | N D UMBRES (CHEQUES GIRADOS) | 0.01 | | 279 436.98 |
| 30.09.2010 | 7602563 | N D CARGO RETENCION ESTADO DE CUENTA) | 4.60 | | 279 432.38 |
| 30.09.2010 | 7602563 | PAGO ITBMS () | 0.35 | | 279 431.21 |
| 07.10.2010 | 58281184 | CERTIFICACION DE CHEQUES (No 7) | 74 400.00 | | 205 031.21 |
| 07.10.2010 | 58281184 | N D CARGO CERTIFICACION DE CHEQUES() | 5.00 | | 205 026.21 |
| 07.10.2010 | 58281184 | PAGO ITBMS () | 0.35 | | 205 025.86 |
| 07.10.2010 | 58281678 | DEPOSITO COMPLETO () | | 3 000.00 | 208 025.86 |
| 12.10.2010 | 58709167 | CERTIFICACION DE CHEQUES (No 8) | 68 055.00 | | 139 970.86 |
| 12.10.2010 | 58709167 | N D CARGO CERTIFICACION DE CHEQUES() | 5.00 | | 139 965.86 |
| 12.10.2010 | 58709167 | PAGO ITBMS () | 0.35 | | 139 924.86 |
| 12.10.2010 | 58709676 | PAGO DE CHEQUE DE VENTANILLA (No 10) | 7 000.00 | | 132 924.51 |

## RESUMEN/SUMMARY

| DEPOSITOS/DEPOSITS | | CREDITOS/CREDITS | | CHEQUES/CHECKS | | DEBITOS/DITS | |
|---|---|---|---|---|---|---|---|
| 9 | 423 500.00 | 0 | 0.00 | 6 | 220 660.14 | 43 | 171 047.45 |

| SALDO PROMEDIO CONFIRMADO/CONFIRMED AVERAGE BALANCE | SALDO PROMEDIO CONTABLE/AVERAGE BOOK BALANCE | SALDO CONTABLE INICIAL/BEGINNING BOOK BALANCE | SALDO CONTABLE FINAL/ENDING BOOK BALANCE | SALDO DISPONIBLE/AVAILABLE BALANCE |
|---|---|---|---|---|
| 106,461.99 | 106,461.99 | 76,910.00 | 108,702.41 | 105,702.41 |

Nota: Queda entendido que usted encuentra correcto y aceptado este estado si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido contrario. Toda notificación y correspondencia relacionada con excepciones o errores debe ser dirigida a OFICIAL A CARGO DE SU CUENTA

*Note: You will understand that you find this statement of your account to be correct and accepted if within 10 days from its date the Bank does not receive from you notice of any exception thereto in writing. All inquires and correspondence concerning exceptions and errors should be addressed to your ACCOUNT OFFICER*

FNK 7782 0243



**Capital bank**

Calle 50, P.H. Global Plaza
tel (507) 209-7000
fax (507) 209-7051
Aptdo. 0823-05992
Panamá, Rep. de Panamá
www.capitalbank.com.pa

**ESTADO DE CUENTA**
STATEMENT OF ACCOUNT

GOLDI ELECTRONICS, S.A

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA / ACCOUNT TYPE | CORRIENTE |
| NUMERO DE CUENTA / ACCOUNT NUMBER | 02-502482949-9 |
| MONEDA / CURRENCY | DOLAR AMERICANO |
| OFICIAL DE LA CUENTA / ACCOUNT OFFICER | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO / STATEMENT PERIOD | 01/10/2010   al   31/10/2010 |

| FECHA / DATE | REF / REF. | DESCRIPCION / DESCRIPTION | DEBITOS / DEBITS | CREDITOS / CREDITS | SALDO / BALANCE |
|---|---|---|---|---|---|
| | | SALDO INICIAL | | | |
| 07-10-2010 | 58201103 | CERTIFICACION DE CHEQUES (No 7) | 33,640.00 | | |
| 07-10-2010 | 58201103 | N/D CARGO CERTIFICACION DE CHEQUE (S) | 5.00 | | |
| 07-10-2010 | 58201103 | PAGO ITEMS () | 0.35 | | |
| 07-10-2010 | 58201678 | DEPOSITO COMPLETO () | | 3,602.00 | |
| 13-10-2010 | 58701567 | CERTIFICACION DE CHEQUES (No 8) | 80,020.00 | | |
| 13-10-2010 | 58701567 | N/D CARGO CERTIFICACION DE CHEQUE(S) | 5.00 | | |
| 13-10-2010 | 58701567 | PAGO ITEMS () | 0.35 | | |
| 13-10-2010 | 58388578 | PAGO DE CHEQUE DE VENTANILLA (No 10) | 7,000.00 | | |
| 14-10-2010 | 58820313 | CERTIFICACION DE CHEQUES (No 9) | 4,000.00 | | |
| 14-10-2010 | 58820313 | N/D CARGO CERTIFICACION DE CHEQUE(S) | 5.00 | | |
| 14-10-2010 | 58820313 | PAGO ITEMS () | 0.35 | | |
| 21-10-2010 | 27201352 | CHEQUE PRESENTADO POR COMPENSACION (No 11) | 4,000.00 | | |
| 28-10-2010 | 59788384 | CERTIFICACION DE CHEQUES (No 12) | 49,500.00 | | |
| 28-10-2010 | 59788384 | N/D CARGO CERTIFICACION DE CHEQUE(S) | 5.00 | | |
| 28-10-2010 | 59788384 | PAGO ITEMS () | 0.35 | | |
| 31-10-2010 | 07201771 | N/D TRANS (CHEQUES GIRADOS) | 0.70 | | |
| 30-10-2010 | 07202170 | N/C CARGO POR MANTENIMIENTO DE CUENTA | 1.00 | | |
| 30-10-2010 | 07202170 | PAGO ITEMS () | 0.35 | | |

**DESCRIPCION / SUMMARY**

| DEBITOS / DEBITS | | CREDITOS / CREDITS | | CHEQUES PAID | | CREDITOS / LINEA | |
|---|---|---|---|---|---|---|---|
| 3 | 3,670.00 | 0 | 0.00 | 2 | 8,500.00 | 10 | 184,674.70 |
| 171,240.76 | | 171,240.76 | | 2,604.31 | | 184,957.76 | | 184,807.76 |

Nota: Cualquier cuestionamiento sobre las operaciones contenidas en este estado de cuenta... OFICIAL A CARGO DE CUENTA.

FNK 7782 0244



**Capital bank**

Apartado 0823-05992
Panamá Rep. de Panamá
Tel: (507) 209-7000

PAG 2

**ESTADO DE CUENTA**
*STATEMENT OF ACCOUNT*

w w w . c a p i t a l b a n k . c o m . p a

| | |
|---|---|
| GOLDI ELECTRONICS, S.A | TIPO DE CUENTA: *ACCOUNT TYPE*   CORRIENTE |
| | NUMERO DE CUENTA: 03-203-00036-3 *ACCOUNT NUMBER* |
| RETENCION EN OFICINA ZONA LIBRE | MONEDA: *CURRENCY*   DOLAR AMERICANO |
| | OFICIAL DE LA CUENTA: *ACCOUNT OFFICER*   OCTAVIO ESTRADA |
| | PERIODO DEL ESTADO: 01/01/2010  al  16/11/2010 *STATEMENT PERIOD* |

| FECHA DATE | REF. REF. | DESCRIPCION DESCRIPTION | DEBITOS DEBITS | CREDITOS CREDITS | SALDO BALANCE |
|---|---|---|---|---|---|
| 16/10/2010 | 58099343 | CERTIFICACION DE CHEQUES (No 9) | 3,000.00 | | 129,045.51 |
| 15/10/2010 | 58099343 | IND CARGO CERTIFICACION DE CHEQUES | 6.00 | | 129,959.51 |
| 19/10/2010 | 58099343 | PAGO IBMS 0 | 0.35 | | 129,959.16 |
| 20/10/2010 | 59101352 | CHEQUE PRESENTADO POR COMPENSACION (No 11) | 1,500.00 | | 128,459.16 |
| 20/10/2010 | 59799384 | CERTIFICACION DE CHEQUES (No 12) | 19,000.00 | | 109,684.16 |
| 20/10/2010 | 59799384 | IND CARGO CERTIFICACION DE CHEQUES | 6.00 | | 109,664.16 |
| 20/10/2010 | 59799384 | PAGO IBMS 0 | 0.35 | | 109,663.81 |
| 30/10/2010 | 5501771 | IND TIMBRES (CHEQUES GIRADOS) | 0.70 | | 109,663.11 |
| 30/10/2010 | 6902170 | IND CARGO RETENCION ESTADO DE CUENTA | 1.00 | | 109,662.11 |
| 30/10/2010 | 6902170 | PAGO IBMS 0 | 0.35 | | 109,707.76 |
| 09/11/2010 | 60351774 | CERTIFICACION DE CHEQUES (No 13) | 3,730.00 | | 105,707.76 |
| 09/11/2010 | 60351774 | IND CARGO CERTIFICACION DE CHEQUES | 6.00 | | 105,702.76 |
| 09/11/2010 | 60351774 | PAGO IBMS 0 | 0.35 | | 105,702.41 |
| 11/11/2010 | 60361529 | DEPOSITO COMPLETO (1) | | 3,000.00 | 108,702.41 |

**RESUMEN/SUMMARY**

| DEPOSITOS/DEPOSITS | | CREDITOS/CREDITS | | CHEQUES/CHECKS | | DEBITOS/DEBITS | |
|---|---|---|---|---|---|---|---|
| 9 | 423,500.00 | 0 | 0.00 | 6 | 220,660.14 | 43 | 171,047.45 |
| SALDO PROMEDIO CONFIRMADO/CONFIRMED AVERAGE BALANCE | SALDO PROMEDIO CONTABLE/AVERAGE BOOK BALANCE | SALDO CONTABLE INICIAL/BEGINNING BOOK BALANCE | SALDO CONTABLE FINAL/ENDING BOOK BALANCE | SALDO DISPONIBLE/AVAILABLE BALANCE |
| 106,461.99 | 106,461.99 | 76,910.00 | 108,702.41 | 105,702.41 |

Nota: Queda entendido que usted encuentra correcto y aceptado este estado de cuenta si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido contrario. Toda notificación y correspondencia relacionada con excepciones o errores debe ser dirigida al OFICIAL A CARGO DE SU CUENTA

*Note: We will understand that you find this statement of your account to be correct and accepted if within 10 days from its date the Bank does not receive from you notice of any exception thereto in writing. All inquiries and correspondence concerning exceptions and errors should be addressed to your ACCOUNT OFFICER*

FNK 7782 0245



Calle 50, P.H. Global Plaza
Tel (507) 209-7000
Fax (507) 209-7051
Apdo. 0823-05992
Panamá, Rep. de Panamá
www.capitalbank.com.pa

**ESTADO DE CUENTA**
STATEMENT OF ACCOUNT

GOLDI ELECTRONICS, S.A.

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA:<br>ACCOUNT TYPE | CORRIENTE |
| NUMERO DE CUENTA:<br>ACCOUNT NUMBER: | 02-202-00035-3 |
| MONEDA:<br>CURRENCY | DOLAR AMERICANO |
| OFICIAL DE LA CUENTA:<br>ACCOUNT OFFICER | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO:<br>STATEMENT PERIOD: | 01/06/2009 al 30/06/2009 |

| FECHA<br>DATE | REF.<br>REF | DESCRIPCION<br>DESCRIPTION | DEBITOS<br>DEBITS | CREDITOS<br>CREDITS | SALDO<br>BALANCE |
|---|---|---|---|---|---|
| | | SALDO INICIAL | | | 76,990.00 |
| 09/06/2009 | 26856319 | N/D: CARGO REFERENCIAS BANCARIAS(GASTO DE CONFIRMACION | 50.00 | | 76,940.00 |
| 30/06/2009 | 7901814 | N/D: CARGO RETENCION ESTADO DE CUENTA) | 5.00 | | 76,935.00 |

**DESCRIPCION / SUMMARY**

| DEPOSITO / DEPOSITS | | CREDITOS / CREDITS | | CHEQUES / CHECKS | | DEBITOS / DEBITS | |
|---|---|---|---|---|---|---|---|
| 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 2 | 55.00 |
| SALDO PROMEDIO<br>CONFIRMADO / CONFIRMED<br>AVERAGE BALANCE | | SALDO PROMEDIO<br>CONTABLE / AVERAGE BOOK<br>BALANCE | | SALDO CONTABLE<br>INICIAL / BEGINNING BOOK BALANCE | | SALDO CONTABLE<br>FINAL / ENDING BOOK BALANCE | | SALDO DISPONIBLE / AVAILABLE BALANCE |
| 76,953.16 | | 76,953.16 | | 76,990.00 | | 76,935.00 | | 76,935.00 |

Nota: Queda entendido que usted encuentra correcto y aceptado este estado de cuenta si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido
contrario. Toda notificación y correspondencia relacionada con excepciones o errores debe ser dirigida al **OFICIAL A CARGO DE CUENTA.**
Note: We will understand that you find this statement of your account to be correct and accepted unless within 10 days from its date the bank receives from you notice of any exception
there to in writing. All inquiries and correspondence concerning exceptions and errors should be addressed to your **ACCOUNT OFFICER.**

FNK 7782 0246



**Capital bank**

Calle 50, Global Plaza
Tel (507) 209-7000
Fax (507) 209-7051
Apdo. 0823-05992
Panamá, Rep. de Panamá
www.capitalbank.com.pa

**ESTADO DE CUENTA**
STATEMENT OF ACCOUNT

GOLDI ELECTRONICS, S.A.

RETENCION EN OFICINA ZONA LIBRE

| | |
|---|---|
| TIPO DE CUENTA: ACCOUNT TYPE | CORRIENTE |
| NUMERO DE CUENTA: ACCOUNT NUMBER | 02-202-00035-3 |
| MONEDA: CURRENCY | DOLAR AMERICANO |
| OFICIAL DE LA CUENTA: ACCOUNT OFFICER | OCTAVIO ESTRADA |
| PERIODO DEL ESTADO: STATEMENT PERIOD: | 01/12/2010  al  31/12/2010 |

| FECHA DATE | REF. REF. | DESCRIPCION DESCRIPTION | DEBITOS DEBITS | CREDITOS CREDITS | SALDO BALANCE |
|---|---|---|---|---|---|
| | | SALDO INICIAL | | | 80,091.41 |
| 06/12/2010 | 62256291 | DEPOSITO COMPLETO (1) | | 3,000.00 | 83,091.41 |
| 09/12/2010 | 62425093 | N/D: CARGO SUSPENSION PAGO DE CHEQUE() | 20.00 | | 83,071.41 |
| 09/12/2010 | 62425093 | PAGO ITBMS () | 1.40 | | 83,070.01 |
| 17/12/2010 | 63052972 | N/C: COMEXT(P/O INVERSIONES SAKER, C. A.) | | 874,953.25 | 958,023.26 |
| 17/12/2010 | 63053117 | N/C: COMEXT(P/O CALZAMANIA RUDYLAND, C.A.) | | 124,953.25 | 1,082,976.51 |
| 31/12/2010 | 10902081 | N/D: CARGO RETENCION ESTADO DE CUENTA() | 5.00 | | 1,082,971.51 |
| 31/12/2010 | 10902081 | PAGO ITBMS () | 0.35 | | 1,082,971.16 |

### DESCRIPCION / SUMMARY

| DEPOSITO / DEPOSITS | | CREDITOS / CREDITS | | CHEQUES / CHECKS | | DEBITOS / DEBITS | |
|---|---|---|---|---|---|---|---|
| 1 | 3,000.00 | 2 | 999,906.50 | 0 | 0.00 | 2 | 25.00 |

| SALDO PROMEDIO CONFIRMADO / CONFIRMED AVERAGE BALANCE | SALDO PROMEDIO CONTABLE / AVERAGE BOOK BALANCE | SALDO CONTABLE INICIAL / BEGINNING BOOK BALANCE | SALDO CONTABLE FINAL / ENDING BOOK BALANCE | SALDO DISPONIBLE / AVAILABLE BALANCE |
|---|---|---|---|---|
| 566,126.90 | 566,126.90 | 80,091.41 | 1,082,971.16 | 1,082,971.16 |

Queda entendido que usted encuentra correcto y aceptado este estado de cuenta si dentro de 10 días de la fecha del mismo, el Banco no recibe notificación por escrito en sentido
rio. Toda notificación y correspondencia relacionada con excepciones o errores debe ser dirigida al OFICIAL A CARGO DE CUENTA.
We will understand that you find this statement of your account to be correct and accepted unless within 10 days from its date the bank receives from you notice of any exception
in writing. All inquiries and correspondence concerning exceptions and errors should be addressed to your ACCOUNT OFFICER.

FNK 7782 0247

18/01/11-17:08:16                    CAPBENV-1363-012562                              1

```
                    -------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status     : Network Ack
Priority/Delivery           : Normal
Message Input Reference     : 1712 110118CAPBPAPAAXXX0755013405
                    -------------------- Message Header --------------------------
Swift Input                            : FIN 103 Single Customer Credt Transfer
Sender    : CAPBPAPAXXX
            CAPITAL BANK INC.
            PANAMA PA
Receiver : PNBPUS3NNYC
            WELLS FARGO BANK, N.A.(FORMERLY KNOWN AS WACHOVIA)
            (NEW YORK INTERNATIONAL BRANCH)
            NEW YORK,NY US

MUR : LM
                    -------------------------- Message Text ----------------------------
 20: Sender's Reference
     TRE00211016430
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : 18 January 2011
     Currency    : USD (US DOLLAR)
     Amount      :             #750,000.00#
50K: Ordering Customer-Name & Address
     /02202000353
     GOLDI ELECTRONICS, S.A.
     ZONA LIBRE AVE 1ERA/CALLE 3ERA
     FRANCE FIELD, COLON REP. DE
     PANAMA
57A: Account With Institution - FI BIC
     SCBLHKHHXXX
     STANDARD CHARTERED BANK (HONG KONG) LIMITED
     HONG KONG  HK
 59: Beneficiary Customer-Name & Addr
     /44716842370
     TCL HOME APPLIANCES (HK) CO. LTD.
     13/F, TCL TOWER, 8 TAI CHUNG RD.,
     TSUEN WAN HONG KONG
 70: Remittance Information
     /RFB/PAGO A FACTURA POR COMPRA DE
     //MERCANCIA
71A: Details of Charges
     SHA
                    -------------------------- Message Trailer --------------------------
{CHK:893A4929417A}
PKI Signature: MAC-Equivalent
                    -------------------------- Interventions --------------------------
Category    : Network Report
Creation Time : 18/01/11 17:07:55
Application  : SWIFT Interface
Operator     : SYSTEM
Text
{1:F21CAPBPAPAAXXX0755013405}{4:{177:1101181712}{451:0}{108:LM}}
```
End of Message

FNK 7782 0248

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2250

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia                    FACTURA  ''0005
Ruc.0000014075867522
Nit.900066544-3                              MARCA.GOLDI
Condiciones de Pago:              FECHA.11/10/2010
CREDITO

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|-----------|-------------|-----|-----|-------|
| 440 | GLD-18CS/BK2 | AIRES ACONDICIONADOS | 220 | 218 | 47,960.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 440 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 47,960.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 47,980.00 |

FNK 7782 0249



# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 04 05

VIAJE _____

Digo yo **ALBERTO GARRIDO** Capitán de la embarcación INTREPIDE
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por **GOLDI
ELECTRONIC S.A.**
Por cuenta de **ELECTRO GENEZI E.U.**
Consignado a **LOS MISMOS**
Y para entregar en **PUERTO NUEVO MAICAO, COLOMBIA**
Marcadas y numeradas conforme se exprese a continuación con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 440 | CARTONES | PARTE DE UN CONT. DICE CONTENER. AIRES ACONDICIONADOS. | 65.00 | 12860 |
| | | | NIT.900066544-3 RUT.0000014075867522 CONT.TGHU8363665 | | |

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA, 1 DE Octubre DE 2010.

CAPITAN                    EL CARGADOR

FNK 7782 0250

# DECLARACION DE MOVIMIENTO COMERCIAL

**ZONA LIBRE DE COLON — REPUBLICA DE PANAMA**

No. VY - 143596

COPIA

ENTRADA No.

SALIDA DE

SALIDA No. 08 - PCS

TRASPASO

USO ESTADISTICO
No. DE REGISTRO EL

TELEFONO DE LA EMPRESA
441-7222

| DIA | MES | AÑO |
|-----|-----|-----|
| 11 | 10 | 10 |

**CIA. IMPORTADORA**

**CIA. EXPORTADORA**
GOLDI ELECTRONIC S.A.

**VUELO O BARCO**
INTREPIDE

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

CLAVE
6647

**PAIS DE ORIGEN O DESTINO**
COLOMBIA 311

FECHA DE FACTURA
11/10/2010

FACTURA COMERCIAL No.
0005

**PUERTO DE ORIGEN O DESTINO**
PTO. WOWAICAO

EMBARCADOR

EMPRESA TRANSPORTADORA
LINDA

**PUERTO DE TRASBORDO**

DIRECCION DEL EMBARCADOR

PUERTO DE SALIDA
CRISTOBAL 25

CODIGO DE PUERTO

DESTINATARIO
ELECTRO GENEZI E.U.

CODIGO DE PAIS

DIRECCION DEL DESTINATARIO
COLOMBIA

| BULTOS | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | CANT | ENTRADA | FOB BRUTO (V.C.O.) | VALOR EN BALBOAS |
|--------|-------|--------------------------|---------|----------|------|---------|--------------------|------------------|
| 440 | BLTS | AIRES ACONDICIONADOS | 84151090 | PCS | 220 | 0 | 12,660.00 | 12,660.00 |
| | | CONT TGHU8384685 | | | | | | |
| 444 | BLTS | | | | | | | 47,960.00 |

**OBSERVACIONES:** Todas aquellas salidas de contadores dirigidas a los EE.UU. deberán presentar la constancia de recibo de origen de la misma.
Certifico que la mercancía despachada en este documento fue vendida, entregada o pagada conforme.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Comprador
Vendedor

GOLDI ELECTRONIC S.A.

Inspector de Aduana

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

| CANT | REF | KGBI |
|------|-----|------|
| 1.20' | | |
| 1.40' | | |
| 2 | 90 | |

| | |
|---|---|
| TOTAL F.O.B. | 47,960.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF.B/. | 47,960.00 |

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2360

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

BARCO.BORELI
FACTURA    ''0012

MARCA.GOLDI
FECHA.20/10/2010  14-3- *CONTE*

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL | |
|-------|-----------|-------------|-----|-----|-------|--|
| 536 | GLD-12CS/H2 | AIRES ACONDICIONADOS | 268 | 155.00 | 41,540.00 | 147= |
| 536 | GLD-12CS/H2 | AIRES ACONDICIONADOS | 268 | 155.00 | 41,540.00 | 147= |
| 536 | GLD-12CS/H2 | AIRES ACONDICIONADOS | 268 | 155.00 | 41,540.00 | 147= |
| | | | | | | 118,188= |
| | | | | DOCUMENTO | | 20= |
| | | | | FLETE | | 14,592= |
| | | | | GASTOS MAICAO | | 2,100= |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 1608 | | | | | | |
| | | SUB.TOTAL | | | 124,620.00 | |
| | | SALIDA | | | 20.00 | |
| | | TOTAL | | | 124,640.00 | |

FNK 7782 0252

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 11

VIAJE _____

Digo yo JOSE CARABALLO Capitán de la embarcación  BORELI
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en  PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de cualquier otro vehículo prometo entregar en el mismo buen estado y  condiciones que recibo,

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 536 CONT. | CARTONES MSCU. 9049965 | PARTE DE UN CONT. DICE CONTENER, AIRES ACONDICIONADOS. | 65.00 | 11060 |
| MSCU 9852690 | 536 | CARTONES | AIRES ACONDICIONADOS | 65.00 | 11060 |
| MSCU 9879828 | 536 | CARTONES | AIRES ACONDICIONADOS | 65.00 | 11060 |
| TOTAL DE BULTOS | 1,608 | | NIT.900066544-3 RUT.0000014075867522 | TOTAL | 33,180 |

Recibí 536 Bultos

COREVET SERVICES, S.A.
R.U.C. 1228058-1-566276 D.V. 13

DERECHO DE MUELLE _____
FECHA TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás no valen.

COLON REP. DE PANAMA  20 DE Octubre DE 2010

CAPITÁN

EL CARGADOR

Part 2

FNK 7782 0254

# DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 155544

C O P I A

REPUBLICA DE PANAMA
LIBRE DE COLON

ENTRADA No. _____

| SALIDA No. 15 | TRASPASO |

ENTRADA No. _____

1. IMPORTADORA

EXPORTADORA
**GOLDI ELECTRONIC S.A.**

CLAVE 6292

FECHA DE FACTURA 20/10/2010

TELEFONO DE LA EMPRESA 441-7222

BARCO O BUQUE
**BORELI**

CONOCIMIENTO DE EMBARQUE O GUIA
**MARITIMO**

PUERTO DE ENTRADA

FACTURA COMERCIAL No. 0012

PAIS DE ORIGEN O DESTINO
**COLOMBIA 311**

PUERTO DE SALIDA
**COLON 2000-90**

CODIGO DE PAIS

EDO DE ORIGEN O DESTINO
**PTO. NVO. MAICAO**

EMBARCADOR

DESTINATARIO
**ELECTRO GENEZI E.U.**

EMPRESA TRANSPORTADORA
**LINDA**

CODIGO DE PUERTO

EDO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO
**COLOMBIA**

## DESCRIPCION DEL ARTICULO

| BULTOS | | DESCRIPCION | ARANCEL | | | |
|---|---|---|---|---|---|---|
| 1608 | BLTS | AIRES ACONDICIONADOS | 8415.10.90 | PCS | 536 | 33,180.00 |
| 1608 | BLTS | | | | | 33,180.00 |
| | | CONT.MSCU.9049965/MSCU.9852690/MSCU.9879828 | | | | |

ENTRADA

REPUBLICA DE PANAMA
AUTORIDAD NACIONAL DE ADUANAS
ADMINISTRACION REGIONAL ZONA NORTE
ADMINISTRACION - COLON 2000

GOLDI ELECTRONIC S.A.
Comprador / Vendedor

| TOTAL F.O.B. | 124,620.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 124,620.00 |

Inspector de Aduana

**Declaración Jurada:** Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son ciertos y verdaderos.

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-3850

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia          FACTURA ''0002
Ruc.0000014075867522
Nit.900066544-3                                   MARCA.GOLDI
Condiciones de Pago:                  FECHA.29/09/2010  8   3-CONTENEDORES
CREDITO

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 834 | GWM-45TF/A | LAVADORAS | 834 | 63 | 52,542.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 834 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 52,542.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 52,562.00 |

FNK 7782 0256

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 01

VIAJE _____

Digo yo JUAN GONZALEZ Capitán de la embarcación BORELI
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 834 | CARTONES | PARTE DE UN CONT. DICE CONTENER LAVADORAS. | 30.0 | 14178 |
| | 8 | CARTONES | RESPUESTOS PARA LAVADORAS | | |
| | | | NIT.900066544-3 RUT.0000014075867522 cont.ZCSU 8342205 FSGU 6834717 ZCSU 8929059 ZCSU7018866 ZCSU8997481 | | |

COREVET SERVICES, S.A.
R.U.C. 122011-1-586276 D.V. 13

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conociemiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA  28 DE Septiembre DE 2010

CAPITAN                                    EL CARGADOR

_____                           _____

FNK 7782 0257

DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 085009

C O - P I A

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

ENTRADA No. _____   ☒ XX SALIDA No. 06   SALIDA DE _____   TRASPASO _____

| DIA | MES | AÑO |
|---|---|---|
| 28 | 06 | 10 |

3A. IMPORTADORA | CLAVE | CLAVE | TELEFONO DE LA EMPRESA 441-7222

3A. EXPORTADORA
GOLDI ELECTRONIC S.A.

USO ESTADISTICO
No. DE REGISTRO

VUELO O BARCO: BORELI
CONOCIMIENTO DE EMBARQUE O GUIA: MARITIMO

PAIS DE ORIGEN O DESTINO
COLOMBIA 311

PUERTO DE ORIGEN O DESTINO
PTO.NVO.BAHIA PORTETE

PUERTO DE TRASBORDO

FECHA DE FACTURA: 28/09/2010
PUERTO DE ENTRADA

EMBARCADOR

DIRECCION DEL EMBARCADOR

FACTURA COMERCIAL No. 001

CLAVE: 6847

EMPRESA TRANSPORTADORA
LINDA
PUERTO DE SALIDA
CRISTOBAL 25COLON 2000 -90

DESTINATARIO
ELECTRO GENEZI S.A

DIRECCION DEL DESTINATARIO
COLOMBIA

CODIGO DE PAIS

CODIGO DE PUERTO

| BULTOS | CANT. | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | | PESO BRUTO | VALOR |
|---|---|---|---|---|---|---|---|
| | | | | TIPO | CONTROL | FRACCION | EN KILOS | EN PAQUETES |
| 834 | BLTS | LAVADORAS Y SUS PARTES | 84501290 | PCS | 278 | 8 | 14,178.00 | 52542.00 |
| 834 | BLTS | | | | | | 14,178.00 | |
| | | cont.zceu8342205 | | | | | | |
| | | (fscu6834714 ) | | | | | | |
| | | tcsu89929039 , | | | | | | |
| | | ZCSU7018866 | | | | | | |
| | | ZCSU8997481 | | | | | | |
| | | Bellos 278 | | | | | | |

GOLDI ELECTRONIC S.A
Comprador / Vendedor

| | |
|---|---|
| TOTAL F.O.B. | 52,542.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 52,542.00 |

EXPORTADOR
ANT. REF
20
47
HO
FROEEH

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma y huella digital de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

Funcionario Autorizado o Comercial.

DESGLOSE

OBSERVACIONES: Todas las facturas salida en confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

a Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

FRANCE FIELD, ZONA LIBRE DE COLON
TELEFONOS: (507) 6616-2350

## MANIFIESTO No.18

Fecha: 09/03/2010
Cédula: 2-80-412
Conductor: OLMEDO GUERRO
Transporte: ZEDIEL
Marca: INTERNACIONAL  87
Placa: 672107
Furgón: 088291
Stiker: 0157
Salida: 04
Compañia: GOLDI ELECTRONIC
Cliente: ELECTRO GENEZI E.U.   País. COLOMBIA
Consignado a: LOS MISMOS

| Bultos | Descripción | Kilos | Total |
|--------|-------------|-------|-------|
| 503 | AIRES ACONDICIONADOS | 14084 | 37,725.00 |

Consta bajo la gravedad del juramento con la firma puesta al pie de esta declaración, que todos y cada uno de los datos contenidos en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que se ha vendido la mercancía.

FNK 7782 0259

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 016

VIAJE _____

Digo yo ANDRES VARGAS Capitán de la embarcación CARMEN
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| G.E. | 503 | CARTONES | PARTE DE UN CONT. DICE CONTENER AIRES ACONDICIONADOS. | 28.0 | 14084 |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |

REPÚBLICA DE PANAMA
AUTORIDAD NACIONAL DE ADUANAS
ADMINISTRACIÓN REGIONAL, ZONA NORTE
ADUANA PUERTO CRISTOBAL MUELLE 16

ENTRADA

FECHA ____ FECHA ____

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA  9 DE MARZO DE 2010

CAPITAN                               EL CARGADOR

FNK 7782 0260

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 016

VIAJE _____

Digo yo  ANDRES VARGAS Capitán de la embarcación  CARMEN
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por  GOLDI
ELECTRONIC S.A.
Por cuenta de  ELECTRO GENEZI E.U.
Consignado a  LOS MISMOS
Y para entregar en  PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y  condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| G.E. | 503 | CARTONES | PARTE DE UN CONT. DICE CONTENER AIRES ACONDICIONADOS. | 28.0 | 14084 |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |

DERECHO DE MUELLE_____
TIEMPO _____
TOTAL_____

En prueba de lo expresado aquí firmo, UNO (1) conociemiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA  9 DE MARZO DE 2010

CAPITAN                                    EL CARGADOR

No. XX - 824720

C O P I A

DNA.
IBRE DE
OLON

REPUBLICA
DE PANAMA

# DECLARACIÓN DE MOVIMIENTO COMERCIAL

| ENTRADA No. | SALIDA No. G4 | TRASPASO |

| DIA | MES | AÑO |
|---|---|---|
| 09 | 03 | 2010 |

IMPORTADORA
OLDI ELECTRONIC S.A.

TELÉFONO DE LA IMPORTADORA
441-7222

| CLAVE | SALE DE | | CLAVE |

CO DARGO
lar e

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

CLAVE
6547

ENTRADA

USO ESTADISTICO
No. DE REGISTRO

TE ORIGEN O DESTINO
OLOMBIA (#!!) 311

FECHA DE FACTURA
09/03/2010

FACTURA COMERCIAL No.
0005

EMPRESA TRANSPORTADORA
ZEDTEL

CODIGO DE PAIS

NTO DE ORIGEN O DESTINO
O. NUEVO MAICAO

PUERTO DE ENTRADA

PUERTO DE SALIDA
CRISTOBAL 25

CODIGO DE PUERTO

NTO DE TRASBORDO

EMBARCADOR

DESTINATARIO
ELECTRO GENEZI E.U.

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO
COLOMBIA

| RENGLON | DESCRIPCION DE LA MERCANCIA | ARANCEL | | | | | | | VALOR (FORMULARIO) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | BLTS AIRE ACONDICIONADO | 84.12.00.00 | SETS | 620 | 0 | 22940 | | | 93,000.00 |
| | BLTS REPUESTOS DE AIRES ACONDICIONADOS E SUC | | | | | 22940 | | | 93,000.00 |
| 16 | | | | | | | | | |
| | FURGON.C88291 | | | | | | | | |

TOTAL F.O.B. B/.     93,000.00

FLETE           0.00

SEGURO          0.00

OTROS GASTOS    0.00

TOTAL CIF B/.   93,000.00

OBSERVACIONES: Todos aquellas salidas de confecciones dirigidas a los EE.UU. deben acompañarse el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Certifico que la mercancía declarada en esta documento fue recibida, entregada o traspasada conforme.

Comprador  /  Vendedor

Inspector de Aduana

dministración se reserva el derecho de rechazar todo documento que no esté conforme a los trámites establecidos.

| REPUBLICA DE PANAMA<br>AUTORIDAD NACIONAL DE ADUANAS | Control de Mercancía no Nacionalizada<br>(Decreto N° 6 del 13-Mar-2002 ) | | |

| TRASLADO | | | | | Valor B/. | | 1.00 |
|---|---|---|---|---|---|---|---|
| SOLICITUD | T20100483173 | Fecha | 09-03-2010 | | Tarifa B/. | | 3.00 |
| Recinto Partida | FRANCE FIELD | | Zona | Zona Norte (COLON) | | | |
| Recinto Destino | MUELLE 16 | | Zona | Zona Norte (COLON) | | | |
| Precintos Aduaneros | 1 | 2078981 | | | | Transp. Aseg. | N |

| TRANSPORTISTA | | | | |
|---|---|---|---|---|
| Transportista | TRANSPORTISTAS INDEPENDIENTES | Modo Transporte | TERRESTRE | |
| Conductor | OLMEDO GUERRERO | Tipo/Marca | MULA INT.L | |
| Cédula/Firma | 2-80-412 | Placa | 672107 | Furgón | 088291 |

| CARGA/MERCANCIA | | | |
|---|---|---|---|
| No. Conocimiento<br>de Carga | No.<br>Bultos | Peso<br>(Kg.) | Mercancia/Consignatario/Contenedor |
| 09-Mar-2010<br>6647<br>04 | 503 | 14084.000 | DECLARACION DE MOVIMIENTO COMERCIAL<br>ELECTRO GENEXZI |

REPÚBLICA DE PANAMÁ
AUTORIDAD NACIONAL DE ADUANAS
ADMINISTRACIÓN REGIONAL, ZONA NORTE
ADUANA PUERTO CRISTOBAL MUELLE 16

E N _ _ _ DA

FIRMA: _____ FECHA 9/3/2010

2.07

| TOTAL | 503 | 14084.000 | Jefe Recinto Salida - Firma |
|---|---|---|---|

| AUTORIZACIÓN DEL TRASLADO | | | |
|---|---|---|---|
| Nombre Inspector | CARLOS FLORES | Verificación Bultos | Sin Verificación |
| Cédula/Firma | 06cflores | Fecha/Hora Salida | 09-03-2010 | 12:35 |
| Custodia Física | | | |

| CONCLUSION DEL TRASLADO | | | | |
|---|---|---|---|---|
| Nombre Inspector | | Fecha/Hora Llegada | | |
| Cédula/Firma | | Inspección Física | SI | NO |

OBSERVACIONES

FNK 7782 0263     1/1

01

# GOŁDI ELECTRONIC S.A.

FRANCE FIELD MANZANA 61A

E-Mail: goldipanama@goldi.com

TEL:446-1        39

*4397540 4777757086*

Nombre: ELECTRODOMESTICOS EL CENTRO ZONALIBRE C,A.

Dirección:AV.COLOMBIA ENTRE GARCES Y ZAMORA PUNTO FIJO

ESTADO FALCON VENEZUELA.    *4140599599*

FACTURA    "0006

TELEFONOS:02692466512/2479766    *AUDIO CENTER*

*HOSEIN*    *SR PREM 4417777  4418888*

| BULTO | K.G. | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------|------------|-------------|-----|-----|-------|
| 268 | 11660 | GLD-12CS/BK1 | AIRES ACONDICIONADOS | 134 | 220 | 29,480.00 |
| 268 | 11660 | GLD-12CS/BK2 | AIRES ACONDICIONADOS | 134 | 220 | 29,480.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 536 | | | | | | |
| | | | SUB.TOTAL | | | 58,960.00 |
| | | | FLETE | | | 2,950.00 |
| | | | GASTOS | | | 182.00 |
| | | | SALIDA | | | 20.00 |
| | | | TOTAL | | | 62,112.00 |

*SEGURO    130*

*62,242*

*R 456*

*alembrazl@gmail.com*

*Sr. Smanuel*

Conste bajo la gravedad del juramento con la
firma puesta al pie de esta declaración, que
todos y cada uno de los datos expresados en
esta factura son exactos y verdaderos, y que la
suma total declarada es la misma en que se ha
vendido la mercancía.

FNK 7782 0264

# SEABOARD MARINE

| | |
|---|---|
| Shipper/Exporter/Remitente<br>GOLDI ELECTRONIC S,A.<br>FRANCE FIELD,MANZANA 01A<br>ZONA LIBRE DE COLON<br>TEL. 441-7222/4461548/446-1549 | Booking Number<br><br>2588244 |
| | Export reference / Referencias Exportacion |
| Consignee / Consignado a<br>ELECTRODOMESTICOS EL CENTRO ZONALIBRE<br>PUNTO FIJO, VENEZUELA | Forwarding agent / Agente Embarcador |
| | Point and country of origin / Lugar y Pais de Origen |
| Notify Party / Dirigir Notificacion de llegada a<br><br>LOS MISMOS | Domestic routing export instructions / Ruta Domestica |

| Place of Receipt / Carga Recibida en | | |
|---|---|---|
| Vessel name / Vapor<br>HOHERIFF | Voy No./ Viaje<br>V.09 | Port of Loading / Puerto de Carga<br>PTO. CRISTOBAL |
| Port of Discharge / Puerto de Descarga<br>GUARANAO | Place of Delivery / Entrega Final<br>VENEZUELA | |

| Marks and Numbers<br>Marcas y Numeros | No. of pkgs.<br>No. de Bultos | Description of packages and goods<br>Contenido segun embarcador | Gross Weight<br>Lbs/Libras/Kilos | Measurement<br>Medidas |
|---|---|---|---|---|
| CONTENEDOR NO.<br>SMLU.7848990<br><br>SELLO NO.<br>017857 | 536 CTNS | CONTENEDOR DICE CONTENER:<br><br>AIRES ACONDICIONADOS<br><br><br>FREIGHT PREPAID 1 X 40HQ | 23320.00KGS | |

| Freight & Charge | Rate | Unit | | Prepaid | Collect |
|---|---|---|---|---|---|
| | Total Prepaid | | | | |
| Numer of Original B(s)/L | Total Collect | | | | |
| Place of Issue | Date | | | | |
| | | By | Carrier: SEABOARD MARINE, LTD. | | |

FNK 7782 0265

DECLARACIÓN DE MOVIMIENTO COMERCIAL

No. YY - 155392

C O P I A

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

ENTRADA No.

SALIDA DE
ENTRADA A

SALIDA No. 199

SALIDA A

TRASPASO

TELÉFONO DE LA EMPRESA
441-7722

USO ESTADISTICO DE LA EMPRESA

| CIA. IMPORTADORA | | CLAVE | CLAVE | CLAVE / | CLAVE / |

| CIA. EXPORTADORA | GOLDI ELECTRONIC S.A. | | | |

| VIEJO O BARCO | HOMERIFF VO9 | CONOCIMIENTO DE EMBARQUE O GUIA 250622-44 | CLAVE 6292 6627 | |

| PAIS DE ORIGEN O DESTINO | VENEZUELA 314 | PUERTO DE ENTRADA | FECHA DE FACTURA 12/10/2010 | FACTURA COMERCIAL No. 0008 |

| PUERTO DE ORIGEN O DESTINO | GUARAGAO | EMBARCADOR | | EMPRESA TRANSPORTADORA LINDA |

| PUERTO DE TRASBORDO | | | PUERTO DE SALIDA CRISTOBAL 25 | CÓDIGO DE PAÍS |

| PUERTO DE TRASBORDO | | DIRECCION DEL EMBARCADOR | DESTINATARIO ELECTRODOMESTICOS EL CENTRO JOALBRE | |

| | | | DIRECCION DEL DESTINATARIO VENEZUELA | |

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | TIPO | UNIDADES | PESO BRUTO | VALOR | |

| CANT. | CLASE | | | | | |

| 300 | CTN | AIRES ACONDICIONADOS | 84151060 | PCS | 288 | 23,320.00 | 23,320.00 |

| 335 | CTN | CONT.SMLU.7448890/1X40) SELLO.17867 | 84151060 | PCS | 288 | 0 | 23,320.00 |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento ha recibido, entregado o traspasada conforme.

| | TOTAL F.O.B. | 58,860.00 |
| | FLETE | 0.00 |
| | SEGURO | 0.00 |
| | OTROS GASTOS | 0.00 |
| | TOTAL CIF B/. | 58,860.00 |

Comprador / Vendedor

GOLDI ELECTRONIC S.A.

Funcionario autorizado por la Gerencia Comercial

Inspector de Aduana

...a Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# TCL HOME APPLIANCES (HK) CO., LTD.

13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## COMMERCIAL INVOICE

DATE: 2010-08-27

No.:C10CI-S192

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA

TEL.:5074417222

| Marks & No. | Description Of the Goods | Qtty. (UNITS) | Unit price (USD/UNIT) | Amount (USD) |
|---|---|---|---|---|
| | AIR CONDITIONER | | FOB ZHONGSHAN, CHINA | |
| | GLD-09CS/H1 | 310 | 140.00 | 43,400.0000 |
| | GLD-09CS/BK2 | 310 | 140.00 | 43,400.0000 |
| N/M | GLD-12CS/BK1 | 536 | 157.00 | 84,152.0000 |
| | GLD-12CS/BK2 | 536 | 152.00 | 81,472.0000 |
| | GLD-18CS/BK2 | 220 | 207.00 | 45,540.0000 |
| | FREIGHT & INSURANCE | | | 34,632.2600 |
| *** *** | | *** | *** | *** |
| TOTAL: | | 1912 | --- | 332,596.26 |

TOTAL SAY UNITED STATES DOLLARS THREE HUNDRED AND THIRTY TWO THOUSAND FIVE HUNDRED AND NINETY SIX AND CENTS TWENTY SIX ONLY.

Conste bajo la gravedad del juramento con la firma puesta al pie de esta declaración, que todos y cada uno de los datos expresados en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que es ha vendido la mercancía.

TCL HOME APPLIANCES (HK) CO., LTD.

COSCO CONTAINER LINES CO., LTD.

ORIGINAL

TLX: 33057 COSCO CN
FAX:+86(21) 65459934

PORT TO PORT OR COMBINED TRANSPORT BILL OF LADING

| | |
|---|---|
| 1. Shipper   Insert Name Address and Prefix/Fax<br>TCL HOME APPLIANCES (HK) CO., LTD<br>13/F.,TCL TOWER, 8 TAI CHUNG ROAD,<br>TSUEN WAN,HONG KONG. | Booking No.<br>6040106670 |
| | Bill of Lading No.<br>COSU6040106670 |
| | Export References |

TO. COLON CONTAINER TERMINAL, S

RELEASE / ENTREGUESE
For Deliver to the ultimate consignee

| 2. Consignee   Insert Name Address and Phone/Fax<br>GOLDI ELECTRONIC S.A.<br>ZONA LIBRE DE COLON.COLON<br>DE PANAMA<br>TEL.:5074417222 | Forwarding Agent References |
|---|---|
| | Point and Country of Origin |

Also Notify Party-routing & Instructions

COSCO PANAMA MARITIME, S.A.

| 3. Notify Party   Insert Name Address and Phone/Fax<br>SAME AS CONSIGNEE | Fecha: 6/10/2010   Hora: 11:16 |
|---|---|
| | Sello válido por 48 Horas |

| 4. Combined Transport   Pre-Carriage by | 5. Combined Transport   Place of Receipt<br>ZHONGSHAN,CHINA | | |
|---|---|---|---|
| 6. Ocean Vessel Voy. No<br>ZHONG HANG 905 167S | 7. Port of Loading<br>HONG KONG | Service Contract No. | Commodity Code |
| 8. Port of Discharge<br>COLON CONTAINER TE>>>> | 9. Combined Transport   Place of Delivery<br>COLON FREE ZONE, PANAMA | Type of Movement<br>FCL / FCL | CY-DR |

| Marks & Nos.<br>Container / Seal No. | No. of Container<br>or Packages | Description of Goods (if Dangerous Goods, See Clause 20) | Gross Weight | Measurement |
|---|---|---|---|---|
| GVCU5085604   / Q14624 | / | 536 CARTONS   /FCL / FCL | /40HQ/11,660.00KG/69.190CBI |
| TRLU7209303 / Q14626 | / | 536 CARTONS   /FCL / FCL | /40HQ/11,660.00KG/69.190CBI |
| TRLU6869344   / Q14623 | / | 536 CARTONS   /FCL / FCL | /40HQ/11,660.00KG/69.190CBI |
| TGHU8364665   / Q14625 | / | 440 CARTONS   /FCL / FCL | /40HQ/12,860.00KG/70.170CBI |
| CRXU9294136   / Q14627 | / | 620 CARTONS   /FCL / FCL | /40HQ/11,270.00KG/66.080CBI |
| CBHU8026765   / Q14629 | / | 620 CARTONS   /FCL / FCL | /40HQ/11,270.00KG/66.080CBI |
| CBHU8871392 / Q14628 | / | 536 CARTONS   /FCL / FCL | /40HQ/11,660.00KG/69.190CBI |
| N/M | 3824<br>CARTONS | AIR CONDITIONER | 82040.000KGS | 479.0900CBI |

OCEAN FREIGHT PREPAID
ON CY-DR TERM
SHIPPER'S LOAD, COUNT AND SEAL
>>>>RMINAL, PANAMA

| 10. Total Number of Containers and/or Packages (in words)<br>Subject to Clause 7 On return | Description of Contents for Shipper's Use Only (Not part of This B/L Contract) |
|---|---|
| SAY   SEVEN CONTAINERS TOTAL | |

| 11.   Freight & Charges | Revenue Tons | Rate | Per | Prepaid | Collect | Freight & Charges Payable at / by |
|---|---|---|---|---|---|---|

FIEL COPIA DEL ORIGINAL
Cosco Panama Maritime

Received in external apparent good order and condition except as otherwise noted. The total number of the packages or units stuffed in the container, the description of the goods and the weights shown in this Bill of Lading are furnished by the merchants, and which the carrier has no reasonable means of checking and is not a part of this Bill of Lading contract. The carrier has issued   original Bills of Lading all of this tenor and date, one of the original Bills of Lading must be surrendered and endorsed or signed against the delivery of the shipment and whereupon any other original Bills of Lading shall be void. The merchants agree to be bound by the terms and conditions of this Bill of Lading as if each had personally signed this Bill of Lading.
* Applicable Only When Document Used as a Combined Transport Bill of Lading.

| Date Laden on Board<br>30 AUG 2010 | |
|---|---|
| Signed by: | |

COSCO SOUTH-CHINA INTERNATIONAL
FREIGHT CO., LTD.

| Date of Issue   30 AUG 2010   Place of Issue   ZHONGSHAN | Signed for the Carrier, COSCO CONTAINER LINES CO., LTD. |
|---|---|
| | AS AGENT |

# DECLARACION DE MOVIMIENTO COMERCIAL

No. ~ 143583

C O P I A

| ZONA LIBRE DE COLON | REPUBLICA DE PANAMA | X.Y | ENTRADA No. 02 | | SALIDA No. | | TRASPASO | |
|---|---|---|---|---|---|---|---|---|

| A. IMPORTADORA | CLAVE | SALIDA DE | CLAVE | TELEFONO DE LA EMPRESA |
|---|---|---|---|---|
| GOLDI ELECTRONIC S.A. | 8647 | | | 441-7222 |
| B. EXPORTADORA | CLAVE | ENTRADA A | CLAVE | |

| VELO O BARCO | CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA | FACTURA COMERCIAL No. | EMPRESA TRANSPORTADORA |
|---|---|---|---|---|
| TIAN FU HE V-002E | COSU8040108870 | 27/08/2010 | C10CL-S192 | LINDA |

| US DE ORIGEN O DESTINO | PUERTO DE ENTRADA | PUERTO DE SALIDA | CODIGO DE PAIS |
|---|---|---|---|
| CHINA 518 | COLON CONTENER T | | |

| ERTO DE ORIGEN O DESTINO | EMBARCADOR | DESTINATARIO | CODIGO DE PUERTO |
|---|---|---|---|
| ZHONGSHAN | TCL HOME APPLIANCE | | |

| ERTO DE TRASBORDO | DIRECCION DEL EMBARCADOR | DIRECCION DEL DESTINATARIO |
|---|---|---|
| | HONG KONG | |

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDAD | CANTIDAD | PRECIO | VALOR |
|---|---|---|---|---|---|---|
| 3824 CTNS | AIRES ACONDICIONADOS | 84151090 | PCS | 1,912 | 82,040.00 | 297,984.00 |
| 3824 CTNS | | | | 0 | 82,040.00 | |
| | CONT. GVCU5085604   SELLO Q14624 | | | | | |
| | TRLU7209303        Q14626 | | | | | |
| | TRLU6863344        Q14623 | | | | | |
| | TGHU3364665        Q14625 | | | | | |
| | GRXU9294136        Q14627 | | | | | |
| | CBHU8026765        Q14629 | | | | | |
| | CBHU8871392        Q14628 | | | | | |

| | TOTAL F.O.B. | 297,984.00 |
|---|---|---|
| | FLETE | 30,000.00 |
| | SEGURO | 4,632.26 |
| | OTROS GASTOS | 0.00 |

SERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado de origen de la misma.

Permítase la entrada, salida o traspaso _____ o que la mercancía declarada en este documento fue _____ mercancía declarada en este documento, _____ entregada o traspasada conforme.

VENDEDOR
REF.
20°
40°
NO
FROZEN

Declaración Jurada: Queda garantizado bajo la gravedad del juramento con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Comprador / Vendedor

Inspector de Aduana

Funcionario autorizado por el MICI



# GOLDI ELECTRONIC S.A.

FRANCE FIELD MANZANA 01A
EMAIL: goldipanama@hotmail.com
TEL:446-1548 /446-1549

Nombre: ELECTRODOMESTICOS EL CENTRO ZONALIBRE C,A.
Dirección:AV.COLOMBIA ENTRE GARCES Y ZAMORA PUNTO FIJO
ESTADO FALCON VENEZUELA.
TELEFONOS:02692466512/2479766

FACTURA          ''0006

| BULTO | K.G. | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|---|
| 268 | 11660 | GLD-12CS/BK1 | AIRES ACONDICIONADOS | 134 | 220 | 29,480.00 |
| 268 | 11660 | GLD-12CS/BK2 | AIRES ACONDICIONADOS | 134 | 220 | 29,480.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 536 | | | | | | |
| | | | SUB.TOTAL | | | 58,960.00 |
| | | | FLETE | | | 2,950.00 |
| | | | SEGURO | | | 128.71 |
| | | | GASTOS | | | 182.00 |
| | | | SALIDA | | | 20.00 |
| | | | TOTAL | | | 62,240.71 |

Goldi Electronics, S.A.

CONSTE BAJO LA GRAVEDAD DEL JURAMENTO, CON
LA FIRMA PUESTA AL PIE DE ESTA DECLARACIÓN QUE
TODOS Y CADA UNO DE LOS DATOS EXPRESADOS EN
ESTE FACTURA SON EXACTOS Y VERDADEROS Y QUE
LA SUMA TOTAL DECLARADA ES LA MISMA EN
QUE SE HAN VENDIDO LAS MERCADERÍAS'.

FNK 7782 0270

Seaboard Marine Ltd.

Bill of Ladi

Page 1 OF 1

| | | | | | | |
|---|---|---|---|---|---|---|
| SHIPPER/EXPORTER / REMITENTE | | SHIPPER NUMBER 668354 | BOOKING NUMBER 2588244 A | INVOICE NUMBER 4745753 | 1 | BROKERAG NO |

SHIPPER/EXPORTER / REMITENTE

GOLDI ELECTRONIC SA
FRANCE FIELD,MANZANA 01A
ZONA LIBRE DE COLON
TEL.441-7222/4461548/446-1549

EXPORT REFERENCES / REFERENCIAS EXPORTACION

CONSIGNEE / CONSIGNADO A (NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER")     CONSIGNEE NUMBER 633925

ELECTRODOMESTICOS EL CENTRO ZONA
LIBRE RIF.J-293984890
AV. COLOMBIA ENTRE GARCES Y ZAMORA
PUNTO FIJO, EDO FALCON
TELEFONO: 0269-2466512 - 2479766

FORWARDING AGENT / AGENTE EMBARCADOR                FMC NUMB

POINT AND COUNTRY OF ORIGIN / LUGAR Y PAIS DE ORIGEN

NOTIFY PARTY / DIRIGIR NOTIFICACION DE LLEGADA A          NOTIFY NUMBER 633925

LOS MISMOS

DOMESTIC ROUTING EXPORT INSTRUCTIONS / RUTA DOMESTICA / INSTRUCCIONES DE EXPORT

PLACE OF RECEIPT / CARGA RECIBIDA EN

| VESSEL NAME / VAPOR | VOY.NO / VIAJE NO | PORT OF LOADING / PUERTO DE CARGA | LOADING PIER TERMINAL / TERMINAL DE EMBARQUE |
|---|---|---|---|
| HOHERIFF 9 | | CRISTOBAL | |
| PORT OF DISCHARGE / PUERTO DE DESCARGA | | PLACE OF DELIVERY / ENTREGA FINAL | TYPE OF MOVE / TIPO DE MOVIMIENTO |
| GUARANAO | | | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NO./CONTAINER(S) NO. MARCAS Y NUMEROS | NO.OF PKGS. NO.DE BULTOS | DESCRIPTION OF PACKAGES AND GOODS CONTENIDO SEGUN EMBARCADOR | GROSS WEIGHT LBS/LIBRA/KILOS | MEASUREMENT MEDIDAS |
|---|---|---|---|---|
| SMLU 784899 0 SN: G1231863 SN: 017857 SN: G1231865 | 1 | CNDR D/40' (ALTO CUBICAJE) Q.D.C. 536 CTNS AIRES ACONDICIONADOS | 51410.80L 23320.00K | |

FREIGHT PREPAID
SHIPPERS LOAD, WEIGHT AND COUNT PARTICULARS FURNISHED BY SHIPPER WITHOUT
CONTENTS OF TRAILER HAVING BEEN SEEN, INSPECTED OR VERIFIED BY CARRIER.

TOTAL NO. OF PKGS.       1

HAZARDOUS DECLARATION: SHIPPER CERTIFIES THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELED, PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS.
(see Cl.20 on back side) Declared Value per Package if Value More Than $500.00 per Package U.S.

| CHARGES, INCLUDING FREIGHT, PAYABLE AT: ORIGIN        BY GOLDI ELECTRONIC SA | | | TARIFF NO. ITEM NO. | |

| OCEAN FREIGHT CHARGED ON | PREPAID | COLLECT |
|---|---|---|
| | USD | |
| OFR    1.00 @    2450.00 | 2450.00 | |
| BNKR   1.00 @    500.00 | 500.00 | |

Printed: 10/19/10   14:42:11
RECEIVED FOR SHIPMENT from the MERCHANT, the GOODS or CONTAINE
other PACKAGES mentioned above to be transported as provided herein, by any
of transport for all or any part of the Carriage, SUBJECT TO ALL THE TERM
CONDITIONS appearing on the face and back hereof and in the CAR
applicable Tariff, to which the Merchant agrees by accepting this BILL OF L
The Carrier has signed 3 bills of lading: one original BILL OF LADING must be surre
duly endorsed, in exchange for the GOODS or CONTAINER(s) or other PACKAGE
others to stand void.

SEA CARGO
(AGENTES SEABOARD MARINE LTD)
PAGADO
19 OCT 2010

CARRIER: SEABOARD MARINE LTD.

BY:

CHEQUE #
RECIBIDO POR: Andres Guerrero          EFECTIVO

NON-NEGOTIABLE

| | TOTAL CHARGES | 2950.00 |
|---|---|---|

| | B/L NO. | MO | DAY | YEA |
|---|---|---|---|---|
| | SMLU 2588244A | OCT | 16 | 2010 |

Rev. 0508

FNK 7782 0271

# CL HOME APPLIANCES(HK) CO., LIMITED

13/F., TCL TOWER, 8 TAI CHUNG ROAD., TSUEN WAN, HONG KONG.

## COMMERCIAL INVOICE

DATE: 2009-12-31
NO.: C09CI-K153

To Messrs: Goldi Electronic S.A

Address: zona libre de colon.colon republica de panama  tel. 5074417222

| Marks & No. | Description of Goods | Qtty. (PCS) | Unit Price (USD/PC) | Amount (USD) |
|---|---|---|---|---|
| | AIR CONDITIONER | | C&F COLON FREE ZONE | |
| N/M | GSAC09 | 620 | 120.00 | 74,400.00 |
| | GSAC091 | 620 | 120.00 | 74,400.00 |
| | GSAC12 | 530 | 132.00 | 69,960.00 |
| | GSAC121 | 530 | 132.00 | 69,960.00 |
| | GSAC18 | 215 | 180.00 | 38,700.00 |
| | GSAC24 | 145 | 270.00 | 39,150.00 |
| | SPARE PARTS | --- | --- | FOC |
| | FREIGHT | --- | --- | 28,872.00 |
| | TOTAL: | 2660 | --- | 395,442.00 |

TOTAL SAY UNITED STATES DOLLARS THREE HUNDRED AND NINETY FIVE THOUSAND FOUR HUNDRED AND FORTY TWO ONLY.

CL HOME APPLIANCES (HK) CO.,LTD

Conste bajo la gravedad del juramento con la firma puesta al pie de esta declaración, que todos y cada uno de los datos expresados en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que se ha vendido la mercancía.

FNK 7782 0272

# MAERSK LINE

| | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | M-No 859322459 |
|---|---|---|

Shipper
TCL HOME APPLIANCES (HK) CO. LTD.
13/F., TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN, HONG KONG.

Booking No. 859322459

Export references

Svc Contract
227056

Onward Inland Routing/Export Instructions (for account and risk of Merchant)

Consignee/acceptable only if consigned 'to order', 'to order of', a named Person or 'to order of' bearer
GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON COLON REPUBLICA DE PANAMA
TEL.: 5074417222

Notify Party (see clause 11)
SAME AS CONSIGNEE

Vessel (see clause 1.11)
NAN YANG 3

Voyage No.
0012

Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1.)

Port of Loading
NANSHA

Port of Discharge
Balboa

Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1.)
COLON FREE ZONE

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | | Weight | Measurement |
|---|---|---|---|
| | | 111973.000 KGS | 672.1500 CBM |

10 containers said to contain 5349 CARTONS

AIR CONDITIONER AND SPARE PARTS

N/M

MSKU9867831  ML-CN6787028  40 DRY 9'6  595 CARTONS  10000 KGS  66.0800
CBM
MSKU9329190  ML-CN6787026  40 DRY 9'6  595 CARTONS
CBM
MSKU9605533  ML-CN6787025
CBM
MSKU1114934  ML-CN6787030  40 DRY 9'6  620 CARTONS  10540 KGS  66.0800
CBM
MSKU0070663  ML-CN6787032  40 DRY 9'6  430 CARTONS  13115.000 KGS  69.0700
CBM
MSKU1263157  ML-CN6787033  40 DRY 9'6  559 CARTONS  11763.000 KGS  69.5900
CBM
MSKU1380805  ML-CN6787029  40 DRY 9'6  530 CARTONS  11395.000 KGS  68.4200
CBM
MSKU9865870  ML-CN6787031  40 DRY 9'6  290 CARTONS  10730.000 KGS  63.9100
CBM
MSKU8676532  ML-CN6787027  40 DRY 9'6  530 CARTONS  11395.000 KGS  68.4200

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 11)

MANIFESTACION DE ERROR

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

RELEASE/EN REGUESE
For delivery to the Consignee.
Para la entrega al ultimo consignatario

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.
10 containers | Place of Issue of B/L
Shenzhen |
| Number & Sequence of Original B(s)/L
1/THREE | Date of Issue of B/L
2010-01-12 |
| Declared Value (see clause 7.3) | Shipped on board Date (Local Time) (see clause 9)
2010-01-05 |

FNK 7782 0273

No. WW 721072

C O P I A

DE(L) ARACION DE MOVIMIENTO ( MERCIAL

**ZONA LIBRE DE COLON**
REPUBLICA DE PANAMA

ENTRADA No. _____ 6 _____ SALIDA No. _____ XX

| | | |
|---|---|---|
| IMPORTADORA | GOLDI ELECTRONIC | CLAVE (4961) 6647 |
| EXPORTADORA | | |

SEC 31 03 2009

TELEFONO DE LA EMPRESA 441-7222

EMPRESA TRANSPORTADORA: TRANSP. TUINSA

CONOCIMIENTO DE EMBARQUE O GUIA: MAEU 859322459

FECHA DE FACTURA: 31/12/2009
FACTURA COMERCIAL No. CO9CI-K153

PUERTO DE ENTRADA: MANZANILLO 38
EMBARCADOR: TLC AIR CONDITIONER CO., LTD
DIRECCION DEL EMBARCADOR: CHINA

B/O BARCO NANSHA
STE ORIGEN O DESTINO: CHINA 528

| BLTS | AIRE ACONDICIONADO | | | |
|---|---|---|---|---|
| 5349 | CONT MSKU9867831 sello ML-CN6787020 40 (620) | 8412.00.00 | SETS 92,860 | 111,973.00 | 355,570.00 |
| | MSKU9329190  ML-CN6787006640 (620) | | | | |
| | MSKU9605533  ML-CN6787035 40 (620) | | | | |
| | MSKU1114934  ML-CN6787030 40 (620) | | | | |
| | MSKU0094883  ML-CN6787032 40 (430) | | | | |
| | MSKU1263157  ML-CN6787033 40 (559) | | | | |
| | MSKU1380805  ML-CN6787029 40 (530) | | | | |
| | MSKU9865870  ML-CN6787031 40 (290) | | | | |
| | MSKU8676532  ML-CN6787027 40 (530) | | | | |
| | MSKU0069825  ML-CN6786034 40 (530) | | | | |
| 5349 | BLTS | | | 111,973.00 | 366,570.00 |

TOTAL F.O.B.   366,570.00
FLETE   28,872.00
SEGURO   0.00
OTROS GASTOS   0.00

Comprador / Vendedor

**REPUBLICA DE PANAMA**
ZONA LIBRE DE COLON

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. XX - 805758

C O P I A

| ENTRADA No. | SALIDA No. | TRASPASO |
|---|---|---|
| XX | 56 | |

CIA. IMPORTADORA:

CIA. EXPORTADORA:
**GOLDI ELECTRON, S.A.**

CLAVE-E

PAIS DE ORIGEN O DESTINO
**COLOMBIA 311**

VUELO O BARCO
MARITIMO

CONOCIMIENTO DE EMBARQUE O GUIA
MARIA

CLAVE: 8847

FECHA DE FACTURA: 23/02/2010

FACTURA COMERCIAL No. 001

PUERTO DE ORIGEN O DESTINO
**PTO NVO BAHIA PORTETE**

PUERTO DE ENTRADA

EMBARCADOR

DESTINATARIO
**ELECTRO GENEZI, S.A.**

PUERTO DE SALIDA
**MANOLIN**

EMPRESA TRANSPORTADORA
**MANOLIN**

PUERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO
**COLOMBIA**

CODIGO DE PAIS

CODIGO DE PUERTO

TELEFONO DE LA EMPRESA
441-7222

| BULTOS | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | FRACCION | VALOR |
|---|---|---|---|---|---|---|
| 105 | BLTS | AIRE ACONDICIONADO | 84.12.00.00 | SETS 530 | 5 | 22,883.00 |
| 105 | BLTS | | | | | 22,883.00 |

REPUBLICA DE PANAMA
AUTORIDAD NACIONAL DE ADUANAS
ADUANA PUERTO CRISTOBAL MUELLE 18

M/N CLARA
REG 181,960
FEB. 24
2010

**OBSERVACIONES:** Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Formulase la presente Declaración de traspaso a la mercancía descrita en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

TOTAL FOB. 79,575.00
FLETE 0.00
SEGURO 0.00
OTROS GASTOS 0.00
TOTAL CIF B/. 79,575.00

Comprador / Vendedor
Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

FNK 7782 0275

REPUBLICA
DE PANAMA

ENTRADA No. _____   XX SALIDA No. _____   56

_____ COMERCIAL   No. XX-505758

C O P I A

EXPORTADORA
GOLD ELECTRON,S.A.

EDO O BARCO                    CLAVE        CLAVE
CLARA E                        8647

IS DE ORIGEN O DESTINO    CONOCIMIENTO DE EMBARQUE O GUIA   ENTRADA   SALIDA DE
COLOMBIA 311              MARITIMO

ERTO DE ORIGEN O DESTINO     PUERTO DE ENTRADA   FACTURA COMERCIAL No.   EMPRESA TRANSPORTADORA   CLAVE
PTO.NVO.BAHIA PORTETE        23/02/2010          001

ERTO DE TRASBORDO            FECHA DE FACTURA                             USO ESTADISTICO
                                                                         No. DE REGISTRO

                             EMBARCADOR           DIRECCION DEL EMBARCADOR   DESTINATARIO   CODIGO DE PAIS
                                                                            CRISTOBAL 25

                                                                            ELECTRO GENEZI,S.A.
                                                                            DIRECCION DEL DESTINATARIO   CODIGO DE PUERTO
                                                                            COLOMBIA

PUERTO DE SALIDA
MANOLIN

| 1066 | BLTS | AIRE ACONDICIONADO | 8412.00.00 | SETS | 530 | 5 | 22,883.00 | 79,575.00 |
| 1063 | BLTS | | | | | | 22,883.00 | 79,575.00 |

TOTAL F.O.B.        22,883.00   79,575.00
FLETE                                0.00
SEGURO                               0.00
OTROS GASTOS                         0.00
TOTAL CIF                        79,575.00

SERVACIONES: Todas aquellas salidas de contenedores dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma poseída al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía comprendida en este documento, reclbida, entregada o traspasada conforme.

Certifico que la mercancía declarada en este documento fue reclbida, entregada o traspasada conforme.

Comprador / Vendedor
GOLD ELECTRON,S.A.

Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# CL HOME APPLIANCES(HK) CO., LIMITED

13/F., TCL TOWER, 8 TAI CHUNG ROAD., TSUEN WAN, HONG KONG.

## COMMERCIAL INVOICE

DATE: 2009-12-31
NO.: C09CI-K153

To Messrs: Goldi Electronic S.A

Address: zona libre de colon.colon republica de panama  tel. 5074417222

| Marks & No. | Description of Goods | Qtty. (PCS) | Unit Price (USD/PC) | Amount (USD) |
|---|---|---|---|---|
| | AIR CONDITIONER | | C&F COLON FREE ZONE | |
| | GSAC09 | 620 | 120.00 | 74,400.00 |
| | GSAC091 | 620 | 120.00 | 74,400.00 |
| | GSAC12 | 530 | 132.00 | 69,960.00 |
| N/M | GSAC121 | 530 | 132.00 | 69,960.00 |
| | GSAC18 | 215 | 180.00 | 38,700.00 |
| | GSAC24 | 145 | 270.00 | 39,150.00 |
| | SPARE PARTS | --- | --- | FOC |
| | FREIGHT | --- | --- | 28,872.00 |
| | TOTAL: | 2660 | --- | 395,442.00 |

TOTAL SAY UNITED STATES DOLLARS THREE HUNDRED AND NINETY FIVE THOUSAND FOUR HUNDRED AND FORTY TWO ONLY.

TCL HOME APPLIANCES (HK) CO.,LTD

Consta bajo la gravedad del juramento con la firma puesta al pie de esta declaración, que todos y cada uno de los datos expresados en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que se ha vendido la mercancia.

FNK 7782 0277

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. MAEU
N°. 859322459

Shipper
TCL HOME APPLIANCES (HK) CO., LTD
13/F, TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN, HONG KONG.

Booking No.
859322459

Export reference
SvC Contract
22705B

Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")
GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON, COLON REPUBLICA DE PANAMA
TEL: 5074417222

Notify Party (see clause 21)
SAME AS CONSIGNEE

Vessel (see Clause 1.(1))
NAN YANG 3

Voyage No.
0012

Port of Loading
NANSHA

Port of Discharge
Balboa

Place of Delivery; Applicable only when document issued as Multimodal Transport B/L; (see clause 1)
COLON FREE ZONE

## PARTICULARS FURNISHED BY SHIPPER

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

10 containers said to contain 5349 CARTONS

AIR CONDITIONER AND SPARE PARTS.

N/M

MSKU9867831  ML-CN6787028  40 DRY 9'6  630 CARTONS  10540.000 KGS  66.0800 CBM
MSKU9329190  ML-CN6787026  40 DRY 9'6  530 CARTONS  11405.000 KGS  68.4200 CBM
MSKU9605533  ML-CN6787035  40 DRY 9'6  530 CARTONS  11405.000 KGS  68.4200 CBM
MSKU1114934  ML-CN6787030  40 DRY 9'6  620 CARTONS  10540.000 KGS  66.0800 CBM
MSKU0070683  ML-CN6787032  40 DRY 9'6  430 CARTONS  13115.000 KGS  69.0700 CBM
MSKU1263157  ML-CN6787033  40 DRY 9'6  569 CARTONS  11783.000 KGS  69.5900 CBM
MSKU1380805  ML-CN6787029  40 DRY 9'6  530 CARTONS  11395.000 KGS  68.4200 CBM
MSKU9865870  ML-CN6787031  40 DRY 9'6  290 CARTONS  10730.000 KGS  63.9100 CBM
MSKU8676532  ML-CN6787027  40 DRY 9'6  530 CARTONS  11395.000 KGS  68.4200 CBM

Weight
111973.000 KGS

Measurement
672.1500 CBM

Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.
10 containers

Place of Issue of B/L
Shenzhen

Number & Sequence of Original B(s)/L
1/THREE

Date of Issue of B/L
2010-01-12

Declared Value (see clause 7.3)

Shipped on board Date (Local Time)
2010-01-05

This transport document has one or more numbered attachments.

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

DECLARACION DE MOVIMIENTO COMERCIAL

No. WW- 721072
C O P I A

ENTRADA No. _____   XX

SALIDA No. _____   6

- IMPORTADORA: GOLDI ELECTRONIC
- EXPORTADORA: SANTANDER S.R.O.A. / MANYANG STARSTRONA

TELEFONO DE LA EMPRESA: 441-7222

USO ESTADISTICO

| CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA | FACTURA COMERCIAL No. |
| MAEU 859322459 | 31/12/2009 | C09CLK153 |

PUERTO DE ENTRADA: MANZANILLO 38

EMBARCADOR: TLC AIR CONDITIONER CO., LTD

PTO DE ORIGEN O DESTINO: CHINA 528

ETTO DE ORIGEN O DESTINO: NANSHA

DIRECCION DEL EMBARCADOR: CHINA

EMPRESA TRANSPORTADORA: TRANSP. TUINSA

PUERTO DE SALIDA

DESTINATARIO

DIRECCION DEL DESTINATARIO

TRASPASO

| BLTS | | | | |
| 5340 | AIRE ACONDICIONADO | 84,120.00 | SETS 2,880 | 111,973.00 |
| | CONT. MSKU9867831  sello MI-CN67R7020 40 (620) | | | |
| | MSKU9329190  MI-CN67R7040640 (620) | | | |
| | MSKU9605533  MI-CN67R7035 40 (620) | | | |
| | MSKU1114934  MI-CN67R7030 40 (620) | | | |
| | MSKU00R0883  MI-CN67R7032 40 (430) | | | |
| | MSKU1263157  MI-CN67R7033 40 (559) | | | |
| | MSKU1380805  MI-CN67R7029 40 (530) | | | |
| | MSKU9865870  MI-CN67R7031 40 (290) | | | |
| | MSKU8676532  MI-CN67R7027 40 (530) | | | |
| | MSKU0069825  MI-CN67R6034 40 (530) | | | |
| 5340 | BLTS | | 111,973.00 | |

TOTAL F.O.B.   366,570.00
FLETE   28,872.00
SEGURO   0.00
OTROS GASTOS   0.00
TOTAL CIF B/.   395,442.00

366,570.00
388,570.00
388,570.00

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizada, bajo la gravedad del juramento, con la firma puesta al pie de este documento, que los datos son exactos y verdaderos.

Comprador / Vendedor

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

DECLARACION DE MOVIMIENTO COMERCIAL

No. XX-805758

C O P I A

REPUBLICA DE PANAMA

CIA. DE COLON

ENTRADA No. ___   ☐ SALIDA No. ___ 56   TRASPASO ___

CIA. IMPORTADORA

CIA. EXPORTADORA
**GOLDI ELECTRONI, S.A.**
CLAVE / E

VUELO O BARCO
**MARITIMO**
CONOCIMIENTO DE EMBARQUE O GUIA

PAIS DE ORIGEN O DESTINO
**COLOMBIA 311**

PUERTO DE ORIGEN O DESTINO
**PTO. NVO. BAHIA PORTETE**

PUERTO DE TRASBORDO

CLAVE ___   CLAVE ___

CLAVE  6847
FECHA DE FACTURA  23/02/2010
FACTURA COMERCIAL No. 001

PUERTO DE ENTRADA
EMBARCADOR
DIRECCION DEL EMBARCADOR

ENTRADA   SALIDA

EMPRESA TRANSPORTADORA
**MANOLIN**
PUERTO DE SALIDA
**CRISTOBAL 25**
DESTINATARIO
**ELECTRO GENEZI, S.A.**
DIRECCION DEL DESTINATARIO
**COLOMBIA**

TELEFONO DE LA EMPRESA
441-7222

USO ESTADISTICO
No. DE REGISTRO

CODIGO DE PAIS

CODIGO DE PUERTO

| CANT. | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | TIPO | UNIDAD E 2 | (KGS) | PESO BRUTO (EN BALANZA) |
|---|---|---|---|---|---|---|---|
| 1066 | SETS | AIRE ACONDICIONADO | 84.12.00.00 | SETS | 530 | 5 | 22,883.00 |
| 1066 | SETS | | | | | | 22,883.00 |
| | | | | | | | 79,575.00 |
| | | | | | | | 79,575.00 |

TOTAL F.O.B.  79,575.00
FLETE  0.00
SEGURO  0.00
OTROS GASTOS  0.00
TOTAL CIF B/.  79,575.00

M/N . CLARA 8.2
RECIBI 2.60
FEB.
2.4 FINAL 2010

REPUBLICA DE PANAMA
AUTORIDAD NACIONAL DE ADUANAS
ADUANA PUERTO CRISTOBAL MUELLE 16

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

DECLARACION
Permítase la entrada o salida o traspaso a la mercancía amparada en este documento.

GOLDI ELECTRONI, S.A.

Comprador / Vendedor

Inspector de Aduana

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

CONTENEDOR:
HQ
4H
20'

CANT. ___   REF. ___   PRENDA ___

RNK 7762

DECLARACION DE MOVIMIENTO COMERCIAL

No. XX-805758

C O P I A

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

ENTRADA No. _____   □   SALIDA No. 55   □   TRASPASO

| FECHA DE EMBARQUE | FECHA |
| 23 | 02 | 2010 |

I. IMPORTADORA

CLAVE

SALIDA DE

EXPORTADORA
GOLDI ELECTRONI, S.A.

CLAVE
6647

ENTRADA A

TELEFONO DE LA EMPRESA
441-7222

BLO. DE BARCO
CLARA E

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

FECHA DE FACTURA
23/02/2010

FACTURA COMERCIAL No.
001

USO ESTADISTICO
No. DE REGISTRO

P. DE ORIGEN O DESTINO
COLOMBIA 311

PUERTO DE ENTRADA

EMPRESA TRANSPORTADORA
MANOLIN

CODIGO DE PAIS

PTO. DE ORIGEN O DESTINO
PTO. NVO. BAHIA PORTETE

EMBARCADOR

PUERTO DE SALIDA
CRISTOBAL 25

DESTINATARIO
ELECTRO GENEZI, S.A.

CODIGO DE PUERTO

PTO. DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO
COLOMBIA

| 1068 | BLTS | AIRE ACONDICIONADO | | 84,12,00.00 | SETS | 530 | 5 | 22,883.00 | 79,575.00 |
| 1068 | BLTS | | | | | | | 22,883.00 | 79,575.00 |

MIN° CLARA E
RECIBI 260 CON
FOB. GUINEA

GOLDI ELECTRONI, S.A.
Comprador / Vendedor

REPUBLICA DE PANAMA
AUTORIDAD NACIONAL DE ADUANAS ZONA NORTE
ADMINISTRACION REGIONAL DE ADUANAS COLON
ADUANA DE ZONA LIBRE

Inspector de Aduana

| TOTAL F.O.B. | 79,575.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF | 79,575.00 |

SERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la salida / traspaso a la mercancía detallada, previo cumplimiento.

Funcionario R.P.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. XX - 805753

C O P I A

| FECHA (DIA) | (MES) | (AÑO) |
|---|---|---|
| 23 | 02 | 2010 |

ENTRADA No. _____        XX   SALIDA No. _____ 56        TRASPASO _____

IMPORTADORA _____   CLAVE _____   SALIDA DE _____   ENTRADA A _____   CLAVE _____

TELEFONO DE LA EMPRESA
441-7222

EXPORTADORA
GOLDI ELECTRONI,S.A.
CLAVE _____

USO ESTADISTICO
No. DE REGISTRO

ELO O BARCO
CLARA E
CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO
CLAVE _____
FECHA DE FACTURA
23/02/2010
FACTURA COMERCIAL No.
001

IS DE ORIGEN O DESTINO
COLOMBIA 311
PUERTO DE ENTRADA
_____

CODIGO DE PAIS

ERTO DE ORIGEN O DESTINO
PTO.NVO.BAHIA PORTETE
EMBARCADOR
_____

PUERTO DE SALIDA
CRISTOBAL 25
EMPRESA TRANSPORTADORA
MANOLIN

ERTO DE TRASBORDO
_____
DIRECCION DEL EMBARCADOR
_____

DESTINATARIO
ELECTRO GENEZI,S.A.
CODIGO DE PUERTO

DIRECCION DEL DESTINATARIO
COLOMBIA

| | | | | | | | | TOTAL F.O.B. | 79,575.00 |
|---|---|---|---|---|---|---|---|---|---|
| 1063 | BLTS | AIRE ACONDICIONADO | 84.12.00.00 | | 9ETS | 530 | 5 | 22,883.00 | 79,575.00 |
| 1063 | BLTS | | | | | | | 22,883.00 | 79,575.00 |

M/N° CLARA E S
RECTO: 260. 9LAB
FEB. 24 2010
FIRMA

GOLDI ELECTRONI,S.A.
Comprador / Vendedor

REPUBLICA DE PANAMA
AUTORIDAD NACIONAL, ZONA NORTE
ADMINISTRACION REGIONAL
CRISTOBAL MUELLE 10

| | TOTAL F.O.B. | 79,575.00 |
|---|---|---|
| | FLETE | 0.00 |
| | SEGURO | 0.00 |
| | OTROS GASTOS | 0.00 |
| | TOTAL CIF | 79,575.00 |

Inspector de Aduana

VENDEDOR
REF.
27
47
742 U262
FROZEN

SERVACIONES: Todas aquellas salidas de confecciones dirigidas a se deberá presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma estampada al pié de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada / salida de la mercancía descrita en este documento R.P.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2350

Nombre: Electro Genezi E.U.

Dirección:Maicao La Guajira/Colombia

Ruc.0000014075867522

Nit.900066544-3

Condiciones de Pago:
CREDITO

FACTURA ″0010

MARCA.GOLDI

FECHA.14/10/2010  16  1  CONTB

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------------|-------------|-----|-----|-------|
| 214 | GWM-68TF/C | LAVADORAS | 214 | 53 | 11,342.00 |
| 3 | GWM-68TF/C | REPUESTOS | 3 | 0 | S.V.C. |
| | | DE LAVADORAS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 217 | | | | | |
| | | SUB.TOTAL | | | 11,342.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 11,362.00 |

50: 10,700:

2C:

DOCUMENTO

FLETE

4,850:

GASTOS  A MANLOAD

668:

16,038:

TRAMITADO

Garante bajo la gravedad del juramento, con la cual se obliga al pie de la declaración, que todos y cada uno de los datos consignados en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que se ha vendido la mercancía.

FNK 7782 0283

# CONOCIMIENTO DE EMBARQUE

VIAJE _____

CONOCIEMIENTO No. 09

Digo yo ANTONIO CARABALLO Capitán de la embarcación EL CHUBASCO
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 214 | CARTONES | PARTE DE UN CONT. DICE CONTENER LAVADORAS. | 65.00 | 4952 |
| | 3 | CARTONES | REPUESTOS DE LAVADORAS | | |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |
| TOTAL | 217 | | CONT.TGHU.MSCU.8338449 | | |

ISTMO MARINE AGENCY S.A
COMO AGENTE
ACEPTECE PARA ENTREGAR
MN CHUBASCO III

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA  14 DE Octubre DE 2010

CAPITAN

EL CARGADOR

ZONA LIBRE DE COLON
REPUBLICA DE PANAMA

DECLARACION DE MOVIMIENTO COMERCIAL

No. V

C O P I A

ENTRADA No. _____    SALIDA No. _____    TRASPASO _____

| | | |
|---|---|---|
| IMPORTADORA | CLAVE | SALIDA DE |
| | | ENTRADA A |
| EXPORTADORA | CLAVE | |

EL COMOS ELECTRONIC S.A   CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

FECHA DE FACTURA   FECHA DE ENTRADA 09/07/2010

PUERTO DE ENTRADA   0010

EMPRESA TRANSPORTADORA
LINDA

TELÉFONO DE LA EMPRESA
441-7722

USO ESTADÍSTICO
No. DE REGISTRO

PUERTO DE DESTINO   PUERTO DE SALIDA   CÓDIGO DE PAIS

EMBARCADOR   DESTINATARIO   ELECTRO GEN VZLA EU

DIRECCIÓN DEL EMBARCADOR   DIRECCIÓN DE DESTINATARIO   CÓDIGO DE PUERTO

COLOMBIA

| BULTOS | | DESCRIPCION DEL ARTICULO | ARANCEL | TIPO | UNIDADES | ENTERO | FRAC | PRECIO BRUTO | VALOR |
|---|---|---|---|---|---|---|---|---|---|
| CANT | CLASE | | | | | | | | 11,342.00 |
| 214 | BLTS | LAVADORAS Y SUS PARTES | 84501290 | PCS | 214 | 3 | 4,952.00 | 4,952.00 |
| 214 | BLTS | CONT.MSCU.8383449 | | | | | | 4,952.00 |

SERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

TOTAL F.O.B.   11,342.00
FLETE
SEGURO
OTROS GASTOS   0.00
TOTAL CIF B/.

Inspector de Aduana

Declaración Jurada: queda garantizado bajo la gravedad del juramento, con la firma puesta, al pie de este documento, que estos datos son exactos y verdaderos.

Comprador   COMOS ELECTRONIC S.A.

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

## FRANCE FIELD MANZANA 01A
### TEL. 6516-2850

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

BARCO—CANDELA
FACTURA "0009

MARCA.GOLDI
FECHA.14/10/2010   16   3 CONTIENE

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 428 | GWM-68TF/B | LAVADORAS | 428 | 53 | 22,684.00 |
| 214 | GWM-68TF/C | LAVADORAS | 214 | 53 | 11,342.00 |
| 2 | GWM-68TF/C | REPUESTOS DE | 2 | 0 | S.V.C. |
| | | LAVADORAS | | | DESCUENTO |
| | | | | | FLETE |
| | | | GASTO | AMPLIADO | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 644 | | | | | |
| | | SUB.TOTAL | | | 34,026.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 34,046.00 |

50 = 21,400 =
50 = 10,700 =
32,100 =
20 =
13,950 =
2,006 =
48,076 =

...............................
...............................
...............................
...............................
...............................
vendido la mercancia.

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 08

VIAJE _____

Digo yo ALFREDO SALAZAR Capitán de la embarcación EL CANDELA
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en  PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y  condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 214 | CARTONES | PARTE DE UN CONT. DICE CONTENER LAVADORAS. | 195.00 | 14766 |
| | 214 | CARTONES | LAVADORAS | | |
| | 214 | CARTONES | LAVADORAS | | 20 |
| | 2 | CARTONES | REPUESTOS DE LAVADORAS | | |
| TOTAL | 644 | | NIT.900066544-3 RUT.0000014075867522 | | |
| | | | CONT.TGHU.7215224 SCZU.5543070 CAXU.9667282 | | |

ISTMO MARINE AGENCY, S.A.

COMO AGENTE
ACEPTECE PARA ENTREGAR
MN CANDELA V.

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA  14 DE Octubre DE 2010

CAPITAN                                          EL CARGADOR

FNK 7782 0287

# DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 147891

C O P I A

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

| | | |
|---|---|---|
| CIA. IMPORTADORA | CLAVE | TELEFONO DE LA EMPRESA |
| CIA. EXPORTADORA | CLAVE | USO ESTADISTICO |
| VUELO O BARCO | CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA | FACTURA COMERCIAL No | No. DE REGISTRO |
| PAIS DE ORIGEN O DESTINO | | PUERTO DE ENTRADA | EMPRESA TRANSPORTADORA | CODIGO DE PAIS |
| PUERTO DE ORIGEN O DESTINO | | DESTINATARIO | | CODIGO DE PUERTO |
| PUERTO DE TRASBORDO | | DIRECCION DEL EMBARCADOR | DIRECCION DEL DESTINATARIO | |

ENTRADA No. _____   SALIDA No. _____   TRASPASO _____

SALIDA DE _____   ENTRADA A _____

| BULTOS | | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | | | PESO BRUTO (KILOS) | VALOR (EN BALBOAS) |
|---|---|---|---|---|---|---|---|---|
| CANT. | CLASE | | | TIPO | ENTERO | FRAC. | | |
| | BLTS | LAVADORAS Y SUS PARTES | 8450.1950 | PCS | | | 14,788.00 | |
| | BLTS | | | | | | 14,788.00 | |
| | | CON CONJUNTO SUMINISTRADO PARA... | | | | | | |

**OBSERVACIONES:** Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permitase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento ha sido recibida, entregada o traspasada conforme.

GOLDEN ELECTRONIC S.A.

Comprador / Vendedor   Funcionario Autorizado por el movimiento Comercial   Inspector de Aduana

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

| | |
|---|---|
| TOTAL BRUTO | 24,025.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 24,025.00 |

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2250

Nombre: Electro Genezi E.U.

Dirección:Maicao La Guajira/Colombia

Ruc.0000014075867522

Nit.900066544-3

Condiciones de Pago:

CREDITO

FACTURA  "0005

MARCA.GOLDI ELECTRIONI

FECHA.09/03/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 1240 | GSAC091 | AIRES ACONDICIONADOS | 620 | 150 | 93,000.00 |
| 6 | | REPUESTOS DE AIRES | 6 | 0 | S.V.C. |
| | | ACONDICIONADOS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1246 | | | | | |
| | | SUB.TOTAL | | | 93,000.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 93,020.00 |

FNK 7782 0289

# SEABOARD MARINE

B/L Pro Forma / Non Negotiable

| | |
|---|---|
| Shipper/Exporter/Remitente<br>GOLDI ELECTRONICS, S.A.<br>FRANCE FIELD MANZANA 01A<br>ZONA LIBRE DE COLON<br>TELF: 441-7222 | Booking Number<br><br>2612303 |
| | Export reference / Referencias Exportacion |
| Consignee / Consignado a<br>FLOR DE FRANCIA, C.A.<br>AV. SANTIAGO MARIÑO, ENTRE CALLE<br>IGUALDAD Y VELASQUEZ FRENTE AL HOTEL BELLA<br>VISTA LOCAL 10-37 PORLAMAR ISLA<br>MARGARITA VENEZUELA<br>TELF: 58-295-2637702 | Forwarding agent / Agente Embarcador |
| | Point and country of origin / Lugar y Pais de origen |
| Notify Party / Dirigir Notificacion de llegada a<br><br><br>LOS MISMOS | Domestic routing export Instructions / Ruta Domestica |
| Place of Receipt / Carga Recibida en | |

| Vessel name / Vapor<br>OBERON | Voy No./ Viaje<br>63 | Port of Loading / Puerto de Carga<br>CRISTOBAL | Loading pier-terminal / Terminal de Embarque |
|---|---|---|---|
| Port of Discharge / Puerto de Descarga<br>EL GUAMACHE | | Place of Delivery / Entrega Final | Type of move / Tipo de Movimiento |

### PARTICULAR FURNISHED BY SHIPPER

| Marks and Numbers<br>Marcas y Numeros | No. of pkgs.<br>No. de Bultos | Description of packages and goods<br>Contenido segun embarcador | | Cargo Weight<br>Lbs/Libras/Kilos | Measurement<br>Medidas |
|---|---|---|---|---|---|
| CONT. TRLU552899-7<br>SELLO 016766<br><br>COTNT. TGHU7460746<br>SELLO 046757 *AIRE*<br><br>CONT. GESU 4593866<br>SELLO 016758 *AIRE*<br><br>CONT. SMLU 785115-0<br>SELLO 015759 *AIRE* | 3004 CTNS. | DICE CONTENER: LAVADORA<br><br>CONT. FSCU635731-3<br>SELLO 016760 *AIRE*<br><br>CONT. AMFU 844441-1<br>SELLO 016762<br><br>CONT. SMLU 786035-7<br>SELLO 016763 | CONT. TCNU959434-1<br>SELLO 016764<br><br>CONT. GAQTU 831289-5<br>SELLO 016765<br><br>FREIGHT PREPAID | 55262.00KGS | |

| Freight & Charge | Rate | Unit<br>OCEAN FREIGHT<br>PICKUP<br>BLPC<br>BUNKER | Prepaid | Collect |
|---|---|---|---|---|
| | Total Prepaid | | | |
| Numer of Original B(s)/L | Total Collect | | | |
| Place of issue | Date | | | |
| | | By | | |
| | | Carrier: SEABOARD MARINE, LTD. | | |

ZONA
LIBRE DE
COLON

REPUBLICA
DE PANAMA

No. YY - 173934

**DECLARACION DE MOVIMIENTO COMERCIAL**

C O P I A

TELEFONO DE LA EMPRESA
441 -7222

USO ESTADISTICO
No. DE REGISTRO

| DIA | MES | AÑO |
|---|---|---|
| 12 | 11 | 10 |

ENTRADA No. _____

SALIDA No.  20

CIA. IMPORTADORA

CIA. EXPORTADORA
GOLDE ELECTRONICS, S.A.

PAIS DE ORIGEN O DESTINO
VENEZUELA     312

VUELO O BARCO
OMEGA V-63

CONOCIMIENTO DE EMBARQUE O GUIA

PUERTO DE ORIGEN O DESTINO
EL GUAMACHE

PUERTO DE TRASBORDO

CLAVE
6647

CLAVE

CLAVE

FECHA DE FACTURA
12-11-2010

PUERTO DE ENTRADA

EMBARCADOR

DIRECCION DEL EMBARCADOR

FACTURA COMERCIAL No.
0017

EMPRESA TRANSPORTADORA
GAVIDIA

PUERTO DE SALIDA
CRISTOBAL   25

DESTINATARIO
FLOR DE FRANCIA, C.A.

DIRECCION DEL DESTINATARIO
VENEZUELA

CODIGO DE PAIS

CODIGO DE PUERTO

TRASPASO

| BULTOS | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | PESO BRUTO (KILOS) VALOR (en balboas) |
|---|---|---|---|---|---|
| 3,004 | CJAS. | LAVADORAS | 84501290 | SST 2080 | 55262.00   224,275.00 |
|  |  | CONT. TRLU 552889-7 |  |  |  |
|  |  | SELIO 016765 |  |  |  |
|  |  | GOLDE ELECTRONICS. |  |  |  |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU., deberán presentar certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida, o traspaso a la mercancía/reclamada por esta documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Comprador / Vendedor

Inspector de Aduana

Firma/sello autorizado por el subgobierno

| CONTENEDOR | | |
|---|---|---|
| CANT. | REF. | |
| 20' | | |
| 40' | | |
| Kg. | | |
| FRCON | | |

| | |
|---|---|
| TOTAL F.O.B. | 224,275.00 |
| FLETE | 29,250.00 |
| SEGURO | |
| OTROS GASTOS | 110.00 |
| TOTAL CIF B/. | 283,635.00 |

...a Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6516-2550

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITÒ

BARCO.NATALIA
**FACTURA**   ''0013

**MARCA.GOLDI**
FECHA.25/10/2010 14 - 2 CONTAN

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------------|-------------|-----|-----|-------|
| 290 | GLD-24CS/BK2 | AIRES ACONDICIONADOS | 145 | 305:00 | 44,225.00 |
| 620 | GLD-09CS/BK1 | AIRES ACONDICIONADOS | 310 | 153.00 | 47,430.00 |
| | | | | | |
| | | | | DOCUMENT | |
| | | | | FLETE | |
| | | | | GASTOS A MAICAO | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 910 | | | | | |
| | | SUB.TOTAL | | | 91,655.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 91,675.00 |

290= 42,050.
145= 44,950
87,000
26
9,728
1,300.
98,048

Consta bajo la gravedad del juramento con la
firma puesta al pie de esta declaración, que
todos y cada uno de los datos consignados en
esta factura son exactos y verdaderos, y que la
suma total declarada es la misma en que se ha
vendido la mercancía.

FNK 7782 0292

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 12

VIAJE _____

Digo yo LUIS RIOS Capitán de la embarcación NATALIA
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 290 CONT. | CARTONES TGHU. 8007190 | PARTE DE UN CONT. DICE CONTENER, AIRES ACONDICIONADOS. | 65.00 | 11065 |
| INKU. 6556663 | 620 | CARTONES | AIRES ACONDICIONADOS | 65.00 | 11470 |
| | | | NIT.900066544-3 RUT.000014075867522 | | |
| TOTAL DE BULTOS | 910 | | | TOTAL | 22,535 |

ISTMO MARINE AGENCY, S.A.

COMO AGENTE ACEPTECE PARA ENTREGAR M/N NATHALIA V.

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás no valen.

COLON REP. DE PANAMA  20 DE Octubre DE 2010

DECLARACION DE MOVIMIENTO COMERCIAL

No. VY - 155550

COPIA

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

ENTRADA No. ___

SALIDA No. 16

TRASPASO

USO ESTADISTICO
No. DE REGISTRO 441-7222
21 10 10

TELEFONO DE LA EMPRESA

2 5 OCT 2010

IA. IMPORTADORA

CLAVE ___

SALIDA DE ___

CLAVE ___

IA. EXPORTADORA
GOLDI ELECTRONIC S.A.

CLAVE ___

ENTRADA A ___

EMPRESA TRANSPORTADORA
LINDA

CLAVE ___

CODIGO DE PAIS

VUELO O BARCO
NATALIA

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

FACTURA COMERCIAL No.
6847 | 0013

FECHA DE FACTURA
25/10/2010

PUERTO DE SALIDA
CRISTOBAL 25

CODIGO DE PUERTO

PAIS DE ORIGEN O DESTINO
COLOMBIA

PUERTO DE ENTRADA

DESTINATARIO
ELECTRO GENEZI E.U.

PUERTO DE ORIGEN O DESTINO
PTO. NVO. MAICAO

EMBARCADOR

DIRECCION DEL DESTINATARIO
COLOMBIA

PUERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDAD | | PESO NETO | |
|---|---|---|---|---|---|---|
| 910 | BLTS | AIRES ACONDICIONADOS | 84151090 | PCS | 455 | 0 | 22,535.00 |
| 910 | BLTS | CONT-TCHU 8007100 HANKU 6656863 | | | | | 22,535.00 |

91,655.00

GOLDI ELECTRONIC S.A.
Comprador / Vendedor

TOTAL F.O.B. | 91,655.00
FLETE | 0.00
SEGURO | 0.00
OTROS GASTOS | 0.00
TOTAL CIF B/. | 91,655.00

Inspector de Aduana

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada. Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Remítase la mercancía, salga o llegue a o de la Zona, certifico que la mercancía declarada en este documento fue recibido, entregado o traspasada conforme.

...ministración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 91A
### TEL. 6616-2850

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA "0001

MARCA.GOLDI
FECHA.28/09/2010  8   3-CONTEINER

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------------|-------------|-----|-----|-------|
| 834 | GWM-45TF/CV | LAVADORAS | 834 | 63 | 52,542.00 |
| 8 | | REPUESTOS | 8 | 0 | S.V.C. |
| | | DE LAVADORAS | | | DOCUMENTO |
| | | | | | FLETE |
| | | | | | GASTOS # MAICAO |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 842 | | | | | |
| | | SUB.TOTAL | | | 52,542.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 52,562.00 |

COSTO
50,012 =
20 =
1,271 =
2,607 =
66,910 =

FNK 7782 0295

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 02

VIAJE _____

Digo yo PEDRO BARRIOS Capitán de la embarcación CIMBER
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 834 | CARTONES | PARTE DE UN CONT. DICE CONTENER LAVADORAS. | 30.0 | 14178 |

NIT.900066544-3
RUT.0000014075867522

cont. ZCSU8482737
ZCSU892903-9
ZCSU8356180

SIRIUS SHIPPING AGENCY
ENTERPRISE CORP.
R.U.C. 15927-1-166245 D.V. 22
Telefax: (507) 445-3635
E-mail: siriusagency@hotmail.com

DERECHO DE MUELLE_____
TIEMPO _____
TOTAL_____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tenor cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA  29 DE Septiembre DE 2010 _____

CAPITAN                                    EL CARGADOR

_TERMINO ALAS 21 HORAS_

FNK 7782 0296

No. 085008

YY = COPIA

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

DECLARACION DE MOVIMIENTO COMERCIAL

ENTRADA No. _____    SALIDA No. 07    TRASPASO

| FECHA | DIA 28 | MES 09 | AÑO 10 |

CIA. IMPORTADORA

CIA. EXPORTADORA: GOLDI ELECTRONIC S.A

TELEFONO DE LA EMPRESA: 441-7222

VUELO O BARCO: MARITIMO   CONOCIMIENTO DE EMBARQUE O GUIA

PAIS DE ORIGEN O DESTINO: COLOMBIA 311

CLAVE

USO ESTADISTICO / No. DE REGISTRO

FECHA DE FACTURA: 22-09-2010   FACTURA COMERCIAL No. 0002

PUERTO DE ENTRADA

CODIGO DE PAIS

PUERTO DE ORIGEN O DESTINO: PTO NVO BAHIA PORTETE

EMBARCADOR

EMPRESA TRANSPORTADORA: LINDA

PUERTO DE SALIDA: colon port cristobal 25 terminal 23

CODIGO DE PUERTO

PUERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DESTINATARIO: ELECTRO GENEZI S.A
DIRECCION DEL DESTINATARIO: COLOMBIA

| BULTOS CANT. | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES CANT / CLASE | | FRAC | PESO BRUTO KILOS | VALOR EN BALBOAS |
|---|---|---|---|---|---|---|---|---|
| 634 | BLTS | LAVADORAS Y SUS PARTES | 84501290 | 278 | PCS | 0 | 14,178.00 | 52,542.00 |
| 634 | BLTS | | | | | | 14,178.00 | |
| | | CONT ZCSU8482737 | | | | | | |
| | | ZCSU7018866 | | | | | | |
| | | ZCSU8997481 | ZCSU 892903-9 | | | | | |
| | | 8856180 | | | | | | |

TOTAL F.O.B.: 52,542.00
FLETE: 0.00
SEGURO: 0.00
OTROS GASTOS: 0.00
TOTAL CIF B/.: 52,542.00

OBSERVACIONES: Todas aquellas salidas de contenedores dirigidos a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Cuenta garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

GOLDI ELECTRONIC S.A.
Comprador / Vendedor

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.