# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2860

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA  ''0004

MARCA.GOLDI
FECHA.07/10/2010  ꝉ   2 *CONTEN*

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|-----------|-------------|-----|-----|-------|
| 620 | GLD-09CS/BK2 | AIRES ACONDICIONADOS | 310 | 150 | 46,500.00 |
| 620 | GLD-09CS/H1 | AIRES ACONDICIONADOS | 310 | 150 | 46,500.00 |
| | | | | | |
| | | *DOCUMENTO* | | | |
| | | *FLETE* | | | |
| | | *GASTOS D MAICAO* | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1240 | | | | | |
| | | SUB.TOTAL | | | 93,000.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 93,020.00 |

*140 = 43,400*
*140 = 43,400*
*86,800*
*20*
*9,514*
*1,827*
*98,161*

Conste bajo la gravedad del juramento que la
firma puesta al pie de esta declaración, que
todas y cada una de las datos consignados en
esta factura son exactos y verdaderos, que la
suma total declarada es la misma en que se ha
vendido la mercancía.

FNK 7782 0298

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 04

VIAJE _____

Digo yo ANTONIO CARABALLO Capitán de la embarcación CHUBASCO
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en  PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 1240 | CARTONES | PARTE DE UN CONT. DICE CONTENER. AIRES ACONDICIONADOS. | 130.00 | 22540 |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |
| | | | CONT. CXU9294136 CBHU8026765 | | |

ISTMO MARINE AGENCY, S.A.

COMO AGENTE
ACEPTECE PARA ENTREGAR
M/N CHUBASCO III

AUTORIDAD NACIONAL DE ADUANAS
ADMINISTRACIÓN REGIONAL, ZONA NORTE
ADUANA PUERTO CRISTOBAL - GAMITA

ENTRADA

FECHA _____  HORA _____

FIRMA _____  POS. _____

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido; los demás
no valen.

COLON REP. DE PANAMA  07 DE Octubre DE 2010.

CAPITAN

EL CARGADOR

TRAMITADO

FNK 7782 0299

REPUBLICA DE PANAMA

# DECLARACION DE MOVIMIENTO COMERCIAL

No. VV - 143589

C O P I A

| ENTRADA No. | | SALIDA No. 04 (1104) | | TRASPASO | |

| | DIA | MES | AÑO |
|---|---|---|---|
| | 06 | 10 | 10 |

IMPORTADORA

EXPORTADORA
GOLDI ELECTRONIC S.A.

| CLAVE | SALIDA DE | | CLAVE |
| | ENTRADA A | | |

TELEFONO DE LA EMPRESA
441-7222

USO ESTADISTICO
No. DE REGISTRO

CONOCIMIENTO DE EMBARQUE O GUIA
TIPO DE ORIGEN O DESTINO
TIJUASCO

FECHA DE FACTURA
07/10/2010

FACTURA COMERCIAL No.
0004

EMPRESA TRANSPORTADORA
LINDA

CODIGO DE PAIS

PAIS DE ORIGEN O DESTINO
COLOMBIA 311

TIPO DE BARCO
MARITIMO

PUERTO DE ENTRADA

PUERTO DE SALIDA
CRISTOBAL 25

CODIGO DE PUERTO

TIPO DE TRASBORDO
TCA NVO MAICAO

EMBARCADOR

DESTINATARIO
ELECTRO GENEZI

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO
COLOMBIA

| TIPO DE BULTOS | | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDAD POR PESO | CANTIDAD | VALOR UNITARIO | VALOR FOB |
|---|---|---|---|---|---|---|---|
| 1240 | BLTS | AIRES ACONDICIONADOS | 84151090 | PCS | 0 | 310 | 22,540.00 | 83,000.00 |
| 1240 | BLTS | | | | | | 22,540.00 | |
| | | CONT. CRXU0294136 | | | | | | |
| | | CBHU8026765 | | | | | | |

GOLDI ELECTRONIC S.A.

DECLARACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU., deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Remítase la entrega al efectuado de la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

| TOTAL F.O.B. | 93,000.00 |
|---|---|
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2250

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

CBARCO-CLARA E.
FACTURA ″0007

MARCA.GOLDI
FECHA.13/10/2010 16   2 CONTENE

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------------|-------------|-----|-----|-------|
| 444 | GWM-68TF/E ✓ | LAVADORAS | 444 | 53 | 23,532.00 |
| 3 | GWM-68TF/E | REPUESTOS DE | 3 | 0 | S.V.C. |
| | | LAVADORAS | | | DOCUMENTO |
| | | | | | FLETE |
| | | | 69705 | | 2 MAICAO |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 447 | | | | | |
| | | SUB.TOTAL | | | 23,532.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 23,552.00 |

50 = 22,200
20 =
9,300 =
1,337⅝
32,857⅝



# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 06

VIAJE _____

Digo yo CARLOS ARCHIBOL Capitán de la embarcación CLARA E
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 222 | CARTONES | PARTE DE UN CONT. DICE CONTENER LAVADORAS. | 130,00 | 10212 |
| | 222 | CARTONES | LAVADORAS | | |
| | 3 | CARTONES | REPUESTOS DE LAVADORAS | | |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |
| TOTAL | 447 | | CONT.CAXU9660890 MSCU9062062 | | |

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

M/N  CLARA E
RECIBI 447  CTNS
OCT, 19  2010
FIRMA

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás no valen.

COLON REP. DE PANAMA  12 DE Octubre DE 2010

CAPITAN

EL CARGADOR

_____

FNK 7782 0302

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

DECLARACIÓN DE MOVIMIENTO COMERCIAL

No. YY – 14360

ENTRADA No. _____

SALIDA No. 09

TRASPASO

| | | | |
|---|---|---|---|
| IA. IMPORTADORA | CLAVE | SALIDA DE | CLAVE |

LA EXPORTADORA: GOLDIN ELECTRONIC S.A.

CLAVE | ENTRADA A | CLAVE

TELEFONO DE LA EMPRESA 441-7222

CONOCIMIENTO DE EMBARQUE O GUIA: MARITIMO

VELO O BARCO

FECHA DE FACTURA 12/02/2010

FACTURA COMERCIAL No. 18207

USO ESTADÍSTICO / No. DE REGISTRO

AIS DE ORIGEN O DESTINO: CLARA E

FACTURA 6847

PUERTO DE ENTRADA

EMPRESA TRANSPORTADORA: LINDA

CÓDIGO DE PAÍS

JERTO DE ORIGEN O DESTINO: COLOMBIA 311

EMBARCADOR

PUERTO DE SALIDA: COLON PORT TERMINAL 23

DESTINATARIO: ELECTRO GENEZI E.U.

PTO NVO MAICAO

ERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO: COLOMBIA

| BULTOS | DESCRIPCIÓN | | CANTIDAD | MARCA | | PRECIO | VALOR |
|---|---|---|---|---|---|---|---|
| 447 | BLTS | LAVADORAS Y SUS PARTES | PCS | 222 | 3 | 10,212.00 | 23,532.00 |
| 447 | BLTS | | | | 9 | 10,212.00 | |
| | | CONT. CAXU9665899 / MSCU9962062 | 84501290 | | | | |

TOTAL F.O.B.   23,532.00

FLETE   0.00

SEGURO   0.00

OTROS GASTOS   1.00

TOTAL CIF B/.   23,531.00

OBSERVACIONES: Todas aquellas salidas de bultos cuyos documentos no tengan precisión en presente(?) ... del país de origen de la misma.

Declaración Jurada: ... con la responsabilidad ... juramento, que estos datos ...

GOLDIN ELECTRONIC S.A.
Comprador / Vendedor

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2060

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA  ''0008

MARCA.GOLDI
FECHA.12/10/2010  16  2 CONTA

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|-----------|-------------|-----|-----|-------|
| 344 | GWM-80TF/B | LAVADORAS | 344 | 58 | 19,952.00 |
|  |  |  |  |  | DOCUMENTO |
|  |  |  |  |  | FLETE |
|  |  |  | GASTOS  2 MAICAO |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 344 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 19,952.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 19,972.00 |

55  18.920:
20:
9.300:
1.437 50
29.677 50

Bajo la gravedad del juramento con la
que presto al pie de esta declaración, que
todos y cada una de los datos expresados en
esta factura son exactos y verdaderos, y que la
suma total declarada es la misma en que se ha
vendido la mercancía.

FNK 7782 0304

| REPUBLICA DE PANAMA AUTORIDAD NACIONAL DE ADUANAS | Control de Mercancía no Nacionalizada (Decreto Nº 6 del 13-Mar-2002 ) | | | |
|---|---|---|---|---|

| TRASLADO | | | | Valor B/. | 1,00 |
|---|---|---|---|---|---|
| SOLICITUD | T20102351015 | Fecha | 15-10-2010 | Tarifa B/. | 3,00 |
| Recinto Partida | FRANCE FIELD | Zona | Zona Norte (COLON) | | |
| Recinto Destino | MUELLE 16 | Zona | Zona Norte (COLON) | | |
| Precintos Aduaneros | 1   2293140 | | | Transp. Aseg. | N |

| TRANSPORTISTA | | | |
|---|---|---|---|
| Transportista | TRANSPORTISTAS INDEPENDIENTES | Modo Transporte | TERRESTRE |
| INDA | | Tipo/Marca | MULA INTERL-99 |
| | Clase | 681993 | Furgón   TCNU-7280125 |

| REPUBLICA DE PANAMA AUTORIDAD NACIONAL DE ADUANAS BOLETA DE PAGO - TRASLADO | TRASLADO No. | FECHA | ZONA | TIPO DE OPERACION |
|---|---|---|---|---|
| | T20102351015 | 15-Oct-2010 | 03 | |

TRANSPORTISTAS INDEPENDIENTES

TRANSPORTISTA

IMPUESTO

| COBRO POR TRASLADO | PARTIDA PRESUPUESTARIA | MONTO |
|---|---|---|
| TARIFA DEL TRASLADO | | 1,00 |
| | | 3,00 |

TRASLADO ADUANERO

| 1358 | TOTAL | | |
|---|---|---|---|
| | TOTAL DESPUES DE | 10% | |
| | TOTAL DESPUES DE | 20% | 4.00 |

EL PAGO DE ESTA BOLETA SERA CONFIRMADO POSTERIORMENTE POR LA DIRECCION GENERAL DE ADUANAS

FNK 7782 0305

# CONOCIMIENTO DE EMBARQUE

CONOCIMIENTO No. 07

VIAJE _____

Digo yo ANDRES VARGAS Capitán de la embarcación EL CARMEN
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se exprese a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 172 | CARTONES | PARTE DE UN CONT. DICE CONTENER LAVADORAS. | 130.00 | 8256 |
| | 172 | CARTONES | | | |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |
| TOTAL | 344 | | CONT . TCNU7280125 TCNU8898150 | | |

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo, UNO (1) conocimiento del mismo tener cumplido uno, lo demás
no valen.

COLON REP. DE PANAMA   12 DE Octubre DE 2010

CAPITAN

*Luis Palacio*

.EL CARGADOR

FNK 7782 0306



# GOLDY ELECTRONIC, S.A.

APARTADO 2007, ZONA LIBRE DE COLON
COLON, REP. DE PANAMA TELS.441-7222/441-0076 CLAVE 6647

## FACTURA  NO. 021

FECHA:  27 de enero de 2011

VENDIDO A:  ELECTRO GENEZI, S.A.          PAIS: COLOMBIA

SALIDA: 021/11   CONDICIONES : contado          MARCA: GOLDI

VIA: marítimo

| BULTO | REFERENCIA | DESCRIPCION | CANT. | P/U | TOTAL |
|-------|-----------|-------------|-------|-----|-------|
| 132 | GLD-24CS/42 | AIRES ACONDICIONADOS | 66 SET | 300.00 | 19,800.00 |
| | | | DOCUMENTACION | | 20.00 |

TOTAL A PAGAR ...........19,820.00

SON: Diecinueve mil ochocientos veinte con 00/100 Dólares U.S.A.

KILOS 5148

MAICAO BARCO INTREPIDE CAPITAN ALBERTO GARRIDO

MUELLE CRISTOBAL 25

"Conste bajo la gravedad del juramento
con la firma puesta al pie de esta decla-
ración, que todos y cada uno de los da-
tos expresados en la factura son exactos
y verdaderos y que la suma total decla-
rada es la misma en que se han vendi-
do las mercancias."

FNK 7782 0307

# GOLDIN ELECTRONIC, S.A.

## CONOCIMIENTO DE EMBARQUE

VIAJE   001 / 2011                    Conocimiento No. 0001

DIGO YO,   **ALBETO GARRIDO**   Capitán de la embarcación   **INTREPIDE**

Que he recibido en aparente buen estado y condición, las mercancías abajo expresadas por

**GOLDIN ELECTRONIC SA.**      Por cuenta de **LOS MISMOS**

Consignado a   **ELECTRO GENEZI, S.A.**

Y para entregar en   **PTO. BOLIVAR COLOMBIA**

Mercancía y numeradas conforme se expresa a continuación que con libertad de transferir a bordo de cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo

| MARCAS Y NUMEROS | NO. DE BULTOS | CLASE DE BULTOS | CONTENIDO | METROS CUBICOS | PESO EN KILOS |
|---|---|---|---|---|---|
| | (132) | CTNS. | AIRES ACONDICIONADOS | | 5,148.00 KLS |

En prueba de lo expresado aquí firmo, UNO conocimiento del mismo tenor cumpliendo
Los demás no valen.

27 DE ENERO, 2011

El Capitán                                                        Vendedor

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

# DECLARACION DE MOVIMIENTO COMERCIAL

No. YY – 250310

**C O P I A**

| | | |
|---|---|---|
| CIA. IMPORTADORA | | ENTRADA No. |
| CIA. EXPORTADORA | GOLDI ELECTRONIC, S.A. | |
| VUELO O BARCO | BARCO INTREPIDE | |
| PAIS DE ORIGEN O DESTINO | COLOMBIA 311 | |
| PUERTO DE ORIGEN O DESTINO | MAICAO COLOMBIA | |
| PUERTO DE TRASBORDO | | |

| CLAVE | 6647 |
| FECHA DE FACTURA | 27/01/11 |
| PUERTO DE ENTRADA | |
| EMBARCADOR | |
| DIRECCION DEL EMBARCADOR | |

| ENTRADA A | |
| FACTURA COMERCIAL No. | FACT. 021 |

| SALIDA DE | |
| SALIDA No. | 21 |
| TRASPASO |

| EMPRESA TRANSPORTADORA | TRANSPORTE MARINO |
| PUERTO DE SALIDA | CRISTOBAL 25 |
| DESTINATARIO | ELECTRO GENEZI, S.A. |
| DIRECCION DEL DESTINATARIO | MAICAO COLOMBIA |

TELEFONO DE LA EMPRESA 441-7222
USO ESTADISTICO
No. DE REGISTRO

| 27 | 01 | 1 |
| NK 7752 030 |

CODIGO DE PAIS

CODIGO DE PUERTO

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | | UNIDADES | | PESO | |
|---|---|---|---|---|---|---|---|
| (32) BLTOS | AIRES ACONDICIONADO | 84.15.82.90 | | SET | 66 | 5148KGS | 19,800.00 |
| | MARCA GOLDI | | | | | | |

OBSERVACIONES: Todas aquellas de confecciones dirigidas a los EE.UU. deben tener adjunto el certificado del país de origen de la misma.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta, al pie de este documento, que estos datos son exactos y verdaderos.

Comprador _____ Vendedor _____

Inspector de Aduana _____

.a Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

| | |
|---|---|
| TOTAL F.O.B. | |
| FLETE | |
| SEGURO | |
| OTROS GASTOS | 20.00 |
| TOTAL CIF B/. | 19,820.00 |

| CONTENEDOR | | |
|---|---|---|
| CANT. | REF. | |
| 20' | | |
| 40' | | |
| NO | | |
| PZ2(EN | | |

# GOLDI ELECTRONICS, S.A.

### FRANCE FIELD MANZANA 01A
### EMAIL:goldipanama@hotmail.com

Nombre: FLOR DE FRANCIA, C.A.
Dirección: AV. SANTIAGO MARIÑO, ENTRE                    FACTURA  0015
CALLE IGUALDAD Y VELASQUEZ, FRENTE AL HOTEL
BELLA VISTA, LOCAL 10-37 PORLAMAR, ISLA DE MARGARITA
VENEZUELA 0058 4166061126   NAZIE
TELEFONOS: 58-295-2637702/2639801
FAX: 58-295-2635991
PRESIDENTE: NAZIH HAMZI HAMZI                              FECHA: 08/11/2010
PERSONA DE CONTADOS: FADIA HAMZA FAEK  FEFA DE DEPTO. INTL.

| BULTOS | KILOS | REFERENCIA | DESCRIPCION | SET | P/U | TOTAL |
|---|---|---|---|---|---|---|
| 200 | 4300 | GLD-12CS/H1 | AIRES ACONDICINADO | 100 | 200.00 | 20,000.00 |
| 200 | 4300 | GLD-12CS/H2 | AIRES ACONDICINADO | 100 | 200.00 | 20,000.00 |
| 43 | 1075 | GWM-80TF/B | LAVADORAS | 43 | 85.00 | 3,655.00 |
| | | | | | | |
| | | | | | | |
| 443 | 9675 | | | | | |
| | | | SUB TOTAL | | | 43,655.00 |
| | | | FLETE | | | 3,250.00 |
| | | | SALIDA Y SELLO | | | 30.00 |
| | | | GASTOS DE TRANSPORTE | | | 175.00 |
| | | | TOTAL | | | 47,110.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COMBINED TRANSPORT          **Seaboard Marine, Ltd.**          (SHORT FORM) Bill of Lac

| | | |
|---|---|---|
| SHIPPER / EXPORTER / REMITENTE | SHIPPER NUMBER | BOOKING NUMBER |
| GOLDI ELECTRONICS, S.A.<br>FRANCE FIELD MANZANA 01A<br>ZONA LIBRE DE COLON<br>TELF.: 441-7222 | | 2606045 |

EXPORT REFERENCES / REFERENCIAS EXPORTACION

| | |
|---|---|
| CONSIGNEE / CONSIGNADO A | CONSIGNEE NUMBER |
| FLOR DE FRANCIA, C.A.<br>AV. SANTIAGO MARIÑO, ENTRE CALLE<br>IGUALDAD Y VELASQUEZ FRENTE AL HOTEL BELLA<br>VISTA VISTA LOCAL 10-37 PORLAMAR ISLA<br>MARGARITA  VENEZUELA  TEL 58-295-2637702 | |

FORWARDING AGENT / AGENTE EMBARCADOR

POINT AND COUNTRY OF ORIGIN / LUGAR Y PAIS DE ORIGEN

NOTIFY PARTY / DIRIGIR NOTIFICACION DE LLEGADA A          NOTIFY NUMBER

LOS MISMOS

DOMESTIC ROUTING EXPORT INSTRUCTIONS / RUTA DOMESTICA / INSTRUCCIONES DE EX

PLACE OF RECEIPT / CARGA RECIBIDA EN

| | | |
|---|---|---|
| VESSEL NAME / VAPOR     VOY No. / VIAJE No. | PT OF LOADING / PUERTO DE CARGA | LOADING PIER - TERMINAL / TERMINAL DE EMBARQUE |
| OVERON 63 | CRISTOBAL | |
| PORT OF DISCHARGE / PUERTO DE DESCARGA | PLACE OF DELIVERY / ENTREGA FINAL | TYPE OF MOVE / TIPO DE MOVIMIENTO |
| EL GUAMACHE | | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS<br>MARCAS Y NÚMEROS | No. OF PKGS.<br>No. DE BULTOS | DESCRIPTION OF PACKAGES AND GOODS<br>CONTENIDO SEGUN EMBARCADOR | GROSS WEIGHT<br>LBS/LIBRAS/KILOS | MEASUR<br>MEDI |
|---|---|---|---|---|
| CONT. "<br>TRLU 6630405<br><br>SELLO<br>016755 | 443CTNS. | DICE CONTENER: LAVADORAS | 9675.00KGS | |

FLETE PREPAID

PANAMA PORTS COMPANY, S.
Casa de listas, Cristobal favor acepte
este embarque para entregar al vapor

Sea Cargo, S. A. Agentes o Seaboard Marine

**Declared Value per Package If Value More Than $500.00 per Package U.S.**

| FREIGHT CHARGES PAYABLE AT: | | BY: | | TARIFF NO.<br>ITEM NO. |
|---|---|---|---|---|
| OCEAN FREIGHT CHARGED ON | PREPAID | COLLECT | | |
| | | | | |

RECEIVED the described goods or packages or containers said to contain goods
good order and condition unless otherwise indicated, to be transported and
transhipped as herein provided.
THIS RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPP
GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK
IN WITNESS WHEREOF THE CARRIER BY ITS AGENT HAS SIGNED 3 BILLS
ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPL
OTHERS TO STAND VOID,

* Aplicable solo cuando  sie          * Aplicable only where
  tienen transporte interno             land transport provided
  bajo la correspondiente               under applicable tariff
  tarifa.

CARRIER: SEABOARD MARINE, LTD.

By: _____

* APLICATION FOR COMBINED TRANSPORT ONLY

B/L No.                    MO        DAY

| TOTAL CHARGES | | |
|---|---|---|

FNK 7782 0311

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

# DECLARACION DE MOVIMIENTO COMERCIAL

No. VV - 173932

C O - P I A

| | | |
|---|---|---|
| ENTRADA No. | SALIDA No. 18 | TRASPASO |

**CIA. IMPORTADORA**

**CIA. EXPORTADORA** CODI ELECTRONIC, S.A.

CLAVE 6647

FECHA DE FACTURA 8-11-2010

TELEFONO DE LA EMPRESA 461-7222

USO ESTADISTICO No. DE REGISTRO

VUELO O BARCO CVIRON 63

CONOCIMIENTO DE EMBARQUE O GUIA

FACTURA COMERCIAL No. 0015

CODIGO DE PAIS

PAIS DE ORIGEN O DESTINO VENEZUELA 314

PUERTO DE ENTRADA

CODIGO DE PAIS

PUERTO DE ORIGEN O DESTINO DE GUANTA

EMBARCADOR

PUERTO DE SALIDA CRISTOBAL 25

CODIGO DE PUERTO

PUERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DESTINATARIO SUR DE FRANCIA

EMPRESA TRANSPORTADORA LINEA

DIRECCION DEL DESTINATARIO VENEZUELA

| CONT. | CLAVE | DESCRIPCION DEL ARTICULO | ARANCEL | TIPO | UNIDADES CANTIDAD | FRAC. | PESO BRUTO (KILOS) | VALOR (EN BALBOAS) |
|---|---|---|---|---|---|---|---|---|
| 400 | CTNS. | AIRES ACONDICIONADOS | 84151090 | SET | 200 | | 8500.00 | 40,000.00 |
| 43 | CTNS. | LAVADORA | 84501290 | SET | 43 | | 1075.00 | 3,655.00 |
| 4613 | CTNS | | | | | | 9675.00 | |

CONOCIMIENTO DE: 6630405

T V 23755

TRASLADO ADUANERO

HORA

RESERVACIONES: Todas ... de colecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 43,655.00 |
| FLETE | 3,250.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 20.00 |
| TOTAL CIF B/. | 46,925.00 |

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 01A
### TEL. 6616-2950

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA  ''0003

MARCA.GOLDI

FECHA.07/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 536 | GLD-12CS/BK1 | AIRES ACONDICIONADOS | 268 | 165 | 44,220.00 |
| 532 | GLD-12CS/BK2 | AIRES ACONDICIONADOS | 266 | 160 | 42,560.00 |
| | | | | | |
| | | | | | DOCUMENT |
| | | | | | FLETE |
| | | | | | INDICIO |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1068 | | | | | |
| | | SUB.TOTAL | | | 86,780.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 86,800.00 |

# CONOCIMIENTO DE EMBARQUE

CONOCIEMIENTO No. 03

VIAJE _____

Digo yo ALBERTO GARRIDO Capitán de la embarcación INTREPIDE
Recibo en aparente buen estado y condiciones las mercancías abajo expresadas por GOLDI
ELECTRONIC S.A.
Por cuenta de ELECTRO GENEZI E.U.
Consignado a LOS MISMOS
Y para entregar en PUERTO NUEVO MAICAO, COLOMBIA
Marcadas y numeradas conforme se expresa a continuación que con libertad de transferir a bordo de
cualquier otro vehículo prometo entregar en el mismo buen estado y condiciones que recibo.

| MARCA Y NUMEROS | No. De Bultos | Clase de Bultos | Contenido | Pies Cúbicos | Peso en Kilos |
|---|---|---|---|---|---|
| GOLDI | 1068 | CARTONES | PARTE DE UN CONT. DICE CONTENER AIRES ACONDICIONADOS. | 56.00 | 23320 |
| | | | NIT.900066544-3 RUT.0000014075867522 | | |
| | | | ( ) CONT.CBHU8871392) CONT.TRLU18660604 TRLU7209303 | | |

DERECHO DE MUELLE _____
TIEMPO _____
TOTAL _____

En prueba de lo expresado aquí firmo UNO (1) conocimiento del mismo tener cumplido uno se cumplido
no valen.

COLON REP. DE PANAMA 07 DE Octubre DE 2010

CAPITAN                                      EL CARGADOR

DECLARACIÓN DE MOVIMIENTO COMERCIAL

No. VV - 143585

COPIA

| ZONA LIBRE DE COLON | | | | |
|---|---|---|---|---|
| REPÚBLICA DE PANAMA | | | | |

ENTRADA No. _____    SALIDA No. C 0305 (1103)    TRASPASO

| | CLAVE | SALIDA DE | | CLAVE | 05 10 10 |
|---|---|---|---|---|---|

CIA. IMPORTADORA

CIA. EXPORTADORA: SOL ELECTRONIC VIEDSOLARE

| CLAVE | ENTRADA A | | CLAVE | TELEFONO DE LA EMPRESA 441-7222 |
|---|---|---|---|---|

PAÍS DE ORIGEN O DESTINO: INTERPEDIC COLOMBIA 3.1

CONOCIMIENTO DE EMBARQUE O GUIA: MARITIMO

FECHA DE FACTURA: 07/10/2010

FACTURA COMERCIAL No. 0003

EMPRESA TRANSPORTADORA: LINDA

| USO ESTADÍSTICO No. DE REGISTRO |
|---|

PUERTO DE ORIGEN O DESTINO: PTO NVO MAICAO

PUERTO DE ENTRADA

EMBARCADOR

PUERTO DE SALIDA: CRISTOBAL 25

DESTINATARIO: ELECTRO GENEZI S.A.

CÓDIGO DE PAÍS

PUERTO DE TRASBORDO

DIRECCIÓN DEL EMBARCADOR

DIRECCIÓN DEL DESTINATARIO: COLOMBIA

CÓDIGO DE PUERTO

| PESO BRUTO | DESCRIPCIÓN DEL ARTÍCULO | ARANCEL | UNIDADES | | PRECIO | VALOR |
|---|---|---|---|---|---|---|
| 1068 BLTS | AIRES ACONDICIONADOS | 84151090 | PCS | 267 | 23,320.00 | 86,780.00 |
| 1068 BLTS | | | | | 23,320.00 | |
| | CONT(CBHU8871392) GVCU 5085604 (TRLU68693344) TRKU7209303 | | | | | |
| | Perla 536 | | | | | |

SOL ELECTRONIC

Comprador / Vendedor

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizada bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada y salida de esta mercancía declarada en la presente mercancía amparada en este formulario.

Certifico que la mercancía declarada en la presente recibida, entregada o traspasada conforme.

Inspector de Aduana

| TOTAL F.O.B. | 86,780.00 |
|---|---|
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 86,780.00 |

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.



# TCL Home Appliances (HK) Co., Limited
13/f., TCL Tower, 8 Tai Chung Rd, Tsuen Wan, Hong Kong

## Proforma Invoice

To Messrs (The Buyer): BUMPER SPORT S.A./ Goldi Electronic S.A

Mobile: 4961-3-2054495

Add: :CALLE 16, AVE, ROOSEVELT, APARTADO 2121 Z.L., ZONA LIBRE DE COLON, COLON, REP. DE PANAMA

Invoice No.: PI-Caribbean-M100630
Date of Issue: 2010-06-30
Place of issue: Zhongshan, China

| TCL Model | Buyer's Model / Description | Unit Price (USD/SET) | Stuffing Qty Sets/40HQ | Purchase Qty (Sets) | Subtotal |
|---|---|---|---|---|---|
| TAC-09CS/H1 | | $140.00 | 310 | 310 | $43,400.00 |
| TAC-09CS/BK1 | 110V/60HZ, R22, cooling only, wall-mount split type air conditioner, regular EER, LED display ,3.5 meter copper pipe, 'GOLDI Electronic' brand, Toshiba compressor | $145.00 | 310 | 310 | $44,950.00 |
| TAC-12CS/H1 | | $153.00 | 268 | 1340 | $205,020.00 |
| TAC-12CS/BK1 | | $157.00 | 268 | 536 | $84,152.00 |
| TAC-09CS/BK2 | | $140.00 | 310 | 536 | $43,400.00 |
| TAC-12CS/H2 | | $147.00 | 268 | 1340 | $196,980.00 |
| TAC-12CS/BK2 | 220V/60HZ, R22, cooling only, wall-mount split type air conditioner, regular EER, LED display ,3.5 meter copper pipe, 'GOLDI Electronic' brand, Toshiba compressor | $152.00 | 268 | 536 | $81,472.00 |
| TAC-18CS/H2 | | $202.00 | 220 | 220 | $44,440.00 |
| TAC-18CS/BK2 | | $207.00 | 220 | 220 | $45,540.00 |
| TAC-24CS/H2 | | $285.00 | 145 | 145 | $41,325.00 |
| TAC-24CS/BK2 | | $290.00 | 145 | 145 | $42,050.00 |
| TOTAL | *** | *** | *** | 5,412 | $872,729.00 |
| | Spare parts free of charge worth 1% of total for Zhongshan value | | | | |

Note:

TOTAL SAY IN US DOLLARS EIGHT HUNDRED SEVENTY-TWO THOUSAND SEVEN HUNDRED AND TWENTY-NINE ONLY.

*Payment is to T/T 30% as downpayment, and balance to be paid by TT one week before shipment

FNK 7782 0316

*Price term subject to Incoterm 2000:  FOB Zhongshan port
*The above goods are to be loaded in 20X40HQ Containers from Zhongshan port, China.
*Delivery will be made 35-45 days after receipt of 30% down payment.
*All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin
are subject to availability and extra charge.

*This Proforma Invoice is only valid if:
1. signed by TCL Senior Manager of Sales Department; and
2. counter-signed by customer within 5 working days after this date of issuance; and
3. L/C or T/T prepayment arrives within 10 working days after this date of issuance; and
4. total cost change of the above goods (which may be caused by change of Exchange rate, raw
material cost, VAT refund policy, etc.) does not exceed 1% before establishment of T/T.

*Bank Reference:
    BENEFICIARY: TCL Home Appliances (HK) Co., Ltd.
    BANK NAME: Standard Chartered Bank (Hong Kong) Ltd.
    BANK ADDRESS: T/F., Standard Chartered Tower, 388 Kwun Tong Rd., Kwun Tong, KLN, HK.
    ACCOUNT NO.: USD:   447 168 423 70
                 HKD:   447 168 423 62
                 EUR:   447 168 423 89
                 JPY:   447 168 423 97
    SWIFT CODE: S C B L H K H H x x x

*Other terms and conditions:
AC Connection Pipe: all with 3.5 m pipe
AC Extra Filtror:
RF Lock:
RM Pump:

*This Proforma Invoice is made to form a Sales Contract once duly signed.

Prepared by: Catherine Qin
Title:

Signed by:
Title:
Date:

-------------------------------------------------------------------------------------------
Daily Contact: TCL Home Appliances Corp. Overseas Business Division (TCL EAO)
102 Nantou Road, Nantou, Zhongshan, Guangdong, 528 427, P. R. China
Tel: +86-760-2313 2826          Fax: +86-760-2313 2825          http://hao.tcl.com

FNK 7782 0317



# TCL Home Appliances (HK) Co., Limited
13/F., TCL Tower, 8 Tai Chung Rd., Tsuen Wan, Hong Kong

## Proforma Invoice

Invoice No.: PI-Caribbean-H100530020
Date of Issue: 2010-06-30
Place of Issue: Zhongshan, China

To Messrs (The Buyer): HUNGER SPORT S.A./ Goldi Electronics S.A
Mobile: +961-3-205495
Addr: (CATLE 16, AVE. ROOSEVELT, APARTADO 2121 Z.L., ZONA LIBRE DE COLON, COLON
REF. DE PANAMA

| TCL Model | Description | Stuffing Qty (PC/40HQ) | Purchase Qty (pcs) | FOB Ningbo (USD/SET) | Subtotal (USD) |
|---|---|---|---|---|---|
| TRM-5TT/A | | 278 | 1112 | $43.00 | $47,816.00 |
| TRM-6ST/C | | 278 | 1112 | $43.00 | $47,816.00 |
| TRM-6ST/B | 110V/60HZ, Twin Tube Semi-auto washing machine, without pump | 214 | 856 | $50.00 | $42,800.00 |
| TRM-6ST/C | | 214 | 856 | $50.00 | $42,800.00 |
| TRM-6ST/E | | 222 | 888 | $50.00 | $44,400.00 |
| TRM-8MT/B | | 172 | 688 | $55.00 | $37,840.00 |
| Total | | *** | 5512 | *** | $263,472.00 |

Spare parts free of charge worth 1% of total FOB Ningbo value

TOTAL SAY U. S. DOLLARS TWO HUNDRED SIXTY-THREE THOUSAND AND FOUR HUNDRED SEVENTY-TWO ONLY.

Note:
*Payment is to T/T 30% as downpayment, and balance to be paid by TT one week before shipment
*Price term subject to Incoterms 2000: FOB NINGBO
*The above goods are to be loaded in 2x40HQ Containers from NINGBO port, China.
*Delivery will be made 35-45 days after receipt of 30% down payment.
*All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin are subject to availability and extra charge.
*This Proforma Invoice is only valid if:
1, signed by TCL Senior Manager of Sales Department; and
2, counter-signed by customer within 5 working days after this date of issuance; and
3, T/T prepayment arrives within 10 working days after this date of issuance; and
4, total cost change of the above goods (which may be caused by change of Exchange rate, raw material cost, VAT refund policy, etc.) does not exceed 1% before establishment of T/T.

*Bank Reference:

FNK 7782 0318

BENEFICIARY: TCL Home Appliances (HK) Co., Ltd.

BANK NAME: SocieteGenerale (China) Limited Guangzhou Branch

BANK ADDRESS: UNIT 01-05,16-21,42/F;UNIT 03-101,05-101&07-101,G/F&UG/F DUPLEX SHOP,CHINA SHINE PLAZA,
NO.9-15,LINHEXI ROAD,TIAN HE DISTRICT,GUANGZHOU 510610,CHINA

ACCOUNT NO.: USD: NRA160530081010102

HKD: NRA160530081010106

EUR: NRA160530081010103

SWIFT CODE: SGGLCNBJGZH

*This Proforma Invoice is made to form a Sales Contract once duly signed.

Title:

Signed by:                         Signed by:

Title:                             Title:

Date:                              Date:

(Authorized Signature & Stamp)

Daily Contact: TCL Home Appliance Corp. Overseas Business Division (TCL HAO)
102 Nantou Road, Nantou, Zhongshan, Guangdong, 528 427, P. R. China
Tel: +86-760-2313 2826    Fax: +86-760-2313 2825    http://hao.tcl.com

FNK 7782 0319

| | Air Conditioner | Washing Machine | TOTAL |
|---|---|---|---|
| FOB value in PI | US$872,729.00 | US$263,472.00 | US$1,136,201.00 |
| Money 1st time Paid | US$420,958.40 | US$79,041.60 | US$500,000.00 |
| Money 2st time Paid | US$300,000.00 | | US$300,000.00 |
| Sea Freight payable | US$102,900.00 | US$112,800.00 | US$215,700.00 |
| Insurance payable | US$975.63 | US$376.27 | US$1,351.90 |
| TOTAL SUM payable | US$255,646.23 | US$297,606.67 | US$553,252.90 |

FNK 7782 0320

**S.A.L.**
Exchange Establishment List No. 26
P.O.Box : IJ - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

*amf*

Awkar,   05-JUL-2010

STANDARD CHARTERED BANK
DBAYEH

Ref :   B6768   New Line

NOT NEGOTIABLE

# PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.   LB06009800000000010165456 , kindly effect the following payment

Amount   | USD   500,000.00 |

Value Date   07-JUL-2010

US DOLLAR FIVE HUNDRED THOUSAND   ONLY

Pay to :

STANDARD CHARTERED BANK (HONGKONG)
7/F STANDARD CHARTERED TOWER
388 KWUN TONG RD KWUN KLN
HONGKONG SWIFT SCBLHKHHHKH

Beneficiary:

TCL HOME APPLIANCES (HK) CO LTD
13 F TCL TOWER 8 TAI CHUNG RD
TSUEN WAN HONGKONG

AC.NO. 447-168-423-78

For Further
Credit:

By Order:   HUMMER SPORT S.A./ GOLDI ELECTRONIC SA

FOR AIR CONDITIONER

Source Of
Funds:
Benef.Right
Owner:

NOT NEGOTIABLE

**MECATTAF S.A.L.**

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي ش.م.ل

Branch: St.charles.

فرع : _____

Date : ___/___/___
09/08/2010

تاريخ : ___/___/___

**Transfer / Issuing Draft Application**

طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

يرجى من حضرتكم إصدار

☐ Bankers Draft

☐ شيك مصرفي

☑ Outward transfer by

☐ تحويل خارجي بواسطة

☐ Swift   ☐ Telex   ☐ Mail

☐ السويفت   ☐ التلكس   ☐ البريد

---

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KAKAKAS,
STR. TALEET LAMBHOUSE TEL 01/744808 REG# 1008128 I R24 0044 2130 1739 0200 2052 2000

| | USD | 299,975.00 |

STANDARD CHARTERED BANK HONG KONG LTD
7/F STANDARD CHARTERED TOWER,388 KWUN TONG RD,KWUN TONG KLN HK
SWIFT :SCBLHKHHXXX,

| | |
|---|---|
| TRA. SEQ1 | : 868 |
| VALUE DATE | : 09/08/2010 |
| REF. KEY | : 008366/10 |
| DOC. NO. | : 10008366. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 299975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 299975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 300000.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : |

447-168-423-70

TOL HOME APPLIANCES (HK) CO.LTD

PURCHASE OF AIR CONDITIONER

**COPY**

ST CHART

**VALUE   11/08/2010**

طريقة التسديد

☐ Cash

نقدا

☐ Debit A/C Number

القيد على الحساب رقم

| | | | | | Total | المجموع |
|---|---|---|---|---|---|---|
| | | | | | 10 | 300000 |

AS PER ATTACHED

LCB-BR-F10-E001

FNK 7782 0322

# LEBANESE CANADIAN BANK SAL  البنك اللبناني الكندي ش.م.ل

Branch: ___St charles___      **Transfer / Issuing Draft Application**      فرع: _____

Date : 21/08/2010      طلب تحويل/إصدار شيك مصرفي      تاريخ: ___/___/___

Please remit on our behalf the following :      يرجى من حضرتكم إصدار

☐ Bankers Draft      ☐ شيك مصرفي

☒ Outward transfer by      ☐ تحويل خارجي بواسطة
     ☐ Swift ☐ Telex ☐ Mail      ☐ السويفت ☐ التلكس ☐ البريد

NEW LINE EXCH.TRUST CO.SA      USD    408,600.00
BEIRUT-RAS BEIRUT-KARAKAS
STR.-TALEBT.LAMBHOUSE, TEL#.01/744808, REG# 1008128 LB24 0044 2170 1739 0200 2052 2000

STANDARD CHARTERED BANK HONG KONG LTD
7/F STANDARD CHARTERED TOWER,388 KWUN TONG RD,KWUN TONG KLN HK
SWIFT-SCBLHKHHXXX.

447-168-423-70

TCL HOME APPLIANCES (HK) CO.LTD

PURCHASE OF AIR CONDITIONER

| | |
|---|---|
| | TRA. SEQ1 : 196 |
| | VALUE DATE : 21/08/2010 |
| | REF. KEY : 008805/10 |
| | DOC. NO. : 10008805. |
| | TRF. TYPE : SWIFT TRANSFER |
| | TRF. CUR. : US DOLLAR |
| | TRF. AMT : 408600.00 |
| | PHT. CUR. : US DOLLAR |
| | RATE : 1 |
| | EQUV. AMT : 408600.00 |
| | COMMISSION : 10.00 |
| | FX COMM. : .00 |
| | CBJ FEES : .00 |
| | POSTAGES : 15.00 |
| | STAMPS : .00 |
| | TOTAL AMT. : 408625.00 |
| | DR A/C : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : 701 |

**COPY**

ST CHART

VALUE  24/08/2010

طريقة التسديد

☐ Cash      نقدا ☐

☒ Debit A/C Number    217/173902/2/522/0      القيد على الحساب رقم ☐

| Currency العملة | Amount المبلغ | Exchange rate سعر العملة | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 408600 | | | | 15 | .10 | | |

| | | | Authorized signatures التواقيع المعتمدة |
|---|---|---|---|
| YARA... ...AS PER ATTACHED | | | |

LCB-BR-F-10-E401

Bank Reference:

*BENEFICIARY:* TCL Home Appliances (HK) Co., Ltd.

*BANK NAME:* Standard Chartered Bank (Hong Kong) Ltd.

*BANK ADDRESS:* 7/F., Standard Chartered Tower, 388 Kwun Tong Rd., Kwun Tong, KLN, HK.

*ACCOUNT NO.:* USD: 447 168 423 70

HKD: 447 168 423 62

EUR: 447 168 423 89

JPY: 447 168 423 97

. *SWIFT CODE:* S C B L H K H H x x x

Other terms and conditions:

AC Connection Pipe: all with 3.5 m pipe

*This Proforma Invoice is made to form a Sales Contract once duly signed.*

Prepared by: Catherine Qin

Title: Senior Marketing Manager

Signed by:

Title:

Date:

Daily Contact: TCL Home Appliance Corp. Overseas Business Division (TCL HAO)

102 Nantou Road, Nantou, Zhongshan, GuangDong, 528 427, P. R. China

Tel: +86-760-2313 2826     Fax: +86-760-2313 2826     http://hao.tcl.com

V.200901D1E

FNK 7782 0324



# TCL Home Appliances (HK) Co., Limited

13/f., TCL Tower, 8 Tai Chung Rd., Tsuen Wan, Hong Kong

## Proforma Invoice

To Messrs (The Buyer): Gold Electronic S.A

Mobile: +951-3-205495

Invoice No.: PI.Caribbean.MI1101180010

Date of Issue: 2011-01-18

Place of Issue: Zhongshan, China

Addr.: ZONA LIBRE DE COLON, COLON, REP. DE PANAMA

| TCL MODEL | Buyer's Model / Description | Unit Price (FOB Zhongshan) (USD/SET) | Stuffing Qty Sets/40HQ | Nos of containers | Purchase Qty (Sets) | Subtotal |
|---|---|---|---|---|---|---|
| TAC-09CS/H1 | 110V/60HZ, R22, cooling only, wall-mount split type air conditioner, regular EER, LED display, 3.5 meter copper pipe, "GOLDI' brand, Toshiba compressor | $142.00 | 310 | 1 | 310 | $44,020.00 |
| TAC-09CS/BK1 | | $147.00 | 310 | 1 | 310 | $45,570.00 |
| TAC-09CS/CK1 | | $147.00 | 310 | 2 | 620 | $45,570.00 |
| TAC-12CS/H1 | | $156.00 | 268 | 2 | 536 | $83,616.00 |
| TAC-12CS/CK1 | | $160.00 | 268 | 3 | 804 | $128,640.00 |
| TAC-12CS/BK1 | | $160.00 | 268 | 3 | 804 | $128,640.00 |
| TAC-09CS/CK2 | | $145.00 | 310 | 1 | 310 | $44,950.00 |
| TAC-09CS/BK2 | | $145.00 | 310 | 1 | 310 | $44,950.00 |
| TAC-12CS/H2 | | $152.00 | 268 | 2 | 536 | $81,472.00 |
| TAC-12CS/BK2 | | $157.00 | 268 | 3 | 804 | $126,228.00 |
| TAC-12CS/CK2 | 220V/60HZ, R22, cooling only, wall-mount split type air conditioner, regular EER, LED display, 3.5 meter copper pipe, "GOLDI' brand, Toshiba compressor | $157.00 | 268 | 3 | 804 | $126,228.00 |
| TAC-18CS/H2 | | $202.00 | 220 | 1 | 220 | $44,440.00 |
| TAC-18CS/BK2 | | $207.00 | 220 | 1 | 220 | $45,540.00 |
| TAC-18CS/CK2 | | $207.00 | 220 | 1 | 220 | $45,540.00 |
| TAC-24CS/H2 | | $288.00 | 145 | 1 | 145 | $41,760.00 |
| TAC-24CS/BK2 | | $292.00 | 145 | 1 | 145 | $42,340.00 |
| TAC-24CS/CK2 | | $292.00 | 145 | 1 | 145 | $42,340.00 |
| TAC-12CS/ACK1 | 220V/60HZ, R410A DC inverter, cooling only, wall-mount split type air conditioner, LED display, Toshiba Compressor, 3.5 meter copper pipe, 'GOLDI' brand | $258.50 | 255 | 1 | 255 | $65,917.50 |
| TOTAL | | --- | --- | 28 | 17,188 | $1,227,761503 |

Spare parts free of charge worth 1% of total FOB Zhongshan value

TOTAL SAY IN US DOLLARS ONE MILLION TWO HUNDRED TWENTY-SEVEN THOUSAND SEVEN HUNDRED SIXTY-ONE AND FIFTY CENTS ONLY.

Note:
*Payment is to wire transfer 50% of total PI amount, say USD 613,880.75 as down payment before production, and balance to be paid by TT one week before shipment

*Price term subject to incoterm 2000:  FOB zhongshan port.

*The above goods are to be loaded in 28X40HQ Containers from Zhongshan port, China.

*Delivery will be made 35-45 days after receipt of 50% down payment.

*All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin are subject to availability and extra charge.

*This Proforma Invoice is only valid if:

1, signed by TCL Senior Manager of Sales Department; and

2, counter-signed by customer within 5 working days after this date of issuance; and

3, T/T prepayment arrives within 10 working days after this date of issuance; and

4, total cost change of the above goods (which may be caused by change of Exchange rate, raw material cost, VAT refund policy, etc.) does not exceed 1% before receipt of 50% down payment.

*Bank Reference:

　　*BENEFICIARY:* TCL Home Appliances (HK) Co., Ltd.

　　*BANK NAME:* Standard Chartered Bank (Hong Kong) Ltd.

　　*BANK ADDRESS:* 7/F., Standard Chartered Tower, 388 Kwun Tong Rd, Kwun Tong, KLN, HK.

　　　*ACCOUNT NO.:* USD: 447 168 423 70

　　　　　　　　　HKD: 447 168 423 62

　　　　　　　　　EUR: 447 168 423 89

　　　　　　　　　JPY: 447 168 423 97

　　　*SWIFT CODE:* S C B L H K H H x x x

*Other terms and conditions:

AC Connection Pipe: all with 3.5 m pipe

AC Extra Filters:

RF Lock:

WM Pump:

*This Proforma Invoice is made to form a Sales Contract once duly signed.

Prepared by: Catherine Qin

Title: Senior Marketing Manager

Signed by:
Title:
Date:

Daily Contact: TCL Home Appliance Corp. Overseas Business Division (TCL HAO)

102 Nantou Road, Nantou, Zhongshan, Guangdong, 528 427, P. R. China

Tel: +86-760-2313 2826      Fax: +86-760-2313 2825      http://hao.tcl.com      V.20090101E

FNK 7782 0326



# TCL Home Appliances (HK) Co., Limited
13/f., TCL Tower, 8 Tai Chung Rd., Tsuen Wan, Hong Kong

## Proforma Invoice

Invoice No.: PI-Caribbean-MX110118002Q
Date of Issue: 2011-01-18
Place of Issue: Zhongshan, China

To Messrs (The Buyer): Goldi Electronic S.A
Mobile: +961-3-205495
Addr.: ZONA LIBRE DE COLON.  REP. DE PANAMA

| TCL Model | Description | Stuffing Qty (PC/40HQ) | Purchase Qty (pcs) | Unit Price FOB Ningbo (USD/SET) | Subtotal (USD) |
|---|---|---|---|---|---|
| TWM-68TF/B | | 214 | 856 | $42.00 | $42,800.00 |
| TWM-68TF/C | | 214 | 856 | $50.00 | $42,800.00 |
| TWM-68TF/E | 110V/60HZ, Twin Tub Semi- | 222 | 888 | $50.00 | $44,400.00 |
| TWM-68TF/B | auto washing machine,without | 172 | 1032 | $55.00 | $56,760.00 |
| TWM-90TF/B | pump | 142 | 568 | $60.00 | $34,080.00 |
| TWM-90TF/C | | 142 | 568 | $60.00 | $34,080.00 |
| TWM-90TF/F | | 142 | 568 | $60.00 | $34,080.00 |
| | Spare parts free of charge worth 1% of total FOB Ningbo value | *** | | *** | |
| Total | | | 4768 | | $254,920.00 |

TOTAL SAY U.S. DOLLARS TWO HUNDRED FIFTY-FOUR THOUSAND NINE HUNDRED AND TWENTY ONLY.

Note:

*Payment is to wire transfer 50% (USD 127, 460) as down payment before production, and balance to be paid by TT one week before shipment

*Price term subject to Incoterm 2000: FOB NINGBO

*The above goods are to be loaded in 26X40HQ Containers from NINGBO port, China.

*Delivery will be made 35-45 days after receipt of 50% down payment.

*All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin are subject to availability and extra charge.

*This Proforma Invoice is only valid if:

1, signed by TCL Senior Manager of Sales Department; and

2, counter-signed by customer within 5 working days after this date of issuance; and

3, T/T prepayment arrives within 10 working days after this date of issuance; and

4, total cost change of the above goods (which may be caused by change of Exchange rate, raw material cost, VAT refund policy, etc.) does not exceed 1% before receipt of 50% down payment.

FNK 7782 0327

\*Bank Reference:

BENEFICIARY: TCL Home Appliances (HK) Co., Ltd.

BANK NAME: SocièteGenerale   (China) Limited Guangzhou Branch

BANK, ADDRESS: UNIT 01-05,16-21,42/F;UNIT 03-101,05-101&07-101,G/F&UG/F DUPLEX SHOP,CHINA SHINE PLAZA,

NO.3-15,LINHEXI ROAD,TIAN HE DISTRICT,GUANGZHOU 510610,CHINA

ACCOUNT NO.: USD:  NRA160530081 01102

HKD:  NRA160530081 01106

EUR:  NRA160530081 01103

SWIFT CODE: SGCLCNBJGZH

\*This Proforma Invoice is made to form a Sales Contract once duly signed.

Name: _____

Catherine Qin

Title:  Senior Marketing Mnager

Signed by:

Title:

Date:

Signed by:

Title:

Date:

(Authorized Signature & Stamp)

Daily Contact: TCL Home Appliance Corp. Overseas Business Division (TCL HAO)
102 Nantou Road, Nantou, Zhongshan, Guangdong, 528 427, P. R. China
Tel: +86-760-2313 2826    Fax: +86-760-2313 2825    http://hao.tcl.com

美的 ◎Midea   合肥荣事达洗衣设备制造有限公司

## HEFEI RONGSHIDA WASHING EQUIPMENT MANUFACTURING CO.,LTD.

NO.669 WESTERN CHANGJIANG ROAD,HEFEI,ANHUI,CHINA

Tel : +86-551-2229323      Fax :+86-551-2229130

| To: | Goldi Electronic | PI No.:PI-WMR-GOLDI20110114-T |
| Contact: | Jalal Akram Jomha | Price Term : FOB Nanjing |
| | | Payment Term: 50% TT Deposit, 50% Before Loading |

## Proforma Invoice

| Series | Midea Code | Customer Model | Description of Goods | Loading Qty (Per 40HQ) | Container Qty | Total QTY | Price ( FOB Nanjing ) | Amount |
|--------|-----------|----------------|---------------------|------------------------|---------------|-----------|----------------------|--------|
| C-series Twin tub | 320050500006 | 5KG | 110V/60HZ, Semi-automatic Washing Machine, Without pump, Transparent Lid, Grey base | 260 | 4 | 1040 | $46.00 | $47,840.00 |
| | 320050520004 | 6KG | | 234 | 10 | 2340 | $47.00 | $109,980.00 |
| | 320050600091 | 7KG | | 210 | 7 | 1470 | $54.50 | $80,115.00 |
| | 329050800104 | 9KG | | 170 | 7 | 1190 | $64.50 | $76,755.00 |
| | 329051000106 | 11KG | | 136 | 7 | 952 | $68.50 | $65,212.00 |
| | 320051200006 | 13KG | | 118 | 7 | 826 | $79.00 | $65,254.00 |
| | | | Totally | | 42 | 7818 | | $445,156.00 |

Remarks:

1.All terms and clauses stipulated in this proforma invoice ,

 will only be valid after we receive your signed confirmation.

 by return fax within 6 worklog days.

2.Bank details has been updated as bel:

 Beneficiary:  MIDEA ELECTRIC TRADING (SINGAPORE) CO.PTE.LTD

 Bank name:  HONG KONG &SHANG HAI BANK CORP LTD.

 Bank address:  21 COLLYER QAUY,HSBC BUILDING, SINGAPORE 049320

 Account No.:           260-136312-178(USD)

                              260-136312-180(EURO)

 Swift code:  HSBCSGSG

3.Brand:     Goldi

4.Lead time: Within 45 days upon receipt of original L/C or deposit by T/T, except facotry on holiday or force majeur.

5.Quality: The quality of the goods as Midea Standard.

6.Packing: Standard export carton box package suitable for container shipment.

7.Spare Parts: 1% of order value spare parts free of charge.If customer chooses spare parts, should provide it within one week after order confirmed.

8. Manufacturer:  Name:HEFEI RONGSHIDA WASHING EQUIPMENT MANUFACTURING CO.,LTD

                Address: NO.669 WESTERN CHANGJIANG ROAD,HEFEI,ANHUI,CHINA

                Country of origin: China

9.Notice: Any information could not be released to the third party,otherwise it will be invalid.

10.Notice: Midea reserves the rights to adjust the quotation according to the further change of the exchange rate.

# TCL Home Appliances (HK) Co., Limited

13/f., TCL Tower, 8 Tai Chung Rd., Tsuen Wan, Hong Kong

## Proforma Invoice

To Messrs (The Buyer): Goldi Electronic S.A

Mobile: +941-5-205405

Addr.: ZONA LIBRE DE COLON, COLON, REP. DE PANAMA

Invoice No.: PI-Caribbean-R61100190019

Date of Issue: 2011-10-14

Place of Issue: Zhongshan, China

| TCL MODEL | Buyer's Model / Description | Unit Price (FOB Zhongshan) (USD/SET) | Panel | Nos of Containers | Purchase Qty (Units) | Subtotal |
|---|---|---|---|---|---|---|
| TAC-09CS/H1 | | $146.00 | Regular | 1 | 310 | $45,260 |
| TAC-09CS/BK1 | 110V/60HZ, R22, cooling only, wall-mount split type air conditioner, LED display, remote control with holder, 3.5 meter pipe, 'GOLDI 'brand, GMCC compressor with Japanese technology | $150.00 | mirror black | 1 | 310 | $46,500 |
| TAC-09CS/CK1 | | $150.00 | mirror black | 1 | 310 | $46,500 |
| TAC-12CS/H1 | | $169.00 | regular | 2 | 636 | $35,224 |
| TAC-12CS/CK1 | | $163.00 | mirror black | 3 | 804 | $131,052 |
| TAC-12CS/BK1 | | $163.00 | mirror black | 3 | 804 | $131,052 |
| TAC-09CS/CK2 | | $147.00 | mirror black | 1 | 310 | $45,570 |
| TAC-09CS/BK2 | | $147.00 | mirror black | 1 | 310 | $45,570 |
| TAC-12CS/H2 | | $169.00 | regular | 2 | 636 | $35,224 |
| TAC-12CS/BK2 | 220V/60HZ, R22, cooling only, wall-mount split type air conditioner, LED display, remote control with holder, 3.5 meter pipe, 'GOLDI 'brand, GMCC compressor with Japanese technology | $163.00 | mirror black | 3 | 804 | $131,052 |
| TAC-12CS/CK2 | | $163.00 | mirror black | 3 | 804 | $131,052 |
| TAC-18CS/H2 | | $211.00 | regular | 1 | 220 | $46,540 |
| TAC-18CS/BK2 | | $211.00 | mirror black | 1 | 220 | $46,420 |
| TAC-18CS/CK2 | | $211.00 | mirror black | 1 | 220 | $46,420 |
| TAC-24CS/H2 | | $293.00 | Regular | 1 | 145 | $43,085 |
| TAC-24CS/BK2 | | $297.00 | mirror black | 1 | 145 | $43,065 |
| TAC-24CS/CK2 | | $297.00 | mirror black | 1 | 145 | $43,065 |
| TOTAL | *** | | | 27 | 6,933 | $1,191,061 |

Spare parts free of charge worth 1% of total FOB Zhongshan value

TOTAL SAY IN US DOLLARS ONE MILLION ONE HUNDRED NINETY-ONE THOUSAND AND FIFTY-ONE ONLY.

Note:

*Payment is to wire transfer 30% of total PI amount, say: USD 359,688.10  as down payment before production, and balance to be paid by TT one week before shipment

*Price term subject to Incoterm 2000:  FOB zhongshan port

*The above goods are to be loaded in 27X40HQ Containers from Zhongshan port, China.

*Delivery will be made 35-45 days after receipt of 30% down payment.

*All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin are subject to availability and extra charge.

* This Proforma Invoice is only valid if:

1 signed by TCL Senior Manager of Sales Department; and

2 counter-signed by customer within 5 working days after this date of issuance; and

3 TT prepayment arrives within 10 working days after this date of issuance; and

4 Total cost change of the above goods (which may be caused by change of Exchange rate, raw material cost, VAT refund policy, etc.) does not exceed 2% before receipt of 30% down payment.



ZONA
LIBRE DE
COLON

REPUBLICA DE PANAMA

DECLARACION DE MOVIMIENTO COMERCIAL

ENTRADA No. 04    XX    SALIDA No.    TRASPASO    No. 155542

ORIGINAL

| | | |
|---|---|---|
| 18 | 10 | 10 |

CIA. IMPORTADORA
**GOLDI ELECTRONIC S.A.**

CIA. EXPORTADORA

| CLAVE | SALIDA DE | CLAVE | TELÉFONO DE LA EMPRESA 441-7222 |
|---|---|---|---|
| **8847** | | | |
| CLAVE | ENTRADA A | CLAVE | USO ESTADÍSTICO No. DE REGISTRO |

| VIEJO O BARCO | CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA | FACTURA COMERCIAL No. | EMPRESA TRANSPORTADORA |
|---|---|---|---|---|
| **MSC EUGENIA V.1037A** | **MSCUC4896449** | 06/09/2010 | C10CI-S199 | **LINDA** |

PAIS DE ORIGEN O DESTINO
**CHINA 518**

PUERTO DE ENTRADA
**CRISTOBAL 25**

PUERTO DE SALIDA

CODIGO DE PAÍS

PUERTO DE ORIGEN O DESTINO
**HANGYUN**

EMBARCADOR
**WORLD ASIA SHIPPIN**

DESTINATARIO

CODIGO DE PUL

PUERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR
**HONG KONG**

DIRECCION DEL DESTINATARIO

| CTNS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | | | |
|---|---|---|---|---|---|---|
| **7053 CTNS AIRES ACONDICIONADOS** | | 84151090 | PCS | 3,499 | 0 | 158,175.00 | 574,563.00 |
| **7053 CTNS** | | | | | | 158,175.00 | |
| CONT. MSCI8689757  SRILO.6956878 | | | | | | | |
| MSCI9849192       6956876 | | | | | | | |
| MSCI8989899      5935775 | | | | | | | |
| TCLU5259055      5935777 | | | | | | | |
| TNKU6629029      6956744 | | | | | | | |
| TGHU8218450      6956745 | | | | | | | |
| TGHU8007190      6956743 | | | | | | | |
| MSCU9049965      5935776 | | | | | | | |
| MSCU9852690      5935762 | | | | | | | |
| MSCU9779828      5935763 | | | | | | | |
| CAXU4893463      6956875 | | | | | | | |
| MSCU8285713      6956880 | | | | | | | |
| TNKU6556663      6956746 | | | | | | | |
| TRLU7624290      6956748 | | | | | | | |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

| | |
|---|---|
| Contador / Vendedor | |
| Funcionario autorizado por el Movimiento Comercial. | Inspector de Aduana |

| | | |
|---|---|---|
| | TOTAL F.O.B. | 574,563.00 |
| | FLETE | 68,096.00 |
| | SEGURO | 0.00 |
| | OTROS GASTOS | 0.00 |

| ENTENDEDOR | |
|---|---|
| VTO. REF. | |
| 033 | 20' |
| 40 | |
| HQ | |
| FROZEN | |

# TCL HOME APPLIANCES (HK) CO., LTD.

### 13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## COMMERCIAL INVOICE

DATE: 2010-09-06
No.:C10CI-S199

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA

TEL.:5074417222

| Marks & No. | Description Of the Goods | Qtty. (UNITS) | Unit price (USD/UNIT) | Amount (USD) |
|---|---|---|---|---|
| | AIR CONDITIONER | | FOB ZHONGSHAN, CHINA | |
| | GLD-09CS/BK1 | 310 | 145.00 | 44,950.00 |
| | GLD-12CS/H1 | 1340 | 153.00 | 205,020.00 |
| | GLD-12CS/H2 | 1340 | 147.00 | 196,980.00 |
| N/M | GLD-18CS/H2 | 219 | 202.00 | 44,238.00 |
| | GLD-24CS/H2 | 145 | 285.00 | 41,325.00 |
| | GLD-24CS/BK2 | 145 | 290.00 | 42,050.00 |
| | SPARE PARTS | --- | FREE OF CHARGE | |
| | *** *** | *** | *** | *** |
| | TOTAL: | 3499 | --- | 574,563.00 |

TOTAL SAY UNITED STATES DOLLARS FIVE HUNDRED AND SEVENTY FOUR THOUSAND FIVE HUNDRED AND SIXTY THREE ONLY.

Conste bajo la gravedad del juramento con la firma puesta al pie de esta declaración, que todos y cada uno de los datos expresados en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que se ha vendido la mercancía.

TCL HOME APPLIANCES (HK) CO., LTD.

FNK 7782 0332

## TCL HOME APPLIANCES (HK) CO., LTD.

13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## PACKING LIST

DATE: 2010-09-06
NO.:C10PL-S199

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA

TEL.:5074417222

| Marks & No. | Containers No. | Description of Goods | Qty (SETS) | (CTNS) | G.W. (KG) | Meas (CBM) |
|---|---|---|---|---|---|---|
| | | AIR CONDITIONER | | | | |
| | TRLU7624290 | GLD-12CS/H1  *ELIZABETH* ) 16 | 270 | 540 | 11150 | 69.71 |
| | MSCU8689757 | GLD-12CS/H1  *ELIZABETH* ( | 270 | 540 | 11150 | 69.71 |
| | MSCU9849192 | GLD-12CS/H1  *ELIZABETH* i | 270 | 540 | 11150 | 69.71 |
| | MSCU8989899 | GLD-12CS/H1  *BODEGA* | 270 | 540 | 11150 | 69.71 |
| | TCLU5259055 | GLD-12CS/H1  *BODEGA* | 260 | 520 | 11500 | 67.13 |
| | | SPARE PARTS | --- | 55 | 878 | 2.92 |
| N/M 150 etts conion | INKU6629029 | GLD-18CS/H2  *BODEGA* | 219 | 438 | 12297 | 70.85 |
| | TGHU8218450 | GLD-24CS/H2  *MOLLE SOLO 75 SET* | 145 | 290 | 11065 | 61.04 |
| | TGHU8007190 | GLD-24CS/BK2  *MOLLE (italia* | 145 | 290 | 11065 | 61.04 |
| | MSCU9049965 | GLD-12CS/H2  *BORRELI* | 268 | 536 | 11060 | 69.20 |
| | MSCU9852690 | GLD-12CS/H2.  *BORRELI* | 268 | 536 | 11060 | 69.20 |
| | MSCU9879828 | GLD-12CS/H2.  *BORRELI* | 268 | 536 | 11060 | 69.20 |
| | CAXU4883463 | GLD-12CS/H2,  *BODEGA* | 268 | 536 | 11060 | 69.20 |
| | MSCU8285713 | GLD-12CS/H2  *BODEGA* | 268 | 536 | 11060 | 69.20 |
| | INKU6556663 | GLD-09CS/BK1  *MOLLE (catolia* | 310 | 620 | 11470 | 66.08 |
| | *** | *** *** | *** | *** | *** | *** |
| | TOTAL: | | 3499 | 7053 | 158175 | 953.90 |

TCL HOME APPLIANCES (HK) CO., LTD.

*Susan*

782 0333

# TCL HOME APPLIANCES (HK) CO., LTD.

13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## COMMERCIAL INVOICE

DATE: 2010-09-06
No.:C10CI-S199

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA

TEL.:5074417222

| Marks & No. | Description Of the Goods | Qtty. (UNITS) | Unit price (USD/UNIT) | Amount (USD) |
|---|---|---|---|---|
| | AIR CONDITIONER | | FOB ZHONGSHAN, CHINA | |
| | GLD-09CS/BK1 | 310 | 145.00 | 44,950.00 |
| 200° | GLD-12CS/H1 | 1340 | 153.00 | 205,020.00 |
| | GLD-12CS/H2 | 1340 | 147.00 | 196,980.00 |
| N/M | GLD-18CS/H2 | 219 | 202.00 | 44,238.00 |
| | GLD-24CS/H2 | 145 | 285.00 | 41,325.00 |
| | GLD-24CS/BK2 | 145 | 290.00 | 42,050.00 |
| | SPARE PARTS | --- | FREE OF CHARGE | |
| | *** *** | *** | *** | *** |
| | TOTAL: | 3499 | --- | 574,563.00 |

TOTAL SAY UNITED STATES DOLLARS FIVE HUNDRED AND SEVENTY FOUR THOUSAND FIVE HUNDRED AND SIXTY THREE ONLY.

TCL HOME APPLIANCES (HK) CO., LTD.

FNK 7782 0334

# BILL OF LADING

NOT NEGOTIA  UNLESS CONSIGNED  "TO ORDER"

| | |
|---|---|
| Shipper<br>TCL HOME APPLIANCES (HK) CO., LTD<br>13/F., TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN,<br>HONG KONG. | Country of Origin | Bill of Lading No.<br>TVLST10091B |
| | F/Agent Name & Ref. | Shipper's Ref |

Consignee (if 'To Order' so indicate)
GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON. COLON REPUBLICA DE PANAMA
TEL. :5074417222

Carrier:

Notify Party (No claim shall attach for failure to notify)
SAME AS CONSIGNEE

T.V.L. GLOBAL LOGISTICS CO.,LTD.

BILL OF LADING

| Full address of Place of Receipt<br>ZHONGSHAN, CHINA | Intended Port of Loading<br>ZHONGSHAN, CHINA | Intended Port of Transhipment<br>(if applicable) | Intended transhipment vessel<br>(if applicable) |
|---|---|---|---|
| Intended Vessel<br>ZHONG HANG 926<br>V. 100907A | Intended Port of Discharge<br>BALBOA | Full address of Place of Delivery<br>COLON FREE ZONE,<br>PANAMA | No. of Original Bills of Lading<br>THREE |

| Marks & Numbers | No. of Pkgs. or<br>Shipping Units. | Description of Goods & Pkgs.<br>SHIPPER'S LOAD AND COUNT AND SEAL S.T.C.<br>14 X 40'HQ CY-DR | Gross Weight | Measurement |
|---|---|---|---|---|
| N/M | 7053CTNS | AIR CONDITIONER | KGS<br>158175.00 | CBM<br>953.900 |
| TRLU7624290/6956870/40'HQ/540CTNS/11150.00KGS/69.710CBM *** | | | | |
| | | SHIPPED ON BOARD ON 7, SEP., 2010 | | |
| | Total No of Pkgs | Temperature Control Instructions:<br>FOURTEEN (14) X 40'HQ CONTAINERS ONLY. | | |

| | |
|---|---|
| Freight Details, Charges etc:<br>FREIGHT COLLECT<br>DELIVERY AGENT<br>WORLD ASIA LATINOAMERICA, INC.<br>CALLE 3RA, MANZANA NO.30, LOCAL 2B<br>FRANCE, FIELD, COLON FREE ZONE COLON,<br>REP OF PANAMA<br>TEL (507) 4300514  ATTN:MS MONICA | Excess Value Declaration: Refer to Clause 6 (4) (B)<br>+ (C) on reverse side |
| | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise<br>stated, to be transported to such place as is agreed, authorised or permitted herein and subject to all the terms and<br>conditions appearing on the front and reverse of this bill of Lading to which the Merchant agrees by accepting this Bill<br>of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper<br>and the weight, measure, quantity, condition, contents and value of the goods are unknown to the carrier. One of the<br>original bills of lading shall be presented to the carrier or his agent at destination before the cargo be released.<br><br>SHANTOU, 7, SEP., 2010 |
| Special Clauses | Place and date of issue<br>Signed  on behalf of T.V.L GLOBAL LOGISTICS CO.LTD - the<br>carrier.<br><br>by<br>FNK 7782 0335 |

# BILL OF LADING

NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| **Shipper**<br>TCL HOME APPLIANCES (HK) CO., LTD<br>13/F., TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN,<br>HONG KONG. | **Country of Origin** |
| | **F/Agent Name & Ref.** |

| Bill of Lading No.<br>TVLST100918 | |
|---|---|
| | Shipper's Ref |

**Consignee** (if 'To Order' so indicate)
GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON, COLON REPUBLICA DE PANAMA
TEL.:5074417222

**Carrier:**

**Notify Party** (No claim shall attach for failure to notify)
SAME AS CONSIGNEE

**T.V.L. GLOBAL LOGISTICS CO.,LTD.**

**BILL OF LADING**

| Full address of Place of Receipt<br>ZHONGSHAN, CHINA | Intended Port of Loading<br>ZHONGSHAN, CHINA | Intended Port of Transhipment (if applicable) | Intended transhipment vessel (if applicable) |
|---|---|---|---|
| Intended Vessel<br>ZHONG HANG 926<br>V.100907A | Intended Port of Discharge<br>BALBOA | Full address of Place of Delivery<br>COLON FREE ZONE,<br>PANAMA | No. of Original Bills of Lading<br>THREE |

| Marks & Numbers | No. of Pkgs. or Shipping Units. | Description of Goods & Pkgs.<br>SHIPPER'S LOAD AND COUNT AND SEAL S.T.C. | Gross Weight | Measurement |
|---|---|---|---|---|
| N/N | 7053CTNS | 14 X 40' HQ CY-DR<br><br>AIR CONDITIONER | KGS<br>158175.00 | CBM<br>953.900 |
| TRLU7624290/6956870/40' HQ/540CTNS/11150.00KGS/69.710CBM *** | | | | |
| | | SHIPPED ON BOARD ON 7,SEP.,2010 | | |
| | Total No of Pkgs | Temperature Control Instructions:<br>FOURTEEN (14) X 40' HQ CONTAINERS ONLY. | | |

| | |
|---|---|
| Freight Details, Charges etc:<br>FREIGHT COLLECT<br>DELIVERY AGENT<br>WORLD ASIA LATINOAMERICA, INC.<br>CALLE 3RA, MANZANA NO.30, LOCAL 2B<br>FRANCE, FIELD, COLON FREE ZONE COLON,<br>REP OF PANAMA<br>TEL (507) 4300514  ATTN:MS MONICA | Excess Value Declaration: Refer to Clause 6 (4) (B)<br>+ (C) on reverse side |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of the goods are unknown to the carrier. One of the original Bills of Lading shall be presented to the carrier or his agent at destination before the cargo shall be released.

SHANTOU, 7,SEP.,2010

Place and date of issue
Signed on behalf of T.V.L GLOBAL LOGISTICS CO.,LTD - the carrier:   T.V.L. GLOBAL LOGISTICS CO., LTD.(Z)

ENK.7782 0336

**Special Clauses**

# BILL OF LADING

NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| **Shipper** | **Country of Origin** |
| TCL HOME APPLIANCES (HK) CO., LTD | |
| 13/F., TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN, | **Bill of Lading No.** |
| HONG KONG. | TVLST100918 |

**F/Agent Name & Ref.**

**Shipper's Ref**

**Consignee (if 'To Order' so indicate)**

GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON. COLON REPUBLICA DE PANAMA
TEL.:5074417222

**Carrier:**

**T.V.L. GLOBAL LOGISTICS CO.,LTD.**

**BILL OF LADING**

**Notify Party (No claim shall attach for failure to notify)**

SAME AS CONSIGNEE

| Full address of Place of Receipt | Intended Port of Loading | Intended Port of Transhipment (if applicable) | Intended transhipment vessel (if applicable) |
|---|---|---|---|
| ZHONGSHAN, CHINA | ZHONGSHAN, CHINA | | |

| Intended Vessel | Intended Port of Discharge | Full address of Place of Delivery | No. of Original Bills of Lading |
|---|---|---|---|
| ZHONG HANG 926 V. 100907A | BALBOA | COLON FREE ZONE, PANAMA | THREE |

| Marks & Numbers | No. of Pkgs. or Shipping Units. | Description of Goods & Pkgs. | Gross Weight | Measurement |
|---|---|---|---|---|
| | | SHIPPER'S LOAD AND COUNT AND SEAL S.T.C. | | |
| | | 14 X 40' HQ CY-DR | | |
| N/H | 7053CTNS | AIR CONDITIONER | KGS 158175.00 | CBM 953.900 |
| TRLU7624290/6956870/40' HQ/540CTNS/11150.00KGS/69.710CBM *** | | | | |
| | | SHIPPED ON BOARD ON 7, SEP., 2010 | | |

| Total No of Pkgs | Temperature Control Instructions: |
|---|---|
| | FOURTEEN (14) X 40' HQ CONTAINERS ONLY. |

**Freight Details, Charges etc:**

FREIGHT COLLECT
DELIVERY AGENT
WORLD ASIA LATINOAMERICA, INC.
CALLE 3RA, HANZANA NO. 30, LOCAL 2B
FRANCE, FIELD, COLON FREE ZONE COLON,
REP OF PANAMA
TEL (507) 4300514   ATTN:MS MONICA

**Special Clauses**

**Excess Value Declaration; Refer to Clause 6 (4) (B) + (C) on reverse side**

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of the goods are unknown to the carrier. One of the original bills of lading shall be presented to the carrier or his agent at destination before the cargo shall be released.

SHANTOU, 7, SEP., 2010

**Place and date of issue**
Signed on behalf of T.V.L.GLOBAL LOGISTICS CO.,LTD - the carrier:

FNK 7782 0337

# BILL OF LADING

NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | | |
|---|---|---|
| **Shipper** TCL HOME APPLIANCES (HK) CO., LTD 13/F.,TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN, HONG KONG. | Country of Origin | Bill of Lading No. TVLST100918 |
| | F/Agent Name & Ref. | Shipper's Ref |

**Consignee (if 'To Order' so indicate)**
GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON,COLON REPUBLICA DE PANAMA
TEL.:5074417222

Carrier:

**Notify Party (No claim shall attach for failure to notify)**
SAME AS CONSIGNEE

## T.V.L. GLOBAL LOGISTICS CO.,LTD.

### BILL OF LADING

| Full address of Place of Receipt ZHONGSHAN, CHINA | Intended Port of Loading ZHONGSHAN, CHINA | Intended Port of Transhipment (if applicable) | Intended transhipment vessel (if applicable) |
|---|---|---|---|
| Intended Vessel ZHONG HANG 926 V. 100907A | Intended Port of Discharge BALBOA | Full address of Place of Delivery COLON FREE ZONE, PANAMA | No. of Original Bills of Lading THREE |

| Marks & Numbers | No. of Pkgs, or Shipping Units. | Description of Goods & Pkgs. SHIPPER'S LOAD AND COUNT AND SEAL S.T.C | Gross Weight | Measurement |
|---|---|---|---|---|
| | | 14 X 40' HQ CY-DR | | |
| N/M | 7053CTNS | AIR CONDITIONER | KGS 93175.00 | CBM 953.900 |
| RLU7624290/6956870/40' HQ/540CTNS/11150.00KGS/69.710CBM *** | | | | |
| | | SHIPPED ON BOARD ON 7,SEP.,2010 | | |
| | Total No of Pkgs | Temperature Control Instructions: FOURTEEN (14) X 40' HQ CONTAINERS ONLY. | | |

| | |
|---|---|
| **Freight Details, Charges etc:** FREIGHT COLLECT DELIVERY AGENT WORLD ASIA LATINOAMERICA, INC. CALLE 3RA, MANZANA NO.30, LOCAL 2B FRANCE, FIELD, COLON FREE ZONE COLON, REP OF PANAMA TEL (507) 4300514  ATTN:MS MONICA | Excess Value Declaration: Refer to Clause 6 (4) (B) + (C) on reverse side |
| | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition, unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding. The particulars given above are as stated by the shipper and the weight, measure, quantity, condition, contents and value of the goods are unknown to the carrier. One of the original bills of lading shall be presented to the carrier or his agent at destination before the cargo shall be released. |
| | SHANTOU, 7,SEP.,2010 |
| **Special Clauses** | Place and date of Issue Signed  on behalf of T.V.L.GLOBAL  LOGISTICS  CO.,LTD - the carrier: |
| | FNK 7782 0338 |

ATTACHMENT

VESSEL/VOYAGE:ZHONG HANG 92G V.100907A

B/L NO. :TVLST100918

CONTAINER & SEAL NO. :

***
MSCU8689757/6956878/40' HQ/540CTNS/11150.00KGS/69.710CBM
MSCU9849192/6956876/40' HQ/540CTNS/11150.00KGS/69.710CBM
MSCU8989899/5935775/40' HQ/540CTNS/11150.00KGS/69.710CBM
TCLU5259055/5935777/40' HQ/575CTNS/12378.00KGS/70.050CBM
INKU6629029/6956744/40' HQ/438CTNS/12297.00KGS/70.850CBM
TGHU8218450/6956745/40' HQ/290CTNS/11065.00KGS/61.040CBM
TGHU8007190/6956743/40' HQ/290CTNS/11065.00KGS/61.040CBM
MSCU9049965/5935776/40' HQ/536CTNS/11060.00KGS/69.200CBM
MSCU9852690/5935762/40' HQ/536CTNS/11060.00KGS/69.200CBM
MSCU9879828/5935763/40' HQ/536CTNS/11060.00KGS/69.200CBM
CAXU4883463/6956875/40' HQ/536CTNS/11060.00KGS/69.200CBM
MSCU8285713/6956880/40' HQ/536CTNS/11060.00KGS/69.200CBM
INKU6556663/6956746/40' HQ/620CTNS/11470.00KGS/66.080CBM

for and on behalf of
T. V. L. GLOBAL LOGISTICS CO., LTD.(2)

..................................................
Authorized Signature(s)

FNK 7782 0339

ATTACHMENT

VESSEL/VOYAGE:ZHONG HANG 926 V.100907A

B/L NO.:TVLST100918

CONTAINER & SEAL NO.:

```
***
MSCU8689757/6956878/40' HQ/540CTNS/11150.00KGS/69.710CBM
MSCU9849192/6956876/40' HQ/540CTNS/11150.00KGS/69.710CBM
MSCU8989899/5935775/40' HQ/540CTNS/11150.00KGS/69.710CBM
TCLU5259055/5935777/40' HQ/575CTNS/12378.00KGS/70.050CBM
INKU6629029/6956744/40' HQ/438CTNS/12297.00KGS/70.850CBM
TGHU8218450/6956745/40' HQ/290CTNS/11065.00KGS/61.040CBM
TGHU8007190/6956743/40' HQ/290CTNS/11065.00KGS/61.040CBM
MSCU9049965/5935776/40' HQ/536CTNS/11060.00KGS/69.200CBM
MSCU9852690/5935762/40' HQ/536CTNS/11060.00KGS/69.200CBM
MSCU9879828/5935763/40' HQ/536CTNS/11060.00KGS/69.200CBM
CAXU4883463/6956875/40' HQ/536CTNS/11060.00KGS/69.200CBM
MSCU8285713/6956880/40' HQ/536CTNS/11060.00KGS/69.200CBM
INKU6556663/6956746/40' HQ/620CTNS/11470.00KGS/66.080CBM
```

For and on behalf of
T.V.L.GLOBAL LOGISTICS CO.,LTD.(2)

............................................
Authorized Signature(s)

FNK 7782 0340

## TCL HOME APPLIANCES (HK) CO., LTD.

13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## PACKING LIST

DATE: 2010-09-06
NO.:C10PL-S199

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON,COLON REPUBLICA DE PANAMA

TEL.:5074417222

| Marks & No. | Containers No. | Description of Goods | Qty (SETS) | (CTNS) | G.W. (KG) | Meas (CBM) |
|---|---|---|---|---|---|---|
| | | AIR CONDITIONER | | | | |
| | TRLU7624290 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU8689757 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU9849192 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU8989899 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | TCLU5259055 | GLD-12CS/H1 | 260 | 520 | 11500 | 67.13 |
| | | SPARE PARTS | --- | 55 | 878 | 2.92 |
| N/M | INKU6629029 | GLD-18CS/H2 | 219 | 438 | 12297 | 70.85 |
| | TGHU8218450 | GLD-24CS/H2 | 145 | 290 | 11065 | 61.04 |
| | TGHU8007190 | GLD-24CS/BK2 | 145 | 290 | 11065 | 61.04 |
| | MSCU9049965 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU9852690 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU9879828 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | CAXU4883463 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU8285713 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | INKU6556663 | GLD-09CS/BK1 | 310 | 620 | 11470 | 66.08 |
| | *** | *** *** | *** | *** | *** | *** |
| | TOTAL: | | 3499 | 7053 | 158175 | 953.90 |

TCL HOME APPLIANCES (HK) CO., LTD.

# TCL HOME APPLIANCES (HK) CO., LTD.

13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## PACKING LIST

DATE: 2010-09-06
NO.:C10PL-S199

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA

TEL.:5074417222

| Marks & No. | Containers No. | Description of Goods | Qty (SETS) | Qty (CTNS) | G.W. (KG) | Meas (CBM) |
|---|---|---|---|---|---|---|
| | | AIR CONDITIONER | | | | |
| | TRLU7624290 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU8689757 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU9849192 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU8989899 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | TCLU5259055 | GLD-12CS/H1 | 260 | 520 | 11500 | 67.13 |
| | | SPARE PARTS | --- | 55 | 878 | 2.92 |
| | INKU6629029 | GLD-18CS/H2 | 219 | 438 | 12297 | 70.85 |
| N/M | TGHU8218450 | GLD-24CS/H2 | 145 | 290 | 11065 | 61.04 |
| | TGHU8007190 | GLD-24CS/BK2 | 145 | 290 | 11065 | 61.04 |
| | MSCU9049965 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU9852690 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU9879828 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | CAXU4883463 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU8285713 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | INKU6556663 | GLD-09CS/BK1 | 310 | 620 | 11470 | 66.08 |
| | *** | *** *** | *** | *** | *** | *** |
| | | TOTAL: | 3499 | 7053 | 158175 | 953.90 |

TCL HOME APPLIANCES (HK) CO., LTD.

GHK 7782 0342

# TCL HOME APPLIANCES (HK) CO., LTD.

13/F.,TCL TOWER,8 TAI CHUNG ROAD, TSUEN WAN,HONG KONG.

## PACKING LIST

DATE: 2010-09-06
NO.:C10PL-S199

To Messrs: Goldi Electronic S.A.
ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA
TEL.:5074417222

| Marks & No. | Containers No. | Description of Goods | Qty (SETS) | (CTNS) | G.W. (KG) | Meas (CBM) |
|---|---|---|---|---|---|---|
| | | AIR CONDITIONER | | | | |
| | TRLU7624290 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU8689757 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU9849192 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | MSCU8989899 | GLD-12CS/H1 | 270 | 540 | 11150 | 69.71 |
| | TCLU5259055 | GLD-12CS/H1 | 260 | 520 | 11500 | 67.13 |
| | | SPARE PARTS | --- | 55 | 878 | 2.92 |
| N/M | INKU6629029 | GLD-18CS/H2 | 219 | 438 | 12297 | 70.85 |
| | TGHU8218450 | GLD-24CS/H2 | 145 | 290 | 11065 | 61.04 |
| | TGHU8007190 | GLD-24CS/BK2 | 145 | 290 | 11065 | 61.04 |
| | MSCU9049965 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU9852690 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU9879828 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | CAXU4883463 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | MSCU8285713 | GLD-12CS/H2 | 268 | 536 | 11060 | 69.20 |
| | INKU6556663 | GLD-09CS/BK1 | 310 | 620 | 11470 | 66.08 |
| | *** | | *** | *** | *** | *** |
| | | TOTAL: | 3499 | 7053 | 158175 | 953.90 |

TCL HOME APPLIANCES (HK) CO., LTD.

# WORLD ASIA INTERNACIONAL

Edf. Watnik, Ave Central
R.U.C. 1141851-1569734 DV 19

PANAMA

Tel: 507 262 0604

## ARRIVAL NOTICE / INVOICE

| INVOICE NUMBER | INVOICE DATE | REFERENCE NUMBER |
|---|---|---|
|  | 05/10/2010 | WAI10-901 |

**CONSIGNEE**
GOLDI ELECTRONICS
Tel: 4417222,

**BILL TO:**
TCL HOME APPLIANCE
CHINA (MAINLAND).

**NOTIFY PARTY**

**SHIPPER**
TCL HOME APPLIANCE
CHINA (MAINLAND).

| DEPARTURE DATE | ARRIVAL DATE | PORT OF LOADING | PORT OF UNLOADING |
|---|---|---|---|
| Sep/08/2010 | Oct/16/2010 | Zhongshan | Balboa |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | VESSEL/VOYAGE | MASTER BILL OF LADING |
|  |  | ZHONG HANG / 926 | MSCUC4896449 |
| CONTAINERIZED | TYPE OF MOVE | HOUSE BILL OF LADING | LOADING PIER / TERMINAL |
| Yes ☒  No | Buque, En contenedor | TVLST100918 |  |
| IT NUMBER | IT DATE | IT LOCATION | PLACE OF DELIVERY BY ON-CARRIER |
|  |  |  | Colon Free Zone |

| MARKS AND NUMBERS | NUMBER OF PACKAGES | DESCRIPTION OF COMMODITIES | GROSS WEIGHT (KGos) | MEASUREMENT |
|---|---|---|---|---|
| MSCU9879828 5935763 | 536 CTS | 40 Ft. High Cube | 11060.00 | 69.20 |
| TCLU5259055 5935777 | 575 CTS | 40 Ft. High Cube | 12378.00 | 70.050 |
| TGHU8007190 6956743 | 290 CTS | 40 Ft. High Cube | 11065.00 | 61.040 |
| MSCU9852690 5935762 | 536 CTS | 40 Ft. High Cube | 11060.00 | 69.20 |
| MSCU8689757 6956878 | 540 CTS | 40 Ft. High Cube | 11150.00 | 69.71 |
| MSCU89849192 6956876 | 540 cls | 40 Ft. High Cube | 11150.00 | 69.71 |
| CAXU4883463 6956875 | 536 cls | 40 Ft. High Cube | 11060.00 | 69.20 |
| INKU6629029 6956744 | 438 cls | 40 Ft. High Cube | 12297.00 | 70.85 |

| CARGO LOCATION | DESCRIPTION OF CHARGES | AMOUNT |
|---|---|---|
|  | FLETE MARITIMO | 68096.00 |
| PLACE OF DELIVERY: |  |  |
| NOTES: |  |  |

| | PLEASE PAY THIS AMOUNT → USD | 68096.00 |
|---|---|---|

Cargo will be released against payment of above charges.

Magaya Cargo System  www.magaya.com

FNK 7782 0344



# WORLD ASIA INTERNACIONAL

Edf. Watnik, Ave Central
R.U.C. 1141851-1569734 DV 19

PANAMA

Tel: 507 262 0604

## ARRIVAL NOTICE / INVOICE

| INVOICE NUMBER | INVOICE DATE | REFERENCE NUMBER |
|---|---|---|
| | 05/10/2010 | WAI10-901 |

**CONSIGNEE:**
GOLDI ELECTRONICS
Tel: 4417222,

**BILL TO:**
TCL HOME APPLIANCE
CHINA (MAINLAND).

**NOTIFY PARTY**

**SHIPPER**
TCL HOME APPLIANCE
CHINA (MAINLAND).

| DEPARTURE DATE | ARRIVAL DATE | PORT OF LOADING | PORT OF UNLOADING |
|---|---|---|---|
| Sep/08/2010 | Oct/16/2010 | Zhongshan | Balboa |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | VESSEL / VOYAGE | MASTER BILL OF LADING |
|---|---|---|---|
| | | ZHONG HANG  / 926 | MSCUC4896449 |

| CONTAINERIZED | TYPE OF MOVE | HOUSE BILL OF LADING | LOADING PIER / TERMINAL |
|---|---|---|---|
| Yes X    No | Buque, En contenedor | TVLST100918 | |

| IT NUMBER | IT DATE | IT LOCATION | PLACE OF DELIVERY BY ON-CARRIER |
|---|---|---|---|
| | | | Colon Free Zone |

| MARKS AND NUMBERS | NUMBER OF PACKAGES | DESCRIPTION OF COMMODITIES | GROSS WEIGHT (Kilos) | MEASUREMENT |
|---|---|---|---|---|
| MSCU8989899 5935775 | 540 CTS | 40 Ft. High Cube | 11150.00 | 69.71 |
| TRLU7624290 6956870 | 540 CTS | 40 Ft. High Cube | 11150.00 | 69.71 |
| MSCU9049965 5935776 | 536 CTS | 40 Ft. High Cube | 11060.00 | 69.20 |
| INKU6556663 6956746 | 620 CTS | 40 Ft. High Cube | 11470.00 | 66.080 |
| TGHU8218450 6956745 | 290 CTS | 40 Ft. High Cube | 11065.00 | 61.040 |
| MSCU8285713 6956880 | 536 CTS | 40 Ft. High Cube | 11060.00 | 69.20 |

| CARGO LOCATION | DESCRIPTION OF CHARGES | AMOUNT |
|---|---|---|
| | FLETE MARITIMO | 68096.00 |

**PLACE OF DELIVERY:**

**NOTES:**

Cargo will be released against payment of above charges.

PLEASE PAY THIS AMOUNT ⟶ USD    68096.00

Magaya Cargo System  www.magaya.com

FNK 7782 0345



GOLDI ELECTRONICS S.A.
CTA: 01-202-0003-3

No. 000008

Fecha 13/10/2010
Date

Páguese
Pay to
la orden de WORLD ASIA INTERNACIONAL S.A.                    B/ 68,096.00
$

SESENTA Y OCHO MIL NOVENTA Y SEIS CON 00/100.

Balboas o
Dólares EUA

Balboas or
U.S. Dollars

FIRMA VERIFICADA

Capitalbank

Panamá, Rep. de Panamá

Memo

capitalbank.com.pa

⑈0001⑈5908⑈ 0 220 2000353⑈000008

FNK 7782 0346

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. = 14359C
C O P I

REPUBLICA DE PANAMA

ENTRADA No. XX   SALIDA No.   TRASPASO

No. YY

| | | | |
|---|---|---|---|
| ENTRADA No. | CLAVE | SALIDA DE | CLAVE |
| 03 | 6647 | ENTRADA A | CLAVE |

IMPORTADORA: OLDI ELECTRONIC S.A.

TELÉFONO DE LA EMPRESA 441-7222

CONOCIMIENTO DE EMBARQUE O GUIA: CHARLOTTE C RICKMERS V MSCUM317812

FACTURA COMERCIAL No.: BX-C10CI-C231

FECHA DE FACTURA: 09/07/2010

PUERTO DE ENTRADA: CRISTOBAL 25

EMBARCADOR: TCL HOME APPLIANCE

DIRECCION DEL EMBARCADOR: HONG KONG

EMPRESA TRANSPORTADORA: LINDA

ARANCEL: 84501290

| BULTOS | DESCRIPCION DEL ARTICULO | UNIDADES | CANT | PESO BRUTO | VALOR CIF |
|---|---|---|---|---|---|
| 3307 CTNS | LAVADORAS Y SUS PARTES | PCS | 3,286 | 76,502.00 | 167,840.00 |

TOTAL F.O.B. — 167,840.00
FLETE — 74,400.00
SEGURO — 0.00
OTROS GASTOS — 0.00
TOTAL CIF B/. — 242,340.00

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la forma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Comprador / Vendedor

La administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

REPUBLICA DE PANAMA

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. 77

COPIA

ENTRADA No. ___   C-2   SALIDA No. ___   TRASPASO

CORTADORA
GRD ELECTRONICS S A

CLAVE 3647   SALIDA DE   CLAVE

CORTADORA   CLAVE   ENTRADA A   CLAVE

BARCO
AN FU HE V-002E

CONOCIMIENTO DE EMBARQUE O GUIA
COSU60AG1008670

FECHA DE FACTURA
27.08.2010

FACTURA COMERCIAL No.
C10CI-S192

EMPRESA TRANSPORTADORA
LINDA

USO ESTADISTICO
No. DE REGISTRO

ORIGEN O DESTINO
HNA 513

PUERTO DE ENTRADA
COLON CONTAINER T

PUERTO DE SALIDA

CODIGO DE PAIS

DE ORIGEN O DESTINO
CNGSHAN

EMBARCADOR
TCL HOME APPLIANCE

DESTINATARIO

CODIGO DE PUERTO

DE TRASBORDO

DIRECCION DEL EMBARCADOR
HONG KONG

DIRECCION DEL DESTINATARIO

| DESCRIPCION DE ARTICULOS | ARANCEL | UNIDADES | | | |
|---|---|---|---|---|---|
| | | PESO | | | |
| CONT.GVCU5085604  SELLO Q14624 | | | | | 297,964.00 |
| TRLU7209303        Q14626 | | | | | 50,000.00 |
| TRLU6869344        Q14623 | | | | | |
| TGHU8364665        Q14625 | | 82,040.00 | | | 4,632.26 |
| CRXU9294136        Q14627 | | | | | 0.00 |
| CBHU8026765        Q14629 | | | | | |
| CBHU8871392        Q14628 | | | | | 332,596.26 |
| AIRE ACONDICIONADOS | | | | | |

TOTAL F.O.B.   297,964.00

FLETE   50,000.00

SEGURO   4,632.26

OTROS GASTOS   0.00

TOTAL CIF B/.   332,596.26

Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

nistración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

FNX 7782 0348

TCL HOME APPLIANCES (HK) CO., LTD.

13/F., ( ) TOWER, 8 TAI CHUNG ROAD, TSUEN WAN ( ) NG KONG.

# COMMERCIAL INVOICE

DATE: 2010-08-27

No.: C10CI-S192

To Messrs: Goldi Electronic S.A.

ZONA LIBRE DE COLON. COLON REPUBLICA DE PANAMA

TEL.: 5074417222

| Marks & No. | Description Of the Goods | Qtty. (UNITS) | Unit price (USD/UNIT) | Amount (USD) |
|---|---|---|---|---|
| | AIR CONDITIONER | | FOB ZHONGSHAN, CHINA | |
| | GLD-09CS/H1 | 310 | 140.00 | 43,400.0000 |
| | GLD-09CS/BK2 | 310 | 140.00 | 43,400.0000 |
| N/M | GLD-12CS/BK1 | 536 | 157.00 | 84,152.0000 |
| | GLD-12CS/BK2 | 536 | 152.00 | 81,472.0000 |
| | GLD-18CS/BK2 | 220 | 207.00 | 45,540.0000 |
| | FREIGHT & INSURANCE | | | 34,632.2600 |
| *** *** | | *** | *** | *** |
| | TOTAL: | 1912 | --- | 332,596.26 |

TOTAL SAY UNITED STATES DOLLARS THREE HUNDRED AND THIRTY TWO THOUSAND FIVE HUNDRED AND NINETY SIX AND CENTS TWENTY SIX ONLY.

TCL HOME APPLIANCES (HK) CO., LTD.

FNK 7782 0349

DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 085010

C O P I A

| | 28 | 09 | 10 |

REPUBLICA DE PANAMA

XX   ENTRADA No. _____   TRASPASO _____   SALIDA No. _____

PORTADORA
HOLDINELECTRONIC S.A.

TELEFONO DE LA EMPRESA
441-7222

PORTADORA

| | CLAVE | SALIDA DE | CLAVE |
| | 6647 | | |

USO ESTADISTICO
No. DE REGISTRO

O BARCO
M/V CALIFORNIA V31E
DE ORIGEN O DESTINO

CONOCIMIENTO DE EMBARQUE O GUIA
71M1NGB574420

| CLAVE | ENTRADA A | CLAVE |

FECHA DE FACTURA
31/08/2010

PUERTO DE ENTRADA
CRISTOBAL 25

FACTURA COMERCIAL No.
BX-C10CLC728

EMPRESA TRANSPORTADORA
LINDA

CODIGO DE PAIS

CHINA 518
DE ORIGEN O DESTINO

EMBARCADOR
TLC HOME APPLIANCE

PUERTO DE SALIDA

DESTINATARIO

CODIGO DE PUERTO

CHINA
DE TRASBORDO

DIRECCION DEL EMBARCADOR
HONG KONG

DIRECCION DEL DESTINATARIO

| BULTOS | | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | | COSTO | VALOR FOB |
|---|---|---|---|---|---|---|---|
| 2237 | CTN | LAVADORAS Y SUS PARTES | 84501290 | PCS | 2,224 | 0 | 37,938.00 |
| | | | | | | | 37,938.00 |
| 223? | CTN | | | | | | |
| | | CONT ZCSU8200860   SELLO(32652)06226 | | | | | |
| | | ZCSU7018866   75241 | | | | | |
| | | ZCSU8482737   06224 | | | | | |
| | | ZCSU8997481   75268 | | | | | |
| | | ZCSU8342205   75396 | | | | | |
| | | FCCU6834714   75318 | | | | | |
| | | ZCSU8356180   82652 | | | | | |
| | | ZCSU8929039   82722 | | | | | |

TOTAL F.O.B.   121,365.05

FLETE   12,000.00

SEGURO   0.00

OTROS GASTOS   0.00

TOTAL CIF B/.   133,365.05

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento que estos datos son exactos y verdaderos.

Comprador / Vendedor

Pamfiago la entrada, salida o traspaso a la mercadería declarada en este documento.

Funcionario autorizado por el Movimiento Comercial

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

**BILL OF LADING** — ZIM Integrated Shipping Services Ltd.   ZIM CONTAINER SERVICE

SHIPPER / EXPORTER (NAME & ADDRESS)

TCL HOME APPLIANCES (HK) CO.,LTD
13/F.,TCL TOWER, 8 TAI CHUNG RD.,
TSUEN WAN,HONG KONG

CONSIGNEE (NAME & ADDRESS)

GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON.
COLON REPUBLICA DE PANAMA
TEL.:5074417222

NOTIFY PARTY (NAME & ADDRESS)

GOLDI ELECTRONIC S.A.
ZONA LIBRE DE COLON.
COLON REPUBLICA DE PANAMA
TEL.:5074417222

BOOKING NO.: ZMUHGB5744205

BILL OF LADING NO.: ZMUHGB574420

EXPORT REFERENCES
IPAN1813

Cristobal

FORWARDING AGENT F.M.C. NO.

TC  28/9/10

REMARKS / EXPORT OR OTHER INSTRUCTIONS
SHIPPED ON BOARD 04/09/2010
FREIGHT PREPAID

PLACE OF RECEIPT OF GOODS
(IF CONTRACTED FOR)

LOADING VESSEL: ZIM CALIFORNIA   VOY: 31/E   PORT OF LOADING: NINGBO ,CHINA

FINAL DESTINATION (IF CONTRACTED FOR): COLON FREE ZONE

PORT OF DESTINATION: BALBOA

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS / CONT.NO.S | DESCRIPTION OF GOODS | WEIGHT KGS | MEASUREMENT M3 |
|---|---|---|---|
| | AS PER ATTACHED LIST | | |
| | PANAMA 28/9/10 | | |
| | PANAMA PORTS, INC. | | |
| | ENTREGA AL CONSIGNADO | | |
| | CONFIRMADO PAGO DEL ALMACENAJE | | |
| | ZIM PANAMA, S.A. (COMO AGENTES) | | |
| | VALIDO HASTA 30/9/10 | | |
| | 8 CONT TOT. TARE : 31,200 | CARGO W : 37,938.000 | 497.300 |

DETAILS

| | | | QTY | AMOUNT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| TERMINAL HANDLING CHARGE - DESTINATION | | | 8 | USD 184.00 | | 1,472.00 |

GOLDI ELECTRONICS, S.A.
CTN 01-20120018

No. 000004

ZIM PANAMA S.A.                    Fecha 27/09/2010

$ 1,472.00

...CIENTOS SETENTA Y DOS DOLARES CON 00/100.

CERTIFICADO

explusbank.com.pa

FNK 7782 0351

# PACKING LIST

DATE: 2010-8-31
NO.: BX-C10PL-C228

To Messrs: GOLDI ELECTRONIC S.A.
Address:   ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA TEL.:5074417222

| Marks & No. | Containers No. | Description of Goods | Qty (SETS) | (CTNS) | G.W. (KG) | Meas (CBM) |
|---|---|---|---|---|---|---|
| | --- | WASHING MACHINE | --- | --- | --- | --- |
| | ZCSU8200860 | GWM-45TF/A *Bodega* | 278 | 278 | 4726.00 | 62.00 |
| | ZCSU8482737 | GWM-45TF/A *Salida* | 278 | 278 | 4726.00 | 62.00 |
| | ZCSU7018866 | GWM-45TF/A *002 lusty II casa* | 278 | 278 | 4726.00 | 62.00 |
| | ZCSU8997481 | GWM-45TF/A | 278 | 278 | 4726.00 | 62.00 |
| N/M | ZCSU8342205 | GWM-45TF/C *Bocti Salida 001* | 278 | 278 | 4726.00 | 62.00 |
| | FSCU6834714 | GWM-45TF/C *Bocti Salida 001* | 278 | 278 | 4726.00 | 62.00 |
| | ZCSU8356180 | GWM-45TF/C *Bodega* | 278 | 278 | 4726.00 | 62.00 |
| | | SPARE PARTS | --- | 5 | 50.00 | 0.50 |
| | ZCSU8929039 | GWM-45TF/C *Primera 001* | 278 | 278 | 4726.00 | 62.00 |
| | | SPARE PARTS *Salida Bocti* | --- | 8 | 80.00 | 0.80 |
| *** | *** *** | *** *** | *** | *** | *** | *** |
| | TOTAL: | | 2224 | 2237 | 37938.00 | 497.30 |

TOP HOME APPLIANCES (HK) CO.,LTD

# TCL HOME APPLIANCES (HK) CO.,LTD

13/F.,TCL TOWER, 8 TAI CHUNG RD.,TSUEN WAN,HONG KONG

## COMMERCIAL INVOICE

DATE:_2010~8-31_

No.:_BX-C10CI-C228_

To Messrs: GOLDI ELECTRONIC S.A.

Address:   ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA TEL.:5074417222

| Marks & No. | Description Of the Goods | Qty. (SETS) | Unit price (USD/SET) | Amount (USD) |
|---|---|---|---|---|
| N/M | WASHING MACHINE | --- | CIF COLON FREE ZONE | |
| | GWM-45TF/A | 1112 | 59.9663 | 66682.53 |
| | GWM-45TF/C | 1112 | 59.9663 | 66682.53 |
| | SPARE PARTS | --- | --- | F.O.C |
| | *** *** | *** | *** | *** |
| TOTAL: | | 2224 | --- | 133,365.05 |

TOTAL SAY UNITED STATES DOLLARS ONE HUNDRED THIRTY THREE THOUSAND THREE HUNDRED SIXTY FIVE AND CENTS FIVE ONLY.



TCL HOME APPLIANCES (HK) CO.,LTD

# MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | B/L No. (MAEU) MHR 859322459 |
|---|---|

Shipper
TCL HOME APPLIANCES (HK) CO., LTD
T3/F, TCL TOWER, 8 TAI CHUNG ROAD, TSUEN WAN, HONG KONG

Booking No. 859322459

Export references

Svc Contract 272098

Consignee (negotiable only if consigned "to order" or "to order of a named Person or "to order of bearer")
GOLOF ELECTRONIC S.A.
ZONA LIBRE DE COLON COLON REPUBLICA DE PANAMA
TEL: 5074417222

Onward inland routing (Not part of Carriage or Combined transport. For account and risk of Merchant)
SAME AS CONSIGNEE

| Vessel (see clause 1 + 37) NAN YANG 9 | Voyage No. 0012 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading NANSHA | Port of Discharge Balboa | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) COLON FREE ZONE |

## PARTICULARS FURNISHED BY SHIPPER

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

Weight 111973.000 KGS

Measurement 672.1500 CBM

10 containers said to contain 5349 CARTONS

AIR CONDITIONER AND SPARE PARTS

N/M

MSKU9867831  ML-CN6787028  40 DRY 9'6  620 CARTONS  10540.000 KGS  66.0800 CBM
MSKU9329190  ML-CN6787026  40 DRY 9'6  620 CARTONS  10540.000 KGS  66.0800 CBM
MSKU9605533  ML-CN6787035  40 DRY 9'6  620 CARTONS  10540.000 KGS  66.0800 CBM
MSKU1114934  ML-CN6787030  40 DRY 9'6  620 CARTONS  10540.000 KGS  66.0800 CBM
MSKU0070603  ML-CN6787032  40 DRY 9'6  430 CARTONS  13115.000 KGS  69.0700 CBM
MSKU1263157  ML-CN6787033  40 DRY 9'6  559 CARTONS  11783.000 KGS  69.5900 CBM
MSKU1380805  ML-CN6787029  40 DRY 9'6  530 CARTONS  11395.000 KGS  68.4200 CBM
MSKU9865870  ML-CN6787031  40 DRY 9'6  790 CARTONS  10730.000 KGS  63.9100 CBM
MSKU8676532  ML-CN6787027  40 DRY 9'6  530 CARTONS  11395.000 KGS  68.4200 CBM

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see Clause 11)

Freight & Charges

RELEASE EN TRES GUASE
For delivery to ultimo consignee
Para entregar a ultimo consignatario
Febrero 16 2010

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. 10 containers | Place of Issue of B/L Shenzhen |
|---|---|
| Number & Sequence of Original B(s)/L 1/THREE | Date of Issue of B/L 2010-01-12 |
| Declared Value (see Clause 7.3) | Shipped on Board Date (Local Time) 2010-01-05 |

This transport document has one or more numbered attachments.

No. WW- 721072

C O P I A

DECLARACION DE MOVIMIENTO COMERCIAL

**ZONA LIBRE DE COLON**

REPUBLICA DE PANAMA   ENTRADA No. XX

SALIDA No. 6

IMPORTADORA: GOLDI ELECTRONIC

EXPORTADORA: RAYS & TARSKRONA

S/DE ORIGEN O DESTINO: CHINA 528

ERTO DE ORIGEN O DESTINO: NANSHA

CONOCIMIENTO DE EMBARQUE O GUIA: MAEU 859322459

PUERTO DE ENTRADA: MANZANILLO 38

EMBARCADOR: TLC AIR CONDITIONER CO. LTD

DIRECCION DEL EMBARCADOR: CHINA

CLAVE: (4964) 6647

FECHA DE FACTURA: 31/12/2009

FACTURA COMERCIAL No.: C09CI-K153

EMPRESA TRANSPORTADORA: TRANSP. TUINSA

TELEFONO DE LA EMPRESA: 441-7222

FECHA: 31  03  2009

| BULTOS | DESCRIPCION DE ARTICULOS | | | TOTAL F.O.B. |
|---|---|---|---|---|
| 5349 BLTS | AIRE ACONDICIONADO   sello MSKU9867831 | | 84,12,00.00 | 388,570.00 |
| | CONT.MSKU9867831 | ML-CN678Z020 40 (620) | | |
| | MSKU9329190 | ML-CN67870076640 (620) | | |
| | MSKU9605533 | ML-CN678Z035 40 (620) | | |
| | MSKU1114934 | ML-CN678Z030 40 (620) | | |
| | MSKU0098883 | ML-CN678Z032 40 (430) | | |
| | MSKU1263157 | ML-CN6787033 40 (559) | | |
| | MSKU1180805 | ML-CN678Z029 40 (530) | | |
| | MSKU9865870 | ML-CN6787031 40 (290) | | |
| | MSKU8876532 | ML-CN678Z027 40 (530) | | |
| | MSKU0069825 | ML-CN67860034 40 (530) | | |
| 5342 BLTS | | | 2,050 SETS | 388,570.00 |

TOTAL F.O.B.   366,570.00
FLETE   28,872.00
SEGURO   0.00
OTROS GASTOS   0.00
TOTAL CIF B/.   395,442.00

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.



**MANZANILLO INTL TERMINAL**
Apt. Postal 320039 Zona Libre    R.U.C. 42169-0052-286856 D.V.64
Colon, Panama, PA
ph 430-9800
fax 430-9809

Recibo de Terminal

| DTN | Contenedor / Tipo de Servicio / Método de pago | Nave/Viaje / Ultimo dia libre / # de Cheque | Naviera / Tenedor / Dias | # de Trabajo / Tarifa | Tamano/Tipo / Suma de Cargos | Suma Pagada |
|---|---|---|---|---|---|---|
| 1670458 | MSKU0069825 | FERRO/0206A | MAE | | 40DH   Container | |
| | PORT DEMURRAGE | 13/02/10 | TUI/ GOLDI ELECTRONIC | | | |
| | Efectivo | | 3 | $50.00 | $150.00 | $50.00 |

| | |
|---|---|
| Total Pagos | $50.00 |
| Reembolso Total | $0.00 |
| Total de Pagos Recibidos | $50.00 |

RECEIVED
1 9 FEB 2010

Si tiene preguntas acerca de esta factura, llame a los Telefonos: 430-9962/9963/9964/9968  Fax: (507) 430-9989 Coco Solo

Gracias por su Preferencia.



**MANZANILLO INTL TERMINAL**
Apt. Postal 320039 Zona Libre    R.U.C. 42169-0052-286856 D.V.64
Colon, Panama,  PA
ph 430-9800
fax 430-9809

════════════════════════════════════════ Recibo de Terminal ═══════

| DTN | Contenedor<br>Tipo de Servicio<br>Método de pago | Nave/Viaje<br>Ultimo dia libre<br># de Cheque | Naviera<br>Tenedor<br>Dias | # de Trabajo<br><br>Tarifa | Tamaño/Tipo<br><br>Suma de Cargos | Suma Pagada |
|---|---|---|---|---|---|---|
| 1669891 | MSKU0069825<br>PORT DEMURRAGE<br>Efectivo | FERRO/0206A<br>13/02/10 | MAE<br>TUI/ GOLDI ELECTRONIC<br>2 | <br><br>$50.00 | 40DH    Container<br><br>$100.00 | <br><br>$100.00 |

| | |
|---|---|
| Total Pagos | $100.00 |
| Reembolso Total | $0.00 |
| Total de Pagos Recibidos | $100.00 |

RECEIVED
1 0 FEB 2010

Si tiene preguntas acerca de esta factura, llame a los Telefonos: 430-9962/9963/9964/9968  Fax: (507)430-9989 Coco Solo

Gracias por su Preferencia.



**MANZANILLO INTL TERMINAL**
Apt. Postal 320039 Zona Libre     R.U.C. 42169-0052-286856 D.V.64
Colon, Panama,  PA
ph 430-9800
fax 430-9809

======================================================== Recibo de Terminal ========

| DTN | Contenedor / Tipo de Servicio / Método de pago | Nave/Viaje / Último día libre / # de Cheque | Naviera / Tenedor / Días | # de Trabajo / Tarifa | Tamano/Tipo / Suma de Cargos | Suma Pagada |
|---|---|---|---|---|---|---|
| 1669864 | MSKU9865870 | FERRO/0208A | MAE | | 40DH    Container | |
| | PORT DEMURRAGE | 14/02/10 | TUN/ GOLDI ELECTRONIC | | | |
| | Efectivo | | 1 | $50.00 | $50.00 | $50.00 |
| 1669865 | MSKU1380805 | FERRO/0206A | MAE | | 40DH    Container | |
| | PORT DEMURRAGE | 13/02/10 | TUN/ GOLDI ELECTRONIC | | | |
| | Efectivo | | 2 | $50.00 | $100.00 | $100.00 |
| 1669866 | MSKU8676532 | FERRO/0206A | MAE | | 40DH    Container | |
| | PORT DEMURRAGE | 13/02/10 | TUN/ GOLDI ELECTRONIC | | | |
| | Efectivo | | 2 | $50.00 | $100.00 | $100.00 |

| | |
|---|---|
| Total Pagos | $250.00 |
| Reembolso Total | $0.00 |
| Total de Pagos Recibidos | $250.00 |

*RECEIVED 1 8 FEB 2010 E. Vives* (stamp)

Si tiene preguntas acerca de esta factura, llame a los Telefonos: 430-9962/9963/9964/9968  Fax: (507)430-9989 Coco Solo

**Gracias por su Preferencia.**

REPUBLICA DE PANAMA

ZONA LIBRE DE COLON

DECLARACION DE MOVIMIENTO COMERCIAL

No.

ENTRADA No. 01   SALIDA No.   TRASPASO

C O P I A

| | DIA | MES | AÑO |
|---|---|---|---|

CIA. IMPORTADORA
GOLDEN ELECTRONIC S.A.

CIA. EXPORTADORA

CLAVE   SALIDA DE   CLAVE

CLAVE   ENTRADA A   CLAVE

TELEFONO DE LA EMPRESA

USO ESTADISTICO
No. DE REGISTRO

VUELO O BARCO   CONOCIMIENTO DE EMBARQUE O GUIA   FECHA DE FACTURA   FACTURA COMERCIAL No.   EMPRESA TRANSPORTADORA

S647   LINDA

PAIS DE ORIGEN O DESTINO   PUERTO DE ENTRADA   PUERTO DE SALIDA

CHINA   CRISTOBAL 25

PUERTO DE ORIGEN O DESTINO   EMBARCADOR   DESTINATARIO

CHINA   TLC HOME APPLIANCE

PUERTO DE TRASBORDO   DIRECCION DEL EMBARCADOR   DIRECCION DEL DESTINATARIO

HONG KONG

CODIGO DE PAIS

CODIGO DE PUERTO

| BULTOS | | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | | PRECIO O VALOR ENTRADA | VALOR DADOS (I) |
|---|---|---|---|---|---|---|---|
| 2227 CTN | | LAVADORAS Y SUS PARTES | 84501.280 | PCS | 2.224 | $7,336.00 | 131,367.06 |
| | | CONT ZCSU8200860  SELLO #82652168226 | | | 0 | | |
| | | ZCSU7019866   75241 | | | | | |
| | | ZCSU8262127   06224 | | | | | |
| | | ZCSU8997481   75268 | | | | | |
| | | ZCSU8142205   75396 | | | | | |
| | | FSCU8834714   75318 | | | | | |
| | | ZCSU8856180   82652 | | | | | |
| | | ZCSU8929039   81273 | | | | | |
| 2227 CTN | | | | PCS | | $7,935.00 | |

Te

TOTAL F.O.B.

FLETE

SEGURO

OTROS GASTOS

TOTAL CIF B/.

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada:  Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que todos los datos son exactos y verdaderos.

Formulario de entrada, salida o traspaso a la mercancía declarada en este documento,

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Funcionario autorizado por el Municipio

Comprador / Vendedor   Contratante   Inspector de Aduana

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.



# DECLARACION DE MOVIMIENTO COMERCIAL

**ZONA LIBRE DE COLON — REPUBLICA DE PANAMA**

No. _____

COPIA

| | |
|---|---|
| CIA. IMPORTADORA | |
| CIA. EXPORTADORA | GOLDINELECTRONIC S.A. |

ENTRADA No. 01

| | | |
|---|---|---|
| VUELO O BARCO | CLAVE 5647 | SALIDA DE |
| CIA. TRANSPORTADORA | ENTRADA A | |

CONOCIMIENTO DE EMBARQUE O GUIA: ZIMUINSHK574420

| | |
|---|---|
| PAIS DE ORIGEN O DESTINO | FECHA DE FACTURA 31-03-2010 |
| PUERTO DE ORIGEN O DESTINO | CRISTOBAL 25 |
| PUERTO DE TRASBORDO | EMBARCADOR: TLC HOME APPLIANCE |

FACTURA COMERCIAL No. RY-SJ-YG-SY-226

DIRECCION DEL EMBARCADOR: HONG KONG

| No. DE BULTOS / CONTENEDOR | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | TIPO DE UNIDAD | CANTIDAD DE UNIDAD | PESO BRUTO (KILOS) | PESO NETO (EN KILOS) | VALOR |
|---|---|---|---|---|---|---|---|---|
| 2247 | CTN | LAVADORAS Y SUS PARTES | | | | | | |
| 123 | CTN | CONT. ZCSU8200860   SELLO 82652106226 | 8451.2100 | PCS | 2,224 | 0 | 37,935.00 | |
| | | ZCSU7018866   75241 | | | | | | |
| | | ZCSU8452737   06224 | | | | | | |
| | | ZCSU8997481   75266 | | | | | | |
| | | ZCSU8142205   73396 | | | | | | |
| | | FSCU6834714   75318 | | | | | | |
| | | ZCSU8355180   82632 | | | | | | |
| | | ZCSU8925039   82653 | | | | | | |

**TOTAL F.O.B.** _____

FLETE _____

SEGURO _____

OTROS GASTOS _____

**TOTAL CIF B/.** _____

| CONTENEDOR | CANT. | REF. |
|---|---|---|
| FROZEN | 29 | |
| NO | 40 | |
| FROZEN | 2 | |

Comprador _____   Vendedor _____

Inspector de Aduana _____

OBSERVACIONES:

Declaración Jurada: Que la presente salida de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía descrita en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o inspección conforme.

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

**BILL OF LADING**   ZIM Integrated Shipping Services Ltd.

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| TCL HOME APPLIANCES (HK) CO.,LTO 13/F.,TCL TOWER, 8 TAI CHUNG RD., TSUEN WAN,HONG KONG | ZIMUNGB574420/1 | ZIMUNGB574420 |
| | EXPORT REFERENCES IPAN1613 | |

Cristobal

| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT F.M.C. No. |
|---|---|
| GOLDI ELECTRONIC S.A. ZONA LIBRE DE COLON. COLON REPUBLICA DE PANAMA TEL.:5074417222 | |
| | PORT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY) |

| (B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | |
|---|---|
| NOTIFY (NAME & ADDRESS) | REMARKS / EXPORT OR OTHER INSTRUCTIONS |
| GOLDI ELECTRONIC S.A. ZONA LIBRE DE COLON. COLON REPUBLICA DE PANAMA TEL.:5074417222 | SHIPPED ON BOARD 04/09/2010 FREIGHT PREPAID |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS + (IF CONTRACTED FOR) |
|---|---|
| LOADING VESSEL + VOY. | PORT OF LOADING + |
| ZIM CALIFORNIA  31/E | NINGBO ,CHINA |
| PORT OF DESTINATION + | FINAL DESTINATION + (IF CONTRACTED FOR) |
| BALBOA | COLON FREE ZONE |
| | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS./CONT.NOS. | DESCRIPTION OF GOODS | WEIGHT KGS | MEASUREMENT M3 |
|---|---|---|---|
| | AS PER ATTACHED LIST | | |

PANAMA

REPUBLICA DE PANAMA
AUTORIDAD NACIONAL DE ADUANAS
ADMINISTRACION REGIONAL, ZONA NORTE
ADUANA, ZONA LIBRE DE COLON
PUERTA N°.

ENTRADA

PANAMA PORTS, INC.
ENTREGUESE / SEAL CONFIRMADO PAGO DEL ALMACENAJE

ZIM PANAMA, S.A.
(COMO AGENTES)

VALIDO HASTA

| | TOT. TARE | | CARGO W. TOTAL | 37,938.000 | 497.300 |
|---|---|---|---|---|---|
| TERMINAL HANDLING CHARGE - DESTINATION | | | | RATE | AMOUNT | PREPAID | COLLECT |
| | | | C | USD | | | 1,472.00 |
| ADVALOREM FREIGHT | | | USD | | | | 1,472.00 |

| MERCHANT'S DECLARED VALUE OF GOODS: If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23) | IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If any Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void. |
|---|---|
| | FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
| | NINGBO (ZJ) | THREE |
| | PLACE AND DATE OF ISSUE |
| | NINGBO (ZJ) on 04/09/2010 |
| | ZIM INTEGRATED SHIPPING SERVICES (CHINA) CO.,LTD. AS AGENTS FOR ZIM INTEGRATED SHIPPING SERVICES LTD (AS CARRIER) |
| | FNK 7782 0362 |

NOTE: Received in apparent good order and condition, unless otherwise stated herein, for shipment on board the means of transportation (vessel, truck, rail or air) as named herein, the goods or packages or containers said to contain goods specified herein for carriage from the port of loading named herein or place of receipt of goods as named herein, if contracted for, on a voyage as described and agreed by this Bill of Lading and discharge at the port of destination or final destination named herein, if contracted for such carriage or receipt or delivery being always subject to the terms, exceptions, limitations, conditions and liberties hereinafter agreed.

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemised, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container relay service

ATTACHED LIST FOR B/L :   ZIMUNGB574420

VESSEL:  ZIM CALIFORNIA          VOYAGE: 31E        LOAD PORT:   NINGBO ,CHINA
DISCHARGE PORT:  BALBOA          DESTINATION:   COLON FREE ZONE

| MKS & NOS/SEAL.NO | DESCRIPTION OF GOODS | WEIGHT KGS | MEASUR. M3 |
|---|---|---|---|
| CONT:ZCSU8482737 1 CNT SEAL: 06224 /HC40 (CY/CY) N/M | 278 CARTONS WASHING MACHINE AND SPARE PARTS | 4,726.000 | 62.000 |
| CONT:ZCSU8200860 1 CNT SEAL: 06226 /HC40 (CY/CY) N/M | SHIPPER'S LOAD STOWAGE & COUNT CONT TARE WEIGHT:    3900 278 CARTONS WASHING MACHINE AND SPARE PARTS | 4,726.000 | 62.000 |
| CONT:ZCSU8356180 1 CNT SEAL: 82652 /HC40 (CY/CY) N/M | SHIPPER'S LOAD STOWAGE & COUNT CONT TARE WEIGHT:    3900 283 CARTONS WASHING MACHINE AND SPARE PARTS | 4,776.000 | 62.500 |
| CONT:ZCSU8929039 1 CNT SEAL: 82722 /HC40 (CY/CY) N/M | SHIPPER'S LOAD STOWAGE & COUNT CONT TARE WEIGHT:    3900 286 CARTONS WASHING MACHINE AND SPARE PARTS | 4,806.000 | 62.800 |
| CONT:ZCSU7018866 1 CNT SEAL: 75241 /HC40 (CY/CY) N/M | SHIPPER'S LOAD STOWAGE & COUNT CONT TARE WEIGHT:    3900 278 CARTONS WASHING MACHINE AND SPARE PARTS | 4,726.000 | 62.000 |
| CONT:ZCSU8997481 1 CNT SEAL: 75268 /HC40 (CY/CY) N/M | SHIPPER'S LOAD STOWAGE & COUNT CONT TARE WEIGHT:    3900 278 CARTONS WASHING MACHINE AND SPARE PARTS | 4,726.000 | 62.000 |

SHIPPER'S LOAD STOWAGE & COUNT
CONT TARE WEIGHT:    3900

ATTACHED LIST FOR B/L :   ZIMUNGB574420

VESSEL:  ZIM CALIFORNIA                    VOYAGE: 31E          LOAD PORT:  NINGBO ,CHINA
DISCHARGE PORT:  BALBOA              DESTINATION:   COLON FREE ZONE

| MKS & NOS/SEAL.NO | DESCRIPTION OF GOODS | WEIGHT | MEASUR. |
|---|---|---|---|
| CONT:FSCU6834714<br>1 CNT<br>SEAL: 75318<br>/HC40  (CY/CY)<br>N/M | 278 CARTONS<br>WASHING MACHINE AND SPARE PARTS | 4,726.000 | 62.000 |
| | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:    3900 | | |
| CONT:ZCSU8342205<br>1 CNT<br>SEAL: 75396<br>/HC40  (CY/CY)<br>N/M | 278 CARTONS<br>WASHING MACHINE AND SPARE PARTS | 4,726.000 | 62.000 |
| | SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:    3900 | | |

8    CONT TOT. TARE : 31,200        CARGO W :        37,938.000      497.300

# SEABOARD MARINE

| Shipper/Exporter/Remitente<br>GOLDI ELECTRONIC S,A.<br>FRANCE FIELD,MANZANA 01A<br>ZONA LIBRE DE COLON<br>TEL. 441-7222/4461548/446-1549 | Booking Number<br><br>2601582 |
|---|---|
| | Export reference / Referencias Exportacion<br><br>EMITIR ORIGINALES EN DESTINO |
| Consignee / Consignado a<br>FLOR DE FRANCIA, C.A.<br>AV.SANTIAGO MARIÑO,ENTRE CALLE IGUALDAD<br>Y VELASQUEZ,FRENTE AL HOTEL BELLA VISTA<br>LOCAL 10-37, PORLAMAR,ISLA MARGARITA,<br>VENEZUELA.<br>TEL.58-295-2637702/2639801, FAX.58295-2635991 | Forwarding agent / Agente Embarcador |
| | Point and country of origin / Lugar y Pais de origen |
| Notify Party / Dirigir Notificacion de llegada a<br><br>LOS MISMOS | Domestic routing export instructions / Ruta Domestica |
| Place of Receipt / Carga Recibida en | |

| Vessel name / Vapor<br>HANEBURG | Voy No./ Viaje<br>V.65 | Port of Loading / Puerto de Carga<br>PTO. CRISTOBAL | Loading pier-terminal / Terminal de Embarque |
|---|---|---|---|
| Port of Discharge / Puerto de Descarga<br>EL GUAMACHE/VENEZUELA | | Place of Delivery / Entrega Final<br>VENEZUELA | Type of move / Tipo de Movimiento |

| | | PARTICULAR FURNISHED BY SHIPPER | | |
|---|---|---|---|---|
| Marks and Numbers<br>Marcas y Numeros | No. of pkgs.<br>No. de Bultos | Description of packages and goods<br>Contenido segun embarcador | Gross Weight<br>Lbs/Libras/Kilos | Measurement<br>Medidas |
| CONTENEDOR NO.<br>GLDU.055738-4.016751<br>TCKU.979352-3 ,016752<br>SMLU.782443-1,016753<br>GESU.514285-1,016754<br>CLHU.848736-6,016756<br>AMFU-842470-8,016761 | 2099<br>CTNS | CONTENEDOR DICE CONTENER:<br><br>LAVADORAS<br><br><br>FREIGHT PREPAID 1 X 40HQ | 4904.66<br>KG | |

| Freight & Charge | Rate | Unit | Prepaid | Collect |
|---|---|---|---|---|
| | Total Prepaid | | | |
| Numer of Original B(s)/L | Total Collect | | | |
| Place of Issue | Date | | | |

FNK 7782 0365

# DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 1739.4.3

C O P I A

ZONA LIBRE DE COLON
REPUBLICA DE PANAMA

ENTRADA No. _____    SALIDA No. 17    SALIDA DE    ENTRADA A    FACTURA COMERCIAL No. 0014    TRASPASO

| | |
|---|---|
| I. IMPORTADORA | CLAVE |
| EXPORTADORA GOLDI ELECTRONIC S.A. | CLAVE 6292 |
| EL O BARCO HANEBURG V.65 | FECHA DE FACTURA 28/10/2010 |
| CONOCIMIENTO DE EMBARQUE O GUIA 2601582 | PUERTO DE ENTRADA |
| JS DE ORIGEN O DESTINO VENEZUELA 314 | EMBARCADOR |
| ERTO DE ORIGEN O DESTINO EL GUAMACHE | DIRECCION DEL EMBARCADOR |
| ERTO DE TRASBORDO | |

EMPRESA TRANSPORTADORA LINDA
PUERTO DE SALIDA CRISTOBAL 25
DESTINO FLOR DE FRANCIA
DIRECCION DEL DESTINATARIO VENEZUELA

RAZON O NOMBRE DE LA EMPRESA 441-222
USO ESTADISTICO   No. DE REGISTRO
CODIGO DE PAIS
CODIGO DE PUERTO

| 29 | 10 | 10 |

| CODIGO UNICO | BLTS | DESCRIPCION DEL ARTICULO | ARANCEL | | UNIDADES | | VALOR |
|---|---|---|---|---|---|---|---|
| 1554 | BLTS | AIRES ACONDICIONADOS | 8419.1030 | | PCS | 112 | 170,315.00 |
| 545 | BLTS | LAVADORAS Y SUS PARTES | 8450.1290 | 0 | PCS | 545 | 52,365.00 |
| 2099 | BLTS | | | | | | |

ONT GLDU055738-4   SELLO.016751
     TCKU079352-3        016752
     SMLU732443-1        016753
     GESU514285-1        016754
     CLHU548736-6        016756
     AMFU842470-8        016761

GOLDI ELECTRONIC S.A.

Comprador / Vendedor

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU., deberán presentar el certificado del país de origen de la misma.

Declaración Jurada. Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de "este documento, que estos datos son exactos y verdaderos.

Permitase la entrada, salida o traspaso de la mercancía declarada en este documento.

Funcionario autorizado por el Movimiento Comercial.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

| | ARANCEL |
|---|---|
| | 3,848.40 |
| | 1,361.20 |
| | 4,304.66 |

| TOTAL F.O.B. | 228,245.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 228,245.00 |

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

2 Of Three        3 Three

**SHIPPER**
WORLD ASIA (SHANGHAI)SHIPPING LTD NINGBO BRANCH

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)
SHIPPER'S LOAD, COUNT AND SEALED. Carrier has no liability or responsibility whatsoever for thermal loss or damage to the goods by reason of natural variations in atmospheric temperatures during the winter period, and / or caused by loads quick packing of the Goods for carriage in dry-van container, and / or inherent vice of the Goods, its high temperatures.
FCLFCL

**CONSIGNEE:** This B/L is not negotiable unless marked "To Order" or "To Order of ..." here.
WORLD ASIA LATINOAMERICA,INC.
CALLE 3RA, MANZANA NO.30 LOCAL 2B FRANCE,
FIELD,COLON FREE ZONE COLON,REP.OF PANAMA
Phone: (507) 4300514
Fax: (507) 4305140

PORT OF DISCHARGE AGENT:
ASSOCIATED STEAMSHIP AGENTS
S.A.Marr Center , Williamson Place Nr.
708X
La Boca , P.O. BOX 2007
Republic of Panama
Balboa

**NOTIFY PARTIES :** (No responsibility shall attach to Carrier or to his Agent for failure to notify - see Clause 20)
WORLD ASIA LATINOAMERICA, INC.
CALLE 3RA, MANZANA NO.30 LOCAL 2B FRANCE, FIELD,COLON FREE ZONE
COLON,REP.OF PANAMA
Phone: (507) 4300514
Fax: (507) 4305140

| VESSEL AND VOYAGE NO (see Clause 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY – see Clause 1 & 5.2) |
| CHARLOTTE C. RICKMERS – A1036A | Ningbo | XXXXXXXXXXXXXXX |

| BOOKING REF.          (xx) | SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY – see Clause 1 & 5.2) |
| 177BNZNZN40247 | XXXXXXXXXXXXXX | MSC MEDITERRANEAN SHIPPING CO. (PANAMA), S.A. Balboa, Panama | Colon Free Zone,Panama - Door |

PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Number of Packages and Goods (Continued on attached Bill of Lading Rider pages(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | Please see attached RIDER for Container / Cargo Description(s). 16 x 40' High Cube | | |
| | Total items          3307 | | |
| | Total Gross Weight          76502,000 Kgs. | | |
| | Freight Prepaid | | |

PANAMA PORTS COMPANY, S.A.
ENTREGUESE At
TODA LA CARGA LISTADA EN ESTE CONOCIMIENTO

AUTORIZADO POR:
MSC MEDITERRANEAN SHIPPING CO. (PANAMA) S.A.

WORLD ASIA LATINOAMERICA INC.
ENDOSA: GOLDI ELECTRONICS
FIRMA:
FECHA: 11-10-10

| FREIGHT & CHARGE: Cargo shall not be delivered unless Freight & Charges are paid(see Clause 16) | | | | |
|---|---|---|---|---|
| FREIGHT & CHARGES | BASIS | RATE | PREPAID | COLLECT |
| | | | | |

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt for carriage subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THE RIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE MERCHANT.

If this is negotiable (To Order / og Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the instruction at the Port of Discharge or Place of Delivery whichever is applicable.

IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top and of Bills of Lading, and wherever one original B/L of Lading has been accomplished the others to stand void.

China Ocean Shipping Agency, Ningbo

| DECLARED VALUE (Only applicable if Ad Valorem charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs recvd by Carrier - see Clause 14.1) | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. by As Agent |
| XXXXXXXXXXXXXXX | 16        cntrs | General Manager |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | As Agent For The Carrier Named Above(MSC3) |
| Ningbo, China 14-Sep-2010 | 13-Sep-2010 | |

Standard Edition - 08/2009          TERMS CONTINUED ON REVERSE

A 082178236

FNK.7782 0367

# TCL HOME APPLIANCES (HK) CO.,LTD

### 13/F.,TCL TOWER, 8 TAI CHUNG RD.,TSUEN WAN,HONG KONG

## COMMERCIAL INVOICE

DATE: 2010-9-7

No.: BX-C10CI-C231

To Messrs: GOLDI ELECTRONIC S.A.

Address: ZONA LIBRE DE COLON.COLON REPUBLICA DE PANAMA TEL.:5074417222

| Marks & No. | Description Of the Goods | Qty. (SETS) | Unit price (USD/SET) | Amount (USD) |
|---|---|---|---|---|
| N/M | WASHING MACHINE | --- | FOB NINGBO,CHINA | |
| | GWM-68TF/B | 856 | 50.00 | 42800.00 |
| | GWM-68TF/C | 856 | 50.00 | 42800.00 |
| | GWM-68TF/E | 888 | 50.00 | 44400.00 |
| | GWM-80TF/B | 688 | 55.00 | 37840.00 |
| | SPARE PARTS | --- | --- | F.O.C |
| | *** *** | *** | *** | *** |
| TOTAL: | | 3288 | --- | 167,840.00 |

TOTAL SAY UNITED STATES DOLLARS ONE HUNDRED SIXTY SEVEN THOUSAND EIGHT HUNDRED AND FORTY ONLY.

TCL HOME APPLIANCES (HK) CO.,LTD

Consto bajo la gravedad del juramento con la firma puesta al pie de esta declaración, que todos y cada uno de los datos expresados en esta factura son exactos y verdaderos, y que la suma total declarada es la misma en que se ha vendido la mercancía.

FNK 7782 0368

COPIA

No. VV - 143599

| ZON DOC | MES | AÑO |
|---|---|---|
| 11 | 10 | 10 |

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

DECLARACION DE MOVIMIENTO COMERCIAL

ENTRADA No. 03   XX

SALIDA No. _____   TRASPASO

IMPORTADORA
GOLDI ELECTRONIC S.A.

| CLAVE | SALIDA DE | CLAVE |
|---|---|---|
| 8647 | | |

EXPORTADORA

| CLAVE | ENTRADA A | CLAVE |
|---|---|---|
| | | |

USO ESTADISTICO
No. DE REGISTRO

TELEFONO DE LA EMPRESA
441-7222

ELO O BARCO
CHARLOTTE C. RICKMERS V MSCUN3177812

CONOCIMIENTO DE EMBARQUE O GUIA

FECHA DE FACTURA
09/07/2010

FACTURA COMERCIAL No.
BX-C10CI-C231

EMPRESA TRANSPORTADORA
LINDA

PUERTO DE ENTRADA
CRISTOBAL 25

PUERTO DE SALIDA

CODIGO DE PAIS

IS DE ORIGEN O DESTINO
CHINA 518

EMBARCADOR
TCL HOME APPLIANCE

DESTINATARIO

CODIGO DE PUERTO

EXTO DE ORIGEN O DESTINO
NINGBO

DIRECCION DEL EMBARCADOR
HONG KONG

DIRECCION DEL DESTINATARIO

EXTO DE TRASBORDO

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | | PRECIO POR UNIDAD | TOTAL |
|---|---|---|---|---|---|---|
| 3307 CTNS | LAVADORAS Y SUS PARTES | 84501290 | PCS | 3,288 | 76,502.00 | 167,840.00 |
| | cont MSCU7298100 SELLO 9133724 | | | | | |
| 3307 CTNS | CAXU9660890         9133771 | | | | 76,502.00 | |
| | MSCU9516421         9133936 | | | | | |
| | MSCU9052062         9133727 | | | | | |
| | MSCU7280125         9189065 | | | | | |
| | TCNU8898150         9189009 | | | | | |
| | TCNU7278405         9133923 | | | | | |
| | GATU8589410         9133939 | | | | | |
| | MSCH7779603         9136077 | | | | | |
| | TRLU5244178         9136128 | | | | | |
| | TGHH7215224         9133281 | | | | | |
| | SCZU5543070       9171902 | | | | | |
| | MSCU9814750  SELLO 9171671 | | | | | |
| | ( MSCU9814750)  MSCU7628347 9171778 | | | | | |
| | MSCH8338449       9133497 | | | | | |
| | CAXU9667282       9139595 | | | | | |

|  |  |
|---|---|
| TOTAL F.O.B. | 167,840.00 |
| FLETE | 74,400.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

SERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar la Visa del país de origen de la misma. Permítase la entrada a la mercancía declarada conforme.

TERCEROS  Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Comprador / Vendedor

| TIMBRE | |
|---|---|
| 1 2 GR. | |
| 3 GR. | |
| 28ª | |
| 07 | |
| HO | |
| FROZEN | |

REPUBLICA DE PANAMA

ZONA LIBRE DE COLON

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. XX - 805758

COPIA

ENTRADA No. ☐     XK SALIDA No. 56     TRASPASO ☐

| | | |
|---|---|---|
| TELEFONO DE LA EMPRESA 441-7222 | | |
| USO ESTADISTICO | 23 | 02 | 201 |
| No. DE REGISTRO | | K 773A |

CIA. IMPORTADORA

CIA. EXPORTADORA
GOLDI ELECTRONI,S.A.

VUELO O BARCO
CLARA E

PAIS DE ORIGEN O DESTINO
COLOMBIA 311
MARITIMO

PUERTO DE ORIGEN O DESTINO
PTO.NVO.BAHIA PORTETE

PUERTO DE TRASBORDO

CONOCIMIENTO DE EMBARQUE O GUIA

CLAVE
6847

FECHA DE FACTURA
23/02/2010

PUERTO DE ENTRADA

EMBARCADOR

DIRECCION DEL EMBARCADOR

ENTRADA
001

FACTURA COMERCIAL No.

EMPRESA TRANSPORTADORA
MANOLIN

PUERTO DE SALIDA
CRISTOBAL 26

DESTINATARIO
ELECTRO GENEZI,S.A.

DIRECCION DEL DESTINATARIO
COLOMBIA

CODIGO DE PAIS

CODIGO DE PUERTO

| DOCUMENTO | BULTO | CLASE | DESCRIPCION DEL ARTICULO | ARANCEL | CANTIDAD | UNIDAD | ENTREGADA | CLAVE | VALOR (CALIDAD) |
|---|---|---|---|---|---|---|---|---|---|
| 1069 | BLTS | | AIRE ACONDICIONADO | 84.12.00.00 | SETS | 530 | 5 | | 22,883.00 |
| | BLTS | | | | | | | | 22,883.00 |

M/N * CLARA E *
RECIBI: 261
FEB. 24
2010

GOLDI ELECTRONI,S.A.

Comprador / Vendedor

ENTRADA

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen o la misma.

Declaración Jurada: Quedo garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada - salida o traspaso de la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Funcionario encargado del Movimiento Comercial.

A.P.

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 79,575.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 79,575.00 |

TOTAL F.O.B. 79,575.00     22,883.00     79,575.00

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

DECLARACION DE MOVIMIENTO COMERCIAL

No. XX-805758

C O P I A

ENTRADA No. _____   X SALIDA No. _____  5/6   TRASPASO

ZONA LIBRE DE COLON
REPUBLICA DE PANAMA

EXPORTADORA
GOLDI ELECTRONI,S.A.

ELO O BARCO
CLARA E

ES DE ORIGEN O DESTINO
COLOMBIA 311

ERTO DE ORIGEN O DESTINO
PTO. NVO. BAHIA PORTETE

ERTO DE TRASBORDO

IMPORTADORA _____

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

CLAVE
6847

FECHA DE FACTURA
23/02/2010

PUERTO DE ENTRADA

EMBARCADOR

DIRECCION DEL EMBARCADOR

FACTURA COMERCIAL No.
001

TELEFONO DE LA EMPRESA
441-7222

USO ESTADISTICO
No. DE REGISTRO

EMPRESA TRANSPORTADORA

PUERTO DE SALIDA
MANOLIN

DESTINATARIO
ELECTRO GENEZI,S.A.

DIRECCION DEL DESTINATARIO
COLOMBIA

CODIGO DE PAIS

CODIGO DE PUERTO

PUERTO DE SALIDA
CRISTOBAL 25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1068 | BLTS | AIRE ACONDICIONADO | 84.12.00.00 | SETS | 530 | 5. | 22,883.00 |
| 1068 | BLTS | | | | | | 22,883.00 |

TOTAL F.O.B.     79,575.00
FLETE              0.00
SEGURO             0.00
OTROS GASTOS       0.00
TOTAL              79,575.00

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la responsabilidad al pie de este documento, que estos datos, cantidades y mercancías...

Permítase a tu vendedor, salidas libres a la mercancía recibida, entregada o traspasada conforme.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Comprador / Vendedor
GOLDI ELECTRONI S.A.

Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

TOTAL
79,575.00

DECLARACION DE MOVIMIENTO COMERCIAL

No. X

C O P I A

| | | | |
|---|---|---|---|
| 220406 | 31 ENERO | 33490 | |
| 23 | 02 | 2010 | |

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

A. IMPORTADORA

ENTRADA No. _____

X SALIDA No.  56   TRASPASO

B. EXPORTADORA
GOLD ELECTRONI,S.A.

TELEFONO DE LA EMPRESA
441-7222

USO ESTADISTICO

NO. DE REGISTRO

ELO O BARCO
CLARA E

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

CLAVE
6647

FECHA DE FACTURA
23/02/2010

FACTURA COMERCIAL No.
001

EMPRESA TRANSPORTADORA

CLAVE

IS DE ORIGEN O DESTINO
COLOMBIA 311

PUERTO DE ENTRADA

PUERTO DE SALIDA
MANOLIN

CODIGO DE PAIS

ERTO DE ORIGEN O DESTINO
PTO.NVO.BAHIA PORTETE

EMBARCADOR

DESTINATARIO
ELECTRO GENEZI,S.A.

CODIGO DE PUERTO

ERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DE DESTINATARIO
COLOMBIA

| 1068 | BLTS | AIRE ACONDICIONADO | | 84.12.00.00 | SETS | 530 | 5 | 22,883.00 | 79,575.00 |
| 1068 | BLTS | | | | | | | 22,883.00 | 79,575.00 |

M/N   CLARA E.
RECIBI 2-1 CAJAS
FEB. 24 2010

TOTAL F.O.B.   79,575.00

FLETE   0.00

SEGURO   0.00

OTROS COSTOS   0.00

TOTAL CIF/B   79,575.00

SERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exáctos y verdaderos.

GOLD ELECTRONI,S.A.

Comprador / Vendedor

Permítase la entrada, salida, traspaso a la mercancía arriba descrita.

Fundador _____

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada, conforme.

Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

## DECLARACION DE MOVIMIENTO COMERCIAL

No. VY - 155550

**ORIGINAL**

ENTRADA No. _____    SALIDA No. 16    TRASPASO _____

| | |
|---|---|
| **IMPORTADORA** | CLAVE |
| **EXPORTADORA** GOLDI ELECTRONIC S.A. | CLAVE 6947 |
| | FECHA DE FACTURA 25/10/2010 |
| **ELO O BARCO** MARITIMO | PUERTO DE ENTRADA |

CONOCIMIENTO DE EMBARQUE O GUIA NATALIA
FACTURA COMERCIAL No. 0013

**IS DE ORIGEN O DESTINO** COLOMBIA 311

EMBARCADOR

**ENTO DE ORIGEN O DESTINO** PTO. NVO MAICAO

DIRECCION DEL EMBARCADOR

**ENTO DE TRASBORDO**

EMPRESA TRANSPORTADORA LINDA

PUERTO DE SALIDA CRISTOBAL 25

DESTINATARIO ELECTRO GENEZI E.U.

DIRECCION DEL DESTINATARIO COLOMBIA

CODIGO DE PAIS

CODIGO DE PUERTO

TELEFONO DE LA EMPRESA 441-7222

USO ESTADISTICO    No. DE REGISTRO

CLAVE    21  10  10

| | | DESCRIPCION DEL ARTICULO | ARANCEL | CANTIDADES | | PRECIO | VALOR |
|---|---|---|---|---|---|---|---|
| 910 | BLTS | AIRES ACONDICIONADOS | 84151090 | PCS | 455 | 22,535.00 | 91,655.00 |
| 910 | BLTS | CONT.CHIU 8027190 / INKU16556863 | | | 0 | 22,535.00 | |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Remítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

GOLDI ELECTRONIC S.A.
Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial.

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 91,655.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 91,655.00 |

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

## DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 155544

C O P I A

ENTRADA No. _____   SALIDA No. _15_   TRASPASO _____

CIA. IMPORTADORA _____   CLAVE _____   SALIDA DE _____   ENTRADA A _____   CLAVE _____

CIA. EXPORTADORA
GOLDI ELECTRONIC S.A.

CLAVE
6292

FECHA DE FACTURA
20/10/2010

FACTURA COMERCIAL No.
6012

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

PUERTO DE ENTRADA _____

VIA
BORELI

VUELO O BARCO

PAIS DE ORIGEN O DESTINO
COLOMBIA 311

EMBARCADOR _____

EMPRESA TRANSPORTADORA
LINDA

PUERTO DE SALIDA
COLON 2000-90

PUERTO DE ORIGEN O DESTINO
PTO. NVO. MAICAO

DIRECCION DEL EMBARCADOR _____

DESTINATARIO
ELECTRO GENEZI E.U.

DIRECCION DEL DESTINATARIO
COLOMBIA

PUERTO DE TRASBORDO _____

CODIGO DE PAIS _____

CODIGO DE PUERTO _____

| DESCRIPCION DEL ARTICULO | | | | | |
|---|---|---|---|---|---|
| | | | | | 124,620.00 |

TOTAL F.O.B.   124,620.00

FLETE   0.00

SEGURO   0.00

OTROS GASTOS   0.00

TOTAL CIF B/.   124,620.00

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pié de este documento, que estos datos son exactos y verdaderos.

_____
Comprador / Vendedor

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

_____
Funcionario autorizado por el Movimiento Comercial.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

_____
Inspector de Aduana

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

DECLARACION DE MOVIMIENTO COMERCIAL

No. W - 155543

C O P I A

ZONA LIBRE DE COLON
REPUBLICA DE PANAMA

| ENTRADA No. | | ENTRADA No. | SALIDA No. 14 | | TRASPASO |

| CIA. IMPORTADORA | | CLAVE | SALIDA DE | | CLAVE |
| CIA. EXPORTADORA GOLD: ELECTRONIC S A | | CLAVE 6647 | ENTRADA A | | CLAVE |
| | | | | | USO ESTADISTICO No. DE REGISTRO |
| VUELO O BARCO MARITIMO | CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA 20.10.2010 | FACTURA COMERCIAL No. 0011 | EMPRESA TRANSPORTADORA LINDA | TELEFONO DE LA EMPRESA |
| PAIS DE ORIGEN O DESTINO LEDA ISABEL | | PUERTO DE ENTRADA | | PUERTO DE SALIDA CRISTOBAL 25 | CODIGO DE PAIS |
| PUERTO DE ORIGEN O DESTINO PTO NYC MARCAO | COLOMBIA 311 | EMBARCADOR | | DESTINATARIO ELECTRO GENEZI E U | CODIGO DE PUE. |
| PUERTO DE TRASBORDO | | DIRECCION DEL EMBARCADOR | | DIRECCION DEL DESTINATARIO COLOMBIA | |

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | PRECIO |
| CANT. No. CLASE | | | | |
| 124 BLTS | ARTICULOS DE ILUMINADOS | 8415 1090 | PCS PZA 0 | 129 600 00 |
| 167 BLTS | CONT TRLU 7624280 MSCU 3680757 MSCU 8849182 | | 33 450 00 | 33 450 00 |
| | | | | |

| TOTAL F.O.B. | 129 600.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 129 600.00 |

GOLDI ELECTRONIC S A

Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

...istración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

**REPUBLICA DE PANAMA**

**ZONA LIBRE DE COLON**

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. 155392

C O P I A

ENTRADA No. _____   SALIDA No. 155 /3   TRASPASO _____

| | |
|---|---|
| CIA. IMPORTADORA | |

| CIA. EXPORTADORA | CLAVE | SALIDA DE | SALIDA A | CLAVE | TELEFONO DE LA EMPRESA |
|---|---|---|---|---|---|
| SOLDI ELECTRONIC S.A. | | | ENTRADA A | CLAVE | USO ESTADISTICO |

| VUELO O BARCO | CONOCIMIENTO DE EMBARQUE O GUIA | CLAVE | FECHA DE FACTURA | FACTURA COMERCIAL No. | No. DE REGISTRO |
|---|---|---|---|---|---|
| HOMERIFF V 09 | 2588244 | 6092 | 12/10/2010 | 0506 | |

| PAIS DE ORIGEN O DESTINO | PUERTO DE ENTRADA | PUERTO DE SALIDA O DESTINO | CODIGO DE PAIS |
|---|---|---|---|
| VENEZUELA 314 | | CRISTOBAL 25 | |

| PUERTO DE ORIGEN O DESTINO | EMBARCADOR | DESTINATARIO | |
|---|---|---|---|
| GUARANAO | | ELECTRODOMESTICOS EL CENTRO | CONSIGNE PUERTO |

| PUERTO DE TRASBORDO | DIRECCION DEL EMBARCADOR | DIRECCION DEL DESTINATARIO | |
|---|---|---|---|
| | | VENEZUELA | |

**EMPRESA TRANSPORTADORA:** LINDA

| BULTOS | CLAVE | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | UNIDADES | CODIGO BRUTO | TOTAL |
|---|---|---|---|---|---|---|---|
| 531 | CTN | AIRES ACONDICIONADOS | 84151030 | PCS | 198 | U | 23,320.00 |
| 543 | CTN | CONT.SNLU 7449900(1X40) SELLO 17857 | | | | | 23,320.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | SOLDI ELECTRONIC S.A. | | | | | |

| | | | TOTAL F.O.B. | 58,960.00 |
|---|---|---|---|---|
| | | | FLETE | 0.00 |
| | | | SEGURO | 0.00 |
| | | | OTROS GASTOS | 0.00 |
| | | | TOTAL CIF B/. | 58,960.00 |

Comprador / Vendedor

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Funcionario autorizado por el Movimiento Comercial.

Inspector de Aduana

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

# SEABOARD MARINE

| | |
|---|---|
| Shipper/Exporter/Remitente<br>GOLDI ELECTRONIC S,A.<br>FRANCE FIELD,MANZANA 01A<br>ZONA LIBRE DE COLON<br>TEL. 441-7222/4461548/446-1549 | Booking Number<br><br>2588244 |
| | Export reference / Referencias Exportacion |
| Consignee / Consignado a<br>ELECTRODOMESTICOS EL CENTRO ZONALIBRE<br>PUNTO FIJO, VENEZUELA<br>AV.COLOMBIA ENTRE GARCES Y ZAMORA PUNTO<br>FIJO ESTADO FALCON VENEZUELA<br>TEL,02692466512/2479766 | Forwarding agent / Agente Embarcador |
| | Point and country of origin / Lugar y Pais de origen |
| Notify Party / Dirigir Notificacion de llegada a<br><br>LOS MISMOS | Domestic routing export instructions / Ruta Domestica |
| Place of Receipt / Carga Recibida en | |

| Vessel name / Vapor | Voy No./ Viaje | Port of Loading / Puerto de Carga | Loading pier-terminal / Terminal de Embarque |
|---|---|---|---|
| HOHERIFF | V.09 | PTO. CRISTOBAL | |
| Port of Discharge / Puerto de Descarga | | Place of Delivery / Entrega Final | Type of move / Tipo de Movimiento |
| GUARANAO | | VENEZUELA | |

### PARTICULAR FURNISHED BY SHIPPER

| Marks and Numbers<br>Marcas y Numeros | No. of pkgs.<br>No. de Bultos | Description of packages and goods<br>Contenido segun embarcador | Gross Weight<br>Lbs/Libras/Kilos | Measurement<br>Medidas |
|---|---|---|---|---|
| | | CONTENEDOR DICE CONTENER: | | |
| CONTENEDOR NO.<br>SMLU.7848990 | | AIRES ACONDICIONADOS | | |
| | 536 CTNS | | 23320,00KGS | |
| SELLO NO.<br>17857 | | FREIGHT PREPAID 1 X 40HQ | | |

| Freight & Charge | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| | Total Prepaid | | | | |
| Numer of Original B(s)/L | Total Collect | | | | |
| Place of issue | Date | | | | |

FNK 7782 0377

# GOLDI ELECTRONIC

FRANCE FIELD MANZANA 01A
TEL.446-1548/446-1549

## MANIFIESTO No.01

TRANSPOR' LINDA
CONDUCTO ERIK CASSEL
PLACA     681993
MARCA     INTERNACIONAL 87

DESTINO: VENEZUELA
CED.3-705-1878

FECHA     14/10/2010

| BLTS | COMPAÑIAS | SALIDAS | PESO | VALOR |
|---|---|---|---|---|
| 536 | GOLDI ELECTRONIC S,A. | 13 | 23320.00 | 58,960.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| 536 |  |  | 23320.00 | B/. 58,960.00 |

DESCRIPCION
AIRES ACONDICIONADOS

VAPOR:     HOHERIFF  V.09
CONT.:     SMLU.7848990
SELLO.:    17857

FNK 7782 0378

GOLDI ELECTRONICS, S.A.
CTA. 02-202-00031-3

No. 000009

Fecha  15/10/2010
Date

Páguese a la orden de   DHL ENCARGO, S.A.            B/. 2.950.00
Pay to the order of

DOS MIL NOVECIENTOS CINCUENTA CON 00/100.'            Balboas o
                                                      Dólares EUA

CERTIFICADO
CAPITAL BANK, INC.

Capitalbank                                           Balboas or
                                                      U.S Dollars

Panamá, Rep. de Panamá

Memo

⑈0001⑈5908⑈ 0 220 2000353⑈000005⑈

capitalbank.com.pa

FNK 7782 0379

COLON, 14 DE OCTUBRE DEL 2010.


SEÑORES
PANAMA PORT COMPANY
COLON

ESTIMADO SEÑORES:

POR ESTE MEDIO LES SOLICITAMOS QUE RECIBAN EL SIGUIENTE

CONTENEDOR NO.          **SELLO**
SMLU.7848990            **017857**

EL MISMOS ARROJA UN TOTAL DE __23320__ KGS   DE HABER
DIFERENCIA EN EL PESO LA EMPRESA SE HACE RESPONSABLE.

AGRADECIENDO SU ATENCION A LA PRESENTE, SE DESPIDE DE USTED.

ATENTAMENTE,



ISRAEL GAZAL
GOLDI ELECTRONIC S.A.

FNK 7782 0380

Voc. Pn-.
Pac. Pn.
Ovone.          15/
Pnione Antiguado d.
      d.

= Sna. Eloidio !
        214-8719
        269-0922
        Sna. Indina. Arosma
* copia
* copia Republica

# SEABOARD MARINE

| Shipper/Exporter/Remitente | Booking Number |
|---|---|
| GOLDI ELECTRONIC S,A.<br>FRANCE FIELD,MANZANA 01A<br>ZONA LIBRE DE COLON<br>TEL. 441-7222/4461548/446-1549 | 2588244 |

| | Export reference / Referencias Exportacion |

| Consignee / Consignado a | Forwarding agent / Agente Embarcador |
|---|---|
| ELECTRODOMESTICOS EL CENTRO ZONALIBRE<br>PUNTO FIJO, VENEZUELA | |

| | Point and country of origin / Lugar y Pais de origen |

| Notify Party / Dirigir Notificacion de llegada a | Domestic routing export instructions / Ruta Domestica |
|---|---|
| LOS MISMOS | |

| Place of Receipt / Carga Recibida en | |

| Vessel name / Vapor | Voy No./ Viaje | Port of Loading / Puerto de Carga | Loading pier-terminal / Terminal de Embarque |
|---|---|---|---|
| HOHERIFF | V.09 | PTO. CRISTOBAL | |
| Port of Discharge / Puerto de Descarga | Place of Delivery / Entrega Final | Type of move / Tipo de Movimiento | |
| GUARANAO | VENEZUELA | | |

**PARTICULAR FURNISHED BY SHIPPER**

| Marks and Numbers<br>Marcas y Numeros | No. of pkgs.<br>No. de Bultos | Description of packages and goods<br>Contenido segun embarcador | Gross Weight<br>Lbs/Libras/Kilos | Measurement<br>Medidas |
|---|---|---|---|---|
| CONTENEDOR NO.<br>SMLU.7848990<br><br>SELLO NO.<br>17857 | 536 CTNS | CONTENEDOR DICE CONTENER:<br><br>AIRES ACONDICIONADOS<br><br><br>FREIGHT PREPAID 1 X 40HQ | 23320,00KGS | |

| Freight & Charge | Rate | Unit | Prepaid | Collect |
|---|---|---|---|---|
| | Total Prepaid | | | |
| Numer of Original B(s)/L | Total Collect | | | |
| Place of Issue | Date | | | |

FNK 7782 0382

By

Carrier: SEABOARD MARINE, LTD.

FNK 7782 0383

# DECLARACIÓN DE MOVIMIENTO COMERCIAL

No. YV = 147081

C O P I A

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

ENTRADA No. _____        [ ] SALIDA No. 12  [ ] 1108   [ ] TRASPASO

| | |
|---|---|
| CIA. IMPORTADORA | CLAVE |
| CIA. EXPORTADORA | CLAVE |
| COLON ELECTRONIC S.A. | |

| NUM DIA | NUM MES | NUM AÑO |
|---|---|---|
| 14 | 10 | 10 |

TELEFONO DE LA EMPRESA 441-7222

USO ESTADISTICO No. DE REGISTRO

| VUELO O BARCO | CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA | FACTURA COMERCIAL No. | EMPRESA TRANSPORTADORA |
|---|---|---|---|---|
| PANAMA | MARITIMO | 14-10-2010 | 0002 | LINDA |

PAIS DE ORIGEN O DESTINO: COLOMBIA 311
PUERTO DE ORIGEN O DESTINO: BUENAVENTURA
PUERTO DE TRASBORDO:

PUERTO DE ENTRADA
PUERTO DE SALIDA: CRISTOBAL 25

DESTINATARIO: ELECTRO GENERAL II
DIRECCION DEL DESTINATARIO: COLOMBIA

CODIGO DE PAIS
CODIGO DE PUERTO

EMBARCADOR
DIRECCION DEL EMBARCADOR

| REGISTROS | DESCRIPCION DEL ARTICULO | ARANCEL | TIPO DE EMBALAJE | UNIDADES | No. DE BULTOS | FRACCION | PESO BRUTO (7 KILOS) | VALOR EN BALBOAS |
|---|---|---|---|---|---|---|---|---|
| 841 BLT | LAVADORAS Y SUS PARTES | 84501290 | PCS | 214 | 2 | | 14,786.00 | 34,026.00 |
| 842 BLT | CONTIENE: | | | | | | 14,786.00 | |
| | | | | | | | | |

| | |
|---|---|
| TOTAL F.O.B. | 34,026.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 34,026.00 |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

COLON ELECTRONIC S.A.
Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial.

Inspector de Aduana

a Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

REPUBLICA DE PANAMA
ZONA LIBRE DE COLON

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. YY - 147082

C O P I

ENTRADA No. _____    SALIDA No. _____    TRASPASO

| DIA | MES | AÑO |
|-----|-----|-----|
| 14 | 10 | 10 |

CIA. IMPORTADORA

CIA. EXPORTADORA: COLON ELECTRONICS S.A.

CLAVE _____    SALIDA DE _____    CLAVE _____
TELEFONO DE LA EMPRESA: 441-7222
USO ESTADISTICO

VUELO O BARCO    CONOCIMIENTO DE EMBARQUE O GUIA: MARITIMO
CLAVE _____    ENTRADA A _____    CLAVE _____
NO. DE REGISTRO

PAIS DE ORIGEN O DESTINO: CHINA
FECHA DE FACTURA: 6847    FACTURA COMERCIAL No. 0010
EMPRESA TRANSPORTADORA: LINDA
CODIGO DE PAIS

PUERTO DE ORIGEN O DESTINO: COLOMBIA S.H.
PUERTO DE ENTRADA: 1412-0210
PUERTO DE SALIDA: CRISTOBAL SS

PUERTO DE TRASBORDO: STN NVO MUNICO
EMBARCADOR
DESTINATARIO: ELECTRO GENERAL SU
CODIGO DE PUERTO

DIRECCION DEL EMBARCADOR    DIRECCION DEL DESTINATARIO: COLOMBIA

| BULTOS | ARANCEL | DESCRIPCION DEL ARTICULO | UNIDADES | PCS | PESO BRUTO | VALOR EN B/. |
|--------|---------|--------------------------|----------|-----|------------|--------------|
| 214 BLTS | 84501290 | LAVADORAS Y SUS PARTES | 214 | PCS | 3 | 4,952.00 | 11,342.00 |
| 214 BLTS | | CONT. NO. CU 5356419 | | | | 4,952.00 | |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Premisas la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

COLON ELECTRONICS S.A.
Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 11,342.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 11,342.00 |

Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

ZONA
LIBRE DE
COLON

REPUBLICA
DE PANAMA

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. WY - 143693

C O P I A

| | DIA | MES | AÑO |
|---|---|---|---|
| | 13 | 10 | 10 |

ENTRADA No. _____

SALIDA No. 10

TRASPASO

| DIA | MES | AÑO |
|---|---|---|
| 13 | 10 | 10 |

IA. IMPORTADORA

A. EXPORTADORA
GOLDI ELECTRONIC S.A.

| SALIDA DE | | ENTRADA A | | CLAVE | | CLAVE |

JELO B BARCO
EL CARMEN

CONOCIMIENTO DE EMBARQUE O GUIA
MARITIMO

CLAVE
6647

FECHA DE FACTURA
12:10:2010

FACTURA COMERCIAL No.
0008

EMPRESA TRANSPORTADORA
LINDA

TELEFONO DE LA EMPRESA
441-1222

USO ESTADISTICO
No. DE REGISTRO

AIS DE ORIGEN O DESTINO
COLOMBIA 311

PUERTO DE ENTRADA

PUERTO DE SALIDA
CRISTOBAL

CODIGO DE PAIS

JERTO DE ORIGEN O DESTINO
PTO.NVG.MAICAO

EMBARCADOR

DESTINATARIO
ELECTRO GENEZI E.U.
COLOMBIA

JERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO

CODIGO DE PUERTO

| CANT | BULTOS | CLASE DE BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | UNIDAD DE EMPAQUE | PRECIO UNITARIO | VALOR FOB NACIONAL O EXTRANJERA | VALOR CIF O CONTABILIZADO |
|---|---|---|---|---|---|---|---|---|---|
| 344 | BLTS | LAVADORAS Y SUS PARTES | | 845.01.290 | PCS | 172 | 0 | 8,256.00 | 19,952.00 |
| 344 | BLTS | CONT TCNU 7280125 , TCNU 8098150 | | | | | | 8,256.00 | |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

| | |
|---|---|
| TOTAL F.O.B. | 19,952.00 |
| FLETE | 0.60 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF | 19,952.00 |

VENDEDOR
TD REF.
D REF.
40°
49°
YG

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o inspecto a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

GOLDI ELECTRONIC S.A.

Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

DECLARACION DE MOVIMIENTO COMERCIAL

No. YY = 143605

C O P I A

ENTRADA No. _____

☑ SALIDA No. 09

TRASPASO

| | |
|---|---|
| SERIE | GUIA | DIA | MES | AÑO |
| 13 | | 10 | 10 |

A. IMPORTADORA

| | CLAVE | SALIDA DE | | CLAVE |
|---|---|---|---|---|

1. EXPORTADORA: **GOLDIN ELECTRONIC S.A.**

| | CLAVE | ENTRADA A | | CLAVE |
|---|---|---|---|---|

USO ESTADISTICO
No. DE REGISTRO

RELO BARCO: **CLARA E**

CONOCIMIENTO DE EMBARQUE O GUIA: **MARITIMO**

FECHA DE FACTURA: **12-10-2010**

FACTURA COMERCIAL No. **0007**

EMPRESA TRANSPORTADORA: **LINEA**

CODIGO DE PAIS

AS DE ORIGEN O DESTINO: **COLOMBIA 311**

PUERTO DE ENTRADA

PUERTO DE SALIDA: **COLON PORT TERMINAL 23**

ENTO DE ORIGEN O DESTINO: **PTO. NVO. MAICAO**

EMBARCADOR

DESTINATARIO: **ELECTRO GEMEZI E.U.**

CODIGO DE PUERTO

ENTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO: **COLOMBIA**

| BULTOS CLASE | CANT. | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES PESO DE ENTRADA PESO DE SALIDA FRAC. | PRECIO UNITARIO | VALOR F.O.B. (ENTRADA) | VALOR (SALIDA) |
|---|---|---|---|---|---|---|---|
| 441 | BLTS | LAVADORAS Y SUS PARTES | 84501290 | PGS | 222 | 3 | 10,212.00 | 23,532.00 |
| 145 | BLTS | | | | | | | |
| | | CONT CAXU9660890 / MSCU9063062 | | | | 10,212.00 | | |
| | | | | | | | | |

OBSERVACIONES: Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

TOTAL F.O.B. | 23,532.00

FLETE | 0.00

SEGURO | 0.00

OTROS GASTOS | 0.00

**GOLDIN ELECTRONIC S.A.**

Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

TENDER REF. 03867

ración se reserva el derecho de rechazar todo formulario que no esté conforme a los ...

ZONA
LIBRE DE
COLON

REPUBLICA
DE PANAMA

**DECLARACION DE MOVIMIENTO COMERCIAL**

ENTRADA No. _____

No. VV - 143596

C O P I A

TRASPASO _____

SALIDA No. _____

| | |
|---|---|
| IMPORTADORA | |
| EXPORTADORA GOLDI ELECTRONIC S.A | CLAVE 6347 |
| CLAVE | FECHA DE FACTURA 11-10-2010 |
| SALIDA DE | ENTRADA A |
| FACTURA COMERCIAL No. 0005 | |

CONOCIMIENTO DE EMBARQUE O GUIA
NTREPIDE    MARITIMO

DE ORIGEN O DESTINO
COLOMBIA 311

PTO. DE ORIGEN O DESTINO
PTO. NVO. MAICAO

PTO. DE TRASBORDO

PUERTO DE ENTRADA

EMBARCADOR

DIRECCION DEL EMBARCADOR

EMPRESA TRANSPORTADORA
LINDA

PUERTO DE SALIDA
CRISTOBAL 25

DESTINATARIO
ELECTRO GENEZI E.U.

DIRECCION DEL DESTINATARIO
COLOMBIA

CLAVE

CLAVE

USO ESTADISTICO
No. DE REGISTRO

CODIGO DE PAIS

CODIGO DE PUERTO

TELEFONO DE LA EMPRESA
441-7262

| DIA | MES | AÑO |
|---|---|---|
| 11 | 10 | 10 |

| BULTOS | | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | EMPAQUE | PRECIO | TOTAL DE LA VENTA |
|---|---|---|---|---|---|---|---|
| 144 | BLTS | AIRES ACONDICIONADOS | 84151090 | PCS | 220 | 0 | 47,960.00 |
| 115 | BLTS | CONT.TGHU8364665 | | | | 12,860.00 | 12,860.00 |
| | | | | | | | |

OBSERVACIONES: Todos aquellas salidas de confecciones dirigidas a los EE.UU., deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma, puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

GOLDI ELECTRONIC S.A.

Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 47,960.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |

**ZONA LIBRE DE COLON**

**REPUBLICA DE PANAMA**

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. YW = 149568

COPI

ENTRADA No. _____   SALIDA No. _____   TRASPASO _____

SALIDA DE 94 05

| | | |
|---|---|---|
| CIA. IMPORTADORA | CLAVE | |
| CIA. EXPORTADORA GOLDI ELECTRONIC S.A. | CLAVE 6647 | USO ESTADISTICO No. DE REGISTRO |
| VUELO O BARCO MARITIMO | CONOCIMIENTO DE EMBARQUE O GUIA | FECHA DE FACTURA 07.10.2010 | FACTURA COMERCIAL No. 0004 | EMPRESA TRANSPORTADORA LINDA |
| PAIS DE ORIGEN O DESTINO COLOMBIA 311 | PUERTO DE ENTRADA | | PUERTO DE SALIDA CRISTOBAL 25 | CODIGO DE PAIS |
| PUERTO DE ORIGEN O DESTINO PTO NVO MAICAO | EMBARCADOR | | DESTINATARIO ELECTRO GENEZI | CODIGO DE PUERTO |
| PUERTO DE TRASBORDO | DIRECCION DEL EMBARCADOR | | DIRECCION DEL DESTINATARIO COLOMBIA |

TELEFONO DE LA EMPRESA 441-7-222

| DIA | MES | AÑO |
|---|---|---|
| 06 | 10 | 11 |

| BULTOS CLASE | CANTIDAD | DESCRIPCION DE LOS ARTICULOS | ARANCEL | UNIDADES | PRECIO | | PESO BRUTO (KILOS) | VALOR (EN B/.) |
|---|---|---|---|---|---|---|---|---|
| BLTS | 1240 | AIRES ACONDICIONADOS | 84151029 | PCS | 0 | 310 | 22,540.00 | 93,000.00 |
| BLTS | 1240 | | | | | | 22,540.00 | |
| | | CONT. CRXU9294136 CRXU9026765 | | | | | | |
| | | GOLDI ELECTRONIC S.A. | | | | | | |

CONTENEDOR / Comprador / Vendedor

| | |
|---|---|
| CONTENEDOR | |
| 20' R/F | |
| 20' | |
| 40' | |
| HQ | |
| FROZEN | |

10.92 0309

**OBSERVACIONES:** Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

**Declaración Jurada:** Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Funcionario autorizado por el Movimiento Comercial

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 93,000.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | |

a Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

ZONA
LIBRE DE
COLON

REPUBLICA
DE PANAMA

**DECLARACION DE MOVIMIENTO COMERCIAL**

No. YY = 085008

C O P I
28    09    1C
TELEFONO DE LA EMPRESA
441-7222

| CAL. IMPORTADORA | ENTRADA No. | | ☐ X SALIDA DE | | 07 | ☐ TRASPASO | |

CAL. EXPORTADORA

GOLD ELECTRONIC S.A.

VUELO O BARCO
4) EDY CARIBE ) CIMBER

| CLAVE | SALIDA DE | | | CLAVE |
| | | | | USO ESTADISTICO |
| | | | | No. DE REGISTRO |

PAIS DE ORIGEN O DESTINO          CONOCIMIENTO DE EMBARQUE O GUIA
COLOMBIA 311                      MARITIMO

PTO. DE ORIGEN O DESTINO
PTO. BYO BAHIA PORTETE

PAIS DE TRASBORDO

| CLAVE | FECHA DE FACTURA | FACTURA COMERCIAL No. |
| 86.47 | 28/09/2010 | 0002 |

PUERTO DE ENTRADA                 EMPRESA TRANSPORTADORA

| | | ENTRADA A | | PUERTO DE SALIDA colon Contenedor |
| | | | | 1 INDA |
| | | | | ( CRISTOBAL 25) |

EMBARCADOR                        DESTINATARIO
                                  ELECTRO GENEZI S.A.

DIRECCION DEL EMBARCADOR          DIRECCION DEL DESTINATARIO
                                  COLOMBIA

CODIGO DE PUERTO

| CONTENEDOR / PRECINTO | BULTOS | CLASE | DESCRIPCION DE LA MERCANCIA | UNIDADES | | PESO NETO | TOTAL F.O.B. |
|---|---|---|---|---|---|---|---|
| | 834 | BLTS | LAVADORAS Y SUS PARTES | PCS | 278 | 0 | 14,178.00 |
| | 834 | BLTS | | | | | 14,178.00 |
| CONT. ZCSU8482737 ZCSU7018866 ZCSU8997481 | | | | | | | |

**OBSERVACIONES:** Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Permitase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exáctos y verdaderos.

GOLD ELECTRONIC S.A.

Comprador / Vendedor

Inspector de Aduana

| | TOTAL F.O.B. | 52,542.00 |
| | FLETE | 0.0 |
| | SEGURO | 0.0 |
| | OTROS GASTOS | 0.0 |
| | TOTAL CIF B/. | 52,542.0 |

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

| CONTENEDOR | |
| CANT. | PIE |
| 41 | 20' |
| 42 | 20' |
| HQ | |
| 1 | FROZEN |

# DECLARACION DE MOVIMIENTO COMERCIAL

No. YY - 085009

**C O P I A**

ZONA LIBRE DE COLON

REPUBLICA DE PANAMA

ENTRADA No. _____   SALIDA No. _____   TRASPASO _____

| | | |
|---|---|---|
| ENTRADA DIA MES AÑO | 28 | 09 | 10 |

TELEFONO DE LA EMPRESA 441-7222
USO ESTADISTICO
No. DE REGISTRO

**CIA. IMPORTADORA**

**CIA. EXPORTADORA**
GOLDI ELECTRONIC S.A

CLAVE **6647**

CLAVE

VUELO O BARCO
MARITIMO

CONOCIMIENTO DE EMBARQUE O GUIA
BORELI

FECHA DE FACTURA
28/09/2010

FACTURA COMERCIAL No.
001

EMPRESA TRANSPORTADORA

CODIGO DE PAIS

PAIS DE ORIGEN O DESTINO
COLOMBIA 311

PUERTO DE ENTRADA

SALIDA DE

PUERTO DE SALIDA
CRISTOBAL 25

DESTINATARIO
ELECTRO GENEZI.S.A

CODIGO DEL PUERTO

PUERTO DE ORIGEN O DESTINO
PTO.AVC.BAHIA PORTETE

EMBARCADOR

PUERTO DE TRASBORDO

DIRECCION DEL EMBARCADOR

DIRECCION DEL DESTINATARIO
COLOMBIA

| CANTIDAD BULTOS | CLASE DE BULTOS | DESCRIPCION DE LOS ARTICULOS | MARCAS Y NUMEROS | No. ARANCEL | PCS | PESO BRUTO K/B | VALOR F.O.B. |
|---|---|---|---|---|---|---|---|
| 834 | BLTS | LAVADORAS Y SUS PARTES | | 84501290 | 276 | 8 | 14,178.00 |
| 534 | BLTS | | cont.zcsu8342205 | | | | 14,178.00 |
| | | | fscu5834714 | | | | |
| | | | zcsu6929039 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| TOTAL F.O.B. | 52,543.00 |
| FLETE | 0.00 |
| SEGURO | 0.00 |
| OTROS GASTOS | 0.00 |
| TOTAL CIF B/. | 52,542.00 |

OBSERVACIONES: Todas aquellas salidas de confeciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

Declaración Jurada: Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Permítase la entrada, salida o traspaso a la mercancía declarada en este documento.

Certifico que la mercancía declarada en este documento fue rechazada, entregada o traspasada conforme.

| INTENDENDOR | |
|---|---|
| INT. | |
| REF. | |
| 26° | |
| 40° | |
| HO | |
| i #028H | |

GOLDI ELECTRONIC S.A

Comprador / Vendedor

Funcionario autorizado por el Movimiento Comercial.

Inspector de Aduana

la Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

ZONA
LIBRE DE
COLON

REPUBLICA
DE PANAMA

**DECLARACION -DE° MOVIMIENTO COMERCIAL**

No. [_____]

C O P I

ENTRADA No. [_____]   SALIDA No. 03   SALIDA DE   TRASPASO

CIA. IMPORTADORA

CLAVE

USO ESTADISTICO
No. DE REGISTRO

TELEFONO DE LA EMPRESA
441-1222

CIA. EXPORTADORA
GOLDI ELECTRONIC

CONDOCIMIENTO DE EMBARQUE O GUIA   CLAVE   FECHA DE FACTURA   FACTURA COMERCIAL No.   ENTRADA A

CLAVE

CLAVE

CODIGO DE PAIS

VUELO O BARCO
INTREPIDE

MARITIMO   8647   07-10-2010   5003   EMPRESA TRANSPORTADORA
LINDA

PAIS DE ORIGEN O DESTINO
COLOMBIA 311

PUERTO DE ENTRADA   PUERTO DE SALIDA
CRISTOBAL 25

CODIGO DE PUERTO

PUERTO DE ORIGEN O DESTINO
PTO. NVO. MAICAO

EMBARCADOR   DESTINATARIO
ELECTRO GENEZI S.A.

DIRECCION DEL EMBARCADOR   DIRECCION DEL DESTINATARIO
COLOMBIA

PUERTO DE TRASBORDO

| BULTOS | DESCRIPCION DEL ARTICULO | ARANCEL | UNIDADES | TIPO | FRACCION | PESO BRUTO KILOS | VALOR EMPRESA |
|---|---|---|---|---|---|---|---|
| 534  BLTS | AIRES ACONDICIONADOS | 64151090 | 0 | PCS | 257 | 23,320.00 | 86,760.00 |
| 534  BLTS | | | | | | 23,320.00 | |
| | CONT. CHIU0827I392 | | | | | | |
| | TRLU68693344 | | | | | | |
| | GOLDI ELECTRONIC | | | | | | |

CONTENEDOR
CART. REF.
20
47
H0
FR0254

**OBSERVACIONES:** Todas aquellas salidas de confecciones dirigidas a los EE.UU. deberán presentar el certificado del país de origen de la misma.

**Declaración Jurada:** Queda garantizado bajo la gravedad del juramento, con la firma puesta al pie de este documento, que estos datos son exactos y verdaderos.

Comprador / Vendedor

Permítase la entrada, salida, o traspaso a la mercancía declarada en este documento.

Funcionario autorizado por el Movimiento Comercial.

Certifico que la mercancía declarada en este documento fue recibida, entregada o traspasada conforme.

Inspector de Aduana

| | |
|---|---|
| TOTAL F.O.B. | 86,760.00 |
| FLETE | 0.0 |
| SEGURO | 0.0 |
| OTROS GASTOS | 0.0 |
| TOTAL CIF B/. | |

La Administración se reserva el derecho de rechazar todo formulario que no esté conforme a los trámites establecidos.

Exhibit 15

 Ferrari & Associates, P.C.

1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004
Tel. 202-280-6370
Fax. 877-448-4885

April 24, 2017

SENT VIA EMAIL AND FEDERAL EXPRESS: # 8107 0728 0032

Mark Samara
Assistant Director
Crime/Narcotics & Western Hemisphere Division
Office of Global Targeting
Office of Foreign Assets Control
United States Department of the Treasury
Treasury Annex
1500 Pennsylvania Ave., NW
Washington, D.C. 20220

Re:   **SDN Reconsideration Petition Supplement—Section 805 of the Foreign Narcotics
      Kingpin Designation Act, 21 U.S.C. § 1903(b)**
      *Ayman Saied Joumaa – FNK-7782*

Dear Mr. Samara:

On January 26, 2011, the United States Department of the Treasury's Office of Foreign Assets Control (OFAC) designated Ayman Saied Joumaa ("Respondent") as a specially designated narcotics trafficker ("SDNTK") pursuant to the Foreign Narcotics Kingpin Designation Act ("Kingpin Act"), 21 U.S.C. § 1901 *et. seq.*, for allegedly playing a significant role in international narcotics trafficking. On May 18, 2016, Respondent, acting by and through undersigned counsel, filed a formal request for reconsideration of his Kingpin Act designation. That reconsideration case has been assigned Case ID FNK-7782.

On July 27, 2016, OFAC sent undersigned counsel a questionnaire seeking information and/or documents responsive to a series of questions relevant to OFAC's consideration of Respondent's reconsideration request. On October 25, 2016, Respondent, acting by and through undersigned counsel, submitted responses to those inquiries, including a legal analysis of the case and additional considerations as to why Respondent's designation should be rescinded. In that submission, Respondent noted that—due to the broad scope of OFAC's questions and the persistent difficulties Respondent has faced recovering documents relevant to his case—he would be submitting a supplemental response containing additional information and documents relevant to OFAC's consideration of Respondent's reconsideration request and OFAC's July 27,

2016 Questionnaire. Respondent respectfully requests that OFAC treat this instant submission as a supplemental response to that questionnaire.[1]

I.   **Additional Responses to OFAC's July 27, 2016 Questionnaire**

2.   Relationship with SDNT and Other Individuals and Groups. Please describe the type of relationship, including but not limited to financial and business relationship(s), you currently have or previously had with the following individuals? If you have ended your relationship with any of the individuals listed below, please explain?

b.   Hassan Ayash (a.k.a. Mahmoud Hassan Ayache)

RESPONSE: In Respondent's prior submission, he noted that New Line Exchange Trust Co. had engaged in certain dealings with the Hassan Ayash Exchange Company, which was operated by Hassan Ayash. These transactions involved common dealings between the two exchange companies—i.e., the purchase and sale of currencies, including U.S. dollars. Respondent herein provides records detailing these transactions between the Hassan Ayash Exchange Company and the New Line Exchange Trust Co.[2] Should additional documents become available, Respondent will forward those records to OFAC as well.

Moreover, Respondent notes that his relationship with Hassan Ayash and the Hassan Ayash Exchange Company predated the formation of New Line Exchange Trust Co. Prior to New Line Exchange Trust Co., Respondent was engaged in the business of foreign currency exchange, including with Hassan Ayash and the Hassan Ayash Exchange Company. Respondent's relationship with Hassan Ayash began in or around 2005 and continued up until his designation in 2011. This relationship involved the sale and purchase of currencies—e.g., a customer would seek the purchase of Colombian pesos; the customer would send U.S. dollars for such purchase through the Hassan Ayash Exchange Company; Respondent would then provide the customer the equivalent amount in Colombian pesos. However, Respondent dealt with customers in bulk, so rarely would there be a single customer for which Respondent would provide

---

[1] Because this response contains business information and other information of a sensitive nature, undersigned counsel respectfully requests that OFAC treat this correspondence confidentially. If OFAC believes that it is required to release this document or any of the information contained within to the public pursuant to the Freedom

[2] Exhibit A-New Line Dealings with Hassan Ayash Exchange Company.

FNK 7782 0398

exchange services. Instead, Respondent would facilitate the exchange of currencies in bulk, often involving a host of (unknown) customers.

f.      Ismael Mohammed Youssef (a.k.a. Ismael Youssef Abdallah; a.k.a. Ismail Mohammad Youssef)

**RESPONSE:** Supplementing Respondent's prior submission, Respondent notes that Ismael Mohamad Youssef submitted a letter to the Governor of the Central Bank of Lebanon and Head of the Special Investigation Commission, dated August 17, 2016, stating that he had resigned his formal role in New Line Exchange Trust Co. as President of the Board of Directors and had waived any right, economic or otherwise, in New Line Exchange Trust Co.[3]

g.      Ziad Mohamad Youssef

**RESPONSE:** Supplementing Respondent's prior submission, Respondent notes that Ziad Mohamad Youssef submitted a letter to the Governor of the Central Bank of Lebanon and Head of the Special Investigation Commission, dated August 17, 2016, stating that he had resigned his formal role in New Line Exchange Trust Co. as President of the Board of Directors and had waived any right, economic or otherwise, in New Line Exchange Trust Co.[4]

ff.      Victor Gabriel Mejia Alzate

**RESPONSE:** Respondent has known Victor Gabriel Mejia Alzate since he was a child, but has never been involved in a business relationship with him.

gg.      Juan Carlos Mejia Alzate

**RESPONSE:** Respondent has known Juan Carlos Mejia Alzate since he was a child, but has never been involved in a business relationship with him.

hh.      Andres Camilo Mejia Alzate

---

[3] Exhibit B – Ismael Mohamad Youssef Letter to Central Bank of Lebanon.
[4] Exhibit C – Ziad Mohamad Youssef Letter to Central Bank of Lebanon.

FNK 7782 0399

**RESPONSE**: Respondent has known Andres Camilo Mejia Alzate since he was a child, but has never been involved in a business relationship with him.

3.   Relationship with SDNT Entities. Please describe the nature or title of each position, financial interest, or any other relationship you currently hold or previously had with the list of entities specified below, and any other companies owned, controlled or directed by or affiliated with SDNTs, or any other companies or individuals on the list of Specially Designated Nationals and Blocked Persons (SDN List). A copy of the current SDN list can be found on OFAC's website at: http://www.treasury.gov/resource-center/sanctions/SDN List/Pages/default.aspx.

    a.   Agrophen

**RESPONSE**: Respondent does not have a relationship, business or otherwise, with Agrophen. Respondent is not aware of any entity named Agrophen.

    d.   Comercial Planeta

**RESPONSE**: Respondent is aware that Comercial Planeta was owned and operated by Ismael Mohammed Youssef. Respondent has never engaged in a relationship, business or otherwise, with Comercial Planeta. Respondent's understanding is that Comercial Planeta shut down its operations and dissolved itself as an entity.

    k.   Goldi Electronics SA

**RESPONSE**: Respondent is attaching to this submission additional documents relating to Goldi Electronics. These include an August 9, 2016 Certificate of Shareholders and Officers;[5] a letter from the Office of the Secretary General of Administration for the Colon Free Zone certifying that Goldi Electronics' Operating Permit Contract has been rescinded as of April 19, 2010;[6] the minutes of a Goldi Electronics board meeting dated

---

[5] Exhibit D – Goldi Electronics Certificate of Shareholders and Officers. Goldi Electronics has requested and been granted a rescission of its operational permit in Panama's Colon Free Zone.

[6] Exhibit E – Goldi Electronics Certification of Rescission of Operating Permit Contract

FNK 7782 0400

September 27, 2010;[7] and additional invoices from Goldi Electronics to Electro Genezi E.U.[8] Respondent will provide additional records should they become available at a later date.

l.      Hassan Ayash Exchange Company

**RESPONSE:** As discussed above, New Line Exchange Trust Co. engaged in certain dealings with the Hassan Ayash Exchange Company. Such dealings involved common transactions between two exchange companies—i.e., the purchase and sale of currencies, including U.S. dollars. As part of this instant submission, Respondent has produced a selection of records detailing transactions between the Hassan Ayash Exchange Company and the New Line Exchange Trust Co.[9] If additional documents become available, Respondent will forward those to OFAC as well.

Moreover, Respondent notes that his relationship with the Hassan Ayash Exchange Company predated the formation of New Line Exchange Trust Co. Prior to New Line Exchange Trust Co., Respondent was engaged in the business of foreign currency exchange, including with the Hassan Ayash Exchange Company. Respondent's relationship with the Hassan Ayash Exchange Company began in or around 2005 and continued up until his designation in 2011. This relationship involved the sale and purchase of currencies—e.g., a customer would seek the purchase of Colombian pesos; the customer would send U.S. dollars for such purchase through the Hassan Ayash Exchange Company; and then Respondent would provide the customer the equivalent amount in Colombian pesos. However, Respondent dealt with customers in bulk, so rarely would there be a single customer for which Respondent would provide exchange services. Instead, Respondent would facilitate the exchange of currencies in bulk, often involving a host of (unknown) customers.

m.      New Line Exchange Trust Co.

**RESPONSE:** On January 16, 2008, by means of letter, Ziad Mohamad Youssef, Ismail Mohamad Youssef, and Ziad Fawzi Hbeich established an

---

[7] Exhibit F – Goldi Electronics September 27, 2010 Board Meeting Notes
[8] Exhibit G – Goldi Electronics Invoices to Electro Genezi E.U.
[9] Exhibit H – New Line Dealings with Hassan Ayash Exchange Company.

FNK 7782 0401

exchange company, New Line Exchange Trust Co., at the behest of Respondent.[10]  On April 16, 2008, the Central Bank of Lebanon's Central Council adopted Resolution No. 29/10/08, which authorized the establishment of New Line Exchange Trust Co. with initial capital totaling 250 million LBP.[11]

Soon thereafter, on May 7, 2008, New Line Exchange Trust Co. was registered at the Commercial Register in Beirut pursuant to the Lebanese Commercial Code.[12]  On May 15, 2008, New Line Exchange Trust Co. published a letter in the Commercial Registry noting that the company was established and would be engaged in the purchase and sale of foreign currencies.[13]

New Line Exchange Trust Co. engaged in the types of activities that foreign exchange companies typically engage in.  Specifically, New Line Exchange Trust Co. provided currency exchange and international payment services to foreign entities.[14]  For example, New Line Exchange Trust Co. traded in a host of different currencies with other Lebanese exchange houses, including, but not limited to, the Hassan Ayash Exchange Co. and Mecattaf Exchange Co.  Respondent is herein providing sample sales contracts, purchase invoices, and payment orders with these exchange houses.[15]  Undersigned counsel will supplement this filing as additional documents are discovered.

Similarly, New Line Exchange Trust Co. provided international payment services to foreign companies engaged in trade-related dealings with each other.  For instance, New Line Exchange Trust Co. would work with a foreign client to effectuate the transfer of funds for the purchase and sale of goods to another foreign client based in a third-country.  Respondent is herein providing payment orders evidencing New Line Exchange Trust

---

[10] Respondent was unable to include his own name as founder to New Line Exchange Trust Co. due to the refusal of the Central Bank of Lebanon. This issue is discussed in further detail below.

[11] Exhibit I – Central Bank of Lebanon Letter Authorizing New Line Exchange Trust Co. Shares in the company were divided between Ziad Mohamad Youssef (40%), Zaid Fawzi Hbeich (30%), and Ismail Mohamad Youssef (30%). See Exhibit J – New Line Exchange Trust Co. Shareholder Registry.

[12] Exhibit K – New Line Exchange Trust Co. Registration Certificate.

[13] Exhibit L – New Line Exchange Trust Co. Notice in Commercial Circular.

[14] Exhibit M – New Line Exchange Trust Co. Currency Exchange Transactions; Exhibit N – New Line Exchange Trust Co. International Payment Transactions.

[15] Exhibit M – New Line Exchange Trust Co. Currency Exchange Transactions.

FNK 7782 0402

Co.'s transactional history in this regard.[16]  As additional documents are discovered, undersigned counsel will supplement this filing.

New Line Exchange Trust Co. worked with a host of foreign companies, including, but not limited to, Goldi Electronics.  In this role, New Line Exchange Trust Co. would facilitate the purchase and sale of air conditioners between Goldi Electronics and Chinese manufacturers of the air conditioners.  Respondent is attaching as exhibits transactional records evidencing New Line Exchange Trust Co.'s facilitation of and involvement in Goldi Electronics' international trades.

New Line Exchange Trust Co. was not a profitable enterprise.  Following speculation in foreign currencies in or around 2008, New Line Exchange Trust Co. endured significant losses to its business.  On December 15, 2008, the Banking Control Commission ("BCC") of the Central Bank of Lebanon sent a letter to New Line Exchange Trust Co., noting that New Line Exchange Trust Co. had endured significant losses amounting to LBP 6 billion "as a result of the purchase and sale of foreign currencies" and requesting New Line Exchange Trust Co. refrain from certain conduct that could accelerate those losses.[17]  On April 16, 2009, New Line Exchange Trust Co. held an in-person meeting with BCC during which time the BCC reiterated its request for New Line Exchange Trust Co. to refrain from certain conduct that could create risk of further losses.[18]  The following month, the Central Council for the Central Bank of Lebanon approved New Line Exchange Trust Co.'s plan to increase its capital, awarding New Line Exchange Trust Co. a six-month period to do so.[19]

On June 17, 2009, the BCC assigned two of its controllers to conduct a study on the financial situation of New Line Exchange Trust Co.[20]  Respondent is attaching as an exhibit a copy of the final report from this study.[21]  In this report, the BCC—while confirming that New Line Exchange Trust Co.'s activities were "restricted to money exchange"—noted that up until June 30, 2008, New Line Exchange Trust Co. engaged in a profitable business involving the purchase and sale of foreign currencies with clients (mainly, the purchase and sale of the Euro against

---

[16] Exhibit N – New Line Exchange Trust Co. International Payment Transactions.

[17] Exhibit O – December 15, 2008 Banking Control Commission Letter to New Line Exchange Trust Co.

[18] Exhibit P – April 16, 2009 Banking Control Commission Letter to New Line Exchange Trust Co.

[19] Exhibit Q – May 11, 2009 Central Council Letter to New Line Exchange Trust Co.

[20] Exhibit R – June 17, 2009 Banking Control Commission Letter to New Line Exchange Trust Co.

[21] Exhibit S – BCC Report on New Line Exchange Trust Co.

FNK 7782 0403

the U.S. dollar).  However, starting in or around June 2008, New Line Exchange Trust Co. engaged in currency speculation that resulted in significant losses.  These losses prompted New Line Exchange Trust Co. to cease these latter operations.  To avoid a recurrence of this situation, the BCC recommended that New Line Exchange Trust Co. apply for and acquire insurance against such loss.

More relevant for purposes herein, the BCC report stated that New Line Exchange Trust Co. "appear[s] to comply with Lebanon's money laundering laws," as those laws were promulgated at the time.  The BCC report's authors had access to the books of New Line Exchange Trust Co., including, but not limited to, New Line's balance sheets, profit and loss accounts, asset and amortization statements, etc.  Such evidence should demonstrate to OFAC that New Line Exchange Trust Co. conducted itself in compliance with relevant laws.

On May 11, 2010, by letter, New Line Exchange Trust Co. sought to assign 290 of the 300 shares owned by Zaid Fawzi Hbeich to Ayman Saied Joumaa.  New Line Exchange Trust Co. sought to assign the majority of its shares to Respondent because New Line Exchange Trust Co. was under his effective control.  The Central Bank of Lebanon, responding by letter dated August 9, 2010, denied the assignment of such shares to Mr. Joumaa.[22]  The reason for the denial involved an outstanding problem with a cashier's cheque totaling 100,000 U.S. dollars.[23]

Following Respondent's designation as a significant foreign narcotics trafficker, which involved OFAC derivatively designating New Line Exchange Trust Co. for being owned or controlled by Respondent, the Central Bank of Lebanon deleted New Line Exchange Trust Co. from the List of Money Exchange Companies on August 26, 2011.[24]  The Central Bank of Lebanon's action also followed a shareholder meeting of New

---

[22] Exhibit T — Central Bank of Lebanon Letter Denying Assignment of Shares to Joumaa.

[23] Robert Andre Elias needed to settle an outstanding debt owed to Respondent.  In doing so, Mr. Elias purchased a cashier's cheque issued by Hussein Mokbel from the Bank of Beirut & the Arab Countries—Saida Branch. Respondent deposited this cashier's cheque into his bank account at Byblos Bank.  Soon thereafter, Lebanese authorities froze the value of the cheque on the grounds that it allegedly resulted from funds stolen in Dubai.  As a result, Respondent was unable to obtain a license to establish New Line Exchange Trust Co., so instead provided the requisite capital for his cousins—Ziad Mohamad Youssef and Ismael Mohamad Youssef—to do so.

[24] Exhibit U — Central Bank of Lebanon Resolution Regarding New Line Exchange Trust Co.

FNK 7782 0404

Line Exchange Trust Co., in which it was decided that New Line Exchange Trust Co. should be dissolved and liquidated.[25]

Since this time, New Line Exchange Trust Co. has not engaged in any operations of any nature whatsoever. New Line Exchange Trust Co. has yet to be dissolved and liquidated, however, for reasons involving the blocking of its assets held at Societe Generale de Banque au Liban S.A.L. Respondent attaches as an exhibit notice that New Line Exchange Trust Co. cannot be dissolved and liquidated so long as its assets remain blocked at the above-cited bank.[26]

r.     Zona Libre International Market SA

**RESPONSE:** In a previous response, Respondent noted that Zona Libre International Market SA never became truly operational, and the company was merged into Goldi Electronics. Respondent is herein attaching as an exhibit the records evidencing this merger of Monte Grande Internacional SA and Zona Libre International Market SA into Goldi Electronics.[27]

s.     Bodega Michigan

**RESPONSE:** In Respondent's previous submission, he stated that he had a business relationship with Abbas Hussein Harb—the owner and operator of Bodega Michigan. This relationship involved Respondent's sale of U.S. dollars to Mr. Harb. Respondent supplements those initial responses, noting that he had a limited relationship with Mr. Harb, who was not a permanent client, for the sale of U.S. dollars in exchange for the Colombian peso and Venezuelan bolivar. Mr. Harb did not deal solely with Respondent, but rather would deal with a host of foreign currency exchangers (i.e., whoever offered him the best price for the purchase of U.S. dollars). Respondent does not have records evidencing these transactions, as no records were kept at the time.

v.     Lebanese Canadian Bank SAL

---

[25] Exhibit V – New Line Exchange Trust Co. August 19, 2011 Shareholder Meeting Minutes.

[26] Exhibit W – Respondent's November 26, 2015 Commitment to Notary Public in Beirut.

[27] Exhibit X – Merger of Goldi Electronics & Zona Libre International Market SA.

FNK 7782 0405

**RESPONSE:** Respondent will supplement this response once additional information relating to New Line Exchange Trust Co.'s account at Lebanese Canadian Bank becomes available.

5. <u>U.S. Accounts and Assets.</u> Please detail any interest you currently hold in any financial accounts or real property in the United States, including names and addresses of financial institutions, types of accounts, and account numbers.

**RESPONSE:** Respondent does not have any accounts or properties located in the United States. However, Respondent does hold an interest in funds blocked in the United States. Specifically, Wells Fargo Bank, N.A. blocked two wire transfers involving an interest of Goldi Electronics. Both wire transfers were dated February 3, 2011 and involved amounts of $169,491.25 and $167,097.25, respectively. Together, these blocked funds total approximately $340,000.00. Respondent is herein attaching as exhibits documents evidencing these funds transfers.[28]

7. <u>Legal Proceedings.</u> Have you ever been, or are you currently the subject of any legal proceedings (including but not limited to civil and criminal investigations, indictments, arrests, warrants for arrests, or convictions) in any jurisdiction worldwide, including Colombia, Panama, Lebanon, and the United States? If so, please describe these legal proceedings and/or provide any supporting official documentation?

**RESPONSE:** On February 1, 2017, a panel of judges in Beirut affirmed the decision of February 15, 2016, in which a Lebanese court ruled that there was a lack of evidence to support the indictment and prosecution of Ayman Saied Joumaa for the crime of money laundering.[29] Following an extensive review of the evidence presented in the case, as well as the findings of the Special Investigation Commission at the Central Bank of Lebanon, the panel of judges found that bank accounts held by Ayman Saied Joumaa and his brothers in Lebanon since 1998 did not evidence transfers to and from abroad, but rather that the majority of deposits made into such individual accounts involved security bonds denominated in Lebanese pounds. The panel did not find anything unusual about deposits and withdrawals made into such bank accounts. Regarding one particular transaction—in which 18 check deposits totaling $5.3 million U.S. dollars

---

[28] Exhibit Y – SWIFT Message Payment Block.
[29] Exhibit Z – February 1, 2017 Lebanon Panel Ruling Re: Money Laundering.

FNK 7782 0406

were made into the bank accounts of Ayman Saied Joumaa and Mohamad Said Joumaa and originated from the Hassan Ayash Exchange Co.—the panel discovered that the check deposits were on behalf of two clients, one of which was the Layal Company based in Chtoura, for the purchase of foreign currencies. The panel did not find evidence indicating anything unlawful or otherwise untoward about these check deposits. Indeed, the panel stated that cash deposits and withdrawals from these accounts between 2006-2011 were ordinary for the type of bank accounts.

Regarding New Line Exchange Trust Co., the panel indicated that New Line Exchange Trust Co. was engaged in the receipt of cash funds in U.S. dollars and euro from traders located in Venezuela and Ghana and the sale of such funds to Meccatef Exchange Co. and Hassan Ayash Exchange Co. These two exchange companies would transfer the equivalent value of funds to accounts held at Lebanese Canadian Bank in order to transfer funds abroad (e.g., to China) for the import of consumer goods. Funds were received from Venezuelan clients in U.S. dollars due to the traders taking advantage of the difference between the official and black market exchange rates between the U.S. dollar and the Venezuelan bolivar. In the panel's finding, the amount of goods purchased abroad by New Line Exchange Trust Co. totaled $17 million U.S. dollars—a far cry from the allegations contained in OFAC's press release stating that Respondent operates a money laundering network dealing in up to $200 million U.S. dollars per month. The panel of judges could find no evidence supporting OFAC's allegations and lamented the failure of the U.S. government to turn over evidence to Lebanese authorities that might be in its possession.

In sum, the panel could find no evidence to sustain the criminal indictment and prosecution of Ayman Joumaa for the crime of money laundering. As a result, Lebanese authorities were required to cease their prosecution of Ayman Joumaa for such alleged activities.

8.    Additional Information.  You may also provide any other information that could assist OFAC in the review of your request for reconsideration.

RESPONSE:  According to OFAC's designation notice, Respondent "coordinated the transportation, distribution, and sale of multi-ton shipments of cocaine from South America and has laundered the proceeds

FNK 7782 0407

from the sale of cocaine in Europe and the Middle East."[30]   Furthermore, Respondent "and his organization launder proceeds from their illicit activities—as much as $200 million per month—through various channels, including bulk cash smuggling operations and Lebanese exchange houses."[31]   Central to this laundering scheme, according to OFAC's allegations, was a used-car operation, under which, as the NEW YORK TIMES reported, "[c]ars bought in the United States were sold in Africa, with cash proceeds flown into Beirut and deposited into three money-exchange houses, one owned by [Respondent's] family and another down the street from his hotel."[32]   Respondent is alleged to have overseen this operation.   OFAC's unclassified summary of otherwise privileged information iterates that "[t]he export of vehicles from the United States to West Africa was a method used by the Joumaa drug trafficking and money laundering organization to launder drug proceeds."

Perhaps most interesting, however, is that this laundering scheme seems to have outlived Respondent and those alleged to be involved in his network. As the WALL STREET JOURNAL reported on December 16, 2016, "current and former U.S. officials say that the Hezbollah used-car network, which helps fund its global operations, is still alive."[33]   Indeed, the WSJ report indicates that, despite the designation of dozens of persons and entities believed to be involved in the used-car operation, the laundering scheme continues unabated.   As David Asher, a former U.S. State Department official is quoted in the WSJ report: "We're allowing a huge scheme to run right through the U.S. and we haven't been able to stop it despite considerable efforts.   This is all hiding in plain sight."

In undersigned counsel's view, the WSJ article should give OFAC pause. As undersigned counsel has made clear, Respondent has not been involved with foreign currency exchange transactions since at least in or around 2011 when he was placed on OFAC's Specially Designated Nationals and

---

[30] PRESS RELEASE, Treasury Targets Major Lebanese-Based Drug Trafficking and Money Laundering Network, U.S. Dep't of the Treasury, January 26, 2011, *available at* https://www.treasury.gov/press-center/press-releases/Pages/tg1035.aspx.

[31] *Id.*

[32] Jo Becker, Beirut Bank Seen as a Hub of Hezbollah's Financing, NEW YORK TIMES, Dec. 13, 2011, *available at* http://www.nytimes.com/2011/12/14/world/middleeast/beirut-bank-seen-as-a-hub-of-hezbollahs-financing.html.

[33] Christopher S. Stewart, Rob Barry, and Mark Maremont, The Travels of Mrs. Murray's Toyota Unveil Terror-Finance Network, WALL STREET JOURNAL, Dec. 16, 2016, *available at* https://www.wsj.com/articles/the-travels-of-mrs-murrays-toyota-unveils-terror-finance-network-1482163526.

FNK 7782 0408

Blocked Persons List ("SDN List"). Despite this, however, the laundering scheme for which Respondent is alleged to have coordinated and operated continues unabated to the present time. As a matter of logic then, there are two distinct possibilities: (1) Respondent was replaced by others following his OFAC designation; or (2) Respondent was, in fact, never a member of or otherwise involved with this laundering scheme in the first place. As such, in either scenario, Respondent would not be involved in any continuing narcotics trafficking activities.

The recent Wall Street Journal article, and the inference that can be drawn from its findings, compels OFAC to consider the facts as presented in this supplemental response. If it is the case that the laundering scheme remains in place, then OFAC need consider the validity of Respondent's continued designation. It is Respondent's contention that he has no role in coordinating or otherwise operating a drug trafficking and money-laundering network and has not been engaged in foreign currency exchange services for some time.

## II.   Conclusion

In light of the foregoing, Respondent reiterates his request that OFAC take steps to review the factual basis underlying his Kingpin Act designation. In undersigned counsel's view, that certain evidence upon which OFAC has relied in continuing to maintain Respondent's designation is clearly insufficient. Respondent urges OFAC to undertake a thorough reassessment of its evidence in light of these, and Respondent's previous responses. It is Respondent's view that fleshing out the underlying facts reveals that Respondent does not play any role in drug trafficking or laundering of proceeds from such trafficking. Moreover, even assuming *arguendo* that OFAC previously had sufficient evidence to designate Respondent, such evidence would be entirely historical, and pre-date his initial designation. For this reason alone, Respondent's continued designation lacks merit and should be immediately rescinded.

Respondent will submit additional information and documents as they become available. Working in tandem with undersigned counsel, Respondent continues to search for records and documents that may be relevant to the reconsideration of his designation. It is undersigned counsel's view, however, that the responses contained herein and in Respondent's previous submission(s) warrant OFAC's good-faith consideration as to whether the factual allegations underlying Respondent's designation can support that designation.

Please forward all correspondence concerning this matter to undersigned counsel's Washington, D.C. office:

13

Erich C. Ferrari
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004

      Thank you for your consideration, and Respondent looks forward to your response.

Sincerely,

Erich C. Ferrari

14

# EXHIBIT

# A

FNK 7782 0411

Privileged & Confidential
Joint Defense Information



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000 L.L.    L.N.B.C 679

## Purchase Invoice

No.   0008

Date :  24/06/2008

Customer : MR HASSAN AYASH

| Account | Name | Cur | Ref | Qty | Op | Rate | USD Amount | Value Date | Narration |
|---------|------|-----|-----|-----|-----|------|-----------|-----------|-----------|
| 33103001 | Cash Euro كاش | EUR | | 1,250,000.00 | * | 1.560000 | 1,950,000.00 | 24/06/2008 | شراء 1250000 يورو |
| | | | | | Total: | | 1,950,000.00 | | |

One Million Nine Hundred Fifty Thousand  USD Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---------------|-----------|--------------|------------|
| Wissamakhkan | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

H . A . E . C                           Debiting  A/C : 33910168/0/01
Hassan Ayash Exchange Co.     S A L E     NEW LINE EXCH.TRUST COMPA
Exchange List No. : 623
RAS - Beirut                    Doc. :  1750
Mne Cury Str.
Facing Bristol Hotel                     [ Page : 1/1 ]
T. : 01/751526.01/736819                 [Date : 25/06/08 Time: 10:07:35]
F. : 01/751527                           [Value: 25/06/08]Opr.: [MAN]

| Cr.A/Cs | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD ) |
|---------|---------------|----------|--------|------|--------------|
| 33910168 | NEW LINE EXCH.T | Euro | 1250,000.00 | 1.560000 | 1,950,000.00 |

U. Dollar. one million nine hundred fifty          Total ...      1,250,000.00
th.  sand only.                          16        Charges..  000693
                                                   N e t ...  FNK 778 1,950,000.00

Privileged & Confidential
Joint Defense Information

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.900 .L.    L.N.B.C 679

## PURCHASE INVOICE

No.  00009

Date :  26/06/2008

Customer : MR HASSAN AYASH

| Account | Name | Cur | Ref | Qty | Op | Rate | USD Amount | Value Date | Narration |
|---|---|---|---|---|---|---|---|---|---|
| 53103001 | Cash Euro | EUR | 1766 | 2,500,000.00 | * | 1.557500 | 3,893,750.00 | 26/06/2008 | شراء يورو نقدا 1.5575 |
| | | | | | | Total: | 3,893,750.00 | | |

Three Million Eight Hundred Ninety Three Thousand Seven Hundred Fifty  USD Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---|---|---|---|
| | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

H.A.E.C.                                          S A L E          Debiting A/C : 33910168/0/01
Hassan Ayash Exchange Co.                                       NEW LINE EXCH.TRUST COMPA
Exchange List No. : 623              Doc. : 1766
RAS - Beirut
Mne Cury Str.
F ing Bristol Hotel                   [ Page : 1/1 ]
T  : 01/751526.01/736819                              [Date : 26/06/08 Time: 10:16:26]
FAX : 01/751527                                       [Value: 26/06/08]Opr. : [MAN]

| Cr.A/Cs | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD) |
|---|---|---|---|---|---|
| 33910168 | NEW LINE EXCH.T | Euro | 2500,000.00 | 1.557500 | 3893,750.00 |

U. Dollar. three million eight hundred ninety        | Total ... | 3893,750.00
three thousand seven hundred fifty only.             | 000594    |
                                                     | Charges.. |
                                                     | N e t ... | FNK 7783893,750.00

Privileged & Confidential
Joint Defense Information



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000 L.L.    L.N.B.C 679

## Exchange Sales Contract

No.  0010

Date :   12/7/2008

Sold To : MR HASSAN AYASH

| Account | Name | Cur | Ref | USD Amount Sold | Op | Rate | Qty | Value Date | Narration |
|---------|------|-----|-----|-----------------|----|------|-----|------------|-----------|
| 41110047 | Mr Hassan Ayash Sweden | SKR | 4946 | 580.43 | * | 6.0300 | 3,500.00 | 12/07/2008 | SALE |
| 41110048 | Mr Hassan Ayash Denemark | DMK | 4946 | 978.95 | * | 4.7500 | 4,650.00 | 12/07/2008 | SALE |
| 41110049 | Mr Hassan Ayash Swiss | SWF | 4946 | 3,592.23 | * | 1.0300000 | 3,700.00 | 12/07/2003 | SALE |
| 41110050 | Mr Hassan Ayash Nowage | NKR | 4946 | 214.43 | * | 5.12990 | 1,100.00 | 12/07/2008 | SALE |
| 41110051 | Mr Hassan Ayash Kuwait | KUD | 4946 | 6,278.26 | / | 3.76000 | 1,669.75 | 12/07/2008 | SALE |
| 41110052 | Mr Hassan Ayash Saudi | SAR | 4946 | 18,981.09 | * | 3.7540 | 71,255.00 | 12/07/2008 | SALE |
| 41110053 | Mr Hassan Ayash Emirates | DRI | 4946 | 11,935.36 | * | 3.67647 | 43,879.99 | 12/07/2008 | SALE |
| 41110054 | Mr Hassan Ayash Jordanian | JRD | 4946 | 1,740.80 | * | 0.71174 | 1,239.00 | 12/07/2008 | SALE |
| 41110055 | Mr Hassan Ayash Qatar | QTR | 4946 | 8,258.38 | * | 3.64963 | 30,140.03 | 12/07/2008 | SALE |
| | | | Total: | 52,559.93 | | | | | |

Fifty Two Thousand Five Hundred Fifty Nine  USD  and  93/100 Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---------------|-----------|--------------|------------|
| | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

N.L.E.T.C.
Hassan Ayash Exchange Co.
Exchange List No. : 623
RAS   Beirut
Une Gyrv Str.
Fosing  Bristol Hotel
TEL : 01/751526.01/736819
FAX : 01/751527

PURCHASE

Doc. : ..4946

[ Page : 1/1 ]

Crediting A/C : 33910168/0/01

NEW LINE EXCH.TRUST COMPA

[Date : 12/07/08 Time: 10:58:39]
[Value: 12/07/08]Opr.: [MAN]

| Db.A/Cs | Doc./Acc.Name | Currency | Amount | Rate | Value (USD ) |
|---------|---------------|----------|--------|------|--------------|
| 50110000|0| CASH | Swedan Kro | 3,500.00 | 6.030000 | 580.43 |
| 50110000|0| CASH | Denemark K | 4,650.00 | 4.750000 | 978.95 |
| 50110000|0| CASH | Swiss Fran | 3,700.00 | 1.030000 | 3,592.23 |
| 50110000|0| CASH | Norwega Kr | 1,100.00 | 5.129900 | 214.43 |
| 50110000|0| CASH | Kuwait Din | 1,669.75 | 3.760000 | 6,278.26 |
| 50110000|0| CASH | Saudi Riya | 71,255.00 | 3.754000 | 18,981.09 |
| 50110000|0| CASH | Emirates D | 43,880.00 | .272000 | 11,935.36 |
| 50110000|0| CASH | Jordanian | 1,239.00 | 1.405000 | 1,740.80 |
| 50110000|0| CASH | Qatari Riy | 30,140.00 | .274000 | 8,258.36 |
| 62310000|0| COMMISSION PAID | U.S. Dolla | .09 | 1.000000 | .09 |

U.S. Dollar. fifty two thousand five hundred sixty
only.

| Total ... | 52,560.00 |
| Charges.. | |
| N e t ... | 52,560.00 |

000595

FNK 7782 0414

Privileged & Confidential
Joint Defense Information



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000 L.L.      L.N.B.C 679

## Exchange Sales Contract

No.   0011                                         Date :     12/7/2008

Sold To : MR HASSAN AYASH

| Account | Name | Cur | Ref | USD Amount Sold | Op | Rate | Qty | Value Date | Narration |
|---------|------|-----|-----|-----------------|-----|------|-----|-----------|-----------|
| 41110052 | Mr Hassan Ayash Saudi | SAR | 4973 | 10,642.25 | * | 3.7540 | 39,951.01 | 12/07/2008 | SALE |
| 41110053 | Mr Hassan Ayash Emirates | DRI | 4973 | 9,279.28 | * | 3.67647 | 34,114.99 | 12/07/2008 | SALE |
| 41110055 | Mr Hassan Ayash Qatar | QTR | 4973 | 13,398.62 | * | 3.64963 | 48,900.01 | 12/07/2008 | SALE |
| | Total: | | | 33,320.15 | | | | | |

Thirty Three Thousand Three Hundred Twenty  USD  and  15/100 Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---------------|-----------|--------------|------------|

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

Hassan Ayash Exchange Co.           PURCHASE           Crediting A/C : 3391016×/0/01
Exchange List No. : 623                                NEW LINE EXCH. TRUST COMPA
RAS    Beirut                        Doc. / : 4973
× Curb Str.
× ing Bristol Hotel                                    [Date : 12/07/08 Time: 13:47:37]
T× : 01/751526,01/736812            [ Page : 1/1 ]     [Value: 12/07/08]0pr.: [MAN]
FAX : 01/751527

| Db. A/Cs | Des. /Acc. Name | Currency | Amount | Rate | Value (USD ) |
|----------|-----------------|----------|--------|------|--------------|
| 50110000|0 | CASH | Saudi Riya | 39,951.00 | 3.754000 | 10,642.25 |
| 50110000|0 | CASH | Emirates D | 34,115.00 | .272000 | 9,279.28 |
| 50110000|0 | CASH | Qatari Riy | 48,900.00 | .274000 | 13,398.60 |

U. . Dollar. thirty three thousand three hundred          Total ....       33,320.13
twenty only.                          19                  Charges ..           .13
                                                          N× t ....         33,320.00

FNK 990506415

# EXHIBIT

# B

FNK 7782 0416

ALAMEH TRANSLATION SERVICES

Furn El-Chebbak – Franjieh Street – Beirut – Lebanon
Tel. /Fax: 01 – 389387  Mobile: 03 – 624291
Website : www.alamehtranslation.com

علامة للترجمة القانونية
فرن الشباك – شارع الفرنجية بيروت – لبنان
E-mail: alamehtranslation@gmail.com

Privileged & Confidential
Joint Defense Information

**Republic of Lebanon**
**Oussama Abdallah GHOTAIMY**
**Notary Public in Beirut**
Lebanese Central Bank Street – Aresco Center – Ground floor
Phone N°: 01/752333 – 444     Mobile N°: 03 –70/553375

To the Governor of the Lebanese Central Bank
Head of the Special Investigation Commission
Mr. Riad SALAMEH

## Acknowledgment

I the undersigned, Ismail Mohamad YOUSSEF, hereby willingly and voluntarily declare the following:

I hereby acknowledge that "NEW LINE EXCHANGE TRUST COMPANY S.A.L.", registered at the commercial registry in Beirut on 07/05/2008 under N° /1008128/, is cancelled from the list of Exchange Institutions pursuant to the decision issued by the Lebanese Central Bank on 26/08/2011 under N° /10794/. I consider myself resigned from the presidency of the aforementioned Company's Board of Directors. I also engage myself before the US Treasury to waive any economic right pertaining to me in "NEW LINE EXCHANGE TRUST COMPANY S.A.L.".

It is well noted that cancellation from the commercial registry requires editing its frozen accounts pursuant to a decision issued by "The Special Investigation Commission".

A final, irrevocable acknowledgment.

Full Name: Ismail Mohamad YOUSSEF (Signature)

Number 7427/2016

Seen by me, I, the Notary Public in Beirut, Oussama Abdallah GHOTAIMY, Mastered in Law, for the legalization of the signature of Mr. Ismail Mohamad YOUSSEF, his mother Nawf ABDALLAH, Lebanese, born in Colombia in 1979, register place and number: Baaloul – West Beqa'a /71/ pursuant to his Identity Card N° /42745307/ issued on 12/07/2006, enjoying civil and legal capacities, and signing this declaration after having read it openly to him, and his consent willingly to its contents on Wednesday, August 17, 2016.

*Notary Public of Beirut, Oussama Abdallah GHOTAIMY (Seal and Signature)*

Number 7435/2016

A true copy of transaction N° 7427/2016 was granted to Mr. Ismail Mohamad YOUSSEF after the certification kept at my Department on Wednesday, August 17, 2016.

*Ismail Mohamad YOUSSEF (Signature)*

*Notary Public of Beirut, Oussama Abdallah GHOTAIMY (Seal and Signature)*

**General Secretariat Office – Special Investigation Commission – Magalle FARAH**
**Original copy received on 18/08/2016**

I, the Certified Public Translator, Hiba ALAMEH, do hereby affirm and state, under the penalty of perjury, that the above stated text is a true translation of the attached Arabic document.
Translated on August 22, 2016

Hiba S. Alameh

001530
FNK 7782 0417

Privileged & Confidential
Joint Defense Information



سعادة حاكم مصرف لبنان
رئيس هيئة التحقيق الخاصة
الأستاذ رياض سلامة المحترم
إقرار

أنا الموقع أدناه <u>إسماعيل محمد يوسف</u>،
أصرح خطيا مختارا، وأنا بأكمل الأوصاف المعتبرة شرعا وقانونا بما يلي:
أقر بموجب هذا السند بأن <u>نيو لاين إكس تشاينج ترست كومباني ش.م.ل</u>، المسجلة لدى أمانة
السجل التجاري في بيروت بتاريخ 2008/05/07 رقم 1008128/، هي مشطوبة من لائحة مؤسسات
الصرافة بموجب القرار الصادر عن مصرف لبنان بتاريخ 2011/08/26 رقم 10794/، وأعتبر
نفسي مستقيلا من رئاسة مجلس إدارة الشركة المذكورة كما أتعهد تجاه وزارة الخزانة الأميركية بأن
أتنازل عن أي حق اقتصادي يعود لي في <u>نيو لاين إكس تشاينج ترست كومباني ش.م.ل</u>.
علما بأن اتمام عملية شطبها من السجل التجاري تستلزم تحرير حساباتها المُجمّدة بموجب قرار صادر
عن <u>هيئة التحقيق الخاصة</u>.
إقرار نهائي غير قابل للرجوع عنه.

التوقيــــع

عــــدد: 2016/7427

نُظر مني أن اسامه عبد الله غطيمي، ماجستير في القانون، كاتب عدل بيروت، للمصادقة على
صحة توقيع السيد/ <u>إسماعيل محمد يوسف</u>، والدته نوف عبد الله، الفلسطيني، المولود في مانئا مركز
الغربي حسب بطاقة هوية تاريخ 2006/07/12 رقم 42745307، الحائز الأهلية المدنية
والقانونية، بعد تلاوة هذا السند عليه عنا ومرافقته على مضمونه أرادته، وذلك في يوم
الأربعاء الواقع فيه السابع عشر من شهر آب سنة ألفين وستة عشر.

كاتب عدل بيروت
اسامه عبد الله غطيمي

17 AUG 2016

عــــدد: 2016/7435

صورة طبق الأصل عن المعاملة رقم 2016/7427، أعطيت للسيد/ <u>إسماعيل محمد يوسف</u> بعد المقابلة
والمطابقة على أصلها المحفوظ لدى هذه الدائرة وذلك في يوم الأربعاء الواقع فيه السابع عشر من شهر
آب سنة ألفين وستة عشر.

كاتب عدل بيروت

# EXHIBIT

# C

FNK 7782 0419

**ALAMEH TRANSLATION SERVICES**
Furn El-Chebbak – Franjieh Street – Beirut – Lebanon
Tel. /Fax: 01 – 389387   Mobile: 03 – 624291
Website : www.alamehtranslation.com

علامة للترجمة القانونية
فرن الشباك – شارع فرنجية – بيروت – لبنان
E-mail: alamehtranslation@gmail.com

Privileged & Confidential
Joint Defense Information

Republic of Lebanon
**Oussama Abdallah GHOTAIMY**
**Notary Public in Beirut**
Lebanese Central Bank Street – Aresco Center – Ground floor
**Phone Nº: 01/752333 – 444        Mobile Nº: 03 -70/553375**

To the Governor of the Lebanese Central Bank
Head of the Special Investigation Commission
Mr. Riad SALAMEH

## Acknowledgment

I the undersigned, Ziad Mohamad YOUSSEF, hereby willingly and voluntarily declare the following:
I hereby acknowledge that "NEW LINE EXCHANGE TRUST COMPANY S.A.L.", registered at the commercial registry in Beirut on 07/05/2008 under Nº /1008128/, is cancelled from the list of Exchange Institutions pursuant to the decision issued by the Lebanese Central Bank on 26/08/2011 under Nº /10794/. I consider myself resigned from the presidency of the aforementioned Company's Board of Directors. I also engage myself before the US Treasury to waive any economic right pertaining to me in "NEW LINE EXCHANGE TRUST COMPANY S.A.L.".
It is well noted that cancellation from the commercial registry requires editing its frozen accounts pursuant to a decision issued by "The Special Investigation Commission".
A final, irrevocable acknowledgment.
**Full Name: Ziad Mohamad YOUSSEF (Signature)**

Number 7425/2016
Seen by me, I, the Notary Public in Beirut, Oussama Abdallah GHOTAIMY, Mastered in Law, for the legalization of the signature of Mr. Ziad Mohamad YOUSSEF, his mother Nawf ABDALLAH, Lebanese, born in Colombia in 1976, register place and number: Baaloul – West Beqa'a /71/ pursuant to his Identity Card Nº /38537646/ issued on 27/02/2002, enjoying civil and legal capacities, and signing this declaration after having read it openly to him, and his consent willingly to its contents on Wednesday, August 17, 2016.
*Notary Public of Beirut, Oussama Abdallah GHOTAIMY (Seal and Signature)*

*Number 7433/2016*
A true copy of transaction Nº 7425/2016 was granted to Mr. Ziad Mohamad YOUSSEF after the certification kept at my Department on Wednesday, August 17, 2016.
*Ziad Mohamad YOUSSEF (Signature)*

*Notary Public of Beirut, Oussama Abdallah GHOTAIMY (Seal and Signature)*
*General Secretariat Office – Special Investigation Commission – Magalie FARAH*
*Original copy received on 18/08/2016*

I, the Certified Public Translator, **Hiba ALAMEH**, do hereby affirm and state, under the penalty of perjury, that the above stated text is a true translation of the attached Arabic document.
Translated on August 22, 2016

Hiba S. Alameh

001550

24

Privileged & Confidential
Joint Defense Information
——

Masalim
Farah

مكتب أمين عام
هيئة التحقيق الخاصة

سعادة حاكم مصرف لبنان
رئيس هيئة التحقيق الخاصة
الأستاذ رياض سلامة المحترم

إقرار

أنا الموقع أدناه زياد محمد يوسف،
أصرح طوعاً مختاراً و أنا بأكمل الأوصاف المعتبرة شرعاً وقانوناً بما يلي:
أقر بموجب هذا السند بأن "**بيو لاين اكس شاينج ترست كوميلني ش.م.ل.**" المسجلة لدى أمانة
السجل التجاري في بيروت بتاريخ 2008/05/07 رقم 128/1008/، هي مشطوبة من لائحة مؤسسات
الصيرفة بموجب القرار الصادر عن مصرف لبنان بتاريخ 2011/08/26 رقم 10794/، وأعتبر
نفسي مستقيلاً من رئاسة مجلس إدارة الشركة المذكورة كما أنني أتعهد تجاه وزارة الخزانة الأميركية بأن
أتنازل عن أي حق اقتصادي يعود لي في "**بيو لاين اكس شاينج ترست كوميلني ش.م.ل.**".
علماً بأن اتمام عملية شطبها من السجل التجاري تستلزم تحرير حساباتها المجمدة بموجب قرار صادر
عن هيئة التحقيق الخاصة.
إقراري نهائي غير قابل للرجوع عنه.

التوقيع

عــدد: 2016/7425

لنظر مني أنا اسامه عبد الله غطيمي، ماجستير في القانون، كاتب عدل بيروت،
للمصادقة على صحة توقيع السيد/ **زياد محمد يوسف**، والدته نوف، عبد الله، اللبناني، المولود في
ساحتنا مرتا كولومبيا سنة 1976 (ألف وتسعمئة وستة وسبعون)، رقم سجل نفوسه 71 بعلــول قضــاء
البقاع الغربي، حامل بطاقة هوية تاريخ 2002/02/27 رقم: 38537646، الحائز الأهلية المدنيــة
والقانونية، بعد تلاوة هذا السند عليه علنا وموافقته على مضمونه بمحض ارادته، وذلــك فــي يــوم
الاربعاء الواقع فيه السابع عشر من شهر آب سنة ألفين وستة عشر.

كاتب عدل بيروت
اسامه عبد الله غطيمي

17 AUG 2016            17 AUG 2016

عــدد: 2016/7433

صورة طبق الأصل عن المعاملة رقم 2016/7425، أعطيت للسيد/ **زياد محمد يوسف** بعد المقابلة
والمطابقة على أصلها المحفوظ لدى هذه الدائرة وذلك في يوم الاربعاء الواقع فيه السابع عشر من شهر
آب سنة ألفين وستة عشر.

كاتب عدل بيروت
اسامه عبد الله غطيمي

الأصل

001551
ENX 7782 0421

# EXHIBIT

# D

FNK 7782 0422

Privileged & Confidential
Joint Defense Information



Public Register of Panama
Signed by: Carlos Abraham Wilson Morales
Date: August 10, 2016          15:04:28-05:00
Objective: Request of Commercial Publication
Localization: Colon, Panama
Electronic Identifier: 0649A417-4EAD-918B-266BCD49DBEC
Public Register of Panama, Spain St., near San Fernando Hospital,
P.O.Box: 0830-1596 Panama, Republic of Panama, Phone: (507)501-6000

Certificate of Legal Entity
Upon Petition
358627/2016 (0) dated August 9, 2016

It is hereby certified that the Company
GOLDI ELECTRONICS, S.A.
Legal Form of the Company: Joint-Stock Company
Is registered in the Commercial Section, File No. 642962 (S) since
Wednesday the 26th of November 2008
That the Company is still incorporated and effective as on the present date.

That in the following positions are appointed:
Subscriber: SAID JOMAA KHARFAN
Subscriber: JALAL JOMHA KHARFAN
Manager: AIMAN SAID JOMAA KHARFAN
Manager: JALAL JOMHA KHARFAN
Manager: RATEB JOMAA MAHAMUD
Chairman: AIMAN SAID JOMAA KHARFAN
Treasurer: RATEB JOMAA MAHAMUD
Secretary: JALAL JOMHA KHARFAN
Residing Agent: RICARDO SEMPERO

That the legal representation is vested with:
The Chairman or the Secretary indistinctly, and those appointed with the
General Powers of the Company.

FNK 7782 0423
001483

Privileged & Confidential
Joint Defense Information



That it is capital is of USD 30,000.00 (Thirty Thousand US Dollars).

Details of the Capital:
The Company's capital is of Thirty Thousand US Dollars (USD 30,000.00) represented by Thirty (30) Shares, the per nominal value of each is of USD 1,000.00, either common shares, nominal shares or shares to the holder.
That its duration is indefinite.
That it has its headquarters/main office in Panama, Province of Colon.

<u>Filed Entries under Process</u>

There are no pending entries.

<u>Liens & other Real Rights in force</u>

Merging of Companies:
Pursuant to the Public Deed No. 5 dated January 29, 2010 of the First Notary Public in and for Colon; it was resolved to enter into a merging agreement through absorption by and between GOLDI ELECTRONICS, S.A, (Absorbing Company) and MONTE GRANDE INTERNACIONAL, S.A., and ZONA LIBRE INTERNATIONAL MARKET S.A. (Absorbed Company). Said Merging Agreement through Absorption is effective as on January 11, 2010 under Digitalized Document.

Pursuant to the Public Deed No. 1001 of September 27, 2010 of the First Notary Public in and for Colon, it was decided to appoint Mr. ISRAEL GAZAL FASKHA, with Personal ID Card N-14-949, to act as Legal Representative as per a General Power of Attorney of GOLDI ELECTRONICS, S.A. General Power of Attorney registered as on October 15, 2010, under Digitalized Document No. 1862073.

Issued in the Province of Panama, this Wednesday the 10th of August 2016 at 02:57 p.m.

28

FNK 7782 0424
001484

Privileged & Confidential
Joint Defense Information



Observation: The present certificate is submissive to fees of an amount of
30.00 Balboas pursuant to the Receipt No. 1400973887.

Electronically signed by Carlos Abraham Wilson Morales
The authenticity of the present document can be verified through the Web
Service of Verification: https://www.registro-publico.gob.pa

True Translation of the attached Spanish Text

001-PNK 7782 0425

Privileged & Confidential
Joint Defense Information



Registro Público de Panamá

FIRMADO POR: CARLOS ABRAHAM
WILSON MORALES
FECHA: 2016.08.10 15:04:28 -05:00
MOTIVO: SOLICITUD DE PUBLICIDAD
LOCALIZACION: COLON, PANAMA

No. 323268

### CERTIFICADO DE PERSONA JURÍDICA
CON VISTA A LA SOLICITUD
358627/2016 (0) DE FECHA 09/08/2016

QUE LA SOCIEDAD

GOLDI ELECTRONICS, S.A.
TIPO DE SOCIEDAD: SOCIEDAD ANONIMA
SE ENCUENTRA REGISTRADA EN (MERCANTIL) FOLIO Nº 642962 (S) DESDE EL MIÉRCOLES, 26 DE NOVIEMBRE
DE 2008
- QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

- QUE SUS CARGOS SON:
SUSCRIPTOR: SAID JOMAA KHARFAN
SUSCRIPTOR: JALAL JOMHA KHARFAN
DIRECTOR: AIMAN SAID JOMAA KHARFAN
DIRECTOR: JALAL JOMHA KHARFAN
DIRECTOR: RATEB JOMAA MAHAMUD
PRESIDENTE: AIMAN SAID JOMAA KHARFAN
TESORERO: RATEB JOMAA MAHAMUD
SECRETARIO: JALAL JOMHA KHARFAN
AGENTE RESIDENTE: RICARDO SEMPERO

- QUE LA REPRESENTACIÓN LEGAL LA EJERCERÁ:
EL PRESIDENTE O POR EL SECRETARIO INDISTINTAMENTE, Y LOS QUE TENGAN PODER GENERAL DE LA
SOCIEDAD.

- QUE SU CAPITAL ES DE 30,000.00 DÓLARES AMERICANOS

- DETALLE DEL CAPITAL:
EL CAPITAL SOCIAL AUTORIZADO SERA DE TREINTA MIL DOLARES ($30,000.00) REPRESENTADOS POR TREINTA
ACCIONES (30) CADA UNA DE UN VALOR NOMINAL DE ($1,000.00) COMUNES, NOMINATIVAS O AL PORTADOR.

- QUE SU DURACIÓN ES PERPETUA
- QUE SU DOMICILIO ES PANAMÁ, PROVINCIA COLÓN

### ENTRADAS PRESENTADAS QUE SE ENCUENTRAN EN PROCESO
NO HAY ENTRADAS PENDIENTES.

### GRAVÁMENES Y OTROS DERECHOS REALES VIGENTES

FUSIÓN DE SOCIEDADES:
QUE MEDIANTE ESCRITURA PÚBLICA Nº5 DE FECHA 6 DE ENERO DE 2010 DE LA NOTARIA PRIMERA DEL
CIRCUITO DE COLÓN; SE RESUELVE CELEBRAR CONVENIO DE FUSIÓN POR ABSORCIÓN ENTRE LAS SOCIEDADES
GOLDI ELECTRONICS, S.A.(SOC.AB- SORVENTE) Y MONTE GRANDE INTERNACIONAL, S.A. Y ZONA LIBRE
INTERNATIONAL MARKET, S.A. (SOC.ABSORVIDA). DICHO CONVENIO DE FUSION POR ABSORCIQN ES A PARTIR
DE LA FECHA 11 DE ENERO DE 2010 BAJO DOCUMENTO DIGITALIZADO.

QUE MEDIANTE ESCRITURA PUBLICA NO. 1001 DE FECHA 27-9-2010 DE NOTARIA
PRIMERA DEL CIRCUITO SE NOMBRA CÓMO APODERADO GENERAL MEDIANTE PODER GE-
NERAL DE GOLDI ELECTRONICS,S.A. AL SEÑOR ISRAEL GAZAL FASKHA CON CEDULA
DE IDENTIDAD PERSONAL N-14-949. PODER GENERAL INSCRITO A PARTIR DE LA FE
CHA 15-10-2010, BAJO DOCUMENTO DIGITALIZADO NO.1862073.

EXPEDIDO EN LA PROVINCIA DE PANAMÁ EL MIÉRCOLES, 10 DE AGOSTO DE 2016 A LAS
02:57 PM.

Identificador Electrónico: 0649A471-3382-4EAD-918B-266BCD49DBEC
Registro Público de Panamá - Via España, frente al Hospital San Fernando
Apartado Postal 0830 - 1586 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

30

UBK 7782 0426

Privileged & Confidential
Joint Defense Information



Registro Público de Panamá

No. 323183

NOTA: ESTA CERTIFICACIÓN PAGÓ DERECHOS POR UN VALOR DE 30.00 BALBOAS CON EL NÚMERO DE LIQUIDACIÓN 1400973887.

Este documento ha sido firmado con firma electrónica calificada por CARLOS ABRAHAM WILSON MORALES.



La autenticidad de este documento puede ser verificada en el Servicio Web de Verificación: https://www.registro-publico.gob.pa

Identificador Electrónico: 0649A471-3382-4EAD-918B-266BCD49DBEC
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 2 de 2

31

0014BRJK 7782 0427

# EXHIBIT

# E

FNK 7782 0428

Privileged & Confidential
Joint Defense Information



ZONA
LIBRE DE
COLON
FREE
ZONE

Colón, 30 de noviembre de 2015.
REF. S. G.353-15.

A QUIEN CONCIERNE

A solicitud de Israel Gazal Faskha.

LA SECRETARIA GENERAL DE LA ADMINISTRACIÓN DE LA ZONA LIBRE
DE COLÓN CERTIFICA:

Que la sociedad denominada **GOLDI ELECTRONICS, S.A.**, mediante Resolución
N°314-10 de 19 de abril de 2010, rescindió el Contrato de Permiso de Operación N°3171 y
Clave de Operación N°6647, celebrado entre ésta entidad autónoma del estado a partir del
14 de abril de 2010.

Para los fines de la presente solicitud, se extiende esta certificación a los treinta (30) días
del mes de noviembre de de dos mil quince (2015).

LICDO. LUIS C. SAÉNZ Y.
SECRETARIO GENERAL

ZONA
LIBRE DE

001514
FNK 7782 0429

33

Protected & Confidential
Joint Defense Information



RESOLUCION N°314-19
(19 DE ABRIL DE 2010)

EL GERENTE GENERAL DE LA ZONA LIBRE DE COLON
EN EJERCICIO DE SUS FACULTADES LEGALES

CONSIDERANDO

Que el 20 de abril de 2009 la empresa GOLDI ELECTRONICS, S.A., obtuvo Permiso de Operación N°3171, con la Zona Libre de Colón, donde se establece que la empresa realizara sus operaciones desde el local ubicado en el Lote 8 B. de la Manzana N 1-A del area comercial de France Field.

Que el 14 de abril de 2010, se recibió nota de la empresa GOLDI ELECTRONICS, S.A., donde solicita de forma escrita la anulación del Permiso de Operación N°3171

Que la Administración de la Zona Libre de Colón considera procedente la solicitud presentada, toda vez que descansa en la cláusula cuarta de las condiciones generales del referido Permiso de Operación, por lo que de inmediato se procederá a rescindir o dar por terminado dicho Permiso de Operación.

RESUELVE

Artículo 1°: RESCINDIR el Contrato de Permiso de Operación N°3171, celebrado entre esta entidad Autónoma del estado y la empresa GOLDI ELECTRONICS, S.A., a partir del 14 de abril de 2010.

Artículo 2°:  ADVERTIR a la empresa que contra la presente resolución procede el recurso de reconsideración o de apelación, dentro de los cinco (5) días hábiles siguientes a la notificación de la resolución.

FUNDAMENTO DE DERECHO: Decreto Ley N°18 de 17 de junio de 1948, modificado por la ley N°22 de 1977, Ley 35 de julio de 2000

Dado en la ciudad de Colón a los diecinueve (19) días del mes de abril de dos mil diez (2010).

Notifíquese y Cúmplase

JUAN MANUEL GUEVARA          ING. LEOPOLDO OMPHREY D.
SECRETARIO GENERAL           GERENTE GENERAL

FNK 7782 0430

Privileged & Confidential
Joint Defense Information

COLÓN FREE ZONE [logo]

Telephone [illegible]
Fax [illegible]
Apartado 0302 00512
Zona Libre de Colón
Colón, Republic of Panama
E-mail [illegible]
www.zonalibredecolon.com.pa

Colón, November 30, 2015.
REF. S. G. 353-15.

## TO WHOM IT MAY CONCERN

At the request of Israel Gazal Faskha.

### THE OFFICE OF THE SECRETARY GENERAL OF ADMINISTRATION, COLÓN FREE ZONE, CERTIFIES:

That through Resolution No. 314-10 of April 19, 2010, the company known as **GOLDI ELECTRONICS, S.A.** rescinded Operating Permit Contract No. 3171 and Operating Code No. 6647, executed with this autonomous government agency on April 14, 2010.

For the purposes of this request, this certification is issued on the thirtieth (30th) day of November, two thousand fifteen (2015).

COLÓN FREE ZONE [logo]

[signature]
**LUIS C. SAÉNZ Y.**
**SECRETARY GENERAL**

[illegible]

35

001516
FNK 7782 0431

Privileged & Confidential
Joint Defense Information

COLÓN FREE ZONE [logo]

[illegible]
[illegible]
Apartado [illegible], Zona Libre de Colón
[illegible] Republic of Panama
[illegible]

RESOLUTION No. 314-10
(APRIL 19, 2010)

THE GENERAL MANAGER OF THE COLÓN FREE ZONE,
IN THE EXERCISE OF HIS LEGAL POWERS

WHEREAS:

On April 20, 2009, the GOLDI ELECTRONICS, S.A. company signed Operating Permit No. 3171 with the Colón Free Zone, stipulating that the company would conduct its operations from the premises located in an Unnumbered Lot on Block No. 1-A in the France Field commercial area.

On April 14, 2010, a note was received from the GOLDI ELECTRONICS, S.A. company containing a written request for Operating Permit No. 3171 to be voided.

The Colón Free Zone Administration considers said request to be valid, since it relies on the fourth clause of said Operating Permit's General Conditions, wherefore said Operating Permit shall be rescinded or terminated effective immediately.

BE IT RESOLVED:

Article 1. TO RESCIND Operating Permit Contract No. 3171 between this Autonomous Government Agency and the GOLDI ELECTRONICS, S.A. company, effective as of April 14, 2010.

Article 2. TO NOTIFY the company that it may request reconsideration of or appeal this resolution within the five (5) business days after the date on which notice thereof is served.

BASIS IN LAW: Decree-Law No. 18 of June 17, 1948, amended by Law No. 22 of 1977, Law 38 of July 2000.

Done in the city of Colón on the nineteenth (19th) day of April, two thousand ten (2010).

Notice to be served, and to be carried out.

[signature]                              [signature]
JOAN MANUEL GUEVARA                       LEOPOLDO BENEDETTI
SECRETARY GENERAL                         GENERAL MANAGER

[illegible]

001517
FNK 7782 0432

Privileged & Confidential
Joint Defense Information



TRANSPERFECT

City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify that the following document "**Goldi registration cancellation**" is to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Wendy Poon

Sworn to before me this
April 27, 2016

Signature, Notary Public

ALITABHA YOUNGER
Notary Public - State of New York
No. 01YO6335137
Qualified in KING County
Commission Expires Dec 28, 2019

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE
37

001518
FNK 7782 0433

# EXHIBIT

# F

FNK 7782 0434

Republic of Panama
Province of Colon

First Notary Public Office in and for Colon Circuit

Mrs. NedelkaNavas Reyes
Notary Public


Phone: 441-3221. Mobile: 62151059
E-mail: notaria_1@yahoo.com


COPY

Deed No. 1001 of September 27, 2010

Pursuant to which are legalized and authenticated the Minutes of the Irregular General Assembly of Shareholders of the Company named GOLDI ELECTRONICS, S.A.

(Seal of the Public Record of Panama, Republic of Panama)

(Seal & Signature of the Provincial Administration of Income, Ministry of Economy & Finance, Republic of Panama)



1 SEP 2016

FNK 7782 0435

Republic of Panama
Notarial Paper

(Fiscal Stamp)

First Notary Public in and for Colon Circuit

Public Deed No. One Thousand & One (1001)

Pursuant to which are legalized and authenticated the Minutes of the Irregular General Assembly of Shareholders of the Company named GOLDI ELECTRONICS, S.A.

Colon, on the Twenty Seventh (27th) day of September of the year Two Thousand & Ten (2010).

In the city of Colon, Head of the Province and the Notarial Circuit of the same name in the Republic of Panama, on the Twenty Seventh (27th) day of September of the year Two Thousand & Ten (2010) before me Mrs. Nedelka Navas Reyes, First Notary Public in and for colon Circuit, with ID Card No. Three-One Hundred Eight-Eight Hundred & One (3-108-801), appeared personally Mrs. BIANCA BUGLIONE MORAN, Female, of legal age, Panamanian National, attorney-at-law, resident in the present city, married, with personal ID Card number Eight-Four Hundred & Thirty Two-Six Hundred & Seventy One (8-432-671), whom I know in person and acting in representation of the Company named GOLDI ELECTRONICS, S.A., and who submitted before me for authentication the Minutes of the above mentioned company. It is hereby authenticated and legalized the abovementioned Minutes and were issued the copies required by the concerned person, informing the latter that the copy of the Minutes shall be registered at the Public Record for its full validation and effectiveness. The same as read out loud before the petitioner in the presence of the attesting witnesses Eric Alberto Lam Espana, ID Card No. Three-One Hundred & Twelve-Two Hundred & Eighty Four (3-112-284), and Cleotilde Hurtado de Lynch, ID Card No. Eight-Four Hundred & Nineteen-Nine Hundred & Thirty Nine (8-419-939), both of legal age,

40

FNK 7782 0436

Panamanian Nationals, residing in the present Circuit, whom I know in person and are skillful, who approved and signed before me, the Notary Public, in testimony whereof.

The present deed bears the number One Thousand & One (1001).

(Signature) Bianca Buglione Moran, (Signature) Eric Alberto Lam Espana, (Signature) Cleotilde Hurtado de Lynch, (Signature) Mrs. NedelkaNavas Reyes, First Notary Public in and for Colon.

The Minutes legalized and authenticated are literally to be read as follows: Minutes of the Irregular General Assembly of Shareholders of the Company named Goldi Electronics, S.A.

In the Republic of Panama, on the Fourteenth (14th) of the month of September of the year Two Thousand & Ten (2010) at the Ninth Hours, was held at the Street Fourteen (14) Santa Isabel, Free Zone of Colon, an Irregular General Assembly of Shareholders of the Company named Goldi Electronics, S.A. The meeting was presided by Mr. AIMAN SAID JOMAA KHARFAN, Chairman and Legal Representative, and Mr. JALAL JOMHA KHARFAN, served as Secretary of the Company named Goldi Electronics, S.A., duly registered in the Public Record of the Commercial Microfilm Department, under File No. Six Four Two Nine Six Two (642962), Document No. One Four Seven Six Four Two Two (1476422). Before the opening of the hearing, the Chairman of the Company asked the Secretary to verify the legal quorum of the Meeting, and the latter informed the Chairman that the meeting is attended by absolutely all the shares issued and having the right to vote in this Company and that all shareholders previously waived their right to be called to order. Upon confirmation of the quorum, the Chairman declared the opening of the hearing session and declared that the meeting was held with the purpose of considering the resignation of the current Treasurer of the Company's Board of Directors and the appointment of an Attorney or Legal Representative acting for and on behalf of Goldi Electronics, S.A.

FNK 7782 0437

Upon motion, and after discussions and deliberations, the following resolutions were duly made, seconded, and unanimously adopted:

Resolution 1:

RESOLVED THAT Mr. ISMAEL YOUSSEF ABDALLAH, current Treasury of the Board of Directors, be resigned of his position and be replaced by Mr. RATEB JOMAA MAHAMUD, original from Beirut, Male, Passport No. N.RC Two Eight Eight Two Seven Eight Nine Nine (N.RC28827899), residing in Paitilla, Platanium Bldg., Apartment No. 1-A, Republic of Panama. Therefore, the Board of Directors as per the Articles of Association remains as follows: Chairman General Manager: AIMAN SAID JOMAA KHARFAN, Male, Passport No. CC Eight Four Zero Seven Five Zero Five Zero (CC84.075.050), Secretary Manager: JALAL JOMHA KHARFAN, Male, Passport No. RC Nine Four Six Seven Five Zero Two (RC9467502) and Treasury Manager: RATEB JOMAA MAHAMUD, Male, Passport NRC Two Eight Eight Two Seven Eight Nine Nine (NRC28827899), all residing in the City of Colon.

Resolution 2:

RESOLVED THAT Mr. ISRAEL GAZAL FASKHA, male with ID Card N-Fourteen-Nine Hundred & Forty Nine (N-14-949), residing in the City of Panama, be appointed to act as Legal Representative as per a General Power of Attorney of GOLDI ELECTRONICS, S.A.

Resolution 3:

RESOLVED THAT Mrs. Bianca Buglione Moran, ID Card No. Eight-Four Hundred & Thirty Two-Six Hundred & Seventy One (8-432-671) be authorized to authenticate and legalize the present deed and to register the same in the Public Record.

There being no further matters to discuss, the meeting was adjourned at the eleventh hours (11:00 a.m.) of the same date. (Signature) Aiman Said JomaaKharfan, Chairman; (Signature) Jalal Jomha Kharfan, Secretary. The

42

FNK 7782 0438

Secretary, undersigned, of GOLDI ELECTRONICS, S.A., does hereby certify that the present deed is a true copy extracted from the Book of Deeds of the present Company. The present Minutes of the Irregular General Assembly of Shareholders countersigned by Mrs. Bianca Buglione Moran, Esq. (Signature).

Certified to be a true copy of the original issued, signed and sealed today in Colon, of the Twenty Seventh (27th) of September Two Thousand & Ten (2010).

Mrs. NedelkaNavas Reyes
First Notary Public Office in and for Colon Circuit
(Signature & Seal)

Public Register of Panama
Department of the Daily Documents
Section of Documents Entry
Place: Colon                    Date/Hour: October 7, 2010 (01:47)
Presented by Jorge Barria
ID No. 3-91-454
Receipt No. 025978

Jorge Barria
ID No. 3-91-656
Colon, on October 13, 2010
(Signature & Seal)

Public Register of Panama
Department of the Daily Documents
Section of Documents Entry
Place: Colon                    Date/Hour: October 14, 2010 (10:29)
Presented by Jorge Barria
ID No. 3-91-454
Receipt No. 026029
(Signature & Seal)

FNK 7782 0439

Registered in the Public Register of Panama
Commercial Section                    File No.: 642962
Place & Date of Registration: Colon, on October 15, 2010

Head Registrar
(Signature & Seal)

Public Register of Panama
National Archive of Panama
Section of Volumes
This is to certify that it is a true copy of the Document registered in the
present institution issued and signed on this day the 10th of August 2016

(Signature)
(Seal of the Public Register of Panama, Republic of Panama)

True Translation of the attached Spanish Text



FNK 7782 0440



# REPÚBLICA DE PANAMÁ
## PROVINCIA DE COLÓN

## Notaría Primera del Circuito de Colón

### *Licda. Nedelka Navas Reyes*
### NOTARIA

**TELEFONO: 441-3221 • CELULAR: 62151059**
e-mail: notaria_1@yahoo.com

## COPIA

Escritura N° _____ 1001 _____ de _____ 27 _____ de _____ Septiembre _____ de 20 __10

## Por la cual

Se protocoliza ACTA DE REUNIÓN EXTRAORDINARIA DE ACCIONISTAS DE LA SOCIEDAD GOLDI ELECTRONICS, S.A.





Jorge BARRIA
3-91-656



REPUBLICA de PANAMA
REPUBLICA DE PANAMÁ
Papel Notarial

NOTARIA PRIMERA DEL CIRCUITO DE COLON

ESCRITURA PÚBLICA NÚMERO MIL UNO (1001) --------------------------------------

Por la cual se protocoliza ACTA DE REUNIÓN EXTRAORDINARIA DE ACCIONISTAS DE LA

SOCIEDAD GOLDI ELECTRONICS, S.A. --------------------------------------------------------

----------------- Colón, veintisiete (27) de septiembre de dos mil diez (2010). -------------------

En la ciudad de Colón, Cabecera de la Provincia y del Circuito Notarial del mismo nombre en la

República de Panamá, a los veintisiete (27) días del mes de septiembre de dos mil diez (2010)

ante mí LICDA. NEDELKA NAVAS REYES, Notaria Primera del Circuito de Colón, con cédula tres-

ciento ocho- ochocientos uno (3-108-801), compareció personalmente la Licenciada BIANCA

BUGLIONE MORAN, mujer, mayor de edad, panameña, abogada en ejercicio, vecina de esta

ciudad, casada, con cédula de identidad personal número ocho-cuatrocientos treinta y dos-

seiscientos setenta y uno (8-432-671), a quien conozco y quien actúa en representación de la

sociedad GOLDI ELECTRONICS, S.A., quien me entrego para su protocolización el Acta de la

antes mencionada sociedad. Queda hecha la protocolización solicitada y se expedirán las copias

que solicite el interesado advirtiéndole que copia de esta debe ser inscrita en el Registro Público

para su entera validez, y leída como le fue al compareciente en presencia de los testigos

Instrumentales Eric Alberto Lam España con cédula tres-ciento doce- doscientos ochenta y

cuatro (3-112-284) y Cleotilde Hurtado de Lynch con cédula ocho-cuatrocientos diecinueve-

novecientos treinta y nueve (8-419-939), ambos mayores de edad, panameños de este

vecindario, a quienes conozco y son hábiles, quien la aprobó y firman todos por ante mí la

Notaria que da fe. --------------------------------------------------------------------------------

Esta escritura lleva el número mil uno (1001) ----------------------------------------------------

(fdo) Bianca Buglione Moran, (fdo) Eric Alberto Lam España, (fdo) Cleotilde Hurtado de Lynch

(fdo) Licda. Nedelka Navas Reyes, Notaria Pública Primera de Colón. --------------------------

EL ACTA QUE SE PROTOCOLIZA ES LA SIGUIENTE: ACTA DE REUNIÓN EXTRAORDINARIA DE

ACCIONISTAS DE LA SOCIEDAD GOLDI ELECTRONICS, S.A. ------------------------------------

En la República de Panamá, a los catorce (14) días del mes de septiembre de dos mil diez /a las 9.00 de la mañana,

(2010), tuvo lugar, en calle catorce (14) Santa Isabel, Zona Libre de Colón, una Junta de

46

FNP-22 0442



debidamente inscrita en el Registro Público en la sección de Micropelículas Mercantil a la Ficha

seis cuatro dos nueve seis dos (642962). Documento uno cuatro siete seis cuatro dos dos

(1476422). Antes de declarar abierta la reunión, el Presidente de la Sociedad Solicita al

Secretario que verifique el quórum, informando que se encuentren presentes en la reunión

absolutamente todas las acciones emitidas y con derecho voto de esta *sociedad* habiendo

renunciado además todos los accionistas al derecho de Convocatoria previa. Confirmando el

quórum, el presidente declaró abierta la Sesión y manifestó que el propósito de la misma era

considerar la renuncia del actual Tesorero de la Junta Directiva de la Sociedad y el

nombramiento de un Apoderado o Representante Legal de GOLDI ELECTRONICS, S.A. ----------

Acto Seguido, y a moción debidamente presentada y sustentada, se aprobó por unanimidad la

siguiente resolución: PARTE RESOLUTIVA. ------------------------------------------------

Primero: Aceptar la renuncia del señor ISMAEL YOUSSEF ASDALLAH, actual Tesorero de la

Junta Directiva y nombrar en su reemplazo al señor RATEB JOMAA MAHAMUD, varón, con /Beirueño

Pasaporte N.RC dos ocho ocho dos siete ocho nueve nueve (N.RC28827899), con domicilio en

*en*/edificio platinum, apartamento 1-A, Rep. de Panamá.

Paitilla, por lo que la Junta Directiva del Pacto Social quedara integrada de la siguiente

manera: DIRECTOR PRESIDENTE: AIMAN SAID JOMAA KHARFAN, varón, con Pasaporte No. CC

ocho cuatro. cero siete cinco. /cero cinco cero (CC84.075.050), DIRECTOR SECRETARIO: JALAL

IOMHA KHARFAN varón con Pasaporte No. RC nueve cuatro seis siete cinco cero dos

(RC9467502) Y DIRECTOR TESORERO: RATEB JOMAA MAHAMUD, varón, con Pasaporte NRC

dos ocho ocho dos siete ocho nueve nueve (NRC28827899), todos con domicilio en la Ciudad de

Colón.---- Segundo: Nombrar para que actúen como Apoderado Legal mediante Poder General

de GOLDI ELECTRONICS, S.A., al Señor ISRAEL GAZAL FASKHA, varón con cédula de identidad

N-catorce- novecientos cuarenta y nueve (N-14-949), con domicilio en la Ciudad de Panamá.

Tercero: Autorizar al Licenciada Blanca Buglione-Morán, con cédula ocho-cuatrocientos treinta y

dos- seiscientos setenta y uno (8-432-671), para protocolizar la presente acta y la haga

inscribir en el Registro Público. Habiéndose agotado el objeto de la sesión, se da por terminada

a las once de la mañana (11:00 a.m.), del mismo día  (fdo.) Aiman Said Jomaa Kharfan,

ENK 782 0443







REPUBLICA DE PANAMÁ
Papel Notarial NACIONAL

B/. 8.00

## NOTARIA PRIMERA DEL CIRCUITO DE COLON

1. queda Refrendada por Licenciada (fdo.) Blanca Buglione Moran. ------------------------

2. Concuerda con su original esta primera copia que expido, firmo y sello hoy en Colón, a

3. veintisiete (27) de septiembre de dos mil diez (2010). -------------------------------

Licda. _____ Rivas Argas
NOTARIA PÚBLICA PRIMERA
DEL CIRCUITO DE COLÓN

Registro Público de Panamá
Departamento del Diario
Sección de Ingreso de Documentos

9. Lugar: _Colón_                Fecha, Hora: _7/10/10_   _1:52_
10. Asiento: _197400_            Tomo: _2010_
11. Presentado por: _Jorge Barria_
    Cédula No.: _3-91-656_
12. Liquidación No.: _025978_    Total de Derechos B/. _50.00_
13. Incluido por: _Raquel Silvera_

Firma del Jefe

Registro Público de Panamá
Departamento de Entrega.
Documentos Defectuosos.

17. Documento Retirado sin Inscribir pqf.

19. Nombre: _Jorge Barria_
    Cédula No.: _3-91-656_
20. Colón _13_ de _octubre_ de 20_10_

Firma de Jefe

Registro Público de Panamá
Departamento del Diario
Sección de Ingreso de Documentos

24. Lugar: _Colón_                Fecha, Hora: _14/10/10_   _10:29_
25. Asiento: _192112_            Tomo: _2010_
26. Presentado por: _Jorge Barrios_
    Cédula No.: _3-91-656_
27. Liquidación No.: _026028_    Total de Derechos B/. _10.00_
28. Incluido por: _Elizabeth Silvera_

NK 782 0444



Inscrito en si extraño legalmente de información
del Registro Público de Panamá

...ción de  Mercantil                    Ficha No. 642962
...umento Redi No. 1362043
...recho Realizado ...              . 90...
...rechos de Registro B/.           40.00
...erecho de Calificación B/.       10.00
...ugar y Fecha de Inscripción      Colon 15-10-2010

Vica bauville
Registrador Jefe

REGISTRO PÚBLICO DE PANAMÁ
ARCHIVO NACIONAL DE PANAMÁ
SECCIÓN DE TOMOS

CERTIFICA

Que esta es fiel copia del documento inscrito
en esta Institución que expido y firmo
en el día de hoy

10/Agosto/2016        Francisco Gabriel Pichea
FECHA                 FIRMA

Derecho Pagado B/.  ___ 25.ºº ___

Liquidación No  ___ 140097.4704 ___

49

FNK 7782 0445

# EXHIBIT

# G

FNK 7782 0446

Goldi Electronics S.a.

Invoice No :   3        فاتورة رقم

Customer :   41110003   M/s  Electro Genezi E.u. Ali Kebi   HARB

Date :  02/11/2010
Slm :  42101
Wh  :  Main

| Item  رمز الصنف | Description  الصنف | Unit وحدة | Qty الكمية | Price السعر | Disc خصم | Amount المجموع |
|---|---|---|---|---|---|---|
| TWM-45TF/A | WASHING MACHINE 110 V SEMI-AUTO | PICES | 834.00 | 67.62 | 0% | 56,392.58 |
| TWM-45TF/C | WASHING MACHINE 110 V SEMI-AUTO | PICES | 834.00 | 67.62 | 0% | 56,392.58 |
| TWM-68TF/B | WASHING MACHINE 110 V SEMI-AUTO | PICES | 428.00 | 78.63 | 0% | 33,652.78 |
| TWM-68TF/C | WASHING MACHINE 110 V SEMI-AUTO | PICES | 214.00 | 78.63 | 0% | 16,826.39 |
| TWM-68TF/C | WASHING MACHINE 110 V SEMI-AUTO | PICES | 198.00 | 78.63 | 0% | 15,568.34 |
| TWM-68TF/E | WASHING MACHINE 110 V SEMI-AUTO | PICES | 460.00 | 78.63 | 0% | 36,168.88 |
| TWM-80TF/B | WASHING MACHINE 110 V SEMI-AUTO | PICES | 344.00 | 86.49 | 0% | 29,753.59 |
| TAC-09CS/H1 | AIR CONDITIONER 110 V  9000 BTU REGUL | PICES | 310.00 | 172.33 | 0% | 53,422.30 |
| TAC-09CS/BK1 | AIR CONDITIONER 110 V 9000 BTU LED DISP | PICES | 310.00 | 178.49 | 0% | 55,331.90 |
| TAC-09CS/BK2 | AIR CONDITIONER 220 V 9000 BTU LED DISP | PICES | 310.00 | 172.33 | 0% | 53,422.30 |
| TAC-12CS/H1 | AIR CONDITIONER 110 V 12000 BTU REGUL | PICES | 270.00 | 188.33 | 0% | 50,849.10 |
| TAC-12CS/H1 | AIR CONDITIONER 110 V 12000 BTU REGUL | PICES | 270.00 | 188.33 | 0% | 50,849.10 |
| TAC-12CS/H1 | AIR CONDITIONER 110 V 12000 BTU REGUL | PICES | 270.00 | 188.33 | 0% | 50,849.10 |
| TAC-12CS/H2 | AIR CONDITIONER 220 V 12000 BTU REGUL | PICES | 268.00 | 180.95 | 0% | 48,494.60 |
| TAC-12CS/H2 | AIR CONDITIONER 220 V 12000 BTU REGUL | PICES | 268.00 | 180.95 | 0% | 48,494.60 |
| TAC-12CS/H2 | AIR CONDITIONER 220 V 12000 BTU REGUL | PICES | 268.00 | 180.95 | 0% | 48,494.60 |
| TAC-12CS/BK1 | AIR CONDITIONER 110 V 12000 BTU LED DISP | PICES | 268.00 | 193.26 | 0% | 51,793.68 |
| TAC-12CS/BK2 | AIR CONDITIONER 220 V 12000 BTU LED DISP | PICES | 266.00 | 187.10 | 0% | 49,768.60 |
| TAC-18CS/BK2 | AIR CONDITIONER 220 V 18000 BTU LED DISP | PICES | 220.00 | 254.80 | 0% | 56,056.00 |
| TAC-24CS/BK2 | AIR CONDITIONER 220 V 24000 BTU LED DISP | PICES | 145.00 | 356.97 | 0% | 51,760.65 |
| TAC-24CS/H2 | AIR CONDITIONER 220 V 24000 BTU REGUL | PICES | 75.00 | 350.81 | 0% | 26,310.75 |

Qty Control :6830PICES

The amount of        رل 42 % النلا غير ( ) تسعة و اربعون الف و ستمائة و اثنان و خمسون

| | |
|---|---|
| Gross Amount | 940,652.43 |
| Discount | 0.000 |
| Net Amount   المجموع النهائي | 940652.428 |

Received By   المستلم

51

FNK 7782 0447

| ITEM | 1 | 2 | 3 | 4 | 5 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | TOTAL | S/P | A/S | EXORK | C/W | | | A/C | PROFIT | CBM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TWM-45TF/A | | 834 | | | | | | | | | | | | 834 | 63 | 52542 | 43 | 61.47 | 57.617 | 56393 | 51266 | 1276 | 3.0000 |
| TWM-45TF/C | 834 | | | | | | | | | | | | | 834 | 63 | 52542 | 43 | 61.47 | 67.617 | 56393 | 51266 | 1276 | 2.0000 |
| TWM-68TF/B | | | | | | | | 428 | | | | | | 428 | 53 | 22684 | 50 | 71.48 | 78.628 | 33653 | 30593 | -7909 | 2.0000 |
| TWM-68TF/C | | | | | | | | | 214 | | | | | 214 | 53 | 11342 | 50 | 71.48 | 78.628 | 16826 | 15297 | -3955 | 1.0009 |
| TWM-68TF/C | | | | | | | | 214 | | | | | | 214 | 53 | 11342 | 50 | 71.48 | 78.628 | 16826 | 15297 | -3955 | 1.0000 |
| TWM-68TF/E | | | | | | 444 | | | | | | | | 444 | 53 | 23532 | 50 | 71.48 | 78.628 | 34911 | 31737 | -8205 | 2.0000 |
| TWM-80TF/B | | | | | | | 344 | | | | | | | 344 | 58 | 19952 | 55 | 78.63 | 86.493 | 27954 | 27049 | -7097 | 2.0000 |
| GLD-06CS/H1 | | | | 310 | | | | | | | | | | 310 | 150 | 46500 | 140 | 156.66 | 172.33 | 53421 | 48565 | -2065 | 1.0000 |
| GLD-09CS/BK1 | | | | | | | | | | | | 310 | | 310 | 153 | 47430 | 145 | 162.26 | 178.49 | 55331 | 50301 | -2871 | 1.0000 |
| GLD-09CS/BK2 | | | | 310 | | | | | | | | | | 310 | 150 | 46500 | 140 | 156.66 | 172.33 | 53421 | 48565 | -2065 | 1.0075 |
| GLD-12CS/H1 | | | | | | | | | | 270 | | | | 270 | 160 | 43200 | 153 | 171.21 | 188.33 | 50849 | 46227 | -3027 | 1.0075 |
| GLD-12CS/H1 | | | | | | | | | | 270 | | | | 270 | 160 | 43200 | 153 | 171.21 | 188.33 | 50849 | 46227 | -3027 | 1.0000 |
| GLD-12CS/H2 | | | | | | | | | | 270 | | | | 270 | 160 | 43200 | 153 | 171.21 | 188.33 | 50849 | 46227 | -3027 | 1.0075 |
| GLD-2CS/H1 | | | | | | | | | | | 268 | | | 268 | 155 | 41540 | 147 | 164.5 | 180.95 | 48495 | 44086 | -2546 | 1.0075 |
| GLD-2CS/H2 | | | | | | | | | | | 268 | | | 268 | 155 | 41540 | 147 | 164.5 | 180.95 | 48495 | 44086 | -2546 | 1.0000 |
| GLD-12CS/H2 | | | | | | | | | | | 268 | | | 268 | 155 | 41540 | 147 | 164.5 | 180.95 | 48495 | 44086 | -2546 | 1.0000 |
| GLD-12CS/BK1 | | | 268 | | | | | | | | | | | 268 | 165 | 44220 | 157 | 175.69 | 193.26 | 51793 | 47085 | -2865 | 1.0000 |
| GLD-12CS/BK2 | | | 266 | | | | | | | | | | | 266 | 160 | 42560 | 152 | 170.09 | 187.1 | 49768 | 45244 | -2684 | 0.9925 |
| GLD-18CS/BK2 | | | | | 220 | | | | | | | | | 220 | 218 | 47960 | 207 | 231.64 | 254.8 | 56057 | 50961 | -3001 | 1.0000 |
| GLD-24CS/H2 | | | | | | | | | | | | | 75 | 75 | 300 | 22500 | 285 | 318.92 | 350.81 | 26311 | 23919 | -1419 | 0.5172 |
| GLD-24CS/BK2 | | | | | | | | | | | | 145 | | 145 | 305 | 44225 | 290 | 324.52 | 356.97 | 51761 | 47055 | -2830 | 1.0000 |
| TOTAL | 834 | 834 | 534 | 620 | 220 | 444 | 344 | 642 | 214 | 810 | 804 | 455 | 75 | 6830 | | 790051 | | | | 940650 | 855137 | -65086 | 27.5322 |

```
WACHEING 3708        45    278    9    310
AIRCONDITION 6064   68/B   214   12    268
                    68/C   214   18    220
                    68/E   222   24    145
                     80    172
```

FNK 7782 0448

ALi

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA  '0001

MARCA.GOLDI

FECHA.28/09/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------------|-------------|-----|-----|-------|
| 834 | GWM-45TF/C | LAVADORAS | 834 | 63 | 52,542.00 |
| 8 | | REPUESTOS | 8 | 0 | S.V.C. |
| | | DE LAVADORAS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 842 | | | | | |
| | | SUB.TOTAL | | | 52,542.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 52,562.00 |

53

FNK 7782 0449

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia                    FACTURA  "0002
Ruc.0000014075867522
Nit.900066544-3                                          MARCA.GOLDI
Condiciones de Pago:                    FECHA.29/09/2010
CREDITO

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 834 | GWM-45TF/A | LAVADORAS | 834 | 63 | 52,542.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 834 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 52,542.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 52,562.00 |

FNK 7782 0450

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia          FACTURA  ''0003
Ruc.0000014075867522
Nit.900066544-3                                      MARCA.GOLDI
Condiciones de Pago:              FECHA.07/10/2010
CREDITO

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 536 | GLD-12CS/BK1 | AIRES ACONDICIONADOS | 268 | 165 | 44,220.00 |
| 532 | GLD-12CS/BK2 | AIRES ACONDICIONADOS | 266 | 160 | 42,560.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 1068 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 86,780.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 86,800.00 |

FNK 7782 0451