# GOLDI ELECTRONIC S.A.

FRANCE FIELD MANZANA 6AA
TEL. 6386 4896

Nombre: Electro Genezi E.U.
Dirección: Maicao La Guajira/Colombia    FACTURA ''0004
Ruc.0000014075867522
Nit.900066544-3                          MARCA.GOLDI
Condiciones de Pago:                FECHA.07/10/2010
CREDITO

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 620 | GLD-09CS/BK2 | AIRES ACONDICIONADOS | 310 | 150 | 46,500.00 |
| 620 | GLD-09CS/H1 | AIRES ACONDICIONADOS | 310 | 150 | 46,500.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1240 | | | | | |
| | | SUB.TOTAL | | | 93,000.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 93,020.00 |

FNK 7782 0452

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia                    FACTURA  "0005
Ruc.0000014075867522
Nit.900066544-3                                          MARCA.GOLDI
Condiciones de Pago:                     FECHA.11/10/2010
CREDITO

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|-----------|-------------|-----|-----|-------|
| 440 | GLD-18CS/BK2 | AIRES ACONDICIONADOS | 220 | 218 | 47,960.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 440 | | | | | |
| | | SUB.TOTAL | | | 47,960.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 47,980.00 |

FNK 7782 0453

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.
Dirección: Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

CBARCO-CLARA E.
FACTURA  "0007

MARCA.GOLDI
FECHA.13/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 444 | GWM-68TF/E | LAVADORAS | 444 | 53 | 23,532.00 |
| 3 | GWM-68TF/E | REPUESTOS DE | 3 | 0 | S.V.C. |
|  |  | LAVADORAS |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 447 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 23,532.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 23,552.00 |

FNK 7782 0454

# GOLDI ELECTRONIC S.A.

FRANCE FIELD MANZANA 90A.
TEL. 6046-7770

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA  ''0008

MARCA.GOLDI

FECHA.12/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 344 | GWM-80TF/B | LAVADORAS | 344 | 58 | 19,952.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 344 | | | | | |
| | | SUB.TOTAL | | | 19,952.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 19,972.00 |

.... l la granedad del juramento con la
... . ... el pio de esta decla ación, que
.. n . nda una de los datos expresados en
.. da fecha ... n verules y verdaderos, y que la
... total declerada es la misma en que se ha
vendido la mercancía.

FNK 7782 0455

# GOLDI ELECTRONIC S.A.

CENTRO MERIDIO MANZANA 6AA
TEL. (928-0250)

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

BARCO—CANDELA
FACTURA  "0009

MARCA.GOLD1

FECHA.14/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|------------|-------------|-----|-----|-------|
| 428 | GWM-68TF/B | LAVADORAS | 428 | 53 | 22,684.00 |
| 214 | GWM-68TF/C | LAVADORAS | 214 | 53 | 11,342.00 |
| 2 | GWM-68TF/C | REPUESTOS DE | 2 | 0 | S.V.C. |
|  |  | LAVADORAS |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 644 |  |  |  |  |  |
|  |  | SUB.TOTAL |  |  | 34,026.00 |
|  |  | SALIDA |  |  | 20.00 |
|  |  | TOTAL |  |  | 34,046.00 |

FNK 7782 0456

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.
Dirección: Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

FACTURA  "0010

MARCA.GOLDI

FECHA.14/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 214 | GWM-68TF/C | LAVADORAS | 214 | 53 | 11,342.00 |
| 3 | GWM-68TF/C | REPUESTOS | 3 | 0 | S.V.C. |
| | | DE LAVADORAS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 217 | | | | | |
| | | SUB.TOTAL | | | 11,342.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 11,362.00 |

FNK 7782 0457

# GOLDI ELECTRONIC S.A.

FRANCE FIELD MANZANA 63A
TEL. 6616-2000

Nombre: Electro Genezi E.U.
Dirección:Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

BARCO.LEDA ISABEL
FACTURA ''0011

MARCA.GOLDI
FECHA.20/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 540 | GLD-12CS/H1 | AIRES ACONDICIONADOS | 270 | 160 | 43,200.00 |
| 540 | GLD-12CS/H1 | AIRES ACONDICIONADOS | 270 | 160 | 43,200.00 |
| 540 | GLD-12CS/H1 | AIRES ACONDICIONADOS | 270 | 160 | 43,200.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1620 | | | | | |
| | | SUB.TOTAL | | | 129,600.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 129,620.00 |

Consta bajo la gravedad del juramento con la
firma puesta al pie de esta declaración, que
todos y cada uno de los datos expresados en
esta factura son exactos y verdaderos, y que la
suma total declarada es la misma en que se ha
vendido la mercancía.

62

FNK 7782 0458

# GOLDI ELECTRONIC S.A.

Nombre: Electro Genezi E.U.

Dirección:Maicao La Guajira/Colombia

Ruc.0000014075867522

Nit.900066544-3

Condiciones de Pago:

CREDITO

BARCO.BORELI

FACTURA    '0012

MARCA.GOLDI

FECHA.20/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|-------|-----------|-------------|-----|-----|-------|
| 536 | GLD-12CS/H2 | AIRES ACONDICIONADOS | 268 | 155,00 | 41,540.00 |
| 536 | GLD-12CS/H2 | AIRES ACONDICIONADOS | 268 | 155,00 | 41,540.00 |
| 536 | GLD-12CS/H2 | AIRES ACONDICIONADOS | 268 | 155,00 | 41,540.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1608 | | | | | |
| | | SUB.TOTAL | | | 124,620.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 124,640.00 |

FNK 7782 0459

# GOLDI ELECTRONIC S.A.

### FRANCE FIELD MANZANA 03A
### TEL. 6616-2250

Nombre: Electro Genezi E.U.
Dirección: Maicao La Guajira/Colombia
Ruc.0000014075867522
Nit.900066544-3
Condiciones de Pago:
CREDITO

BARCO.NATALIA
FACTURA    '0013

MARCA.GOLDI
FECHA.25/10/2010

| BULTO | REFERENCIA | DESCRIPCIÓN | SET | P/U | TOTAL |
|---|---|---|---|---|---|
| 290 | GLD-24CS/BK2 | AIRES ACONDICIONADOS | 145 | 305.00 | 44,225.00 |
| 620 | GLD-09CS/BK1 | AIRES ACONDICIONADOS | 310 | 153.00 | 47,430.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 910 | | | | | |
| | | SUB.TOTAL | | | 91,655.00 |
| | | SALIDA | | | 20.00 |
| | | TOTAL | | | 91,675.00 |

FNK 7782 0460

# GOLDI ELECTRONICS, S.A.

FRANCE FIELD MANZANA 01A
EMAIL:goldipanama@hotmail.com

Nombre: ELECTRO GENEZI, S.A.
Dirección: MAICAO, COLOMBIA            FACTURA  0016
Fecha: 9/11/2010

| ORDEN | KILOS | REFERENCIA | DESCRIPCION | SET | P/U | TOTAL |
|---|---|---|---|---|---|---|
| 150 | 5850 | GLD-24C5/H2 | AIRES ACONDICINADO | 75 | 300.00 | 22,500.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 150 | 5850 | | | | | |
| | | | SUB TOTAL | | | 22,500.00 |
| | | | FLETE | | | |
| | | | SALIDA Y SELLO | | | 0.00 |
| | | | GASTOS DE TRANSPORTE | | | 20.00 |
| | | | TOTAL | | | 22,520.00 |
| | | | | | | |
| | | | | | | |

65                                                                 FNK 7782 0461

# EXHIBIT

# H

FNK 7782 0462

Privileged & Confidential
Joint Defense Information



New Line Exchange Trust Company S.A.L
Capital : 250.000.000 L.L.   L.N.B.C 679

## Purchase Invoice

No.   0008                                    Date :   24/06/2008

Customer : MR HASSAN AYASH

| Account | Name | Cur | Ref | Qty | Op | Rate | USD Amount | Value Date | Narration |
|---------|------|-----|-----|-----|-----|------|-----------|-----------|-----------|
| 33103001 | Cash Euro نقد | EUR | | 1,250,000.00 | ٩ | 1.560000 | 1,950,000.00 | 24/06/2008 | دولار 1250000 |
| | | | | | | Total: | 1,950,000.00 | | |

One Million Nine Hundred Fifty Thousand  USD Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---------------|-----------|--------------|------------|
| *(signature)* | | | |

Ras Beirut, Caràcas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

H.A.E.C.                                    Debiting  A/C : 33910168/0/01
Hassan Ayash Exchange Co.          S A L E      NEW LINE EXCH.TRUST COMPA
Exchange List No. : 623
RAS - Beirut                          Doc. : _ 1750
Mne Cury Str.
Fying Bristol Hotel
T. : 01/751526,01/736819          [ Page : 1/1 ]   [Date : 25/06/08 Time: 10:07:35]
F. : 01/751527                                     [Value: 25/06/08]Opr : [MAN]

| Cr.A/Cs | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD) |
|---------|---------------|----------|--------|------|-------------|
| 33910168 0 | NEW LINE EXCH.T | Euro | 1250,000.00 | 1.560000 | 1,950,000.00 |

U. Dollar. one million nine hundred fifty                    Total ...    1,950,000.00
th sand only.                               67              Charges..        000593
                                                            N e t ...    1,950,000.00   FNK 77023463

Privileged & Confidential
Joint Defense Information



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000 L.L.   L.N.B.C 679

## Purchase Invoice

No. 00009                                Date : 26/06/2008

Customer : MR HASSAN AYASH

| Account | Name | Cur | Ref | Qty | Op | Rate | USD Amount | Value Date | Narration |
|---|---|---|---|---|---|---|---|---|---|
| 53103001 | Cash Euro | EUR | 1766 | 2,500,000.00 | $ | 1.557500 | 3,893,750.00 | 26/06/2008 | 1.5575 شراء يورو سبر |
| | | | | | | Total: | 3,893,750.00 | | |

Three Million Eight Hundred Ninety Three Thousand Seven Hundred Fifty  USD Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---|---|---|---|
| | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-rnail: newline.exchange@hotmail.com

H.A.E.C.
Hassan Ayash Exchange Co.
Exchange List No. : 623
RAS - Beirut
Mne Cury Str.
Fng Bristol Hotel
Tl : 01/751,526 01/736819
FAX : 01/751527

S A L E
Doc. : 1766

[ Page : 1/1 ]

Debiting A/C : 33910168/0/01
NEW LINE EXCH.TRUST COMPA

[Date : 26/06/08 Time : 10:16:26]
[Value: 26/06/08]Opr.: [MAN]

| Cr.A/Cs | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD ) |
|---|---|---|---|---|---|
| 33910168 0 | NEW LINE EXCH.T | Euro | 2500,000.00 | 1.557500 | 3893,750.00 |

U. Dollar. three million eight hundred ninety
three thousand seven hundred fifty only.

Total ... 3893,750.00
000594
Charges ..
N e t ... 3893,750.00   FNK 73874464

Privileged & Confidential
Joint Defense Information

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000 L.L.   L.R.B.C 679

## Exchange Sales Contract

No.   0010                                    Date :   12/7/2008

Sold To : MR HASSAN AYASH

| Account | Name | Cur | Ref | USD Amount Sold | Op | Rate | Qty | Value Date | Narration |
|---|---|---|---|---|---|---|---|---|---|
| 41110047 | Mr Hassan Ayash Sweden | SKR | 4946 | 580.43 | * | 6.0300 | 3,500.00 | 12/07/2008 | SALE |
| 41110048 | Mr Hassan Ayash Denmark | DMK | 4946 | 978.95 | * | 4.7500 | 4,650.00 | 12/07/2008 | SALE |
| 41110049 | Mr Hassan Ayash Swiss | SWF | 4946 | 3,592.23 | * | 1.0300000 | 3,700.00 | 12/07/2008 | SALE |
| 41110050 | Mr Hassan Ayash Norvege | NKR | 4946 | 214.43 | * | 5.12990 | 1,100.00 | 12/07/2008 | SALE |
| 41110051 | Mr Hassan Ayash Kuwait | KUD | 4946 | 6,278.26 | / | 3.76000 | 1,669.75 | 12/07/2008 | SALE |
| 41110052 | Mr Hassan Ayash Saudi | SAR | 4946 | 18,981.09 | * | 3.7540 | 71,255.00 | 12/07/2008 | SALE |
| 41110053 | Mr Hassan Ayash Emirates | DRI | 4946 | 11,935.36 | * | 3.67647 | 43,879.99 | 12/07/2008 | SALE |
| 41110054 | Mr Hassan Ayash Jordanian | JRD | 4946 | 1,740.80 | * | 0.71174 | 1,239.00 | 12/07/2008 | SALE |
| 41110055 | Mr Hassan Ayash Qatar | QTR | 4946 | 8,258.38 | * | 3.64963 | 30,140.03 | 12/07/2008 | SALE |
| | | | **Total:** | 52,559.93 | | | | | |

Fifty Two Thousand Five Hundred Fifty Nine  USD  and  93/100 Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---|---|---|---|
| | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

N.L.E.C
Hassan Ayash Exchange Co.                    PURCHASE                    Crediting A/C : 33910168/0/01
Exchange List No. : 623                                                 NEW LINE EXCH. TRUST COMPA
RAS   Beirut                                 Doc. : 4946
Hne Cvev Str.
F sing Bristol Hotel                         [ Page : 1/1 ]
Tel : 01/751526.01/736812                                               [Date : 12/07/08 Time: 10:58:39]
FAX : 01/751527                                                          [Value: 12/07/08]Opr.: [MAN]

| Db.A/Cs | Desc./Acc.Name | Currency | Amount | Rate | Value (USD) |
|---|---|---|---|---|---|
| 50110000 | 0 | CASH | Sweden Kro | 3,500.00 | 6.030000 | 580.43 |
| 50110000 | 0 | CASH | Denmark K | 4,650.00 | 4.750000 | 978.95 |
| 50110000 | 0 | CASH | Swiss Fran | 3,700.00 | 1.030000 | 3,592.23 |
| 50110000 | 0 | CASH | Norwage Kr | 1,100.00 | 5.129200 | 214.43 |
| 50110000 | 0 | CASH | Kuwait Din | 1,669.75 | 3.760000 | 6,278.26 |
| 50110000 | 0 | CASH | Saudi Riya | 71,255.00 | 3.754000 | 18,981.09 |
| 50110000 | 0 | CASH | Emirate D | 43,880.00 | .372000 | 11,935.36 |
| 50110000 | 0 | CASH | Jordanian | 1,239.00 | 1.405000 | 1,740.80 |
| 50110000 | 0 | CASH | Qatari Riy | 30,140.00 | .274000 | 8,258.36 |
| 623.0000 | 0 | COMMISSION PAID | U.S. Dolla | .02 | 1.000000 | .02 |

U.S. Dollar. Fifty two thousand five hundred sixty
o ly.                                                  Total ...        52,560.00
                                                       Charges..
                                      69               N e t ...       52,560.00

000595
FNK 7782 0465

Privileged & Confidential
Joint Defense Information



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000 L.L.    L.N.B.C 679

# Exchange Sales Contract

No.   0011                                           Date :   12/7/2008

Sold To : MR HASSAN AYASH

| Account | Name | Cur | Ref | USD Amount Sold | Op | Rate | Qty | Value Data | Narration |
|---|---|---|---|---|---|---|---|---|---|
| 41110052 | Mr Hassan Ayash Saudi | SAR | 4973 | 10,642.25 | * | 3.7540 | 39,951.01 | 12/07/2008 | SALE |
| 41110053 | Mr Hassan Ayash Emirates | DRI | 4973 | 9,279.28 | * | 3.67647 | 34,114.99 | 12/07/2008 | SALE |
| 41110055 | Mr Hassan Ayash Qatar | QTR | 4973 | 13,398.62 | * | 3.64963 | 48,900.01 | 12/07/2008 | SALE |
|  |  |  | **Total:** | **33,320.15** |  |  |  |  |  |

Thirty Three Thousand Three Hundred Twenty USD  and 15/100 Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---|---|---|---|
|  |  |  |  |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

---

H . A . E . Co .
Hassan Ayash Exchange Co .
Exchange List No . . 623
RAS    Beirut .
. . Cura Str .
. cing Bristol Hotel
T . : 01/751526,01/756819
FAX : 01/751527

PURCHASE

Doc . : . . 4973

[ Page : 1/1 ]

Crediting A/C : 33210168/0/01 :

NEW LINE EXCH.TRUST COMPA

[Data : 12/07/08 Time: 13:47:37]
[Value: 12/07/08]Opr.: [MAN]

| Db.A/Cs | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD ) |
|---|---|---|---|---|---|
| 50110000 | 0 CASH | Saudi Riya | 39,951.00 | 3.754000 | 10,642.25 |
| 50110000 | 0 CASH | Emirates D | 34,115.00 | .272000 | 9,279.28 |
| 50110000 | 0 CASH | Qatari Riy | 48,900.00 | .274000 | 13,398.60 |

U . . dollar. thirty three thousand three hundred
twenty only .

Total . . . 33,320.15
Charges.. 000596 . 15
N e t . . . FNK 7782 0466 320 . 00

70

# EXHIBIT

# I

FNK 7782 0467

Joseph RABBAA
Sworn translator
Beirut – Adlich – Damascus Street – Timani Bldg
Tel. 03 277 651    Tel./Fax : 01 425 465

جوزف رباع
مترجم محلّف
بيروت - العدلية - طريق الشام - بناية تيماني

Bank of Lebanon
Central Council
203/cc/17

Beirut, April 19, 2008

Att. to Messrs

Ziad Mohamad Youssef
Ismail Mohamad Youssef
Ziad Fawzi Hbeich

Subject:      Establishing of an exchange company, category (A)
Reference:   Your letter dated January 16, 2008

Referring to the above-mentioned subject and reference we inform you that the Central Council, in its meeting held April 16, 2008, has taken the following resolution no. 29/10/08:

1st :   Messrs  Ziad Mohamad Youssef, Ismail Mohamad Youssef and Ziad Fawzi Hbeich will be authorized to establish an exchange company, of category A, under the name of "New Line Exchange Trust Company SAL" with a capital of /250.000.000/ Lebanese Pounds.

2nd :   The founders will be granted a period of six months beginning from the notification date concerning the authorization to deposit the capital of the company at the Bank of Lebanon and to finish in the legal way all the foundation formalities under pain of losing the authorization by the law.

We send back to you a copy of the main statutes of the "New Line Exchange Trust Company SAL", signed by the directorate of legal affairs at the Bank of Lebanon.

Sincerely
The Governor of Bank of Lebanon

Riyad Salameh
(Signature and seal)

Certified copy by the commercial register in Beirut in May 15, 2008 (signed: Youssef Yassine)

72

FNK 7782 0468

أ مَصرِف لبنان
المجلس المركزي
٢٠٣ م/١٧ م

بيروت ، في ١٩ نيسان ٨

جانب السادة:

زياد محمد يوسف
اسماعيل محمد يوسف
زياد فوزي حبيش

الموضوع: تأسيس شركة صرافة فئة (أ).
المرجع: كتابكم تاريخ ٢٠٠٨/١/٢٨.

بالإشارة إلى الموضوع والمرجع المبينين أعلاه ، نفيدكم أن المجلس المركزي المنعقد بتاريخ ٢٠٠٨/٤/١٦ ، أتخذ القرار رقم ٠٨/١٠/٢٩ التالي:

أولاً: الترخيص للسادة زياد محمد يوسف واسماعيل محمد يوسف وزياد فوزي حبيش بتأسيس شركة صرافة فئة (أ) تحت اسم " شركة بيو لاين أكس شاينج ترست كومباني ش.م.ل " برأسمال قدره /٢٥٠،٠٠٠،٠٠٠/ل.ل، (مايتين وخمسين مليون ليرة لبنانية).

ثانياً: يعطى المؤسسون مهلة ستة اشهر من تاريخ الترخيص لإيداع رأسمال الشركة لدى مصرف لبنان ولإتمام جميع معاملات التأسيس على الوجه القانوني تحت طائلة سقوط الترخيص حكماً.

نعيد إليكم ربطاً بنسخة عن النظام الأساسي لـ " شركة بيو لاين أكس شاينج ترست كومباني ش.م.ل، " مؤشراً عليها من قبل مديرية الشؤون القانونية لدى مصرف لبنان.

وتفضلوا بقبول الاحترام
حاكم مصرف لبنان

رياض توفيق سلامه



❖ نسخة إلى لجنة الرقابة على المصارف.
❖ نسخة إلى مديرية الشؤون القانونية.
❖ نسخة إلى مديرية الأسواق المالية.

# EXHIBIT

# J

FNK 7782 0470

Privileged & Confidential
Joint Defense Information

Bank of Lebanon
Bank of Lebanon Street

List of names of the associates who have paid the whole amount of their
participation in the capital of the "New Line Exchange Trust Company SAL"
which reaches two hundred fifty million Lebanese Pounds, distributed on one
thousand shares of 250.000 LP each on the 29th of April 2008.

| Associates' names | Number of shares for each | Paid Sum |
|---|---|---|
| Ziad Mohamad Youssef | 400 | 100.000.000 LP |
| Ziad Fawzi Hbeich | 300 | 75.000.000 LP |
| Ismail Mohamad Youssef | 300 | 75.000.000 LP |
| Total | 1000 | 250.000.000 LP |

Bank of Lebanon

Kamel Kassab
(Signature and seal)

Certified copy by the commercial register in Beirut in May 15, 2008 (signed: Youssef Yassine)

True translation of the Arabic copy of the document. April 25, 2012.



FNK 7782 0471

Privileged & Confidential
Joint Defense Information



# مصرف لبنان

شارع مصرف لبنان - بيروت - الجمهورية اللبنانية

لائحة بأسماء السادة المساهمين الذين سددوا كامل قيمة إكتتابهم في رأسمال شركة " نيو لاين اكس شيانج ترست كومباني ش.م.ل. " (قيد التأسيس) البالغ مايتان وخمسون مليون ليرة لبنانية موزعاً على /١٠٠٠/ سهم اسمي قيمة السهم الواحد /٢٥٠,٠٠٠/ل.ل. بتاريخ ٢٠٠٨/٤/٢٩.

| أسماء المساهمين السادة | عدد الأسهم المكتتب بها | المبلغ المدفوع ل.ل. |
|---|---|---|
| - زياد محمد يوسف | ٤٠٠ | ١٠٠,٠٠٠,٠٠٠ |
| - زياد فوزي حبيش | ٣٠٠ | ٧٥,٠٠٠,٠٠٠ |
| - اسماعيل محمد يوسف | ٣٠٠ | ٧٥,٠٠٠,٠٠٠ |
| المجموع | ١٠٠٠ | ٢٥٠,٠٠٠,٠٠٠ |

صورة طبق الأصل
بيروت في ١٥ ٢٠٠٨
رئيس القلم

مصرف لبنان

كامل خصاب

صورة طبق الأصل
بيروت في ٧ ٢٠٠٨
رئيس القلم

76

FNK 7782 0472

# EXHIBIT

# K

FNK 7782 0473

Privileged & Confidential
Joint Defense Information

JOSEPH RABBAA   جوزف الرباع
مترجم محلف – معتمد من السفارة الالمانية
Sworn Translator
Beirut /Adlieh – Damascus Road – Timani Bldg. - Tel/Fax:  01 425 465 – 03 277 651

Lebanese Republic
Ministry of Justice

## Certificate of registration
## of a commercial company

The head of office of the civil first instance court in Beirut (Commercial Register) certifies hereby, that the commercial company known under the name of
   **"NEW LINE EXCHANGE TRUST COMPANY S.A.L."**
has been registered in May 7, 2008 at the Commercial Register in Beirut under no. 1008128  C. R. according to the articles 26 and 49 of the Commercial Code.

Therefore the present certificate has been delivered upon request of **Mr. Ziad Fawzi Hbeich**, to serve as a legal document where need be.

Certified copy of the original
Beirut, May 15, 2008

The register officer (Signed: Youssef Yassine)

**True translation of the Arabic document, April 25, 2012.**

001462
FNK 7782 0474

Privileged & Confidential
Joint Defense Information

نيو لاين اكس شاينج ترست كومباني ش.م.ل.

**NEW LINE EXCHANGE TRUST COMPANY S.A.L.**

شــــهـــــــــــادة
تسجيل شركة تجارية

ان رئيس محكمة الدرجة الاولى المدنية في بيروت والسجل التجاري يثبت ان الشركة
التجارية المعروفة باسم شركة نيو لاين اكس شاينج ترست كومباني ش.م.ل.



**NEW LINE EXCHANGE TRUST COMPANY S.A.L.**

قد تقيدت بتاريخ ٧ ـ أيار ٢٠٠٨ في سجل التجارة المخصوص في بيروت تحت رقم ١٠٨٨٦٨/
وفقاً للمادتين ٢٦ و ٤٩ من قانون التجارة .

وعليه قد اعطيت هذه الشهادة بناء لطلب المحامي زياد فوزي حبيش ليعمل بها حسب
المقتضى القانوني .

بيروت في



001463
FNK 7782 0475

# EXHIBIT

# L

FNK 7782 0476

Privileged & Confidential
Joint Defense Information

**Joseph RABBAA**
Sworn translator
Beirut -- Adlieh -- Damascus Street -- Timani Bldg
Tel : 01 425 465 – 03 277 651

جوزف رباع
مترجم محلف
بيروت ـ العدلية ـ طريق الشام ـ بناية تيماني

## Commercial Circular

Dear Sirs

We have the honor to inform you, that we have founded a Lebanese joint-stock company under the name of:

**New Line Exchange Trust Company s.a.l.**

**Commercial Register No. /1008128/ Beirut**
**Capital of the company:** Two Hundred fifty million Lebanese Pounds fully
paid.
**Duration:** Ninety nine years
**Head office:** Beirut, ground-floor, the real estate No. 2901 in Ras Beirut region

**Object of the company:** It undertakes all kind of exchange operations, buying and selling foreign currency besides Lebanese Pounds or any other foreign currency, in bank-notes or coins, buying and selling metal bars, transfers and tourist checks

**Person authorized to sign:** Mr. Ziad Mohamad Youssef, manager of the company, is authorized to sign jointly and individually on behalf of it.

Sincerely yours

Mr. Ziad Mohamad Youssef signs as following: (............)

Signed: Ziad Mohamad Youssef

Certified copy, May 15, 2008 by the officer of the Commercial Register in Beirut (signed: Youssef Yassine)

True and correct translation of the Arabic document on April 24, 2012.



FNK 7782 0477

Privileged & Confidential
Joint Defense Information

نيو لاين اكس شاينج ترست كومباني ش.م.ل.

## NEW LINE EXCHANGE TRUST COMPANY S.A.L

إذاعــة تجـاريّــة

حضرة السادة:
نتشرّف بإعلامكم أنّنا أسّسنا شركة مساهمة لبنانيّة تحت اسم وعنوان :

نيو لاين اكس شاينج ترست كومباني ش.م.ل.
## NEW LINE EXCHANGE TRUST COMPANY S.A.L

| | |
|---|---|
| س.ت. رقـم : | /١،٨٦،٨٠٠،٠٠٠ بيروت |
| رأســمالـهـا : | مائتان وخمسون مليون ليرة لبنانيّة مدفوع بكامله. |
| مـــدّتهـا : | تسعينيّة وتسعون سنة ( ٩٩ سنة ) |
| مـركــزهــا : | بيروت، في الطابق الأرضي من البناء القائم على العقار رقم ٢٩٠١ من منطقة رأس بيروت العقارية |
| بــوضـوعها : | القيام بكافة أعمال الصرافة وشراء وبيع العملات الأجنبية مقابل أي عملة أجنبية أخرى أو مقابل العملة اللبنانية ، أوراق نقدية كانت أم قطعاً معدنية ، وشراء وبيع القطع والسبائك المعدنية والمسكوكات والتجاويل والشيكات السياحية |

المفوّض بالتوقيع : يدير الشركة ويوقّع عنها بالإتحاد والإنفراد رئيس مجلس إدارتهـا السيّد زياد محمد يوسف

آملين أن تمنحونا ثقتكم الغالية، يتفضّلوا بقبول الإحترام.

وتفضّلوا بقبول الإحترام

السيد زياد محمد يوسف يوقّع هكذا :

# EXHIBIT

# M

FNK 7782 0479

New Line Exchange Trust Company S.A.L.
Cr.Nr : 256.000.500 .L.L.
L.R.B.C 679

**Purchase Invoice**

No. 00009

Date : 26/06/2008

Customer : MR HASSAN AYASH

| Account | Name | Cur | Ref | Qty | Op | Rate | USD Amount | Value Date | Narration |
|---------|------|-----|-----|-----|-----|------|-----------|------------|-----------|
| 53105001 | Cash Euro | EUR | 1766 | 2,500,000.00 | • | 1.5575.00 | 3,893,750.00 | 26/06/2008 | 1.5575 اليورو مقابل الدولار |
| | | | | | Total | | 3,893,750.00 | | |

Three Million Eight Hundred Ninety Three Thousand Seven Hundred Fifty USD Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---------------|-----------|--------------|------------|
| | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744908/809, Fax: +961 1 744910
e-mail: newline.exchange@hotmail.com

84

FNK 7782 0480

Hassan Ayash Exchange Co.
Exchange List No. : 623
RAS - Beirut
Mmm _Cury Str.
F_  ng Bristol Hotel
T_ : 01/751526.01/736819
FAX : 01/751527

[ Page : 1/1 ]

S A L E

Doc. : _ 1766

Debiting A/C : 33910168/0/01
NEW LINE EXCH.TRUST COMPA

[Date : 26/06/08 Time: 10:16:25]
[Value: 26/06/08]Opr.: [MAN]

| Cr.A/Cs | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD ) |
|---|---|---|---|---|---|
| 33910168[0]NEW LINE EXCH.T | Euro | | 2500,000.00 | 1.557500| | 3893,750.00 |

| | | |
|---|---|---|
| Total : | | 3893,750.00 |
| Charges : | | |
| N e t : | | 3893,750.00 |

U._ Dollar , three million eight hundred ninety
three thousand seven hundred fifty only.

This system is designed & developed by "Management Computer Consultants - MCC .

FNK 7782 0481

**New Line Exchange Trust Company S.A.L.**
Capital: 2,250,000,000 L.L.   C.R.B.C. 675

**Purchase Invoice**

No.  0008

Date : **24/06/2008**

Customer : MR HASSAN AYASH

| Account | Name | Cur | Ref | Qty | Op | Rate | USD Amount | Value Date | Narrative |
|---------|------|-----|-----|-----|-----|------|-----------|-----------|-----------|
| 53103001 | Cash Euro | EUR | | 1,250,000.00 | - | 1.560000 | 1,950,000.00 | 24/06/2008 | اورو 1250000 |
| | | | | | | **Total** | **1,950,000.00** | | |

One Million Nine Hundred Fifty Thousand USD Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---------------|-----------|--------------|------------|
| Weswaddlen | | | |

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0482

```
Hassan Ayash Exchange Co.
Exchange List No. : 625

Debiting A/C : 33910168/0/00.
[ S A L E ]                      NEW LINE EXCH.TRUST COMPA
Doc. : 1750

RAS - Beirut
Mne Curry Str.
- ing Bristol Hotel            [ Page : 1/1 ]
T : 01/751526,01/736819
F : 01/751527
                               [Date : 25/06/08 Time : 10:07:35]
                               [Value: 25/06/08 Opr. : [MAN]
```

| Cr. A/Cs | Dsc./Acc. Name | Currency | Amount | Rate | Value (USD ) |
|---|---|---|---|---|---|
| 33910168/0 | NEW LINE EXCH.T | Euro | 1250,000.00 | 1.560000 | 1950,000.00 |

```
U. Dollar. One million nine hundred fifty
th. sand only.
```

|  |  |  |  | Total | 1950,000.00 |
|---|---|---|---|---|---|
|  |  |  |  | Charges : |  |
|  |  |  |  | N e t : | 1950,000.00 |

This system is designed & developed by Management Computer Consultants - MCC .

FNK 7782 0483

New Line Exchange Trust Company S.A.L
Capital : 250.000.000 L.L    C.N.3.C 679

# Exchange Sales Contract

No. 0019                                Date : 28/7/2008

Sold To : MECAJTAP EXCHANGE CO,

| Account | Name | Cur | Ref | USD Amount Sold | Op | Rate | Qty | Value Date | Narrdion |
|---------|------|-----|-----|-----------------|----|------|-----|-----------|----------|
| 43110117 | Mecatjaf Exchange S.a.l | SYP | | 920,526.03 | - | 45.625000 | 41,999,000 | 28/07/2008 | SALE SYP |
| | | | Total: | 920,526.03 | | | | | |

Nine Hundred Twenty Thousand Five Hundred Twenty Six USD and 03/100 Only

POSTED

PREPARED BY :              CASHIER :              MANAGEMENT :              CUSTOMER :

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744608/609, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

88                                        FNK 7782 0484



# MECATTAF S.A.L.
BEIRUT - LEBANON

**PURCHASE**

CODE   : UE23
NAME   : New Line Exchange Trust Company SAl

NO #   : 23195
DATE   : 28-07-2008

| CURRENCY | | QUANTITY | RATE | AMOUNT IN $ |
|---|---|---|---|---|
| SYRIEN POUND | CSH   IN USD | 41999000.00 | 45.625000 | 920526.05 |

FICHE :   140950

TOTAL IN $ :   920,526.05

CAPITAL : L.P. 2.500.000.000 FULLY PAID - R.C.B. 43270

89

FNK 7782 0485



**New Line Exchange Trust Company SAL**
Capital: 250,000,000 L.L. — C.R.S.C. 679

**Exchange Purchase Contract**

No. 00005

Date : 30/6/2008

Bought From : MR. MECATTAF

| Account | Name | Cur | Ref | USD Amount Bought | Op | Rate | Qty | Value Date | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 41110009 | شركة الميكاتف ش.م.ل | EUR | | 8,042,700.00 | / | 1,577000 | 5,100,000.00 | 30/06/2008 | EXCHANGE |
| | | | Total: | 8,042,700.00 | | | | | |

Eight Million Forty Two Thousand Seven Hundred USD Only

PREPARED BY :        CASHIER :        MANAGEMENT :        CUSTOMER :

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

90

FNK 7782 0486

# MECATTAF S.A.L.

BEIRUT - LE.              ON

CODE  : 0123
NAME  : New Line Exchange Trust Company SAI

PURCHASE / POSITION

NO   #      : 21089
DATE # : 30-06-2008

| CURRENCY | | QUANTITY | RATE | AMOUNT IN $ |
|---|---|---|---|---|
| EURO CHQS | CHQ  IN USD | 5100000.00 | 1.577000 | 8042700.00 |
|  | IN EURO | 5100000.00 | 1.577000 |  |

TOTAL IN $ :

8,042,700.00
Value Date

FICHE :   137570

CAPITAL : L.P. 2.500.000.000 FULLY PAID - R.C.B. 43270

FNK 7782 0487



# MECATAF S.A.L.

BEIRUT - LEBANON

DEPOSIT

NO # : 7055
DATE : 17-07-2009

CODE  : 0123
NAME  : New Line Exchange Trust Company SAL

| CURRENCY | | QUANTITY |
|---|---|---|
| EURO | | 100,000.000 |
| | IN EURO | 100,000.000 |

PLEASE NOTE WE ARE CREDITING YOUR ACCOUNT
AS DETAILED

100000E
FICHE # 492886

CAPITAL : L.P. 2,500,000,000 FULLY PAID - R.C.B. 43270

FNK 7782 0488

# MECATAF S.A.L.
BEIRUT - LEBANON

| CODE | : 0123 | | SALE / POSITION | NO   # | : 3365 |
|------|--------|--|-----------------|--------|--------|
| NAME | : New Line Exchange Trust Company SAI | | | DATE | : 14-07-2009 |

| CURRENCY | | QUANTITY | RATE | AMOUNT IN $ |
|----------|--|----------|------|-------------|
| EURO CHQS | | | | |
| CHQ | IN USD | 90950.00 | 1.400000 | 127330.00 |
| | IN EURO | 90950.00 | 1.400000 | |

TOTAL IN $ :   127,330.00
Value Date

FICHE :   174416

CAPITAL : L.P. 2.500.000.000 FULLY PAID - R.C.B. 43270

FNK 7782 0489



# MECATTAF S.A.L.
BEIRUT - LEBANON

كتب نقد و صرافة

CODE    : 0123
NAME    : New Line Exchange Trust Company SAI

| | | PURCHASE / POSITION | NO # | 6468 |
| | | | DATE : | 03-08-2009 |

| CURRENCY | | QUANTITY | RATE | AMOUNT IN $ |
|---|---|---|---|---|
| EUR CHQS | CHQ | | | |
| | IN USD | 122850.00 | 1.426000 | 175184.10 |
| | IN EURO | 122850.00 | 1.426000 | |

TOTAL IN $ :     175,184.10
Value Date

FICHE : 176891

CAPITAL: L.P. 2,500,000,000 FULLY PAID - R.C.B. 43270

٦٦ شارع المصارف ـ بناية مكتف ـ ١٣٧٧٠: ب.ص بيروت ـ ٩٦١١: فاكس تلكس ٣٠٠٠٠: هاتف ـ لبنان

94                                          FNK 7782 0490

# MECATAF S.A.L.
BEIRUT - LEBANON

ميكاتاف ش.م.ل.

CODE  : 0123
NAME  : New Line Exchange Trust Company SAI

**PURCHASE / POSITION**

NO  #  : 5313
DATE : 20-07-2009

| CURRENCY | | QUANTITY | RATE | AMOUNT IN $ |
|---|---|---|---|---|
| EURO CHQS | CHQ   IN USD | 18040.00 | 1.420000 | |
| | IN EURO | 18040.00 | 1.420000 | 25616.80 |

TOTAL IN $ :   25,616.80
Value Date

FICHE :   175086

CAPITAL : L.P. 2.500.000.000 FULLY PAID - R.C.B. 49270

95

FNK 7782 0491

# MECATAF S.A.L.

BEIRUT - LEBANON

*mm* كي جرّة - ناب

**PURCHASE**

NO #      : 4927
DATE    : 14-07-2009

CODE    : 0123
NAME    : New Line Exchange Trust Company SAI

| CURRENCY | | QUANTITY | RATE | AMOUNT IN $ |
|---|---|---|---|---|
| US DOLLAR | CSH IN USD | 150000.00 | 1.000000 | 150000.00 |
| STERLING POUND | CSH IN USD | 13000.00 | 1.629000 | 21177.00 |

TOTAL IN $ :       171,177.00

٢٦ زب ١٦ .. .بنان . . . . . خلف ائيلمدلب رحتاب ق . بي ١٦٩٢ . . بكش . . . ..بناللم . . . يتا . .......بنانب . .

FICHE :    174469

CAPITAL : L.P 2.500.000.000 FULLY PAID - R.C.B. 43270



# New Line Exchange Trust Company S.A.L.
Capital: 250,000,000 L.L.
C.R.B.C 579

## Exchange Sales Contract

No. 0011

Date: 12/7/2008

Sold To: MR HASSAN AYASH

| Account | Name | Cur | Ref | USD Amount Sold | Opr | Rate | Qty | Value Date | Narration |
|---|---|---|---|---|---|---|---|---|---|
| 41110032 | Mr Hassan Ayash Saudi | SAR | 4975 | 10,642.25 | * | 3.7540 | 39,951.01 | 12/07/2008 | SALE |
| 41110053 | Mr Hassan Ayash Emirates | DXI | 4975 | 9,279.23 | * | 3.67647 | 34,114.99 | 12/07/2008 | SALE |
| 41110055 | Mr Hassan Ayash Qatar | QTR | 4975 | 13,398.62 | * | 3.64963 | 48,900.01 | 12/07/2008 | SALE |
| | | | Total: | 33,320.15 | | | | | |

Thirty Three Thousand Three Hundred Twenty USD and 15/100 Only

PREPARED BY :    CASHIER :    MANAGEMENT :    CUSTOMER :

Ras Beirut, Caracas Street Up :00m to lamb house Tel: +961 1 744806/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0493

FNK 7782 0494

# New Line Exchange Trust Company S.A.L.
Capital : 250,000,000 L.L.    L.R.B.C 575

## Exchange Sales Contract

No.   0010

Date : 12/7/2008

Sold To : MR HASSAN AYASH

| Account | Name | Cur | Ref | USD Amount Sold | Op | Rate | Qty | Value Date | Narration |
|---|---|---|---|---|---|---|---|---|---|
| 41110047 | Mr Hassan Ayash Sweden | SEK 4946 | | 580.43 | * | 6.0300 | 3,500.00 | 12/07/2008 | SALE |
| 41110048 | Mr Hassan Ayash Denemark | DMK 4946 | | 978.95 | * | 4.7500 | 4,650.00 | 12/07/2008 | SALE |
| 41110049 | Mr Hassan Ayash Swiss | SWF 4946 | | 3,592.23 | * | 1.0300000 | 3,700.00 | 12/07/2008 | SALE |
| 41110050 | Mr Hassan Ayash Norwege | NKR 4946 | | 214.43 | * | 5.12990 | 1,100.00 | 12/07/2008 | SALE |
| 41110051 | Mr Hassan Ayash Kuweit | KUD 4946 | | 6,278.26 | / | 3.76000 | 1,669.75 | 12/07/2008 | SALE |
| 41110052 | Mr Hassan Ayash Saudi | SAR 4946 | | 18,981.09 | * | 3.7540 | 71,255.00 | 12/07/2008 | SALE |
| 41110053 | Mr Hassan Ayash Emirates | DRH 4946 | | 11,935.36 | * | 3.67647 | 43,879.99 | 12/07/2008 | SALE |
| 41110054 | Mr Hassan Ayash Jordanian | JRD 4946 | | 1,740.80 | * | 0.71174 | 1,239.00 | 12/07/2008 | SALE |
| 41110055 | Mr Hassan Ayash Qatar | QTR 4946 | | 8,258.33 | * | 3.64963 | 30,140.03 | 12/07/2008 | SALE |
| | | | Total: | 52,559.55 | | | | | |

Fifty Two Thousand Five Hundred Fifty Nine  USD  and  55/100 Only

| PREPARED BY : | CASHIER : | MANAGEMENT : | CUSTOMER : |
|---|---|---|---|

Ras Beirut, Caracas Street Up 100m To Jamb House Tel: +961 1 744808/809 Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0495

H.A.E.C.O.
Hassan Ayash Exchange Co.
Exchange List No. : 623
RAS Beirut
Mme Copy Der.
F.O. Tin, Bristol Hotel
T.L.: 01/751526,01/735619
FAX : 01/731527

PURCHASE
Doc : _4560
Page : 1/1

Crediting a/c : 5501016/6/01
NEW LNG EXCH.TRUST COMP
Date : 12/07/02  Time: 10:50:57
Value: 10/07/02Oper.: IMAD

| Ck.A/Ca | Dsc./Acc.Name | Currency | Amount | Rate | Value (USD) |
|---|---|---|---|---|---|
| 5011000101 | CASH | Sweden Krol | 3,500.00 | 6.030000 | 580.43 |
| 5011000101 | CASH | Denamark N | 4,650.00 | 7.050000 | 378.75 |
| 5011000101 | CASH | Denamark N | 4,750.00 | 4.750000 | 978.95 |
| 5011000101 | CASH | Swiss Fran | 2,700.00 | 6.030000 | 3,502.25 |
| 5011000101 | CASH | Norwage Kr | 1,100.00 | 5.120000 | 248.45 |
| 5011000101 | CASH | Norwage Kr | 1,000.00 | 3.760000 | 3,870.00 |
| 5011000101 | CASH | Kuwait Din | 4,000.00 | 3.760000 | 10,708.00 |
| 5011000101 | CASH | Saudi Ryal | 71,000.00 | 3.750000 | 18,933.33 |
| 5011000101 | CASH | Saudi Ryal | 41,000.00 | 3.750000 | 11,213.00 |
| 5011000101 | CASH | Emirates D | 41,000.00 | .272600 | 940.00 |
| 5011000101 | CASH | Jordanian | 1,000.00 | .405000 | 2,450.00 |
| 5011000101 | CASH | Qatar Riyl | 1,759.00 | .274000 | 640.00 |
| 6251000101 | COMMISSION | Us. Dollar | 30,140.00 | 1.000000 | .00 |

Total :        $2,560.00
Overseas:
Net :          $2,560.00

This system is designed & developed by Management Computer Consultants MCC



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

بيروت في 2010/12/23

حضرة السادة شركة مكتف المحترمين .

تحية طيبة وبعد ....

الرجاء تحويل مبلغ 500,000 (خمسمائة  الف دولار اميركي لا غير  )  الى حسابنا
في البنك اللبناني الكندي   وخصم  المبلغ من  حسابنا  .

تفضلوا بقبول فائق الاحترام

زياد محمد يوسف

New Line Exchange
Trust Co. S.A.L.

101

FNK 7782 0497

23-DEC-2010  03:38   FROM  MECATTAF *CLAUD                 TO  9-01744810            P.01

**M E C A T T A F   S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar,   23-DEC-2010

LEBANESE CANADIAN BANK SAL
DORA BRANCH

Ref :    B15676  New Line

NOT NEGOTIABLE

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account IBAN no.  LB50004430002148470020199000
kindly effect the following payment

Amount    USD   500,000.00          Value Date   28-DEC-2010

US DOLLAR FIVE HUNDRED THOUSAND   ONLY

Pay to :     LEBANESE CANADIAN BANK SAL
SAINT CHARLES BRANCH
BEIRUT LEBANON

Beneficiary:  NEW LINE EXCHANGE TRUST COMPANY

IBAN LB24 0044 2170 1739 0200 2052 2000

For Further
Credit:

By Order:   NEW LINE EXCHANGE TRUST COMPANY

BUSINESS EXCHANGE

NOT NEGOTIABLE

Source Of
Funds:
Benef.Right
Owner:

**MECATTAF S.A.L.**

FNK 7002 0498.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

*aml*

Awkar,   23-DEC-2010

LEBANESE CANADIAN BANK SAL
DORA BRANCH

Ref :   B15676  New Line

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account IBAN no.   LB50004430002148470020199000
kindly effect the following payment

Amount    USD  500,000.00        Value Date   28-DEC-2010

US DOLLAR FIVE HUNDRED THOUSAND  ONLY

Pay to :    LEBANESE CANADIAN BANK SAL
SAINT CHARLES BRANCH
BEIRUT LEBANON

Beneficiary:  NEW LIFE EXCHANGE TRUST COMPANY

IBAN LB24 0044 2170 1799 8200 2052 2000

For Further
Credit:

By Order:  NEW LINE EXCHANGE TRUST COMPANY

BUSINESS EXCHANGE

Source Of
Funds:
Benef.Right
Owner:

**MECATTAF S.A.L.**

103                     FNK 7782 0499

# MECATTAF S.A.L.

BEIRUT - LEBANON

ميكاتف ش.م.ل.
بيروت - لبنان

| | | ORDER/CHEQUE | NO # : | 25877 |
| --- | --- | --- | --- | --- |
| CODE : 0123 | | | DATE : 23-12-2010 | |
| NAME : New Line Exchange Trust Company SAL | | | | |

| REFERENCE | CURR | QUANTITY | LIBELLE | RATE | AMOUNT IN $ |
| --- | --- | --- | --- | --- | --- |
| O  B15676 | USD | 500,000.00 | VT A/C | 1.000000 | 500,000.00 |

CR ACCOUNT 0531
Lebanese Canadian Bank S.l
FICHE :    8874

Value Date   28-12-2010

| | |
| --- | --- |
| TOTAL IN $ : | 500,000.00 |
| CHARGES IN $: | 50.00 |
| GRAND TOTAL IN $ | 500,050.00 |

CAPITAL : L.P 2,500,000,000 FULLY PAID - R.C.B 43270

٥١ دولار أمريكي خمسمائة ألف وخمسون دولار فقط

FNK 7782 0500



New Line Exchange Trust Company S.A.L
Capital : 250.000.000      L.N.B.C  679

بيروت في 14/12/2010

حضرة السادة شركة مكتف المحترمين .

تحية طيبة وبعد ....

الرجاء تحويل مبلغ    1220,000   ( مليون ومائتين وعشرون الف دولار
اميركي لا غير )  على حسابنا في البنك اللبناني الكندي وخصم المبلغ من
حسابنا .

تفضلوا بقبول فائق الاحترام

زياد محمد يوسف

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0501

# EXHIBIT

# N

FNK 7782 0502

ABDUL LATIF FAWAZ

FNK 7782 0503



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 14/03/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 50/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK         : DEUTSCHE BANK TRUST CO.
ADDRESS      : AMERICA – NEW YORK
SWIFT CODE   : BKTRUS33

BANK NAME    : BANK OF BARODA TREASURY BRANCH, MUMBAI
SWIFT        : BARBINBBTSY

BENEFICIARY  : M/S. GLOBAL ENERGY FOOD INDUSTRIES
ACCOUNT #    : CD17827 A/C WITH BANK OF BARODA (W) BRANCH


AMOUNT       : $60,000 (SIXTY THOUSAND USD)

REASON       : PURCHASE OF BISCUIT
BY THE ORDER OF RAMANI DISTRIBUTION CO.


YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.


BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
108                                          FNK 7782 0504

ﺍﻟﺴﺎﺭﺓ NEW LINE EXCHANGE (ﺍﻟﺤﺮ) ﻣﻮﻕ ﺳﻴﻦ

DEUTSCHE BANK TRUST CO.
AMERICA – NEW YORK
SWIFT : BKTRUS33

FOR CREDIT TO :

A/C NO 044 31983 OF BANK OF BARODA
TREASURY BRANCH , MUMBAI
SWIFT : BARBINBBTSY

FOR FURTHER CREDIT TO :

M/S. GLOBAL ENERGY FOOD INDUSTRIES
A/C NO  CD17827  A/C WITH BANK OF BARODA ( W )
BRANCH

## AMOUNT : $60,000.00  NET

## PRODUCT : BISCUIT

## BY ORDER OF RAMANI DISTRIBUTION CO.

FNK 7782 0505

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Aug. 14 2008 12:41PM  P1

# LEBANESE CANADIAN BANK SAL                    البنك اللبناني الكندي

Branch:    St.charles.
Date       14/08/2008
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward Transfer by
X ☐ Swift ☐ Telex ☐ Mail

Transfer / Issuing Draft Application
طلب تحويل/اصدار شيك مصرفي

| | Amount | |
|---|---|---|
| | USD | 60,000.00 |

NEW LINE EXCHANGE TRUST COMPANY SAL
BEIRUT-RAS BEIRUT-KARAKAS,
BFK-TALLET LANDHOUSE, TEL# 01744808, REG# 1008128 A/C# 173902

BANK OF BARODA TREASURY BRANCH
MUMBAI SWIFT :BARBINBBTSY

OD17827

M/S GLOBAL ENERGY FOOD INDUSTRIES

PURCHASE OF BISCUIT
BY ORDER OF RAMANI DISTRIBUTION CO.

BONY

VALUE 18/08/2008

```
DATE        : 14/08/2008
TRA. SEQ.   : 456
VALUE DATE  : 14/08/2008
REF. KEY    : 005303/08
DOC. NO.    : 8005303
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        60000.00
PMT. CUR.   : US DOLLAR
RATE        :              1
EQUV. AMT   :        60000.00
COMMISSION  :           10.00
FX COMM.    :             .00
CBJ FEES    :             .00
POSTAGES    :           15.00
STAMPS      :             .00
TOTAL AMT.  :        60025.00
OR A/C      : 217/175902-0/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

☐ Cash          - INTER.DEUTSCHE BANK TRUST CO.AMERICA-NEW YORK,SWIFT:BKTRUS33
☐ Debit A/C Number        217/175902/2/522/0

| | | | | | |
|---|---|---|---|---|---|
| USD  60000 | | | | 15 | 10 | 60,025.00 |

AS PER ATTACHED

Mahamad Moncoun

FNK 7782 0506

 New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.C 679

DATE: 14/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 50 /2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 60,000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0507

 **New Line Exchange Trust Company S.A.L**
Capital : 250,000,000    L.N.B.C 679

DATE: 14/03/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 49-2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME      : BANK ING BELGIUM
ADDRESS        : Antwerpse Steenweg 254 B- 2390 West Malle, Belgium.
SWIFT CODE     : BBRUBEBB200


IBAN #         : BE 90 3200 7992 4232

BENEFICIARY    : SAP INTERNATIONAL CORPORATION N.V. / S.A.

AMOUNT         : 15300 EURO (FIFTEEN THOUSAND THREE HUNDRED EURO)

REASON         : Payment of proforma invoice TS/2632- b, by the order of Ghana
                 rubber products limited


YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
FNK 7782 0508

2. Amount: 15,300 EURO NET

BankNAME: bank ING Belgium,
Antwerpse Steenweg 254 B-2390
Westmalle, Belgium.

BIC/SWiFT: BBRUBEBB200

BENEFICARY: SAP INTERNATIONAL
CORPORATION N.V./S.A.

IBAN: BE 90 3200 7992 4232.

DETAILS: pAYment of proforma
invoice TS/2632-b, by the order
of Ghana rubber products Limited.

FNK 7782 0509

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 14 2008 12:43PM  P3

**LEBANESE CANADIAN BANK** SAL

البنك اللبناني الكندي

Transfer / Issuing Draft Application
طلب تحويل/اصدار شيك مصرفي

Branch: St.Charles
Date: 14/08/2008
Please remit on our behalf the following :
☑ Bankers Draft
Outward transfer by
☐ Swift  ☐ Telex  ☐ Mail

☐ بريد من حضرتكم إعفاء
☐ شيك مصرفي
☐ تحويل خارجي بواسطة
☐ برفت  ☐ تلكس  ☐ بريد

| | Amount Currency |
|---|---|
| | EURO  15,300.00 |

NEW LINE EXCHANGE TRUST COMPANY SAL
BEIRUT-RAS BEIRUT-KARAKAS
STR-TALEET LAMBHOUSE, TEL# 01744818 REGE 1008108 A/C# 173902

FOR BANK USE ONLY

BANK ING BELGIUM
ANTWERPSE STEENWEG 25A-2390.WIST MALLE ,BELGIUM

SWIFT# BBRUBEBB200

32-0200-7992-4232

SAR INTERNATIONAL CORPORATION N.V/SA

PYMT OF PROFORMA INVOICE TS/2632-B
THE ORDER OF OHANA RUBBER PRODUCTS LIMITED

| | |
|---|---|
| TRA. SEQ: | 311 |
| VALUE DATE : | 14/08/2008 |
| REF. KEY : | 005301/08 |
| DOC. NO. : | 8005301 |
| TRF. TYPE : | SWIFT TRANSFER |
| TRF. CUR. : | EURO |
| TRF. AMT. : | 15300.00 |
| PMT. CUR. : | US DOLLAR |
| RATE : | 1.491 |
| EQUV. AMT. : | 22812.30 |
| COMMISSION : | 10.00 |
| FX COMM. : | .00 |
| CBQ FEES : | .00 |
| POSTAGES : | 15.00 |
| STAMPS : | .00 |
| TOTAL AMT. : | 22837.30 |
| DR A/C : | 217/173902-B/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : |

COPY

VALUE 18/08/2008

☐ Cash
☐ Debit A/C Number    WACHOVIA BANK N.A.NEW YORK USA A/C# 02600019

WAGHOVIA BANK NA NEW YORK, USA A/C# 02600019

Authorized Signatures

AS PER ATTACHED

114                                                    FNK 7782 0510



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 14/07/2008

## CASH TRANSACTION SLIP

TRF REF #:49 /2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 15300 EURO CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Belrut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
115                                                    FNK 7782 0511



New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.C 679

DATE: 14/08/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.: 48/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME        : FORTIS BANK, ANTWERP, BELGIUM
IBAN #           : BE 50 2200 9286 6018
SWIFT CODE       : GEBABEEB

BENEFICIARY      : WEB COR NEXTRA
ACCOUNT #        : 220 0928 660 18

AMOUNT           : 32913 USD (THIRTY TWO THOUSAND NINE HUNDRED THIRTEEN USD)

REASON           : FOOD ITEMS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
FNK 7782 0512

3. BENEFICARY : WEBCOR.

BANK NAME : NEXTRA FORTIS BANK,

ANTWERP, BELGIUM.

A/C NO: 220 0928 660 18.

IBAN NO: BE 50 2200 9286 6018 BIC.

GEBABEEB.

Amount: 32913 USD NET.

DETAILS : Food ITEMS.

FNK 7782 0513



FNK 7782 0514



**New Line Exchange Trust Company S.A.L**

Capital : 250.000.000     L.N.B.C 679

DATE: 14/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 48/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 32913$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
119

FNK 7782 0515



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 30/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT -- LEBANON

REF. NO.: 45/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME    : CREDIT LYONNAIS TOURS FRANCE
SWIFT CODE    : CRLYFRPP
BANK CODE    : 30002
CODE GUICHET : 08600

IBAN        : FR13 3000 2086 0000 0075 7443 W57

BENEFICIARY  : TRADES INTERNATIONAL
ACCOUNT #    : 0000757443 WCLE RIB 57

AMOUNT      : $35000 (THIRTY FIVE THOUSAND US DOLLARS ONLY)

REASON       : FOOD ITEMS.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
120                                                    FNK 7782 0516

FROM :                    FAX NO. :                    Jan. 11 2006 11:28PM   P1

MRS NEW LINE EXCHANGE TRUST COMPANY

BENEFICARY:TRADES INTERNATIONAL

Bank name:credit Lyonnais tours france.

Code bank:30002

Code guichet:08600

Account no:0000757443 wcle rib 57.

Swift code:crlyfrpp

I ban:fr 13 3000 2086 0000 0075 7443 w57.

Amount:35000 usd.

Details:food items

FNK 7782 0517

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 30 2008 01:28PM P1

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل.

Branch:     St charles                Transfer / Issuing Draft Application
                                      طلب تحويل/إصدار شيك مصرفي
Date : 30/07/2008
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   x ☐ Swift   ☐ Telex   ☐ Mail

NEW LINE EXCH.TRUST CO.SA          USD   35000
BEIRUT-RAS BEIRUT-KARAKAS
STR. TALEH LAMBHOUSE, TEL#-01/714808, REG#-1001128 A/C# 173902

CREDIT LYONNAIS TOURS FRANCE
BANK CODE - 30002 CODE GUICHET - 08500
SWIFT - CRLYFRP

FR03 3000 2085 0000 0075 7443 W57

TRADERS INTERNATIONAL

FOOD ITEMS

                              DATE        : 30/07/2008
                              TRA. SEQ1   : 925
                              VALUE DATE  : 30/07/2008
                              REF. KEY    : 004970/DB
                              DOC. NO.    : 8004970,
                              TRF. TYPE   : SWIFT TRANSFER
                              TRF. CUR.   : US DOLLAR
                              TRF. AMT    :      35000.00
                              PNT. CUR.   : US DOLLAR
                              RATE        :           1
                              EQUV. AMT   :   35000.00
                              COMMISSION  :      10.00
                              FX COMM.    :        .00
                              CBL FEES    :      15.00
                              POSTAGES    :        .00
                              STAMPS      :        .00
                              TOTAL AMT.  :   35025.00
                              OR A/C      : 217/173902-8/2/522/0
                              NEW LINE EXCHANGE TRUST
                              REMARKS     :

VALUE - 01/08/2008

☐ Cash
☐ Debit A/C Number

USD 35000                                              15      10   35025

Authorized signatures

AS PER ATTACHED

                                                 122                    FNK 7782 0518



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 30/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 45 /2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 35000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
123

FNK 7782 0519



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    L.N.B.C  679

DATE: 30/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 44/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Correspondent bank: BANK OF NEW YORK
SWIFT CODE     : IRVTUS3N

BANK NAME      : RHB BANK BERHAD
SWIFT CODE     : RHBBMYKL
BANK ADDRESS   : KL TRADE SERVICE CENTER LEVEL 3,4,&5
                 NO: 75 JALAN TUN H.S LEE 50000 KUALA
                 LUMPUR, MALAYSIA

BENEFICIARY    : PACIFIC INTER- LINK SDN.BHD
ACCOUNT #      : 61412900006928

BY ORDER OF RAMANI DISTRIBUTION CO.

AMOUNT         : $428,583 ( FOUR HUNDRED TWENTY EIGHT THOUSAND, FIVE
                 HUNDRED EIGHTY THREE US DOLLARS)

REASON         : SOAP

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Tryst Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
FNK 7782 0520

FROM :                    FAX NO. :                    Jan.  5 2006 11:34AM  P1

*Bank Name*

RHB BANK BERHAD

*address:*

KL TRADE SERVICES CENTRE
LEVEL 3, 4, & 5, NO. 75, JALAN TUN

H.S. LEE

50000 KUALA LUMPUR, MALAYSIA
USD Account No: 61412900006928
Swift: RHBBMYKL

Beneficiary            : PACIFIC INTER-LINK SDN. BHD.

Correspondent Bank for USD A/C AS

UNDER :
BANK OF NEW YORK
Swift: IRVTUS3N

AMOUNT : $428,583.00

Product : Soap.

BY ORDER OF RAMANI DISTRIBUTION CO.

NEW LINE EXCHANGE

125                                    FNK 7782 0521

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 30 2008 01:25PM P2

**LEBANESE CANADIAN** BANK
SAL

بنك اللبناني الكندي ش.م.ل

Branch: St.Charles
Date : 30/07/2008

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :
☐ Bankers Draft
☐ Outward transfer by
X ☐ Swift  ☐ Telex  ☐ Mail

NEW LINE EXCH TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR. TALEUT LAMBHOUSE, TEL# 01/744808, REG# 1008128 A/C#173902    USD    428,583

RHB BANK BERHAD
KL TRADE SERVICE CENTER LEVEL 3,4 &5
NO.75 JALAN TUN H.S LEE 50000 KUALA
LUMPUR MALAYSIA
SWIFT:RHBBMYKL

01412900006928

PACIFIC INTER-LINK SDN.BHD.

COST OF SOAP

VALUE 01/08/2008

☐ Cash
☐ Debit A/C Number      217/173902-8/522/0

USD  428503

AS PER ATTACHED

| | |
|---|---|
| DATE | 30/07/2008 |
| TRX. SEQ# | 522 |
| VALUE DATE | 30/07/2008 |
| REF. KEY | 004952/08 |
| BSC. NO. | 8004952 |
| TRF. TYPE | SWIFT TRANSFER |
| TRF. CUR. | US DOLLAR |
| PMT. CUR. | US DOLLAR |
| TRF. AMT. | 428583,00 |
| RATE | 1 |
| EQUV. AMT | 428583.00 |
| COMMISSION | 10.00 |
| FX COMM. | .00 |
| CHJ FEES | .00 |
| POSTAGES | 15.00 |
| STAMPS | .00 |
| TOTAL AMT. | 428608.00 |
| OR A/C | 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | |

126                                          FNK 7782 0522



New Line Exchange Trust Company S.A.L
Capital : 250,000,000      L.R.B.C 670

DATE: 30/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 44/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 428583$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

127

FNK 7782 0523



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 28/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 42/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name     : ARAB BANK
ADDRESS     : ZAHRIAH BRANCH TRIPOLI
code     : 00334
SWIFT CODE     : ARABLBBX

Beneficiary     : MAHMOUD AZIZA
Account #     : 402325710

Amount     : 15000 USD (FIFFTEEN THOUSAND US DOLLARS ONLY)

Reason     : FOOD ITEMS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com
128

FNK 7782 0524

FROM :                    FAX NO. :              Jan. 11 2006 11:03AM P1

# MRS NEW LINE EXCHANGE TRUST COMPANY

BENEFICARY NAME:MAHMOUD AZIZA.

BANK NAME:ARAB BANK, CODE 0334 ,ZAHRIA

BRANCH TRIPOLI.

SWIFT CODE:ARABLBBX

A/C NO:402325710

AMOUNT:15000 USD

DEYAILS:FOOD ITEMS

129

FNK 7782 0525

# LEBANESE CANADIAN BANK SAL

بنك اللبناني الكندي

Branch : St.charles

Transfer / Issuing Draft Application
طلب تحويل أو إصدار شيك مصرفي

Date : 28/07/2008

Please remit on our behalf the following :

☐ Bankers Draft
☑ Outward Transfer by
☐ Swift   ☐ Telex   ☐ Mail

| Currency | Amount |
|----------|--------|
| USD | 15000 |

**Applicant's Name and Address**
NEW LINE EXCH. TRUST CO.S.A.
BEIRUT-RAS BEIRUT-KARAKAS,
STR.,TALET LAMBHOUSE. TEL.# 01/744808, MBO#.1008128 A/C# 173002

**Beneficiary's Bank**
ARAB BANK
ZAHRIEH BRANCH, TRIPOLI
LEBANON. SWIFT : ARABLBBX  CODE : 00334

**Beneficiary's Account Number**
402325710

**Beneficiary Name and Address**
MAHMOUD AZIZA

**Details**
FOOD ITEMS

**Correspondent Name**

**Correspondent Account Number**

VALUE 30/07/2008

**Settlement by :**
☐ Cash
☐ Debit A/C Number

| Amount | Exchange rate | Currency | Counter Value | Commission | Cost of Transfer | Stamps | Total |
|--------|---------------|----------|---------------|------------|------------------|--------|-------|
| 217/173902/4/521/0 | | | | | | | |
| USD 15000 | | B.V | | | 05 | 10 | |

**Applicant's Signature**
AS PER ATTACHED

**For Bank use Only**

```
DATE        : 28/07/2008
TRA. SEQ1   : 630
VALUE DATE  : 28/07/2008
REF. KEY    : 004843/08
DOC. NO.    : 8004843.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :       15000.00
PNT. CUR.   : US DOLLAR
RATE        :             1
EQUV. AMT   :   15000.00
COMMISSION  :       5.00
FX COMM.    :        .00
CBI FEES    :        .00
POSTAGES    :      10.00
STAMPS      :        .00
TOTAL AMT   :   15015.00
OR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

Authorized signature

FNK 7782 0526

JUL. 28 2008 01:37PM P1

FAX NO. :013566337 127

FROM :LCB ST CHARLES Branch.



New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.G 679

DATE: 28/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 42/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 15000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
131

FNK 7782 0527

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000      L.N.B.C  679

DATE: 21/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 37/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME     : DANSKE BANK
ADDRESS        : 9000 AaLBORG – DENMARK
SWIFT CODE    : DABADKKK

BENEFICIARY  : EMBORG FOODS ALGADE 53
ACCOUNT #      : DK563000 3016 578312

AMOUNT         : US$ 102,475.00 (ONE HUNDRED TWO THOUSAND,
                        FOUR HUNDRED SEVENTY FIVE US DOLLARS ONLY)

REASON           : FOOD ITEMS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
132                                        FNK 7782 0528

FROM :                    FAX NO. :              Jan.  4 2026 10:59AM  P1

# MRS NEW LINE EXCHANGE TRUST COMPANY

BENEFICIARY: EMBORG FOODS ALGADE 53

BANKERS: DANSKE BANK
          9000 AaLBORG – DENMARK

SWIFT CODE: DABADKKK

IBAN NO.: DK563000 3016 578312

AMOUNT: US$ 102,475.00

REMARKS: FOOD ITEMS

FNK 7782 0529



LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي ش.م.ل

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Branch : St.charles
Date : 21/07/2008
Please remit on our behalf the following :
☐ Bankers Draft
☐ Swift Transfer by
☐ Swift ☐ Telex ☐ Mail

USD   102,475,00

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STE-TALEET LAMBOUGNE, TEL.V 01774808, HBOX 1008 28 A/C# 173902

DANSKE BANK
9000 AALBORG-DENMARK

SWIFT:DABADKKK

DK63000 3016 578312

HMBORG FOODS ALGADE 53

DETAILS FOOD ITEMS

DATE           : 21/07/2008
TRA. SEQ1      : 424
VALUE DATE     : 21/07/2008
REF. KEY       : 004671/08
DOC. NO.       : 8004671
TRF. TYPE      : SWIFT TRANSFER
TRF. CUR.      : US DOLLAR
TRF. AMT       :      102475.00
PMT. CUR.      : US DOLLAR
RATE           :           1
EQUV. AMT      :    102475.00
COMMISSION     :        10.00
FX COMM.       :          .00
CBJ FEES       :          .00
POSTAGES       :        15.00
STAMPS         :          .00
TOTAL AMT.     :    102500.00
OR A/C         : 217/173902-8/2/527/0
NEW LINE EXCHANGE TRUST
REMARKS        :

VALUE 23/07/2008

☐ Cash
☐ Debit A/C Number          217/173902/2/521/0

                                           15    10   102,500.00

USD  102475

AS PER ATTACHED

Mohamed Hamdoun          Fadi Nasser



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 21/072008

## CASH TRANSACTION SLIP

TRF REF #:37 /2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 102475$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
135                                                   FNK 7782 0531



New Line Exchange Trust Company S.A.L
Capital : 250.000.000      L.N.B.C  679

DATE: 19/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 36/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME    : BANK S.G.B.L. Societe Generale de banque au liban
Address      : Lebanon kfarakka branch
Swift code   : SGLILBBX

Beneficiary  : Tony et/ou William Nassif
Account #    : 072 004 440 591185 01 3

Amount       : US $20,000 (twenty thousand US dollars only)
Reason       : payment for concrete mixers

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
T/A Co S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
136                                                          FNK 7782 0532

FROM :                              FAX NO. :                          Jan.   1 2026 11:39AM  P2

2. Beneficiary: Tony et/ou William Nassif

Acc. #: 072 004 440 591185 01 3

Bank        : S.G.B.L. Societe General de Banque au Liban.

Branch      : Kfarakka branch

Swift #     : SGLILBBX

Amount      : US$ 20,000.00

Details: Payment for concrete mixers

FNK 7782 0533

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 19 2008 09:33AM  P1

**LEBANESE CANADIAN** BANK
SAL
البنك اللبناني الكندي
ش.م.ل

Branch: ...... St.charles.                **Transfer / Issuing Draft Application**                تاريخ : .............................
Date: ....... 19/07/2008 .......          طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :                يرجى من حضرتكم إصدار
☐ Bankers Draft                                            ☐ شيك مصرفي
☐ Outward transfer by                                      ☐ تحويل خارجي بواسطة
X ☐ Swift   ☐ Telex   ☐ Mail                              ☐ البريد ☐ التلكس ☐ السويفت

| العنوان والاسم المرسل اليه Name and Address | | | Currency العملة | Amount المبلغ |
|---|---|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | | | USD | 20,000.00 |

| اسم المصرف المراسل Bank Name | | For Bank Use Only كتابات خاصة بالمصرف | |
|---|---|---|---|
| SGBL KFARAKKA BRANCH SWIFT:SGLLBBX LEBANON | | DATE         : 19/07/2008<br>TRA. SEQ1    : 271<br>VALUE DATE   : 19/07/2008<br>REF. KEY     : 004636/08<br>DOC. NO.     : 8004636.<br>TRF. TYPE    : SWIFT TRANSFER<br>TRF. CUR.    : US DOLLAR<br>TRF. ANT     : 20000.00<br>PMT. CUR.    : US DOLLAR<br>RATE         : 1<br>EQUV. ANT    : 20000.00<br>COMMISSION   : 5.00<br>FX COMM.     : .00<br>CBJ FEES     : .00<br>POSTAGES     : 10.00<br>STAMPS       : .00<br>TOTAL ANT.   : 20015.00<br>DR A/C       : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS      :| |

| رقم حساب Account Number | | |
|---|---|---|
| 072.004.440.591/85.01.3 | | |

| اسم صاحب الحساب Account holder name | | |
|---|---|---|
| TONY ET/OU WILLIAM NASSIF | | |

| بيان التحويل Details of payment | | |
|---|---|---|
| PAYMENT FOR CONCRETE MIXERS | | |

BDL
VALUE 21/07/2008

طريقة الدفع
☐ Cash                                  ☐ نقداً
☐ Debit A/C Number:  217/173902/2/522/0    ☐ القيد على الحساب رقم:

|  |  | Counter Value | Commission العمولة | | |
|---|---|---|---|---|---|
| USD 20,000 | | | 5 | 10 | 20,015.00 |

| كما هو مرفق AS PER ATTACHED | | | | Authorized signature التوقيع المخول | |
|---|---|---|---|---|---|

                                          FNK 7782 0534



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 19/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 36/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 20000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
139                                         FNK 7782 0535



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 19/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 35/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name        : BLOM BANK
Address          : Lebanon, ZALKA branch

Beneficiary      : Naaman Ashkar
Account #        : 042/02/300/1029524/1/5

Amount           : USD $10,000 (ten thousand us dollars only)

Reason           : cotton wool

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
140                                            FNK 7782 0536

3.- BENEFICIARY: NAAMAN ASHKAR

BANKERS      : BLOM BANK
               ZALKA BRANCH.

ACC. #: 042/02/300/1029524/1/5

AMOUNT: USD 10,000.00

REMARKS: COTTON WOOL

141

FNK 7782 0537

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 19 2008 09:39AM P2

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي

Branch: ...............St.charles...........

طلب تحويل/لاصدار شيك مصرفي

Date : 19/07/2008

Please remit on our behalf the following :

☐ Bankers Draft

☐ Oitward transfer by

X ☐ Swift  ☐ Telex  ☐ Mail

| | Currency | Amount |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA | USD | 10,000.00 |

BLOM BANK SAL
ZALKA BRANCH
LEBANON

042/02/300/1029/24/1/5

NAAMAN ASHKAR

COTTON WOOL

VALUE 21/07/2008

For Bank Use Only

```
DATE       : 19/07/2008
TRA. SEQ.  : 780
VALUE DATE : 19/07/2008
REF. KEY   : 004638/08
DOC. NO.   : 8004638.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :       10000.00
PMT. CUR.  : US DOLLAR
RATE       :       1
EQUV. AMT  :   10000.00
COMMISSION :       5.00
FX COMM.   :       .00
CBO FEES   :       .00
POSTAGES   :      10.00
STAMPS     :       .00
TOTAL AMT. :   10015.00
DR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    :
```

☐ Cash

☐ Credit A/C Number  217/173902/2/522/0

| | Exchange rate | Currency | Counter Value | Commission | Other Travel | Total B |
|---|---|---|---|---|---|---|
| USD 10,000 | | | | 5 | 10 | 10,015.00 |

AS PER ATTACHED     9.7     Authenticated Signature

Mohamed Hanafour

FNK 7782 0538



New Line Exchange Trust Company S.A.L
Capital : 250.000.000     L.N.B.C  679

DATE: 19/072008

## CASH TRANSACTION SLIP

TRF REF #: 35/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 10000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
143                                                    FNK 7782 0539



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    L.N.B.C 679

DATE: 19/07/2008

MM, Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 34/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Correspondent Bank: CITI bank N.A. NEW YORK

Bank name          : Bank of Overseas Chinese, Offshore banking branch Taiwan

Account #          : 10939679
Swift code         : OOCBTWTP

Beneficiary        : LAVIE INTERNATIONALE LIMITED
ACCOUNT #          : 0260070202701-6

AMOUNT             : USD $7,300 (seven thousand three hundred US dollars only)

REASON             : thread as raw material

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0540

مكتب الصيرفة NEW LINE EXCHANGE إلكترونية

|— BANKERS: CITI BANK NA, NEW YORK,.

ACCOUNT#: 10939679

FOR THE CREDIT OF BANK OF OVERSEAS CHINESE,
OFFSHORE BANKING BRANCH, TAIWAN

SWIFT CODE: OCCBTWTP

FOR FURTHER CREDIT TO LAVIE INTERNATIONAL LIMITED

ACCOUNT#: 0260070202701-6

AMOUNT: USD$ 7,300.00

REMARKS: THREAD AS RAW MATERIAL

FNK 7782 0541

FROM :LCB st CHARLES Branch.          FAX NO. :01366337 127          Jul. 19 2008 09:39AM P3

**LEBANESE CANADIAN BANK** SAL                البنك اللبناني الكندي ش.م.ل

Branch: .......... St.Charles,          Transfer / Issuing Draft Application          تاريخ .........
                                         بطلب تحويل/إصدار شيك مصرفي
Date : 19/07/2008
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   X ☐ Swift ☐ Telex ☐ Mail

Amount المبلغ

USD   7,300.00

NEW LINE EXCH.TRUST CO.S.A.
BEIRUT-RAS BEIRUT, KARAKAS,
STR., YALERT I,AMBHOUSE, TEL# 01/744808, REG# 1000128 A/C# 173902

For Bank use Only

10943679
BANK OF OVERSEAS CHINESE OFFSHORE
BANKING, BRANCH TAIWAN
SWIFT: OCCBTWTP.

| | |
|---|---|
| DATE | : 19/07/2008 |
| TRA. SEQ1 | : 285 |
| VALUE DATE | : 19/07/2008 |
| REF. KEY | : 004639/08 |
| DOC. NO. | : R004639. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 7300.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 7300.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 7325.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST |
| REMARKS | : |

0260070202701-0

LAVEL INTERNATIONAL LIMITED

THREAD AS RAW MATERIAL

Rany     VALUE 21/07/2008

THRU: CITIBANK NA, NEW YORK A/C

☐ Cash
☐ Credit A/C Number      21/173902/523/0

USD  7300                              Authorized Signature

AS PER ATTACHED                        Mohammed Hamoui

146                                    FNK 7782 0542



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 12/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 23/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Correspondent bank: BANK OF NEW YORK
Swift                      : IRVTUS3N

Bank name      : RHB BERHAD
Swift               : RHBBMYKL
Address          : KL TRADE SERVICE CENTER
                        Level 3, 4, &5, no: 75, JALAN TUN H.S. LEE
                        50000 KUALA LUMPUR, MALAYSIA

BENEFICIARY    : PACIFIC INTER-LINK SDN. BHD
ACCOUNT NO    : 61412900006928

AMOUNT          : $334,880 (THREE HUNDRED THOUSAND THIRTY FOUR
                        EIGHT HUNDRED EIGHTY DOLLARS ONLY)

REASON          : PURCHASE OF SOAP

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

147                                                         FNK 7782 0543

FROM :                          FAX NO. :                    Jul. 11 2008  9:25AM  P1

MRS  NEW LINE EXCHANGE TRUST COMPANY.

RHB BANK BERHAD

KL TRADE SERVICES CENTRE

LEVEL 3, 4, & 5, NO: 76, JALAN TUN H.S. LEE
50000 KUALA LUMPUR, MALAYSIA

USD Account No: 61412900006928

Swift: RHBBMYKL

Beneficiary           : PACIFIC INTER-LINK SDN. BHD.

Correspondent Bank for USD A/C AS UNDER :

BANK OF NEW YORK

Swift: IRVTUS3N

*AMOUNT : $334,880.00*

*Product : Soap.*

BY ORDER OF RAMANI DISTRIBUTION CO.

148                                        FNK 7782 0544

FROM :LCB St CHARLES Branch        FAX NO. :01366337 127        Jul. 12 2008 11:03AM P1

# LEBANESE CANADIAN BANK
SAL

البنك اللبناني الكندي

Branch:        St.charles
Date:        12/07/2008
Please remit on our behalf the following :
- [x] Bankers Draft
- [x] Outward transfer by
  - [x] Swift   [ ] Telex   [ ] Mail

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

| | Amount |
|---|---|
| NEW LINE EXCH.TRUST.CO.SA | USD   334,880 |
| BEIRUT-RAS BEIRUT-KARAKAS, | |
| STR. TALEET LAMBHOUSE, TEL#01244808, REG#4003138 A/G#173903 | |

| Portion of Beneficiary | For Bank use Only |
|---|---|
| RHB BANK BERHAD | DATE        : 12/07/2008 |
| KL TRADE SERVICE CENTER LEVEL 2,4&5 | TRA. SEQ1   : 264 |
| NO.75 JALAN TUN H.S.LEE 50000 KUALA | VALUE DATE  : 12/07/2008 |
| LUMPUR MALAYSIA | REF. KEY    : 004478/08 |
| SWIFT :RHBBMYKL | DOC. NO.    : 8004478. |
| | TRF. TYPE   : SWIFT TRANSFER |
| G14129000065928 | TRF. CUR.   : US DOLLAR |
| | TRF. AMT    : 334880.00 |
| | PHT. CUR.   : US DOLLAR |
| | RATE        : 1 |
| PACIFIC INTER-LINK SDN.BHD | EQUV. AMT   : 334880.00 |
| | COMMISSION  : 10.00 |
| | FX COMM.    : .00 |
| | CBJ FEES    : .00 |
| | POSTAGES    : 15.00 |
| | STAMPS      : .00 |
| | TOTAL AMT.  : 334905.00 |
| COST OF SOAP | DR A/C      : 217/173902-6/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS     : |

VALUE 14/07/2008

- [ ] Cash
- [ ] Debit A/C Number        217/173902/6/2/522/0

| Amount (Currency) | Counter Value | Commission | | |
|---|---|---|---|---|
| USD   334880 | | 15 | 10 | |

AS PER ATTACHED | S.V | | Authorized signatures | |

149

FNK 7782 0545

 New Line Exchange Trust Company S.A.L
Capital : 250,000,000      L.N.B.C  679

DATE: 12/07/2008

## CASH TRANSACTION SLIP

TRF REF #:23 /2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 334880$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
150

FNK 7782 0546



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000      L.N.B.C 679

DATE: 12/07/2008

MM. Lebanese Canadian Bank S.A.L,

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 22/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME      : ARAB BANK
ADDRESS        : LEBANON, ZAHRIEH BRANCH
SWIFT NO       : ARABLBBX
TEL            : 00961 6 434722

BENEFICIARY    : RAMI RADWAN EL BABA
ACCOUNT NO     : 0334-412695-810

AMOUNT         : $20,000 (TWENTY THOUSAND DOLLARS ONLY)

REASON         : COMPUTER PARTS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0547

FROM :                        FAX NO. :                    Jul. 11 2008  7:06AM  P1

## MRS NEW LINE EXCHANGE
## TRUST COMPANY.

**A/C NO:**      0334-412695-810
**BANK ADD:**    ARAB BANK
**PLC (ZAHRIEH BRANCH)**
**SWIFE NO:**    ARABLBBX
**COUNTRY:**     LEBANON
**TEL:00961 6 434722**
**AMOUNT: $ 20,000.00**

_DETAILS: Computer parts.

Rani Redwan EL-BeBa

addness Taipoly.

FROM :LCB St CHARLES Branch          FAX NO. :01365337 127          Jul. 12 2008 11:04AM P2

**LEBANESE CANADIAN BANK** SAL                البنك اللبناني الكندي

Branch:        St.charles
Date:          14/07/2008
Please remit on our behalf the following :
☐ Bankers Draft
☑ Outward transfer by
   ☐ Swift  ☐ Telex  ☐ Mail

USD    20,000.00

NEW LINE EXCH.TRUST.CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.-TALEB LAMBHOUSE, TEL#01/744808, REG#1008123-A/G#173902

ARAB BANK
ZAHRIEH BRANCH
LEBANON, SWIFT ARABLBBX
TEL# 00961 6 434722

0334-112695-810

RAMI RADWAN EL BABA

COMPUTER PARTS

VALUE 14/07/2008

For Bank use Only
```
DATE        : 12/07/2008
TRA. SEQ.   : 272
VALUE DATE  : 12/07/2008
REF. KEY    : 004479/08
DOC. NO.    : 8004479-
TRF. TYPE.  : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        20000.00
PMT. CUR.   : US DOLLAR
RATE        :           1
EQUV. AMT   :        20000.00
COMMISSION  :            5.00
FX COMM.    :             .00
CBJ FEES    :             .00
POSTAGES    :           10.00
STAMPS      :             .00
TOTAL AMT.  :        20015.00
DR A/C      : 217/173902-8/2/S22/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

☐ Cash
☐ Debit A/C Number

USD  200000

AS PER ATTACHED            S.V.          10   20,025.00

Authorized signatures

Haytom Abou-Merhi

Mahamad Hamde

153                                      FNK 7782 0549



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.R.B.G  679

DATE: 12/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 22/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 20000$

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

154

FNK 7782 0550



**New Line Exchange Trust Company S.A.L**
Capital : 250,000,000    L.N.B.C 679

DATE: 07/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 21/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME          : BANK OF CHINA
                            SHANGHAI PUDONG BRANCH
SWIFT CODE         : BKCHCNBJ300

BENEFICIARY       : SHANGHAI MIN METALS DEVELOPMENT LTD.
ACCOUNT #          : 8050-06104808093014
ADDRESS             : 20/F WORLD CENTER, 18 TAO LIN ROAD,
                            PUDONG, SHANGHAI, CHINA.

AMOUNT              : US$ 32,468 (THIRTY TWO THOUSAND FOUR HUNDRED
                            SIXTY EIGHT DOLLARS)

REASON               : COST OF METALS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

155                                                           FNK 7782 0551

FROM :                     FAX NO. :              Jul. 6 2008  9:44PM  P2

6  AMOUNT  :    US$ 32,468.00

BANKERS  :    BANK OF CHINA
              SHANGHAI PUDONG BRANCH

ACCOUNT NO.: 8050-96104808093014

SWIFT CODE:   BKCHCNBJ300

BENEFICIARY: SHANGHAI MIN METALS DEVELOPMENT LTD

ADDRESS: 20/F WORLD CENTER, 18 TAO LIN ROAD, PUDONG,
         SHANGHAI, CHINA.

DETAILS: Cost of Metals

156                                              FNK 7782 0552

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127         Jul. 07 2008 03:04PM P2

# LEBANESE CANADIAN BANK

SAL

بنك اللبناني الكندي

Branch: .......St.charles.

Transfer / Issuing Draft Application
طلب تحويل/اصدار، شيك مصرفي

Date : ...07/07/2008

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
X ☐ Swift  ☐ Telex  ☐ Mail.

| Currency | Amount |
|---|---|
| USD | 32,468.00 |

**Applicant's Name and Address**

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.-TALBET LAMBHOUSE TEL# 01/744808, REG#.1008128 A/C# 173902

**Beneficiary's Bank**

BANK OF CHINA
SHANGHAI PUDONG BRANCH

SWIFT: BKCHCNBJ300

**Beneficiary's Account Number**

8050-06104808093014

**Beneficiary Name and Address**

SHANGHAI MIN METALS DEVELOPMENT LTD
20/F WORLD CENTER ,18 TAO LIN ROAD
PUDONG,SHANGHAI CHINA

**Details**

COST OF METALS

**Correspondent Name**

Correspondent Account Number

**For Bank use Only**

| | |
|---|---|
| DATE | : 07/07/2008 |
| TRA. SEQ. | : 646 |
| VALUE DATE | : 07/07/2008 |
| REF. KEY | : 004315/08 |
| DOC. NO. | : 8004315 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 32468.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 32468.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 32493.00 |
| OR A/C | : 217/173902-8/3/522/0 |
| NEW LINE EXCHANGE TRUST | |
| REMARKS | : |

VALUE: 09/07/2008

**Settlement by:**

☐ Cash
☐ Debit A/C Number

| Currency X | Amount | Exchange | Counter Value | Commission | Cost of Transfer | Stamps | Total |
|---|---|---|---|---|---|---|---|
| USD | 32468 | | | 10 | 15 | | 32,493.00 |

**Applicant's Signature**

AS PER ATTACHED

B.V

**Authorized signatures**

157                                                FNK 7782 0553



New Line Exchange Trust Company S.A.L
Capital : 250,000,000    L.N.E.C 679

DATE: 07/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 21/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 32468$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

158

FNK 7782 0554



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    C.N.B.C 679

DATE: 07/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 20/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME      : BANK OF SHANGHAI
ADDRESS        : NO. 585 ZHONGSHAN (E2) RD. SHANGHAI CHINA 200010,
SWIFT CODE     : BOSHCNSH

BENEFICIARY    : KINGNOR IMP. & EXP. CO. , LTD. (SHANGHAI)
ACCOUNT #      : 316191-80005123154
ADDRESS        : RM2401-2404, LUCKY MANSION,#660 SHANGCHENG
                 PUDONG, SHANGHAI CHINA.

PHONE #        : 00.86.2158407264
CONTACT PERSON: MR. DAVID

AMOUNT         : $31,500 (THIRTY THOSAND FIVE HUNDRED DOLLARS ONLY)

REASON         : S/C NO. 08SGH-077014 (HAND TOOLS)

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
159                                                      FNK 7782 0555

FROM :                    FAX NO. :                    Jul, 6 2008 9:43PM P1

5 -   Amount:  $ 31,500 USD (thirty one thousand five
        hundred US Dollars only)

Bank   :   Bank of ShangHai
              Address: No. 585 ZhongShan (E2) RD.
              ShangHai, China         200010

Account No.  316191-00005123154

Swift Code:   BOSHCNSH

Beneficiary:  KINGNOR IMP.& EXP. CO., LTD.(SHANGHAI)

Address:      RM2401-2404, LUCKY MANSION, #660 SHANGCHENG
RD.
              PUDONG, SHANGHAI CHINA

Telephone:   00.86.21 58407264

Fax:           00.86.21 58407264

Contact person:   MR. DAVID

Subject:   S/C #No:   S/C 08SGH-077014 ( Hand Tools )

160

FNK 7782 0556

FROM :LCB st CHARLES Branch          FAX NO. :013G6337 127          Jul. 07 2008 03:05PM  P4

# LEBANESE CANADIAN BANK
SAL

لبنك اللبناني الكندي

Branch: ............St.charles.

Transfer / Issuing Draft Application
يطلب تحويل/اصدار شيك مصرفي

Date : 07/07/2008
Please remit on our behalf the following:
☐ Bankers Draft
☐ Outward transfer by
X ☐ Swift ☐ Telex ☐ Mail

| Currency | | Amount |
|---|---|---|
| | USD | 31,500.00 |

Applicant's Name and Address
NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR..TALEET LAMBHOUSE, TEL# 01/744808, RRG#.1008128 A/C# 173902

Beneficiary's Bank
BANK OF SHANGHAI
NO.585.ZHONGSHAN (B2) RD,SHANGHAI CHINA 200010
SWIFT :BOSHCNSH

Beneficiary's Account Number
316191-80005123154

Beneficiary Name and Address
KINGNOR IMP.&EXP.CO.LTD.(SHANGHAI)
RN2401-2404,LUCKY MANSION#660 SHANGCHENG
ROAD,SHANGHAI,CHINA

Details
CONTACT PERSON :MR.DAVID
REASON:VC NO.08JOH-077014 (HAND TOOLS)

Correspondent Name          BONY

Correspondent Account Number          VALUE 09/07/2008

Settlement by
☐ Cash
☐ Debit A/C Number

### For Bank use Only

```
DATE          : 07/07/2008
TRA. SEQL     : 661
VALUE DATE    : 07/07/2008
REF. KEY      : 004316/00
DOC. NO.      : 8004316.
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      :        31500.00
PMT. CUR.     : US DOLLAR
RATE          :           1
EQUV. AMT     :    31500.00
COMMISSION    :       10.00
FX COMM.      :          .00
CBJ FEES      :          .00
POSTAGES      :       15.00
STAMPS        :          .00
TOTAL AMT.    :    31525.00
OR A/C        : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS       :
```

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of Transfer | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| | 217/173902/2/521/0 | | | | | | | |
| USD | 31500 | | | | 15 | 10 | | 31,525.00 |

Applicant's Signature
AS PER ATTACHED          S.V

Authorized signatures

.161          FNK 7782 0557



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C  679

DATE: 07/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 20/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 31500$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
162

FNK 7782 0558



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 07/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 19/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME       : BANK OF CHINA ZIBO BRANCH
SWIFT CODE      : BKCHCNBJ500

BENEFICIARY     : ZIBO RIKEN MT COATED ABRASIVES CO., LTD.
ACCOUNT#        : 396370577208091014
ADDRESS         : B523. NO. 135ZHENG TONG ROAD, NEW HI-TECH
                  INDUSTRIAL ZONE, ZIBO, SHANDONG, CHINA.

TELEPHONE       : +86.13969321048
CONTACT PERSON: MRS. ZHN GUIZHEN (EXPORT MANAGER)

AMOUNT          : $28,000(TWENTY EIGHT THOUSAND DOLLARS ONLY)

REASON          : BUILDING MATERIALS
REMARKS         : PI RM0801084 (BUILDING MATERIALS)

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT
173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
163                                                          FNK 7782 0559

4 — Amount:   $ 28,000 USD (Twenty Eight Thousand US Dollars only )

Bank   :   BANK OF CHINA ZIBO BRANCH

Account No.   396378577208091014

Swift Code:   BKCHCNBJ500

Beneficiary:   ZIBO RIKEN MT COATED ABRASIVES CO., LTD.

Address:   B523,NO.135 ZHENG TONG ROAD, NEW HI-TECH
INDUSTRIAL                                                    ZONE, ZIBO,
SHANDONG, CHINA

Telephone:   +86.1396.9321048

Fax:         +86.533.3583955

Contact person:  Mrs. Zhu Guizhen (Export Manager)

Remarks:  P/I   RM0801084 (Building Materials)

FNK 7782 0560

# LEBANESE CANADIAN BANK SAL

بنك اللبناني الكندي ش.م.ل

Branch: ........St.charles:

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Date : 07/07/2008

Please remit on our behalf the following :

☐ Bankers Draft
☑ Outward transfer by
X ☑ Swift ☐ Telex ☐ Mail

| | Currency العملة | Amount المبلغ |
|---|---|---|
| Applicant's Name and Address | USD | 28,000.00 |

**Applicant's Name and Address**
NEW LINE EXCH.TRUST.CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.-TALEBT LAMBHOUSE, TEL#01//44808, REG#:1008128 A/C# 173902

**Beneficiary's Bank**
BANK OF CHINA-ZIBO BRANCH
SWIFT:BKCHCN BJ500

**Beneficiary's Account Number**
396370577288091014

**Beneficiary Name and Address**
ZIBO RIKEN MT.COATED ABRASIVES CO.LTD
B523.NO.135ZHENG TONG ROAD ,NEW HI-TECH
INDUSTRIAL ZONE,ZBO,SHANDNG CHINA

**Details**
CONTACT PERSON :MRS ZHN GUIZHEN (EXPORT MANAGER)
REASON:BUILDING MATERIAL.S
REMARK:PFKM880(084(BUILDING MATERIALS)

**Correspondent Name**
BONY
Correspondent Account Number

VALUE: 09/07/2008

**Settlement by:**
☐ Cash
☐ Debit A/C Number

**For Bank use Only**

DATE        : 07/07/2008
TRA. SEQ1   : 679
VALUE DATE  : 07/07/2008
REF. KEY    : 004318/08
DOC. NO.    : 8004318.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        28000,00
PMT. CUR.   : US DOLLAR
RATE        :               1
EQUV. AMT   :        28000.00
COMMISSION  :           10.00
FX COMM.    :             .00
CBJ FEES    :             .00
POSTAGES    :           15.00
STAMPS      :             .00
TOTAL AMT.  :        28025.00
OR A/C      : 217/173902-8/2/522/0 THE EXCHANGE TRUST
REMARKS     :

| Currency العملة | Amount المبلغ | Exchange سعر الصرف | Counter Value القيمة المقابلة | Commission العمولة | Control Transfer أجازة التحويل | Stamp طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| X 217/173902/8/2/110 | | | | | | | |
| USD  28000 | | | 15 | | 10 | 28025.00 | |

**Applicant's Signature**
AS PER ATTACHED

B.V

**Authorized signature**
Bassim Abou Merhi



New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.C  679

DATE: 07/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 19/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 28000$

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.R.B.C  679

DATE: 07/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 18/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

| | |
|---|---|
| BANK NAME | : BANK OF CHINA, HUNAN BRANCH |
| ADDRESS | : 127FURONG ROAD (M), CHANGSHA, HUNAN, CHINA |
| SWIFT | : BKCHCNBJ970 |
| | |
| BENEFICIARY | : HIPEX INDUSTRIAL PRODUCTS CO., LTD. HUNAN |
| ADDRESS | : 4/F INTERNATIONAL COMMERCE CENTER, JINTAI SQUARE, CHANGSHA HUNAN CHINA |
| ACCOUNT # | : 00112298208093001 |

CONTACT PERSON: MR. FRANK LI (SALES MANAGER)
PHONE #          : +86-7314770176

| | |
|---|---|
| AMOUNT | : $20,895 (TWENTY THOUSAND EIGHT HUNDRED NINTY FIVE DOLLARS ONLY) |
| | |
| REASON | : BUILDING MATERIALS |

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0563

FROM :                     FAX NO. :                  Jul. 6 2008  9:42PM  P1

3.  Amount:   S 20,895 USD (twenty thousand eight ninety five US Dollars only )

Bank   :   BANK OF CHINA, HUNAN BRANCH
           127 FURONG ROAD (M), CHANGSHA, HUNAN,CHINA

Account No.   00112298208093001

Swift Code:   BKCHCNBJ970

Beneficiary:   HIPEX INDUSTRIAL PRODUCTS CO., LTD. HUNAN

Address:   4/F International Commerce Center, Jintai Square,
Changsha Hunan China

Telephone:   +86-731-4770176/7/8

Fax:   +86-731-4770179

Contact person:   Mr.Frank Li (Sales Manager)

Remarks:   F/I 08 HPX-051  (Building Materials)         مواد بنائی

FNK 7782 0564

FROM :LCB St CHARLES Branch        FAX NO. :01366337 127        Jul. 07 2008 03:04PM P3

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch : .......St.charles.

Date : 07/07/2008

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   ☒ Swift  ☐ Telex  ☐ Mail

**Transfer / Issuing Draft Application**
طلب تحويل/أصدار شيك مصرفي

| | Currency | Amount |
|---|---|---|
| Applicant's Name and Address | USD | 20,895.00 |

**Applicant's Name and Address**
NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.-TALIBT LAMBHOUSE, TRL#011/744808, REG# 1008128 A/C#173902

**Beneficiary's Bank**
BANK OF CHINA HUNAN BRANCH
127 FURANG ROAD (M),CHANGSHA,HUNAN,CHINA
SWIFT :BKCHCNBJ970

**Beneficiary's Account Number**
001122982208093001

**Beneficiary Name and Address**
HIPEX INDUSTRIAL PRODUCTS CO,LTD HUNAN
4/F INTERNATIONAL COMMERCE CENTER ,JINTAI
SQUARE,CHANGSHA,HUNAN,CHINA

**Details**
CONTACT PERSON :MR.FRANK LI (SALES MANAGER)
REASON:BUILDING MATERIALS

**For Bank use Only**

| | | |
|---|---|---|
| DATE | : | 07/07/2008 |
| TRA. SEQ1 | : | 671 |
| VALUE DATE | : | 07/07/2008 |
| REF. KEY | : | 004317/08 |
| DOC. NO. | : | 8004317. |
| TRF. TYPE | : | SWIFT TRANSFER |
| TRF. CUR. | : | US DOLLAR |
| TRF. AMT | : | 20895.00 |
| PMT. CUR. | : | US DOLLAR |
| RATE | : | 1 |
| EQUV. AMT | : | 20895.00 |
| COMMISSION | : | 10.00 |
| FX COMM. | : | .00 |
| SWU FEES | : | .00 |
| POSTAGES | : | 15.00 |
| STAMPS | : | .00 |
| TOTAL AMT | : | 20920.00 |
| OR A/C | : | 217/173902-8/2/522/0 |
| | | NEW LINE EXCHANGE TRUST |
| REMARKS | : | |

**Correspondent Name**      BONY

**Correspondent Account Number**      VALUE 09/07/2008

**Settlement by:**
☐ Cash
☐ Debit A/C Number

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Stamps | Total |
|---|---|---|---|---|---|---|---|
| USD | 28,895 | | | | 15 | 10 | 28920.00 |

**Applicant's Signature**      S.V      **Authorized signatures**
AS PER ATTACHED

169

FNK 7782 0565



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.8.C 679

DATE: 07/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 18/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 20895$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
170                                                    FNK 7782 0566



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 07/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 17/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

| | |
|---|---|
| BANK NAME | : BANK OF CHINA, HONG KONG LTD |
| ADDRESS | : 2A DES VOEUX RD. C., HONG KONG, CHINA |
| SWIFT | : BKCHHKHH |

| | |
|---|---|
| BENEFICIARY | : BROAD ASIA DEVELOPMENT LTD. |
| ADDRESS | : P.O.BOX 23206, WANCHAI, HONG KONG, CHINA |
| TELEPHONE | : +852 25053231 |
| ACCOUNT# | : 031-380-9-2072268 |

CONTACT PERSON: MS. RUOMIN HO
AMOUNT        : $25,000 (TWENTY FIVE THOUSAND DOLLARS ONLY)

REASON        : WATER PUMP

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
171                                                                                                    FNK 7782 0567

2 - Amount:   $ 25,000 USD ( twenty five thousand USD Dollars only )

Bank   :  Bank of China, Hong Kong Ltd.
            2A Des Voeux Rd. C., Hong Kong, China

Swift Code: BKCHHKHH

Account No.  031-380-9-2072268

Beneficiary:   Broad Asia Development Ltd.

Address:  P.O.Box 23206, Wanchai, Hong Kong ,China

Telephone:  +852. 25053231

Fax: +852.25057565

Contact person:  Ms. Ruomin Ho

Water pump

FNK 7782 0568

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127        Jul. 07 2008 03:08PM  P7

**LEBANESE CANADIAN** BANK  SAL                    البنك اللبناني الكندي  ش.م.ل

Transfer / Issuing Draft Application
طلب تحويل/اصدار شيك مصرفي

Branch: ............ St.Charles

Date : 07/07/2008
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
  X ☐ Swift ☐ Telex ☐ Mail

| Currency العملة | Amount المبلغ |
|---|---|
| USD | 25,000.00 |

**Order's Name and Address**
NEW LINE EXCH.TRUST.CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALBT LAMBHOUSE, TEL.01/344808, REG#/1008128-IVCII-173902

**Beneficiary Bank**
BANK OF CHINA
HONG KONG LTD.
2A DES VEUX RD ,C HONG KONG
CHINA
SWIFT: BKCHKHH

**Beneficiary Account Number**
031-380-9-2072208

**Beneficiary Name and Address**
BROAD.ASIA DEVELOPMENT LTD.
P.O.BOX 23206,WANCHAI,HONG KONG CHINA

CONTACT PERSON,MS RUOMIN HO
COST OF WATER PUMP

VALUE 09/07/2008

**For Bank Use Only**

| | |
|---|---|
| DATE | : 07/07/2008 |
| TRA. SEQ. | : 698 |
| VALUE DATE | : 07/07/2008 |
| REF. KEY | : 004320/08 |
| DOC. NO. | : B004320. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 25000.00 |
| AMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 25000.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBI FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 25025.00 |
| DR. A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | |

☐ Cash
☐ Debit A/C Number  217/173902/2/522/0

| | Value تاريخ | Currency العملة | Counter Value | Commission العمولة | Total المجموع |
|---|---|---|---|---|---|
| | | USD  25000 | | 25 | 10  25,025.00 |

B.V.

AS PER ATTACHED

Authorized Signatures



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000      C.N.B.C  679

DATE: 07/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 17/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 25000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
174                    FNK 7782 0570



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 07/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 16/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME     : NATEXIS BANQUES POPULAIRES
ADDRESS         : PARIS
SWIFT            : CCBPFRPPPAR

BENEFICIARY  : FROMAGERIES BEL FRANCE
ACCOUNT #    : FR7630007999990400379201017

AMOUNT       : $80,000 NET (EIGHTY THOUSAND DOLLARS ONLY)

REASON        : COST OF CHEESE

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

175

FNK 7782 0571

FROM :                    FAX NO. :              Jul. 6 2008 9:40PM P1

Beneficiary:        FROMAGERIES BEL
                    FRANCE

Account No.:        FR7630007999990400379201017

Destination:        FRANCE

Bankers:            NATEXIS BANQUES POPULAIRES
                    PARIS

Account No.:        FR7630007999990400379201017

SWIFT :             CCBPFRPPPAR

AMOUNT: USD         $ 80,000.00

DATE: 05/07/08

DETAILS: cost of Cheese

ثمن قطع

حصة السادة NEW LINE EXCHANGE الحمر سبتمبر

FNK 7782 0572

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 07 2008 03:05PM  P6

**LEBANESE CANADIAN** BANK
SAL

البنك اللبناني الكندي ش.م.ل

Branch : .......St.Charles.......

Date : .......07/07/2008.......

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by

X ☐ Swift  ☐ Telex  ☐ Mail

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

| | | |
|---|---|---|
| Currency | | Amount |
| USD | | 80,000.00 |

**Beneficiary Name & Address**

NEW LINE EXCH TRUST CO.SA
BEIRUT,RAS BEIRUT-KARAKAS,
STR- TALBET LAMBHOUSE, TEL# 01/744808, IBG#-1008128 A/C# 173902

**Beneficiary Bank**

NATEXIS BANQUES POPULAIRES
PARIS
SWIFT :CCBPFRPPPAR

**Beneficiary Account Number**

FR7630007959990400379201017

**Ordering Customer**

FROMAGERIES BEL France

**Details of payment**

COST OF CHEESE

VALUE 09/07/2008

**For Bank use Only**

DATE        : 07/07/2008
TRA. SEQ.   : 687
VALUE DATE  : 07/07/2008
REF. KEY    : OU4319/08
DOC. NO.    : 8004319.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 80000.00
PMT. CUR.   : US DOLLAR
RATE        : 1
EQUV. AMT   : 80000.00
COMMISSION  : 10.00
FX COMM.    : .00
CBJ FEES    : .00
POSTAGES    : 15.00
STAMPS      : .00
TOTAL AMT.  : 80025.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :

☐ Cash

☐ Debit A/C Number

217/173902/2/522/0  Counter Value  Commission,Cost of Transfer&Charges  Total
USD  80000            15              10  80,025.00

AS PER ATTACHED

**Authorized signatures**

Basscen Abou Merhi

FNK 7782 0573



**New Line Exchange Trust Company S.A.L.**
Capital : 250,000,000    I.N.B.C 679

DATE: 07/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 16/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 80000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

178                                    FNK 7782 0574

 New Line Exchange Trust Company S.A.L
Capital : 250.000.000.   L.N.B.C 679

BEIRUT: 04/07/2008

ATT.: Bank of Beirut and Arab Countreis

G.M. MR. Walid Nouaman

REF. NO.: 15/2008

## ORDER FOR TRANSFER

BANK NAME      : BANK OF CHINA , HONG KONG
SWIFT CODE     : BKCHHKHH
BANK ADDRESS   : BANK OF CHINA TOWER 1 , GARDEN ROAD HONG
KONG

BENEFICIARY    :  WALLY INTERNATIONAL TRADING COMPANY
ACCOUNT#       : 012-751-9-204274-3

AMOUNT         : USD $20000 NET
REASON         : COMMERCE

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust... S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e--mail: newline.exchange@hotmail.com

FNK 7782 0575

2 - BENEFICIARY:————————WALLY INTERNATIONAL TRADING
COMPANY

ADDRESS:————————FLAT/RM B.BLK 7 43/F OCEAN
SHORES 88 O'KING RD KL

BANK:————————BANK OF CHINA (HONG KONG)

BANK ADDRESS:————————BANK OF CHINA TOWER, 1 GARDEN
ROAD, HONGKONG

USD ACCOUNT NUMBER:-012-751-9-204274-3

SWIFT CODE:————————BKCHHKHH

AMOUNT:————————TWENTY THOUSAND DOLLARS NET
( 20,000 $ USD.) NET

Reasoni

FNK 7782 0576

04 JUL '08 13:26 BBAC HAMRA                                          P.1

01-744810

**BBAC**                                    DATE التاريخ :   04/07/08

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 11536 BEIRUT

R E M I T T A N C E   O R D E R          المصرف المحول إليه

                    USD 200          TO

20. TRAN. NO                          0004 - RO № 147251 - 01
                                      BR NO

32A. VALUE          08/07/08
     CURRENCY       USD  U.S. DOLLAR
     AMOUNT         **20,000.00**
     ONLY           TWENTY THOUSAND ONLY

                                    NEW LINE EXCHANGE TRUST CO SAL
50. ORDERING CUSTOMER
     ACC#A423510-RAS BEIRUT CARACAS STR/ZIAD

56. INTERMEDIARY BANK              المصرف الوسيط

                                    BANK OF CHINA HONGKONG
57. ACCOUNT WITH INSTITUTION
     SWIFT BKCHHKHH /TOWER 1 GARDEN RD HONG KONG

                                    WALLY INT TRAD CO
59. BENEFICIARY CUSTOMER
     ACC#012 751 9 2042774-3

70. DETAILS OF PAYMENT                CANDY

71A. CHARGES ON          ( BEN )          X        ( OUR )

72. SENDER TO RECEIVER                    X

                                          AUTHORIZED SIGNATURES

    # 20000

TUAN 11 - 11 - 2017

FNK 7782 0577



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000     L.N.B.C  679

DATE: 04/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 15/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 20,000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

182

FNK 7782 0578

 New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 04/07/2008

ATT.: Bank of Beirut and Arab Countreis

G.M. MR. Walid Nouaman

REF. NO.: 14/2008

## ORDER FOR TRANSFER

BANK NAME       : BANK OF AMERICA
ABA             : 026009593
SWIFT CODE      : BOFAUS3N

BENEFICIARY     : INTERNATIONAL AMERICAN SUPERMARKET
ACCOUNT#        : 008457868511

AMOUNT          : USD 830000 NET
REASON          : FOOD ITEMS

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
183                                    FNK 7782 0579

أطير من NEW LINE EXCHAGE ادارة السادة

**BENEFICARY NAME:INTERNATIONAL AMERICAN SUPERMARKET.**

**BANK NAME:BANK OF AMERICA.**

**ABA:026009593**

**ACCOUNT NO:008457868511.**

**SWIFT CODE:BOFAUS3N**

**AMOUNT:30000 USD NET**

**DETAILS:FOOD  ITEMS.**



FNK 7782 0580

04 JUL '08 13:26 BBAC HAMRA                                                    P.2

**BBAC**
بنك بيروت والبلاد العربية

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 111536 BEIRUT

DATE : التاريخ   04/07/08

R E M I T T A N C E   O R D E R

USD 30000                                              المصرف المحول إليه

TO

TRAN. NO.   مرجع الثامن / رقم الحوالة   0004 --- RO   № 147250   — 01
                                                    BR NO

VALUE        08/07/08
CURRENCY   القيمة   USD   U.S. DOLLAR
AMOUNT   المبلغ   ***********30,000.00*
ONLY   THIRTY THOUSAND ONLY

ORDERING CUSTOMER   العميل الأمر   NEW LINE EXCHANGE TRUST CO SAL
ACC#423910-RAS BEIRUT CARACAS STR

INTERMEDIARY BANK   المصرف الوسيط

ACCOUNT WITH INSTITUTION   مصرف المستفيد   BANK OF AMERICA-SWIFT#BOFAUS3N

BENEFICIARY CUSTOMER   المستفيد   INTERNATIONAL AMERICAN SUPERMARKET
ACC#00843786851I

DETAILS OF PAYMENT   إيضاحات المستفيد   FOOD ITEMS

CHARGES ON   الأتعاب   ( BEN   على المستفيد   )   X   ( OUR   علينا   )
SENDER TO RECEIVER   إيضاحات للمصرف المحول إليه                X

$ 30000

AUTHORIZED SIGNATURES

N ...(1 - 2001

185                                                         FNK 7782 0581



New Line Exchange Trust Company S.A.L
Capital : 250,000,000     L.N.B.C. 679

DATE: 04/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 14/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 30000 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE:

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
186                              FNK 7782 0582



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.R.B.C  679

BEIRUT: 4/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 11/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME     : BANK OF NEW YORK
SWIFT #       : IRVTUS3N

BANK NAME     : RHB BANK BERHAD
SWIFT CODE    : RHBBMYKL
BANK ADDRESS  : KL TRADE SERVICE CENTER LEVEL 3,4,&5
NO: 75 JALAN TUN H.S LEE 50000 KUALA
LUMPUR, MALAYSIA

BENEFICIARY   : PACIFIC INTER- LINK SDN.BHD
ACCOUNT #     : 61412900006928

BY ORDER OF RAMANI DISTRIBUTION CO.

AMOUNT        : $661,402 NET (SIX HUNDRED SIXTY ONE THOUSAND FOUR
HUNDRED TWO DOLLARS  NET ONLY)

REASON        : SOAP

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0583

BANK NAME:RHB BANK BERHAD ,

KL TRADE SERVICES CENTRE LEVEL 3,4 &5
NO:75 JALAN TUN H.S LEE 50000 KUALA
LUMPUR,MALAYSIA.

USD ACCOUNT: 61412900006928.

SWIFT CODE: RHBBMYKL.

BENEFICARY NAME:PACIFIC INTER-
LINK SDN.BHD

CORESPONDENT BANK FOR USD
A/C AS UNDER:BANK OF NEWYORK

SWIFT: IRVTUS3N.

AMOUNT: *: $661,402.00 NET*

*PRODUCT:SOAP.*

BY ORDER OF RAMANI DISTRIBUTION CO.

FNK 7782 0584

FROM :LCH st CHARLES Branch          FAX NO. :01366337 127          Jul. 04 2020 12:20PM P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: .....St.charles.                    **Transfer / Issuing Draft Application**          الفرع :
Date : ...04/07/2008                         طلب تحويل/إصدار شيك مصرفي          التاريخ : ...... / ...... / ......
Please remit on our behalf the following :                          يرجى من حضراتكم إصدار
☐ Bankers Draft                                                    ☐ شيك مصرفي
☐ Outward transfer by                                              ☐ تحويل خارجي بواسطة
X ☐ Swift   ☐ Telex   ☐ Mail                                       ☐ سويفت   ☐ تلكس   ☐ بريد

| Applicant's Name and Address اسم وعنوان الأمر | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| NEW LINE EXCH TRUST CO.S.A | | USD | 661,402.00 |
| BEIRUT-RAS BEIRUT-KARAKAS | | | |
| STR. TALEET LAMBHOUSE, TEL# 01/344808, REG# 1008128 A/C# 173902 | | | |

**Beneficiary's Bank** اسم وعنوان مصرف المستفيد

RHB BANK BERHAD
KL TRADE SERVICE CENTER LEVEL 3, 4&5
NO.75 JALAN TUN H.S.LEE 50000 KUALA
LUMPUR MALAYSIA
SWIFT: RHBBMYKL

**Beneficiary's Account Number** رقم حساب المستفيد

G1412900666928

**Beneficiary's Name and Address** اسم وعنوان المستفيد

PACIFIC INTER-LINK SDN BHD

**Details** التفاصيل

BY ORDER OF RAMANI DISTRIBUTION CO.
COST OF SOAP

**Correspondent Name**

VALUE 07/07/2008

For Bank use Only لاستعمال المصرف فقط

DATE       : 04/07/2008
TRA. SEAL  : 439
VALUE DATE : 04/07/2008
REF. KEY   : 004233/08
DOC. NO.   : 8004233.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   : 661402.00
PMT. CUR.  : US DOLLAR
RATE       :
EQUV. AMT  : 661402.00
COMMISSION : 10.00
FX COMM.   : .00
CBJ FEES   : .00
POSTAGES   : 15.00
STAMPS     : .00
TOTAL AMT. : 661427.00
DR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    :

COPY

**Settlement by**
☐ Cash
☐ Debit A/C Number          217/173902/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Counter Value القيمة المقابلة | Commission العمولة | Stamps طوابع | Total الإجمالي |
|---|---|---|---|---|---|---|
| USD | 661402 | | | 15 | 10 | 661,427.00 |

**Applicant's Signature**          S.V          **Authorized Signatures**

AS PER ATTACHED

FNK 7782 0585



New Line Exchange Trust Company S.A.L
Capital : 250.000.000.     L.N.B.C  6/9

DATE: 04/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 1.1/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 661402 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0586



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    C.N.B.C  679

BEIRUT: 3/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT -- LEBANON

REF. NO.: 9/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK'N NAME : AL RIYADE BANK, SAUDI ARABIA
ADDRESS         : 3654 RIYADH 11481 KSA
SWIFT              : RIBLSARIXXX

BENEFICIARY  : UNITED FOOD INDUSTRIES CORP SAUDI ARABIA SA
ACCOUNT #     : 2220003090450

AMOUNT         : $20,000 NET (twenty thousand dollars only)
Reason            : purchase of biscuits

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

191                                              FNK 7782 0587

FROM : :                    FAX NO. :                    Jul. 03 2020 12:51PM  P1

,Amounts   20000Net $
Bank name:al riyade bank, SAUDI
:ARABIA
.ACCOUNT WITH INSTIT
RIBLSARIXXX

BENEFICIARY CUSTOMER
/٢٢٢٠٠٠٣٠٩٠٤٥٠
UNITED FOOD INDUSTRIES CORP
SAUDI ARABIA  SA
DETAILS OF PAYMENT
REF:PURCHASE OF BISCUITS
DETAILS OF CHARGES
SHA

أسم البنك NEW LINE EXCHANGE قسم الدفعات

FNK 7782 0588

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 07 2008 03:03PM  P1

# LEBANESE CANADIAN BANK SAL   بنك الليناني الكندي ش.م.ل

Branch: ......... St.charles;                    Transfer / Issuing Draft Application
Date : 07/07/2008
Please remit on our behalf the following :
☐ Bankers Draft
☐ Outward transfer by
  ☒ Swift  ☐ Telex  ☐ Mail

| Applicant's Name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR. TALEET LAMBHOUSE, TEL# 01/744808, REG#-1008128 A/C#-173902 | USD | 20,000.00 |

Beneficiary's Bank
AL RIYADE BANK-SAUDI ARABIA
SWIFT :RIBLSARIXXX

Beneficiary's Account Number
2220003090450

Beneficiary Name and Address
UNITED FOOD INDUSTRIES CORP SAUDI ARABIA SA
3654 RIYADH 11481 KSA

Details
REASON:PURCHASE OF BISCUITS

Correspondent Name                BONY
Correspondent Account Number
                                  VALUE 09/07/2008

For Bank use Only

```
DATE      : 07/07/2008
TRA. SEQ1 : 770
VALUE DATE: 07/07/2008
REF. KEY  : 004329/08
DOC. NO.  : 8004329.
TRF. TYPE : SWIFT TRANSFER
TRF. CUR. : US DOLLAR
TRF. AMT  : 20000.00
PMT. CUR. : US DOLLAR
RATE      : 1
EQUV. AMT : 20000.00
COMMISSION: 10.00
FX COMM.  : .00
CBJ FEES  : .00
POSTAGES  : 15.00
STAMPS    : .00
TOTAL AMT.: 20025.00
DR A/C    : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS
```

Settlement by:
☐ Cash
☐ Debit A/C Number        217/173902-8/2/522/0

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of transfer | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| USD | 20,000 | | | | 15 | | 10 | 20,025.00 |

Applicant's Signature         S.V
AS PER ATTACHED

Authorized signatures
Mohamad Hamdoun

FNK 7782 0589

FROM :                  FAX NO. :                  Jul. 6 2009 10:01PM  P1

م كرمي | NEW LINE EXCHANGE قدرة السداد

+ عنوان حوالة السعودية :

# 3654 RIYADH 11481

# KSA

FNK 7782 0590

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 03/07/2008

# CASH TRANSACTION SLIP

TRF REF #: 9/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 20000 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0591

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 03/07/2008

ATT.: Lebanese Canadian Bank

G.M. MR. FADI NASSER

REF. NO.: 08/2008

## ORDER FOR TRANSFER

| | |
|---|---|
| BANK NAME | : BANK OF CHINA, SHANGHAI BRANCH, ZHONG |
| ADRESS | : SHAN ROAD (W) SUB BRANCH SHANGHAI, CHINA. |
| SWIFT CODE | : BKCHCNBJ300 |
| BENEFICIARY | : SHANGHAI CREATIVE ELECTRIC  MECHANICAL CO. LTD. |
| ACCOUNT # | : 4033604-11835108093014 |
| AMOUNT | : $28600 (TWENTY EIGHT THOUSAND SIX HUNDRED DOLLARS) |
| REASON | : THREAD AS RAW MATERIAL |

BEST REGARDS
AD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

## URGENT

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
196                                    FNK 7782 0592

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 03 2008 10:48PM P1

# EBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch : .......... St.charles          Transfer / Issuing Draft Application          خارج : ...............
                                        طلب تحويل / إصدار شيك مصرفي          تاريخ : ......../......../.........
Date : 03/07/2008

Please remit on our behalf the following :          □ شيك مصرفي          برجاء من حضرتكم إصدار

□ Bankers Draft          □ تحويل خارجي بواسطة
□ Outward transfer by
☒ Swift   □ Telex   □ Mail          □ برقية □ تلكس □ أخرى

| Currency قسمة | Amount المبلغ |
|---|---|
| USD | 28,600.00 |

Applicant's Name and Address اسم الطالب وعنوانه

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR.-TALBET LAMBHOUSE. TEL#01744808, REG#1008123 A/C#173900

For Bank use Only          كامن يخصص للبنك

Beneficiary's Bank اسم المصرف المستفيد
BANK OF CHINA
SHANGHAI BRANCH ,ZHONG
SHAN ROAD (W) SUB BRANCH
SHANGHAI ,CHINA
SWIFT BKCHCNBJ300

| | |
|---|---|
| DATE | : 03/07/2008 |
| TRA. SEQ1 | : 345 |
| VALUE DATE | : 03/07/2008 |
| REF. KEY | : 004206/08 |
| DOC. NO. | : 8004206. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 28600.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 28600.00 |
| COMMISSION | : 10.00 |
| EX.COMM. | : .00 |
| OUR FEES | : 15.00 |
| POSTAGES | : .00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 28625.00 |
| OUR A/C | : 217/173902-8/2/322/0 |

Beneficiary's Account Number رقم حساب المستفيد
4033604-11835108092014

Beneficiary Name and Address اسم المستفيد وعنوانه
SHANGHAI CREATIVE ELECTRIC MECHANICAL CO.LTD

NEW LINE EXCHANGE TRUST
REMARKS :

Details تفاصيل
THREAD AS RAW MATERIAL

Correspondent Name اسم المراسل للبنك          CHASB
Correspondent Account Number رقم حساب المراسل          VALUE 04/07/2008

الإضافة : □          □ القيد على الحساب رقم :

Settlement التسديد
□ Cash
□ Debit A/C Number          217/173902/2/521/0

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المعادلة | Commission العمولة | Correspondent charges أعباء التكويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD 28600 | | | | | 15 | 10 | | 28,625.00 |

Applicant's Signature توقيع المطالب          B.V          صحة التوقيع          Authorized signatures التوقيع المعتمد

AS PER ATTACHED

Hassen Abou Rashd

3-JUL-2008 09:59 From:NEW-LINE-EXCHANGE          0096611744010

FROM :                     FAX NO. :                    Jul.  2 2008  8:32PM  P1

Customer: Abdul Latif Parwaz

اخلص اخيكم NEW LINE EXCHANGE شركة السلام

**BENEFICIARY: SHANGHAI CREATIVE
ELECTRIC MECHANICAL CO. LTD.**

**ACCOUNT#: 4033604-11835108093014**

**BANKERS: BANK OF CHINA,
              SHANGHAI BRANCH, ZHONG
SHAN ROAD (W) SUB BRANCH
              SHANGHAI, CHINA.**

**SWIFT CODE: BKCHCNBJ300**

**AMOUNT: USD$ ~~28,25300~~ 28,600 NET.**

**REMARKS: THREAD AS RAW MATERIAL**

FNK 7782 0594

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

DATE: 03/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 8/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 28600 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0595



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

BEIRUT: 30/06/2008

ATT.: Lebanese Canadian Bank

G.M. MR. FADI NASSER

REF. NO.: 06/2008

## ORDER FOR TRANSFER

BANK NAME    : CITI BANK NA, NEW YORK
ABA          : 021000021

BANK OF OVERSEAS CHINESE OFFSHORE BANKING BRANCH TAIWAN
ACCOUNT #    : 10939679
SWIFT CODE   : OCCBTWTP

BENEFICIARY  : LAVIE INTERNATIONAL LIMITED
ACCOUNT#     : 0260070202701-6

AMOUNT       : USD$11000 ELEVEN THOUSAND DOLLARS ONLY
REASON       : YARN OR TRADE

BEST REGARDS

ZIAD YOUSSEF



# URGENT

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0596

FROM :LCB st CHARLES Branch      FAX NO. :01366337 127      Jun. 30 2008 01:38PM  P1

# LEBANESE CANADIAN BANK  البنك اللبناني الكندي

Branch : St.charles

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Date : 30/06/2008

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
  X ☐ Swift ☐ Telex ☐ Mail

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR.-TALERT LAMBHOUSE, TEL.01734808, NJG#-1009128 A/C# 173902

USD   10,975

103502070
BANK OF OVERSEAS CHINESE OFFSHORE
BANKING BRANCH TAIWAN
SWIFT: OCCBTWTP

| | |
|---|---|
| DATE | : 30/06/2008 |
| TRA. SEQU | : 785 |
| VALUE DATE | : 30/06/2008 |
| REF. KEY | : 004075/08 |
| DOC. NO. | : 8004075 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 10975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 10975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBI FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 11000.00 |
| DR A/C | : 217/173902-6/2/522/0 |

0260070202701-6

LAVIE INTERNATIONAL LIMITED

YARN OR TRADE

NEW LINE EXCHANGE TRUST
REMARKS :

BONY

VALUE 02/07/2008

☐ Cash
☐ Debit A/C Number

THRU: CITIBANK NA, NEW YORK ABA: 021000021

21217369286521/0

USD  10975                                              15      10

AS PER ATTACHED

30-JUN-2008 10:38 From:NEW-LINE-EXCHANGE    0096117448010    To:01 373918       P.2

FNK 7782 0597

2. BANKERS: CITI BANK NA, NEW YORK

ACCOUNT#: 10939679

FOR THE CREDIT OF

BANK OF OVERSEAS CHINESE OFFSHORE BANKING BRANCH,

TAIWAN.

SWIFT CODE: OCCBTWTP

FOR FURTHER CREDIT TO

LAVIE INTERNATIONAL LIMITED

ACCOUNT#: 0260070202701-6

AMOUNT: US$ 11,000.00

Yaro or trad

FNK 7782 0598



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

DATE: 30/06/2008

## CASH TRANSACTION SLIP

TRF REF #: 6/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 11000 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

203

FNK 7782 0599



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

BEIRUT: 30/06/2008

ATT.: Lebanese Canadian Bank

G.M. MR. FADI NASSER

REF. NO.: 05/2008

## ORDER FOR TRANSFER

| | |
|---|---|
| BANK | : S.G.B.L. SOCIETE GENERAL DE BANQUE BEIRUT AU LIBAN |
| BRANCH | : KFARAKKA BRANCH |
| SWIFT# | : SGLILBBX |
| BENEFICIARY | : WILLIAM NASSIF |
| ACCOUNT # | : 072 004 440 591185 01 3 |
| AMOUNT | : $35000 THIRTY FIVE THOUSAND DOLLARS ONLY |
| REASON | : PAYMENT FOR CONCRETE MIXERS PURCHASE |

BEST REGARDS

ZIAD YOUSSEF

URGENT 

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0600

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 30 2008 01:32PM P2

## LEBANESE CANADIAN BANK SAL



بنك اللبناني الكندي
ش.م.ل

Branch: .......St.Charles.............          Transfer / Issuing Draft Application          الفرع : .............
Date : .......30/06/2008.............          طلب تحويل/إصدار شيك مصرفي          التاريخ : .............
Please remit on our behalf the following :          من حضرتكم إصدار

☐ Bankers Draft          شيك مصرفي

☐ Outward transfer by          تحويل خارجي بواسطة
X  ☐ Swift  ☐ Telex  ☐ Mail          ☐ البريد ☐ التلكس ☐ السويفت

| اسم وعنوان المطلوب تحويل المبلغ لحسابه | Amount العبلغ | |
|---|---|---|
| NEW LINE EXCH TRUST CO.SA | USD | 34,985 |

اسم البنك المطلوب تحويل المبلغ إليه
BGBL
KFARAKKA BRANCH

| رقم الحساب المطلوب تحويل المبلغ إليه |
|---|
| 072-004-440-591183-01-3 |

اسم الأمر بالتحويل
WILLIAM NASSIF

سبب التحويل
PAYMENT FOR CONCRETE MIXERS PURCHASE

BDL
VALUE 02/07/2008

For Bank Use Only          من يلي يملأ من قبل المصرف

```
DATE        : 30/06/2008
TRA. SEQ.   : 755
VALUE DATE  : 30/06/2008
REF. KEY    : 004074/08
DOC. NO.    : 8004074.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        34985.00
PMT. CUR.   : US DOLLAR
RATE        :             1
EQUIV. AMT. :      34985.00
COMMISSION  :          5.00
FX COMM.    :           .00
OBJ FEES    :           .00
POSTAGES    :         10.00
STAMPS      :           .00
TOTAL AMT.  :      35000.00
DR A/C      : 217/173902-0/2/522/0
            NEW LINE EXCHANGE TRUST
REMARKS     :
```

نفقة الحساب
☐ Cash          نقداً

☐ Dadit A/C Number          القيد على الحساب رقم

| | 217/173902/2/522/0 | | | | | | |
|---|---|---|---|---|---|---|---|
| Exchange ½ سعر | Currency العملة | Counter Value المقابل | Commission العمولة | Total المجموع | | | |
| | USD 34985 | | | 5 | | 10 | |

طريقة التسليم          S.V.          Authorized signatures          تاريخ التنفيذ
AS PER ATTACHED

FNK 7782 0601