**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 30/06/2008

## CASH TRANSACTION SLIP

TRF REF #: 5/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 35000 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE:

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
206                                    FNK 7782 0602

FROM :                    FAX NO. :                    Jun. 29 2008  9:25PM  P1

Account number: 072 004 440 591185 01 3

Name          : Tony et/ou William Nassif

Bank          :S.G.B.L. Societe General de Banque au Liban.

Branch        :Kfarakka branch

Swift number  :SGLILBBX

Amount: $35,000.00

Details: Payment for concrete mixers purchase

مؤسسة السيارات NEW LINE EXCHANGE اخر في على

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0603

 **New Line Exchange Trust Company S.A.L.**
Capital : 250,000,000      L.N.B.C  679

BEIRUT : 24/06/2008

ATT. : MESSRS : LEBANESE CANADIAN BANK

G.M. MR. FADI NASSER

REF . NO.: 1/2008

## ORDER FOR TRANSFER

ACCOUNT NAME : RAMI RADWAN ELBABA

A/C NO:   0334-412695-810

BANK ADD. : ARAB BANK PLC ( ZAHRIEH BRANCH )

SWIFTE NO. : ARABLBBX

COUNTRY : LEBANON

TEL : 009616434722

AMOUNT : $ 75000  NET

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

URGENT

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

208                                                                 FNK 7782 0604

Nadia Nassar

اكبر سنة   NEW LINE Exchange   شركة السلام

**ACCOUNT NAME:   RAMI RADWAN ELBABA**

**A/C NO:       0334-412695-810**

**BANK ADD:     ARAB BANK PLC (ZAHRIEH BRANCH)**

**SWIFE NO:    ARABLBBX**

**COUNTRY:    LEBANON**

**TEL:00961 6 434722**

**----75,000 $ net**

FNK 7782 0605

FROM :LCB ST CHARLES*MANAGER OFFICE   FAX NO. :9611375522       Jun. 24 2008 12:32PM  P1

## LEBANESE CANADIAN BANK

البنك اللبناني الكندي

Branch: St Charles

Date: 24.6.08.

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

[ ] Bankers Draft
[ ] Outward transfer by
   [ ] Swift  [ ] Telex  [ ] Mail

**Applicant's Name and Address:**
NEW LINE EXCHANGE
TRUST CO. S.A.L

**Beneficiary's Bank:**
ARAB BANK PLC
ZAHRIEH BRANCH
Swift : ARABLBBX

**Beneficiary's Account Number:**
0.324  412685  810

**Beneficiary Name and Address:**
RAMI RADWAN ELBABA

**Correspondent Name:**
BDL

| Currency | Amount |
|----------|--------|
| USD | 75.000 |

**For Bank use Only**

```
DATE        : 24/06/2008
TRA. SEQ1   : 398
VALUE DATE  : 24/06/2008
REF. KEY    : 003922/08
DOC. NO.    : 8003922:
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        75030.00
PMT. CUR.   : US DOLLAR
RATE        :            1
EQUV. AMT   :        75000.00
COMMISSION  :            5.00
EX COMM.    :             .00
CABLES      :             .00
POSTAGES    :           10.00
STAMPS      :             .00
TOTAL AMT.  :        75015.00
DR A/C      : 217/173902-8/2/521/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

value 25-6-2008

**Settlement:**
[ ] Cash
[ ] Debit A/C Number    173902

| Amount | Exchange rate | Currency | Counter Value | Commission | Cable Transfer | Stamps | Total |
|--------|---------------|----------|---------------|------------|----------------|--------|-------|
|  |  |  |  |  |  |  |  |

| Applicant's Signature | S.V | Authorized signatures |
|-----------------------|-----|------------------------|
|  |  |  |

210

FNK 7782 0606

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

DATE: 24/06/2008

## CASH TRANSACTION SLIP

TRF REF #: 1/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 750,000 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
211                                                    FNK 7782 0607

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

BEIRUT : 27/06/2008

ATT.: Lebanese Canadian Bank

G.M. MR. FADI NASSER

REF. NO.: 04/2008

## ORDER FOR TRANSFER

BANK NAME      : MASHREQ BANIK
                              DUBAI, P.O BOX 2469

SWIFT CODE     : BOMLAEAD
ACCOUNT #      : 0493010287
AMOUNT         : $2000 NET TWO THOUSAND USD
BENEFICIARY    : ORBIT DIRECT
REASON         : SATTELITE FEES

BEST REGARDS

ZIAD YOUSSEF



Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

212                                               FNK 7782 0608

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jun. 30 2008 08:07AM  P1

# LEBANESE CANADIAN BANK        بنك اللبناني الكندي

nch: ..St. Charles                    **Transfer / Issuing Draft Application**
le: ..27-6-.08..                       طلب تحويل/لإصدار شيك مصرفي

ase remit on our behalf the following :
Bankers Draft
Outward transfer by
☐ Swift   ☐ Telex   ☐ Mail

| | Amount |
|---|---|
| New Line Exchange Trust Company S.A.L | USD   2000 |

Mashreq Bank
Dubai  P.O. Box 2469
Swift: BOMLAEAD

0493010187

ORBIT DIRECT

Satellite Fees

Mashreq BK

28/6/08

**For Bank use Only**

```
DATE      : 27/06/2008
TRA. SEQ1 : 660
VALUE DATE: 27/06/2008
REF. KEY  : 004023/00
DOC. NO.  : 8004024
TRF. TYPE : SWIFT TRANSFER
TRF. CUR. : US DOLLAR
TRF. AMT  :        2000.00
PMT. CUR. : US DOLLAR
RATE      :           1
EQUIV. AMT:        2000.00
COMMISSION:          10.00
FX COMM.  :            .00
CON FEES  :            .00
POSTAGES  :          15.00
STAMPS    :            .00
TOTAL AMT.:        2025.00
DR A/C    : 217/173202 3/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS
```

☐ Cash
☑ Debit A/C Number   217/173202/2/522/0

| | Currency | | Count Value | Commission | Rate of Transfer | Stamps | Total |
|---|---|---|---|---|---|---|---|
| USD | 2000 | | | 10 | 15 | | 2015 |

As per letter
Attached

S.V.

**Authorized Signatures**

Fadi B...

FNK 7782 0609

المركز NEW LINE EXCHANGE شركة السلسلة

1.- BANK NAME:MASHREQ BANK
,DUBAI, P.O BOX 2469
SWIFT CODE:BOMLAEAD.
BENEFICARY NAME:ORBIT
DIRECT.
A/C NO:0493010287.
AMOUNT:2000 $ NET.
DETAILS:SATALITE FEES.

Customer: Abdel latif fawaz

New Line Exch.

FNK 7782 0610

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 27/06/2008

ATT.: Lebanese Canadian Bank

G.M. MR. FADI NASSER

REF. NO.: 03/2008

## ORDER FOR TRANSFER

| | |
|---|---|
| BANKERS | : BANK OF BEIRUT U.K. LIMITED |
| | 17 CURZON STREET |
| | LONDON |
| SWIFT CODE | : BRBAGB21 |
| ACCOUNT # | : 15319452 |
| AMOUNT | : $15000 USD |
| | FIFTEEN THOUSAND USD |
| BENEFICIARY | : WILLIAM BITTAR |
| REASON | : PURCHASING TIMBER EQUIPMENT |
| | (ثمن شراء معدات خشب) |

BEST REGARDS

ZIAD YOUSSEF




Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

FNK 7782 0611

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 30 2008 08:08AM P2

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي

ranch: St. Charles

ate: 12.6.08

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

lease remit on our behalf the following :

[ ] Bankers Draft

[ ] Outward transfer by

[✓] Swift   [ ] Telex   [ ] Mail

Deco Line Exchange Company
S.A.L

USD   15.000

Bank of Beirut U.K. Limited
17 Moorgate Street, London
SWIFT: BRBAGB21

**For Bank Use Only**

DATE        : 27/06/2008
TRA. SEQU   : 648
VALUE DATE  : 27/06/2008
REF. KEY    : 004024/08
DOC. NO.    : 0004024
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        15000.00 $
AMT. CUR.   : US DOLLAR
RATE        :
EQUV. AMT   :    15000.00
COMMISSION  :       15.00
FX COMM.    :        .00
CBT FEES    :        .00
POSTAGES    :       10.00
STAMPS      :        .00
TOTAL AMT.  :    15025.00
DR A/C      : 217/173902/072/522/0
Name: LINE EXCHANGE TRUST
REMARKS     :

153.19453

Talloul Kilo

Purchasing Timber Equipment

Pony

30/6/08

[ ] Cash

[✓] Debit A/C Number:   217 173902 /2 /522 / 0

USD   15.000                     15   15        15025

At per Letter
Attached

Fadi Nassa

216                                                   FNK 7782 0612

FROM :                    FAX NO. :                    Jun. 26 2008  9:51FM  P2

Lebanese Canadian bank

2—

**BANKERS: BANK OF BEIRUT UK, LIMITED**
**17 CURZON STREET**
**LONDON**

SWIFT : BRBAGB21

ACCOUNT# 15319452

AMOUNT: $15,000.00  net

REMARKS: PURCHASING TIMBER EQUIPMENT

Beneficiary : William Bittar

Customer : Abdel latif fawaz .

217

FNK 7782 0613



New Line Exchange Trust Company S.A.L.
Capital : 250,000,000    R.No.C 679

DATE: 27/06/2008

## CASH TRANSACTION SLIP

TRF REF #: 3/2008

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 15,000 USD CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
218                                                                    FNK 7782 0614



FNK 7782 0615



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE : 05/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.: 165/2009

## ORDER FOR TRANSFER

BANK NAME    :   THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ( HSBC HONGKONG ) TSIMSHATSUI BRANCH

ADDRESS      :   HSBC BUILDING TSIMSHATSUI , 82-84 NATHAN ROAD , TSIMSHATSUI , KOWLOON
SWIFTE NO.    :   HSBCHKHHHKH

BENEFICIARY :  PEACEOCEAN INTERNATIONAL ( HK ) LIMITED .
ADDRESS       :  ROOM 1401 , CAMBRIDGE HOUSE , 26-28 CAMERON ROAD , TSIMSHATSUI , HK

ACCOUNT  NO :  817-204688-838

AMOUNT  :  25023    ( Twenty-five thousand and twenty-three dollars  )

*COST OF BICUIT*

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0616

New Line Exchange
Trust Co. s.A.L.

Company Name :PEACEOCEAN INTERNATIONAL (HK) LIMITED.

Add:Room   1401,Cambridge   House,26-28   Cameron Road,Tsimshatsui,HK


Bank Name:  The   Hongkong   And   Shanghai   Banking
Corporation Limited
(HSBC HongKong )Tsimshatsui Branch


Bank Address:HSBC Building Tsimshatsui,82-84
Nathan Road,Tsimshatsui,Kowloon


## Account No.: 817-204688-838


SWIFT Code: HSBCHKHHHKH


**AMOUNT : $25,023.00**


**COST OF BISCUIT**

FNK 7782 0617

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127        Jul. 08 2010 02:22PM  P1

# ⅢANESE CANADIAN BANK ⬛  البنك اللبناني الكندي
SAL                                                                      ش.م.ل

to: St.charles.                          Transfer / Issuing Draft Application          فرع :
                                         طلب تحويل/إصدار شيك مصرفي
7/1/2009 /                                                             تاريخ :

issu remit on our behalf the following :                             □ يرجى منا وكالتكم إصدار
                                                                    □ شيك مصرفي
Bankers Draft                                                       □ تحويل خارجي برأسمكم
Onward transfer by                                                  □ برقية □ تلكس □ بريد
    □ Swift  □ Telex  □ Mail

| | | |
|---|---|---|
| NW LINE EXCH TRUST CO.SA | USD | 25,023 |

BEIRUT-RAS BEIRUT-KARAKAS,
S. R. :TALEET LAMB HOUSE  TEL# 017/744808, REG# 1008128 1904 0044 2150 177 0.0200 0052 0000

HONG KONG AND SHANGHAI BANKING CORPORATION

| | |
|---|---|
| DATE | : 05/07/2010 |
| TR. SEQ. | : 720 |
| VALUE DATE | : 05/07/2010 |
| REF. KEY | : D07 747/10 |
| DOC. NO. | : 10007047. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 25023.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 25023.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 25048.00 |
| DR A/C | : 217/173902-8/2/522/0 |

LIMITED (TSIMSHA TSUI BRANCH)
HSBC BUILDING TSIMSHA TSUI 82-84 NATHAN ROAD
TSIMSHATSUI, KOWLOON SWIFT: HSBCHKHHHKH

T:(7-201688-838

NEW LINE EXCHANGE TRUST
REMARKS  : 2

PEACEOCEAN INTERNATIONAL (HK) LIMITED
ROOM 1401, CAMBRIDGE HOUSE, 26-28 CAMERON ROAD TSIMSHATSUI KLN

COST OF BISCUIT

VALUE 07/07/2010

VALUE 07/07/2010
    □ Cash                                                          □ قيدوا على الحساب رقم :
    □ Debit A/C Number

AS PER ATTACHED

222                                                          FNK 7782 0618

بيروت، في ٥/٧/١٠ *(handwritten)*

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM: *(handwritten)*

إسم المصرّح: New Line Exchange Trust Co. S.A.L.

ACCT #: *(handwritten)* 173902 *(handwritten)*

رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك أو تحويل**

Transfer #: 165 *(handwritten)*

رقم المرجع: ٩/١٦٠ ٥.٢ *(handwritten)*

– المبلغ: 25,023 *(handwritten)*

– نقدي أو غير: CASH *(handwritten)* G *(handwritten)*

– التاريخ: DATE: 5-7-2010 *(handwritten)*

– مصدر الأموال: BUSINESS *(handwritten)*

– وجهة استعمال الأموال: REASON: PURCHASE COOKIES *(handwritten)*

– هوية المستفيد: BENEFICIARY PEACE OCEAN INTERNATIONAL Limited *(handwritten)*

– صاحب الحق الإقتصادي: عبد اللطيف فؤاد ABDUL LATY FAWAZ *(handwritten)*

الإسم: *(handwritten signature)*

التوقيع: *(handwritten signature)*

New Line Exchange
Trust Co. S.A.L.

223

FNK 7782 0619



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000     L.N.R.C 679

DATE : 01/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH,

BEIRUT – LEBANON

REF.NO.:164/2009

## ORDER FOR TRANSFER

BANK NAME   :  HSBC BANK USA , NEW YORK
ROUTING NUMBER : 021 001 088
SWIFTE NO.     :  MRMDUS33

CREDIT TO : HSBC BANK CANADA , TORONTO
SWIFT     : HKBCCATT

FURTHER CREDIT TO : HSBC BANK CANADA , MONTREAL
TRANSIT NUMBER  . : 10001

TO CREDIT : KRISTOM CANADA / 4077571 CANADA INC.
ACCOUNT NUMBER : 328441-070

AMOUNT :  110,160 $  ( One hundred and ten thousand, one hundred
and sixty dollars )

BY ORDER OF SILVER PLATTER GH.LTD.

SUPPLIER OF CHICKEN

New Line Exchange
Trust Co. S.A.L.

BEST REGARDS
AMAD YOUSSEF

FROM :LCB st CHARLES Branch          FAX NO. :01396337 127          Jul. 01 2010 02:18PM  P2

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    Transfer / Issuing Draft Application          فرع :
Date: 01/07/2010                       طلب تحويل/إصدار شيك مصرفي                     تاريخ : / /

Please remit on our behalf the following :                                            يرجى من حضراتكم إصدار
☒ Bankers Draft                                                                        ☐ شيك مصرفي
☐ Outward transfer by                                                                  ☐ تحويل خارجي بواسطة
    ☐ Swift ☐ Telex ☐ Mail                                                            ☐ البريد ☐ التلكس ☐ السويفت

| Applicant's Name and Address | |
| --- | --- |
| NEW LINE EXCH TRUST CO SAL BEIRUT-RAS BEIRUT-KARAKAS STR-TALEET LAMBHOUSE, TEL#-01/744808, REG# 1008128 | USD    110,160 |
| | LB24 0044 2170 P39 0200 2052 2000 |

| HSBC BANK CANADA TORONTO, SWIFT: HKBCCATT FOR FURTHER CREDIT HSBC BANK CANADA, MONTREAL TRANSIT# 10001 | DATE      : 01/07/2010 |
| --- | --- |
| | TRA. SEQ.  : 1424 |
| | VALUE DATE : 01/07/2010 |
| | TRF. KEY  : 006935/10 |
| | DOC. NO.  : 10006935. |
| 328441-010 | TRF. TYPE  : SWIFT TRANSFER |
| | TRF. CUR.  : US DOLLAR |
| | TRF. AMT  :    110160.00 |
| | PMT. CUR.  : US DOLLAR |
| KRISTOM CANADA ON BEHALF OF 7077577 CANADA INC. 1077 ST MATHIEU, SUITE 205 MONTREAL, QUEBEC CANADA H3H 2S4 TEL# 5109312 | RATE      :       1 |
| | EQUV. AMT  :    110160.00 |
| | COMMISSION :       10.00 |
| | FX COMM.  :       .00 |
| | OBJ FEES  :       .00 |
| | POST.      :       15.00 |
| | STAMPS    :       .00 |
| | TOTAL AMT. :   110185.00 |
| REASON:SUPPLIER OF CHICKEN FREQUENCY:4 TIMES PER YEAR RELATION:TRADE ORIGIN OF GOODS: CANADA | DR A/C    : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS    : 2 |

|                          |       |
| VALUE   06/07/2010       |       |

Settlement by :                                                                        طريقة الدفع :
☐ Cash    · THRU: HSBC BANK USA, NEW YORK ROUTING# 021001088 SWIFT: MRMDUS33
☒ Debit A/C Number 217/173902/2/522/0                                                  القيد على الحساب رقم :

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of delivery كلفة الإرسال | Stamps الطابع | Total المجموع |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| USD | 110160 | | | | 15 | 10 | | |

| Applicant's Signature توقيع العميل | | S.V توقيع البديل | | Authorized signature التواقيع المعتمدة | |
| --- | --- | --- | --- | --- | --- |
| AS PER ATTACHED | | | | | Llatifa Wansh |

Mohamed Hamdoun

01-JUL-2010 11:21 From:EN-LINE-EXCHANGE  0096117744810          Total: 373910

FNK 7782 0621

HSBC Bank USA, New York
Routing number: 021 001 088
Swift code: MRMDUS33
Credit to: HSBC Bank Canada, Toronto
Swift: HKBCCATT
Further credit to: HSBC Bank Canada, Montreal
Transit number: 10001
To credit: Kristom Canada / 4077571 Canada Inc.
Account number: 328441-070

*AMOUNT : USD* **110,160.00**

**Supplier of chicken.**

*BY ORDER OF SILVER PLATTER GH. LTD.*

FNK 7782 0622

بتاريخ Z، في ‏‎C.١٠١٧/١

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM:

اسم المصرح: New Line Exchange Trust Co. S.A.L.

Acct #:

رقم الحساب: 1730₀2

الموضوع: إشعار عن عملية سحب شبك

تتجاوز قيمته $10.000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شبك أو تحويل**

رقم المرجع: C.١٠/ ١٦٤ · TRANSFER #: 164

المبلغ (العملة $US): $11.16₀ · ACCOUNT: 110,160

نقدي او غير: ستيف CS — CASH

التاريخ: 1/ N · C.١٠ اختبار · DATE: 1-7-2010

مصدر الأموال: — BUSINESS REASONS PURCHAS CHICKEN

وجهة استعمال الأموال: شراء و دجاج — لبنان

هوية المستفيد: KRISTOM CANADA — BENEFICIARY

صاحب الحق الاقتصادي: عبد اللطيف فواز — ABDUL LATY FAWAZ

الإسم: اسماعيل علي بازناية

التوقيع:

New Line Exchange Trust Co. S.A.L.

FNK 7782 0623



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.R.B.C 679

DATE: 29/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH,

BEIRUT – LEBANON

REF. NO.: 161/2009

## ORDER FOR TRANSFER

BANK NAME     ;   JOINT STOCK COMMERCIAL BANK FOR
FOREIGN TRADE OF VIETNAM – DANANG  BRANCH
( VIETCOMBANK DANANG )
Swift code     :   BFTVVNVX004
Address        :   140 LE LOI STREET , DANANG CITY , VIETNAM
BENEFICIARY  :  FOODINCO INVESTMENT AND TRADING J.S
GROUP
ACCOUNT NO #  0041 3700 12117 ( USD )

AMOUNT       :  112525 $   (  One hundred and twelve thousand
five hundred and twenty five dollars )

REASON          : COST OF RICE

BEST REGARDS

New Line Exchange      ISMAIL YOUSSEF
Trust Co. S.A.L.

FOODINCO INVESTMENT AND TRADING J.S GROUP

ADD. : 58 BACH DANG STREET, DANANG CITY, VIETNAM

Account No.: 0041 3700 12117 (USD)

Joint Stock Commercial Bank for Foreign Trade of Vietnam - Danang branch (VIETCOMBANK DANANG)

Address: 140 Le Loi street, Danang city, Vietnam

Tel: (84-511) 3823471  Fax: (84-511) 3826062

Swift code: BFTVVNVX004

# Amount : $ 112,525

FNK 7782 0625

# LEBANESE CANADIAN BANK SAL        البنك اللبناني الكندي ش.م.ل

Branch: St.charles,          فرع : ـــــــــــــــ

0/06/2010   /          تاريخ : ــــ/ـــــ/ـــــ

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :          يرجى تحويل/إصدار بإسم حسابكم

☐ Bankers Draft          ☐ شيك مصرفي

Outward transfer by          ☐ تحويل خارجي بواسطة

X   ☐ Swift ☐ Telex ☐ Mail          ☐ سويفت ☐ تلكس ☐ بريد

| | | |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA.<br>BEIRUT-RAS BEIRUT-KARAKAS,<br>AL MATAM BUILDING, TEL: 01744808, IBAN# LB24 0004 2170 1739 0200 2052 2001 | USD | 112,525.00 |

|  |  |
|---|---|
| | DATE       : 29/06/2010 |
| INT-STOCK COMMERCIAL BANK FOR | TRA. SEQ : 711 |
| FOREIGN TRADE OF VIETNAM - DANANG BRANCH, | VALUE DATE : 29/06/2010 |
| VIETN 3UTVVNVX004, VIETNAM | REF. KEY : 006800/10 |
| SWIFT: OCBQSGSG | DOC. NO. : 10004800. |
| | TRF. TYPE : SWIFT TRANSFER |
| MUAI JOU 12117 | TRF. CUR. : US DOLLAR |
| | TRF. AMT : 112525.00 |
| | PMT. CUR. : US DOLLAR |
| | RATE : 1 |
| FOODINCO INVESTMENT AND TRADING J.S | EQUV. AMT : 112525.00 |
| | COMMISSION : 10.00 |
| | FX COMM. : .00 |
| | CBJ FEES : .00 |
| | POSTAGES : 15.00 |
| | STAMPS : .00 |
| COST OF RICE | TOTAL AMT. : 112551.00 |
| | DR A/C. : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : |

VALUE 01/07/2010

☐ Cash          نقداً ☐

☐ Debit A/C Number: 217/173902/2/522/0          رقم الحساب المراد القيد منه ☐

| ID   : 2525 | | 15 | 10 |
|---|---|---|---|

AS PER ATTACHED

FNK 7782 0626

بيروت في: ٢٠١٠/٦/٢٩

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM*

*Acct #*

إسم المصرح: New Line Exchange Trust Co. S.A.L.

رقم الحساب: *173908*

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

## معلومات عن اصدار شيك او تحويل

رقم المزدوج: *TRANSFER # 161*
المبلغ: *ACCOUNT : 112,525*
(العملة) *115000*
– نقدي او غير : *CASH*
التاريخ: *DATE : 29-6-2010*
مصدر الاموال: *SOURCE OF MONY : BUSINESS*
وجهة استعمال الاموال: *PURCHASE RICE*
– هوية المستفيد: *BENEFICIARY*
*FOODINCO INVESTMENT AND*
*TRADING. J.S. GROUP*
– صاحب الحق الإقتصادي: عبد اللطيف جواز *ABDUL LATIF FAWAZ*
الإسم: اسماعيل يوسف
التوقيع: بالوكالة

New Line Exchange
Trust Co. S.A.L.

231                                    FNK 7782 0627



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE : 23/06/2010

MM. MECTAFF S.A..L

BEIRUT – LEBANON

REF.NO.:155/2009

## ORDER FOR TRANSFER

BANK NAME    : RHB BANK BERHAD
ADDRESS      : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK
SWIFT        ; IRVT US3N
BENEFICIARY ; PACIFIC INTER-LINK SDN BHD
ADDRESS      ; 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :  61412900006928

AMOUNT : 151791  USD (One hundred and fifty-one thousand seven
hundred and ninety-one dollars )

COST OF SOAP

BEST REGARDS

ZIAD  YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

232                                                                    FNK 7782 0628

FROM :                                FAX NO. :01824494         23 Jun. 2010 10:07PM  P1

BANK ;                          RHB BANK BERHAD
                                   KL TRADE SERVICES CENTRE
                           LEVEL 3, 4, & 5, NO: 75, JALAN TUN H.S. LEE
                           50000 KUALA LUMPUR, MALAYSIA
                           USD Account No: 61412900006926
                               Swift: RHBBMYKL
Beneficiary          : PACIFIC INTER-LINK SDN BHD
ADDRESS              : 31st FLOOR MENARA DATO' ONN, PUTRA WORLD
TRADE CENTRE  45 JALAN TUN ISMAIL, 60480 KUALA LUMPUR          TEL: 603 –
4042 3933 / FAX: 603 – 4041 3939, 4042 8088

CORRESPONDENT BANK FOR USD A/C: BANK OF NEW YORK
SWIFT: IRVTUS3N

## AMOUNT : $151,791.00

## Cost of SOAP

FNK 7782 0629

23-JUN-2010  01:29   FROM  MECATTAF *CLAUD          TO  9-01744810          P.01

**M E C A T T A F   S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-343 700 Fax : 04-343 709

Ankar,  23-JUN-2010

IBL BANK SAL
ACHRAFIEH BRANCH

Ref :   B6305   New Line

## PAYMENT ORDER

Dear Sir,
By the debit of our Account No. ___LB940052000700230100156 5__ kindly effect the following payment

Amount      USD  151,791.00           Value Date    24-JUN-2010

US DOLLAR ONE HUNDRED FIFTY ONE THOUSAND SEVEN HUNDRED
NINETY ONE ONLY

Pay to :   BANK OF NEW YORK SWIFT IRVTUS3NXXX
           NEW YORK USA

Beneficiary: RHB BANKSWIFT:RHBBMYKL
           KL TRADE SERVICE CENTRE LEVEL 3
           AND 4 AND 5 NO.75 JALAN TUN H.S.
           LEE 5C000 KUALA LUMPUR MALAYSIA

For Further  PACIFIC INTER-LINK SDN BHD 31 FLOOR,MEHARA,DATO'ONN, PUTRA
Credit:      WORLD TRADE CENTER 45 JALAN TUN ISMAIL 50480, KUALA LUMPUR M
           AC.NO. 6141/900006928

By Order:  MECATTAF SAL BEIRUT - LEBANON

           FOR VEGETABLE COOKING OIL ORDER RAMANI DISTRIBUTION
           CO LTD P.O.BOX 1214 DANSOMAN
           /ACC/PACIFIC INTER-LINK SDN BHD //SOURCE OF FUNDS-TRADE O
           //SOAP

Source OF
Funds:
Banef.Right
Owner:

MECATTAF S.A.L.

FNK 7782 0630

TOTAL P.01



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

DATE: 21/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 151/2009

## ORDER FOR TRANSFER

BANK NAME        :   VIETNAM MARITIME COMMERCIAL JOINT
STOCK BANK
Swift code        :   MCOBVNVX
Address          :   253 CAU GIAY ST, HANOI , VIETNAM

BENEFICIARY   :  NOVA CO., LTD.
ACCOUNT NO #  :  03301370000018
BUYER ORDER :  ROYAL BOW CO. LTD

AMOUNT        :  120,000 $  ( one   hundred  and  twenty
thousand dollars .)

REASON        :  COST OF RICE

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

235                                                    FNK 7782 0631

BENEFICIARY'S BANK INFORMATION:
VIETNAM MARITIME COMMERCIAL JOINT STOCK E
253 CAU GIAY ST, HANOI, VIETNAM
SWIFT CODE: MCOBVNVX
ACCOUNT NAME: NOVA CO., LTD.
ACCOUNT NO.: 03301370000018

120,000  US @

AMOUNT : ~~$120,000.00~~

## COST OF RICE

## B.O : ROYAL BOW CO. LTD

FNK 7782 0632



**NOVA CO., LTD.**
Thanh Xuan, Hanoi, Vietnam
Tel: (+84) 4 3557 6133
Fax: (+84) 4 3557 6174
Email: info@nova-vn.com
Website: www.nova-vn.com

**COMMERCIAL INVOICE**

ORIGINAL

Date:        10/10/2009

Buyer:        ROYALBOW
              ACCA, GHANA

Ship To: Tema Port, Ghana
B/L No.: VN1322788
Vessel: Asta Rickmers OH289R
Shipment Date: 10/10/2009

| REF NO. | PAYMENT TERM | INCOTERMS | SHIP FROM | SHIP TO | INSURANCE |
|---------|--------------|-----------|-----------|---------|-----------|
| ROY7 | T/T | CFR Tema | Hochiminh | Tema | Buyer's Care |

| QUANTITY | DESCRIPTION | PRICE (USD/MT) | AMOUNT |
|----------|-------------|----------------|--------|
| 369.850 MT | JASMINE BROKEN RICE "SUN" 50KG YELLOW BAGS | USD 426.00 | USD 157,186.25 |
| 420.600 MT | JASMINE BROKEN RICE "SUN" 25KG YELLOW BAGS | USD 428.00 | USD 179,974.00 |
| | | CFR TEMA  TOTAL AMOUNT | USD 337,160.25 |

BENEFICIARY'S BANK INFORMATION:
TECHCOMBANK
1BT1 TRUNG HOA NHAN CHINH, HANOI, VIETNAM
SWIFT CODE: VTCBVNVX
ACCOUNT NAME: NOVA CO., LTD.
ACCOUNT NO.: 11020152382058

FOR THE SELLER

Authorized Signature(s)

FNK 7782 0633

FROM :LCB st CHARLES Branch      FAX NO. :01356337 127      Jun. 22 2010 08:59AM P1

# LEBANESE CANADIAN BANK SAL      البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    Transfer / Issuing Draft Application
                                       طلب تحويل/إصدار شيك مصرفي

Date 1/06/2010                                                    التاريخ:

Ple ase remit on our behalf the following:
☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift ☐ Telex ☐ Mail

| | | |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | USD   120,000 | |
| BEIRUT-RAS BEIRUT-KARAKAS | | |
| JR. ALBERT LAMPHOURE TEL.#01/744405, P.O.# 100/128 | | |

DATE          : 21/06/2010
TRA. SEQ.     : 89
VALUE DATE    : 21/06/2010
REF. KEY      : 006487/20
VIETNAM MARITIME COMMERCIAL JOINT        DOC. NO.      : 10006487
STOCK BANK                               TRF. TYPE     : SWIFT TRANSFER
SWIFT : MCOBVNVX                          TRF. CUR.     : US DOLLAR
                                         TRF. AMT      : 120000.00
                                         PMT. CUR.     : US DOLLAR
03301370000018                           RATE          : 1
                                         EQUV. AMT     : 120000.00
                                         COMMISSION    : 10.00
                                         FX. COMM.     : .00
NOVA CO. LTD                             OBJ FEES      : .00
                                         POSTAGES      : 15.00
                                         STAMPS        : .00
                                         TOTAL AMT.    : 120025.00
                                         DR A/C        : 217/175902-8/2/522/0
                                         NEW LINE EXCHANGE TRUST
BUYER ORDER: ROYAL BOW CO. LTD           REMARKS       : 2
COST OF RICE

POST                     VALUE 23/06/2010

☐ Cash
☐ Debit A/C Number

| Amount | Rate | Counter Value | Commission | Stamps | Total |
|---|---|---|---|---|---|
| USD 120000 | | | 10 | 10 | 120000 |

Applicant's Signature         S.V         Authorized signatures

AS PER ATTACHED                            Latifa Wansa      Mohamad Hassan

FNK 7782 0634

*[handwritten:]* ابو / ... في: ... *[signature]*

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*[handwritten: ORDER FROM →]*   New Line Exchange   إسم المصرح:
Trust Co. S.A.L.

*[handwritten: ACCT.]*   رقم الحساب: **173902**

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10,000$ أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

*[handwritten: TRANSFER # 151]*   رقم المرجع: 101 / شك

*[handwritten: AMOUNT 120,000]*   المبلغ: 12,000 $   (العملة ....)

*[handwritten: CASH]*   – نقدي أو غير: نقد شي

*[handwritten: DATE 21-6-2018]*   التاريخ: 21 /6/ 2018

*[handwritten: SOURCE W/MONEY: BUSINESS]*   مصدر الأموال: التجارة

*[handwritten: REASON: PURCHASE RICE]*   وجهة استعمال الأموال: شراء أرز

*[handwritten: ABDUL LATIF FAWAZ]*   هوية المستفيد: عبد اللطيف فواز

*[handwritten: NOVA Co. LTD]*   – صاحب الحق الإقتصادي: *[handwritten: BENEFICIARY]*

الإسم: اسماعيل يوسف بالوكالة

التوقيع: *[signature]*

New Line Exchange
Trust Co. S.A.L.

239                                    FNK 7782 0635



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE : 18/06/2010

MM. MECTAFF S.A..L

BEIRUT -- LEBANON

REF.NO.:150/2009

## ORDER FOR TRANSFER

BANK NAME    : UNITED OVERSEAS BANK LIMITED SINGAPORE BRANCH

SWIFTE NO.    : UOVBSGSG

BENEFICIARY : NGO CHEW HONG EDIBLE OIL PTE LTD

ACCOUNT  NO :   391-900-484-1

AMOUNT : 115050 ( one hundred and fifteen thousand and fifty dollars )

P. VEGETABLE OIL

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0636

BANK:  UNITED OVERSEAS BANK LIMITED

   SINGAPORE BRANCH

SWIFT: UOVBSGSG

BENEFICAIRY: NGO CHEW HONG EDIBLE OIL PTE LTD

ACCOUNT NO": 391-900-484-1.

AMOUNT : **U$D 115,050.00**

FNK 7782 0637

18-JUN-2010  01:02   FROM MECATTAF SAL                    TO 9-01744810                    P.02

MECATTAF S.A.L.                          Awkar   18-JUN-2010
Exchange Establishment List No. 26
P.O.Box : 11 - 5833                       ┌─────────────────────────────┐
Beirut - Lebanon                         │ LEBANON & GULF BANK SAL      │
Phone : 04-543 700 Fax : 04-543 709      │ MAIN BRANCH BEIRUT          │
                                         │                             │
Ref :   B6110   New Line                 └─────────────────────────────┘

# PAYMENT ORDER                          NOT NEGOTIABLE

Dear Sirs,
By the debit of our Account No.  .....LB420094000000000111111C..... kindly effect the following payment

Amount     USD  115,050.00              Value Date    21-JUN-2010

    US DOLLAR ONE HUNDRED FIFTEEN THOUSAND  FIFTY ONLY

Pay to :     UNITED OVERSEAS BANK LIMITED SWIFT UOVBSGSC
             SINGAPORE BRANCH
             SINGAPORE

Beneficiary:  NGO CHEW HONG EDIBLE OIL PTE LTD
              231 PANDAN COOP.SINGAPORE 128411
              SINGAPORE

              AC.NO. 391-900-404-7

For Further
Credit:

By Order:    MECATTAF SAL BEIRUT - LEBANON

             FOR VEGETABLE COOKING OIL ORDER RAMANI DISTRIBUTION CO.LT

             /ACC/NGO CHEW HONG EDIBLE //OIL PTE LTD
             //SOURCE OF FUNDS-BUSINESS EXCHANGE

Source Of
Funds:
Benef.Right                                    NOT NEGOTIABLE
Owner:

                                                        MECATTAF S.A.L.

                                                        TOTAL P.02

                            FNK 7782 0638

FROM :PULAS_0000000000000000 000000   FAX NO. :1                    Jun. 18 2010 01:26PM  P1

# Ngo Chew Hong Edible Oil Pte. Ltd.

GST Reg. No: MR-85001330                    Co. Reg. No: 197601006R

## INVOICE

AFRIMEX SAL
BIR HASSAN - EMBASSIES STREET
AL SALIA BUILDING BEIRUT LEBANON

| Invoice no. | : 2254/2010 |
| Date | : 28-May-10 |
| Account no. | : |
| Sales order no(s). | : 1315/2010/K |

Terms :

| Particulars | Unit Price | Amount |
|---|---|---|
| TURKEY BRAND VEGETABLE COOKING OIL | ONE TEMA | |
| | (PER CTN) | |
| 5 FCL     8850     CTNS     PKG IN 12X1 LIT BOT/CTN | USD 13.00 | USD 115,050.00 |
| | | USD 115,050.00 |

SHIPMENT FROM SINGAPORE TO TEMA VIA TPP
VESSEL NAME: BY TRUCK / MAERSK BRANI

TT AGAINST FAXED DOCUMENT DOC:
THE BANK OF NEW YORK, NEW YORK (SWIFT CODE: IRVTUS3N)
FOR ACCOUNT OF UNITED OVERSEAS BANK LIMITED,
SINGAPORE BRANCH (SWIFT CODE:UOVBSGSG)
FAVOURING NGO CHEW HONG EDIBLE OIL PTE LTD
ACCOUNT NO. UNITED STATES DOLLARS : 391-900-484-

NGO CHEW HONG EDIBLE OIL PTE. LTD.

E. & O. E.

231, PANDAN LOOP, SINGAPORE 128418.  TEL: 67763322 (GENERAL), 67796400 (MARKETING)
FAX: 67775008 (GENERAL), 67727607 (MARKETING), 67769086 (LOCAL SALES), 67751566 (PRODUCTION)
E-MAIL: ncheill@jagnat.com.sg  TELEX: TUROIL RS 24007
WEBSITE: http://www.ngochewhong.com

FNK 7782 0639



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.R.B.C 6/9

DATE : 18/06/2010

MM. MECTAFF S.A.L

BEIRUT – LEBANON

REF.NO.:149/2009

## ORDER FOR TRANSFER

BANK NAME    : RHB BANK BERHAD
ADDRESS      : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK
SWIFT       : IRVT US3N
BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS      : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :  61412900006928

AMOUNT : 103200  USD ( One hundred and three thousand and two
hundred dollars )

COST  OF SOAP

BEST REGARDS

ZIAD  YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
244                                          FNK 7782 0640

BANK :                          RHB BANK BERHAD
                                KL TRADE SERVICES CENTRE
                                LEVEL 3, 4, & 5, NO: 75, JALAN TUN H.S. LEE
                                50000 KUALA LUMPUR, MALAYSIA
                                USD Account No: 61412900008928
                                Swift: RHBBMYKL
Beneficiary          : PACIFIC INTER-LINK SDN BHD
ADDRESS              : 31st FLOOR MENARA DATO' ONN, PUTRA WORLD
TRADE CENTRE  45 JALAN TUN ISMAIL, 50480 KUALA LUMPUR        TEL: 603 –
4042 3933 / FAX: 603 – 4041 3939, 4042 8088

CORRESPONDENT BANK FOR USD A/C: BANK OF NEW YORK
SWIFT: IRVTUS3N

## AMOUNT :$103,199.25

## Cost of SOAP

FNK 7782 0641

18-JUN-2010  01:02   FROM MECATTAF SAL          TO 9-01744810        P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 300 Fax : 04-543 709

Awkar,  18-JUN-2010

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

Ref :   B6111   New Line

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.   LB420094000000000111111C  kindly effect the following payment

Amount   USD  103,200.00          Value Date   21-JUN-2010

US DOLLAR ONE HUNDRED. THREE THOUSAND TWO HUNDRED ONLY

Pay to :   BANK OF NEW YORK SWIFT IRVTUS3NXXX
NEW YORK USA

Beneficiary:   RHB BANKSWIFT:RHBBMYKL
KL TRADE SERVICE CENTRE LEVEL 3
AND 4 AND 5 NO.75 JALAN TUN H.S.
LEE 50000 KUALA LUMPUR MALAYSIA

For Further   PACIFIC INTER-LINK SDN BHD 31 FLOOR,MEHARA, DATO'ONN, PUTRA
Credit:       WORLD TRADE CENTER 45 JALAN TUN ISMAIL 50480, KUALA LUMPUR M
AC.NO.  61416500006928

By Order:   MECATTAF SAL

FOR VEGETABLE COOKING OIL ORDER RAMANI DISTRIBUTION
CO LTD P.O.BOX 1214 DANSOMAN
/ACC/PACIFIC INTER-LINK SDN BHD //SOURCE OF FUNDS-TRADE O
//VEGETABLE COOKING OIL

Source Of
Funds:
Benef.Right
Owner:

MECATTAF S.A.L.

246                                                    FNK 7782 0642

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE : 17/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.:148/2009

## ORDER FOR TRANSFER

BANK NAME   :   FIRST COMMERCIAL BANK , CHIA YI BRANCH
ADDRESS     :   307 CHUNG SHAN ROAD , CHIA YI , TAIWAN .R.O.C
SWIFTE NO.  :   FCBKTWTP 601

BENEFICIARY :   CHAO WEI PLASTIC MACHINERY CO. LTD

ACCOUNT  NO :   501-40-000788

AMOUNT : 5810 $  ( Five thousand eight hundred and ten dollars )

P. PLASTIC MACHENERY

BEST REGARDS

ISMAIL  YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0643

BANK ACCOUNT DETAILS:

BANK NAME: FIRST COMMERCIAL

BANK,CHIA YI BRANCH

BANK ADDRESS: 307 CHUNG SHAN

ROAD,CHIA YI,TAIWAN,R.O.C

BANK FAX: 886-5-2271280

S.W.I.F.T NO:FCBKTWTP 601

ACCOUNT NO:501-40-000788

ACCOUNT NAME: CHAO WEI

PLASTIC MACHINERY CO.LTD

PLEASE TRANSFER USD 5,810.4

FNK 7782 0644

FROM :LCB st CHARLES Branch       FAX NO. :01396337 127       Jun. 18 2010 09:52AM P1

## LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي

Branch: St.Charles.

Date :03/2010 /

**Transfer / Issuing Draft Application**   طلب التحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

- [ ] Bankers Draft
- [X] Outward transfer by
  - [ ] Swift  [ ] Telex  [ ] Mail

USD       5810

NEW LINE EXCH. TRUST CO SA
BEIRUT-RAS BEIRUT-KARAKAS
STR: TALBET LAMBHOUSE, TEL: 0174408; RBOS 100SI28 IBAN# LB24 0014 2170 1730 0200 203 2000

FIRST COMMERCIAL BANK
CHIA YI BRANCH
307 CHUNG SHAN ROAD, CHIA YI TIWAN
SWIFT: FCBKTWTP601

501-40-000788

CHAO WEI PLASTIC MACHINERY CO LTD

PLASTIC MACHINERY

```
DATE       : 17/06/2010
TRA. SEQ1  : 1295
VALUE DATE : 17/06/2010
REF. KEY   : 006384/10
DOC. NO.   : 100006384.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT.  :         5810.00
PMT. CUR.  : US DOLLAR
RATE       :              1.
EQUV. AMT  :         5810.00
COMMISSION :           10.00
FX COMM.   :             .00
CBJ FEES   :             .00
POSTAGES   :           15.00
STAMPS     :             .00
TOTAL AMT. :         5835.00
DR A/O     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    : 2
```

VALUE 21/06/2010

Settlement by :
- [ ] Cash
- [ ] Debit A/C Number

| Currency العملة | Amount المبلغ | 21/4 (70.302) 21/5/220/ التاريخ | Counter Value القيمة المقابلة | Commission العمولة | Stamps الطوابع | Total المجموع |
|---|---|---|---|---|---|---|

USD  5810

**Applicant's Signature**  توقيع التحويل     S.V.  ضبط إضافي     **Authorized Signature**  التوقيع المعتمد

AS PER ATTACHED

Mahmoud Haddaa

Bassam Abou Aachi

FNK 7782 0645

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

DATE : 07/06/2010

M,M, MECTAFF S.A.L.

BEIRUT – LEBANON

REF.NO.:147/2009

## ORDER FOR TRANSFER

BENEFICIARY :  TEEUWISSEN PRODUCTS BV
ADDRESS       ;  KORTE OYEN 6 5433 NE KATWIJK( N.BR. ) THE
NETHERLANDS

BANK NAME    :  FORTIS BANK
ACCOUNT  NO  :  642055440
IBAN            :  NL13FTSB0642055440
BIC             :  FTSBNL2R

AMOUNT : 59714 EURO    ( Fifty nine and Seven Hundred and
fourteen euros )

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.



Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
FNK 7782 0646

Bank details

Teeuwissen Products BV
Korte Oyen 6
5433 NE Katwijk (N.Br.)
The Netherlands

Fortis Bank
Account number 642055440
IBAN NL13FTSB0642055440
BIC: FTSBNL2R

## AMOUNT Euro : 59,713.69

+ InterLink : 549,624

FNK 7782 0647



TEEUWISSEN

Teeuwissen Products BV

Postadres:
Postbus 247
5430 AE Oude/Nederland

Kantoor:
Korte Oyen 6
5433 NE Katwijk (N.Br.)
Telefoon  (0485) 31 07 44
Telefax   (0485) 32 13 07
E-mail    info@teeuwissen.nl
URL       www.teeuwissen.nl

Fortis bank 64.20.66.440
IBAN: NL13FTSB0642055440
BIC: FTSBNL2R
VAT nr. NL0012C0231B01

TT International Ltd
P.O. Box DC 1214

Oansoman  ACCRA
Hong Kong

| Invoice No | : | 11003437 | | |
|---|---|---|---|---|
| Client No | : | 102756 | Invoice date | : 14.05.10 |
| VAT No | : | | | |
| P.O. No | : | 203100 | Swift Code | : FTSBNL2R |
| Packers No | : | 38618 | IBAN Code | : NL13FTSB0642055440 |

| Quantity | | Description | Price per Unity | Amount |
|---|---|---|---|---|
| 150 | KG | Black Pepper | 4,0800 KG | 612,00 |
| 200 | KG | Chilli Powder | 1,9500 KG | 390,00 |
| 100 | KG | Ginger | 3,1200 KG | 312,00 |
| 4,000 | KG | Polyphosphate | 2,4500 KG | 9.800,00 |
| 2,000 | KG | Bouillon Powder Chicken | 3,1000 KG | 6.200,00 |
| 175 | KG | Nutmeg | 9,8800 KG | 1.729,00 |
| 20 | KG | MRA | 9,7500 KG | 195,00 |
| 2 | KG | Erothysine | 69,5000 KG | 139,00 |
| 100 | KG | Bouillon Powder Beef | 4,1100 KG | 411,00 |
| 2.000 | KG | MSG | 2,0000 KG | 4.000,00 |
| 375 | KG | Garlic Powder | 1,5600 KG | 585,00 |
| 200 | KG | Onion Powder | 3,0200 KG | 604,00 |
| 100 | KG | Ascurbate | 10,4000 KG | 1.040,00 |
| 1,000 | KG | Wheat Starch | 0,4100 KG | 410,00 |
| 500 | KG | Potato Starch | 0,5600 KG | 280,00 |
| 200 | KG | Coriander | 2,6000 KG | 520,00 |
| 100 | KG | White Pepper | 5,4100 KG | 541,00 |
| 4.160 | KG | Soya Isolate | 2,4000 KG | 9.984,00 |
| 1,000 | KG | Soy Wheat Fiber | 2,2000 KG | 2.200,00 |
| 16,66 | KM | Unprinted Topfolio | 256,0000 KM | 2.728,96 |

B/L: BE3259629
Container: inbu379375-6
Products for Meat Factory

| Total weight | Amount (VAT excl) | VAT% | VAT-Reason | VAT Amount | Val. | Total Amount |
|---|---|---|---|---|---|---|
| KG | 42.680,96 | 0,00 | Export | 0,00 | EUR | 42.680,96 |
| 16.393  KG | 42.680,96 | 0,00 | | 0,00 | EUR | 42.680,96 |

Terms of Payment  : CACD Cash against copy of doc
Terms of Delivery : FOB Port

Op al onze aanbiedingen met (buiten)verkoopovereenkomsten zijn van toepassing... (General Conditions)

FNK 7782 0648

**TEEUWISSEN**

Teeuwissen Products BV

Postadres:
Postbus 247
6430 AE Cuijk/Nederland

Kantoor:
Korte Oyen 0
5433 NE Katwijk (N.Br.)
Telefoon   (0485) 31 87 44
Telefax    (0485) 32 13 07
E-mail    info@teeuwissen.nl
URL      www.teeuwissen.nl

Fortis bank 64.20.55.440
IBAN: NL13FTSB0642055440
BIC: FTSBxNL2R
VAT no. NL001250231B01

T.T. International Ltd
P.O. Box DC 1214

Dansoman ACCRA
Hong Kong

| | | | | | |
|---|---|---|---|---|---|
| Invoice No | : | 1J003431 | Invoice date | : | 14.05.10 |
| Client No | : | 102756 | | | |
| VAT No | : | | | | |
| P.O. No | : | 202700 | Swift Code | : | FTSBNL2R |
| Packers No | : | 38817 | IBAN Code | : | NL13FTSB0642055440 |

| Quantity | Description | Price per Unity | Amount |
|---|---|---|---|
| 23.010 KG | Chicken HDN | 0,5000 KG | 11.505,00 |
| 2.000 KG | Turkey MDM | 0,5500 KG | 1.100,00 |
| 2.000 KG | Chicken Skin | 0,3900 KG | 780,00 |
| | Contract: T102498 | | |
| | Ref.nr.: 202665/26.04.10 | | |
| | B/L: BE3259735 | | |

| Total weight | | Amount (VAT excl) | VAT% | VAT-Reason | VAT Amount | Val. | Total Amount |
|---|---|---|---|---|---|---|---|
| | KG | 13.385,00 | 0,00 | Export | 0,00 | EUR | 13.385,00 |
| | 27.010 KG | 13.385,00 | 0,00 | | 0,00 | EUR | 13.385,00 |

Terms of Payment   :   CACD Cash against copie of doc
Terms of Delivery   :   FOB Port

FNK 7782 0649

07-JUN-2010 13:55   FROM MECATTAF SAL            TO 9-01744010            P.02

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar,      07-JUN-2010

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

Ref :     B5674   New Line

## NOT NEGOTIABLE PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.   ........11 11 04 058.................., kindly effect the following payment

Amount      EUR  59,714.00      Value Date      08-JUN-2010

EURO FIFTY NINE THOUSAND SEVEN HUNDRED FOURTEEN ONLY

Pay to :     FORTIS BANK SWIFT FTSBNL2R
             NETHERLANDS

Beneficiary:  TEEUWISSEN PRODUCTS BV
              KORTE OYEN 6 5433 NE KATWIJK
              NETHERLANDS

              IBAN NL13FTSB0642854140

For Further
Credit:

By Order:     MECATTAF SAL BEIRUT LEBANON

              VALUE OF BLACK PEPPER ORDER NEW LINE EXCHANGE CO SAL

              /ACC/TEEUWISSEN PRODUCTS BV //SOURCE OF FUNDS-TRADE OF
              //BLACK PEPPER

Source Of
Funds :

Benef.Right
Owner:                          **NOT NEGOTIABLE**

                                         **MECATTAF S.A.L.**

NOT NEGOTIABLE

TOTAL P.02

FNK 7782 0650

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE : 14/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT — LEBANON

REF.NO.:145/2009

## ORDER FOR TRANSFER

BANK NAME    : RHB BANK BERHAD
ADDRESS      : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT       : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS      : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :  61412900006928

AMOUNT : 151722   ( One hundred and fifty-one thousand seven hundred and twenty-two dollars )

COST  OF SOAP

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0651



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.D.C  679

DATE : 14/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 144/2009

## ORDER FOR TRANSFER

BANK        : BLOM
BRANCH     : ZALKA BRANCH
SWIFT#      : BLOMLBBX
BENEFICIARY : MAROUN AKIKI
IBAN #       : LB 45 00 14 0000 4202 3001 0230 2017
AMOUNT    : $ 21000  ( TWENTY ONE THOUSAND DOLLARS )

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline-exchange@hotmail.com
256
FNK 7782 0652

,usd 21000

Maroun Akiki,

BLOM, Zalka Branch,
IBAN: LB45 0014 0000 4202 3001 0230 2017
Swift: BLOMLBBX

FNK 7782 0653

FROM :LCB st CHARLES Branch          FAX NO. :013366337 127        Jun. 14 2010 01:47PM  P1

# LEBANESE CANADIAN BANK ﷺ البنك اللبناني الكندي

Branch: St.charles,

Date: 14/06/2010     /

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by

   ☐ Swift  ☐ Telex  ☐ Mail

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
R.TALLET LAMBHOUSE TEL# 01/7448UK, REG# 1008128 IBAN#LB24 0044 2170 1739 0032 2000

USD   21,000

| | |
|---|---|
| DATE | : 14/06/2010 |
| TRA. SEQ1 | : 513 |
| VALUE DATE | : 14/06/2010 |
| REF. KEY | : 06191/10 |
| DOC. NO. | : 10006191, |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : UN DOLLAR |
| TRF. AMT | : 21000.00 |
| PMT. CUR. | : UN DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 21000.00 |
| COMMISSION | : 5.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 10.00 |
| STAMPS | : .00 |
| TOTAL AMT | : 21015.00 |
| DR A/C | : 217/173902-8/2/522/D |

BLOM BANK
ZALKA BRANCH

SWIFT: BLOMLBBX

LB45 00 14 0000 3202 3001 0230 2017

MAROUN AKIKI

NEW LINE EXCHANGE TRUST
REMARKS    : 2

VALUE  16/06/2010

Settlement by :

☐ Cash

☐ Debit A/C Number

| Currency Ltr./Nr. | Amount | Exchange rate | Postage | Counter Value | Commission | Stamp | Total Chq |
|---|---|---|---|---|---|---|---|
| USD | 21000 | | | | 05 | 10 | |

Applicant's Signature

AS PER ATTACHED

Authorized Signature

                                            FNK 7782 0654

*بيروت في ١٦/١٦/٢٠١٠* (handwritten)

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM 1* (handwritten)
*ACCT NUMBER 1* (handwritten)

إسم المصرح: New Line Exchange Trust Co, S.A.L.

رقم الحساب: *173902* (handwritten)

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شك او تحويل**

– رقم المرجع: ١٤٤ / ٩ ـ   *TRANSFER 144* (handwritten)
  *AMOUNT: 21,000* (handwritten)
– المبلغ: ٢١٠٠٠
                                                  (العملة $) (handwritten)
– نقدي او غير: نقد   *CASH* (handwritten)
– التاريخ: ١٤/٦/ ٢٠١٠   *DATE: 14-6-2010* (handwritten)
– مصدر الاموال: تجارة   *BUSINESS* (handwritten)
– وجهة استعمال الاموال: شخصي   *REASON: PERSONAL* (handwritten)
– هوية المستفيد: مارون عقيقي   *BENEFICIARY: MAROUN AKIKI* (handwritten)
– صاحب الحق الإقتصادي: عبد اللطيف فواز (لبناني)   *ABDUL LATIF FAWAZ* (handwritten)

الإسم: اسماعيل يعقوب بالوكالة (handwritten)
التوقيع: (signature)

New Line Exchange
Trust Co. S.A.L.

259                                    FNK 7782 0655



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

DATE : 10/06/2010

MM. MECTAFF S.A..L

BEIRUT – LEBANON

REF.NO.:143/2009

## ORDER FOR TRANSFER

BANK NAME    : RHB BANK BERHAD
ADDRESS        : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.    : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT      : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS        : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :   61412900006928

AMOUNT : 78968  USD ( Seventy eight thousand nine hundred and
Sixty-eight dollars )

COST  OF SOAP

BEST REGARDS

ZIAD  YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0656

10-JUN-2010 13:43 FROM MECATTAF SAL                                     TO 9-01744810            P.01

Exchange Establishment List No. 26                                      Awkar,   10-JUN-2010
P.O.Box : 11 - 5833
Beirut - Lebanon                    *asf*                         ┌─────────────────────────┐
Phone : 04-543 700 Fax : 04-543 709                              │  IBL BANK SAL            │
                                                                │  ACHRAFIEH BRANCH        │
                                                                └─────────────────────────┘

Ref :     B5828    New Line

**NOT NEGOTIABLE**
                        PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.  ........007 002 301 0015654 013......, kindly effect the following payment

Amount        │  USD   78,968.00  │              Value Date     11-JUN-2010

        US DOLLAR SEVENTY EIGHT THOUSAND NINE HUNDRED SIXTY EIGHT
        ONLY

Pay to :      BANK OF NEW YORK SWIFT IRVTUS3NXXX
              NEW YORK USA

Beneficiary:  RHB BANKSWIFT:RHBBMYKL
              KL TRADE SERVICE CENTRE LEVEL 3
              AND 4 AND 5 NO.75 JALAN TUN H.S.
              LEE 50000 KUALA LUMPUR MALAYSIA

For Further   PACIFIC INTER-LINK SDN BHD 31 FLOOR,MEHARA,DATO'ONN, PUTRA
Credit:       WORLD TRADE CENTER 45 JALAN TUN ISMAIL 50480, KUALA LUMPUR M
              AC.NO. 61412900006920

By Order:     MECATTAF SAL BEIRUT LEBANON

              VALUE OF SOAP ORDER RAMANI DISTRIBUTION

              /ACC/PACIFIC INTER-LINK SDN BHD //SOURCE OF FUNDS-TRADE O
              //SOAP

Source Of
Funds:                          **NOT NEGOTIABLE**
Benef.Right
Owner:

                                                        MECATTAF S.A.L.

                                                                          TOTAL P.01

FNK 7782 0657

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

*551 2 95*

DATE : 07/06/2010

M,M, MECTAFF S.A.L.

BEIRUT – LEBANON

REF.NO.:141/2009

## ORDER FOR TRANSFER

BANK NAME  : RHB BANK BERHAD
ADDRESS     : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.  : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT       : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS     : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :   61412900006928

AMOUNT :  549,624  USD  (Five hundred and forty nine thousand six hundred and twenty four dollars.)

COST OF SOAP

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.



Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0658

PACIFIC INTER-LINK SDN BHD
(COMPANY NO. 176708-V)
31ST FLOOR, MENARA DATO' ONN PUTRA WORLD TRADE CENTRE,
45 JALAN TUN ISMAIL, 50480 KUALA LUMPUR, MALAYSIA.
TEL: 603-4043 3933 (20 LINES), FAX: 603-4043 3939/4043 3888
TELEX: MA 30210 POSUB.

Form No: PLIFSI/003
Rev No: 0

INVOICE NO:                    592322   DATED  02ND-JUNE-2010.

| BUYERS | | MATERIAL | QTY. | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SOHEAD DISTRIBUTION CO.LTD | | "FIVES VALUE COOKING OIL (RBD)" | 4,485 | DRUM | USD | USD 101,691.75 |
| P.O. BOX 1234, DENSIKMAN | | "RBP" 5X20LTR/X6 | | CARTON | 22.68 | |
| ACCRA, GHANA | | "ZYGEENVALUE COOKING OIL (RBD)" | | | | |
| TEL: +30 233 2126 1181 | | "RBP" BRAND 1X36 | | | | |
| FAX: +30 233 2126 8300 | | | | | | |
| | | | | | | |
| DOCUMENTS AGAINST PAYMENT | | "ZYGEENVALUE COOKING OIL (RBD)" | 28,800 | CARTON | 18.27 | USD 425,714.50 |
| | | "RBP" BRAND 1X36 | | | | |
| | | | | | | |
| SUPPLIER | IMPORT LICENCE N/A | | | | | |
| PT PRODUCER | BL NO.  SOT18252-M | | | | | |
| GOSEN PRODUCER V.1006 | | | | | | |
| | TO    TEMA PORT - GHANA | | | | | |
| FROM | | | | | | |
| BELAWAN PORT, INDONESIA | | | | | | |
| | | | | | | |
| PACKING | WEIGHT | | | | | |
| DRUM/CARTON | NET WEIGHT    : 542,882.51 KGS | | | | CFR TEMA PORT - GHANA | USD 568,024.35 |
| | GROSS WEIGHT  : 574,022.40 KGS | | | | | |
| | | | | | | |
| COUNTRY OF ORIGIN | | | | | | |
| INDONESIA | | | | | | |
| | | | | | | |
| PACIFIC INTER-LINK SDN. BHD. | | | | | | |

FNK 7782 0659

07-JUN-2010  13:54   FROM  MECATTAF SAL          TO 9-01744810          P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar,          07-JUN-2010

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

Réf :      B5675   New Line

**NOT NEGOTIABLE**
**PAYMENT ORDER**

Dear Sirs,
By the debit of our Account No. ...........11.11.04........................, kindly effect the following payment

Amount          USD   549,624.00          Value Date          08-JUN-2010

US DOLLAR FIVE HUNDRED FORTY NINE THOUSAND SIX HUNDRED
TWENTY FOUR ONLY

Pay to :        RHB BANK SWIFT RHBBMYKL
                KL TRADE SERVICE CENTRE LEVEL 3
                AND 4 AND 5 NO.75 JALAN TUN H.S.
                LEE 50000 KUALA LUMPUR MALAYSIA

Beneficiary:    PACIFIC INTER-LINK SDN BHD
                31 FLOOR,MEHARA,DATO ONN PUTRA
                WORLD TRADE CENTER 45 JALAN TUN
                ISMAIL 50480, KUALA LUMPUR MALAYSIA
                AC.NO. 61412900000920

For Further
Credit:

By Order:       MECATTAF SAL BEIRUT LEBANON

                FOR VEGETABLE COOKING OIL ORDER RAMANI DISTRIBUTION
                CO LTD P.O.BOX 1214 DANSOMAN
                /ACC/PACIFIC INTER-LINK SDN BHD //SOURCE OF FUNDS-TRADE O
                //VEGETABLE COOKING OIL

Source Of
Funds :

Benef.Right
Owner:

**NOT NEGOTIABLE**

MECATTAF S.A.L.

264                                                    FNK 7782 0660



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 03/06/2010

REF. NO.: 140/2009

## ORDER FOR TRANSFER

BANK NAME      :   CREDIT SUISSE
Swift code        :   CRESCHZZ83C , CLEARANCE NO 4772
Address            :   CH 8304 WALLISELLEN - SWITZERLAND

BENEFICIARY   :   LUZI LTD.
ACCOUNT NO    :   881587-62-4
IBAN                :   CH 63 04772 088 1587 61001

AMOUNT         :   20000     ( TWENTY THOUSAND DOLLARS )

REASON          :   P. OF INVOICE COSMETICS

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

FNK 7782 0661

2. MAI. 2006                    SWITZERLAND 14118357690                NR. 1424   S. 1/1

# Technical Information



LUZI LTD Bank Account Numbers:

Credit Suisse, CH 8307 Wallisellen - Switzerland

- USD Account: 881587-62-4
- EURO Account: 881587-62-5
- CHF Account: 881587-61-1

-) SWIFT Number: CRESCHZZ83C, Clearance Number 4772
-) IBAN Number: CH 330477 2 088 1587 61001

The IBAN number has been known as an International Bank Account Number. When making bank transfers, please inform your bank about this no. It speeds up the transfer and reduces costs for all involved parties

February 2004

LUZI LTD   Industriestrasse 8   CH 8305 Dietlikon   Switzerland

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي

Branch: St.charles.                    Transfer / Issuing Draft Application
                                       طلب تحويل/إصدار شيك مصرفي
Date 03/06/2010 /

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift  ☐ Telex  ☐ Mail

| Applicant's name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA / BEIRUT-RAS BEIRUT-KARAKAS, STR-TALEBT LAMBHOUSE, TEL/01744658, REG# 1008128 LB24 0044 2170 1739 0200 2052 2000 | USD | 20,000 |

| Beneficiary's Bank Name |  |
|---|---|
| CREDIT SUISSE CH 8304 WALLISELLEN- SWITZERLAND SWIFT : CRESCHZZ83C CLEARANCE NO. 4772 | |

DATE        : 03/06/2010
IRA. SEQ1   : 966
VALUE DATE  : 03/06/2010
REF. KEY    : 005733/10
DOC. NO.    : 10005733.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 20000.00
PMT. CUR.   : US DOLLAR
RATE        : 1
EQUV. AMT   : 20000.00
COMMISSION  : 10.00
FX COMM.    : .00
CBJ FEES    : .00
POSTAGES    : 15.00
STAMPS      : .00
TOTAL AMT.  : 20025.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     : 2

Beneficiary's Account Number :
CH63 04772 088 1587 61001

Beneficiary Name and Address :
LUZI LTD /

Details :
PURCHASE OF INVOICE COSMETICS

Correspondent Name
Correspondent Account Number    BONY

VALOR  07/06/2010

Settlement by:
☐ Cash
☐ Debit A/C Number

| Currency | Amount | Exchange/Parity | Counter Value | Commission | Stamps | Total |
|---|---|---|---|---|---|---|

Applicant's Signature        S.V        Authorized Signature

AS PER ATTACHED

267



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE :03/06/2010

MM. MECTAFF S.A.L.

BEIRUT – LEBANON

REF.NO.:139/2009

## ORDER FOR TRANSFER

BANK NAME    : UNITED OVERSEAS BANK LIMITED , SINGAPORE BRANCH
SWIFT CODE    : UOVBSGSG

THROGH    : BANK OF NEW YORK , NEW YORK
SWIFT    : IRVTUS3N

BENEFICIARY : NGO  CHEW HONG EDIBLE OIL PTE LTD

ACCOUNT  NO :  391-900-484-1

AMOUNT : 230,327   ( TWO HUNDRED AND THIRTY THOUSAND AND THREE
HUNDRED AND TWENTY-SEVEN DOLLARS )

PRODUCT : VEGETABLE COOKING OIL .

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0664

03-JUN-2010  13:59  FROM  MECATTAF SAL          TO  9-81744810          P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar   03-JUN-2010

IBL BANK SAL
ACHRAFIEH BRANCH

Ref :   B5525   New Line

NOT NEGOTIABLE

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.   007 002 301 0015654 013 kindly effect the following payment

Amount   USD  230,327.00          Value Date   07-JUN-2010

US DOLLAR TWO HUNDRED THIRTY THOUSAND THREE HUNDRED
TWENTY SEVEN ONLY

Pay to :   BANK OF NEW YORK SWIFT IRVTUS3NXXX
NEW YORK USA

Beneficiary:  UNITED OVERSEAS BANK LIMITED
SINGAPORE BRANCH
SWIFT UOVBSGSG

For Further   NGO CHEW HONG EDIBLE OIL PTE LTD 231 PANDAN COOP.SINGAPORE 1
Credit:       SINGAPORE
AC.NO. 391-900-484-1

By Order:   MECATTAF SAL BEIRUT LEBANON

FOR VEGETABLE COOKING OIL ORDER RAMANI DISTRIBUTION CO.LT

/ACC/NGO CHEW HONG EDIBLE //OIL PTE LTD

//SOURCE OF FUNDS-BUSINESS EXCHANGE

Source Of
Funds:

Benef.Right
Owner:

NOT NEGOTIABLE

MECATTAF S.A.L.

TOTAL P.01

FNK 7782 0665

# Ngo Chew Hong Edible Oil Pte. Ltd.

GST Reg. No. MR-8500153-6                    Co. Reg. No: 197601900R

## INVOICE

Invoice no.        : **2002/2010**
Date               : 14-May-10

RAMANI DISTRIBUTION CO. LTD
AGBOBLOSHI NEAR CENTRAL MOSQUE
DC 1214 DANSOMAN ACCRA GHANA

Account no.        :
Sales order no(s). : 1315/2010/K

Terms :

| Particulars | Unit Price | Amount |
|---|---|---|
| | CNF TEMA | |
| TURKEY BRAND VEGETABLE COOKING OIL | | |
| | (PER CAN) | |
| 10 FCL    12590    CAN    PKG IN 20 LIT NET JERRY CAN | USD 18.80 | USD 236,692.00 |
| | | USD 236,692.00 |

SHIPMENT FROM PASIR GUDANG, MSIA TO TEMA
VESSEL NAME: JASA LINDUNG

TT AGAINST FAXED DOCUMENT:
THE BANK OF NEW YORK, NEW YORK (SWIFT CODE: IRVTUS3N)
FOR ACCOUNT OF UNITED OVERSEAS BANK LIMITED,
SINGAPORE BRANCH (SWIFT CODE:UOVBSGSG)
FAVOURING NGO CHEW HONG EDIBLE OIL PTE LTD
ACCOUNT NO. UNITED STATES DOLLARS : 391-900-484-1

NGO CHEW HONG EDIBLE OIL PTE. LTD.

E. & O. E.

231, PANDAN LOOP, SINGAPORE 128418. TEL: 67783322 (GENERAL), 67796800 (MARKETING)
FAX: 67775008 (GENERAL), 67772607 (MARKETING), 67768086 (LOCAL SALES), 67751566 (PRODUCTION)
E-MAIL: ncholl@singnet.com.sg   TELEX: TUROIL RS 24907
WEBSITE: http://www.ngochewhong.com

FNK 7782 0666

THROUGH: THE BANK OF NEW YORK, NEW YORK (SWIFT: IRVTUS3N)
BANK: UNITED OVERSEAS BANK LIMITED
        SINGAPORE BRANCH
SWIFT: UOVBSGSG
BENEFICAIRY: NGO CHEW HONG EDIBLE OIL PTE LTD
ACCOUNT NO" USD : 391-900-484-1

## AMOUNT : U$D 230,327.00

+ 691
+ 25
———
231043


8/ 251128 |

271                                        FNK 7782 0667

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE : 01/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.:138/2009

## ORDER FOR TRANSFER

BANK NAME    : DEUTSCHE BANK TRUST COMPANY AMERICAS , NEW
YORK , CHIPS UID 010275
SWIFT CODE   : BKTRUS33

FOR ACCOUNT : OVERSAEA CHINESE BANKING CORPORATION LTD ,
SINGAPORE
SWIFT       : OCBCSGSG

BENEFICIARY : WILMAR TRADING PTE LTD , US$

ACCOUNT  NO : 501028385201

AMOUNT : 239256 ( Two hundred  and fifty nine thousand and two
hundred  fifty six dollars )

PRODUCT : VEGETABLE COOKING OIL .

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Wilmar Trading Pte Ltd
Co. Reg No 199904599

56 Neil Road, Singapore 088830
Tel (65) 6216 0244
info@wilmartrading.sg

www.wilmar-international.com



## COMMERCIAL INVOICE

RAMANI DISTRIBUTION CO LTD                    DATE          : 20/01/2010
AGBOGLOSHIE, NEAR CENTRAL MOSQUE,             INVOICE NO    : 90119926
P.O BOX: DC 1214 DANSOMAN,                     CUSTOMER NO  : 0803114
ACCRA                                          CUSTOMER REF :
                                               OUR REF      :

VESSEL      : HUB BINTULU /                    CONTRACT NO  : (A) 40095861
              NORTHERN FELICITY                               (B) 40095852
LOADPORT    : PASIR GUDANG, MALAYSIA           BROKER'S REF :

DESTINATION : TEMA                             PAYMENT      : T/T AGAINST FAX DOCUMENT

B/L NO      : GOSUBSG205313                    B/L DATE     : 19/01/2010

                                               BANKER       : OCBC
                                               TYPE         : GTP

AMOUNT USD155,309.00

7 X 20 FT CONTAINERS CONTAINING
"LELE" BRAND VEGETABLE COOKING OIL

(A) 3,062 CARTONS OR 33,070 KGS
    AT USD 13.90 PER CARTON, CFR TEMA                        USD  42,561.80

(B) 9,058 CARTONS OR 97,805KGS
    AT USD 12.45 PER CARTON, CFR TEMA                        USD 112,747.20
                                                             --------------------
                                                             USD 155,309.00

PACKING          : (A)IN 24 X 500ML SQUARE PET BOTTLE PER CARTON
                   (B)IN 12 X 1LTR RECTANGULAR PET BOTTLE PER CARTON

PLEASE REMIT BY TELEGRAPHIC TRANSFERS TO :
DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK
(SWIFT CODE: BKTRUS33) CHIPS UID 010275
FOR A/C OF OVERSEA CHINESE BANKING CORPORATION LTD, SINGAPORE(OCBCSGSG)
IN FAVOUR OF WILMAR TRADING PTE LTD, USGA/C NO: 501028385201,
UPON REMITTANCE, KINDLY INSTRUCT YOUR BANKER TO SEND A TESTED TELEX TO
OVERSEA CHINESE BANKING CORPN LTD, SINGAPORE (TELEX NO:RS 21209 OVERSEA)

NOTE : INTEREST WILL BE CHARGED AT 18% PER ANNUM FOR LATE PAYMENT.

WILMAR TRADING PTE.LTD.

                                                             /AGNES

Wilmar Trading Pte Ltd
Co. Reg. No. 19880007W

56 Neil Road, Singapore 088830
Tel (65) 62160244
info@wilmar.com.sg

www.wilmar-international.com



COMMERCIAL INVOICE

RAMANI DISTRIBUTION CO LTD
AGBOBLOSHE, NEAR CENTRAL MOSQUE,
P.O BOX: KS 1214 DANSOMAN,
ACCRA

DATE          : 29/12/2009
INVOICE NO    : 90110926
CUSTOMER NO   : 2803114
CUSTOMER REF  :
DUE REF       :

VESSEL    : GUNVOR MAERSK V.1002      CONTRACT NO : (A) 40095849
                                                   (B) 40095850
LOADPORT  : TANJUNG PELEPAS, MALAYSIA  BROKER'S REF :

DESTINATION: TEMA                      PAYMENT  : T/T AGAINST FAX DOCUMENT.

B/L NO    : 590073001                  B/L DATE : 29/12/2009

                                       BANKER   : OCBC
                                       TYPE     : CFR

AMOUNT: USD316,742.50

18 X 20 FT CONTAINERS CONTAINING
"LEAR" BRAND VEGETABLE COOKING OIL.

(A) 12,550 JERRY CANS OR 226.620HTS
    AT USD 17.45 PER JERRY CAN, CFR TEMA         USD 219,695.50

(B) 5,280 JERRY CANS OR 94.680HTS
    AT USD 18.49 PER CARTON, CFR TEMA            USD  97,047.00
                                                 -------------------
                                                 USD 316,742.50
                                                 ===================

PACKING        : (A)IN 1 X 20 LITRES YELLOW JERRY CAN
                 (B) IN 4 X 5 LITRES YELLOW JERRY CAN PER CARTON


PLEASE REMIT BY TELEGRAPHIC TRANSFERS TO :
DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK
(SWIFT CODE: BKTRUS33) CHIPS UID 010275
FOR A/C OF OVERSEA CHINESE BANKING CORPORATION LTD, SINGAPORE (OCBCSGSG)
IN FAVOUR OF WILMAR TRADING PTE LTD, USD A/C NO. 501020386201.
UPON REMITTANCE, KINDLY INSTRUCT YOUR BANKER TO SEND A TESTED TELEX TO
OVERSEA CHINESE BANKING CORPN LTD, SINGAPORE (TELEX NO: RS 21209 OVERSEA)

NOTE : INTEREST WILL BE CHARGED AT 18% PER ANNUM FOR LATE PAYMENT.


WILMAR TRADING PTE.LTD.



                                                        AGNES

FNK 7782 0670

Wilmar Trading Pte Ltd

55 Hd Road, Singapore 685619
Tel (65) 6216 0244
info@wilmar.com.sg

www.wilmar-international.com



## COMMERCIAL INVOICE

| | |
|---|---|
| RADANT DISTRIBUTION CO LTD | DATE : 02/02/2010 |
| AGBOBLOSHIE, NEAR CENTRAL MOSQUE, | INVOICE NO : 90120589 |
| P.O BOX: DC 121: DANSOMAN, | CUSTOMER NO : 2803114 |
| ACCRA | CUSTOMER REF: |
| | OUR REF : |

| | |
|---|---|
| VESSEL : OTR EAGLE / | CONTRACT NO : 40097048 |
| CONTI HONG KONG | BROKER'S REF: |
| LOADPORT : PASIR GUDANG, MALAYSIA | |
| DESTINATION: TEMA | PAYMENT : T/T AGAINST FAX DOCUMENT |
| B/L NO : COSUPSG205441 | B/L DATE : 01/02/2010 |
| | BANKER : OCBC |
| | TYPE : G2B |

AMOUNT: USD101,701.00

5 X 20 FT CONTAINERS CONTAINING
6,260 CARTONS OR 99.660MTS
*FLEER* BRAND VEGETABLE COOKING OIL
AT USD 18.35 PER CARTON, CFR TEMA

PACKING           : 10 4 X 5 LITRES YELLOW JERRY CAN PER CARTON

PLEASE REMIT BY TELEGRAPHIC TRANSFERS TO :
DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK
[SWIFT CODE: BKTRUS33] CHIPS UID 010275
FOR A/C OF OVERSEA CHINESE BANKING CORPORATION LTD, SINGAPORE.[OCBCSGSG]
IN FAVOUR OF WILMAR TRADING PTE LTD, USDA/C NO, 501028305201.
UPON REMITTANCE, KINDLY INSTRUCT YOUR BANKER TO SEND A TESTED TELEX TO
OVERSEA CHINESE BANKING CORPN LTD,SINGAPORE (TELEX NO:RS 21209 OVERSEA)

NOTE : INTEREST WILL BE CHARGED AT 18% PER ANNUM FOR LATE PAYMENT.

WILMAR TRADING PTE.LTD.

                                                                 JAMES

FNK 7782 0671

BANK DETAILS :

DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK
(SWIFT CODE: BKTRUS33) CHIPS UID 010275
FOR A/C OF OVERSEA CHINESE BANKING CORPORATION LTD,
SINGAPORE (OCBCSGSG)
IN FAVOUR OF WILMAR TRADING PTE LTD, US$A/C NO. 501028385201.
UPON REMITTANCE, KINDLY INSTRUCT YOUR BANKER TO SEND A TESTED
TELEX TO
OVERSEA CHINESE BANKING CORPN LTD,SINGAPORE (TELEX NO:RS 21209
OVERSEA)

## AMOUNT : $239,256.00

## PRODUCT : VEGETABLE COOKING OIL.

FNK 7782 0672

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jun. 01 2010 02:11PM  P1

# LEBANESE CANADIAN BANK SAL

بنك اللبناني الكندي ش.م.ل

Branch: St.charles.

Date 06/2010 /

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

- ☐ Bankers Draft
- ☐ Outward transfer by
  - X ☐ Swift   ☐ Telex   ☐ Mail

**Applicant Name and Address**
NEW LINE EXCH.TRUST.CO.SA.
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALBET LAMB HOUSE, TEL:01/744809, PRO1/10632  IBANU LB34 0044 2179 4739 0100 2059 0000

**Currency / Amount**    USD    239,256.00

**Receiver / Bank Name and Address**
OVERSEAS CHINESE BANKING CORPORATION LTD
SINGAPORE

SWIFT: OCBCSGSG

**Beneficiary Account Number**
501028383/01

**Beneficiary Name and Address**
WILMAR TRADING PTE LTD

**Details of Payment**
VEGETABLE COOKING OIL

**For Bank Use Only**
DATE:        01/06/2010
TRA. SEQ.    1374
VALUE DATE   01/06/2010
REF. KEY     005632/10
DOC. NO.     10005632.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :        239256.00
PMT. CUR.  : US DOLLAR
RATE                       1.
EQUV. AMT  :        239256.00
COMMISSION :          10.00
FX COMM.   :            .00
CBJ FEES   :            .00
POSTAGES   :            .00
STAMPS     :          15.00
TOTAL AMT. :        239281.00
DR A/C     : 517/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS

**Correspondent Name**    HONY
**Correspondent Account Number**
VALUE  03/06/2010

Settlement by :
- ☐ Cash
- ☒ Debit A/C Number 2171173902/2/522/0

- CORR: DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK
CHIPS UID 010275, SWIFT:BKTRUS33

| Curr.key الرمز | Amount المبلغ | Exchange info سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost طوابع الأخرى | Stamp الطوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 239256 | | | | 15 | | 10 | |

**Applicant's Signature**    B.V
AS PER ATTACHED

**Authorized signatures**
Nassar Abou Merhi

Trust Co. S.A.L.

FNK 7782 0673

نيمكـ، في ١٦/١/١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM:

إسم المصرح: New Line Exchange Trust Co. S.A.L.

ACCT #

رقم الحساب: 173902

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10,000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و: عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١٢٨/ Cۅ9 — TRANS# : 138

المبلغ: 239256 (العملة $) — AMMOUNT

نقدي او غير: نعم S — CASH

التاريخ: ١/ ٦/ S — DATE 1-6-2018

مصدر الاموال: التجارة — SOURCE OF MONEY BUSINESS

وجهة استعمال الاموال: COOKING OIL si — REASON0

هوية المستفيد: عبد اللطيف فوارة — ABDUL LATIF Foward

صاحب الحق الإقتصادي: WILMAR TRADING PTE LTD SINGAPORE — BENEFICIARY

الإسم: اسماعيل يوسف

التوقيع:

New Line Exchange
Trust Co. S.A.L.

278

FNK 7782 0674

*Avoid. Duplication*

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.R.D.C 6/9

DATE : 27/05/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.:137/2009

## ORDER FOR TRANSFER

BANK NAME   : RHB BANK BERHAD
ADDRESS       : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA.

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT       : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS       : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :  61412900006928

AMOUNT : 303585  USD ( Three hundred and three thousand and five
hundred and eighty-five dollars )

COST OF SOAP

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange.
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

279                                    FNK 7782 0675

بيـروت فـي: 01/05/06

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*order from*

إسم المصرح: ~~New Line Exchange Trust Co. S.A.L.~~

*Acct no 4*

رقم الحساب: 173902

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10,000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

*Transfer no 137*
- رقم المرجع: ١٢٧ / ٩ مايو
*Amount 303,585*
المبلغ: 303585   (العملة ٩)
*cash*
- نقدي او غير: نقدي
*Rate 27/6/2006*
التاريخ: ٢٧ / ٥ / ٠٦
*Source o Pmoney Buisness*
- مصدر الأموال: التجار
*Reason (Purchase) soap*
وجهة استعمال الأموال: شراء - صابون - مبيدات + مالبس ..
*Beneficiary name*
هوية المستفيد: عبد اللطيف فؤاز
*Transfer name*
صاحب الحق الإقتصادي: PACIFIC INTERLINK SDN N
*ABDUL Latif Fawaz*

الإسم: عادل يوسف - بالوكالة
التوقيع: *Awad Yousif*

New Line Exchange
Trust Co. S.A.L.

FROM :LCB St CHARLES Branch          FAX NO. :01366337 127          May. 27 2010 02:23PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل.

Branch: St.charles                Transfer / Issuing Draft Application          فرع : _____
                                  طلب تحويل/إصدار شيك مصرفي

D/ 0/05/2010 ___/___                                                          تاريخ : __/__/__

Please remit on our behalf the following :                       يرجى بن حضرتكم إصدار

☐ Bankers Draft                                                  ☐ شيك مصرفي
☐ Outward transfer by                                            ☐ تحويل خارجي بواسطة
    X  ☐ Swift  ☐ Telex  ☐ Mail                                    ☐ البرقية ☐ التلكس ☐ البريد

| | |
|---|---|
| **Beneficiary Name & Address** اسم وعنوان المستفيد | **Amount** المبلغ |
| NEW LINE EXCH.TRUST CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS<br>STR.TALEET LAMBHOUSE TRF.01/741808  REG# 1008 | USD          303,585 |
| | 28 MANWLB24.0044.2170.1339.0200.1052.2000 |

| | |
|---|---|
| **Beneficiary's Bank** مصرف المستفيد | **For Bank use only** لاستعمال المصرف |
| RHB BANK BERHAD<br>KL TRADE SERVICE CENTER LEVEL 3,4&5<br>NO.75 JALAN TUN H.S LEE 50000 KUALA<br>LUMPUR MALAYSIA<br>SWIFT: RHBBMYKL | DATE        : 27/05/2010<br>TRA. SEQ# : 870<br>VALUE DATE : 27/05/2010<br>REF. KEY   : 005377/10<br>DOC. NO.   : I0005377.<br>TRF. TYPE  : SWIFT TRANSFER<br>TRF. CUR.  : US DOLLAR |
| **Beneficiary's Account Number** رقم حساب المستفيد | TRF. AMT   :      303585,00<br>PNT. CUR.  : US DOLLAR<br>RATE       :             1 |
| 6141290000692B | EQUV. AMT  :      303585,00<br>COMMISSION :          10,00<br>FX COMM.   :            ,00 |
| **Beneficiary (Party to) Bank** مصرف المستفيد | CBT FEES   :            ,00<br>POSTAGES   :          15,00 |
| PACIFIC INTER-LINK SDN.BHD<br>1 ST FLOOR MENARA D'ATOYNN PUTRA WORLD TRADE CENTRE<br>45 JALAN TUNISMAIL, 50480 KUALA LUMPUR | STAMPS     :            ,00<br>TOTAL AMT. :      303610,00<br>OR A/C     : 217/173902-0/2/522/0<br>NEW LINE EXCHANGE TRUST |
| **Details of Payment** تفاصيل الدفع | REMARKS    : 2 |
| COST OF SOAP | |

| | |
|---|---|
| **Correspondent Name** اسم المراسل | |
| **Correspondent Account Number** رقم حساب المراسل | VALUE  28/05/2010 |

**Settlement by :** تسديد بواسطة                    CORR: BANK OF NEW YORK SWIFT: IRVTUS3N

☐ Cash

☐ Debit A/C Number        217/173902/2/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of transfer أعباء التحويل | Stamps الطوابع | Total الإجمالي |
|---|---|---|---|---|---|---|---|---|
| USD | 303585 | | | | 15 | | 10 | |

| Applicant's Signature  توقيع العميل | S.V. شيكة التوقيع | Authorized signature التوقيع المفوض |
|---|---|---|
| AS PER ATTACHED | | *Latifa Waad*<br><br>*Mohamed Harraoui* |

FNK 7782 0677



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON                                         DATE: 26/05/2010

REF. NO.: 136/2009

## ORDER FOR TRANSFER

BANK NAME          :   CREDIT SUISSE
Swift code           :   CRESCHZZ83C , CLEARANCE NO 4772
Address              :   CH 8304 WALLISELLEN - SWITZERLAND

BENEFICIARY        :   LUZI LTD.
ACCOUNT NO        :   881587-62-4
IBAN                 :   CH 63 04772 088 1587 61001


AMOUNT             :   **15000**   ( fifteen THOUSAQND DOLLARS )


REASON             :   P. OF INVOICE COSMETICS

                        BEST REGARDS

                        ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
282                                          FNK 7782 0678

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        May. 27 2010 02:30PM P2

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    Transfer / Issuing Draft Application        فرع :
Date:05/05/2010    /                   طلب تحويل/إصدار شيك مصرفي          تاريخ :
Phase remit on our behalf the following :                                          يرجى من حضرتكم إصدار

☐ Bankers Draft                                                                    ☐ شيك مصرفي
☑ Outward transfer by                                                              ☐ تحويل خارجي بواسطة
☐ Swift ☐ Telex ☐ Mail                                                            ☐ البريد ☐ التلكس ☐ سويفت

| Amount | | |
|---|---|---|
| USD | 15,000 | |

NEW LINE EXCH. TRUST CO.SA
LBIRUT-RAS BEIRUT-KARAKAS,
STR.-TALEET LAMB HOUSE, TEL// 01/744808, RB9// 100812#LB24 0044 2170 1739 0200 2052 2000

CREDIT SUISSE
CH 8304-WALLISELLEN-SWITZERLAND
SWIFT : CRESCHZ83C-CLEARANCE NO. 4772

CH63 04772 088 1587 61001

LUZILITY

PURCHASE OF INVOICE COSMETICS

DATE        : 27/05/2010
TRA. SEQ1   : 840
VALUE DATE  : 27/05/2010
REF. KEY    : 005375/10
DOC. NO.    : 10005375.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :       15000.00
AMT. CUR.   : US DOLLAR
RATE        : 1
EQUV. AMT   : 15000.00
COMMISSION  : 10.00
FX COMM.    : .00
CBJ FEES    : .00
POSTAGES    : 15.00
STAMPS      : .00
TOTAL AMT.  : 15025.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     : 2

Correspondent Name :
                     BONY

                                VALUE : 28/05/2010

Settlement by :
☐ Cash
☐ Debit A/C Number

| Currency | Amount | | | Counter Value | Commission | Cost of swift | Stamps | Total |
|---|---|---|---|---|---|---|---|---|

Applicant Signature        S.V.        Authorised Signatures 10

AS PER ATTACHED

Mohamad Hamdoun

FNK 7782 0679

Z. MAI. 2006          (...) SWITZERLAND +4118357680          NR. 1424   S. 1/1

# Technical Information



LUZI LTD Bank Account Numbers:

**Credit Suisse, CH-8304 Wallisellen – Switzerland**

- USD Account: 881 587-62-4
- EURO Account: 881 587-62-6
- CHF Account: 881 587-61-1

~) SWIFT Number: CRESCHZZ83C, Clearance Number 4772
~) IBAN Number: CH 63 0477 2 088 1587 61001

The IBAN number has been known as an International Bank Account Number. When making bank transfers, please inform your bank about this no. It speeds up the transfer and reduces costs for all involved parties.

February 2004

LUZI LTD   Industriestrasse 8   CH 8305 Dietlikon   Switzerland

FNK 7782 0680

Payment terms:       120 days net after invoice date
Description of goods:  Raw material for the cosmetic industry

Delivery terms: as per Incoterms 2000
Count of new Zürich / Switzerland

Sent/sold through Frastplano Ltd., CH-Gaschaurg to Faizu-Seeport to the address of:
EuroSys Bank. Head Office, P.O. Box, GP 2525, Accra, Ghana /   Notify your address.

IDF no.:

| Pos. | Nett Kg | Packing unit | Product | Product no. | Price per kg | CHF | OR | ZT |
|---|---|---|---|---|---|---|---|---|
| 5 | 100.000 | 1 x 100 kg drum | COLMERO UN 3082 / Class 9 | 364458 | 25.00 | 2500.00 | CH | 1 |
| 10 | 100.000 | 1 x 100 kg drum | CHARNIT UN 3082 / Class 9 | 150627-A | 32.00 | 2200.00 | CH | 1 |
| 15 | 400.000 | 2 x 200 kg drum | COCO MIX UN 3082 / Class 9 | 3482115-C | 22.50 | 9100.00 | CH | 1 |
| 20 | 200.000 | 1 x 200 kg drum | CROMORAN UN 3082 / Class 9 | 9581120-B | 24.00 | 4800.00 | CH | 1 |
| 25 | 200.000 | 4 x 50 kg drum | LEMONFRESH UN 1193 / Class 0 | 533325 | 20.00 | 4000.00 | CH | 1 |
| 30 | 100.000 | 1 x 100 kg drum | ROMANCE UN 3082 / Class 9 | 501920 | 35.00 | 3500.00 | CH | 1 |
| 35 | 50.000 | 1 x 50 kg drum | AVOCADO UN 3082 / Class 9 | 513376 | 25.00 | 1250.00 | CH | 1 |
| 40 | 50.000 | 1 x 50 kg drum | BEAUTY CARROT UN 3282 / PC and 0 | 255520 | 30.00 | 1450.00 | CH | 1 |
| 45 | 25.000 | 1 x 25 kg drum | JASMINE GARDEN UN 3082 / Class 9 | 445764 | 18.00 | 450.00 | CH | 1 |
| 50 | 200.000 | 1 x 200 kg drum | LUCREZIA UN 3082 / Class 9 | 3482110-A | 21.50 | 4300.00 | CH | 1 |

FNK 7782 0681

Proforma Invoice   73903

Page:   2

| Pos | Net Kg | Packing unit | Product | Product no. | Price per kg | CHF | On XT |
|---|---|---|---|---|---|---|---|
| 55 | 200.000 | 1 x 200 kg drum | HOLZMFY UN 3082 / Class 9 | 954120 | 27.00 | 5400.00 | CH 4 |
| 60 | 25.000 | 1 x 25 kg drum | FANCY EUCALYPTUS UN 3082 / Class 9 | 955998 | 11.50 | 287.50 | CH 1 |
| 65 | 200.000 | 1 x 200 kg drum | BABYLON UN 3082 / Class 9 | 315711 | 19.50 | 3900.00 | CH 1 |
| | 1'800.000 | | Total kg | | | | |

Value ex works Dietikon                          43'837.50
Freight charges up to FOB european Seaport          850.00
Value FOB european Seaport                       44'387.50
Coastright charges                                  515.00
Transport insurance                                   0.00
Value CIF Tema-Seaport                   CHF     44'872.50

CH = Country of origin
CT = Customs tariff no.    1 = 3301.29'10

Packing:

Date of despatch ex works Dietikon: Week 02/2010
+++++++++++++++++++++++++++++++ ++++++++++++++++++++++++++++

بيروت، في ١٠/٥/ ١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل، المحترمين

ORDER FROM   New Line Exchange
Trust Co. S.A.L.

إسم المصرح: _____

Acct No⁴ 173902   رقم الحساب: _____

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 المصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شك او تحويل**

Transfer N∘ 136   - رقم المرجع: ١٢٦ /ا ر س
Amount 151000$   - المبلغ: ١٠ م ك     (العملة ك )
Cash   - نقدي او غير : ن ح ف في
Date 26/6/2010   - التاريخ: ع ١/ ٥ / ع م
Source of money Buisness   - مصدر الأموال: البي ن م
Reason cosmetics   - لجهة استعمال الاموال: شـ د و مستحضرات تجميل سويـا
Beneficiary name   - قوية المستفيد: عبد اللطيف فواز
ABDUL LATIF fuwaz
Transferer name   - صاحب الحق الإقتصادي: LuZI LTD
ABDUL LATIF fuwaz

- الإسم: ماحيل يو ت

- التوقيع:

New Line Exchange
Trust Co. S.A.L.

287

FNK 7782 0683



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000   L.N.B.C 679

DATE : 17/05/2010

ATT. : MM. : MECTTAF S.A.L.

BEIRUT-LEBANON

REF.NO.:135/2009

## ORDER FOR TRANSFER

BANK NAME   : RHB BANK BERHAD
ADDRESS      : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT      : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS      : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO : 61412900006928

AMOUNT : 245800  USD ( TWO HUNDRED AND FORTY – FIVE THOUSAND
EIGHT HUNDRED   USD )

COST OF SOAP

New Line Exchange          BEST REGARDS
Trust Co. S.A.L.          ISMAIL YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0684

17-MAY-2010 13:59  FROM  MECATTAF SAL                    TO 9-01744910              P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar                17-MAY-2010

IBL BANK SAL
ACHRAFIEH BRANCH

Ref :     B4830   New Line

## NOT NEGOTIABLE

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No. .........007.002.301.0015654..0 kindly effect the following payment

Amount        USD  245,800,00           Value Date        18-MAY-2010

US DOLLAR TWO HUNDRED FORTY FIVE THOUSAND EIGHT HUNDRED
ONLY

Pay to :
                RHB BANK SWIFT RHBBMYKL
                KL TRADE SERVICE CENTRE LEVEL 3
                AND 4 AND 5 NO.75 JALAN TUN H.S.
                LEE 50000 KUALA LUMPUR MALAYSIA

Beneficiary :
                PACIFIC INTER-LINK SDN BHD
                31 FLOOR,MENARA,DATO'ONN PUTRA
                WORLD TRADE CENTER 45 JALAN TUN
                ISMAIL 50480, KUALA LUMPUR MALAYSIA
                AC.NO. 61412900006920

For Further
Credit:

By Order:      MECATTAF SAL BEIRUT LEBANON

                VALUE OF TOILET SOAP BARS ORDER RAMANI DISTRIBUTION

                /ACC/PACIFIC INTER-LINK SDN BHD //SOURCE OF FUNDS-TRADE
                //TOILET SOAP  BARS

Source of
Funds:
Benef.Right
Owner:

                                                        **MECATTAF S.A.L.**

NOT NEGOTIABLE

NOT NEGOTIABLE

                                                               TOTAL P.01

289                                    FNK 7782 0685

 

**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.R.B.C 679

DATE : 14/05/2010

ATT. : MM. : MECTTAF  S.A.L.

REF.NO.:134/2009

## ORDER FOR TRANSFER

BANK NAME   : RHB BANK BERHAD
ADDRESS      : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT        : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS       : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :  61412900006928

AMOUNT : 350,000  USD ( THREE HUNDRED FIFTY  THOUSAND USD )

COST OF SOAP

BEST REGARDS

ZIAD  YOUSSEF

New Line Exchange
Trust Co. S.A.L

Ras Beirut, Caraoas Street Up 100m to lemb house Tel: +961 1 744808/809, Fax: +961 1 7...
e-mail: newline.exchange@hotmail.com

290



**PACIFIC INTER-LINK SDN BHD**
31st FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE CENTRE
45 JALAN TUN ISMAIL, 50480 KUALA LUMPUR
TEL: 603 – 4042 3933       FAX: 603 – 4041 3939, 4042 8088

Form No: PIL/FW 003
Rev No: 0'
Page 1 of 2

# PROFORMA INVOICE
## NO.: FHA/TS/GHA/49-10

TO    : RAMANI DISTRIBUTION
        NORTH INDUSTRIAL AREA
        P.O.BOX 1214, DANSOMAN
        ACCRA, GHANA
        Tel: +233-22-214115/214125 Fax: +233-22-202764,
        Mobile: +233-244-325664

DATE: 11th MAY 2010

AMENDMENT NO.:-0-
AMENDMENT DATE:-0-

YOUR REF:

| | |
|---|---|
| DESCRIPTION OF GOODS | : **TOILET SOAP BARS** |

BRAND: JULIET FRUITE PAPER PACK 150GR
5,000 CTNS AT US$ 15.70P/CTN CIF TEMA @ US$ 78,500

BRAND: JULIET BEAUTY PAPER PACK 150GR
5,000 CTNS AT US$ 15.70P/CTN CIF TEMA @ US$ 78,500

BRAND: SOFT SILK 150GR
12,500 CTNS AT US$ 15.50P/CTN CIF TEMA @ US$ 193,750

BRAND: SOFT SILK 125GR
16,500 CTNS AT US$ 13.85P/CTN CIF TEMA @ US$ 228,525

AMOUNT IN FIGURES          : US$ 579,275.00

AMOUNT IN WORDS            : US DOLLARS FIVE HUNDRED SEVENTY NINE THOUSAND TWO HUNDRED
                             AND SEVENTY FIVE ONLY

1.  PACKING                : JULIET FRUITE PAPER PACK 150GR
                             48PCS X 150GR EACH PIECE WRAPPED IN PAPER PACK
                             9 COLOR VARIANTS. 4 SOAPS OF ONE COLOR PACKED IN A PLASTIC
                             SHRINK.48 SOAPS I.E. 12 SHRINK WRAPS PER CARTON
                             1 COLOUR VARIANT PER OUTER CARTON. ALL EQUAL VARIANTS

                             JULIET BEAUTY PAPER PACK 150GR
                             1 X 48 X 150GR  EACH PIECE WRAPPED IN PAPER PACK.
                             6 VARIANTS IN MILKYWHITE COLOR.
                             4 SOAPS OF ONE VARIANT PACKED IN A PLASTIC SHRINK.
                             48 SOAPS I.E. 12 SHRINK WRAPS PER CARTON.
                             1 VARIANT PER OUTER CARTON.

                             SOFT SILK 150GR
                             1 X 48 X 150Gr  EACH PIECE WRAPPED IN PAPER PACK.
                             7 COLOR VARIANTS MIXED IN EQUAL QUANTITIES INSIDE EACH
                             CONTAINER, 6 SOAPS OF ONE COLOR PACKED IN A PLASTIC SHRINK.
                             48 SOAPS I.E. 8 SHRINK WRAPS PER CARTON.
                             1 COLOUR VARIANT PER OUTER CARTON.

                             SOFT SILK 125GR
                             1 X 48 X 125Gr  EACH PIECE WRAPPED IN PAPER PACK.
                             5 COLOR VARIANTS.6 SOAPS OF ONE COLOR PACKED IN A PLASTIC
                             SHRINK. 48 SOAPS I.E. 12 SHRINK WRAPS PER CARTON.
                             COLOUR VARIANT PER OUTER CARTON.

2.  SPECIFICATIONS         : AS PER SAMPLES

3.  PAYMENT TERMS          : 100% DOCUMENTS AGAINST PAYMENT

ENK 7782 0087

Form No: PIL/FW 003
Rev No: 0
Page 2 of 2

4.  OUR BANK                      : RHB BANK BERHAD
                                    KL TRADE SERVICES CENTRE
                                    LEVEL 3, 4, & 5, NO: 75, JALAN TUN H.S. LEE
                                    50000 KUALA LUMPUR
                                    USD Account No: 61412900006928
                                    Swift: RHBBMYKL

                                    Correspondent Bank for USD A/C AS UNDER:-
                                    BANK OF NEW YORK
                                    Swift: IRVTUS3N

5.  QUANTITY   (14x20')           : JULIET FRUITE PAPER PACK 150GR      5,000Ctns @ 36Mts (2x20')
                                    JULIET BEAUTY PAPER PACK 150GR      5,000Ctns @ 36Mts (2x20')
                                    SOFT SILK 150GR        12,500Ctns @ 90Mts (5x20')
                                    SOFT SILK 125GR        16,500Ctns @ 90Mts (5x20')

6.  SHIPMENT PERIOD               : MAY - JULY 2010

7.  ORIGIN                        : INDONESIA

8.  INSURANCE                     : TO BE COVERED BY SELLER

292

14-MAY-2010  13:27   FROM  MECATTAF SAL.              TO  9-01744810          P.01

**M E C A T T A F   S.A.L.**
Exchange Establishment Licet No.  26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 709 Fax : 04-543 709

Awkar   14-MAY-2010

ISL BANK SAL
ACHRAFIEH BRANCH

Ref :   P.4775   New Line

**PAYMENT ORDER**

NOT NEGOTIABLE

Dear Sirs,
By the debit of our Account No.  007 002 301 0015654 013  kindly effect the following payment

Amount    USD  350,000.00          Value Date   17-MAY-2010

US DOLLAR THREE HUNDRED FIFTY THOUSAND   ONLY

Pay to :       BANK OF NEW YORK SWIFT IRVTUS3NXXX
               NEW YORK USA

Beneficiary:   RHB BANKSWIFT:RHBBMYKL
               KL TRADE SERVICE CENTRE LEVEL 3
               AND 4 AND 5 NO.75 JALAN RUN LIM
               LEE 50000 KUALA LUMPUR MALAYSIA

For Further    PACIFIC INTER-LINK SDN BHD 31 FLOOR, MENARA, DATO'ONN, PUTR/
Credit         WORLD TRADE CENTER 49 JALAN TUN ISMAIL 50480, KUALA LUMPUR M
               AC.NO. 614140000006928

By Order:      MECATTAF SAL BEIRUT LEBANON

               VALUE OF TOILET SOAP BARS ORDER RAMANI DISTRIBUTION

               /ACC/PACIFIC INTER-LINK SDN BHD //SOURCE OF FUNDS-TRADE O
               //TOILET SOAP  BARS

Source Of
Funds :
Benef.Right
Owner:

NOT NEGOTIABLE

**MECATTAF S.A.L.**

TOTAL P.01

FNK 7782 0689



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE : 05/05/2010

ATT. : MM. : LEBANESE CANADIAN BANK S.A.L.
ST-CHARLES BRANCH
BEIRUT-LEBANON

REF.NO.:133/2009

## ORDER FOR TRANSFER

BANK NAME   : RHB BANK BERHAD
ADDRESS     : KL TRADE SERVICE CENTRE LEVEL 3,4, & 5 NO: 75 , JALAN
TUN H.S. LEE, 50000 KUALA LUMPUR MALAYSIA

SWIFTE NO.   : RHBBMYKL

CORRESPONDENT BANK : BANK OF NEWYORK

SWIFT       : IRVT US3N

BENEFICIARY : PACIFIC INTER-LINK SDN BHD
ADDRESS     : 31 ST FLOOR MENARA DATO' ONN, PUTRA WORLD TRADE
CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT  NO :   61412900006928

AMOUNT : 300,000  USD ( THREE HUNDRED THOUSAND USD )

COST OF SOAP

BEST REGARDS
ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com
294                                    FNK 7782 0690

BANK :                              RHB BANK BERHAD

KL TRADE SERVICES CENTRE, LEVEL 3, 4, & 5, NO: 75, JALAN TUN H.S. LEE,
50000 KUALA LUMPUR, MALAYSIA.
USD Account No: 61412900006928
Swift: RHBBMYKL
Beneficiary            : PACIFIC INTER-LINK SDN BHD
ADDRESS : 31st FLOOR MENARA DATO' ONN, PUTRA
WORLD TRADE CENTRE  45 JALAN TUN ISMAIL, 50480
KUALA LUMPUR TEL: 603 – 4042 3933 / FAX: 603 – 4041 3939,
4042 8088.
CORRESPONDENT BANK FOR USD A/C: BANK
OF NEW YORK
SWIFT: IRVTUS3N.


AMOUNT : $300,000.00


Cost of SOAP

FNK 7782 0691

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          May. 06 2010 09:51AM  P1

# LEBANESE CANADIAN BANK
SAL

الـبـنـك الـلـبـنـانـي الـكـنـدي ش.م.ل

Branch: St.charles

DATE: 05/05/2010

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by

☐ Swift   ☐ Telex   ☐ Mail

| Applicant's Name | | AMOUNT | |
|---|---|---|---|
| NEW LINE EXCH. TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR-TALEST LAMBHOUSE TEL: 01/741808, REG# 1008 | USD | 300,000 |
| | 28  IBAN#  LB24 0044 2170 1739 0200 2052 2000 | |

| Beneficiary | | |
|---|---|---|
| RHB BANK BERHAD KL TRADE SERVICE CENTER LEVEL 3,4&5 NO 75 JALAN TUN H.S LEE 50000 KUALA LUMPUR MALAYSIA SWIFT:RHBBMYKL | DATE : 05/05/2010 |
| | TRA. SEQ. : 991 |
| | VALUE DATE : 05/05/2010 |
| Account Number | REF. KEY : 004529/10 |
| 0142127000070709 | DOC. NO. : 10004529, |
| | TRF. TYPE : SWIFT TRANSFER |
| | TRF. CUR. : US DOLLAR |
| Ordering | TRF. AMT. : 300000.00 |
| PACIFIC INTER-LINK SDN.BHD | PMT. CUR. : US DOLLAR |
| 31 ST FLOOR MENARA DATO'ONN PUTRA WORLD TRADE CENTRE | RATE. : 1 |
| 45 JALAN TUNISMAIL, 50480 KUALA LUMPUR | EQUV. AMT : 300000.00 |
| | COMMISSION : .00 |
| | FX COMM. : 10.00 |
| COST OF SOAP | CBJ FEES : .00 |
| | POSTAGES : .00 |
| | STAMPS : 15.00 |
| | TOTAL AMT. : 300025.00 |
| | DR A/C : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : 2 |

| Correspondent Name | |
|---|---|
| Correspondent Account Number | VALUE: 07/05/2010 |

Settlement by:

☐ Cash              CORR: BANK OF NEW YORK SWIFT: IRVTUS3N

☒ Debit A/C Number 217/173902/2/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر البيع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of transf. | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 300000 | | | | 15 | 10 | | |

| Applicant's Signature | توقيع العميل | S.V | سند الخزينة | Authorized signatures | التواقيع المفوضة |
|---|---|---|---|---|---|
| A.3 PER ATTACHED | | | | | |

FNK 7782 0692

بسم الله في C.١.١٥/٥/٠١

جانب إدارة البنك اللبناني الكندي ش.م.ل، المحترمين

ORDER From   New Line Exchange   إسم المصرّح:
Trust Co. S.A.L

Acct #   173902   رقم الحساب:

الموضوع: إشعار عن عملية سحب شيك

تتجاوز قيمته 10,000$ أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- وعطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن إصدار شيك او تحويل**

رقم الترجيح: ١٢٢/٩٠٩   Transfer n° 133
المبلغ: ــــــــــ   Amount 300,000$
(العملة US$)

تاريخ: 5/5/2010   Date   نشرال غير غيبي
مصدر الأموال: البيع   Source of Money
وجهة استعمال الاموال: شراء صابونة

هوية المستند:

صاحب الحق الإقتصادي: عبد اللطيف فوزان

PACIFIC INTER-LINK SDN BHD ماليزيا

الإسم: اسماعيل حميدوش با ادخالة
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0693

 **New Line Exchange Trust Company S.A.L.**
Capital: 250.000.000     L.N.B.C 679

DATE: 29/04/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 132/2009

## ORDER FOR TRANSFER

BANK NAME     :   BNP PARIBAS

BANK ADDRESS  :   TRIANGLE DE L'ARCHE BAT C 7EME 9, 11
COURS DU TRIANGLE 92800 PUTEAUX

BENEFICIARY   :   SNETOR CHIMIE

IBAN          :   FR76 3000 4018 9600 0100 0792 491

SWIFT         :   BNPAFRPPIFN

AMOUNT        :   7301 USD  ( SEVEN THOUSAND THREE
HUNDRED AND ONE DOLLAR )

REASON        :   PLASTIC MACHINERY

BEST REGARDS

New Line Exchange        ISMAIL YOUSSEF
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com
298                                              FNK 7782 0694

$ **IBAN USD SNETOR CHIMIE** $

| LE CREDIT LYONNAIS | |
|---|---|
| IBAN USD : | FR92 3000 2007 7400 0000 1553 Q14 |
| SWIFT : | CRLYFRPP |
| DOMICILIATION<br>VDS SDC IDF NORD OUE2<br>80 Esplanade GENERALE DE GAULLE<br>92400 COURBEVOIE | SNETOR CHIMIE<br>11 avenue Dubonnet<br>92407 COURBEVOIE CEDEX |

| NATIXIS | |
|---|---|
| IBAN USD : | FR76 3000 7999 9904 2688 7500 170 |
| SWIFT : | CCBPFRPP |
| DOMICILIATION<br>NATIXIS PARIS | SNETOR CHIMIE<br>11 avenue Dubonnet<br>92407 COURBEVOIE CEDEX |

| BNP PARIBAS | |
|---|---|
| IBAN USD : | FR76 3000 4018 9600 0100 0792 491 |
| SWIFT : | BNPAFRPPIFN |
| DOMICILIATION<br>BNP PARIBAS<br>ILE DE FRANCE NORD ENTREPRISE<br>Triangle de l'arche bat C 7ème<br>9, 11 Cours du Triangle<br>92800 PUTEAUX | SNETOR CHIMIE<br>11 avenue Dubonnet<br>92407 COURBEVOIE CEDEX |

*USE THIS BANK DETAILS*

*730ld*

| SOCIETE GENERALE | |
|---|---|
| IBAN USD : | FR76 30003 03877 03020701940 58 |
| SWIFT : | SOGEFRPP |
| DOMICILIATION<br>NEUILLY ENTREPRISES (03877) | SNETOR CHIMIE<br>11 avenue Dubonnet<br>92407 COURBEVOIE CEDEX |

FNK 7782 0695

Banking information (USD)

Page 1/1

GNP | FR78 3000 4016 0000 0100 0702 491 | BNPAFRPPXXX
CDL | FR62 5000 0007 7400 0000 1550 Q14 | QRLYFRPP
NATCIS | FR30 3000 7000 0004 2005 7900 170 | CCBPFRPPPAR
SOCIÉTÉ GENERALE | FR78 3000 3 03877 05020701360 65 | SOGEFRPP

STARLIGHT POLYETHYLENE PRODUCTS
INDUSTRIES LTD
PO BOX 2027 JAMES TOWN
ACCRA
GHANA

PROFORMA INVOICE Nbr  38558

Courbevoie, 12 april 2010

| DESCRIPTION OF GOODS | UNIT PRICE USD/MT | QUANTITY MT | TOTAL VALUE USD |
|---|---|---|---|
| HIGH DENSITY POLYETHYLENE FILM F00952 | 1 175,00 | 24,750 | 29 081,25 |
| 990 X 25 KG BAGS LOADED INTO 1 X 40' FCL | | | |
| ORIGIN: SAUDI ARABIA        SUPPLY: SAUDI ARABIA | | | |
| | | | |
| ESTIMATED FOB VALUE | | 25 581,25 | |
| ESTIMATED SEA FREIGHT VALUE | | 3 500,00 | |
| | | | |
| Final Destination          GHANA | | | |
| TOTAL CFR TEMA | | | 29 081,25 |

PAYMENT       CASH AGAINST DOCUMENTS BY TRANSFER

PACKING       990 X 25 KG BAGS LOADED INTO 1 X 40' FCL

SHIPMENT      BY SEAFREIGHT

SNETOR CHIMIE
11, avenue Dubonnet
92407 COURBEVOIE CEDEX
Tél. : 33 1/49 04 88 88
Fax : 33 1 49 04 88 99
E-mail : chimie@snetor.fr

S.A. AU CAPITAL DE 1 141 120 € - RCS NANTERRE B 411 003 892 - T.V.A. FR 33411003892 - SIRET 411 008 892 00018 - NAF 518 L

FROM : LEBRON OFFICE      AL.DA   FAX NO. :    :01.       28 Apr. 2010 11:01AM  P1

FNK 7782 0696

# LEBANESE CANADIAN BANK SAL   بنك اللبناني الكندي ش.م.ل

Branch: St.charles.

Da: 30/04/2010 . / .

Please remit on our behalf the following:

☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift   ☐ Telex   ☐ Mail

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
JR—TALEET LAMBHOUSE, TRL#112744808, REG# 1009128 IBAN# LB24 0043 0170 1710 0200 2053 2000

USD   7301

BNP PARIBAS
TRIANGLE DE L'ARCHE BAT C 7EME 9, 11
COURS DU TRIANGLE 52800 PUTEAUX
SWIFT. BNPAFRPPUN.

| DATE        | : 30/04/2010      |
|-------------|-------------------|
| TRA. SEQ1   | : 406             |
| VALUE DATE  | : 30/04/2010      |
| REF. KEY    | : 004316/10       |
| DOC. NO.    | : 10004316.       |
| TRF. TYPE   | : SWIFT TRANSFER  |
| TRF. CUR.   | : US DOLLAR       |
| TRF. AMT    | : 7301.00         |
| PMT. CUR.   | : US DOLLAR       |
| RATE        | : 1               |
| EQUV. AMT   | : 7301.00         |
| COMMISSION  | : 10.00           |
| FX COMM.    | : .00             |
| CBI FEES    | : .00             |
| POSTAGES    | : 15.00           |
| STAMPS      | : .00             |
| TOTAL AMT.  | : 7326.00         |
| DR A/C      | : 217/173902-072/522/0 |

FR76 3001 4018 9600 01IXU0792 491Z

SNETOR CHIMIC

NEW LINE EXCHANGE TRUST
REMARKS    : 2

PLASTIC MACHINERY

VALUE   03/05/2010

☐ Cash
☐ Debit A/C Number

217/173902-0/0/522/0

| Currency العملة | Amount المبلغ | Exchange rate معدل القطع | Currency العملة | Counter Value القيمة المعادلة | Correspondent أعباء الزبون | stamps Charges | Total مجموع |
|---|---|---|---|---|---|---|---|
| USD   7301 | | | | | | | |

Applicant's Signature        S.V        Authorized signatures

AS PER ATTACHED

Mohamad Hamdan



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C  679

DATE: 20/04/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 131/2009

## ORDER FOR TRANSFER

CORRESPONDENT BANK : BANK OF NEW YORK

SWIFT                :   IRVTUS3N

BANK NAME      :   RHB BANK BERHAD

SWIFT                :   RHBBMYKL

BANK ADDRESS   :   KL TRADE SERVICE CENTRE LEVEL 3,4 & 5,
NO : 75 JALAN TUN H.S. LEE 5000 KUALA LUMPUR , MALAYSIA

BEFICIARY        :   PACIFIC INTER-LINK SDN BHD

ADDRESS         :      31 ST FLOOR MENARA DATO ONN PUTRA WORLD
TRADE CENTRE 45 JALAN TUN ISMAIL , 50480 KUALA LUMPUR

ACCOUNT NO    :   61412900006928

AMOUNT          :   282,440 $
☒
(Two hundred and eighty-two thousand and four hundred and forty
Dollars U.S .)

REASON          :   P. SOAP

BEST REGARDS
ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com
302                                                    FNK 7782 0698

# PACIFIC INTER-LINK SDN BHD

(Company No. P13273)
31ST FLOOR, MENARA DATO' ONN, PUTRA WORLD TRADE CENTRE,
45, JALAN TUN ISMAIL, 50480 KUALA LUMPUR, MALAYSIA.
TEL: 603-4043 5000 (10 LINES), FAX: 603-4041 9080/4042 8888
TELEX: MA 34110 PORTIL

Forms No. PILFM0001
Rev No. 5

**INVOICE NO: 5043575 DATED 08/04/2005**

| | MATERIAL | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| BUYERS: RAMANI DISTRIBUTION BOKEH INDUSTRIAL AREA P.O.BOX 1234 DANSOMAN ACCRA-GHANA TEL: +233-22-7311102/8425 FAX: 233 22 750708 | PERFUMED LAUNDRY SOAP BRAND SARA SUPER RIGGER (CBDS 12000GM/CTN) | 3 | CTNS | USD/CTN 19.60 | USD 47,040.00 |
| | BRAND SARA SUPER RIGGER (CBPS 12X1000GM) | 20,000 | MTNS | 12.30 | 234,000.00 |
| PAYMENT TERM: DOCUMENTS AGAINST PAYMENT | OF TEMA, GHANA | 1285.1000 | | | 281,040.00 |
| CONTRACT NO: PI457080 408 /SKLOT 11 | ***MAERSK RIVER ***BY N-005 | | | | |
| VESSEL: MAERSK ABERDEEN V 0005~ | PROMOTIONAL ITEM ENG/FRENCH COMMERCIAL VALUE T-SHIRT (PARA ENGLISH-FRENCH) (100PCS/CTN) | 3 | CTN | USD/CTN 2.60 | USD 23.40 |
| EX: TEMA PORT, GHANA | NON-WOVEN BAG SARA ENGLISH/FRENCH (300PCS/CTN) | 6 | CTN | 2.40 | 2.35 |
| PORT OF LOADING: BELAWAN/INDONESIA | NON-WOVEN BAGSARA ENGLISH/FRENCH (300PCS/CTN) | 2 | CTN | 2.15 | 2.82 |
| PACKING: 12X 20' CONTAINERS 22 017 CARTONS | WEIGHT GROSS 209,720.336 KGS NET 208,720.336 KGS | | | | |
| COUNTRY OF ORIGIN: INDONESIA | | | | | |

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127        Apr. 20 2010 01:42PM  P1

## LEBANESE CANADIAN BANK SAL البنك اللبناني الكندي ش.م.ل

Branch: St.charles

Date: 20/04/2010

Transfer / Issuing Draft Application
تعليمات تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by
   X ☐ Swift  ☐ Telex  ☐ Mail

NEW LINE EXCH TRUST CO SA
BEIRUT-RAS BEIRUT-KARAKAS
STR-TALHET LAHHOUSE, TEL # 01244985, SBGH 1602128  IBAN# LB24 00 M 2170 1739 0708 2052 2000

RHB BANK BERHAD
FL-TRADE SERVICE CENTER LEVEL 3,4&5
NO.95 JALAN TUN H S LEE 50000 KUALA-
LUMPUR MALAYSIA
SWIFT:RHBBMYKL

6141290000692B

PACIFIC INTER-LINK SDN BHD

COST OF SOAP

VALUE 22/04/2010

| USD | 282,440 |
|-----|---------|

DATE          : 20/04/2010
TRA. SEQ#     : 881
VALUE DATE    : 20/04/2010
REF. KEY      : 003898/10
DOC. NO.      : 10003898.
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      : 282440.00
PMT. CUR.     : US DOLLAR
RATE          : 1
EQUV. AMT     : 282440.00
COMMISSION    : 10.00
FX CONM.      : .00
CBJ FEES      : .00
POSTAGES      : 15.00
STAMPS        : .00
TOTAL AMT.    : 282465.00
DR A/C        : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS

COPY

Settlement by:
☐ Cash
☐ Debit A/C Number        217/173902/8/522/0

- CORR: BANK OF NEW YORK SWIFT: IRVTUS3N

| Currency | Amount | Exchange Rate | Commission | Counter Value | Commission | Postage | Stamps | Total |
|----------|--------|---------------|------------|---------------|------------|---------|--------|-------|
| USD | 282440 | | | | 15 | 10 | | |

Applicant's Signature                     S.V.              Authorized signature

AS PER ATTACHED

FNK 7782 0700

بيروت في ٢٠/٤/٢٠١٦

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

Order from    New Line Exchange    إسم المصرح:
                Trust Co S.A.L

Account number 173902    رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته ١٠.٠٠٠$ او ما يعادلها.

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شك او تحويل**

C.9 / ١٢١    رقم المرجع:    – Transfer no"
٢٨٦٢٣٢٠ (العملة $ )    المبلغ:    – Amount 882,440
شيك S    نقدي أو غير:    Cash
C.١ / ٤ / C.    التاريخ:    – Date 20/4/206
ابي / ابي    مصدر الأموال:    source of money Business
شراء صابون    وجهة استعمال الأموال:    – Reason (soap)
PACIFIK INTER LINK SDN BHD    هوية المستفيد:    Beneficiary
MALYSIA
عبد اللطيف فوزي    صاحب الحق الاقتصادي:    Transferer name
ABDUL Latif Fawaz

اسماعيل حنيوش    الإسم:
Ismail Sanif    التوقيع:

305                                          FNK 7782 0701



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE: 14/04/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 130/2009

## ORDER FOR TRANSFER

BANK NAME          :    HSBC BANK  USA , NEW YORK

ROUTING NO         :    021 001 088

SWIFT CODE         :    MRMDUS33

CREDIT TO          :    HSBC BANK CANADA , TORONTO

SWIFT              :    HKBCCATT

FURTHER CREDIT TO :  HSBC BANK CANADA , MONTREAL

TRANSIT NUMBER :  10001

BENEFICIARY        :    KRISTOM CANADA / 4077571 CANADA INC.

ACCOUNT NO         :    328441-070

AMOUNT             :    78000  ( SEVENTY EIGHT THOUSANDS U.S.D. )

REASON             :    SUPPLIER OF CHICKEN

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
306                                            FNK 7782 0702

FROM :C                          FAX NO. :              Jul. 14 2006  5:08PM  P1

HSBC Bank USA, New York
Routing number: 021 001 088
Swift code: MRMDUS33
Credit to: HSBC Bank Canada, Toronto
Swift: HKBCCATT
Further credit to: HSBC Bank Canada, Montreal
Transit number: 10001
To credit: Kristom Canada / 4077571 Canada Inc.
Account number: 328441-070

AMOUNT : U$D **78,000.00**

**Supplier of chicken.**

FNK 7782 0703



Page:      1

```
INVOICE NO.      28278
DATE:            Apr 5, 2010
CONTRACT NO.     80416

CUSTOMER         TAJ INVESTMENTS LTD.      (T0009)
ADDRESS          NORTH INDUSTRIAL AREA, ACCRA
                 PO BOX 2121
                 TEMA,
                 GHANA

PRODUCT          A/ 2600 CARTON(S)
DESCRIPTION      CANADIAN GOVERNMENT INSPECTED FRESH BLAST FROZEN HEAVY
                 FOWL LEG QUARTERS.
PACKING SPEC     BULK PACK
PACK SIZE        10KG
BRAND            TENDER CHOICE

VESSEL           OOCL MONTREAL V.79815
CONTAINER NO.    HLXU6709551

TOTAL QUANTITY        26,000 KGS

ETA DATE         May 1, 2010

SHIPPING TERMS   CIF TEMA

PRICE & TERMS    A/ US      $1.50 $/KG
INVOICE TOTAL    US      $39,000.00
                 THIRTY NINE THOUSAND DOLLARS
PAYMENT TERMS    PAYMENT DUE UPON FAXED COPY OF DOCUMENTS

DUE DATE         May 4, 2010

         Approval

Wire Payment Instructions:
   HSBC Bank USA, New York, Routing Number: 021 001 088
   Swift Code: MRMDUS33, Credit to HSBC Bank Canada Toronto,
   Swift Code: HKBCCATT, Further credit to HSBC Bank Canada Montreal,
   Transit: 10001  To credit Kristom Canada / 4077571) Canada Inc.,
   Account: 328441-030.
```

**KRISTOM CANADA**
On behalf of 4077571 Canada Inc.
1077 St-Mathieu, Suite 205
Montréal, Québec, Canada H3H 2S4
Tel. 514.223.5912 • Fax 514.223.5820
www.kristom.com

308

FNK 7782 0704



Page:     1

INVOICE NO.      20679
DATE:            Apr 9, 2010
CONTRACT NO.     80417

CUSTOMER         TAK INVESTMENTS LTD.     [T0009]
ADDRESS          NORTH INDUSTRIAL AREA, ACCRA
                 PO BOX 2181
                 TEMA,
                 GHANA

PRODUCT          A) 2600 CARTON(S)
DESCRIPTION      CANADIAN GOVERNMENT INSPECTED FRESH BLAST FROZEN HEAVY
                 FOWL LEG QUARTERS.
PACKING SPEC     BULK PACK
PACK SIZE        20KG
BRAND            TENDER CHOICE

VESSEL           OOCL MONTREAL V 75R15
CONTAINER NO.    HLXU8925312

TOTAL QUANTITY         26,000 KGS

ETA DATE         May 4, 2010

SHIPPING TERMS   CIF TEMA

PRICE & TERMS    A) US       $1.50 P/KG
INVOICE TOTAL    US       $39,000.00
                 THIRTY NINE THOUSAND DOLLARS
PAYMENT TERMS    PAYMENT DUE UPON FAXED COPY OF DOCUMENTS

DUE DATE         May 4, 2010

       Approved

Wire Payment Instructions:
    HSBC Bank USA, New York, Routing Number: 021 001 088
    Swift Code: MRMDUS33, Credit to HSBC Bank Canada Toronto,
    Swift Code: HKBCCATT, Further credit to HSBC Bank Canada Montreal,
    Transit: 10001, To Credit Kristom Canada / 4077521 Canada Inc.,
    Account: 3244411074

                           KRISTOM CANADA
                       On behalf of 4077521 Canada Inc.
                         1077 St-Mathieu, suite 205
                       Montréal, Québec, Canada H3H 2S4
                      Tel.514.223.5812 - Fax 514.223.5820
                              www.kristom.com

                                    FNK 7782 0705

LCB st CHARLES Branch          FAX NO. :01366337 127          Apr. 15 2010 11:41AM P1

البنك اللبناني الكندي

# LEBANESE CANADIAN BANK SAL

Transfer / Issuing Draft Application
بلب تحويل/إصدار شيك مصرفي

Branch: St.charles,
D1 4/04/2010

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
  ☐ Swift ☐ Telex ☐ Mail

| | USD | 78000 |

NEW LINE EXCH TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALEET LAMBHOUSE, TEL # 01/744308, REG# 100#128-1321-0014-2170-1730-0300-0032-2000

HSBC BANK CANADA
TORONTO, SWIFT : HKBCCATT
FOR FURTHER CREDIT HSBC BANK CANADA, MONTREAL
TRANSIT# 10001

328441-070

KRISTOM CANADA
ON BEHALF OF 4077571 CANADA INC.
1077 ST-MATHIEU, SUITE 205 MONTREAL, QUEBEC CANADA H3H 2S4

REASON: SUPPLIER OF CHICKEN
FREQUENCY: 3 TIMES PER YEAR
RELATION: TRADE
ORIGIN OF GOODS: CANADA

| | DATE | : 14/04/2010 |
| | TRA. SEQ1 | : 664 |
| | VALUE DATE | : 14/04/2010 |
| | KEY | : 003691/10 |
| | DOC. NO. | : 10003691 |
| | TRF. TYPE | : SWIFT TRANSFER |
| | TRF. CUR. | : US DOLLAR |
| | TRF. AMT. | : 78000.00 |
| | PMT. CUR. | : US DOLLAR |
| | RATE | : 1 |
| | EQUV. AMT | : 78000.00 |
| | COMMISSION | : 10.00 |
| | FX COMM. | : .00 |
| | CBJ FEES | : 15.00 |
| | POSTAGE | : .00 |
| | TOTAL AMT. | : 78025.00 |
| | DR A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS | : 2 |

(ok Layd)          VALUE 16/04/2010

THRU: HSBC BANK USA, NEW YORK ROUTING# 021001088 SWIFT: MRMDUS33

☐ Cash
☐ Debit A/C Number 217/173902/2/521/0

| | | 15 | 10 |

USD 78000

AS PER ATTACHED.

310                                                    FNK 7782 0706

بيروت، في ١٤/٤/١٠  ،C.I

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: New Line Exchange Trust Co. S.A.L.

ORDER FROM
ACCT #

رقم الحساب: 1739٥٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– وعطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

<u>معلومات عن اصدار شك او تحويل</u>

– رقم المرجع: ١٢. ٩.ع.م   TRANSFER #
– المبلغ: ٧٨٠٠٠   AMMOUNT. 78,000
(العملة: شك )
– نقدي او غير: نقد اي   CASH
– التاريخ: ١٤/٤/١٠،C.I   DATE: 14-4-2010
– مصدر الأموال: التجارة   SOURCE OF MONEY: BUSINESS
– وجهة استعمال الاموال: شراء   REASON
SUPPLIER OF CHICKEN
– هوية المستفيد: on Behalf of 4077571   BENEFICIARY.
KRISTOM CANADA
Canada Inc. 1077 ST. MATHIEU
SUITE 205 MONTREAL Quebec
CANADA H3H 2S4
TEL 514 2235812
– صاحب الحق الإقتصادي: عبد اللطيف فواز   TRANSFERER NAME:
ABDUL LATIF FAWAZ
– الإسم:
– التوقيع:

New Line Exchange
Trust Co. S.A.L.



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 08/04/2010

MM . MECTAFF S.A.L.

BEIRUT – LEBANON

REF. NO.: 129/2009

## ORDER FOR TRANSFER

BANK NAME        :    COMMERZBANK HEIDELBERG

BANK ADDRESS  :  KURFURSTENANLAGE 47-51 , D-69115
HEIDELBERG , GERMANY

BENEFICIARY    :   RUDOLF WILD GMBH & CO. KG

ADDRESS          :    RUDOLF-WILD-STR.107-115

IBAN               :    DE30 6724 0039 0192 6500 00

SWIFT             :    COBADEFF672

AMOUNT         :   63553   EURO    (Sixty-three thousand five
hundred and fifty-three euro)   )

REASON          :     FOR JUICE FACTORY

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0708

08-APR-2010  13:59   FROM  MECATTAF SAL           TO 9-01744810              P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon.
Phone : 04-543 700 Fax : 04-543 709

Awkar      08-APR-2010

IBL BANK SAL
ACHRAFIEH BRANCH

Ref :     B3267   New Line

**PAYMENT ORDER**   ~~NOT NEGOTIABLE~~

Dear Sirs,
By the debit of our Account No.   ...007  002  301  0015654..  Kindly effect the following payment

Amount    EUR   63,553,00         Value Date    13-APR-2010

EURO SIXTY THREE THOUSAND FIVE HUNDRED FIFTY THREE ONLY

Pay to :        COMMERZBANK
                HEIDELBERG BRANCH
                KURFURSTENANLAGE 47-51 D-69115
                HEIDELBERG GERMANY SWIFTCOBADEFF61

Beneficiary:    RUDOLF WILD GMBH AND CO KG
                POSTFACH 10 6220 D-69052
                HEIDELBERG GERMANY

                IBAN DE30672400380182650000

For Further
Credit:

By Order:       MECATTAF SAL BEIRUT LEBANON

                VALUE OF JUICE ORDER MULTI-PAC LTD

                /ACC/RUDOLF WILD GMBH AND CO KG //SOURCE OF FUNDS-TRADE O

Source Of
Funds:

Benef.Right
Owner:

~~NOT NEGOTIABLE~~

MECATTAF S.A.L.

TOTAL P.01

01 835 855

313                                    FNK 7782 0709



Rudolf Wild GmbH & Co. KG · Postfach 10 62 20 · D-69052 Heidelberg

Multi-Pac Ltd.
Tema, license road
Next to tropical Caple Company

Tema
GHANA

| | |
|---|---|
| Name: | Anke Hötig |
| Department: | Customer Service BIB International |
| Tel: | +49 6221 799 9179 |
| Fax: | +49 6221 799 979179 |
| E-Mail: | anke.hoeflig@wild.de |
| Date: | 29.01.2010 |

### Proforma Invoice no. 2010-01-02 revised
### Part II

According to our general terms of sales and delivery we are pleased to offer as follows:

| Quantity | Item No. | Item Description | Price | Unit | Total |
|---|---|---|---|---|---|
| 1.540 kg | 3500001467 | Apple Compound | 2,39 € | /kg ex works | 3.680,60 € |
| 3.960 kg | 3500017345 | Orange Compound | 2,68 € | /kg ex works | 10.612,80 € |
| 3.000 kg | 3500013551 | Cooler Part | 2,72 € | /kg ex works | 8.160,00 € |
| 1.540 kg | 3500017375 | Strawberry Compound | 2,77 € | /kg ex works | 4.265,80 € |
| 3.000 kg | 3500013619 | Cooler Part | 2,57 € | /kg ex works | 7.710,00 € |
| 3.400 kg | 3502700013 | Pineapple Compound | 2,73 € | /kg ex works | 9.282,00 € |
| 3.520 kg | 3500010171 | Cocktail Compound | 3,21 € | /kg ex works | 11.299,20 € |
| 3.040 kg | 3500013863 | Cooler Part | 2,81 € | /kg ex works | 8.542,40 € |

Total ex works Heidelberg                                    63.552,80 €

| | |
|---|---|
| Packaging: | drums |
| Terms of payment: | Against advanced payment 100% or irrevocable confirmed letter of credit available by sight – payment against presentation of usual shipping documents, to be advised through and confirmed by<br><br>Commerzbank AG, Kurfürstenanlage 47-51, D-69115 Heidelberg; Swift: COBA DE FF 672; IBAN DE30 6724 0039 0192 6500 00 L/C to be subject to UCP 600 of ICC, Paris, latest revision. All charges are for applicant's account. |
| Dispatch: | within 4-6 weeks after receipt of payment or L/C |
| Shipment: | we would recommend shipping the goods in 1 x 40' reefer container |
| Destination: | Tema, Ghana, by seafreight |
| Port of Loading: | any European Port |
| Partial shipment: | allowed |
| Quantity: | please allow +/- 10 % in quantity and value |
| Country of origin: | European Community |
| Validity: | this offer is valid until 28.02.2010 |

Rudolf Wild GmbH & Co. KG

Rudolf Wild GmbH & Co. KG
Rudolf-Wild-Straße 107-115
D-69214 Eppelheim/Heidelberg
Postfach 10 62 20
D-69052 Heidelberg

Telefon (06221) 799 1070
Telefax (06221) 799 306
info@wild.de
www.wild.de

Sitz Eppelheim, Registergericht Heidelberg HRA 2281
Persönlich haftende Gesellschafterin: Rudolf Wild Verwaltungs GmbH
Sitz Eppelheim, Registergericht Heidelberg HRB 2919
Geschäftsführer: Dr. Hans-Peter Wild, Hans-Peter Vees, Heinrich Sievers, Thomas Diwr, Dr. Norbert Förster

FNK 7782 0710

The Bank Name : Commerzbank Heidelberg

Bank Address : Kurfürstenanlage 47-51, D-69115 Heidelberg,

GERMANY

SWIFT Code : COBADEFF672

IBAN:    IBAN DE30 6724 0039 0192 6500 00

Beneficiary Name : Rudolf Wild GmbH & Co. KG

Rudolf-Wild-Str. 107-115

69214 Eppelheim /Heidelberg, Germany

Beneficiary Account No. : 19 26 500

AMOUNT : EURO 63,553.00

COST OF COMPOUNDS FOR JUICE   FACTORY

FNK 7782 0711



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  6/9

DATE: 08/04/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH

BEIRUT – LEBANON

REF. NO.: 128/2009

## ORDER FOR TRANSFER

BANK NAME     :   BNP PARIBAS

BANK ADDRESS  :   TRIANGLE DE L'ARCHE BAT C 7EME 9, 11
COURS DU TRIANGLE 92800 PUTEAUX

BENEFICIARY   :   SNETOR CHIMIE

IBAN          :   FR76 3000 4018 9600 0100 0792 491

SWIFT         :   BNPAFRPPIFN

AMOUNT        :   8415  USD   (   Eight thousand four hundred and
fifteen dollars   )

REASON        :   PLASTIC MACHINERY

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0712

FROM :(                    FAX NO. :              Jul. 10 2006  4:50PM  P1



**SNETOR CHIMIE**

matières plastiques et produits chimiques

11 avenue Dubonnet
92407 Courbevoie Cedex
FRANCE
Tél. +33 (0) 1 40 04 86 86
Fax +33 (0) 1 40 04 86 89
E-mail: chimie@snetor.fr

Banking Information (USD)

BNP | FR76 3000 4018 0000 0100 0712 491 | BNPAFRPPPEN
LCL | FR76 3000 2007 7400 0000 1693 014 | CRLYFRPP
NATIXIS | FA76 3005 7219 9904 2605 7500 170 | CCBPFRPPPAR
Société Générale | FR76 30003 03677 00030701610 50 | SOGEFRPP

STARLIGHT POLYETHYLENE PRODUCTS
INDUSTRIES LTD
PO BOX 2027 JAMES TOWN
ACCRA
GHANA

Page 1/1

**PROFORMA INVOICE Nbr  35866**

Courbevoie, 18 February 2010

| DESCRIPTION OF GOODS | UNIT PRICE USD/MT | QUANTITY MT | TOTAL VALUE USD |
|---|---|---|---|
| LOW DENSITY POLYETHYLENE EXTRUSION F5000 | 1 180,00 | 16,800 | 19 635,00 |
| 060 BAGS OF 25 KG LOADED INTO 1 X 20' FCL | | | |
| CASH | SUPPLY CATVI | | |
| | | | |
| | | | |
| | | | |
| | | | |
| ESTIMATED FOB VALUE | | 17 030,00 | |
| ESTIMATED SEA FREIGHT VALUE | | 1 700,00 | |
| Final Destination          GHANA | | | |
| TOTAL CFR TEMA | | | 19 635,00 |

PAYMENT       CASH AGAINST DOCUMENTS BY TRANSFER

PACKING       060 BAGS OF 25 KG LOADED INTO 1 X 20' FCL

SHIPMENT      BY SEAFREIGHT

**SNETOR/CHIMIE**
11, avenue Dubonnet
92407 COURBEVOIE CEDE
Tél. : 33 1/40 04 86 86
Fax : 33 1 40 04 86 89
E-mail : chimie@snetor.fr

S.A. AU CAPITAL DE 1 161 100 E – RCS NANTERRE B 431 809 899 – TVA. FR 60431809899 – SIRET 431 809 299 00010 – NAF 515 L

FNK 7782 0713

## BNP PARIBAS

IBAN USD :   FR76 3000 4018 9600 0100 0792 491

SWIFT :   BNPAFRPPIFN

SNETOR CHIMIE
11 avenue Dubonnet
92407 COURBEVOIE CEDEX

**DOMICILIATION**
BNP PARIBAS
ILE DE FRANCE NORD ENTREPRISE
Triangle de l'arche bat C 7ème
9, 11 Cours du Triangle
92800 PUTEAUX

Amount: 8415 $ NET.

FNK 7782 0714

FROM :   FAX NO. :   Jul. 10 2006 4:51PM P2

**LEBANESE CANADIAN BANK** SAL البنك اللبناني الكندي ش.م.ل

Branch: St.charles                     فرع :
Date: ../../....                       تاريخ : ../../....

Please remit on our behalf the following :        يرجى من حضركم إرسال :

☐ Bankers Draft                        ☐ شيك مصرفي
☐ Outward transfer by                  ☐ تحويل خارجي بواسطة

☐ Swift   ☐ Telex   ☐ Mail           ☐ بريد   ☐ تلكس   ☐ سويفت

| Applicant's Name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SAL | USD | 8415.00 |
| BEIRUT-RAS BEIRUT-KARAKAS | | |
| STR. TALEFT LAMB.HOUSE, TEL # 01/744808, REG# 1008128 IBAN# LB24 0044 3170 1739 0200 2053 2000 | | |

| Beneficiary's Bank | For Bank use Only |
|---|---|
| BNP PARIBAS | DATE       : 09/04/2010 |
| (ANGLE DE L'ARCHE BAT C 7EME 2, 11 | TRA. SEQU. : 825 |
| COURS DU TRIANGLE 92800 PUTEAUX | VALUE DATE : 09/04/2010 |
| BIC: BNPAFRPPPN | REF. KEY   : 003537/10 |
| | DOC. NO.   : 10003537. |
| **Beneficiary's Account Number** | TRF. TYPE  : SWIFT TRANSFER |
| | TRF. CUR.  : US DOLLAR |
| FR76 3000 4018 9600 0100 0792 491 | TRF. AMT   : 8415.00 |
| **Beneficiary Name and Address** | PMT. CUR.  : US DOLLAR |
| | RATE       : 1 |
| | EQUV. AMT  : 8415.00 |
| SNETOR CHIMIE | COMMISSION : 10.00 |
| | FX COMM.   : .00 |
| | OBJ FEES   : .00 |
| | POSTAGES   : 15.00 |
| **Details** | STAMPS     : .00 |
| | TOTAL AMT. : 8440.00 |
| PLASTIC MACHINERY | DR A/C     : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS    : 2 |

| Correspondent Name | |
|---|---|
| | |
| **Correspondent Account Number** | |
| BOND | |

| Settlement by: | VALUE  12/04/2010 |
|---|---|
| ☐ Cash | |
| ☐ Debit A/C Number | |

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of transfer | Stamp | Total |
|---|---|---|---|---|---|---|---|---|
| X | | 217/173902/522/0 | | | | | | |

| Applicant's Signature | S.V | Authorized signatures | |
|---|---|---|---|
| USD  8415 | | 05 | 10/ |

AS PER ATTACHED



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

DATE: 04/03/2010

MM . MECTAFF S.A.L.

REF. NO.: 119/2009

## ORDER FOR TRANSFER

BANK NAME        :  COMMERZBANK AG ENNEPETAL NEUMARKT 9

Swift code       :  COBADE FF  331

IBN              :   DE623304 0001 0551 1100 00

Address          :   NEUMARKT 9 D-42103 WUPPERTAL GERMANY

BENEFICIARY      :  FEBI FERD. BILSTEIN GMBH & CO. KG

Address          :  WILHELMSTRASSE 47 D-58256 ENNEPETAL-GERMANY

CUSTOMER NNMBER   704489 AUTO Z

ACCOUNT NO #  :  5 511 100

AMOUNT           :   35000 EURO ( THERTY FIVE THOUSAND EURO )

REASON           :  CARS

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
320                                    FNK 7782 0716

:Company

Febi Ferd. Bilstein GmbH & Co. KG

Wilhelmstrasse 47

D-58256 Ennepetal – Germany

Bank

COMMERZBANK AG ENNEPETAL

Neumarkt 9

D-42103 Wuppertal

Germany

Account Number: 5 511 100

SWIFT code: COBADE FF 331

IBAN code:  DE62 3304 0001 0551 1100 00

bank code: 330 400 01

customer number 704489 Auto Z

Total amount 35000€

FNK 7782 0717

04-MAR-2010 15:17 FROM MECATTAF SAL            TO 9-01744810           P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 01-543 700 Fax : 04-543 709

*cm*

Awkar,
04-MAR-2010

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

Ref :    B1991   New Line

**PAYMENT ORDER**       NOT NEGOTIABLE

Dear Sirs,
By the debit of our Account No.   11 11 04 058 .................................... kindly effect the following payment

Amount       EUR  35,000.00              Value Date       09-MAR-2010

EURO THIRTY FIVE THOUSAND  ONLY

Pay to :     COMMERZBANK AG
             ENNEPETAL  NEUMARKT 9
             D-42103 WUPPERTAL GERMANY
             SWIFT COBADEFF331

Beneficiary:  FEBI FERD. BILSTEIN GMBH AND CO KG
              WILHELMSTRASSE 47 D-58250
              ENNEPETAL GERMANY

              IBAN DE6233040001085110000

For Further
Credit:

By Order:     MECATTAF SAL BEIRUT - LEBANON

              VALUE OF CARS ORDER AUTO Z LIMITED
              HALF AVENUE STREET ADABRAKAA CT 625C CANTONMENT GHANA
              /ACC/FEBI FERD. BILSTEIN GMBH //AND CO KG
              //SOURCE OF FUNDS-TRADE OF //CARS

Source Of
Funds:
Benef.Right
Owner:

NOT NEGOTIABLE

**MECATTAF S.A.L.**

322

TOTAL P.01
FNK 7782 0718



AGTO E LIMITED
HALL AVENUE STREET
ADABRAKAA
CT 6250 CANTONMENT

6250 ACCRA
GHANA

Terms of delivery   : FCA ....
                      HAMBURG FREIHAFEN

Shipped by          : by seafreight

INVOICE U
Date                : 19.02.2010
Invoice No.         : 9691
Delivery Note No.   : 477322
Customer No.        : 704489
Contact Person      : Frau Siebert
Agent               : 1200

Package:            14 cases
                    1 Pallet (EWP)

Gross weight:       3.860,004 kg
Net weight:         3.410,004 kg

Cash in advance less 3% cash discount

Total Value of Mix Parts: 38,542.37 EUR

FROM :

FAX NO. :

Jun. 5 2006 5:54PM P2

:Company

Febl Ferd. Bilstein GmbH & Co. KG

Wilhelmstrasse 47

D-58256 Ennepetal – Germany

Bank

COMMERZBANK AG ENNEPETAL

Neumarkt 9

D-42103 Wuppertal

Germany

Account Number: 5 511 100

SWIFT code: COBADE FF 331

IBAN code:  DE62 3304 0001 0551 1100 00

bank code: 330 400 01

customer number 704489 Auto 2

Total amount 35000€

FNK 7782 0720



**New Line Exchange Trust Company S.A.L**
Capital : 250,000,000    L.N.B.C  679

DATE : 19/02/2010

MM. Lebaneso Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 118/2009

## ORDER FOR TRANSFER

BANK NAME        :  FIRST COMMERCIAL BANK

BANK ADDRESS  :  HEAD OFFICE P.O. BOX 395 TAIPEI , TAIWAN

BENEFICIARY    :    DIING KUEN PLASTIC MACHINERY CO., LTD

ACCOUNT NO.      :    5014 0000 940

SWIFT              :    FCBKTWTPXXX

AMOUNT           :  9000 USD ( nine thousand DOLLARS )

REASON            :    P . SPARE PARTS

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0721

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Feb. 20 2010 01:23PM  P1

# LEBANESE CANADIAN BANK

البنك اللبناني الكندي

Branch :       St.Charles.                    Transfer / Issuing Draft Application       فرع :
Date :                                        طلب تحويل/اصدار شيك مصرفي                   تاريخ :
20/02/2010
Please remit on our behalf the following :                                يرجى من حضرتكم اصدار
☐ Bankers Draft                                                          ☐ شيك مصرفي
☐ Outward transfer by                                                    ☐ تحويل خارجي يتم بواسطة
    X ☐ Swift  ☐ Telex  ☐ Mail                          ☐ سويفت  ☐ تلكس  ☐ بريد

| Applicant's Name and Address   اسم مقدم الطالب و عنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | USD | 9000 |
| BEIRUT-RAS BEIRUT-KARAKAS. | | |
| TEL.TALBET LAMHOURE. TEL# 01/744268. BKGS (008128 IBAN# LB24 0014 2170 1739 0200 2012 2000 | | |

| Beneficiary's Bank   اسم المصرف المستفيد |
|---|
| FIRST COMMERCIAL BANK |
| HEAD OFFICE P.O.BOX 395 TAIPEI, TAIWAN |
| SWIFT FCBKTWTPXXX |

| Beneficiary's Account Number   رقم حساب المستفيد |
|---|
| |

| Beneficiary name and Address   اسم المستفيد و عنوانه |
|---|
| RMA XXXXXX |
| LINING KUEN PLASTIC MACHINERY CO. LTD |

| Details   التفاصيل |
|---|
| COST OF P. SPARE PARTS |

| Correspondent Name |
|---|
| Correspondent Account Number |
| WACHOVIA |

**For Bank use Only**   خاص بالمصرف فقط

| | |
|---|---|
| DATE | : 20/02/2010 |
| TRA. SEQ1 | : 327 |
| VALUE DATE | : 20/02/2010 |
| REF. KEY | : 001780/10 |
| DOC. NO. | : 0001780. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 9000.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 9000.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 9025.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST | |
| REMARKS | : |

Settlement by:                                                          طريقة التسوية
☐ Cash           VALUE 23/02/2010
☐ Debit A/C Number                                                     ☐ قيد على الحساب رقم :

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost Transfer أجار تحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| X | | 217/173902/2/522/0 | | | | | | |

| Applicant's Signature   توقيع العميل | S.V | صحة التوقيع | Authorized Signatures   التواقيع المعتمدة |
|---|---|---|---|
| USD 9000 | | 15 | Lotfu Abou... |
| AS PER ATTACHED | | | Mohamed Hmadem |

326                                                                    FNK 7782 0722



鼎坤塑膠機械有限公司
## DIING KUEN PLASTIC MACHINERY CO., LTD.

公司：嘉義縣民雄工業區中山路82號          No. 32, Chung Shan Rd.
電話：(05) 2217408 ~2217410          Minhsiung Industrial Area.
傳真：(05) 2217413          Chia Yi Hsien, Taiwan, R.O.C.
                    Tel: 886-5-2217400, 2217410
ISO 9001 CERT NO: 53229          Fax:886-5-2217413

## PROFORMA INVOICE

TO : STARLIGHT POLYTHENE PROD. IND. LTD          DATE: FEB 08 2010
    P.O. BOX 2627 ACCRA , GHANA          OUR REF:TK-100208-1
    TEL : 233-21 666 206

WE ARE PLEASED TO QUOTE YOU AS FOLLOWS:          *To opsons*
1.PRICE TERM: C & F ACCRA AIR PORT                    *23-2-010*
2.TIME OF DELIVERY: WITHIN 30 DAYS   AFTER RECEIPT OF YOUR T/T
3.TERMS OF PAYMENT: BY T/T
4.VALIDITY: 30 DAYS FROM THE ISSUING DATE
5.L/C BENEFICIARY: DIING KUEN PLASTIC MACHINERY CO., LTD.

| DESCRIPTION OF GOODS | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SPARE PARTS FOR TK-EXM 45 ( 0468 ) | | | |
| 1. 45 MM BI-METALIC SCREW , 30:1 | 6 PCS | US$ 1,900.- | US$11,400.- |
| 2. 45 MM BI-METALIC CYLINDER , 30:1 | 1 PC | | US$ 3,900.- |
| | | FOR TAIWAN | US$15,300.- |
| | | AIR FREIGHT US$ | 1,850.- |
| | | C & F TEMA | US$17,150.- |
| | | | vvvvvvvvvvv |

OUR BANK INFORMATION :

FIRST COMMERCIAL BANK, HEAD OFFICE          *$9000*
P.O. BOX 395 TAIPEI , TAIWAN
TELEX NUMBER :  "11310 11729 "
SWIFT CODE : FCBKTWTPXXX

A/C NO. 5014 0000 940
BENEFICIARY : DIING KUEN PLASTIC MACHINERY CO., LTD          *900-*

*9000$*



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000     L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 20/08/2009

REF. NO.: 106/2009

## ORDER FOR TRANSFER

BANK NAME        :  CREDIT SUISSE
Swift code        :  CRESCHZZ83C , CLEARANCE NO 4772
Address          :  CH 8304 WALLISELLEN – SWITZERLAND

BENEFICIARY      :  LUZI LTD.
ACCOUNT NO       :  881587-62-4
IBAN             :  CH 63 04772 088 1587 61001

AMOUNT           :  **30,000**  ( THIRTY   THOUSAQND DOLLARS )

REASON           :  P. OF INVOICE COSMETICS

BEST REGARDS

ISMAIL YOUSSEF                                New Line Exchange
                                             Trust Co. S.A.L.

FROM : TV'S 'OO ISNIJ
New Line Exchange
Trust Co. S.A.L.
FAX NO. :
Aug. 19 2009 11:84PM  P1

—BANK NAME: Credit Suisse, CH 8304

Wallisellen — Switzerland

— USD Acc: 881587_62-4

—swift No: CRESCH Z Z 83C, clearance no
4772.

— IBAN: CH 63 0477 2 088 1587 6100l

—BENEFICARY: LUZI LTD.

30,000 USD



FNK 7782 0725

FROM :                          FAX NO. :                      Aug. 19 2009 10:55PM P1

2. MAI. 2006                    SWITZERLAND +4118357680        NR. 1424   S. 1/1

# Technical Information

**LUZI LTD Bank Account Numbers:**

**Credit Suisse, CH-8304 Wallisellen - Switzerland**

- USD Account No 1587-62-4
- EURO Account No 1587-62-6
- CHF Account No 1587-61-1

-) SWIFT Number: CRESCHZZ83C, Clearance Number 4772
-) IBAN Number: CH 0477 2 088 1587 61001

The IBAN number has been known as an International Bank Account
Number. Whenever making bank transfers, please inform your bank about
this no. It speeds up the transfer and reduces costs for all involved
parties

February 2004

FNK 7782 0726

FROM : C                    FAX NO. :               Aug. 19 2009 10:58PM  P2



Invoice   1034902                                          Page:   2

| Pos | Net Kg | Packing unit | Product | Product no. | Price per kg | CHF | OR | CT |
|-----|--------|--------------|---------|-------------|--------------|-----|-----|-----|
| 55 | 50.000 | 1 x 50 kg drum | BOUQUET Batch no. 09-01017 | 554122 | 30.00 | 1'500.00 | CH | 2 |
| 60 | 600.000 | 3 x 200 kg drum | COCO MX Batch no. 09-01305 | 343211-C | 25.00 | 15'000.00 | CH | 2 |
| 65 | 50.000 | 1 x 50 kg drum | JASMINE Batch no. 09-01280 | 223773 | 19.50 | 975.00 | CH | 2 |
| 70 | 50.000 | 1 x 50 kg drum | FANCY FRESH Batch no. 09-01261 | 555868 | 23.00 | 1'150.00 | CH | 2 |
|  | 1'375.000 |  | Total kg |  |  |  |  |  |

| Value ex works Dietlikon |  | 36'625.00 |
|--------------------------|--|-----------|
| Freight charges up to FOB european Seaport |  | 795.00 |
| Value FOB european Seaport |  | 36'620.00 |
| Seafreight charges |  | 635.00 |
| Transport Insurance |  | 59.00 |
| Value CIF Tema-Seaport | CHF | 37'614.00 |

OR = Country of origin
CT = Customs tariff no.     1 = 2906.11 10    2 = 3302.90 00

Packing:      3 pallets    /   total: 1'580 kg    /   2x 120x120x104 cm + 1x 120x80x72 cm

ppa. Tanja Dima



Bank:
Credit Suisse, CH-8304 Wallisellen
BIC-Swift: CRESCHZZ83C

Account CHF                    Account USD                    Account EUR
IBAN: CH02 0483 5088 1587 6100 1    IBAN: CH54 0483 5088 1587 6200 4    IBAN: CH10 0483 5088 1587 6200 6

FROM : C                    FAX NO. :                Aug. 19 2009 10:58PM  P1



UNIVERSAL COSMETICS (GH) LTD
James Town
Bruce Road
P.O. Box 2627
Accra
Ghana

**Invoice   1034902**

| | |
|---|---|
| Date: | 03.03.2009 |
| Reference no: | 67840 |
| Account no. / Your Ref: | 903699 / |
| Your order no. / date: | order by SEA / 05.02.2009 |
| Forwarding: | Seafreight |
| Transport insurance: | covered by us |
| Terms of delivery: | CIF Tema-Seaport |
| Payment terms: | 180 days net after invoice date |
| Description of goods: | Raw material for the cosmetic industry |

| Marks: |
|---|
| UE 67840 |
| UNIVERSAL |
| ACCRA |
| GHANA |
| MADE IN SWITZERLAND |

Delivery terms as per Incoterms 2000
Court of law: Zurich / Switzerland

Seafreight through Panalpina Ltd., CH-Glattbrugg to Tema-Seaport to the address of:
National Investment Bank Limited, Accra /   Notify: your address

IDF no.: 0086436

| Pos | Net Kg | Packing unit | Product | Product no. | Price per kg | CHF | OR | CT |
|---|---|---|---|---|---|---|---|---|
| 5 | 50.000 | 1 x 50 kg drum | MENTHOL NAT. Batch no. 08-60014 | 1403 | 20.00 | 1'000.00 | CN | 1 |
| 10 | 200.000 | 1 x 200 kg drum | ROMANCE Batch no. 09-01033 | 951820 | 31.00 | 6'200.00 | CH | 2 |
| 15 | 100.000 | 1. x 100 kg drum | TOMMI Batch no. 09-01021 | 233803-C | 31.00 | 3'100.00 | CH | 2 |
| 20 | 25.000 | 1 x 25 kg drum | AVOCADO Batch no. 09-00907 | 913376 | 25.00 | 625.00 | CH | 2 |
| 25 | 25.000 | 1 x 25 kg drum | BEAUTY CARROT Batch no. 09-01009 | 358308 | 29.00 | 725.00 | CH | 2 |
| 30 | 50.000 | 1 x 50 kg drum | DARLING Batch no. 09-01011 | 913339-C | 28.00 | 1'400.00 | CH | 2 |
| 35 | 25.000 | 1 x 25 kg drum | JASMINE GARDEN Batch no. 09-01013 | 445764 | 18.00 | 450.00 | CH | 2 |
| 40 | 50.000 | 1 x 50 kg drum | LUCREZIA Batch no. 09-01014 | 833010-A | 24.00 | 1'200.00 | CH | 2 |
| 45 | 50.000 | 1 x 50 kg drum | REXON Batch no. 09-01015 | 506317-A | 22.00 | 1'100.00 | CH | 2 |
| 50 | 50.000 | 1 x 50 kg drum | WHITE FLOWER FRUIT Batch no. 09-01016 | 358920 | 32.00 | 1'600.00 | CH | 2 |

LUZI AG
Industriestrasse 2, CH-8305 Dietlikon, Switzerland, Phone +41 44 835 76 76, Fax +41 44 835 76 60, info@luzi.ch, www.luzi.ch



FNK 7782 0728

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 20 2009 02:21PM  P1

## LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي

Branch : St charles
Date : 20/08/2009                    Transfer / Issuing Draft Application
                                     طلب تحويل/اصدار شيك مصرفي
Please remit on our behalf the following :
☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift   ☐ Telex   ☐ Mail

| Applicant's Name and Address | | Currency | | Amount |
|---|---|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR.TALEET L'AMBROUSE, THEW 01774808, REGN 1009 | | USD | | 30,000 |

28 A/CH 173902

| Beneficiary's Bank | For Bank use Only |
|---|---|
| CREDIT SUISSE CH 8304 WALLISELLEN- SWITZERLAND SWIFT CRESCHZZ83C CLEARANCE NO.4772 | DATE          : 20/08/2009 TRA. SEQ1      : 573 VALUE DATE    : 20/08/2009 REF. KEY      : 006541/99 DOC. NO.      : 9005541. TRF. TYPE     : SWIFT TRANSFER TRF. CUR.     : US DOLLAR TRF. AMT      :       30000.00 PRF. CUR.     : US DOLLAR RATE          :             1 EQUV. AMT     :       30000.00 COMMISSION    :          10.00 FX COMM.      :            .00 CDJ FEES      :            .00 POSTAGES      :          15.00 STAMPS        :            .00 TOTAL AMT.    :       30025.00 DR A/C        : 21 /173902-8/2/522/0 NEW LINE EXCHANGE TRUST |
| Beneficiary's Account Number | |
| CH63 04772 088 1S87 61001 | |
| Beneficiary Name and Address | |
| LUZI LTD | |
| Details | |
| PURCHASE OF INVOICE COSMETICS | REMARKS |

| Correspondent Name | |
|---|---|
| Correspondent Account Number | BONY |

VALUE  24/08/2009
Settlement by :
☐ Cash
☐ Debit A/C Number

| Currency | X. | Amount | Exchange rate(DEBIT/CREDIT) | Counter Value | Commission | Cost of Tlx For Tlx/Cable | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| USD | | 30000 | | | | | | |

| Applicant's Signature | | S.V | Authorized signature | |
|---|---|---|---|---|
| AS PER ATTACHED | | | Latifa Wansa          Mohamad Hamdoun | |

FNK 7782 0729



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C  679

DATE; 05/08/2009

MM . MECTAFF S.A.L.

REF. NO.: 103/2009

## ORDER FOR TRANSFER

BANK NAME     :  VIETNAM MARITIME COMMERCIAL JOINT
STOCK BANK
Swift code        :  MCOBVNVX
Address           :  253 CAU GIAY ST, HANOI , VIETNAM

BENEFICIARY  :  NOVA CO., LTD.

ACCOUNT NO #  :  03301370000018

BUYER ORDER :  ROYAL BOW CO. LTD

AMOUNT        :  269,678 . $   (Two hundred and sixty-nine
thousand and six hundred and seventy-eight dollars  .)

REASON          :  COST OF RICE

BEST REGARDS                                New Line Exchange
                                            Trust Co. S.A.L.
ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
FNK 7782 0730

05-AUG-2009  12:34                                                        P.01

**M E C A T T A F  S.A.L.**
Exchange/Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 01-543 700 Fax : 01-543 709

Ankar,  05-AUG-2009

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

Ref : B:8749  Ziad M. Youssef

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.  11 11 04 ............................, kindly effect the following payment

Amount    USD  269,678.00          Value Date  05-AUG-2009

US DOLLAR TWO HUNDRED SIXTY NINE THOUSAND SIX HUNDRED
SEVENTY EIGHT ONLY

Pay to :
VIETNAM MARITIME COMMERCIAL JOINT
253 CAU GIAY ST.HANOI
VIETNAM SWIFT MCOBVNVX

Beneficiary:
NOVA CO.LTD
A/C NO.03301370000018
THANH XUAN HANOI VIETNAM
PHONE NO.+944355761333

For Further
Credit:

By Order:
ROYAL NOW CO.LTD
ACCRA GHANA
COST OF RICE

Source Of
Funds:
FROM ACCOUNT

Benef.Right
Owner:
NOVA CO.LTD

MECATTAF S.A.L.

TOTAL P.01

FNK 7782 0731

FROM :LEBANON OFFICE     AI.DA     FAX NO. :01                    04 Aug. 2009 01:28PM  P1



# COMMERCIAL INVOICE

**NOVA CO., LTD.**
Thanh Xuan, Hanoi, Vietnam
Tel: (+84) 4 3557 6133
Fax: (+84) 4 3557 6174
Email: info@nova-vn.com
Website: www.nova-vn.com

Date:          18/07/2009
Invoice No.:   40012

Buyer:     ROYALBOW
           Accra, Ghana

Ship To: Tema Port, Ghana
B/L No.: VN3260168
Vessel: Capo Fresco OH277R
Shipment Date: 19/07/2009

| TERM NO | PAYMENT TERM | INCOTERM | SHIP FROM | SHIP TO | INSURANCE |
|---------|--------------|----------|-----------|---------|-----------|
| ROYB    | T/T          | CFR Tema | Hochiminh | Tema    | Buyer's Care |

| QUANTITY | DESCRIPTION | PRICE (USD/MT) | AMOUNT |
|----------|-------------|----------------|--------|
| 510.000 MT | JASMINE BROKEN RICE "SUN" 50KG BAGS | USD 437.00 | USD 222,870.00 |
| 255.700 MT | JASMINE BROKEN RICE "SUN" 25KG BAGS | USD 440.00 | USD 112,508.00 |

|  |  |
|--|--|
| CFR TEMA  TOTAL AMOUNT | USD 335,378.00 |
| PAID AMOUNT | USD 65,671.00 |
| DUE AMOUNT | USD 269,707.00 |

BENEFICIARY'S BANK INFORMATION:
VIETNAM MARITIME COMMERCIAL JOINT STOCK BANK
253 CAU GIAY ST, HANOI, VIETNAM
SWIFT CODE: MCOBVNVX
ACCOUNT NAME: NOVA CO., LTD.
ACCOUNT NO.: 03301370000018

FOR THE SELLER



Authorized Signature(s)

FNK 7782 0732



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE: 17/07/2009

MM. MECTTAF S.A.L.

REF. NO.: 98/2009

## ORDER FOR TRANSFER

BANK NAME            :   COMMERZBANK AG GEVELSBERG

BANK CODE            :   330 400 01

BENEFICIARY          :   THYSSENKRUPP BILSTEIN TUNING GMBH

Address              :   MILSPER STRABE 214,58256 ENNEPETAL /
GERMANY

ACCOUNT NO.          :   5828660

SWIFT                :   COBADEFF454

IBAN CODE #          :   DE65330400010582866000

AMOUNT               :   12000 EURO NET ( TWELVE THOUSAND EURO )

CUSTOMER             :   AUTO Z LIMITED

REASON               :   374719 ( REFRENCE ) CARS SPARE PARTS

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com
337                                                                FNK 7782 0733

DATE: 17/07/2009

MM. MECTTAF S.A.L.

REF. NO.: 98/2009

## ORDER FOR TRANSFER

BANK NAME   :   COMMERZBANK AG GEVELSBERG

BANK CODE   :   330 400 01

BENEFICIARY   :   THYSSENKRUPP BILSTEIN TUNING GMBH

Address   :   MILSPER STRABE 214, 58256 ENNEPETAL / GERMANY

ACCOUNT NO.   :   5828660

SWIFT   :   COBADEFF454

IBAN CODE #   :   DE65330400010582866000

AMOUNT   :   12000 EURO NET ( TWELVE THOUSAND EURO )

CUSTOMER   :   AUTO Z LIMITED

REASON   :   374719 ( REFRENCE ) CARS SPARE PARTS

BEST REGARDS

ZIAD YOUSSEF

FNK 7782 0734

18-JUL-2009  13:03   FROM MECATTAF SAL                    TO 9-01744B10              P.01

**M E C A T T A F   S . A . L .**                   Awkar;      16-JUL-2009
Exchange Establishment List No.  26
P.O.Box ; 11 - 5833
Beirut -Lebanon                                     LEBANON & GULF BANK SAL
Phone : 04-543 709 Fax : 04-543 709                 MAIN BRANCH BEIRUT

Ref :   B-7945  Ziad M. Youssef

## NOT NEGOTIABLE

### PAYMENT ORDER

Dear Sirs,
By the debit of our Account No. ........ 11 11 04 058 ........ kindly effect the following payment

Amount     |   EURO 12,000,00   |     Value Date      22-JUL-2009

     EURO TWELVE THOUSAND   ONLY

Pay to :
              COMMERZBANK AG
              GEVELSBERG, GERMANY
              SWIFT COBADEFF454

Beneficiary:
              THYSSENKRUPP BILSTEIN TUNING GMBH
              IBAN NO. DE65 3304 0001 0992 8660 00
              MILSPER STRABE 214,58256 ENNEPETAL-GERMANY
              P.OBOX 1151,58240 ENNEPETAL GERMANY

For Further
Credit:

By Order:
              AUTO 4 LIMITED
              GHANA HALL AVENUE STREET ADABRAKA CANTONMENT
              ACCRA, P.O.BOX CT 6250 GHANA
              REFERENCE 374719
              VALUE OF AUTO SPARE PARTS (AUDI, BMW)

                                                           **MECATTAF S.A.L.**

FNK 7782 0735

Total amount of: 12,000.00€

Company: ThyssenKrupp Bilstein Tuning GmbH

address: Milsper Straße 214, 58256

Ennepetal/Germany

P.O. Box 11 51, 58240 Ennepetal/Germany

Commerzbank AG Gevelsberg

Bank Code:          330 400 01

Account no.:        5 828 660

IBAN Code:        DE65330400010582866000

Swift-Code:         COBADEFF454

customer: Auto Z Limited

customer number : 374719 (refrence )

Cars spare parts

FNK 7782 0736

FROM : (                          FAX NO. :                Jul. 17 2009  4:03AM  P2

A company
of ThyssenKrupp
Technologies

**ThyssenKrupp Bilstein Tuning GmbH**

VAT-ID-No.: DE244488657

Auto Z Limited Accra - Ghana
PO Box CT 6280
CANTONMENT ACCRA
GHANA

VAT-ID-No.:

**PROFORMA INVOICE**

No.: 86340247

106002721

07/20/2009

Page 1 / 4

374719

10072448

order dtd. 26/05/200    06/28/2009    Jessica Vacker Customer Service    4699

941.000   801.140

Auto Z Limited Accra - Ghana Hall Avenue Street Adabraka  Cantonment Accra

| Pos. | order no./description | description | quantity | unit | price EUR | total price EUR |
|------|----------------------|-------------|----------|------|-----------|-----------------|
| 0070 | F4-BTE-6218-BG Your order no.: Delivery note: Our order no.: | AUDI 80, 90, COUPE HA B2 order dtd. 26/05/2009 dated 06/29/2009 86340247 dated Pos. 20 10072448 dated 06/29/2009 Pos. 20 | 20 | 1 | 15.78 | 315.60 |
| 0080 | F4-BNE-2006-BG Your order no.: Delivery note: Our order no.: | BMW 5 SERIES E34 REAR order dtd. 26/05/2009 dated 06/29/2009 86340247 dated Pos. 30 10072448 dated 06/29/2009 Pos. 30 | 40 30 | 1 | 21.00 | 630.00 |
| 0090 | F4-BNE-0838-BG Your order no.: Delivery note: Our order no.: | BMW 5 E60;R;B4 order dtd. 26/05/2009 dated 06/29/2009 86340247 dated Pos. 40 10072448 dated 06/29/2009 Pos. 50 2 | 50 | 1 | 49.00 | 98.00 |
| 0090 | F4-PNE-3118-BG Your order no.: Delivery note: Our order no.: | BMW 518-520 SERIES E34 FR order dtd. 26/05/2009 dated 06/29/2009 86340247 dated Pos. 50 10072448 dated 06/29/2009 Pos. 60 | 60 | | | |

Terms of delivery:     FCA Free freight  CFS or CFS
Terms of payment:      Payment in advance less 2 %

All our deliveries and performances are excl. subject to our general terms of delivery and payment.

ThyssenKrupp Bilstein Tuning GmbH
Milspe Str. 214, D-58256 Ennepetal
Postfach 11 51, D-58241 Ennepetal
Telefon: +49 2333 791-0
Telefax: +49 2333 791-1460

FNK 7782 0737

DATE: 17/07/2009

## CASH TRANSACTION SLIP

TRF REF #:   98 /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 12000 EURO

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0738



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 17/07/2009

MM. MECFTAF S.A.L.

REF. NO.:97/2009

## ORDER FOR TRANSFER

BANK NAME   :  DEUTSCHE BANK AG,
Swift code    :   DEUT DE 2H 240
Address        :   LUNEBURG

BENEFICIARY  :  GEREP MASCHINENBAU GMBH

Address        :    ALTER POSTWEG 10 29556 SUDERBURG /
GERMANY

ACC. NO.       :  BLZ : 240 700 75 , KONTO NR.: 1038959

IBAN            :  DE64 2407 0075 0103 8959 00

AMOUNT       :  8675 EURO   ( EIGHT THOUSAND SIXHUNDRED
AND SEVENTY FIVE EURO    )

CUSTOMER    :  AUTO Z LIMITED

REASON        :   PROFORMA # : 10072009 ( REFRENCE )  CARS
SPARE PARTS .

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com
343                                                        FNK 7782 0739

Total amount of : 8,675,00€

Company: Gerep Maschinenbau GmbH

Stobdampfer/ shock absorbers

Alter Postweg 10 29556 Suderburg/Germany

Deutsche Bank AG, Luneburg

BLZ: 240 700 75, Konto Nr.: 1038959

Swift (BIC): DEUT DE 2H 240

IBAN: DE64 2407 0075 0103 8959 00

customer: Auto Z Limited

Proforma #: 10072009(refrence)

*Cars spare parts*

FNK 7782 0740

18-JUL-2009  13:04   FROM  MECATTAF SAL                          TO 9-01744810                   P.02

**MECATTAF S.A.L.**                                      Awkar  18-JUL-2009
Exchange Establishment List No. 26
P.O.Box : 11 - 5833                        *CM*         ┌─────────────────────────┐
Beirut : Lebanon                                       │ LEBANON & GULF BANK SAL │
Phone : 04-543 700 Fax : 04-543 709                    │ MAIN BRANCH BEIRUT      │
                                                       └─────────────────────────┘

Ref : B:7946   Ziad M. Youssef

# NOT NEGOTIABLE

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No,   11 11 04 058 ........................., kindly effect the following payment

Amount   EURO 8,675.00           Value Date   21-JUL-2009

EURO EIGHT THOUSAND SIX HUNDRED SEVENTY FIVE ONLY

Pay to :     DEUTSCHE BANK AG
             LUNEBURG-GERMANY
             SWIFT DEUTDE2H240

Beneficiary:  GEREP MASCHINENBAU GMBH
              IBAN NO. DE64 2407 0075 0003 8959 00
              STOBDAMPFER SHOCK ABSORBERN ALTER POSTWEG
              10 29556 SUDERBURG-GERMANY

For Further
Credit:

# NOT NEGOTIABLE

By Order:    AUTO Z LIMITED
             GHANA KALI AVENUE STREET ADABRAKA CANTONMENT
             ACCRA, P.O.BOX CT 6250 GHANA
             INVOICE NO.10072009
             VALUE OF AUTO SPARE PARTS (SHOCK ABSORBER)

                                                    **MECATTAF S.A.L.**

                                                          TOTAL P.02

345                                      FNK 7782 0741

DATE:17/07/2009

## CASH TRANSACTION SLIP

TRF REF #:   97/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 8675 EURO

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0742

# GEREP

MASCHINENBAU GmbH



GEREP Maschinenbau GmbH, Alter Postweg 10, 29556 Suderburg

Auto Z Limited Accra · Ghana
Automotive Spare Parts
Hali Avenue Street Adabraka
P.O.Box: CT 6250 Cantonment Accra

Ghana

## PROFORMA INVOICE 10072009

Date  14.07.2009

Your Ref.-No.        Email from Mr. Ali Zabad dd.10.07.2009
Payment Terms      advance payment J. 2% discount
Method of dispatch  FCA Hamburg or Bremerhaven
prices              incl. export packing

| Item | Description | Quantity | Unit-Price | Total-Price |
|---|---|---|---|---|
| | Shock Absorber | | | |
| 1 | 27.21.166 | 6 | 25.80 € | 154.80 € |
| 2 | 27.21.109 | 6 | 22.26 € | 133.56 € |
| 3 | 27.46.075 | 6 | 45.84 € | 275.04 € |
| 4 | 27.46.113 | 6 | 43.95 € | 263.70 € |
| 5 | 27.21.399 | 6 | 31.14 € | 186.84 € |
| 6 | 27.42.052 | 10 | 41.03 € | 410.30 € |
| 7 | 27.36.045 | 10 | 30.02 € | 300.20 € |
| 8 | 27.14.006 | 20 | 30.56 € | 611.20 € |
| 9 | 27.11.092 | 20 | 31.43 € | 628.60 € |
| 10 | 27.24.019 | 80 | 34.18 € | 2,734.40 € |
| 11 | 27.21.209 | 62 | 30.17 € | 1,870.54 € |
| 12 | 27.24.026 | 14 | 47.06 € | 658.84 € |
| 13 | 27.21.433 | 14 | 44.37 € | 621.18 € |
| | | | total FCA Hamburg or Bremerhaven | 8,849.20 € |

Please transfer via Deutsche Bank AG, Lüneburg
Deutsche Bank AG, Lüneburg
BLZ: 240 700 75, Konto Nr.:1039950
SWIFT (BIC): DEUT DE 2H 240
IBAN: DE84 2407 0075 0103 8059 00

We hereby declare that the country of origin of the goods is Federal Republic of Germany.
We also declare that according to IATA regulations NO DANGEROUS GOODS are involved.

GEREP
Maschinenbau GmbH

I.A. Sven Marten Antonisenki (Mr.)

## GEREP
Maschinenbau GmbH
Alter Postweg 10
29556 Suderburg

GEREP                Tel.: (049)/15826 6643-0       https://deutschbank.AG  Lüneburg      Deutsche Bank AG, Lüneburg        Commerzbank Lüneburg
Maschinenbau GmbH    Fax: (049)/15826 6643-1        BLZ: 200 123 00, Konto Nr.: 12003911   BLZ: 24070075, Konto Nr.: 1039950   Dresdner Bank Hamburg
Alter Postweg 10     E-Mail: info@gerep.com         SWIFT (BIC): ...               SWIFT (BIC): DEUT DE 2H 240        SWIFT (BIC): ...
29556 Suderburg      http://www.gerep.com           IBAN: DE29 ...                IBAN: DE84 2407 0075 0103 8059 00  IBAN: DE ...
                                                     Sitz der Gesellschaft: Suderburg, Handelsregister HRB 120148 Amtsgericht Lüneburg



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 17/07/2009

MM. MECTTAF S.A.L.

REF. NO.:96/2009

## ORDER FOR TRANSFER

BANK NAME    :  BANCO POPULAR ESPANOL
Swift code    :  POPUESMM
Address    :  AV. DEL CID , 2 09004 – BURGOS SPAIN


BENEFICIARY  :  CALDOS DEL NORTE , S.L.
Address    : C / CONDADO DE TREVINO , 35 – POL.
VILLALONQUEJAR

ACC. NO. #    :  0075-0418-13-0600616021

IBAN    :  ES62

AMOUNT    :  **61204 EURO ( SEXTY ONE THOUSAND TWO
HUNDRED AND FOUR EURO )**

REASON    : COST OF BOUILLON CUBES. BY ORDER OF
RAMANI DISTRIBUTION CO.


BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
348                                                        FNK 7782 0744

## BENEFICIARY DETAILS:

CALDOS DEL NORTE, S.L.

C/ CONDADO DE TREVIÑO, 35 –
POL.VILLALONQUEJAR

09001 – BURGOS – SPAIN

TEL: 00.34.947.29.82.48

FAX: 00.34.947.29.82.58

## BANK DETAILS:

BANCO POPULAR ESPAÑOL

AV. DEL CID, 2
09004 – BURGOS

SPAIN

TEL: 00.34.947260748
FAX: 00.34.947209080

## ACCOUNT NUMBER:  0075-0418-13-0600616021

## IBAN: ES62

## SWIFT Nº: POPUESMM

## AMOUNT : Euro 61,204.00

Cost of bouillon cubes. By order of Ramani distribution co.

FNK 7782 0745

17-JUL-2009  16:00   FROM MECATTAF SAL                TO 9-01744810          P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar,  17-JUL-2009

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

Ref :   6:7944  Ziad M. Youssef

**PAYMENT ORDER**

NOT NEGOTIABLE

Dear Sirs,
By the debit of our Account No. ......11 11 04 058............., kindly effect the following payment

Amount     EURO 61,204.00          Value Date      22-JUL-2009

EURO SIXTY ONE THOUSAND TWO HUNDRED  FOUR ONLY

Pay to :        BANCO POPULAR ESPANOL
                AV.DEL CID, 209004-BURGOS
                SPAIN
                SWIFT POPUESMM

Beneficiary;    CALDOS DEL NORTE, S.L.
                A/C NO. 0075-0418-13-0600610021
                C/CONDADO DE TREVINO 30 POL. VILLALONQUEJAR
                SPAIN

For Further
Credit;

NOT NEGOTIABLE

By Order:       REMANI DISTRIBUTION CO
                AGBOGBLOSHIE ROAD,
                ACCRA - GHANA
                VALUE OF BOUILLON CUBES

NOT NEGOTIABLE

**MECATTAF S.A.L.**

TOTAL P.01

350

FNK 7782 0746

DATE: 17/07/2009

## CASH TRANSACTION SLIP

TRF REF #: 96   /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 61204 EURO

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

351

FNK 7782 0747

FROM : C                    FAX NO. :              Jul. 17 2009  3:33AM  P1



## COMERCIAL INVOICE

NUMBER:931

| | |
|---|---|
| INVOICE OF : BOUILLON | DATE : APRIL 30,2009 |
| COMPANY : RAMANI DISTRIBUTION CO LTD | Tel :021-663920      Fax :021-663920 |
| LOCATION : NEAR CENTRAL MOSQUE | P.O BOX IDC 1214 |
| AOBOBLOSHIE ROAD | DANSOMAN - ACCRA |
| ACCRA -GHANA | |

Shipped per : REPUBBLICA DEL BRASILE          Sailing on/about: MAY 12, 2009

From: SPAIN TO TEMA

| Description of Goods | Quantity | Unit PER CTN | Amount BOX |
|---|---|---|---|
| IX 20 FT S.T.C BOUILLON | | | |
| "CALNORT BRAND" 1916 BOX OF FLAVOR BOUILLON PACKED IN 32 PCS X 36 CUBES X 10 GRS/BOX | 1,916 | E € 31.00 | E €59,396.00 |
| TOTAL: | 1,916 CTN | | E € 59,396.00 |
| FREIGHT | | | |
| INSURANCE | | | E € 1,737.00 |
| | | | E € 71.00 |
| TOTAL CIF TEMA : | | | E € 61,204.00 |

SAY TOTAL EURO DOLLARS SIXTY ONE THOUSAND TWO HUNDRED & FOUR EURO ONLY.

AFRIMEX SAL
CAMELIA KAROUNI

FNK 7782 0748



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000      L.N.B.C 679

DATE: 17/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 94/2009

## ORDER FOR TRANSFER

BANK NAME     : ABSA BANK
Swift code    : ABSAZAJJCCT
Address       : INTERNATIONAL BANKING CENTRE
                CAPETOWN , SOUTH AFRICA

BRANCH CODE : 63 87 09

BENEFICIARY  : CERES FRUIT JUICES PTY LTD.

ACC. NO. #   : 207258 USD 1044 01

AMOUNT       ;   117329 USD ( ONE HUNDRED SEVENTEEN
THOUSAND  THREE HUNDRED TWENTY NINE DOLLARS )

REASON   : PAYMENT OF INV. FRUIT JUICE FOR SUPERMARKET.

BEST REGARDS                              New Line Exchange
                                          Trust Co. S.A.L.
ZIAD YOUSSEF

Ras Belrut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0749

FROM : (                         FAX NO. :                 Jul. 16 2009 10:49PM  P4

BENEFICIARY: CERES FRUIT JUICES PTY LTD.

BANKERS: ABSA BANK
            INTERNATIONAL BANKING CENTRE
            CAPETOWN, SOUTH AFRICA

ACCOUNT#: 207258 USD 1044 01

SWIFT CODE: ABSAZAJJCCT

BRANCH CODE: 63 87 09

AMOUNT: $117,329.00

REMARKS: FRUIT JUICE FOR SUPERMARKET

FNK 7782 0750

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 17 2009 02:42PM P3

# LEBANESE CANADIAN BANK ✕   البنك اللبناني الكندي ش.م.ل

Branch : St.charles                                           فرع :
Date : 17/07/2009          Transfer / Issuing Draft Application          تاريخ :
Please remit on our behalf the following :          طلب تحويل/إصدار شيك مصرفي
[ ] Bankers Draft          يرجى من حضرتكم إصدار
[ ] ............          [ ] شيك مصرفي
[X] Swift   [ ] Telex   [ ] Mail          [ ] تحويل خارجي بواسطة
                                          [ ] السويفت [ ] التلكس [ ] البريد

Applicant's Name and Address اسم وعنوان طالب التحويل
NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.TALERT LAMHOUSE, TEL# 01/744808, REG#1008128 A/C# 173902

| Currency العملة | Amount المبلغ |
|---|---|
| USD | 117,329 |

Beneficiary's Bank اسم المصرف المراد التحويل إليه
ABSA BANK
INTERNATIONAL BANKING CENTRE
CAPETOWN, SOUTH AFRICA
SWIFT : ABSAZAJCCT BRANCH CODE : 63 87 09

Beneficiary's Account Number رقم الحساب المستفيد
9208 556 164404

Beneficiary Name and Address اسم وعنوان المستفيد
CFS FRUIT JUICE PTY LTD

FRUIT JUICE FOR SUPERMARKET

**For Bank use Only خاص بإستعمال البنك فقط**

```
DATE      : 17/07/2009
TRA. SEQ# : 725
VALUE DATE: 17/07/2009
REF. KEY  : 005610/09
DOC. NO.  : 0005610.
TRF. TYPE : SWIFT TRANSFER
TRF. CUR. : US DOLLAR
TRF. AMT  :        117329.00
PMT. CUR. : US DOLLAR
RATE      :          1
EQUV. AMT :      117329.00
COMMISSION:          10.00
FX COMM.  :            .00
CBJ FEES  :            .00
POSTAGES  :          15.00
STAMPS    :            .00
TOTAL AMT.:      117354.00
DR A/C    : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS   :
```

Manager / FX Rate          ROSY
Corr. Account              VALUE 21/07/2009

Settlement by
[ ] Cash
[ ] Debit A/C Number  217/173902/2/522/0

| Curr العملة | Your Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Currency العملة | Total المجموع |
|---|---|---|---|---|---|---|---|
| USD | | | | | 15 | 10 | |

Applicant's Signature توقيع طالب التحويل          B.V.                    Authorized signatures التواقيع المخولة

Mohamad Hamdoun          Lotin Wanso