DATE: 17/07/2009

## CASH TRANSACTION SLIP

TRF REF #: 94 /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 117329

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0752



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 17/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 93/2009

## ORDER FOR TRANSFER

BANK NAME    : CITI BANK N.A.
Swift code      : CITIUS 33 XXX
Address          : 8750 , DORAL BLVD MIAMI FLORIDA 33178 USA

BENEFICIARY    : INTERTECH TRADING CORPORATION
8933,N.W. 23RD STREET , MIAMI FLORIDA -33172 USA

ACC. NO. #    : 3200 66 5691

AMOUNT        : **25000  USD ( TWENTY FIVE  THOUSAND DOLLARS )**

REASON      : PAYMENT OF INVOICE , LAPTOPS AND COMPUTERS

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline exchange@hotmail.com

FNK 7782 0753

DATE: 17/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 93/2009

## ORDER FOR TRANSFER

BANK NAME    : CITI BANK N.A.
Swift code      : CITIUS 33 XXX
Address         : 8750 , DORAL BLVD MIAMI FLORIDA 33178 USA


BENEFICIARY   : INTERTECH TRADING CORPORATION
                        8933,N.W. 23RD STREET , MIAMI FLORIDA -33172 USA

ACC. NO. #    : 3200 66 5691


AMOUNT        : 25000 USD ( TWENTY FIVE THOUSAND
DOLLARS )

REASON       : PAYMENT OF INVOICE . LAPTOPS AND COMPUTERS


BEST REGARDS

ZIAD YOUSSEF

FNK 7782 0754

FROM :C                    FAX NO. :                    Jul. 16 2009 10:50PM  P5

NAME: INTERTECH TRADING CORPORATION
8933, N.W. 23RD STREET,
MIAMI, FLORIDA - 33172
U.S.A.

BANK :          CITI BANK N.A.
BRANCH:   8750, DORAL BLVD
          MIAMI
          FLORIDA 33178
          USA
SWIFT CODE    CITIUS 33 XXX
ACCOUNT NO:  3200 66 5691
AMOUNT USD 25,000.00

REF: Laptos and Computers

FNK 7782 0755

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 17 2009 02:42PM  P2

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch :    St Charles
Date :    17/07/2009

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

تاريخ : ___/___/___
أدرج : ___

Please remit on our behalf the following :

[ ] Bankers Draft
[ ] Transfer by Y
   X [ ] Swift   [ ] Telex   [ ] Mail

بموجب من حسابنا إصدار
[ ] شيك مصرفي
[ ] تحويل خارجي بواسطة
[ ] البرق   [ ] تلكس   [ ] البريد

| Applicant's Name and Address | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH TRUST CO SA. BEIRUT RAS BEIRUT-KARAKAS STR. DANESI LAMBHOUSE, TEL#01/744808, REG#1008128-IVC#173003 | USD | 25,000 |

| Beneficiary's Bank المصرف المستفيد | For Bank use Only لخصص بالمصرف فقط |
|---|---|
| CITI BANK N.A. 8750 DORAL BLVD MIAMI FLORIDA 33178 USA    SWIFT: CITIUS 33 RKX | DATE        : 17/07/2009<br>TRA. SEQ1    : 714<br>VALUE DATE  : 17/07/2009<br>REF. KEY    : 005609/09<br>DOC. NO.    : 9005609.<br>TRF. TYPE   : SWIFT TRANSFER<br>TRF. CUR.   : US DOLLAR<br>TRF. AMT    :        25000.00<br>PMT. CUR.   : US DOLLAR<br>RATE        :              1<br>EQUV. AMT   :        25000.00<br>COMMISSION  :           10.00<br>FX CONN.    :             .00<br>CBJ FEES    :             .00<br>POSTAGES    :           15.00<br>STAMPS      :             .00<br>TOTAL AMT.  :        25025.00<br>DR A/G      : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS     : 2 |

Beneficiary's Account Number رقم حساب المستفيد
3065-6585

| Beneficiary's Name and Address اسم وعنوان المستفيد |
|---|
| JNL SOYTECH TRADING CORPORATION 8930 N W 2901 STREET MIAMI FLORIDA 33172 USA |

D H (4-29)
LAPTOPS AND COMPUTERS

Correspondent المصرف المراسل    BONY
Corresp A/C    VALUE  21/07/2009

Settlement by طريقة التسديد
[ ] Cash   نقدا
[ ] Debit/C Number   القيد على الحساب رقم

217/173902/522/0

| Country البلد | Value العملة | Exchange rate سعر التداول | Currency العملة | Counter Value قيمة المبادلة | Commission عمولة السحب | Corresp Trans رسوم المراسل | Stamps طابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 25000 | | | | 15 | 10 | | |

| Applicant's Signature توقيع العميل | S.V. صحة التوقيع | Authorized Signature التوقيع المفوض |
|---|---|---|
| AS PER ATTACHED | | Hanfa Wanza    Mohamad Harrison |

DATE: 17/07/2009

## CASH TRANSACTION SLIP

TRF REF #:   93  /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 25000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0757



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 13/07/2009

MM. MECTTAF S.A.L.

REF. NO.: 89/2009

## ORDER FOR TRANSFER

BANK NAME       :   AUDI S.A.L. / TYR BRANCH / LEBANON

BENEFICIARY     :   AFRIMEX S.A.L.

ACCOUNT NO.     :   780061427 044 026 23

SWIFT           :   AUDBLBBX

AMOUNT          :   100,000  EURO NET  ( ONE HUNDRED THOUSAND
EURO )

REASON          :   P. SUGAR .

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810

FNK 7782 0758

DATE: 13/07/2009

## CASH TRANSACTION SLIP

TRF REF #: 89/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 100,000 EURO

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0759



**OVLAS** Trading S.A.
Import - Export

| COMERCIAL INVOICE | NUMBER : 010409 |
|---|---|
| INVOICE OF : CRYSTAL SUGAR | DATE : APRIL 15 2009 |
| COMPANY : TAJ INVESTMENT LTD | Tel : 0232258307 - Fax : 022 258308 |
| LOCATION : NORTH INDUSTRIAL AREA | P.O BOX DC 1214 |
| ACCRA-GHANA | DANSOMAN - ACCRA |
| Shipped per : MV KOZA | Sailing date : APRIL 15 2009 |
| From : ARGENTINA To TEMA | |

| Description of Goods | Quantity | Unit PER M TON | Amount FOB |
|---|---|---|---|
| 20,000 BAGS OF WHITE SUGAR BAGGED IN 50 KGS. MAXIMUM COLOUR 45 ICUMSA | 1,000 | € 336.200 | € 336,200.00 |
| | 1,000 M TONS | | € 336,200.00 |
| TOTAL : | | | € 336,200.00 |
| FREIGHT : | | | € 52,000.00 |
| INSURANCE : | | | € 700.00 |
| TOTAL CIF TEMA : | | | € 398,900.00 |

SAY TOTAL EURO THREE HUNDRED NINTY EIGHT THOUSAND & NINE HUNDRED EURO ONLY.

Al-Sokt Bkg. - Embassy Str.
Bt Hassan , Beirut - Lebanon
P.O.Box : 26-140
Tel: +961 1 844771
Fax : +961 1 844772
E-mail info@ovlas-trading.com
Http://ovlas-trading.com



OVLAS TRADING S.A
ROULA ZABAD

Att, Rachid.

14-JUL.-2009  17:41   FROM  MECATTAF SAL          TO  9-01744810          P.01

**MECATTAF S.A.L.**
Exchange Estab.Ghineni List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar        14-JUL-2009

LEBANON & GULF BANK SAL
MAIN BRANCH BEIRUT

NOT NEGOTIABLE

Ref :    B:7766  Ziad M. Youssef

# PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.  .............. 11 11 04 058 .............., kindly effect the following payment

| Amount | EURO 100,000.00 | Value Date | 17-JUL-2009 |
|---|---|---|---|

EURO ONE HUNDRED THOUSAND ONLY

Pay to :        BANQUE DU LIBAN
                BEYROUTH

Beneficiary:    BANQUE AUDI SAL
                TYR BRANCH
                LEBANON

For Further     AFRIMEX SAL
Credit:         A/C NO.78000042704402623

By Order:       THEMSELVES
                FOR SUGAR

NOT NEGOTIABLE

NOT NEGOTIABLE

**MECATTAF S.A.L.**

TOTAL P.01



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 08/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 87/2009

## ORDER FOR TRANSFER

BANK NAME     :    BANCA TOSCANA AG. 540-FORTE DEI
                   MARMI (  LU  ) - ITALY

BENEFICIARY   :    MAPA DI PANICHI MASSIMILIANO

ACCOUNT NO.   :    226,56

SWIFT         :    TOSCIT3F540

IBAN          :    IT 05 U 03400 70150 000000022656

AMOUNT        :    25000 USD (TWENTY FIVE THOUSAND DOLLARS)

REASON        :    P. ALUMINIUM PRODUCTS .

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
366                                                          FNK 7782 0762

FROM :                    FAX NO. :              Jul. 08 2009 11:34AM P1

Twenty five
Thousand

BENEFICARY: Mapo di panicku massimiliano

BANCA TOSCANA AG. 540-FORTE DEI MARMI ( LU) - ITALY

ACC NO: 226,56

SWIFT : TOSCIT3F540

COD.IBAN IT 05 U 03400 70150 000000022656

AMOUNT : 25,000 USD

REMARKS : ALUMINIUM PRODUCTS



FNK 7782 0763

DATE: 08/07/2009

## CASH TRANSACTION SLIP

TRF REF #: 87/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 25000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0764

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 09 2009 03:48PM  P1

# LEBANESE CANADIAN BANK SAL      البنك اللبناني الكندي

Branch : ........St charles          Transfer / Issuing Draft Application
Date : .09/07/2009                   طلب تحويل/اصدار شيك مصرفي
Please remit on our behalf the following :

[ ] Bankers Draft
[ ] Outward transfer by
X   [ ] Swift  [ ] Telex  [ ] Mail

| Applicant's Name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCHANGE TRUST COMPANY SAL BEIRUT-RAS BEIRUT-KARAKAS, STR-TALERT LAMHHOUSH, TELX 01744808, RGH# 1008 28 A/C# 173902 | USD | 25000 |

Beneficiary's Bank :
BANCA TOSCANA AG.540-FORTE DEL MARMI (LU) ITALY
SWIFT: TOSCIT3F540

Beneficiary's Account Number :
IT05 I103400 70150 000000022656

Beneficiary Name and Address :
MARA DI PANICHI MASSIMILIANO

Details :
P. ALUMINNIUM PRODUCTS

For Bank Use Only :

```
DATE          : 09/07/2009
TRA. SEQ1     : 711
VALUE DATE    : 09/07/2009
REF. KEY      : 105395/09
DOC. NO.      : 7005395.
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      : 25000.00
PMT. CUR.     : US DOLLAR
RATE          : 1
EQUV. AMT     : 25000.00
COMMISSION    : 10.00
FX COMM.      : .00
CBJ FEES      : .00
POSTAGES      : 15.00
STAMPS        : .00
TOTAL AMT.    : 25025.00
OR A/C        : 217/173902-8/2/522/C
NEW LINE EXCHANGE TRUST
REMARKS
```

Correspondent Name : ..BONY
Correspondent Account Number : ......

VALUE 10/07/2009

Settlement by :
[ ] Cash
[ ] Debit A/C Number    217/173902/522/C

| Cur./Cy | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of Trans. | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| USD | 25000 | | | | 15 | | 10 | 25025 |

Applicant's Signature    S.V          Authorized signature
AS PER ATTACHED                        Mohamad Hamdoun

e-mail : newline-exchange@hotmail.com

FNK 7782 0765



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000   L.R.B.C 679

DATE: 07/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 86/2009

## ORDER FOR TRANSFER

BANK NAME          :    SOCIETE  GENERALE
                        AGENCE DE MASSY PALAISEU
                        PARC TERTIARE DE COURTABOEUF 8,
                        ALLEE DE LONDRES, FRANCE
                        BANK CODE :30003

BENEFICIARY        :    HDF SAS
                        14  RUE DE BAS MARIN
                        94537,ORLY
                        CEDEX,FRANCE

ACCOUNT NO.        :    000 780 12866

AMOUNT             :    50.000 USD (FIFTY THOUSAND DOLLARS)

REASON             :    PURCHASE: PC, LAPTOPS AND ACCESSOIRIES

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
370                                                      FNK 7782 0766

NAME OF SUPPLIER: HDF SAS

14, RUE DE BAS MARIN
94537, ORLY
CEDEX
FRANCE.

BANKERS:         SOCIETE GENERALE
                 AGENCE DE MASSY PALAISEU
                 PARC TERTIARE DE COURTABOEUF 8,
                 ALLEE   DE LONDRES
                 FRANCE

BANK CODE:     30003
BRANCH CODE:   02250
ACCOUNT NO. :   000 780 12866

AMOUNT:        USD 50,000.00

REMARKS:      PC, LAPTOPS AND ACCESSOIRIES

FNK 7782 0767

DATE: 07/07/2009

## CASH TRANSACTION SLIP

TRF REF #: 86/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 50000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0768

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 07 2009 02:41PM P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: ......St.charles:                **Transfer / Issuing Draft Application**                فرع: ............

Date  "07/07/2009                       طلب تحويل/اصدار شيك مصرفي                تاريخ: ...../...../.....

Please remit on our behalf the following :                                                    يرجى عن حضرتكم اصدار

☐ Bankers Draft                                                                   ☐ شيك مصرفي

☐ Outward transfer by                                                            ☐ تحويل خارجي بواسطة

☒ Swift  ☐ Telex  ☐ Mail                                    ☐ السويفت  ☐ التلكس  ☐ البريد

| Applicant's Name and Address اسم وعنوان الطالب | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| NEW.LINE.EXCH.TRUST.CO.SA | | USD | 50,000.00 |
| BEIRUT-RAS BEIRUT-KARAKAS | | | |
| STR.-TALEET LAMBROUSE, TEL#01/744808, REG#1908128 A/C# 173902 | | | |

| Beneficiary's Bank اسم المصرف المستفيد | | For Bank Use Only للاستعمال المصرف فقط |
|---|---|---|
| SOCIETE GENERALE | | DATE : 07/07/2009 |
| AGENCE DE MASSY PARAISRU, PARC TERTIARE | | TRA. SEQ. : 961 |
| DE COURTABOURUE3 A9 LER DE LONDRES, FRANCE | | VALUE DATE : 07/07/2009 |
| BANK CODE:30003 | | REF. KEY : 005264/09 |
| | | DOC. NO. : 9015264 |
| **Beneficiary's Account Number** رقم حساب المستفيد | | TRF. TYPE : SWIFT TRANSFER |
| | | TRF. CUR. : US DOLLAR |
| 000 780 12860 | | TRF. AMT : 50000.00 |
| | | PMT. CUR. : US DOLLAR |
| **Beneficiary Name and Address** اسم وعنوان المستفيد | | RATE : 1 |
| | | EQUV. AMT : 50000.00 |
| HDR SAS | | COMMISSION : 10.00 |
| 14 RUE DE BAS MARIN | | FX COMM. : .00 |
| 91310 LONGPONT, France | | CBJ FEES : .00 |
| | | POSTAGES : 25.00 |
| **Details** التفاصيل | | STAMPS : .00 |
| PURCHASE PC LAPTOPS ,AND ACCESSORIES | | TOTAL AMT. : 50035.00 |
| | | DR A/C : 217/173902-8/2/522/0 |
| | | NEW LINE EXCHANGE TRUST |
| | | REMARKS : |

| Correspondent Name | BONY |
|---|---|
| Correspondent Account Number | VALUR 09/07/2009 |

| Settlement by: طريقة الدفع | |
|---|---|
| ☐ Cash | |
| ☐ Debit A/C Number  217/173902/2/521/0 | القيد على الحساب رقم: |

| Currency ج.العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer كلفة التحويل | Stamps الطابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 50000 | | | | 10 | 25 | | 50,035.00 |

| Applicant's Signature توقيع الطالب | G.V. سعر الصرف | Authorized Signatures التواقيع المخولة |
|---|---|---|
| AS PER ATTACHED | | (Mohamad Hamdan) |

FNK 7782 0769



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 06/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT - LEBANON

REF. NO.: 85/2009

## ORDER FOR TRANSFER

BANK NAME        :   BANCO DE ORO , TAYTAY ,
                     NATIONAL HIGHWAY BRANCH , TAYTAY ,
                     RIZAL , PHILIPPINES .


BENEFICIARY    : MR MYRNAL . ALPAS .

ACCOUNT NO # : 4060052275

AMOUNT          : USD $5000 (five thousand dollars)

REASON          : cost of salary 8 monthes

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel; +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0770

DATE: 06/07/2009

## CASH TRANSACTION SLIP

TRF REF #:85 /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 5000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

375

FNK 7782 0771

FROM :LCB st CHARLES Branch          FAX NO. :01356337 127          Jul. 06 2009 02:20PM P1

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي ش.م.ل

Branch: .......St.charles.
Date : .....06/07/2009

**Transfer / Issuing Draft Application**
يطلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

يرجى من حضراتكم إصدار :

[ ] Bankers Draft
[ ] Outward transfer by
    X [ ] Swift  [ ] Telex  [ ] Mail

☐ شيك مصرفي
☐ تحويل خارجي بواسطة

| Applicant's Name and Address اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCHANGE TRUST COMPANY ,SAL BEIRUT-RAS BEIRUT-KARAKAS, STR-TALEET LAKEHOUSE, TEL# 01744804, REG# 1008128 A/C# 173902 | USD | 5000 |

| Beneficiary's Bank اسم مصرف المستفيد | For Bank Use Only لخاص باستعمال المصرف |
|---|---|
| BANCO DE ORO, TAYTAY NATIONAL HIGHWAY BRANCH TAYTAY RIZAL, PHILIPPINES | DATE      : 06/07/2009<br>TRA. SEQ. : 190<br>VALUE DATE : 06/07/2009<br>REF. KEY  : 005209/09<br>DOC. NO.  : 9005209.<br>TRF. TYPE : SWIFT TRANSFER<br>TRF. CUR. : LB DOLLAR<br>TRF. AMT  :          5000.00<br>PMT. CUR. : US DOLLAR<br>RATE      :             1<br>EQUV. AMT :          5000.00<br>COMMISSION :           10.00<br>FX COMM.  :            .00<br>OBJ FEES  :            .00<br>POSTAGES  :           15.00<br>STAMPS    :            .00<br>TOTAL AMT. :         5025.00<br>DR A/C    : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS   : |

| Beneficiary's Account Number رقم حساب المستفيد |
|---|
| 4000052275 |

| Beneficiary Name and Address اسم وعنوان المستفيد |
|---|
| MR MYRNAL ALPAS |

| Details التفاصيل |
|---|
| COST OF SALARY 8 MONTHS |

Correspondent Name اسم المراسل  BONY
Correspondent Account Number رقم حساب المراسل          VALUE 08/07/2009

Settlement by: التسوية بواسطة

[ ] Cash
[ ] Debit A/C Number
    X          217/173902/2/252170

| Curr. العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Stamps الطوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| USD | 5000 | | | | 15 | 10 | 5025 |

| Applicant's Signature توقيع العميل  S.V مبدأ التواقيع | Authorized signatures التواقيع المفوضة |
|---|---|
| AS PER ATTACHED | |

– BENEFICARY: Mr. Myrna L. Alpas.

– BANK: BANCO DE ORO, TAYTAY,

NATIONAL HIGHWAY BRANCH, TAYTAY,

RIZAL, PHILIPPINES.

A/C NO: 4060052275

Amount: 5000 USD

Cost of Salary 8 monthes.

FNK 7782 0773

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

DATE: 3/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT -- LEBANON

REF. NO.: 84/2009

## ORDER FOR TRANSFER

BANK NAME      : HSBC BANK PLC , LONDON
Swift code     : MIDLGB22

BANK NAME      : BANK OF BEIRUT ( UK ) LTD
                 LONDON
Swift code     : BRBAGB2L

BENEFICIARY    : MUNRO BRICE AND CO . LTD

IBAN           : GB24BRBA40525605527903

ACCOUNT NO #   : 379 24254

AMOUNT         : USD $50,000 (fifty thousand dollars)

REASON         : TIMBER EQUIPMENTS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
378
FNK 7782 0774

FROM :LCB St CHARLES Branch          FAX NO. :01365337 127          Jul. 03 2009 02:21PM  P1

# LEBANESE CANADIAN BANK
SAL

البنك اللبناني الكندي
ش.م.ل

Branch : .....St.charles....                    **Transfer / Issuing Draft Application**                    فرع : ......................
Date : ....03/07/2009....                    طلب تحويل/إصدار شيك مصرفي                    تاريخ : ......................
Please remit on our behalf the following :                    يرجى من حضرتكم إصدار

☐ Bankers Draft                    ☐ شيك مصرفي
☐ Outward transfer by                    ☐ تحويل خارجي بواسطة
☐ Swift  ☐ Telex  ☐ Mail                    ☐ سويفت  ☐ تلكس  ☐ بريد

| Applicant's Name and Address اسم وعنوان الطالب | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR-TALEET LAMBHOUSE, TELEFOY7/44808, I HG# 1008 28 A/C# 173902 | USD | 50,000.00 |

| Beneficiary's Bank اسم المصرف المستفيد | For Bank use Only لاستعمال المصرف فقط |
|---|---|
| BANK OF BEIRUT U.K. LTD LONDON SWIFT : BRBA GB2L | DATE : 03/07/2009 TRA. SEQ1 : 067 VALUE DATE : 03/07/2009 REF. KEY : 015161/09 DOC. NO. : 9005161 TRF. TYPE : SWIFT TRANSFER TRF. CUR. : US DOLLAR TRF. AMT : 50000.00 PMT. CUR. : US DOLLAR RATE : 1 EQUV. AMT : 50000.00 COMMISSION : 10.00 FX COMM. : .00 OBJ FEES : .00 POSTAGES : 25.00 STAMPS : .00 TOTAL AMT. : 50035.00 DR A/C : 217/173902-8/2/522/0 NEW LINE EXCHANGE TRUST REMARKS : |

| Beneficiary's Account Number رقم حساب المستفيد |
|---|
| 379 24254 |

| Beneficiary Name and Address اسم المستفيد وعنوانه |
|---|
| MUNRO BRICE AND CO.LTD |

| Details التفاصيل |
|---|
| TIMBER EQUIPMENTS |

| Correspondent Name اسم المراسل |
|---|
| Correspondent Account Number رقم حساب المراسل | VALUE 06/07/2009 |

| Settlement by : التسوية بواسطة |
|---|
| ☐ Cash |
| ☐ Debit A/C Number  217/173902/2/522/0 |

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of wire أجور التحويل | Stamps الطوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 50000 | | | | 10 | | 25 | 50035 |

| Applicant's Signature توقيع الطالب | S.V عند الوقيع | Authorized signature التوقيع المفوض |
|---|---|---|
| AS PER ATTACHED | |  Lotfi Hassan Mohamad Hamdoun |

379                    FNK 7782 0775

DATE:03/07/2009

# CASH TRANSACTION SLIP

TRF REF #:84 /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 50000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

380

FNK 7782 0776



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 30/06/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 81/2009

## <u>ORDER FOR TRANSFER</u>

BANK NAME      : STANDARD CHARTERED BANK
Swift code        : SCBLAEADXXX
Address           : JEBEL ALI
                        DUBAI

BENEFICIARY   : CENTRAL FREIGHT SYSTEMS , DUBAI
ACCOUNT NO # :              ; 01 7083106 01

AMOUNT         : USD $15025 ( `Fifteen thousand and twenty-five`
`dollars` )

REASON          : PC , LAPTOPS , ETS.........

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

FNK 7782 0777



**BENEFICIARY:** CENTRAL FREIGHT SYSTEMS, DUBAI

**BANKERS:**          STANDARD CHARTERED BANK
                     BRANCH: JEBEL ALI
                     DUBAI

**SWIFT CODE:**       SCBLAEADXXX

**ACCOUNT NO:**       01 7083106 01

**AMOUNT:**           USD 15,025.00

**REMARKS:**          PC, LAPTOPS  ETC....



382                                    FNK 7782 0778

DATE: 30/06/2009

## CASH TRANSACTION SLIP

TRF REF #: 81/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 15025 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0779

FROM :LCB st CHARLES, Branch          FAX NO. :01366337 127          Jun. 30 2009 02:09PM P1

# LEBANESE CANADIAN BANK SAL
البنك اللبناني الكندي ش.م.ل

Br ich: ............ St Charles              **Transfer / Issuing Draft Application**          لجرع : ............
Da :: .......... 30/05/2009                  طلب تحويل/إصدار شيك مصرفي           تاريخ : ............
Please remit on our behalf the following :                                        يرجى من محترمكم إصدار
☐ Bankers Draft                                                                    ☐ شيك مصرفي
☐ Outward transfer by                                                              ☐ تحويل خارجي بواسطة
   ☐ Swift  ☐ Telex  ☐ Mail                                                        ☐ أدية  ☐ تلكس  ☐ شريط

| Applicant's Name and Address اسم صاحب الطلب وعنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA.  BEIRUT-RAS BEIRUT-KARAKAS, STR-TALET LAMBHOUSE, TEL #01744808, REG# 1008128 A/C# 173902 | USD | 15,025 |

| Beneficiary's Bank اسم مصرف المستفيد | For Bank Use Only لإستعمال المصرف فقط |
|---|---|
| STANDARD CHARTERED BANK  JEBEL ALI  DUBAI  SWIFT:SCBLAEADXXXX | DATE        : 30/06/2009  TRA. SEQ#    : 1066  VALUE DATE   : 30/06/2009  REF. KEY     : C05052/09  OOG. NO.     : 9003052.  TRF. TYPE    : SWIFT TRANSFER  TRF. CUR.    : US DOLLAR  TRF. AMT     :       15025.00  PMT. CUR.    : US DOLLAR |
| **Beneficiary's Account Number** رقم حساب المستفيد | RATE         :           1  EQUV. AMT    :     15025.00 |
| 01-7083106-01 | COMMISSION   :        5.00  FX COMM.     :         .00 |
| **Beneficiary Name and Address** اسم المستفيد وعنوانه | CBL FEES     :         .00  POSTAGES     :       10.00 |
| GENERAL FREIGHT SYSTEMS, DUBAI | STAMPS       :         .00  TOTAL AMT.   :     15040.00 |
| **Details البيان** | DR A/C       : 117/173902-0/2/522/0 |
| PU LAPTOPS | NEW LINE EXCHANGE TRUST  REMARKS     : |

| Correspondent Name : | |
|---|---|
| Correspondent Account Number | |

Settlement by التسوية بواسطة                    VALUE -02/07/2009
☐ Cash
☐ Debit A/C Number

| Currency العملة | % | Amount المبلغ | Exchange سعر التحويل | Charges العمولة | Counter Value القيمة المقابلة | Commission العمولة | Cable البرق | Stamp الطابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|---|
| USD | 15025 | | | | | | 05 | 10 | |

| Applicant's Signature توقيع صاحب الطلب | B.V. | Authorized Signature التوقيع المعتمد |
|---|---|---|
| AS PER ATTACHED | | Hiba Hanna       Mohamad Hordoun |

FNK 7782 0780



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE: 30/06/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 80/2009

## ORDER FOR TRANSFER

BANK NAME    : DANSKE BANK
Swift code    : DABADKKK
Address    : HOLMENS KANAL
          DK 1092 KOBENHAVEN , DENMARK .

BENEFICIARY  : UHRENHOLT
IBAN    : DK353000378502753 .

AMOUNT    : USD $41025 ( Forty-one thousand and twenty-
five dollars )

REASON    : FOODSTUFF

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

FNK 7782 0781

DATE: 30/06/2009

## CASH TRANSACTION SLIP

TRF REF #: 80/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 41025 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE



386

FNK 7782 0782



BENEFICIARY: UHRENHOLT

BANKERS       : DANSKE BANK

                HOLMENS KANAL

                DK 1092 KOBENHAVN, DENMARK.

IBAN          : DK3530003785027531

SWIFT         : DABADKKK

AMOUNT        : US DOLLARS 41,025.00

REASON        : FOODSTUFF



FNK 7782 0783

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jun. 30 2009 02:10PM  P2

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: .........St.Charles.......

Date: ....30/06/2009....

Please remit on our behalf the following :

- [ ] Bankers Draft
- [x] Outward transfer by
  - [x] Swift  [ ] Telex  [ ] Mail

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

| Applicant's Name and Address |
|---|
| NEW LINE EXCH.TRUST.CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS,<br>STR-TALEET LAMBHOUSE, TEL# 01/??1808, REG#-1008 28 A/C# 173902 |

| Currency | Amount |
|---|---|
| USD | 41,025 |

| Beneficiary's Bank Name |
|---|
| DANSKE BANK<br>HOLMENTS KANAL<br>DK 1092 KOBENHAVN, DENMARK |
| SWIFT:DABADKKK |

| Beneficiary's Account Number |
|---|
| DK3530003/78/5027531 |

| Beneficiary Name and Address |
|---|
| UHRENHOLT |

| Details |
|---|
| FOOD STUFF |

**For Bank use Only**

| | | |
|---|---|---|
| DATE | : | 30/06/2009 |
| TRA. SEQ. | : | 078 |
| VALUE DATE | : | 30/06/2009 |
| REF. KEY | : | 005053/09 |
| DOC. NO. | : | 005053. |
| TRF. TYPE | : | SWIFT TRANSFER |
| TRF. CUR. | : | US DOLLAR |
| TRF. AMT | : | 41025.00 |
| PMT. CUR. | : | US DOLLAR |
| RATE | : | 1 |
| EQUV. AMT | : | 41025.00 |
| COMMISSION | : | 10.00 |
| FX. COMM. | : | .00 |
| CBJ FEES | : | .00 |
| POSTAGES | : | 15.00 |
| STAMPS | : | .00 |
| TOTAL AMT. | : | 41050.00 |
| DR A/C | : | 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST | | |
| REMARKS | | |

| Correspondent Name |
|---|
| |
| Correspondent Account Number |
| |

VALUE  02/07/2009

**Settlement by:**
- [ ] Cash
- [ ] Debit A/C Number   217/173902/2/522/0

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Stamp | Total |
|---|---|---|---|---|---|---|---|
| USD | 41025 | | | | 15 | 0 | |

| Applicant's Signature | B.V | Authorized Signatures |
|---|---|---|
| AS PER ATTACHED | | |
| | Surida Wanso | |
| | | Mohamad Hamdoun |

388

FNK 7782 0784



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 30/06/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 79/2009

## ORDER FOR TRANSFER

BANK NAME      : Lebanese Canadian bank
Swift code        : LECALBBE
Address           : SAINT CHARLES BRANCH

BENEFICIARY    : WE MARKET

ACCOUNT #       : 217/172712

AMOUNT          : USD $57615 ( Fifty-seven thousand AND SEX
HUNDRED FIFTEEN )

REASON          : FOODSTUFF


YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0785

FROM : C                        FAX NO. :                    Jun. 29 2009 11:21PM  P1

BENEFICIARY: WE MARKET

BANKERS        : LEBANESE CANADIAN BANK

               SAINT CHARLES BRANCH

               BEIRUT.

ACCOUNT # : 217\172712

SWIFT        : LECALBBE

AMOUNT       : US DOLLARS 57,615.00

REASON       : FOODSTUFF



FNK 7782 0786

DATE: 30/06/2009

## CASH TRANSACTION SLIP

TRF REF #:79 /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 57615 $

SOURCE OF MONEY: BUSSINES

TRF SIGNATURE

FNK 7782 0787

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 30 2009 02:24PM P1

# LEBANESE CANADIAN BANK SAL        البنك اللبناني الكندي

SAINT CHARLES                                    MESSRS
                                                 NEW LINE EXCHANGE TRUST
DEBIT CUSTOMER ADVICE                            COMPANY S.A.L.
ACCOUNT KEY        : 0217/0172982/002/0522/300
TRANSACTION DATE   : 30/06/2009
VALUE DATE         : 30/06/2009                  BEIRUT-RAS BEIRUT-KANAKAU
INTEREST DATE      : 30/06/2009                  SIR.-TALEED LAMBHOUSE
TR.SEQ.            : 1051      TELLER NO : 280

WE E DBITED YOUR ABOVE MENTIONED ACCOUNT WITH
AMOUNT AND DETAILS SHOWN BELOW

|                  | CURRENCY | AMOUNT      |
|------------------|----------|-------------|
|                  | USD      | 57,615.00   |

Fifty Seven Thousand Six Hundred Fifteen US DOLLAR ONLY

DETAIL

| TPE , FROM A/C TO A/C 0   TRF TO BE MARKET |

SIGNATURE

FNK 7782 0788

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

LEBANESE CANADIAN BANK
BEIRUT LEBANON

11 JUN 2009

REF: 78/2009

## ORDER FOR TRANSFER

HSBC DORA BRANCH

BENFICIARY          : JEAN OR NADA MOURAD
ACCOUNT            : 002 427326 130

AMOUNT            : 50,000 $ NET ( FIFTY THOUSAND U.S.D. )

DETAILS / REF.      : FACTORY MATERIALS ( INDUSTERIAL )

BEST REGARDS
ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.



Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

FNK 7782 0789

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 11 2009 03:16PM  P4

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: .................. Scecurities          فرع :
Date : 11/06/2009                                تاريخ : ....../....../......
Please remit on our behalf the following :          يرجى من حضرتكم إصدار
☐ Bankers Draft                                     ☐ شيك مصرفي
☐ Outward transfer by                               ☐ تحويل خارجي بواسطة
   ☒ Swift  ☐ Telex  ☐ Mail                        ☐ سويفت  ☐ تلكس  ☐ بريد

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

| Applicant's Name and Address إسم طالب الطلب وعنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR.,TALEET LAMBHOUSE, TEL#01/744808, REG#1008128-1/C#1799012 | USD | 50,000 |

| Beneficiary's Bank إسم المصرف المستفيد | For Bank use Only خاص بقسم التحاويل |
|---|---|
| HSBC DORA BRANCH | DATE : 11/06/2009 TRN. SEQ1 : 222 VALUE DATE : 11/06/2009 REF. KEY : C04494/09 DOC. NO. : 5004494 TRF. TYPE : SWIFT TRANSFER TRF. CUR. : US DOLLAR TRF. AMT : 50000.00 PHY. CUR. : US DOLLAR RATE : 1 EQUV. AMT : 50000.00 COMMISSION : 5.00 FX. COMM. : .00 CBL FEES : .00 POSTAGES : 10.00 STAMPS : .00 TOTAL AMT. : 50015.00 DR A/C : 2.7/173902-8/2/522/0 NEW LINE EXCHANGE TRUST REMARKS : |

| Beneficiary's Account Number رقم حساب المستفيد |
|---|
| 002-427326-130 |

| Beneficiary Name and Address إسم المستفيد وعنوانه |
|---|
| IRAN OR NADA MOURAD |

| Details التفاصيل |
|---|
| FACTORY MATERIALS ( INDUSTRIAL ) |

| Correspondent Name إسم المصرف المراسل | BDL |
|---|---|
| Correspondent Account Number رقم حساب المراسل | |

Settlement by : VALUE 13/06/2009
☐ Cash
☐ Debit A/C Number

| Currency العملة | Amount المبلغ | Exchange rate سعر البيع | Currency العملة | Counter Value القيمة المقابلة | Commission عمولة التحويل | Postal Master عمولة البريد | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 50000 | 2.7/173902/2/522/0 | | | 05 | 10 | | |

| Applicant's Signature توقيع العميل | S.V صحة التواقيع | Authorized signatures التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED | Latifa Wanso | |

Mohamad Hamdoun

FNK 7782 0790

DATE: 11/06/2009

## CASH TRANSACTION SLIP

TRF REF #: 78/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 50000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

395

 **New Line Exchange Trust Company S.A.L**
LEBANESE CANADIAN BANK   L.N.B.C  679
BEIRUT LEBANON

11 JUN 2009

REF: 76/2009

## ORDER FOR TRANSFER

كلفة ارض

BANK OF BEIRUT U.K. LTD
17 ACURZON STREET LONDO
SWIFT CODE        ; BRBA GB21

BENFICIARY      : WILLIAM BITAR
ACCOUNT         ; 15319452

AMOUNT          : 50,000 $ NET ( FIFTY THOUSAND U.S.D. )

DETAILS / REF.     COST OF LAND

BEST REGARDS
ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.



FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jun. 11 2009 03:17PM P2

## LEBANESE CANADIAN BANK SAL  البنك اللبناني الكندي ش.م.ل

Branch: St charles                 **Transfer / Issuing Draft Application**        فرع

Date : 11/06/2009                  طلب تحويل/إصدار شيك مصرفي              تاريخ : / /

Please remit on our behalf the following :                      يرجى من حضرتكم إصدار

☐ Bankers Draft                                              ☐ شيك مصرفي

☐ Outward transfer by                                        ☐ تحويل خارجي بواسطة :

   X ☐ Swift  ☐ Telex  ☐ Mail                                ☐ تلكس ☐ تلكس ☐ البريد

| Applicant's Name and Address  إسم مقدم الطلب وعنوانه | Currency  العملة | Amount  المبلغ |
|---|---|---|
| NEW LINE EXCH TRUST.CO.SA | USD | 50,000 |
| BEIRUT-RAS BEIRUT-KARAKAS, | | |
| STR-TYERRY LAMB HOUSE, TEL:081/74180R, REG# 1098128 A/C# 173902 | | |

| Beneficiary's Bank  إسم المصرف المستفيد | For Bank Use Only  خاص بالمصرف فقط |
|---|---|
| BANK OF BEIRUT U.K. LTD | DATE       : 11/06/2009 |
| 17 ACURZON STREET LONDON | TRA. SEQ.  : 797 |
| SWIFT : BRBA GB21 | VALUE DATE : 11/06/2009 |
| | REF. KEY   : 004501/09 |
| **Beneficiary's Account Number**  رقم حساب المستفيد | DOC. NO.   : 9004501. |
| 13316432 | TRF. TYPE  : SWIFT TRANSFER |
| | TRF. CUR.  : US DOLLAR |
| **Beneficiary Name and Address**  إسم المستفيد وعنوانه | TRF. AMT   : 50000.00 |
| WILLIAM BITAR | PMT. CUR.  : US DOLLAR |
| GHANA- KUMATH STR 22 JOANS | RATE       : 1 |
| | EQUV. AMT  : 50000.00 |
| | COMMISSION : 5.00 |
| **Details**  التفاصيل | FX COMM.   : .00 |
| COST OF LAND | CBT FEES   : .00 |
| | POSTAGES   : 20.00 |
| | STAMPS     : .00 |
| | TOTAL AMT  : 50025.00 |
| | DR A/C     : 217/173902-0/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS |

| Correspondent Name  إسم المراسل | |
|---|---|
| Correspondent Account Number  رقم حساب المراسل | VALUE  12/06/2009 |

| Settlement by:  التسوية بواسطة: | |
|---|---|
| ☐ Cash  نقداً | -THRU BANK OF BEIRUT- LEBANON |
| ☐ Debit A/C Number  القيد على حساب رقم: | 217/173902/2/522/0 |

| Currency  العملة | Amount  المبلغ | Exchange rate  سعر الصرف | Currency  العملة | Counter Value  المقابل | Commission  العمولة | Cost  الكلفة | Transfer  اعباء التحويل | Stamps  الطوابع | Total  المجموع |
|---|---|---|---|---|---|---|---|---|---|
| USD | 50000 | | | | 05 | | | 20 | 50015 |

| Applicant's Signature  توقيع العميل | S.V  عينة توقيع | Authorized signature  التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED | | |

*Mohamad Hamdoun*

FNK 7782 0793

DATE: 11/06/2009

## CASH TRANSACTION SLIP

TRF REF #7/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 50000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

398

FNK 7782 0794



New Line Exchange Trust Company S.A.L
LEBANESE CANADIAN BANK    N.B.C 679
BEIRUT LEBANON

REF: 77/2009                                    1 1 JUN 2009

## ORDER FOR TRANSFER

DANSKE BANK
HOLMENTS KANAL
DK 1092 KOBENHAVN , DENMARK.
SWIFT CODE        : DABADKKK

BENFICIARY        : UHRENHOL
ACCOUNT           : DK3530003785027534

AMOUNT 50,000 $ NET ( FIFTY THOUSAND U.S.D. )

DETAILS / REF.    : FOOD STUFF

BEST REGARDS
ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 11 2009 03:16PM  P1

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch : ......St charles......

Date : 11/06/2009

Please remit on our behalf the following :

[ ] Bankers Draft

[ ] Outward transfer by

X  [ ] Swift   [ ] Telex   [ ] Mail

## Transfer / Issuing Draft Application
### طلب تحويل/اصدار شيك مصرفي

| Applicant's Name and Address | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA | USD | 50,000 |
| BEIRUT-RAS BEIRUT-KARAKAS, | | |
| STK-TACHET LAMBHOUSE, TEL# 01/744803, REG# 1008123 A/C# 173902 | | |

| Beneficiary's Bank | For Bank use Only : |
|---|---|
| DANSKE BANK | DATE       : 11/06/2009 |
| HOLMENTS KANAL | TRA. SEQ# : 671 |
| DK 1092 KOBENHAVN, DENMARK | VALUE DATE : 11/06/2009 |
| | REF. KEY  : 004495/09 |
| SWIFT:DABADKKK | DOC. NO.  : 7004495 |
| | TRF. TYPE : SWIFT TRANSFER |
| Beneficiary's Account Number | TRF. CUR. : US DOLLAR |
| DK3320028350275311 | TRF. AMT  :      50000.00 |
| | PMT. CUR. : US DOLLAR |
| Beneficiary Name and Address | RATE       :          1 |
| UHRENHOL | EQUV. AMT :      50000.00 |
| | COMMISSION :         10.00 |
| | FX COMM.  :          .00 |
| | CBJ FEES  :          .00 |
| | POSTAGES  :         15.00 |
| Details | STAMPS    :          .00 |
| FOOD STUFF | TOTAL AMT :      50025.00 |
| | DR A/C    : 317/173902-8/3/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS   : |

| Correspondent Name | |
|---|---|
| Correspondent Account Number | VALUE 12/06/2009 |

Settlement by:

[ ] Cash

[ ] Debit A/C Number     2171173902/2/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of implied اعباء الاشتراك | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD  50000 | | | | | | 15 | 10 | 50025 |

| Applicant's Signature | S.V. | Authorized Signatures |
|---|---|---|
| AS PER ATTACHED | | Lotfa Wansa |
| | | Mohamad Hamdoun |

400                                                          FNK 7782 0796

DATE: 11/06/2009

## CASH TRANSACTION SLIP

TRF REF #: 77/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 50000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0797



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

BEIRUT : 11/06/2009

LEBANESE CANADIAN BANK
BEIRUT LEBANON

REF : 75/2009

## ORDER FOR TRANSFER

        : NATIONAL  BANK DE PARIS
          28 RUE AIGILLON
          292000 BREST -- FRANCE
IBAN          : FR7630004002430002155311771
SWIFT CODE   : BNPAFRPPBST

BENFICIARY   : LAITA  INTERNATIONAL DIVISION
ACCOUNT NO  : 00021553117-71

AMOUNT      : 64000 $ NET ( SIXTY FOUR THOUSAND U.S.D )

DETAILS / REF.  : FOOD FOR SUPERMARKET

BEST REGARDS       New Line Exchange
ZIAD YOUSSEF        Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
402               FNK 7782 0798

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 11 2009 03:17PM P3

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

| | |
|---|---|
| B anch:  St charles | **Transfer / Issuing Draft Application**  طلب تحويل/اصدار شيك مصرفي | فرع: ............ |
| Date: 29/05/2009 | | تاريخ: ..... / ..... / ..... |

P ase remit on our behalf the following :          يرجى من مصرفكم اصدار

☐ Bankers Draft          ☐ شيك مصرفي

☐ Outward transfer by          ☐ تحويل خارجي بواسطة

☒ Swift ☐ Telex ☐ Mail          ☐ اخرى ☐ تلكس ☐ بريد ☐ سويفت

| Applicant's Name and Address  اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH TRUST CO SA<br>BEIRUT-RAS BEIRUT-KARAKAS<br>STR TALUET LAMBHOUSE, TEL#01/744808, REG#1008128 A/C#173502 | USD | 64,000 |

| Beneficiary's Bank  اسم المصرف المحول اليه | For Bank use Only  خاص بالبنك فقط |
|---|---|
| NATIONAL BANK DE PARIS<br>28 RUE AIGILION, 292000 BREST<br>FRANCE<br>SWIFT: BNPAFRPPBST | DATE        : 11/06/2009<br>TRA. SEQ.  : 710<br>VALUE DATE : 11/06/2009<br>REF. KEY   : 004496/09<br>DOC. NO.   : 9004496<br>TRF. TYPE  : SWIFT TRANSFER<br>TRF. C.R.  : US DOLLAR<br>TRF. AMT   : 64000.00<br>PMT. CUR.  : US DOLLAR<br>RATE       : 1<br>EQUIV. AMT : 64000.00<br>COMMISSION : 10.00<br>FX COMM.   : .00<br>GRT FEES   : .00<br>POSTAGES   : 15.00<br>STAMPS     : .00<br>TOTAL AMT. : 64025.00<br>DR A/C     : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS    : |

| Beneficiary's Account Number  رقم حساب المستفيد |
|---|
| FR76300940024300021553311971 |

| Beneficiary Name and Address  اسم وعنوان المستفيد |
|---|
| LALLA INTERNATIONAL DIVISION |

| Details  التفاصيل |
|---|
| FOOD FOR SUPERMARKET |

| Correspondent Name  اسم المراسل | BONY |
|---|---|
| Correspondent Account Number  رقم حساب المراسل | VALUE 12/06/2009 |

Settlement by:          طريقة التسديد:

☐ Cash          ☐ نقدا

☐ Debit A/C Number          ☐ القيد على الحساب رقم:  217/173902/2/521/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of transfer اجراء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 64000 | | | | 15 | 10 | | |

| Applicant's Signature  توقيع العميل | S.V  صحة التوقيع | Authorized signatures  التواقيع المفوضة |
|---|---|---|
| AS PER ATTACHED | | Lotfar House<br><br>Mohamed Hamdan |

403                                                                                    FNK 7782 0799

DATE: 11/06/2009

## CASH TRANSACTION SLIP

TRF REF #:75 /2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 64000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0800

 **New Line Exchange Trust Company S.A.L**
LEBANESE CANADIAN BANK    N.B.C  679
BEIRUT LEBANON

REF: 77/2009                                                        1 1 JUN 2009

## ORDER FOR TRANSFER

DANSKE BANK
HOLMENTS KANAL
DK 1092 KOBENHAVN , DENMARK.
SWIFT CODE        : DABADKKK

BENFICIARY        : UHRENHOL
ACCOUNT           : DK3530003785027531

AMOUNT 50,000 $ NET  ( FIFTY THOUSAND U.S.D. )

DETAILS / REF.    : FOOD STUFF

BEST REGARDS
ZIAD YOUSSEF


New Line Exchange
Trust Co. S.A.L.

Ras Beirut. Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

405

FNK 7782 0801

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jun. 11 2009 03:16PM  P1

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي ش.م.ل

Branch: St charles

Date: 11/06/2009

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

[ ] Bankers Draft

[ ] Outward transfer by

X  Swift    [ ] Telex    [ ] Mail

| Applicant's Name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA. BEIRUT-RAS BEIRUT-KARAKAS, STE-TALEET LAMBHOUSE, TEL#017/4408, REG# 1008828 A/C# 173902 | USD | 50,000 |

**Beneficiary's Bank**

DANSKE BANK
HOLMENTS KANAL
DK 1092 KOBENHAVN, DENMARK

SWIFT:DABADKKK

**Beneficiary's Account Number**

DK35300037850275331

**Beneficiary's Name and Address**

UHRENHOL

**Details**

FOODSTUFF

**Correspondent Name**

**Correspondent Account Number**        VALUE: 12/06/2009

**For Bank use Only**

```
DATE        : 11/06/2009
TRA. SEQU.  : 671
VALUE DATE  : 11/06/2009
REF. KEY    : 004495/09
DOC. NO.    : 2004495
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :    50000.00
PMT. CUR.   : US DOLLAR
RATE        :        1
EQUV. AMT   :    50000.00
COMMISSION  :       10.00
FX COMM.    :        .00
CBU FEES    :        .00
POSTAGES    :       15.00
STAMPS      :        .00
TOTAL AMT   :    50025.00
DR A/C      : :17/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

**Settlement by:**

[ ] Cash

[ ] Debit A/C Number        217/173902/2/521/0

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of transfer | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| USD | 50000 | | | | 15 | 10 | | 50026 |

**Applicant's Signature**

AS PER ATTACHED

**S.V.**

**Authorized signature**

*Latifa Wanso*

*Mohamad Hamdoun*

FNK 7782 0802

DATE: 11/06/2009

## CASH TRANSACTION SLIP

TRF REF #: 77/2009

TRANSFERER NAME: ABDUL LATIF FAWAZ

AMOUNT RECEIVED: 50000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0803

FNK 7782 0804

ALEXANDER HAMMOUD

FNK 7782 0805



FNK 7782 0806



Nosotros, ALEXANDER HAMMOUD HAMMOUD y ZEHILA VICTORIA ASTRO RODRIGUEZ venezolanos, mayores de edad, de este domicilio y titulares de las Cédulas de Identidad Nos. V-15.676.929 y V-13.113.835, respectivamente, por medio del presente documento declaramos: Hemos decidido constituir cómo en efecto constituímos una Compañía Anónima, la cual se regirá por las siguientes cláusulas las cuales serán redactadas con suficiente amplitud para que sirvan a la vez de ACTA CONSTITUTIVA Y ESTATUTOS SOCIALES.

**TITULO I**
**DENOMINACIÓN-OBJETO-DOMICILIO-DURACIÓN**

**ARTÍCULO PRIMERO:** La sociedad se denominará "GAME OVER SPORT, C.A." y su domicilio será la ciudad de Caracas, Esquina de Miguelacho a Misericordia, Calle Sur, Casa No. 24-1, Local A, La Candelaria, Distrito Capital, pudiendo además establecer sucursales, agencias, oficinas o representaciones en cualquier lugar de la República o del extranjero cuando así lo decida la Junta Directiva.

**ARTÍCULO SEGUNDO:** La Compañía tendrá cómo objeto principal la de ejercer, sin limitación alguna todo género de negocios o actos lícitos que sean susceptibles de cumplir por cualquier persona natural o jurídica, pudiendo desarrollar la misma dentro o fuera del país, pero especialmente se dedicará a todo lo relacionado con el ramo de importación, exportación, distribución comercialización, compra venta al mayor y al detal de calzados, prendas y artículos de vestir cualesquiera que sea su clase, productos textiles y afines, artículos deportivos, accesorios así como cualquier otro bien con características semejantes a los ya mencionados dado a que la enumeración anterior es sólo a título enunciativo y de ninguna manera limitativo. Además podrá realizar todo tipo de actividades de lícito comercio relacionado o no con el objeto social cuando convenga a los intereses de la Compañía.

**ARTÍCULO TERCERO:** La sociedad tendrá su giro al cumplir con las formalidades de su inscripción en el Registro de Comercio y tendrá una duración de Veinte (20) años contados a partir de esa fecha, pudiendo prorrogarse por un lapso igual o inferior si así lo resolviere la Asamblea General de Accionistas.

FNK 7782 0807



R:009611744810

Julio G. Ramelo U.
Inpreabogado Nº 72.634

Nosotros, ALEXANDER HAMMOUD HAMMOUD y ZEHILA VICTORIA ASTRO RODRIGUEZ, venezolanos, mayores de edad, de este domicilio y titulares de las Cédulas de Identidad Nº V-15.676.929 y V-13.113.835 respectivamente, por medio del presente documento declaramos: Hemos decidido constituir como en efecto constituimos una Compañía Anónima, la cual se regirá por las siguientes cláusulas las cuales están redactadas con suficiente amplitud para que sirvan a la vez de ACTA CONSTITUTIVA y ESTATUTOS SOCIALES.

TITULO I

DENOMINACION-OBJETO-DOMICILIO-DURACION

FNK 7782 0808



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000   L.N.B.C 679

DATE: 12/11/2010

MM, Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 196/2009

## ORDER FOR TRANSFER

BANK NAME        :   THE HONGKONG AND SHANGHAI BANKING
                     CORPORATION LIMITED HUNG HOM BRANCH
BANK ADDRESS     :   1 QUEENA ROAD , CENTRAL HONG KONG
BENEFICIARY      :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.      :   132-061078-838

SWIFT            :   HSBCHKHHHKH

AMOUNT           :   200,000 USD ( two hundred   Thousand DOLLARS

REASON           :   P. SHOES .
CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beiut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809  Fax: +961 1 744810

413

FNK 7782 0809

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: *ORDER FROM:* New Line Exchange Trust Co. S.A.L.

رقم الحساب: *ACCT # 173902*

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10,000$ أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شك او تحويل**

رقم المرجع: ١٩٦/٩ *Transfer # : 196*

المبلغ: (السلفة B) *Amount: 200,000*

– نقدي او غير: شهدي *CASH*

التاريخ: ١٢/١١/١٠ *DATE : 12-11-2010*

– مصدر الاموال: ايبا رك *BUSINESS*

الجهة استعمال الاموال: (؟) مجزءة – صنع كفش *PURCHASE SHOES*

هوية المستفيد: *HAO HAO INTERNATIONAL INDUSTRIAL LIMITED* *BENEFICIARY*

صاحب الحق الاقتصادي: الكسندر حمود *Alexander Hammoud*

الإسم: اسماعيل يوسف

التوقيع:

New Line Exchange Trust Co. S.A.L.

FNK 7782 0810

**LEBANESE CANADIAN BANK** SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles   فرع:
Date: 12/11/2010   تاريخ:   /   /

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :   يرجى بي حضرتكم إصدار :

☐ Bankers Draft   ☐ شيك مصرفي
☐ Outward transfer by   ☐ التحويل خارجي بواسطة
X ☐ Swift  ☐ Telex  ☐ Mail   ☐ البريد  ☐ تلكس  ☐ سويفت

| Applicant's Name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SAL BEIRUT-RAS BEIRUT-KARAKAS STR. TALEET LAMBHOUSE THU701714406,70233 | USD | 199,975 |

008128 AA/W123902 LB24 0044 2170 1739 0200 2052 2000

| Beneficiary's Bank Name and Address |
|---|
| HONG KONG AND SHANGHAI BANKING CORPORATION LIMITED HUNG HOM BRANCH I QUENNA RAOD CENTRAL HONG KONG SWIFT HSBCHKHHH KH |

**For Bank Use Only**

```
DATE        : 12/11/2010
TRA. SEQ1   : 790
VALUE DATE  : 12/11/2010
REF. KEY    : 012164/10
DOC. NO.    : 10012164
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 199975.00
PMT. CUR.   : US DOLLAR
RATE        : 1
EQUV. AMT   : 199975.00
COMMISSION  : 10.00
PY COMM.    : .00
CBJ FEES    : .00
POSTAGES    : 15.00
STAMPS      : .00
TOTAL AMT.  : 200000.00
OR A/C      : 217/173902-0/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     : 141
```

| Beneficiary's Account No. |
|---|
| 132-061028-838 |

| Beneficiary's Name and Address |
|---|
| HAO HAO INTERNATIONAL INDUSTRIAL LIMITED |

| Details |
|---|
| PURCHASE OF SHOE |

| Correspondent Name |
|---|

VALUE 18/11/2010

**Settlement by:**

☐ Cash   ☐ نقداً
☐ Debit A/C Number 217/173902/2/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر العملة | Currency العملة | Counter Value القيمة | Commission عمولة | Cost of Issue أعباء التحويل | Stamps طوابع | Total القيمة |
|---|---|---|---|---|---|---|---|---|
| USD. | 199975 | | | | 10 | | 15 | 200000 |

| Applicant's Signature توقيع المرسل |   | S.V | | Authorized signatures توقيع المفوضين | | | التوقيع المعتمد |
|---|---|---|---|---|---|---|---|
| PER ATTACHED | | | | | | |  |

Mohamad Hamdeen       Bassam Abdo-Hariri

FNK 7782 0811

FNK 7782 0812



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE: 14/09/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 191/2009

## ORDER FOR TRANSFER

BANK NAME      :   CITIBANK NA
BANK ADDRESS :   111 WALL STREET NY, Ny 10043,U.S.A.

SWIFT            :   CITIUS33

FURTHER CREDIT TO : ASKARI BANK LTD , KARACHI

ACCOUNT NO.     :   36151599 ( CHIPS U.I.D NO.398400
BANK ADDRESS : UNIVERSITY ROAD BRANCH FAISALABAD

SWIFT          :   ASCMPKKA009
BENEFICIARY    :   BISMILLAH FABRICS (PVT) LTD
  ACCOUNT NO   :   16918

AMOUNT        :   150,000 USD ( One Hundred and FIFTY Thousand
DOLLARS )

REASON        :   P. SHEET.SET
CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut. Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810

417                                                    FNK 7782 0813

بيروت في ١٩٨٤/١/١

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM:*   إسم المصرح: New Line Exchange Trust Co. S.A.L.

*ACCT #:*   رقم الحساب: ١٧٣٩٥٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفنا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مضرف لبنان)

**معلومات عن اصدار شيك او تحويل**

*TRANSFER # : 191*   رقم المرجع: ١٩١/س٩
*AMOUNT: 150,000*   المبلغ: ١٥٠.٠٠٠   (العملة .....)
*CASH*   – نقدي او غير: نقد S
*DATE: 14-9-2010*   – التاريخ: ١٤/٩/٢٠١٠
*BUSINESS*   – مصدر الاموال: التجارة
*PURCHASE SHEET SET*   – وجهة استعمال الاموال: شراء بياضات منزلية
*BENEFICIALLY:*   – هوية المستفيد:
BISMILLAH FABRICS (PVT) LTD
*ALEXANDRE HAMMOUD:*   صاحب الحق الإقتصادي:
الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0814

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Sep. 14 2010 01:26PM  P2

# LEBANESE CANADIAN BANK البنك اللبناني الكندي
SAL                                                         ش.م.ل

Branch: St.charles.

Date : / /
14/09/2010

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

فرع : _____

تاريخ : __ / __ / __

Please remit on our behalf the following :

□ Bankers Draft
□ Outward transfer by
  □ Swift  □ Telex  □ Mail

يرجى أن حوّلوا بإصدار :
□ شيك مصرفي
□ تحويل خارجي بواسطة
□ السويفت □ التلكس □ البريد

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR.TALBET LAMB HOUSE 131/101277638 PRC# 100812B1 B24 0044 2120 1739 020 13042 2000

USD    149,975

A/C:36151599
ASKARI BANK LTD KARACHI
UNIVERSITY ROAD BRANCH FAISALABAD
SWIFT : ASCMPKKA019 CHIPS #39R4M

| | |
|---|---|
| DATE | : 14/09/2010 |
| TRA. SEQ. | : 350 |
| VALUE DATE | : 14/09/2010 |
| REF. KEY | : 109648/10 |
| DOC. NO. | : 10009648. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 149975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 149975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 150000.00 |

16918

BISMILLAH FABRICS (PVT) LTD

OR A/C : 217/173902-0/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS : 141

PURCHASE OF SHEET SET

BONY

VALUE 16/09/2010

□ Cash
□ Debit A/C Number

□ نقد
□ القيد على الحساب رقم

USD  149,975

AS PER ATTACHED

FNK 7782 0815



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

01.5'/.

DATE: 14/09/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 190/2009

## ORDER FOR TRANSFER

BANK NAME    :   THE HONGKONG AND SHANGHAI BANKING
                 CORPORATION LIMITED HUNG HOM BRANCH
BANK ADDRESS :   1 QUEENA ROAD , CENTRAL HONG KONG
BENEFICIARY  :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.     :   132-061078-838

SWIFT           :   HSBCHKHHHKH

AMOUNT          :   100,000 USD ( one hundred   THousand DOLLARS
)
REASON          :   P. SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut. Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810.

420

FNK 7782 0816

بيروت، في ١٩٨٠/١/٠٢

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM:   New Line Exchange
              Trust Co. S.A.L          إسم المصرح:

Acct #:   173909          رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

رقم المرجع:   TRANSFER #: 190
المبلغ:   AMOUNT: 100,000   (السلة)
نقدي او غير:   CASH.
التاريخ:   DATE: 14-9-2010
مصدر الاموال:   BUSINESS
جهة استعمال الاموال:   PURCHASE SHOES
هوية المستفيد:   BENEFICIARY HAO HAO INTERNATIONAL INDUSTRIAL LIMITED
صاحب الحق الاقتصادي:   ALEXANDER HANNED

الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0817



FNK 7782 0818

FROM :LCB st CHARLES Branch        FAX NO. :01396337 127        Sep. 14 2010 01:25PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles,
Date : 14/09/2010

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

☐ Bankers Draft
☑ Outward transfer by
   ☑ Swift  ☐ Telex  ☐ Mail

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALETI LAMBHOUSE TEL..017/443158  RBOU 1n08128 A/C# 179902

USD    99,975

LB24-0044-2170-1739-0200-2052-2000

HONG KONG AND SHANGHAI BANKING CORPORATION
LIMITED HUNG HOM BRANCH
1 QUEENA RAOD CENTRAL HONG KONG
SWIFT : HSBCHKHHHKH

| | |
|---|---|
| DATE | : 14/09/2010 |
| TRA. SEQ1 | : 145 |
| VALUE DATE | : 14/09/2010 |
| REF. KEY | : C09647/10 |
| DOC. NO. | : 100009647 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 99975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 99975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 100000.00 |
| DR A/C | : 217/179902-8/2/522/0 |

132-061078-838

HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

NEW LINE EXCHANGE TRUST
REMARKS  : 141

PURCHASE OF SHOES

☐ Cash                VALUE 16/09/2010
☐ Debit A/C Number

217/179902/8/522/0

USD  99975

AS PER ATTACHED

FNK 7782 0819



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    L.N.B.C  679

DATE: 26/08/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 186/2009

## ORDER FOR TRANSFER

BANK NAME       :   THE HONGKONG AND SHANGHAI BANKING
                    CORPORATION LIMITED HUNG HOM BRANCH

BANK ADDRESS  :  1 QUEENA ROAD , CENTRAL HONG KONG

BENEFICIARY    :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.    :   132-061078-838

SWIFT          :   HSBCHKHHHKH

AMOUNT         :   300,000 USD ( three hundred THousand DOLLARS
)

REASON         :   P. SHOES .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

يمكنكم فيه/١٨/١١ ن

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

_ORDER FROM:_    New Line Exchang
Trust Co. S.A.L.
إسم المصرح:

_ACCT #:_   17390?   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

_TRANSFER #: 186_    ١٨٦ / ٩ س ١   رقم المرجع:
_AMOUNT: 300,000_   المبلغ:  (العملة $ )
_CASH_   نقدي او غير:
_DATE: 26-8-2010_   التاريخ:
_BUSINESS_   مصدر الأموال:
_PURCHASE SHOES_   جهة استعمال الأموال:
_- BENEFICIARY_   هوية المستفيد:
HAO·HAO INTERNATIONAL
INDUSTRIAL LIMITED
_- ALEXANDER HAMMAD_   صاحب الحق الإقتصادي:

الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0821

FROM :LCB st CHARLES Branch       FAX NO. :01366337 127       Aug. 26 2010 01:44PM  P1

## LEBANESE CANADIAN BANK ⚓ البنك اللبناني الكندي
### SAL                                                    ش.م.ل

Branch:                          Transfer / Issuing Draft Application       الفرع :
St.charles                       طلب تحويل/إصدار شيك مصرفي
Date :                                                                      تاريخ : __/__/__
26/08/2010
Please remit on our behalf the following :                                  يرجى من حضرتكم إصدار :
☐ Bankers Draft                                                             ☑ شيك مصرفي
X ☐ Outward transfer by                                                     ☑ تحويل خارجي بواسطة
    X ☐ Swift ☐ Telex ☐ Mail                                               ☐ البريد ☐ تلكس ☐ سويفت

| | |
|---|---|
| NEW LINE EXCH.TRUST CO.SA | USD        299,975 |
| BEIRUT-RAS BEIRUT-KARAKAS, | |
| SNC-TALEET LAMBHOUSE, TEL:01/741893, REGN 1003128 A/C#173892 LB24 0044 2170 1739 0200 2052 2000 | |

| | |
|---|---|
| HONG KONG AND SHANGHAI BANKING CORPORATION | DATE       : 26/08/2010 |
| LIMITED-HUNG HOM BRANCH | TRA. SEQU  : 665 |
| 1 QUEENA ROAD CENTRAL HONG KONG | VALUE DATE : 26/08/2010 |
| SWIFT : HSBCHKHHHKH | REF. KEY   : 089015/10 |
| | DOC. NO.   : 10009014. |
| | TRF. TYPE  : SWIFT TRANSFER |
| | TRF. CUR.  : US DOLLAR |
| | TRF. AMT   :        299975.00 |
| 132-061078-838 | PMT. CUR.  : US DOLLAR |
| | RATE       : 1 |
| | EQUV. AMT  :   299975.00 |
| HAO HAO INTERNATIONAL INDUSTRIAL LIMITED | COMMISSION :      10.00 |
| | EX COMM.   :        .00 |
| | CBJ FEES   :        .00 |
| | POSTAGES   :      15.00 |
| | STAMPS     :        .00 |
| | TOTAL AMT. :   300000.00 |
| | OR A/C     : 212/173902-8/2/522/9 |
| PURCHASE OF SHOES | NEW LINE EXCHANGE TRUST |
| | REMARKS    : 111 |

VALUE 30/08/2010
☐ Cash

USD  299975
AS PER ATTACHED                                    10   30000

FNK 7782 0822

FNK 7782 0823



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    LN.AC 6/9

DATE: 29/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 177/2009

## ORDER FOR TRANSFER

BANK NAME        :   THE HONGKONG AND SHANGHAI BANKING
                     CORPORATION LIMITED HUNG HOM BRANCH
BANK ADDRESS  :   1 QUEENA ROAD , CENTRAL HONG KONG
BENEFICIARY      :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.      :   132-061078-838

SWIFT                 :   HSBCHKHHHKH

AMOUNT            :   150,000 USD ( one hundred FIFTY  THousand
DOLLARS )
REASON              :   P. SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0824

بيروت، في ٢٩/٧/٢٠١٤

جانب إدارة البنك اللبناني الكندي ش.م.ل.، المحترمين

ORDER FROM:

إسم المصرح: New Line Exchange Trust Co. S.A.L.

ACCT #:

رقم الحساب: 173902

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10,000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

TRANSFER #: 177
رقم المرجع: ١٧٧ / سنة

AMOUNT: 150,000
المبلغ: ١٥٠,٠٠٠   (العملة $ )

CASH
نقدي او غير : شيك

DATE: 29-7-2014
التاريخ: ٢٩ / ٧ / ٢٠١٤

BUSINESS
مصدر الاموال: التجارة

BELLHOSE SHOES
وجهة استعمال الاموال: شراء أحذية - صنع الصين

BENEFICIARY
هوية المستفيد: HAO HAO INTERNATIONAL

ALEXANDER HAMMAD
صاحب الحق الإقتصادي: الكسندر حمود

الإسم: اسماعيل يوسف

التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0825

FROM :LCB st CHARLES Branch        FAX NO. :01386337 127        Jul. 29 2010 02:35PM  P1

# LEBANESE CANADIAN BANK SAL        البنك اللبناني الكندي ش.م.ل

Branch: St.Charles

Date : 29/07/2010

Transfer / Issuing Draft Application        طلب تحويل/إصدار شيك مصرفي

Please debit on our behalf the following :

☐ Bankers Draft

☒ Outward transfer by

  ☒ Swift  ☐ Telex  ☐ Mail

| | | |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR-TALEET LAMBHOUSE, TEL # 01/744805, BIC# 104125 A/C#173902 LB24 0044 2171 1739 0200 2052 2000 | USD | 149,975 |

HONG KONG AND SHANGHAI BANKING CORPORATION LIMITED HUNG HOM BRANCH 1 QUEENA RAOD CENTRAL HONG KONG SWIFT :HSBCHKHHHKH

132-061078-838

HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

PURCHASE OF SHOES

| | |
|---|---|
| DATE | : 29/07/2010 |
| TRA. SEQ1 | : 615 |
| VALUE DATE | : 29/07/2010 |
| REF. KEY | : 000006/10 |
| DOC. NO. | : 10008006. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 149975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 149975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| OBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 150000.00 |
| DR A/C | :117/173902-0/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : 141 |

☐ Cash

VALUE 02/08/2010

☐ Debit A/C Number

| Contract Ref. | Amount | Exchange rate | Number | Counter Value Debit A/C | Commission | Postages | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| | | | 21/17/173902/2/522/0 | | | | | |

Applicant's Signature
USD  149975

1S PER ATTACHED

SIV

Authorized signatures

15        10    150000

Fouli Nasser

29-JUL-2010 11:25 From:NEW-LINE-EXCHANGE  0986117449818  To:00961173901B        P.1



FNK 7782 0827



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.8.C 679

DATE: 22/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH

BEIRUT – LEBANON

REF. NO.: 174/2009

## ORDER FOR TRANSFER

BANK NAME     :   THE HONGKONG AND SHANGHAI BANKING
                           CORPORATION LIMITED HUNG HOM BRANCH

BANK ADDRESS  :   1 QUEENA ROAD , CENTRAL HONG KONG

BENEFICIARY    :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.    :   132-061078-838

SWIFT             :   HSBCHKHHHKH

AMOUNT        :   100,000 USD ( one hundred THousand DOLLARS )

REASON         :   P. SHOES

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

بيروت في ٢٢/١١/٥١، ١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM

New Line Exchange
Trust Co. S.A.L.

إسم المصرح:

ACCT #

1739.9

رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10,000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان).

**معلومات عن اصدار شيك او تحويل**

TRANSFER # : 174

رقم المرجع: ١٧٤    ص.٩

AMOUNT: 100,000

المبلغ: ١٠٠٠٠٠

(العملة $ )    $

CASH

نقدي او غير : نقدي

DATE 22-10-2010

التاريخ: ٢٢/١٠/١٠

BUSINESS

مصدر الاموال: التجارة

PURCHASE SHOES

جهة استعمال الاموال: شراء أحذية - هونغ كونغ

BENEFICIARY

HAO HAO INTERNATIONAL

هوية المستفيد: السيد حمود

ALEXANDER HAMWI

صاحب الحق الإقتصادي: السيد حمود

الإسم: اسماعيل يوسف

التوقيع:

بالوكالة

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0829

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 22 2010 01:50PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

| Branch : St.charles. | Transfer / Issuing Draft Application |
| Date : 22/07/2010 | طلب تحويل / إصدار شيك مصرفي |

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by
  ☐ Swift ☐ Telex ☐ MaR

| | USD   99,975 |
|---|---|

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALEET LAMB HOUSE, TEL.8 01/744808, REG.# 1003128 A/C# 13902 LB24 0044 2170 1739 0200 2052 2000

HONG KONG AND SHANGHAI BANKING CORPORATION
LIMITED HUNG HOM BRANCH
1-QUEENA RAOD CENTRAL HONG KONG
(SWIFT : HSBCHKHHHKH.

| | | |
|---|---|---|
| DATE | : | 22/07/2010 |
| TRA. SEQ1 | : | 700 |
| VALUE DATE | : | 22/07/2010 |
| REF. KEY | : | 007739/10 |
| DOC. NO. | : | 0007739. |
| TRF. TYPE | : | SWIFT TRANSFER |
| TRF. CUR. | : | US DOLLAR |
| TRF. AMT | : | 99975.00 |
| PMT. CUR. | : | US DOLLAR |
| RATE | : | 1 |
| EQUV. AMT | : | 99975.00 |
| COMMISSION | : | 10.00 |
| FX COMM. | : | .00 |
| CBJ FEES | : | .00 |
| POSTAGES | : | 15.00 |
| STAMPS | : | .00 |
| TOTAL AMT. | : | 100000.00 |
| DR A/C | : | 217/173902-8/2/522/D |

132-061078-838

HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

NEW LINE EXCHANGE TRUST
REMARKS :

PURCHASE OF SHOES

VALUE 26/07/2010

☐ Cash

☐ Debit A/C Number

| Currency | Amount | | | | Stamps | |
|---|---|---|---|---|---|---|
| | 217/173902/525200 | | | | | |

| Applicant's Signature | | | | Authorized Signature | | 10   100000.00 |
| USD  99975 | | | | Laila Wanze | | |
| AS PER ATTACHED | | | | | | |



FNK 7782 0831



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 879

DATE: 05/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 167/2009

## ORDER FOR TRANSFER

BANK NAME    :   CITIBANK NA
BANK ADDRESS :   111 WALL STREET NY, Ny 10043,U.S.A.

SWIFT        :   CITIUS33

FURTHER CREDIT TO : ASKARI BANK LTD , KARACHI

ACCOUNT NO.      36151599 ( CHIPS U.I.D NO.398400
BANK ADDRESS  :  UNIVERSITY ROAD BRANCH FAISALABAD

SWIFT        :   ASCMPKKA009.
BENEFICIARY  :   BISMILLAH FABRICS (PVT) LTD
ACCOUNT NO   :   16918

AMOUNT       :   50,000 USD ( FIFTY THousand DOLLARS )

REASON       :   P. SHEET SET
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

436

FNK 7782 0832

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*Order from:* New Line Exchange Trust Co. S.A.L.   إسم المصرح:

*Acct #:* 173902   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10,000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: *Transfer #: 167*

المبلغ: *Amount: 50,000*

(العملة) *$*

- نقدي او غير: *Cash*

- التاريخ: *5-7-2010*

- مصدر الاموال: *Business*

- وجهة استعمال الاموال: *Purchase Sheet Set*

*Bismillah Fabrics*

- هوية المستفيد: *Beneficiary*

- صاحب الحق الإقتصادي: *Alexander Hammod*

الإسم:

التوقيع:

New Line Exchange
Trust Co. S.A.L.

437

FNK 7782 0833

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127      Jul. 07 2010 01:36PM  P1

# LEBANESE CANADIAN BANK SAL  البنك اللبناني الكندي ش.م.ل

Branch: St.charles.

Date: 07/07/2010  /

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift  ☐ Telex  ☐ Mail

| | |
|---|---|
| NEW LINE EXCH. TRUST CO.SA | USD  19,975 |
| BEIRUT-RAS BEIRUT-KARAKAS, | |
| ST-TALEBT LAMBHOUSE, TEL# 01/744808, REG# 1008128 LB24 0044 2170 1739 0200 2012 2000 | |

A/C:36151599

ASKARI BANK LTD KARACHI

UNIVERSITY ROAD BRANCH FAISALABAD

SWIFT : ASCMPKKA009 CHIPS # 398400

16018

BISMILLAH FABRICS (PVT) LTD

PURCHASE OF SHEET SET

BONY

```
DATE        : 07/07/2010
TRA. SEQ1   : 838 .
VALUE DATE  : 07/07/2010
REF. KEY    : 007103/10
DOC. NO.    : 10007103.
TRF. TYPE   : SKIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        49975.00
PMT. CUR.   : US DOLLAR
RATE        :
EQUV. AMT   :      49975.00
COMMISSION  :         10.00
FX COMM.    :           .00
CBR FEES    :           .00
POSTAGES    :         15.00
STAMPS      :           .00
TOTAL AMT.  :      50000.00
OR A/C      : 217/.73902-0/2/322/0
NEW LINE EXCHANGE TRUST
REMARKS :
```

09

VALUE 08/07/2010

INT/C/RBANK NAS  SWIFT  CITIUS33  USA
111 WALL STREET NY, NY 10013

☐ Cash

☐ Debit A/O Number

AS PER ATTACHED

Danita ELDORRA HOLED

Fadi Nasser

438

FNK 7782 0834



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000     L.N.B.C 679

DATE: 05/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 166/2009

## ORDER FOR TRANSFER

BANK NAME       :   THE HONGKONG AND SHANGHAI BANKING
                    CORPORATION LIMITED HUNG HOM BRANCH

BANK ADDRESS  :   1 QUEENA ROAD , CENTRAL HONG KONG

BENEFICIARY    :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.    :   132-061078-838

SWIFT          :   HSBCHKHHHKH

AMOUNT         :   100,000 USD ( one hundred THousand DOLLARS )

REASON         :   P. SHOES

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0835

بيروت في: N 100 / ١ ٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER from :
إسم المصرح:        New Line Exchange
                   Trust Co. S.A.L

ACCT # :
رقم الحساب:        173902

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10,000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١٦٦ سو/٩     Transfer #: 166
المبلغ: (العملة) ١٠٠٠٠٠     Amount: 100,000
نقدي او غير :       CASH
التاريخ:       DATE: 5-9-2010
– مصدر الاموال:       BUSINESS
– وجهة استعمال الاموال:       PURCHASE SHOES
– هوية المستفيد:       HAO HAO INTERNATIONAL     BENEFICIARY
– صاحب الحق الإقتصادي:       ALEXANDER HAMID

الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0836

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127        Jul. 09 2010 12:34PM  P1

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي ش.م.ل

Branch: St.charles.

Date: 06/07/2010

قسم: / / /

تاريخ: / / /

**Transfer / Issuing Draft Application**

طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

يرجى من حضرتكم إصدار

☐ Bankers Draft                                     ☐ شيك مصرفي

☐ Outward transfer by                          ☐ تحويل خارجي بواسطة

    ☐ Swift   ☐ Telex   ☐ Mail           ☐ البريد   ☐ التلكس   ☐ السويفت

**Applicant's Name and Address** أسم وعنوان طالب التحويل

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.TALEBI LAMBHOUSE, TEL# 01/734480B REGV 1009128 A/C# 173902 LB24 0044 2170 1739 0200 2052 2000

| Currency العملة | Amount المبلغ |
|---|---|
| USD | 99,975 |

HONG KONG AND SHANGHAI BANKING CORPORATION
LIMITED HUNG HOM BRANCH
1 QUBENA-RAOD CENTRAL HONG KONG
SWIFT: HSBCHKHHHKH

**FOR BANK USE ONLY**

| | |
|---|---|
| DATE | : 07/07/2010 |
| TRA. SEQ1 | : 812 |
| VALUE DATE | : 07/07/2010 |
| REF. KEY | : 007101/10 |
| DOC. NO. | : 10J07101. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 99975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 99975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 100000.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST |
| REMARKS | : |

Beneficiary's A/C أسم وعنوان المستفيد

132-061078-838

BeneficiaryBank أسم وعنوان بنك المستفيد

HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

Details 

PURCHASE OF SHOES

Correspondent Name أسم المراسل

Correspondent Account Number رقم الحساب لدى المراسل
BON

Settlement by التسديد

☐ Cash نقداً

☐ Debit A/C Number القيد على الحساب رقم

VALUE 09/07/2010

COPY

09-07-2010

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف 217/173902 | Currency العملة 2/3220 | Counter Value القيمة المقابلة | Commission وفاء التحويل | Cost of mail كلفة البريد | Stamps طابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|

| Applicant's Signature توقيع طالب التحويل | | S.V محفظة بالرقابة | | Authorized signatures التواقيع المعتمدة | | | |
|---|---|---|---|---|---|---|---|
| USD  99975 | | | | | 15 | 10 | 100000 |

AS PER ATTACHED

FNK 7782 0837



FNK 7782 0838



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000     L.N.B.C 6/9

DATE: 08/04/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH,

BEIRUT – LEBANON

REF. NO.: 127/2009

## ORDER FOR TRANSFER

BANK NAME       :   CITIBANK NA
BANK ADDRESS :   111 WALL STREET NY, Ny 10043,U.S.A.

SWIFT               :   CITIUS33

FURTHER CREDIT TO : ASKARI BANK LTD., KARACHI

ACCOUNT NO.        36151599 ( CHIPS U.I.D NO.398400
BANK ADDRESS :  UNIVERSITY ROAD BRANCH FAISALABAD

SWIFT            ;     ASCMPKKA009
BENEFICIARY   :     BISMILLAH FABRICS (PVT) LTD
   ACCOUNT NO    :     16918

AMOUNT          :    50,000 USD ( FIFTY THousand DOLLARS )

REASON           :    P. SHEET SET
CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0839

Phone:    0092 41 2285933

email :   t.td@bfj.com.pk

Bismillah Fabrics (Pvt) Ltd.,
03 Km Jhanra Road, Khurianwala Karchi, Pakistan

## COMMERCIAL INVOICE                                     (ORIGINAL)

EXPORT REGISTRATION NO.   010847
ON ACCOUNT AND RISK OF
ONE WAY SPORT, CA
CARACAS, VENEZUELA.

Contract No. BF/OWI/012/09
Invoice No. BFL-201004084
Date. 8-Feb-10
Form 'E' No. AKBL0539481
Date. 8-Feb-10

MARKS & NUMBERS
ITEM, SIZE, UNITS, HARCODE,
DESIGN/COLOR.

Shipment Terms. C&F LA GUAIRA / VENEZUELA
Container No. CMAU4140284(1XHC)

### BY SEA FROM KARACHI PORT PAKISTAN TO LA GUAIRA / VENEZUELA

| DESCRIPTION OF GOODS | ITEM | SIZE | DESIGN/COLOUR | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| (1,147 CARTONS CONTAINING 11,470 SETS) | | | | | | |
| 52% POLYESTER 48% COTTON PRINTED SHEET SET. CONSTRUCTION: 70X60 30/30 SL | SHEET SET | FULL KING QUEEN TWIN | ASSORTED ASSORTED ASSORTED ASSORTED | 5,500 SETS 1,170 SETS 1,600 SETS 2,410 SETS | USD  3.63  /SET USD  8.38  /SET USD  5.96  /SET USD  4.62  /SET | USD  22,941.70 USD   9,781.20 USD   1,134.00 USD  11,134.20 |
| G.Wt: 17,193.00 KGS   N.Wt: 13,698.00 KGS | | | | 11,470 SETS | TOTAL VALUE: | USD 54,991.10 |

Bismillah Fabrics (Pvt) Ltd.

Deputy Manager Export

FNK 7782 0840

Please pay to our Karachi Branch Account with "Citibank NA (Swift CITIUS33)111
Wall Street, NY, Ny 10043, U.S.A.  A/c No. 36151599 (Chips U.I.D No.398400)  for
further credit to Askari Bank Ltd (ASCMPKKA009)University Road Branch Faisalabad
in favour of Bismillah Fabrics(Pvt) Ltd A/C No.16918, "

FNK 7782 0841

بيروت في ٢٠١٠/٤/٨

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين،

*ORDER FROM*

New Line Exchange
Trust Co. S.A.L.

إسم المصرح: _____

*ACCT #*

رقم الحساب: ___ 173902 ___

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10,000$ أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك أو تحويل:**

رقم المرجع: ١٢٧ / ٢٠٠٩       *PAYER #. 127*

المبلغ: ٥٠٠٠٠ $       *AMOUNT: 50,000*

(العملة $)

نقدي أو غير: شيك $       *– CASH*

التاريخ: ٨ / ٤ / ٢٠١٠       *DATE: 8-4-2010*

مصدر الاموال: أعمال $       *– BUSINESS*

غاية استعمال الاموال: بشراء أغطية       *PURCHASE SHEET SET*

هوية المستفيد:       *BENEFICIARY*
131 *BISMILLAH FABRICS*

صاحب الحق الإقتصادي: الكسندر حمود       *ALEXANDER H.*

الإسم:

التوقيع:

FNK 7782 0842

 New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    L.N.B.C 679

DATE: 08/04/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 126/2009

## ORDER FOR TRANSFER

BANK NAME       :   THE HONGKONG AND SHANGHAI BANKING
                    CORPORATION LIMITED HUNG HOM BRANCH

BANK ADDRESS  :   1 QUEENA ROAD , CENTRAL HONG KONG

BENEFICIARY   :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.   :   132-061078-838

SWIFT         :   HSBCHKHHHKH

AMOUNT        :   100,000 USD ( one hundred THousand DOLLARS )

REASON        :   P. SHOES .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel; +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0843



FNK 7782 0844

بيروت، في ١٨/ k /١ C

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER Form

إسم المصرح:   New Line Exchange
              Trust Co. S.A.L.

Acc# #

رقم الحساب:   ١٧٣٩٠٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك أو تحويل**

رقم المرجع: ١٦٦/٩ سم        Transfer #: 126
المبلغ: ١٠٠ رم ___    (العملة $)   AMOUNT: 100,000
- نقدي او غير : نقداً ك       CASH
التاريخ: ٨/٤/١٠     DATE: 8-4-2010
مصدر الاموال: التجارة        BUSINESS
وجهة استعمال الاموال: شراء أحذية     PURCHASE AIR CONDIT.
هوية المستفيد: HAO HAO INTERNATIONAL    BENEFICIARY.
صاحب الحق الإقتصادي: الكسندر حمود     ALEXANDER HAI

الإسم:
التوقيع:

449

FNK 7782 0845

# LEBANESE CANADIAN BANK SAL البنك اللبناني الكندي ش.م.ل

| Branch: St.charles | Transfer / Issuing Draft Application | فرع : |
| Date : /08/04/2010 | طلب تحويل/إصدار شيك مصرفي | تاريخ : / / |

Please remit on our behalf the following : إرجى من حضرتكم إصدار

☐ Bankers Draft شيك مصرفي

☒ Outward transfer by تحويل خارجي بواسطة

   X ☐ Swift ☐ Telex ☐ Mail ☐ سويفت ☐ تلكس ☐ بريد

| Applicant's Name and Address اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
| NEW LINE EXCH.TRUST CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS,<br>STR. TALEET LAMBHOUSE, TEL#01/744808, REG# 1008120 LB24 0044 2170 1739 0200 2052 2000 | USD | 99,975 |

| Beneficiary's Bank اسم مصرف المستفيد | | For Bank use Only لإستعمال المصرف |
| HONG KONG AND SHANGHAI BANKING CORPORATION<br>HUNG HOM BRANCH<br>QUEENA RAOD CENTRAL HONG KONG<br>/FT : HSBCHKHHHKH | | DATE : 09/04/2010<br>TRA. SEQ1 : 820<br>VALUE DATE : 09/04/2010<br>REF. KEY : 005535/10<br>DOC. NO. : 10003535<br>TRF. TYPE : SWIFT TRANSFER<br>TRF. CUR. : US DOLLAR<br>TRF. AMT. : 99975.00<br>PMT. CUR. : US DOLLAR<br>RATE : 1<br>EQUV. AMT. : 99975.00<br>COMMISSION : 10.00<br>FX COMM. : .00<br>CHJ FEES : .00<br>POSTAGES : 15.00<br>STAMPS : .00<br>TOTAL AMT. : 100000.00<br>DR A/C : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS |
| Beneficiary's Account Number رقم حساب المستفيد | | |
| 132-061078-838 | | |
| Beneficiary Name and Address اسم وعنوان المستفيد | | |
| HAO HAO INTERNATIONAL INDUSTRIAL LIMITED | | |
| Details البيان | | |
| PURCHASE OF SHOES | | |

COPY

| Correspondent Name<br>اسم المصرف المراسل | |
| Correspondent Account Number<br>رقم حساب المراسل | |

VALOR 12/04/2010

| Settlement by التسوية بواسطة | |
| ☐ Cash | نقداً |
| ☐ Debit A/C Number | قيد على الحساب رقم: |

| Currency<br>العملة | Amount<br>المبلغ | Exchange Rate<br>سعر القطع | Counter Value<br>القيمة المقابلة | Commission<br>العمولة | Col Commiss<br>عمولة التحصيل | Stamps<br>الطوابع | Total<br>المجموع |
|---|---|---|---|---|---|---|---|

| Applicant's Signature توقيع طالب التحويل | S.V. صحة التوقيع | Authorized Signatures التواقيع المعتمدة | 10 | 100000 |
| AS PER ATTACHED | | | | |

LCB-BR-F15-Edit

FNK 7782 0846



New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.C 679

DATE: 29/12/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 116/2009

## ORDER FOR TRANSFER

BANK NAME    :   BANK OF CHINA , ZHONGSHAN BRANSH ,
NANTOU SUB-BRANCH .

BANK ADDRESS :   18 ZHONGSHAN THIRD ROAD , ZHONGSHAN ,
GUANGDONG , CHINA

BENEFICIARY   :   TCL AIR CONDITIONER ( ZHONGSHAN ) CO., LTD.

ACCOUNT NO.    :   828-1189-1240-8093-014

SWIFT            :   BKCHCNBJ44T

AMOUNT        :   221,250 USD ( TWO hundred TWENTY ONE
THousand   AND TWO HUNDRED FIFTY DOLLARS )

REASON        :   P. AIR CONDITIONER .

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

451                                                        FNK 7782 0847

# TCL Air conditioner (Zhongshan) Co., Ltd

## PROFORMA INVOICE

To:
Add:
Tel:

Date: 2008-11-19
Invoice No.: PI-ROGER/11901

| TCL Model | Buyer's Model / Description | Qty (sets) | Unit Price (FOB ZHONGSHAN) (USD/SET) | Amount (USD) |
|---|---|---|---|---|
| TAC-09CS/E2 | 220V/60HZ, R22, cooling only mini split type air conditioner with LED display, with 2 meter copper pipe, GOLD STAR brand, using TOSHIBA compressor | 95 | $162.00 | $16,440.00 |
| TAC-12CS/E2 | | 1060 | $170.00 | $180,200.00 |
| TAC-18CS/E2 | | 215 | $236.00 | $50,525.00 |
| TAC-24CS/E2 | | 95 | $340.00 | $32,300.00 |
| 1% free charge of spare parts for maintenance | | | | |
| **TOTAL** | | 1465 | | $277,465.00 |

TOTAL SAY: US DOLLARS TWO HUNDRED AND SEVENTY SEVEN THOUSAND FOUR HUNDRED AND SIXTY FIVE ONLY.

Note:
Payment: by T/T, 30% as deposit, the balance to be paid before delivery.
Price item subject to Incoterm 2000: FOB Port Zhongshan.
Time of delivery: end of December.
All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin are subject to availability and at the buyer's expenses.
Shipment freight and insurance: by customer.
The above goods are applicable for TCL design and quality standards.
Bank reference:
    BENEFICIARY: TCL Air Conditioner (Zhongshan) Co., Ltd.
    BANK NAME: Bank of China, Zhongshan Branch, Nantou Sub-Branch.
    BANK ADDRESS: 16 Zhongshan Third Road, Zhongshan, Guangdong, China
    ACCOUNT NO.: 628-14189-1240-8093-014 (USD)
    SWIFT CODE: B K C H C N B J 44T
    TELEX: 426005 ZSBOC CN

Other terms and conditions:

221255

Prepared by: Roger Wen
Title: Regional Manager

Accepted by the Buyer

Signed by:
Title:

Signed by: John Meng
Title: Sales Director
Date: 2008-11-19

Date:

(Authorized Signature & Stamp)

102 Nanton Road, Nantou, Zhongshan, Guangdong, 528 427, P. R. China
Tel: +86-760-313 6125    Fax: +86-760-313 2626    http://aircon.TCL.com

452

FNK 7782 0848

# TCL Home Appliances (HK) Co., Limited

## Proforma Invoice

FNK 7782 0849

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Dec. 29 2009 04:50PM P1

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: ..........St.charles..        **Transfer / Issuing Draft Applicaiton**        فرع : .............
Date : ..29/12/2009..        طلب تحويل/إصدار شيك مصرفي        تاريخ : ...../...../.....

Please remit on our behalf the following :        يرجى عن حضرتكم إرسال

☐ Bankers Draft        ☐ شيك مصرفي باسم
☒ Outward transfer by        ☒ تحويل خارجي بواسطة

☒ Swift   ☐ Telex   ☐ Mail        ☐ بريد   ☐ تلكس   ☐ سويفت

| Applicant's Name and Address اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR-TALBET LAMBHOUSE, TEL#01744808, REG# 1008128 A/C# 173902 | USD | 221,225 |

| Beneficiary Bank اسم ومصرف المستفيد | For Bank use Only خاص بالمصرف الكندي |
|---|---|
| BANK OR CHINA ZHONGSHAN BRANCH NANTOU SUB BRANCH 180 ZHONGSHAN THIRD ROAT, ZHONGSHAN, GUANGDONG CHINA SWIFT: BKCHCNBJ44S | DATE : 29/12/2009 |

DATE          : 29/12/2009
TRA. SEQU     : 94
VALUE DATE    : 29/12/2009
REF. KEY      : 010904/09
DOC. NO.      : 90.0904
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      : 221,225.00
PMT. CUR.     : US DOLLAR
RATE          : 1
RECIV. AMT    : 221225.00
COMMISSION    : 10.00
FX COMM.      : .00
COU FEES      : .00
POSTAGES      : 15.00
STAMPS        : .00
TOTAL AMT.    : 221250.00
OR A/C        : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS

| Beneficiary's Account Number رقم حساب المستفيد |
|---|
| 624-1189-1210-8093-014 |

| Beneficiary Name and Address إسم وعنوان المستفيد |
|---|
| TCL AIR CONDITIONER (ZHONGSHAN) CO. LTD |

| Details التفاصيل |
|---|
| PURCHASE OF AIR CONDITIONER |

ST.CH

| Resident Name | VALUE 30/12/2009 |
|---|---|
| Correspondent Account Number | |

| Settlement By طريقة التسوية |
|---|
| ☐ Cash   نقداً          217/173902/2/522/0 |
| ☐ Debit A/C Number   قيد على حساب رقم |

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value قيمة المقابل | Commission عمولة | Counter Value قيمة المقابل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 221225 | | | | | | | |

AS PER ATTACHED

| Applicant's Signature توقيع العميل | S.V صحة التوقيع | Authorized signatures التواقيع المعتمدة |
|---|---|---|
| | | Latifa Alfasso |

Mohamad Hamdoun

FNK 7782 0850

ينسخ ؛ فيما عدا / سحب

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from:*
New Line Exchange
Trust Co. S.A.L.
إسم المصرح:

*Acct:*
173062
رقم الحساب:

الموضوع؛ إشعار عن عملية سحب شك
تتجاوز قيمته 10.000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل:**

*Transfer # 116* رقم المرجع: ١١٦ / ٠سـ
*Amount 221,250* المبلغ: 221250 (العملة __$__)
*CASH* – نقدي او غير : نعم / لا
*DATE 29-12-2004* – التاريخ: ٢٩ / ١٢ / ٢٠٠٤
*BUSINESS* – مصدر الاموال: التجارة
*Purchase Air condition* – وجهة استعمال الاموال: شراء مكيفات – *CHINA*
*TCL AIR CONDITIONER (ZHONGSHAN) CO, LTD* – هوية المستفيد: *BENEFICIARY*
*Alexander Hanna* – صاحب الحق الإقتصادي: الكسندر رحيموف

الإسم: اسماعيل يوسف
التوقيع:

New Line Exchange
Trust Co. S.A.L.

455
FNK 7782 0851



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE; 09/12/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 115/2009

## ORDER FOR TRANSFER

BANK NAME        :   THE HONGKONG AND SHANGHAI BANKING
                            CORPORATION LIMITED HUNG HOM BRANCH

BANK ADDRESS  :   1 QUEENA ROAD , CENTRAL HONG KONG

BENEFICIARY     :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.     :   132-061078-838

SWIFT                  :   HSBCHKHHHKH

AMOUNT             :   200,000 USD ( TWO hundred THousand DOLLARS )

REASON              :   P. SHOES .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel; +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
456                                                                                      FNK 7782 0852

بيروت، في ٩/١٢/٢٠٠٩

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: New Line Exchange
Trust Co. S.A.L.

رقم الحساب: ١٧٣٩٠٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته ١٠،٠٠٠$ أو ما يعادلها

−  بناء على التعميم الوسيط رقم ١٠١ و ١٩٠ لمؤسسات الصرافة (مصرف لبنان)
−  و عطفا على التعميم الوسيط رقم ١٠٠ للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١١٠      Transfer no. 115
المبلغ (العملة $): ٢٠٠،٠٠٠      Amount: 200,000
نقدي او غير: نقدا      cash
التاريخ: ٩/١٢/٢٠٠٩      Date 9/12/2009
مصدر الاموال: أعمال تجارة      source of money Buisness
وجهة استعمال الأموال:      Reason (shoes)
هوية المستفيد: الكسندر حمود      Beneficiary
صاحب الحق الإقتصادي: الكسندر حمود      Transferer name
                                          Alexander
                                          Hammond

HAO HAO INTERNATIONAL
INDUSTRIAL LIMITED
HONGKONG.

الإسم: نيابة عن حيدر ساعا
التوقيع:

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Dec. 09 2009 03:19PM  P1

# LEBANESE CANADIAN BANK SAL          بنك اللبناني الكندي ش.م.ل

Branch:   St.Charles                    Transfer / Issuing Draft Application
C.no.:  10/11/2009                      طلب تحويل/اصدار شيك مصرفي
Please remit on our behalf the following :
[ ] Bankers Draft
[ ] Outward transfer by
    X [ ] Swift  [ ]Telex  [ ] Mail

| | Amount |
|---|---|
| | USD    199,975 |

Applicable Name and Address
NEW LINE EXCH.TRUST.CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR-TALEIT LAMBHOUSE, TEL#01/44808, REG#1008128-A/C#173102

Beneficial Bank
HONG-KONG-AND-SHANGHAI-BANKING-CORPORATION
LTD.HUNG.HOM.BRANCH
1 QUEBNA RAOD CENTRAL HONG KONG
SWIFT : HSBCHKHHHKH

For Banks Use Only
DATE        : 09/12/2009
TRA. SEQ.   : 947
VALUE DATE  : 09/12/2009
REF. KEY    : 010149/09
DOC. NO.    : 9010149.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 199975.00
PMT. CUR.   : US DOLLAR
RATE        :          1
EQUV. AMT   : 199975.00
COMMISSION  :      10.00
FX CONN.    :        .00
CBJ FEES    :        .00
POSTAGES    :      15.00
STAMPS      :        .00
TOTAL AMT   : 200000.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :

Beneficiary Account Number
132-061078-838

Beneficiary Name and Address
HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

Details of Payment
PURCHASE OF SHOES

Applicant Name
                                            VALUE 11/12/2009

Payment By
[ ] Cash
[ ] Debit A/C Number    217/173902/5/522/0

| | | |
|---|---|---|
| USD   199975 | 15 | 10   200000 |

Documents Attached

Authorized Signatures

                                            Fadi Nasser

FNK 7782 0854





New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    L.N.B.C  679

DATE: 05/11/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT — LEBANON

REF. NO.: 113/2009

## ORDER FOR TRANSFER

BANK NAME       :   THE HONGKONG AND SHANGHAI BANKING
                    CORPORATION LIMITED HUNG HOM BRANCH

BANK ADDRESS  :   1 QUEENA ROAD , CENTRAL HONG KONG

BENEFICIARY   :   HAO HAO INTERNATIONAL INDUSTRIAL LIMITED

ACCOUNT NO.      :   132-061078-838

SWIFT         :   HSBCHKHHHKH

AMOUNT        :   140000  USD  ( One hundred and FORTY

                    thousand  DOLLARS )

REASON        :   P. SHOES .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

ﺳﻼﻡ ﻟﻜﻢ اﻟ

BEST REGARDS

New Line Exchange    ISMAIL YOUSSIF
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0856

FROM :LCB St CHARLES Branch          FAX NO. :01366337 127          Nov. 05 2009 02:53PM P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي

Branch : StCharles                   Transfer / Issuing Draft Application          فرع :
Date : 05/11/2009                    طلب تحويل/إصدار شيك مصرفي                      تاريخ :
Please remit on our behalf the following :                                        يرجى من جانبكم إصدار
☐ Bankers Draft                                                                   ☐ شيك مصرفي
☐ Outward transfer by                                                             ☐ تحويل خارجي بواسطة
    ☐ Swift  ☐ Telex  ☐ Mail                                                      ☐ البريد ☐ تلكس ☐ سويفت

| Applicant's Name and Address اسم وعنوان طالب | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR. TALBET LAMBHOUSE, TGLR 817/744608 MBOW-100828-A/CH 173902 | USD | 139,975 |

| Beneficiary's Bank اسم المصرف المراسل | For Bank use Only خاص بالمصرف فقط |
|---|---|
| THE HONG KONG AND SHANGHAI BANKING CORPORATION LIMITED HUNG HOM BRANCH 1 QUEENA ROAD, CENTRAL HONG KONG SWIFT HSBCHKHHHKH | DATE : 05/11/2009 |

DATE         : 05/11/2009
TRN. SEQI    : 565
VALUE DATE   : 05/11/2009
REF. KEY     : 008946/09
DOC. NO.     : 9008944
TRF. TYPE    : SWIFT TRANSFER
TRF. CUR.    : US DOLLAR
TRF. AMT     : 139975.00
PMT. CUR.    : US DOLLAR
RATE         : 1
EQUV. AMT    : 139975.00
COMMISSION   : 10.00
FX COMM.     : .00
OBJ FEES     : .00
POSTAGES     : 15.00
STAMPS       : .00
TOTAL AMT.   : 140000.00
DR A/C       : 217/178902-0/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS      :

| Beneficiary's Account Number رقم حساب المستفيد |
|---|
| 132-061078-838 |

| Beneficiary Name and Address اسم وعنوان المستفيد |
|---|
| HAO HAO INTERNATIONAL INDUSTRIAL LIMITED |

| Details التفاصيل |
|---|
| DETAILS PURCHASE OF SHOES |

COPY

| Correspondent Name اسم المراسل | RONY |
|---|---|
| Correspondent Account Number رقم حساب المراسل | VALUE 06/11/2009 |

Settlement by : طريقة التسديد
☐ Cash نقدا
☐ Debit A/C Number رقم الحساب

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of transfer قيمة التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 140000 | | | | | 15 | 10 | 140025 |

| Applicant's Signature توقيع العميل | S.V صحة التوقيع | Authorized Signatures التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED | | |

461

FNK 7782 0857



FNK 7782 0858

بيروت، في ١١/٥/٠٩

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM

إسم المصرح: New Line Exchange
Trust Co. S.A.L

Acct no"    ١٧٣٩٥٢    رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

Transfer no" 113
– رقم المرجع: ١١٢
Amount 140,000
المبلغ: (الفئة $)
Cash
– نقدي او غير: نقد في
Date 5/11/2009
– التاريخ:
Source of money: Buisness
– مصدر الاموال:
Reason (shoes)
– جهة استعمال الاموال:
HAO HAO INTERNATIONAL INDUSTRIAL LIMITED
Beneficiary
– هوية المستفيد: حونغ كونغ
Transferer name
– صاحب الحق الاقتصادي: الكسندر حمود
Alexander Hammond

الاسم: اسماعيل صديوسف

التوقيع:

FNK 7782 0859

FNK 7782 0860

CHADI KADDURA

FNK 7782 0861



FNK 7782 0862

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

BEIRUT: 11/10/2008

Bank of Beirut and Arab Countries

HAMRA BRANCH.

BEIRUT – LEBANON

REF. NO.: 64/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Correspondent Bank: HSBC BANK USA NA NEW YORK
Account #            : 000-04441-5
                       CHIPS UID 075995
SWIFT CODE           : MRMD US33
FEDWIRE #            : 021 001088

Bank name            : HSBC
Swift code           : HSBCHKHHHKH

Beneficiary          : FULL STAR GARMENT LIMITED
Account #            : 004-178-830774-201

Amount               : US$49,650 (only forty nine thousand six hundred fifty USD)
Reason               : Payment of invoice RCI-08-032 of purchase of cloths (jeans)

**YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.**

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0863

11 OCT '08 11:07 BBAC HAMRA          P.1

**BBAC**
بنك بيروت والبلاد العربية ش.م.ل

KAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR.
P.O.BOX 11536 BEIRUT

DATE : التاريخ : 11/10/08

## R E M I T T A N C E   O R D E R

TO    B.B.A.C USD 49,650.00    المصرف المحول إليه
0.7637

20. TRAN. NO    مرجع القياس / رقم الحوالة    0004 RO № 157213 — 01
BR NO

32A. VALUE   الطل   15/10/08
CURRENCY   العملة   USD  U.S. DOLLAR
AMOUNT   المبلغ   ***********49,650.00**
ONLY    FORTY NINE THOUSAND SIX HUNDRED FIFTY ONLY

50. ORDERING CUSTOMER   طالب التحويل   NEW LINE EXCHANGE TRUST CO SAL
ZIAD MOHAMED YOUSSEF-RAS BEIRUT-KARAKAS/NOF/1976

56. INTERMEDIARY BANK   المصرف الوسيط   HSBC BK USA-NY

57. ACCOUNT WITH INSTITUTION   مصرف ف المستفيد   HSBC -SWIFT#HSBCHKHHHKH

BENEFICIARY CUSTOMER   المستفيد   FULL STAR GARMENT LIMITED
ACC#004 178 830774 201

70. DETAILS OF PAYMENT   إيضاحات الدفع الخاصة   PAYMENT INV#RCI-08-032
OF PURCHASE OF CLOTHS JEANS

71A. CHARGES ON   الأتعاب   ( BEN   على المستفيد ....... )   X   ( OUR   علينا ....... )

72. SENDER TO RECEIVER   إيضاحات للمصرف المحول إليه   X

AUTHORIZED SIGNATURES

TRAN 11 - 11 - E107

468           FNK 7782 0864

Oct 10 2008 4:43PM   HP LASERJET FAX        2369 0662           P.1

0.007/1

## US DOLLAR

BENEFICIARY NAME:  FULL STAR GARMENT LIMITED
BENEFICIARY A/C:   004-178-830774-201
BENEFICIARY BANK:  HSBC
SWIFT CODE:        HSBCHKHHHKH

CORRESPONDENT BANK:  HSBC BANK USA NA
                     NEW YORK
A/C NO.:             000-04441-5
                     CHIPS UID 075995
SWIFT:               MRMD US33
FEDWIRE NUMBER:      021 001088

Chadi Kaddoura

balance Payment for Invoice Oct-8-032

469

FNK 7782 0865

Oct 10 2008 4:45PM   HP LASERJET FAX          2368 0662              p.3



# FULL STAR GARMENT LIMITED

Units 301, 3 Floor, Mirror Tower, No. 61 Mody Road, Tsim Sha Tsui, Kowloon, Hong Kong
香港九龍尖沙咀麼地道61號鏡宮大廈3樓301室
Tel 電話 : (852) 2368 0661   Fax傳真 : (852) 2368 0662

MESSRS:                          **INVOICE**

INVOICE NO. RCI-08-032

| | |
|---|---|
| IMPORTACIONES ANDINA C.A. | |
| CALLE 16# 17-23 SAN JOSE | DATE : 18-Jul-08 |
| MAICAO-COLOMBIA | |
| ATTN:MR. HESHAM ELHAGE | CONSTRACT NO. RC-049 |

PAGE(S): 2 of 4

| STYLE NO. | QUANTITY | DESCRIPTION | UNIT PRICE | SUB TOTAL |
|---|---|---|---|---|
| | | | CNF PUERTO CABELLO | USD |
| FLA-012 | 39   DOZ | | 79.80   /DOZ | 3,112.20 |
| \-013 | 43   DOZ | | 79.80   /DOZ | 3,431.40 |
| FLA-013MM | 16   DOZ | | 86.00   /DOZ | 1,376.00 |
| FLA-014 | 44   DOZ | | 81.50   /DOZ | 3,586.00 |
| FLA-015 | 44   DOZ | | 79.80   /DOZ | 3,511.20 |
| FLA-016 | 44   DOZ | | 79.80   /DOZ | 3,511.20 |
| FLA-017 | 43   DOZ | | 79.80   /DOZ | 3,431.40 |
| FLA-017MM | 16   DOZ | | 86.00   /DOZ | 1,376.00 |
| FLA-018 | 43   DOZ | | 81.50   /DOZ | 3,504.50 |
| FLA-019 | 43   DOZ | | 79.80   /DOZ | 3,431.40 |
| FLA-021 | 44   DOZ | | 79.80   /DOZ | 3,511.20 |
| FLA-021MM | 16   DOZ | | 86.00   /DOZ | 1,376.00 |
| \-022 | 43   DOZ | | 81.50   /DOZ | 3,504.50 |
| FLA-023 | 43   DOZ | | 79.80   /DOZ | 3,431.40 |

| TOTAL QUANTITY : 922 DOZ | TOTAL AMOUNT : 74,590.70 |
|---|---|

confirmed by:
FULL STAR GARMEN LTD.



              FNK 7782 0866

 **New Line Exchange Trust Company S.A.L**
Capital : 250,000,000     L.R.B.C 679

BEIRUT: 08/08/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 47/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

| | |
|---|---|
| Bank name | : HSBC BANK (HONG KONG) |
| Swift code | : HSBC HK HHH KH |
| Bank address | : No1 Queen's Road, central, Hong Kong. |

| | |
|---|---|
| Beneficiary | : YU JIANG NING. |
| Account # | : 113 200570 833 |

| | |
|---|---|
| Amount | : US$117,689 (ONE HUNDRED SEVENTEEN SIX HUNDRED EIGHTY NINE USD) |
| Reason | : PURCHASE OF CLOTH |

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

*New Line Exchange
Trust Co. S.A.L.*

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

471                                                          FNK 7782 0867

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 08 2008 11:46AM P1

Saul by faire

## LEBANESE CANADIAN BANK
SAL

بنك اللبناني الكندي

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

St charles"

...on our behalf the following :

... Draft

... transfer by

... Telex   ... Mail

NEW LINE EXCH. TRUST CO.SA
RAS BEIRUT KARAKAS,
TALIET LAMBHOUSE, TEL.01/744808, REG#1000120 A/C#173902

USD   117,664

... BANK (HONG KONG)
QUEEN'S ROAD, CENTRAL, HONG KONG
SWIFT HSBC HK HHH KH

11200570333

YANG MING

PAYMENT FOR A BROKER TO PURCHASE
CLOTH.

| | |
|---|---|
| DATE | : 08/08/2008 |
| TRA. SEQ. | : 240 |
| VALUE DATE | : 08/08/2008 |
| REF. KEY | : 005192/08 |
| DOC. NO. | : 8005192, |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 117664.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 117664.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 117689.00 |
| DR A/C | : 217/173902-2/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : |

VALUE  11/08/2008

... Cash
... Debit A/C Number   217/173902/2/521/0

USD  117664                                    117689

AS PER ATTACHED        S/V        Khalifa Wansa

Authorized signature

Mohamad Hamdoun

FNK 7782 0868

FROM :                         FAX NO. :                    Jan. 27 2008 09:30PM P1

 New Line Exchange Trust Company S.A.L
Capital : 250.000.000     L.N.B.C  679                    DATE 08/08/2008

## CASH TRANSACTION SLIP

TRF REF #: 47/2008

TRANSFERER NAME: CHADI KADDURA

AMOUNT RECEIVED: 117689$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut  Caracas Street on 100m to grib house Tel :961 · · 744808/809  Fax :961 1 744810
e-mail : newline.exchange@hotmail.com

473                                                      FNK 7782 0869

P. 2/2

## 委托书

现开平美嘉达纺织制衣有限公司于 2008 年 07 月 28 日出口

FS-195 合同的货款，金额：HKD488950.00 元，发货单号码：0001595；

请贵公司按以下帐户划入

*Payee Name* 名称：YU JIANG NING

*A/c No:* 帐号：113 200570 833

*Bank Name* 开户行：香港汇丰银行 *HSBC*.

*HSBC Bank Adress =* NO.1, Queen's Road, central, Hong Kong,

*SWIFT = HSBC HKHHHKH*



开平美嘉达纺织制衣有限公司

2008 年 07 月 28 日

*0.0007/Comission*

FNK 7782 0870

CHARBEL MAROUN

FNK 7782 0871



FNK 7782 0872

CIUDADANO

REGISTRADOR MERCANTIL IV DEL DISTRITO CAPITAL Y ESTADO
MIRANDA.

SU DESPACHO.-

Yo, DULCINIA GONZALEZ, venezolana, mayor de edad, de estado civil
soltera, de este domicilio, portadora de la cédula de Identidad Nro 6.378.180,
debidamente autorizada para este acto, ante Ud. con el debido respeto
ocurro y expongo: A los fines de su registro, fijación y publicación, acompaño
a la presente  ACTA CONSTITUTIVA-ESTATUTARIA de la Compañía
"INVERSIONES LEYMAR, C.A.", e' igualmente, acompañ INVENTARIO
DE BIENES aportados por los Socios para el pago del Capital Social de la
misma.  Solicito  se me expidan dos (2) copias Certificadas tanto de esta
Participación como del Acta Constitutiva y del Inventario. Caracas, a la
fecha de su presentación

DULCINIA GONZALEZ
C.I.V. Nro. 6.378.180.



109095



FNK 7782 0874



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 10/08/2010

REF. NO.: 181/2009

## ORDER FOR TRANSFER

BANK NAME : HSBC HONG KONG
Swift code : HSBCHKHHHKH
Address : 1 QUEEN'S ROAD CENTRAL , HONG KONG

BENEFICIARY : TEXAS FOOTWEAR COMPANY.
ADDRESS : UNIT-D 1ST FLOOR MAU LAM COMM BLDG ,
NO.16-18 MAU LAM STREET  KOWLOON , HONGKONG.

ACCOUNT NO # : 053-114559-838
AMOUNT : 49,750   ( Forty-nine thousand seven hundred and fifty dollars )

REASON : P. OF INVOICE SHOES .
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co  S.A.L.

FNK 7782 0875

ACCOUNT NAME: TEXAS FOOTWEAR COMPANY

COMPANY ADDRESS: UNIT-D 1ST FLOOR MAU LAM COMM BLDG ,NO.16-18 MAU LAM STREET

KOWLOON , HONG KONG.

ACCOUNT NUMBER: 053-114559-838

BANK: HSBC HONG KONG

BANK ADDRESS: 1 QUEEN'S ROAD CENTRAL, HONG KONG

BANK SWIFT CODE: HSBCHKHHHKH

FNK 7782 0876

FROM :LCB st CHARLES Branch       FAX NO. :01366337 127       Aug. 11 2010 08:15AM  P1

# LEBANESE CANADIAN BANK sal    البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                      Transfer / Issuing Draft Application
                                         طلب تحويل/إصدار شيك مصرفي
Date:
11/8/2010
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
  X ☐ Swift  ☐ Telex  ☐ Mail

USD    49,725

NEW LINE EXCH. TRUST CO.SA
DE RUT-RAS BEIRUT-KARAKAS
ST TALBET LAMBHOUSE. TRF OTT740NX RECV IC08128  LB24 0044 2120 1230 0200 2000 2000

HSBC HONG KONG
SWIFT CODE: HSBCHKHHHKH

033-714559-838

TEXAS FOOTWEAR COMAPNY
UNIT-D 1ST FLOOR MAU LAM COMA BLDG NO 16-18 MAULAM
STREET KOWLOON HONGKONG

PURCHASE OF SHOES

```
DATE        : 11/08/2010
TRA. SEQU.  : 60
VALUE DATE  : 11/08/2010
REF. KEY    : OC8422/10
DOC. NO.    : IC008422.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :     49725,00
PMT. CUR.   : US DOLLAR
RATE        :      1
EQUV. AMT   :  49725.00
COMMISSION  :     10.00
FX CONN.    :      .00
CBJ FEES    :      .00
POSTAGES    :     15.00
STAMPS      :      .00
TOTAL AMT.  :  49750.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :  .مٱ
```

HOVIA

VALUE  13/08/2010
☐ Cash
☐ Debit A/C Number

Cashier Signature

AS PER ATTACHED

10-AUG-2010 13:31 From-NEW LINE EXCHANGE

FNK 7782 0877

سيدي المحترم M. N. Q.

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM:
New Line Exchange
Trust Co. S.A.L.

إسم المصرح:

ACCT #:

رقم الحساب: ‎ 1739o2

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10,000$ أو ما يعادلها

‏- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
‏- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

معلومات عن اصدار شيك او تحويل

TRANSFER #: 181
رقم المرجع: ١٨١ / ٩ / م
ACCOUNT: 49350
المبلغ: ٤٩٧٥٠        (العملة _____ )  (‎$‎)
CASH
نقدي أو غير: نقدي
DATE: 10.7.2010
التاريخ: ١ / ٧ / ١٠
BUSINESS
مصدر الأموال: التجارة
PURCHASE SHOES
وجهة استعمال الأموال: شراء أحذية – شفيع كريم
TEXAS FOOTWEAR COMPANY
هوية المستفيد:          – BENEFICIALY
CHARBEL MARDEN
صاحب الحق الإقتصادي: شربل ماردن          – CHARBEL MARDEN

الإسم: شربل يوسف مارون
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0878



DATE: 05/07/2010 .

MM. MECTAFF S.A.L.

BEIRUT – LEBANON

REF. NO.: 171/2009

## ORDER FOR TRANSFER

BANK NAME     :  BANK OF CHINA PUTIAN BRANCH
SWIFT         :  BKCHCNBJ73C

BENEFICIARY   :  XUE XIAO JIN

ACCOUNT NO,   :  4552301-0188-124088-3

ADDRESS       : NO.933 WEN XIAN ROAD CHENG XIANG PUTIAN
FUJIAN CHINA  TEL 86-0594-2218863 OR 86-13358514566

AMOUNT        :  150,000 USD ( ONE HUNDRED FIFTY THousand
DOLLARS )

REASON        :  BROKER , OF SHOES CLIENT

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

483

FNK 7782 0879

SHAN VENEZUELA
CHINA

THE BANK ACCOUNT 1:

BENEFICIARY INSTITUTION: BANK OF CHINA PUTIAN BRANCH.

SWIFT : BKCHCNBJ73C

PAYEE:**XUE XIAO JIN**

BEN'S ACCOUNT :4552301-0188-124088-3

BEN'S TELEPHONE:86- 0594-2218063 OR 86-13358614566.

BEN'S DRESS: NO.933 WEN XIAN ROAD CHENG XIANG PUTIAN FUJIAN CHINA.


BENEFICIARY INSTITUTION: BANK OF CHINA PUTIAN BRANCH.

SWIFT : BKCHCNBJ73C

PAYEE :**WU HAI HONG**

BEN'S ACCOUNT : **4552301-0188-133863-8**

BEN'S TELEPHONE:86- 0594-2218863 OR 86-13599462983

BEN'S DRESS: NO.933 WEN XIAN ROAD CHENG XIANG PUTIAN FUJIAN
CHINA

FNK 7782 0880

FROM :LCB st CHARLES Branch          FAX NO. :013663337 127          Jul. 08 2010 07:45AM  P2

## LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch St.charles                    Transfer / Issuing Draft Application          فرع : /

01/07/2010 / -----                   طلب تحويل/إصدار شيك مصرفي          تاريخ : / /

Please remit on our behalf the following :

[ ] Bankers Draft                                        [ ] شيك مصرفي

[X] Outward transfer by                                  [ ] تحويل خارجي بواسطة

   [X] Swift  [ ] Telex  [ ] Mail                        [ ] تحويل [ ] تلكس [ ] بريد

| Applicant's Name and Address  اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR-TALKET1 LAMBHOUSE, TEL# 01/744488, REG# 1008128 LB24 0044 7170 1739 027 0 2052 2000 | USD | 149,975.00 |

| Beneficiary's Bank  اسم المصرف المستفيد | For Bank use Only  لإستعمال المصرف فقط |
|---|---|
| BANK OF CHINA FUJIAN BRANCH - CHINA SWIFT: BKCHCN1U72C | DATE        : 07/07/2010 TRA. SEQ1   : 1087 VALUE DATE  : 07/07/2010 REF. KEY    : 007117/10 DOC. NO.    : 10007117. TRF. TYPE   : SWIFT TRANSFER TRF. CUR.   : US DOLLAR TRF. AMT    :        149975.00 PMT. CUR.   : US DOLLAR RATE       : EQUV. AMT   :     149975.00 COMMISSION  :       10.00 FD COMM.    :          .00 CHU FEES    :          .00 POSTAGES    :       15.00 STAMPS      :          .00 TOTAL AMT   :     150000.00 DR A/C      : 217/173902-0/2/522/0 NEW LINE EXCHANGE TRUST REMARKS     : |
| Beneficiary's Account Number  رقم حساب المستفيد |  |
| Beneficiary Name and Address  إسم المستفيد وعنوانه |  |
| XUE XIAO JIN NO.033 WEN-XIAN ROAD CHENG XIANG PUTIAN FUJIAN CHINA TEL:86-0594-2318363 OR 86-13358514566 |  |
| BROKER OR SHIPPER  NET  وسيط أو شركة الشحن |  |

| Correspondent Name  اسم المصرف المراسل | ST.CHAR |
|---|---|
| Correspondent Account Number  رقم حساب المراسل | VALUE 09/07/2010 |

Settlement by :  طريقة التسوية

[ ] Cash                                                  [ ] نقداً

[X] Debit A/C Number 217/173902/2/522/0                   [ ] قيد على الحساب رقم

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cd Crd/Fees مصاريف | Stamps الطابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 149975 |  |  |  | 1 | 10 |  |  |

| Applicant's Signature  توقيع طالب التحويل | S.V  صحة التوقيع | Authorized signatures  التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED |  |  |

FNK 7782 0881

_(handwritten: C ٢٠١٠ N/١٧/٢٢ في)_ يبين

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

اسم المصرح: _ORDER FROM:_ New Line Exchange Trust Co. S.A.L.

رقم الحساب: _Acct #: 173909_

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10.000$ او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تجويل**

رقم المرجع: ١٧١ _TRANSFER # : 171_
المبلغ: (العملة $) _AMOUNT 150,000_
نقدي او غير: _CASH_
التاريخ: ٧.٧.٢٠١٠ _DATE 7.7.2010_
مصدر الأموال: _BUSINESS_
وجهة استعمال الأموال: _PURCHASE SHOES_
هوية المستفيد: _BENEFICIARY XUE XIAO JIN_
صاحب الحق الإقتصادي: _CHARBEL MRAD_

الاسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0882



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 24/09/2009

REF. NO.: 110/2009

## ORDER FOR TRANSFER

| | | |
|---|---|---|
| BANK NAME | : | HSBC HONG KONG |
| Swift code | : | HSBCHKHHHKH |
| Address | : | 82-84 NATHAN ROAD , TST , KLN , HK. |

BENEFICIARY : HUMER TRADERS
ADDRESS : FLAT B-2 7/F MIRADOR 54-64 NATHAN ROAD
TSIM SHA TSUI KLN.

ACCOUNT NO # : 817-090962-838

AMOUNT : **100,000**  ( one hundred thousand dollars )

REASON : P. OF INVOICE SHOES .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Res Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

487                                                    FNK 7782 0883

Branch          FAX NO. :01366337 127          Sep. 24 2009 01:11PM  P1

## ~ESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

nt r : St.charles:                    Transfer / Issuing Draft Application          المرجع :
                                      طلب تحويل/اصدار شيك مصرفي
Date : 24/09/2009                                                     التاريخ : / /

Plese : remit on our behalf the following :                          يرجى من حضرتكم إصدار

☐ Bankers Draft                                                      ☐ شيك مصرفي
☐ Outward transfer by                                               ☐ تحويل خارجي بواسطة
X  Swift  ☐ Telex  ☐ Mail                                           ☐ سويفت ☐ تلكس ☐ بريد

| Applicant's Name and Address  اسم مقدم الطلب وعنوانه | Currency المبلغ | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS,<br>STR. TALEEB LAMBHOUSE, TEL.01/744808, REG#1008128 A/C#173902 | USD | 99.975 |

| Beneficiary's Bank  اسم المصرف المستفيد | For Bank use Only  خاص بالمصرف فقط |
|---|---|
| HSBC BANK (HONG KONG)<br>82-84 NATHAN ROAD, TST, KLN, HK<br>SWIFT: HSBC HK HHH KH | |

For Bank use Only

DATE          : 24/09/2009
TRA. SEQ1     : 419
VALUE DATE    : 24/09/2009
REF. KEY      : 007595/09
DOC. NO.      : 9007595
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      :        99975.00
AMT. CUR.     : US DOLLAR
RATE          :          1
EQUV. AMT     :        99975.00
COMMISSION    :           10.00
FX COMM.      :             .00
CRF FEES      :             .00
POSTAGES      :           15.00
STAMPS        :             .00
TOTAL AMT.    :       100000.00
DR A/C        : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS       :

Beneficiary's Account Number  رقم حساب المستفيد
817-090362-838

Beneficiary Name and Address  اسم المستفيد وعنوانه
HUMER TRADERS
FLAT B-2 7/F MIRADOR 51-65 NATHAN ROAD YSIM SHA TSUI KLN, HK

Details  التفاصيل
SHOES

Correspondent Name  اسم المراسل
BONY
Correspondent Account Number  رقم حساب المراسل          VALUE  28/09/2009          تاريخ التحويل

Settlement by:                                          ☐ قيد على الحساب رقم :
☐ Cash
☐ Debit A/C Number  217/173902/2/52270

| Currency<br>العملة | Amount<br>المبلغ | Exchange Rate<br>سعر القطع | Currency<br>العملة | Counter Value<br>قيمة المقابل | Commission<br>العمولة | Cost of Transfer<br>أجور قطع | Stamps<br>طوابع | Total<br>المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 99.975 | | | | 15 | | 10 | 100000 |

Applicant's Signature  توقيع العميل          S.V          منحة للتوقيع
AS PER ATTACHED

Authorized signatures  التواقيع المفوضة

(Roland Haddus)

488                                                     FNK 7782 0884

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM:

إسم المصرح: New Line Exchange
Trust Co. S.A.L.

Acct # :

رقم الحساب: ١٧٣٩٥٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10.000$ او ما يعادلها

–  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
–  و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١١٠/٢٠٠٩  TRANSFER # : 110

المبلغ: (العملة $) دولار أميركي ١٠٠,٠٠٠  AMOUNT : 100,000

نقدي او غير: تقد ى  CASH

التاريخ: ٢٤/٩/٢٠٠٩  DATE 24-9-2009

مصدر الاموال: البيع و شراء  BUSINESS
PURCHASE SHOES

جهة استعمال الاموال: شراء احذية

هوية المستفيد:  BENEFICIARY:
HUMER TRADERS Hong Kong

صاحب الحق الإقتصادي: شربل هارون  CHARBEL HARUN

الإسم:

التوقيع:

New Line Exchange
Trust Co. S.A.L.

489

FNK 7782 0885



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

MM, Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH,

BEIRUT – LEBANON

DATE: 26/08/2009

REF. NO.: 107/2009

## ORDER FOR TRANSFER

BANK NAME    : HSBC HONG KONG
Swift code    : HSBCHKHHHKH
Address      : 82-84 NATHAN ROAD , TST , KLN , HK.

BENEFICIARY   : HUMER TRADERS
ADDRESS     : FLAT B-2 7/F MIRADOR 54-64 NATHAN ROAD
TSIM SHA TSUI KLN.

ACCOUNT NO #  :  817-090962-838

AMOUNT      : **100,000**  ( Hundred thousand U.S. dollars )

REASON      : P. OF INVOICE SHOES .

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0886

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 27 2009 02:47PM P1

## LIBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch: St charles                                    الفرع :

Date: 26/08/2009                    Transfer / Issuing Draft Application          التاريخ :
                                    طلب تحويل/اصدار شيك مصرفي

Please remit on our behalf the following :          يرجى من حضراتكم إصدار

☐ Bankers Draft                                     ☐ شيك مصرفي

☐ Outward transfer by :                             ☐ تحويل خارجي بواسطة

☒ Swift  ☐ Telex  ☐ Mail                            ☐ بريد  ☐ تلكس  ☐ سويفت

**Amount / Beneficiary's Name and Address**          **Amount / المبلغ**

NEW LINE EXCH.TRUST.CO.SA          USD    99,975
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALEET LAMBHOUSE, TEL#01/744808, REG#1008128 VG#173902

**Beneficiary's Bank**

HSBC BANK (HONG KONG)          DATE          : 26/08/2009
82-84 NATHAN ROAD, TST, KLN, HK          TRA. SEQ1     : 8C7
SWIFT: HSBC HK HHH KH          VALUE DATE   : 26/08/2009
                              REF. KEY      : 006721/09.
                              DOC. NO.      : 9C06721.
**Beneficiary's Account Number**          TRF. TYPE     : SWIFT TRANSFER
                              TRF. CUR.     : US DOLLAR
817-090952-838          TRF. AMT      :     99975.00
                              PMT. CUR.     : US DOLLAR
**Order By Name and Address**          RATE          :          1
                              EQUV. AMT     :     99975.00
HUMBR TRADERS          COMMISSION    :        10.00
FLAT B-2 7/F MIRADOR 54-65 NATHAN ROAD TSIM SHA TSUI KL          FX COMM      :          .00
                              CBJ FEES      :          .00
                              POSTAGES      :        15.00
                              STAMPS        :          .00
**Details of Payment**          TOTAL AMT     :    100000.00
                              DR A/C        : 217/173902-872/522/0
3HOBS          NEW LINE EXCHANGE TRUST
                              REMARKS       :

**Instrument Number**          # COPY #
CHRRAY

VALUE 28/08/2009

**Settlement By :**

☐ Cash                                              نقدا ☐

☐ Debit A/C Number    217/173902/2/522/0          قيدا على الحساب رقم ☐

| Currency | Amount | Exchange rate | Charges | Counter Value | Commission | Charges | Total |
|---|---|---|---|---|---|---|---|
| USD | 99,975 | | | | 15 | 10 | 100000 |

**Applicant's Signature**          **Authorized Signature**

AS PER ATTACHED

491                                    FNK 7782 0887

7-N.E-2009 11:16 From:NEW-LINE-EXCHANGE    009611744810    To:01 373918    ٣.٨

بيستك، فها ؟ Cush

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM : اسم المصرح:  New Line Exchange
Trust Co S.A.L

ACCT # : رقم الحساب:  173902

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 للمؤسسات المصرفية (مصرف لبنان)
- و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

معلومات عن اصدار شيك او تحويل

رقم المرجع:  107 - 2009    TRANSFER # 107
المبلغ:  100,000 (العملة)    AMOUN : 100,000
- نقدي او غير :  سحب شك    CASH
- التاريخ: 21 - 8 - 2009    DATE : 21-8-2009    Cash
- مصدر الأموال:  اليات ركة    BUSINESS
- الجهة استعمال لاموال: لشراء أحذية    PURCHASE SHOES
- هوية المستفيد:    HUMER TRADERS    BENEFICIARY
- صاحب الحق الإقتصادي: شربل هارون    CHARBEL HARU

الإسم: اسماعيل يوسف بالوكالة
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0888



New Line Exchange Trust Company S.A.L

Capital : 250.000.000   L.N.B.C  679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 10/08/2009

REF. NO.: 105/2009

## ORDER FOR TRANSFER

BANK NAME     : HSBC HONG KONG
Swift code        : HSBCHKHHHKH
Address            : 82-84 NATHAN ROAD , TST , KLN , HK.

BENEFICIARY    : HUMER TRADERS
ADDRESS          : FLAT B-2 7/F MIRADOR 54-64 NATHAN ROAD
TSIM SHA TSUI KLN.

ACCOUNT NO #  :  817-090962-838

AMOUNT            : 40,000  ( FORTY THOUSAQND DOLLARS )

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

REASON              : P. OF INVOICE SHOES .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
493                                    FNK 7782 0889

NO. DE TEL : 13055009230          06 AGO. 2009 11:46AM P3

# HUMER TRADERS

*EXCELLENT , HARD WORK , PROFIT*

FLAT B-2 7/F MIRADOR MANSION
54-64 NATHAN ROAD TST KOWLOON HONG KONG
Phone 852.24561009  Fax 852.24561009

DATE:        JULY 2,2009
INVOICE #   MR-0234-56
FOR:         RECOVERY

Bill To:
MR. MARUN
LA GALLERIAS
CAPITOLIO CARACAS
VENEZUELA
TEL: 58.412.3222223

| DESCRIPTION | AMOUNT |
|---|---|
| 9600PAIRS SPORT SHOES | $   115,200,00 |
| | |
| **TOTAL** | $   115,200,00 |

SAY: ONE HUNDRED AND FIFTEEN THOUSAND TWO HUNDRED US DOLLARS ONLY
Make all payment to the following account.
BENEFICIARY NAME: HUMER TRADERS

BENEFICIARY'S ADDRESS: FLAT B-2 7/F MIRADOR MANSION 54-64 NATHAN ROAD TSIM SHA TSUI KLN.

BENEFICIARY BANK NAME: HSBC HONG KONG

BENEFICIARY BANK ADDRESS:82-84 NATHAN ROAD,TST,KLN,HK.

If you have any questions concerning this invoice, contact MR ALI on email : latino786@hotmail.com

THANK YOU FOR YOUR BUSINESS!

FNK 7782 0890

BENEFICIARY NAME: HUMER TRADERS ✓        h[1]

BENEFICIARY'S ADDRESS: FLAT B-2 7/F MIRADOR MANSION 54-64 NATHAN ROAD TSIM SHA
TSUI KLN.

BENEFICIARY BANK NAME: HSBC HONG KONG    ✓

BENEFICARY BANK ADDRESS:82-84 NATHAN ROAD,TST,KLN,HK, ✓

BENEFICARY ACCOUNT NUMBER: 817-090962-838 ✓

SWIFT CODE: HSBCHKHHHKH ✓

BANK CODE: 004 (OPTIONAL)

FNK 7782 0891

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 10 2009 12:45AM  P1

# LEBANESE CANADIAN BANK sal          البنك اللبناني الكندي ش.م.ل

Branch : ....St.charles..                    Transfer / Issuing Draft Application          لفرع :................
                                              طلب تحويل/إصدار شيك مصرفي          تاريخ : ....../......./......
Date : ..10/08/2009..
Please remit on our behalf the following :                                             يرجى من حضركم إصدار
☐ Bankers Draft                                                                          ☐ شيك ومصرفي
☐ Outward transfer by                                                                    ☐ تحويل خارجي بواسطة
   X   ☐ Swift  ☐ Telex  ☐ Mail                                                         ☐ بريد  ☐ تلكس  ☐ سويفت

| | AMOUNT المبلغ |
|---|---|
| | USD   39,975 |

NEW LINE EXCH TRUST CO SA
BEIRUT-RAS BEIRUT-KARAKAS
STR -TALBEY LAMI HOUSE, THL#01/314808, REG#1008128, V/C#173902

HSBC BANK (HONG KONG)
82-84 NATHAN ROAD, TST, KLN, HK
SWIFT : HSBC HK HHH KH

|  | |
|---|---|
| DATE : | 10/08/2009 |
| TRF. SEQ1 : | 544 |
| VALUE DATE : | 10/08/2009 |
| REF. KEY : | 005233/09 |
| DOC. NO. : | 2009223B |
| TRF. TYPE : | SWIFT TRANSFER |
| TRF. CUR. : | US DOLLAR |
| TRF. AMT : | 39975.00 |
| PMT. CUR. : | US DOLLAR |
| RATE : | 1 |
| EQUV. AMT : | 39975.00 |
| COMMISSION : | 10.00 |
| FX COMM. : | .00 |
| CBL FEES : | .00 |
| POSTAGES : | 15.00 |
| STAMPS : | .00 |
| TOTAL AMT. : | 40000.00 |
| DR A/C : | 217/173902-0/2/522/0 |
|  | NEW LINE EXCHANGE TRUST |
| REMARKS : | |

817-090002-838

HUMER TRADERS
FLAT D-2 7/F MIRADOR 54-65 NATHAN ROAD TSIM SHA TSUI KLN

SHOES

                                         VALUE  12/08/2009

☐ Cash
☐ Dedit A/C Number      217/173902/2/522/0

                                                          15    10   40000

USD  39975

AS PER ATTACHED                    Latila Wonoo              Mohamed Hamdoun

بيروت في ٢٠٠٩/٨/١

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM:*

إسم المصرح: ~~New Line Exchange Trust Co. S.A.L.~~

*Acct. #*

رقم الحساب: ١٧٣٩٥٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 أو ما يعادلها

– بناءً على التعميم الوسيط رقم 101 و 190 للمؤسسات الصرافة (مصرف لبنان)
– وعطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

معلومات عن اصدار شيك او تحويل

رقم المرجع: ٢٠٠٩/١٠٥   *TRANSFER #: 105*
المبلغ: ٤٠٠٠٠   *AMOUNT: 40,000*
(العملة $)
نقدي أو غير: تُشرح   *CASH #*
التاريخ: ٢٠٠٩/٨/١   *DATE: 10-8-2009*
مصدر الاموال: التجارة   *BUSINESS*
سبب استعمال الاموال: شراء احذية – بضائع كمنتجات   *To PURCHASE SHOES*
هوية المستفيد: *Humer Traders*   *BENEFICIARY*
صاحب الحق الاقتصادي: تسجيل جاردن C   *CHARBEL Naim*

الإسم: اسماعيل يوسف بلكانة
التوقيع: _(signature)_

New Line Exchange
Trust Co. S.A.L.

497

FNK 7782 0893



**New Line Exchange Trust Company S.A.L.**
Capital: 250.000.000    L.N.R.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 17/08/2010

REF. NO.: 183/2009

## ORDER FOR TRANSFER

BANK NAME   : HSBC HONG KONG
Swift code     : HSBCHKHHHKH
Address        : 1 QUEEN'S ROAD CENTRAL , HONG KONG

BENEFICIARY   : TEXAS FOOTWEAR COMPANY
ADDRESS       : UNIT-D 1ST FLOOR MAU LAM COMM BLDG ,
NO.16-18 MAU LAM STREET  KOWLOON , HONGKONG.

ACCOUNT NO #  : 053-114559-838
AMOUNT       : 84,500  ( eighty four  thousand five hundred
dollars )

REASON        : P. OF INVOICE SHOES :
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0894

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 18 2010 10:29AM P1

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي ش.م.ل

Branch: St.charles

Transfer / Issuing Draft Application

طلب تحويل/إصدار شيك مصرفي

Date 17/08/2010

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by

X ☐ Swift   ☐ Telex   ☐ Mail

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR.-TALEET JAMBHOUSE, TEL# 017744805, REG# 1008128

HSBC HONG KONG
SWIFT CODE: HSBCHKHHHKH
1 QUEEN'S ROAD CENTRAL, HONG KONG

053-144569-838

TEXAS FOOTWEAR COMAPNY
UNITED 1ST FLOOR NAU LAM COMM BLDG NO.16-18 MAULAM
STREET KOWLOON HONGKONG

PURCHASE OF SHOES

IOVIA

19/08/2010

☐ Cash

☐ Debit A/C Number

AS PER ATTACHED.

| Field | Value |
|---|---|
| | USD   84,475 |
| | LB24 0044 2170 1739 1200 2032 2000 |
| DATE | : 17/08/2010 |
| TRA. SEQL | : 842 |
| VALUE DATE | : 17/08/2010 |
| REF. KEY | : 008655/10 |
| DOC. NO. | : 10008655 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 84475.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 84475.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 84500.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : 141 |

FNK 7782 0895

في: ٢٠١٠/٨/١٦

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: **ORDER FORM** ___ New Line Exchange Trust Co. S.A.L.

رقم الحساب: ___ **173902** ___  Acct #:

الموضوع؛ إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

<u>**معلومات عن اصدار شيك او تحويل**</u>

رقم المرجع: ١٨٨ / ٩٥٩     *Transfer # 183*
المبلغ: ٨٤٥٠٠ (العملة $)     *Amount: 84,500*
- نقدي او غير:     *CASH*
التاريخ: ١٧     *Date: 17-8-2010*
مصدر الاموال: (اين)     *Business*
                                 *PURCHASE SHOES*
وجهة استعمال الاموال:     *BENEFICIARY*
هوية المستفيد: *TEXAS FOOTWEAR*     *- CHARBEL MAWA*
صاحب الحق الإقتصادي:

الإسم: اسماعيل
التوقيع: *Ismail Yousef*

New Line Exchange
Trust Co. S.A.L.

500

FNK 7782 0896



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.R.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON                              DATE: 14/10/2010

REF. NO.: 194/2009

## ORDER FOR TRANSFER

BANK NAME      : HSBC HONG KONG
Swift code     : HSBCHKHHHKH
Address        : 1 QUEEN'S ROAD CENTRAL , HONG KONG

BENEFICIARY    : TEXAS FOOTWEAR COMPANY
ADDRESS        : UNIT-D 1ST FLOOR MAU LAM COMM BLDG ,
NO.16-18 MAU LAM STREET  KOWLOON , HONGKONG.

ACCOUNT NO #   : 053-114559-838
AMOUNT         : 50,000 ( fifty thousand dollars )

REASON         : P. OF INVOICE SHOES .
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

اسماعيل يوسف         ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to Jamb house Tel: +961 1 744808/809  Fax: +961 1 744810

FNK 7782 0897

# LEBANESE CANADIAN BANK SAL     البنك اللبناني الكندي ش.م.ل

| Branch: St.charles. | Transfer / Issuing Draft Application | فرع : |
| | طلب تحويل /إصدار شيك مصرفي | تاريخ : |

Date : ___/___/___
15/10/2010
Please remit on our behalf the following :

[ ] Bankers Draft

[ ] Outward transfer by

X    [ ] Swift  [ ] Telex  [ ] Mail

☐ يرجى من حضرتكم إصدار
☐ شيك مصرفي
☐ تحويل خارجي بواسطة
☐ سويفت ☐ تلكس ☐ بريد

| NEW LINE EXCH. TRUST CO. SA | USD   49,975 |
| BEIRUT-RAS BEIRUT-SARAKAS- | |
| STR STALHET LAMHHOUSE TEL 01744808 REGI 1008128 | LB24 0044 2120 1739 0200 2032 2000 |

| HSBC HONG KONG | DATE : 15/10/2010 |
| SWIFT CODE: HSBCHKHHHKH | TRA. SEQL : 37 |
| 1 QUEEN'S ROAD CENTRAL, HONG KONG | VALUE DATE : 15/10/2010 |
| | REF. KEY : 010893/10 |
| | DOC. NO. : 10010893. |
| | TRF. TYPE : SWIFT TRANSFER |
| 053-114559-838 | TRF. CUR. : US DOLLAR |
| | TRF. AMT : 49975.00 |
| | PMT CUR. : US DOLLAR |
| | RATE : 1 |
| "TEXAS FOOTWEAR COMAPNY | EQUV. AMT : 49975.00 |
| UNSEU 1STFLCOR MAULAM COMM BLDG NO 16-18 MAULAM | COMMISSION : 10.00 |
| STREET KOWLOON HONGKONG | FX COMI. : .00 |
| | CBN FEES : .00 |
| | POSTAGES : 15.00 |
| PURCHASE OF SHOES | STAMPS : .00 |
| | TOTAL AMT : 50000.00 |
| | DR A/C : 717/173902-0/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : 141 |

| | | | | | |
| WACHOVIA | |

VALUE 19/10/2010
[ ] Cash
[ ] Debit A/C Number

رقم الحساب على الحساب [ ]

Customers Signature

Latifa Wansa

Authorized Signature

AS PER ATTACHED

FNK 7782 0898

بيروت في ١٤/١٠/٢٠١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM:*

إسم المصرّح: New Line Exchange
Trust Co. S.A.L.

*Acct #:*   ١٧٣٩٠٢

رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

- بناءً على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

رقم المرجع: ١٩٤ / س ٩   *TRANSFER #: 194*

المبلغ: ٥٠.٠٠٠   (العملة $)   *AMOUNT: 50,000*
                                            *CASH*

نقدي او غير: تجميد كي

التاريخ: ١٩ / ١٠ / ٢٠١٠   *DATE: 14-10-2010*

مصدر الاموال: الاعمال   *BUSINESS*

وجهة استعمال الاموال: شراء احذية   *PURCHASE SHOES*

هوية المستفيد:   *TEXAS FOOTWEAR COMPANY*   *BENEFICIARY*

صاحب الحق الإقتصادي: سمير مارون   *CHARBEL MAROUN*

الإسم: جمال يوسف

التوقيع:

New Line Exchange
Trust Co. S.A.L.

503

FNK 7782 0899

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C. 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON                              DATE: 30/12/2010

REF. NO.: 199/2009

## ORDER FOR TRANSFER

BANK NAME      :  CITIBANK USA MIAMI FL.
Swift code       :  CITI US 33
ABA                :  266086554
Address           :  8750 DORAL BOULEVARD MIAMI FLORIDA
33178 USA

BENEFICIARY     :  UV 2000 LLC
ACCOUNT NO # :  3200511279
ADDRESS          :   11241 NW 62 TR MIAMI FLORIDA 33178 USA

AMOUNT          :  305,000 ( THREE HUNDRED FIVE THOUSAND
Dollars )

REASON           :  P. OF INVOICE SHOES .
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

لــ لـكـانــة          ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut. Caracas Street Ub 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810.
504
FNK 7782 0900

# UV 2000

IMPORT- EXPORT
1825 NW 112 Av # 157
MIAMI, FLORIDA , 33172
Phone: 786 2101468 Fax: 305 6390512
Email: uv2000international@gmail.com

Invoice        504434
               #######

| CUSTOMER |
|----------|
| Name     |
| Address  |
| City     |
| Phone    |

METHOD                    TERMS

| Quantity | Description | Price | Amount |
|----------|-------------|-------|--------|
| | Work Logistics | | 305,000.00 |
| | Bussines opportunity in Latin America and China  Demographics | | |
| | Competitors,Identification and Profile. Expert Consultant | | |
| | | | |

| | SUBTOTAL | 305,000.00 |
|--|----------|------------|
| NO MERCHANDISE TO BE RETURNED EXCEPT ON WRITTEN AUTHORIZATION | FREIGHT | |
| 10% CHARGE ON RETURNED MERCHANDISE | INSURANCE | |
| ALL MERCHANDISE RECEIVED IN GOOD ORDER          CASH | | |
| X | | |
| AUTHORIZED SIGNATURE          DATE          TIME | INVOICE TOTA | 305,000.00 |

FNK 7782 0901