28/12/2010          Windows Live Hotmail P...

# USA ACCOUNTE 305.000 $

From: **MAROUN STEPHAN** (marunestefan@hotmail.com)

Sent: Tuesday, December 28, 2010 5:55:15 AM

To: DANI $ NEW LINE TRUST (newlinetrust@hotmail.com)

**BANK :** Citibank

**BENEFICIARY :** UV 2000 llc

**Checking Account:** 3200511279

**Aba:** 266086554

**Swift Code:** Citi us 33

**Address Bank:** 8750 Doral Boulevard Miami Florida 33178 USA

**Address Company:** 11241 NW 62 Tr Miami Florida 33178 USA

...live.com/.../PrintMessa...                    1/1

FNK 7782 0902

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Dec. 30 2010 02:22PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي

Branch:   St.charles.
Date:   ../...../.......
30/12/2010

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft

☑ Outward transfer by
   x   ☐ Swift  ☐ Telex  ☐ Mail

| | USD | 304,975 |
|---|---|---|

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR. EL EFRI LAMHOUSH, TEL 01/744808, REG# 1008198 A/C# 173902
IBAN: LB52 0044 2170 1759 0200 2092 2060

GFG BANK-USA-MIAMI-FL
SWIFT: CITIUS33
8750 DORAL BOULEVARD MIAMI FLORIDA 33178 USA
ABA# 266086554

3200511279

UV 2000 LLC
11241 NW 62 TR MIAMI FLORIDA 33178 USA

PURCHASE OF SHOES

```
DATE          : 30/12/2010
TRA. SEQ1     : 496
VALUE DATE    : 30/12/2010
REF. KEY      : 024121/10
DOC. NO.      : 0024121
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT.     : 304975.00
PMT. CUR.     : US DOLLAR
RATE          : 1
EQUV. AMT     : 304975.00
COMMISSION    : 10.00
FX COMM.      : .00
CBJ FEES      : .00
POSTAGES      : 15.00
STAMPS        : .00
TOTAL AMT.    : 305000.00
DR A/C        : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS       : 141
```

VALUE   03/01/2011

☐ Cash

☐ Debit A/C Number

USD 304975

AS PER ATTACHED

507

FNK 7782 0903

بيروت، في ٢٠١٥/١٢/٣٠

جائب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: New Line Exchange Trust Co. S.A.L.

*ORDER FROM*

رقم الحساب: *Acct # 173902*

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١٩٩   *TRANSEL # 199*

المبلغ: ٣٠٥،٠٠٠   *AMOUNT 305,000*   (العملة $)

نقدي او غير:   *CASH*

التاريخ: ٢٠/١٢/٣٠   *DATE 30-12-2015*

مصدر الأموال:   *BUSINESS*

وجهة استعمال الأموال: شراء أحذية – *U.S.A.* – *PURCHASE SHOES*

هوية المستفيد:   *U V 2000 LLC*   *BENEFIARY*

صاحب الحق الإقتصادي: شبلي ماروني   *CHAEBLI MAROUN*

الإسم:

التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0904

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 08/12/2010

REF. NO.: 198/2009

## ORDER FOR TRANSFER

BANK NAME      : HSBC HONG KONG
Swift code        : HSBCHKHHHKH
Address           : 1 QUEEN'S ROAD CENTRAL , HONG KONG

BENEFICIARY   : TEXAS FOOTWEAR COMPANY
ADDRESS        : UNIT D 1ST FLOOR MAU LAM COMM BLDG ,
NO.16-18 MAU LAM STREET KOWLOON , HONGKONG.

ACCOUNT NO #  : 053-114559-838
AMOUNT          : 400,000  ( Four Hundred Thousand Dollars )

REASON           : P. OF INVOICE SHOES .
CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut  Caracas Street Up 100m to lamb house Tel: +961 1 744808/809  Fax: +961 1 744610

FNK 7782 0905

FNK 7782 0906

FNK 7782 0907

BILL OF LADING
PROOFREAD
NON-NEGOTIABLE

FNK 7782 0908

BILL OF LADING
NON NEGOTIABLE

FNK 7782 0909

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Dec. 09 2010 03:15PM  P1

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch: St Charles                    **Transfer / Issuing Draft Application**
                                      طلب لحوال/إصدار شيك مصرفي

Date :                                يرجى من مصرفكم إصدار
09/12/2010
Please remit on our behalf the following :
☐ Bankers Draft                       ☐ شيك مصرفي
☒ Outward transfer by                 ☐ تحويل خارجي بواسطة
   X ☐ Swia ☐ Telex ☐ Mail           ☐ السويفت ☐ التلكس ☐ البريد

NEWLINE EXCEL TRUST CO.SA                    USD   399,975 ✓
BEIRUT-RAS BEIRUT-KARAKAS
STR. TALEET LAMHOUSE, TEL# 01744208, REG# 1008128
IB24 0044 2170 1730 0201 2052 2000

HSBC HONG KONG                        DATE       : 09/12/2010
SWIFT CODE: HSBCHKHHHKH               TRA. SEQ.  : 428
1 QUEEN'S ROAD CENTRAL, HONG KONG     VALUE DATE : 09/12/2010
                                      REF. KEY   : 013209/10
                                      DOC. NO.   : 10013209
                                      TRF. TYPE  : SWIFT TRANSFER
                                      TRF. CUR.  : US DOLLAR
055-TH4339-838                        TRF. AMT   : 399975.00
                                      PMT. CUR.  : US DOLLAR
                                      RATE       : 1
                                      EQUV. AMT  : 399975.00
                                      COMMISSION : 10.00
TEXAS FOOTWEAR COMANPY                FX COMM    : .00
UNIT B 15F FLOOR MAI LAM COMMINDING NO.16-18 MAULAM   CBL FEES : .00
STREET KONGCOON HONGKONG              POSTAGE    : 15.00
                                      STAMPS     : .00
                                      TOTAL AMT  : 400000.00
PURCHASE OF SHOES                     DR A/C     : 217/173902-0/2/522/0
                                      NEW LINE EXCHANGE TRUST
                                      REMARKS    : 141

                     BON 1

                     09/12/2010
☐ Cash
☐ Debit A/C Number

|  |  |  |  | Counter Value | Commission on | Postages | Stamps |  |
|--|--|--|--|---------------|---------------|----------|--------|--|
|  |  |  |  |               |               |          |        |  |

Applicant's Signature          S.V          Authorized signatures     400000

AS PER ATTACHED

جبيسك: ٩م/١٢/٨م ١٠م

جانب إدارة البنك اللبناني الكندي، ش.م.ل.، المحترمين

ORDER from:   إسم المصرف ج: New Line Exchange Trust Co. S.A.L.

ACCT #:   رقم الحساب: 773002

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

–  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
–  و عطفاً على التعميم الوسيط رقم 100 للمضارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن إصدار شيك أو تحويل**

Transfer # 198   رقم المرجع: ١٩٨ / شس

(العملة #U.S)   AMOUNT: 400,000   المبلغ: 400,000

–  CASH   نقدي أو غير: نقدى

DATE: 8-12-2015   التاريخ: ٨

BUSINESS   – مصدر الاموال: التجارة
PURCHASE SHOES
–  ولجهة استعمال الاموال: سمرا و احذية – صوف لصنع

BENEFICIARY   – هوية المستفيد:
TEXAS FOOTWEAR COMPANY   صاحب الحق الإقتصادي:  CHARBEL HARDUN   سبل ماروني

الإسم: اسماعيل يوسف

التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0911



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE: 22/10/2010

REF. NO.: 195/2009

## ORDER FOR TRANSFER

BANK NAME      : HSBC HONG KONG
Swift code        : HSBCHKHHHKH
Address            : 1 QUEEN'S ROAD CENTRAL , HONG KONG

BENEFICIARY   : TEXAS FOOTWEAR COMPANY
ADDRESS          : UNIT-D 1ST FLOOR MAU LAM COMM BLDG ,
NO.16-18 MAU LAM STREET  KOWLOON , HONGKONG.

ACCOUNT NO #  : 053-114559-838
AMOUNT           : 240,000  (two hundred forty thousands dollars )

REASON             : P. OF INVOICE SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

بالوكالة          ISMAIL YOUSSEF

New Line Exchange
Trust Co  S.A.L.

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Oct. 25 2010 10:58AM  P1

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

فرع :
تاريخ : / /

Branch : St.Charles

Date : 23/10/2010
Please remit on our behalf the following :

[ ] Bankers Draft
[ ] Outward transfer by
X [ ] Swift [ ] Telex [ ] Mail

| | USD | 239,975.00 |

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR. TAL.BET.LAMBHOUSE, TEL 01744808, REG# 1008128 LB24 0044 217  1739 0200 2052 2000

HSBC HONG KONG
SWIFT CODE: HSBCHKHHHKH
1QUEEN'S ROAD CENTRAL, HONG KONG

0551-143359-838

TEXAS FOOTWEAR COMPANY
UNIT-D 18FLOOR MAI LAMCOMM BLDG NO.16-18 MAULAM
STREET KOWLOON HONGKONG

PURCHASE OF SHOES

| | |
|---|---|
| DATE | : 23/10/2010 |
| TRA. SER1 | : 241 |
| VALUE DATE | : 23/10/2010 |
| REF. KEY | : D11229/10 |
| DOC. NO. | : 100112291 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| | 239975.00 |
| PMT. CUR. | : US DOLLAR |
| | : 1 |
| RATE | : |
| EQUV. AMT | : 239975.00 |
| COMMISSION | : 10.00 |
| FX CONM. | : .00 |
| CBI FEES | : 15.00 |
| POSTAGES | : .00 |
| STAMPS | : |
| TOTAL AMT. | : 240000.00 |
| DR A/C | : 217/173902-0/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : 141 |

[ ] Cash        217/173902/2/522/0
[ ] Debit A/C Number

Mohamad Haidar                                    Fadi Nasser

FNK 7782 0913

بيروت، في ٢٠٠٨/٨/١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM !*

إسم المصرح: New Line Exchange Trust Co. S.A.L.

*ACCT #!*

رقم الحساب: 173902

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ او ما يعادلها

-- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

-- و عطفا علي التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١٩٠/٢٠٠٨   *TRANSFER #: 195*

المبلغ: ٢٤٠،٠٠٠   *240,000*

(العملة ...... )

نقدي او غير: نقـدي   *CASH*

التاريخ: ٢٢/١٠/٢٠٠٨   *DATE: 22-10-08*

مصدر الاموال: التجارة   *BUSINESS*

وجهة استعمال الاموال: شراء أحذية - منتج فوتوير   *PURCHASE SHOES*

هوية المستفيد:   *BENEFICIARY*   *TEXAS FOOTWEAR COMPANY*

صاحب الحق الاقتصادي: شبيل مارون   *CHABEER MROW*

الإسم: اسماعيل يوسف بالوكالة

التوقيع: *Ismael Yossef*

New Line Exchange
Trust Co. S.A.L.

518

FNK 7782 0914

DIRAR MUHYI EL DINE

FNK 7782 0915



NACIONALIDADE BRASILEIRA · NATIONALITE BRESILIENNE · BRAZILIAN CITIZEN

Nome
Nom
Name — DIRAR MAHMOUD MUHIEDDINE

Sexo — MASCULINO

Lugar e data do nascimento
Lieu et date de naissance
Place and date of birth — TAALABAYA/LIBANO
16/JUNHO/1978

Filiação
Noms des parents
Father's and mother's name — MAHMOUD MUHIEDDINE
E
SAMIA YOUSSEF MUHIEDDINE

Repartição expedidora · Delivré par · Issued by
Serviço Consular da Embaixada do Brasil em Caracas

Válido até · Valable jusqu'au · Valid until

Data da expedição · Délivré le · Issued on

FNK 7782 0916

U/:1Ja      Representaciones Total P   02127537104              p.4




REPÚBLICA BOLIVARIANA DE VENEZUELA
Ministerio del Interior y Justicia

# REGISTRO MERCANTIL VII

## DE LA CIRCUNSCRIPCIÓN JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA
NUEVO EDIFICIO PALACIO DE JUSTICIA EDIFICIO SUR PB, AV. ESTE ESQUINA DE CRUZ VERDE
TELÉFONOS: 542-17-89 / 542-31-82 / 543-03-55 / 543-23-57

# 033527

JOSÉ RAFAEL MARTÍNEZ GAMBOA
REGISTRADOR MERCANTIL VII
De La Circunscripción Judicial Del Distrito
Capital y Estado Miranda



## CERTIFICA

Que el asiento de Registro de Comercio transcrito a continuación, cuyo original está inscrito
en el Tomo: 595-A-VII      Número: 11       así como participación, nota y
documento que se copian de seguida, son traslado fiel de los originales los cuales son del
tenor siguiente:

521

FNK 7782 0917

07:19a          Representaciones Total P   02127537104          P.5

*Carolina Ortega Celis*
Abogado
I.P.S.A. Nº 107.223

86264
20/02/2006

CIUDADANO

REGISTRADOR MERCANTIL SEPTIMO DE LA CIRCUNSCRIPCIÓN

JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA

SU DESPACHO.-

Yo, WUIKERMAN ENRIQUE RIVERA HERNANDEZ, Venezolano, mayor de edad, de este

domicilio, titular de la Cédula de Identidad Nº V-12.961.048, suficientemente autorizado para este

acto, tal como lo establece la Cláusula Vigésima Primera de la presente Acta Constitutiva de la

Sociedad Mercantil " REPRESENTACIONES TOTAL P.O.P. C.A.", la cual ha sido redactada

con suficiente amplitud para que a su vez sirva de Estatutos Sociales de la misma, así como el

Inventario de Bienes aportado por los accionistas, para pagar la totalidad del capital social suscrito.

Solicito a usted una vez comprobado que se han cumplido los requisitos de Ley, ordene la

inscripción, fijación y se me expida una Copia Certificada de la presente participación y del

Documento Constitutivo que se acompaña, a los fines de su publicación de ley.

Es justicia que espero en Caracas, a la fecha de su presentación.

WUIKERMAN ENRIQUE RIVERA HERNANDEZ
C.I. V-12.961.048



FNK 7782 0918




REPUBLICA BOLIVARIANA DE VENEZUELA
Ministerio del Interior y Justicia

# REGISTRO MERCANTIL VII
### DE LA CIRCUNSCRIPCION JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA
NUEVO PALACIO DE JUSTICIA EDIFICIO SUR PB, AV. ESTE ESQUINA DE CRUZ VERDE
TELEFONOS: 542-17-89 / 542-31-82

Caracas, _Diez (10) de Marzo de 2006_

195° y 146°

Presentado el anterior documento y cumplidos como han sido los requisitos de ley, inscríbase en el Registro Mercantil, fíjese y publíquese el asiento respectivo. Fórmese el expediente y archívese original y demás recaudos acompañados. Expídase copia certificada con inserción del presente auto a los fines de su publicación. Líbrese copia a objeto de dar cumplimiento con lo establecido en el artículo 226 del Código de Comercio.

El anterior documento redactado por: abog.          Carolina Ortega Celis.

Se inscribe bajo el Número:               11         Tomo:          595-A-VII

Derechos Arancelarios        Bs 351.288,00        Según Planilla N°:    41217 – 40259

Derechos Fiscales            Bs 2.114.240,00      Según Planilla N°:    86372

La identificación se efectuó así:

WUIKERMAN ENRIQUE RIVERA HERNANDEZ, con C.I. N° V-12.961.048.

EL REGISTRADOR MERCANTIL VII

José Rafael Martínez Gamboa

(C) Esta página pertenece a:

REPRESENTACIONES TOTAL P.O.P., C.A.

FNK 7782 0919

*Carolina Ortega Celis*
Abogado
I.P.S.A. N° 107,223

SARA DÁVILA
Abogado Revisor

## ACTA CONSTITUTIVA Y ESTATUTOS SOCIALES

Nosotros, MUHIEDDINE DIRAR MAHMOUD, y PAUL VAHE TANKARIAN, de nacionalidad brasilera y libanesa respectivamente, mayores de edad, de este domicilio, titulares de las Cédulas de Identidad N° E-82.243.498 y E-83.556.455 respectivamente, por el presente documento declaramos: Que hemos decidido constituir, como en efecto lo hacemos, una Compañía Anónima, que se regirá por las cláusulas que a continuación se enuncian, las cuales han sido redactadas con suficiente amplitud para que sirva a su vez de Estatutos Sociales de la misma:

### CAPITULO I

### DENOMINACION, DURACIÓN Y OBJETO

**Primera**: La Compañía se denominara "REPRESENTACIONES TOTAL T.O.P. C.A." y estara domiciliada en Sabana Grande, Calle Negrin, Edificio Davolea, Piso 8, Municipio Libertador, Distrito Capital, pudiendo establecer sucursales en cualquier parte de la República Bolivariana de Venezuela como en el exterior.

**Segunda**: La Compañía tendrá una duración de Veinte (20) años contados a partir de la fecha de su registro, pudiendo prorrogarse por períodos de menor, igual o mayor tiempo, si así lo resolviere la Asamblea Extraordinaria de Accionistas.

**Tercera**: El objeto principal de la Compañía será la compra, venta, distribución, fabricación importacion y exportacion de relojeria, prendas de gold field, fantasia, regalos, perfumeria cosmeticos, articulos de cuero, metal, plasticos, cristaleria, utiles escolares, jugeteria y todo lo relacionado a la quincalleria y en general podrá realizar cualquier otra actividad de licito comercio relacionada o no con el objeto principal que la Junta Directiva considere necesario para el mejor desenvolvimiento de la Compañía.

### CAPITULO II

### CAPITAL SOCIAL Y ACCIONES

**Cuarta**: El capital Social de la Compañía es de Doscientos Millones de Bolivares (Bs.200.000.000,oo) dividido y representado por Veinte Mil (20.000) acciones nominativas por un valor de Diez Mil Bolivares (Bs.10.000,oo) cada una, íntegramente suscrito y pagado en su totalidad de la forma siguiente: **Muhieddine Dirar Mahmoud**, ha suscrito Doce Mil (12.000) acciones, y ha pagado la cantidad de Ciento Veinte Millones de Bolivares (Bs.120.000.000,oo) y Paul Vahe **Tankarian**, ha suscrito Ocho Mil (8.000) acciones, y ha pagado la cantidad de Ochenta Millones de

FNK 7782 0920



MINISTERIO DEL INTERIOR Y JUSTICIA

FNK 7782 0921



MINISTERIO DEL INTERIOR Y JUSTICIA
REGISTRO MERCANTIL CUARTO
DE LA CIRCUNSCRIPCION JUDICIAL DEL D.C. Y EDO. MIRANDA

Caracas. DIECINUEVE(19).DE.FEBRERO de dos mil tres (192° y
143°).  Presentada la anterior participación. Cumplidos como han sido los
requisitos de Ley. inscríbase en el Registro Mercantil junto con el
documento  presentado; fíjese y publíquese el asiento respectivo; fórmese
el expediente de la Compañía y archívese original junto con el ejemplar
de los Estatutos y demás recaudos acompañados. Expídase la copia de
publicación.() Anterior documento redactado por Dr. JORGE A. PAEZ P.. se
inscribe en el Registro De Comercio bajo el N°.72- TOMO -6 - A Cto...
Derechos   pagados Bs.97020.00 Según Planilla RM No.143632, Seniat
No.F020156152 Por Bs.:117952.00 La identificación se efectuó así: JORGE
ALEXIS PAEZ PARRA. C.I: V- 7.083.293

El Registrador Mercantil Cuarto
Fdo. DRA.YANOSELLI COLMENARES DE ANDRADE

ESTA PAGINA PERTENECE A:
REPRESENTACIONES NIZDAR'S. C.A.
CON/ B/EVI.

526

FNK 7782 0922



MINISTERIO DEL INTERIOR Y JUSTICIA
REGISTRO MERCANTIL CUARTO
DE LA CIRCUNSCRIPCION JUDICIAL DEL D.C. Y EDO. MIRANDA

DRA.YANOSBELI COLMENARES DE ANDRADE, REGISTRADOR MERCANTIL CUARTO

DE  LA CIRCUNSCRIPCION JUDICIAL DEL D.C. Y EDO. MIRANDA

C E R T I F I C A

Que el asiento de Registro de Comercio transcrito a continuación, cuyo original

está inscrito en el Número: 72 del Tomo:  6 - A Cto.,  del año 2003

así como LA PARTICIPACION, NOTA Y DOCUMENTO que se copian de seguida

son traslado fiel de sus originales, los cuales son del tenor siguiente



ESTE FOLIO PERTENECE A:
REPRESENTACIONES NIZOAR'S, C.A.
8/EVA

FNK 7782 0923

REPUBLICA DE VENEZUELA
MINISTERIO DE HACIENDA

**SENIAT**
SERVICIO NACIONAL INTEGRADO DE ADMINISTRACION TRIBUTARIA

COMPROBANTE PROVISIONAL DE REGISTRO DE INFORMACION FISCAL

Número Registro de Información Fiscal

**RIF: J-31512079-8**

Número de Identificación Tributaria

**NIT: 0527881536**

Razón Social:
REPRESENTACIONES TOTAL P.O.P.C.A

Nombre Comercial:
REPRESENTACIONES TOTAL P.O.P.C.A

| Fecha: | Válido Hasta: |
|---|---|
| 11/03/2006 | 10/03/2009 |

Lugar:
CAPITAL

Firma Electrónica:
0065412653

Sello de la Administración Tributaria



**(Original - Contribuyente)**

1. Los números de RIF y NIT aquí señalados son los definitivos
2. Todo Contribuyente debe inscribirse una sola vez. Así mismo, las sucursales, establecimientos o depósitos, deben utilizar el RIF y NIT de su casa Matriz.
3. Cualquier modificación en los datos aportados, debe notificarla a la Administración Tributaria hasta en un máximo de 30 días de producida, siendo la excepción el cambio en el Ejercicio Económico, el cual debe ser autorizado por la Administración Tributaria de su jurisdicción.
4. Este Documento Tributario emitido nuevamente, por lo cual debe ser cuidadoso en su conservación y custodia.
5. Este Documento no será emitido mas no entregado, en aquellos casos que le sea requerido.
6. Este Documento será sustituido en su oportunidad por la Cédula de Identificación Tributaria. (Documento Definitivo)



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679

DATE: 02/09/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.:108/2009

## ORDER FOR TRANSFER

BANK NAME      : CHINA CITIC BANK
Swift code      : CIBKCNBJ510
Address        : 48/F CITIC PLAZA 233,TIANHE RD,NORTH ,
                 GUANGZHOU

BENEFICIARY    : GUANGZHOU SIHUI TRADE CO., LTD.

ACCOUNT NO #  :  7445010182800001488

AMOUNT        :  **220,000 USD ( TWO HUNDRED TWENTY**

                 **THOUSAND DOLLARS )**

REASON        : PAYMENT OF INVOICE . TEXTILE

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS                        New Line Exchange
                                    Trust Co. S.A.L.
ISMAIL YOUSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

529

FNK 7782 0925

FROM :LCB st CHARLES Branch    FAX NO. :01366337 127    Sep. 02 2009 01:42PM P1

# LEBANESE CANADIAN BANK SAL

البنك اللبناني الكندي

**Transfer / Issuing Draft Application**
طلب تحويل / إصدار شيك مصرفي

Branch: .....St.charles.

Date : 02/09/2009

Please remit on our benefit the following:

☐ Bankers Draft
☐ Outward transfer by
X ☐ Swift ☐ Telex ☐ MSG

USD   219,975

NEW LINE EXCH TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.-TALESTEAMHOUSE, TEL# 01744808, REG# 1008 28, A/CH.173902

CHINA CITIC BANK
48/F CITIC PLAZA 233, TIANHE RD NORTH
GUANGZHOU SWIFT : CIBKCNBJ510

7442010200001498

GUANGZHOU SIHUI TRADE CO. LTD

TEXTILE

| | |
|---|---|
| DATE | : 02/09/2009 |
| TRA. SEQ1 | : 951 |
| VALUE DATE | : 02/09/2009 |
| REF. KEY | : 006982/09 |
| DOC. NO. | : 9006982 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 219975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 219975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 220000.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : |

VALUE : 04/09/2009

☐ Cash
☐ Debit A/C Number

AS PER ATTACHED

Mohamad Hammoud

FNK 7782 0926

530

# GUANGZHOU HAOFENG IMP&EXP TRADE LTD
NO.3 TANGYUANG RD.,LICHENG DISTRICT,ZENGCHENG CITY,
GUANGZHOU ,GUANGDONG P.R.CHINA

## COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.
BEKAA-TAALABAYA – AL ZARURA N1
CONTACT PERSON : MAHMOUD MUHUIDDINE
PHONE : 009613448338

INVOICE NO.: HF2009-B18
DATE:      June 24, 2009
CONTAINER NO.:MOTU0107924

FROM: YANTIAN SHENZHEN CHINA      TO: LA GUAIRA VENEZUELA

| SHIPPING MARKS | QUANTITES & DESCRIPTIONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | CIF LA GUAIRA VENEZUELA |
| N/M | BULE FABRIC | | | |
| | MATCH | 33887.00   METERS | US$2.10 | US$71,162.70 |
| | | | | US$71,162.70 |
| | TOTAL :   33887   METERS | | | |
| | | | | |

SAY SEVENTY ONE THOUSAND ONE HUNDRED SIXTY TWO AND 70/100 US$ CIF LA GUAIRA  ONLY.

FNK 7782 0927

## GUANGZHOU SIHUI TRADE CO.,LTD
NO.36 COMMERCIAL STREET XINKANG GARDEN XINTANGTOWN,
ZENGCHENG COUNTY, GUANGZHOU, CHINA

### COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.

    BEKAA-TAALABAYA - AL ZARURA N1

    CONTACT PERSON : MAHMOUD MUHUIDDINE

    PHONE : 009613448338

INVOICE NO.: HF2009-B17

DATE:    June 17, 2009

CONTAINER NO.:CRXU9254597

FROM: YANTIAN SHENZHEN CHINA      TO: LA GUAIRA VENEZUELA

| SHIPPING MARKS | QUANTITES & DESCRIPTIONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | | | | CIF LA GUAIRA VENEZUELA |
| | BULE FABRIC | | | |
| | MATCH | 33984.00   METERS | US$2.10 | US$71,366.40 |
| | TOTAL : | 33984   METERS | | US$71,366.40 |
| | | | | |
| | | | | |

SAY SEVENTY ONE THOUSAND THREE HUNDRED SIXTY SIX AND 40/100 US$ CIF LA GUAIRA ONLY.

FNK 7782 0928

## GUANGZHOU SIHUI TRADE CO.,LTD

NO.36 COMMERCIAL STREET XINKANG GARDEN XINTANGTOWN,
ZENGCHENG COUNTY, GUANGZHOU, CHINA

## COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.
    BEKAA-TAALABAYA - AL ZARURA N1
    CONTACT PERSON : MAHMOUD MUHUIDDINE
    PHONE : 009613448338

INVOICE NO.: HP2009-B16
DATE:    June 16, 2009
CONTAINER NO.:TRLU5832931

FROM: YANTIAN SHENZHEN CHINA    TO: LA GUAIRA VENEZUELA

| SHIPPING MARKS | QUANTITIES & DESCRIPTIONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | | | | CIF LA GUAIRA VENEZUELA |
| | DULE FABRIC | | | |
| | KNIT | 33935.00 METERS | US$2.10 | US$71,263.50 |
| | TOTAL : | 33935.00 METERS | | US$71,263.50 |

SAY SEVENTY ONE THOUSAND TWO  HUNDRED SIXTY THREE AND 50/100 US$ CIF LA GUAIRA ONLY.

FNK 7782 0929

## GUANGZHOU SIHUI TRADE CO.,LTD
NO.36 COMMERCIAL STREET XINKANG GARDEN XINTANGTOWN,
ZENGCHENG COUNTY, GUANGZHOU, CHINA

## COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.
    BEKAA-TAALABAYA - AL ZARURA N1
    CONTACT PERSON : MAHMOUD MUHUIDDINE
    PHONE : 009613448338

INVOICE NO.: HF2009-B15
DATE:    June 16. 2009
CONTAINER NO.:CRXU9254597

FROM: YANTIAN SHENZHEN CHINA    TO: LA GUAIRA VENEZUELA

| SHIPPING MARKS | QUANTITES & DESCRIPTIONS | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | | | | CIF LA GUAIRA VENEZUELA |
| | BULE FABRIC | | | |
| | HATCH | 33952.00    METERS | US$2.10 | US$71,299.20 |
| | TOTAL : | 33952.00   METERS | | US$71,299.20 |

SAY SEVENTY ONE THOUSAND TWO HUNDRED NINETY NINE AND 20/100 US$ CIF LA GUAIRA ONLY.

FNK 7782 0930

بيـروت، في ٢٥/٨/٢٠٠٩

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDer From*

إسم المصرح:     New Line Exchange
              Trust Co. S.A.L.

*Acct no*

رقم الحساب:    **1739 o 2**

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 او ما يعادلها

–  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
··  و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل:**

*Transference no. 108*
– رقم المرجع:   108-2009
– المبلغ:   220 000   200.000   (العملة $)
– نقدي او غير:   نقدي   *cash*
– التاريخ:   2/9/2009
– مصدر الاموال:   التجارة   *Buisiness*
– وجهة استعمال الاموال:   ثمن (ثمن) أ قمشة – الصين   *Reason (clothes)*
– هوية المستفيد:   *GUANGZHou SHui TRADE co*   *Beneficiary*
– صاحب الحق الإقتصادي:   دارا محي الدين   *Client*
                          *Diran Muhuidden*

الإسم:

التوقيع:        New Line Exchange
                      Trust Co. S.A.L.

FNK 7782 0931



New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.C 679

DATE: 27/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 102/2009

## ORDER FOR TRANSFER

BANK NAME      :  ZHEJIANG CHOUZHOU COMMERCIAL BANK
Swift code       :  CZCBCN2X
Address          :  YIWULEYAN EAST JIANGBIN ROAD YIWU

BENEFICIARY   :  SHENZHEN WUZHI SOCKS CO., LTD

ACCOUNT NO # :  1560214201006000241
AMOUNT          :  42000 $ ( FORTY TWO THOUSAND DOLLARS )

REASON           : PAYMENT OF INVOICE   TEXTILE

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809  Fax: +961 1 744810

536                                                FNK 7782 0932

CORRESPONDENT BANK:   JPMORGAN CHASE BANK   N.A.NEW YORK

SWIFT BIC: CHASUS33

BENEFICIARY BANK:    ZHEJIANG CHOUZHOU COMMERCIAL BANK

SWIFT BIC: CZCBCN2X

ACCOUNT NUMBER:    15602142010060000241

BENEFICIARY NAME : :    SHENZHEN WUZHI SOCKS CO.,LTD

BANK  ADDRESS    :    YIWULEYUAN EAST JIANGBIN ROAD YIWU
ZHEJIANG CHINA

**42,000 $**

FNK 7782 0933

**LEBANESE CANADIAN** BANK  البنك اللبناني الكندي

Branch: .............St.charles. ............................................ فرع :
Date : ............/............/............ تاريخ :
27/07/2009
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
  ☐ Swift  ☐ Telex  ☐ Mail

| Beneficiary Name and Address | Currency | Amount |
|---|---|---|
| NEW-LINE-EXCH-TRUST-CO.SA | USD | 42,000 |
| BEIRUT-RAS-BEIRUT-KARAKAS, | | |
| STR.-TALBET-LAMBHOUSE, TEL# 01/744808, REG#1008128 A/C#173902 | | |

Beneficiary's Bank

ZHEJIANG CHOUZHOU COMMERCIAL BANK
CHINA
SWIFT : CZCBCN2X

Beneficiary's A/C Number

1360 2142 0100 6000 0241

Beneficiary's Bank Name & Address

SHENZHEN-WUZHI SOCKS CO. LTD

Details of Payment

TEXTILES.

**For Bank Use Only**

```
DATE       : 27/07/2009
TRA. SEQ1  : 628
VALUE DATE : 27/07/2009
REF. KEY   : 005012/09
DOC. NO.   : 9005012.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :       42000.00
PMT. CUR.  : US DOLLAR
RATE       :           1
EQUV. AMT  :       42000.00
COMMISSION :          10.00
FX COMM.   :            .00
CBJ FEES   :            .00
POSTAGES   :          15.00
STAMPS     :            .00
TOTAL AMT. :       42025.00
DR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    :
```

VALUE   29/07/2009

Debited By
☐ Cash
☐ Debit A/C Number   - INTER:JP MORGAN CHASE BANK N.A. NEW YORK SWIFT: CHASUS33.

| Amount Transferred | Counter Value | Commission | Postages | Totals |
|---|---|---|---|---|
| USD 42000 | | 10 | 42025 | |

Debtor's Signature
AS PER ATTACHED

By
Authorized Signature
Fadi Nasser

FNK 7782 0934

DATE: 27/07/2009

## CASH TRANSACTION SLIP

TRF REF #:   102 /2009

TRANSFERER NAME:  DIRAR MOUHAMAD MOUHIDIN

AMOUNT RECEIVED: 42000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

FNK 7782 0935



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE: 27/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 101/2009

## ORDER FOR TRANSFER

BANK NAME     : CHINA CITIC BANK
Swift code        : CIBKCNBJ510
Address          : 48/F CITIC PLAZA 233,TIANHE RD,NORTH ,
                     GUANGZHOU

BENEFICIARY    : GUANG ZHOU HAOFENG IMP AND EXP TRADE
                     CO. LTD

ACCOUNT NO # : 7444 7101 828000 12615

AMOUNT       : 340,000 USD (Three hundred and forty
thousand dollars )

REASON        : PAYMENT OF INVOICE # HF2009-B6 TEXTILE

BEST REGARDS

ZIAD YOUSSEF                         New Line Exchange
                                         Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809 . Fax +961 1 744810

FNK 7782 0936

NO.1 BANK INFOR

BENEFICIARY'S  NAME:
GUANG ZHOU HAOFENG IMP AND EXP TRADE CO., LTD

BENEFICIARY'S  A/C  NO.:
7444710182800012615

BENEFICIARY'S  BANK:
CHINA  CITIC  BANK, GUANGZHOU  BRANCH  ZENGCHENG
SUB-BRANCH
(SWIFT  CODE: CIBKCNBJ510)
BANK ADD: 48/F, CITIC  PLAZA, 233  TIANHE  RD, NORTH.
510613, GUANGZHOU

Company address : NO.3 TANGYUANG RD,.LICHENG
DISTRICT,ZENGCHENG CITY,GUANGZHOU,GUANGDONG

340,000 $

FNK 7782 0937

FNK 7782 0938

FNK 7782 0939

FNK 7782 0940

FNK 7782 0941

FNK 7782 0942

FNK 7782 0943

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 27 2009 01:56PM  P2

# LEBANESE CANADIAN BANK sal



البنك اللبناني الكندي
ش.م.ل

Branch : .................... St.charles.
Date : ..... 27/07/2009 ....

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
X ☐ Swift  ☐ Telex  ☐ Mail

| Currency العملة | | Amount المبلغ |
|---|---|---|
| | USD | 340,000 ✓ |

**Name & Address**
NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS-BEIRUT-KARAKAS,
STR. TALEBT LAMBHOUSE, TEL# 01/744808, REG# (008)28-R/C# 173902

**Beneficiary Bank**
CHINA CITIC BANK
48/F CITIC PLAZA 233, TIANHE RD, NORTH, GUANGZHONTE
SWIFT : CIBKCNBJ510

**Account Number**
7444 7101 8260 00 12613

**Beneficiary Name**
GUANG ZHOU HAOFENG IMP. AND EXP TRADE CO. LTD

**Details**
INV# HF2009-BK TEXTILE

VALUE  29/07/2009

| For Bank use only يستعمل البنك فقط | |
|---|---|
| | : 27/07/2009 |
| TRA. SEQ1 | : 630 |
| VALUE DATE | : 27/07/2009 |
| REF. KEY | : 005813/09 |
| DOC. NO. | : 90C5813. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 340000.CO |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1. |
| EQUV. AMT | : 340000.00 |
| COMMISSION | : 10.00 |
| CORR. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 340025.00 |
| DR A/C | : 21'/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : |

☐ Cash
☐ Debit A/C Number

USD  340000

AS PER ATTACHED

Authorized Signature
Latifa Wansa      Fadi Nasser

548                                                    FNK 7782 0944

DATE: 27/07/2009

## CASH TRANSACTION SLIP

TRF REF #:   101 /2009

TRANSFERER NAME:  DIRAR MOUHAMAD MOUHIDIN

AMOUNT RECEIVED: 340000 $

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

549

FNK 7782 0945



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

DATE: 27/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 100/2009

## ORDER FOR TRANSFER

BANK NAME   : CHINA CITIC BANK
Swift code      : CIBKCNBJ510
Address        : 48/F CITIC PLAZA 233,TIANHE RD,NORTH ,
                GUANGZHOU

BENEFICIARY  : GUANGZHOU SIHUI TRADE CO., LTD.

ACCOUNT NO # : 7445010182800001488

AMOUNT      : **118000 USD** (One hundred and eighteen
thousand dollars)

REASON       : PAYMENT OF INVOICE . TEXTILE

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

FNK 7782 0946

NO.2 BANK INFOR

1 . ( BENE'S NAME ) :
GUANGZHOU SIHUI TRADE CO.,LTD.

2. (ADDRESS) :
NO.36 COMMERCIAL STREET XINKANG GARDEN
XINTANGTOWN,
ZENGCHENG COUNTY, GUANGZHOU, CHINA

3 . ( BENE'S A/C ) :
  7445010182800001488

4. (BENE'S A/C BANK):
CHINA CITIC BANK, GUANGZHOU BRANCH
 SWIFT BIC:  CIBKCNBJ510

(ADDRESS):
48/F, CITIC PLAZA, 233 TIANHE RD. NORTH,
GUANGZHOU

118,000 $

FNK 7782 0947

FROM :LCB st CHARLES Branch          FAX NO. :01365337 127          Jul. 27 2009 01:55PM P1

LEBANESE CANADIAN BANK SAL                    البنك اللبناني الكندي ش.م.ل

Branch : ....... St.charles.....          Transfer / Issuing Draft Application          فرع :
                                         طلب تحويل/إصدار شيك مصرفي          تاريخ : ..... / ..... / .....

Date  27/07/2008
Please remit on our behalf the following :
☐ Bankers Draft
☐ Outward transfer by
   X  ☐ Swift  ☐ Telex  ☐ Mail

| | Currency | Amount |
|---|---|---|
| | USD | 118,000 |

NEW LINE EXCH TRUST.CO.SA.
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALEET LAMB HOUSE, TEL# 01744808, REG# 1003128 A/C# 173202

For Bank Use Only

CHINA CITIC BANK.
48/F CITIC PLAZA 233, TIANHE RD, NORTH, GUANGZHOU
SWIFT : CIBKCNBJ510

7445010182800301488

GUANGZHOU SIHUI TRADE CO. LTD

TEXTILE

| | : 27/07/2009 |
|---|---|
| TRA. SEQ1 | : 6/3 |
| VALUE DATE | : 27/07/2009 |
| REF. KEY | : 005815/09 |
| DOC. NO. | : 9005815 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 118000.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 118000.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 118025.00 |
| DR A/C | : 117/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : |

VALUE   29/07/2009

☐ Cash
☐ Debit A/C Number   117/173902/8/522/0

USD  118000

AS PER ATTACHED

552          FNK 7782 0948



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C 679

DATE: 15/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 91/2009

## ORDER FOR TRANSFER

BANK NAME    : CHINA CITIC BANK
Swift code      : CIBKCNBJ510
Address         : 48/F CITIC PLAZA 233,TIANHE RD,NORTH ,
                   GUANGZHOU

BENEFICIARY  : GUANGZHOU SIHUI TRADE CO., LTD.

ACCOUNT NO # :  7445010182800001488

AMOUNT         :  **250,000 USD ( TWO HUNDRED FIFTY**

**THOUSAND DOLLARS )**

REASON          : PAYMENT OF INVOICE . TEXTILE

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

553                                              FNK 7782 0949

NO.2 BANK INFOR

1 . ( BENE'S NAME ) :
GUANGZHOU SIHUI TRADE CO.,LTD.

2. (ADDRESS) :
NO.36 COMMERCIAL STREET XINKANG GARDEN
XINTANGTOWN,
ZENGCHENG COUNTY, GUANGZHOU, CHINA

3 . ( BENE'S A/C ) :
 7445010182800001488

4. (BENE'S A/C BANK):
CHINA CITIC BANK, GUANGZHOU BRANCH
 SWIFT BIC:  CIBKCNBJ510

(ADDRESS):
48/F, CITIC PLAZA, 233 TIANHE RD. NORTH,
GUANGZHOU

250,000 $

FNK 7782 0950

FROM :LCB St CHARLES Branch        FAX NO. :013666337 127        Jul. 15 2009 02:50PM P2

# LIBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch ........St.charles:                    **Transfer / Issuing Draft Application**                    فرع :
Date :15/07/2009                               طلب تحويل/إصدار شيك مصرفي                    تاريخ :
Please remit on our behalf the following :                                        يرجى من حضرتكم إصدار
☐ Bankers Draft                                                                    ☐ شيك مصرفي
☐ Telex Transfer by                                                                ☐ تحويل خارجي بواسطة
☒ ☐ Swift ☐ Telex ☐ Mail                                                          ☐ بريد ☐ تلكس ☐ سويفت

| Applicant's Name and Address — اسم وعنوان الطالب وعنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA. BEIRUT-RAS BEIRUT-KARAKAS, STR.-TALEBT LAMHOUSE, TEL#01/744808, REG#1008128-A/C#173902 | USD | 249,975 |

| Beneficiary's Bank — اسم وعنوان المصرف المستفيد | For Bank use Only — يملأ من قبل المصرف فقط |
|---|---|
| CHINA CITIC BANK 48/E.CITIC PLAZA 233, TIANHE RD, NORTH GUANGZHOU SWIFT: CIBKCNBJS10 | DATE : 15/07/2009 |

```
DATE       : 15/07/2009
TRA. SEQ.  : 792
VALUE DATE : 15/07/2009
REF. KEY   : 005541709
DOC. NO.   : 9005541.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :    249975.00
PMT. CUR.  : US DOLLAR
RATE       :         1.
EQUV. AMT  :    249975.00
COMMISSION :        10.00
FX COMM.   :          .00
CBJ FEES   :          .00
POSTAGES   :        15.00
STAMPS     :          .00
TOTAL AMT. :    250000.00
DR A/C     : 21 /173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    :
```

| Beneficiary's Account Number — رقم حساب المستفيد |
|---|
| 7445010182800001488 |

| Beneficiary Name and Address — اسم المستفيد وعنوانه |
|---|
| GUANGZHOU SIHUT TRADE CO.LTD |

| Details — تفاصيل |
|---|
| TEXTILE |

| Correspondent Name — اسم المراسل BONY |
|---|
| Correspondent Account Number — رقم حساب المراسل |

VALUE 17/07/2009

| Settlement by — تسوية بواسطة | | | | | |
|---|---|---|---|---|---|
| ☐ Cash | | | | | القيد على حساب رقم ☐ |
| ☐ Debit A/C Number | 21 /173902-8/2/522/0 | | | | |

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Our Charges عمولتنا | Currency العملة | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 249975 | | | | 15 | 10 | | |

| Applicant's Signature — توقيع الطالب | B.V. — صحة توقيع | Authorized Signatures — التواقيع المخولة |
|---|---|---|
| AS PER ATTACHED | | Latifa Monse     Bassam Abou Nasri |

FNK 7782 0951

NO.2 BANK INFOR

1.   (BENE'S NAME)  :
GUANGZHOU SIHUI TRADE CO.,LTD.

2. (ADDRESS) :
NO.36 COMMERCIAL STREET XINKANG GARDEN
XINTANGTOWN,
ZENGCHENG COUNTY, GUANGZHOU, CHINA

3.   (BENE'S A/C)  :
 7445010182800001488

4. (BENE'S A/C BANK):
CHINA CITIC BANK, GUANGZHOU BRANCH
 SWIFT BIC: CIBKCN8J510


(ADDRESS):
48/F, CITIC PLAZA, 233 TIANHE RD. NORTH,
GUANGZHOU

250,000 $

FNK 7782 0952



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

DATE: 15/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 90/2009

## ORDER FOR TRANSFER

BANK NAME    : CHINA CITIC BANK
Swift code       : CIBKCNBJ510
Address           : 48/F CITIC PLAZA 233,TIANHE RD,NORTH ,
                        GUANGZHOU

BENEFICIARY    : GUANG ZHOU HAOFENG IMP AND EXP TRADE
                        CO. LTD

ACCOUNT NO # : 7444 7101 828000 12615

AMOUNT           : 250,000 USD  **(TWO HUNDRED FIFTY**

                           **THOUSAND  DOLLARS )**

REASON            : PAYMENT OF INVOICE #  HF2009-B6 TEXTILE

BEST REGARDS

ZIAD YOUSSEF                                              New Line Exchange
                                                                   Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

FNK 7782 0953

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 15 2009 02:50PM P1

# LEBANESE CANADIAN BANK   البنك اللبناني الكندي

Branch: .......... St.charles .......                   **Transfer / Issuing Draft Application**        ........... اصدار
Date .... 15/07/2009 .........                          بلبت تحويل/اصدار شيك مصرفي        ........ / ........ / .......... تاريخ
Please remit on our behalf the following :              يرجى من حضرتكم إصدار
☐ Bankers Draft                                         ☐ شيك مصرفي
☐ Outward transfer by                                   ☐ تحويل خارجي بواسطة
X  ☐ Swift  ☐ Telex  ☐ Mail                             ☐ سويفت  ☐ تلكس  ☐ البريد

| Applicant's Name and Address اسم وعنوان طالب التحويل | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| NEW LINE EXCH TRUST CO SA | | USD | 249,975 |
| BEIRUT-RAS BEIRUT-KARAKAS, | | | |
| STR.-TALBET LAMBHOUSE, TRI #01/744808, REG# 1008128 A/C# 173902 | | | |

| Beneficiary's Bank اسم المحول اليه المستفيد | For Bank Use Only تملأ من قبل البنك فقط |
|---|---|
| CHINA CITIC BANK | DATE      : 15/07/2009 |
| 48 F.CITIC PLAZA 233, TIANHE RD, NORTH | TRA. SEQL : 794 |
| GUANGZHOU | VALUE DATE : 15/07/2009 |
| SWIFT: CIBKCNBJ510 | REF. KEY  : 001542/09 |
| | DOC. NO.  : 9005542. |
| **Beneficiary's Account Number** رقم حساب المستفيد | TRF. TYPE : SWIFT TRANSFER |
| 7444 7101 828000 12615 | TRF. CUR. : US DOLLAR |
| | TRF. AMT  :      249975.00 |
| **Beneficiary Name and Address** اسم وعنوان المستفيد | PMT. CUR. : US DOLLAR |
| | RATE      :              1 |
| GUANGZHOU HAOPENG IMP AND EXP TRADE CO. LTD | EQUV. AMT :      249975.00 |
| | COMMISSION :          10.00 |
| | EX COMM.  :            .00 |
| | OBJ FEES  :            .00 |
| **Details** التفاصيل | POSTAGES  :          15.00 |
| INV# HP2009-B6 TEXTILE | STAMPS    :            .00 |
| | TOTAL AMT.:      250000.00 |
| | DR A/C    : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS   : |

| Correspondent Name | BONY |
|---|---|
| Cover Correspondent Account Number | VALUE 17/07/2009 |

| Settlement by الطريقة الدفع | |
|---|---|
| ☐ Cash | ☐ نقداً |
| ☐ Debit A/C Number | ☐ القيد على الحساب رقم |

217/173902/8/821/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Other Charges | Stamps | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD 249975 | | | | | 15 | 10 | | |

| Applicant(s) Signature توقيع العميل | S.V | Authorized Signatures التواقيع المخولة |
|---|---|---|
| AS PER ATTACHED | | Latifa Wonso |
| | | Bassam Abou Merhi |

FNK 7782 0954

15·07·09 08:04a    Representaciones Total P  02127537104    p.2

NO.1 BANK INFOR

BENEFICIARY'S NAME:
GUANG ZHOU HAOFENG IMP AND EXP TRADE CO., LTD

BENEFICIARY'S A/C NO.:
7444710182800012615

BENEFICIARY'S BANK:
CHINA CITIC BANK, GUANGZHOU BRANCH ZENGCHENG
SUB-BRANCH
(SWIFT CODE: CIBKCNBJ510)
BANK ADD: 48/F, CITIC PLAZA, 233 TIANHE RD, NORTH.
510613, GUANGZHOU

Company address : NO.3 TANGYUANG RD,.LICHENG
DISTRICT,ZENGCHENG CITY,GUANGZHOU,GUANGDONG
250,000 $

559

FNK 7782 0955

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 2/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 83/2009

## ORDER FOR TRANSFER

BANK NAME       : JP MORGAN CHASE BANK N.A.  NEW YORK
Swift code        : CHASUS33

BANK NAME       : ZHEJIANG CHOUZHOU COMMERCIAL BANK.
                    CHINA
Swift code        : CZCBCN2X

BENEFICIARY     : SHENZHEN WUZHI SOCKS CO. LTD

ACCOUNT NO # : 1560 2142 0100 6000 0241

AMOUNT         : USD $130,000 (**ONE HUNDRED THIRTY
THOUSAND DOLLARS )**

REASON         : CLOTHES AND SHOES

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0956

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 02 2009 01:44PM P1

# LEBANESE CANADIAN BANK  البنك اللبناني الكندي
S.A.L.                                                                                                          ش.م.ل.

| Branch: ............................ | **Transfer / Issuing Draft Application** | فرع : ..................... |
| Date : ........................... | طلب تحويل/إصدار شيك مصرفي | تاريخ : ........................... |

Please remit on our behalf the following :                                          يرجى من حضرتكم إصدار

☐ Bankers Draft                                                                                    ☐ شيك مصرفي
☐ Outward transfer by                                                                          ☐ تحويل خارجي بواسطة
  x ☐ Swift  ☐ Telex  ☐ Mail                                                       ☐ سويفت ☐ تلكس ☐ البريد

| Applicant's Name and Address اسم موقع الطلب وعنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST CO.S.A | USD | 130,000 |
| BEIRUT RAS BEIRUT KARAKAS | | |
| STR. TALEET LAMBHOUSE, TEL.A.01-744808, REG# 1003128 /VG# 173502 | | |

| Beneficiary's Bank البنك المراسل المستفيد | For Bank use Only خاص بالمصرف فقط |
|---|---|
| ZHEJIANG CHOUZHOU COMMERCIAL BANK | DATE          : 02/07/2009 |
| CHINA | TRN. REF      : 570 |
| SWIFT CZCBCN2X | VALUE DATE    : 02/07/2009 |
| | REF. KEY      : 005119/09 |
| **Beneficiary's Account Number رقم حساب المستفيد** | DOC. NO.      : 0005119 |
| 1590 2142 0109 6000 0241 | TRF. TYPE     : SWIFT TRANSFER |
| | TRF. CUR.     : US DOLLAR |
| **Beneficiary Name and Address اسم المستفيد وعنوانه** | TRF. AMT      : 130000.00 |
| | PMT. CUR.     : US DOLLAR |
| SHENZHEN WUZHU SOCKS CO.,LTD | RATE          : 1 |
| | EQUV. AMT     : 130000.00 |
| | COMMISSION    : 10.00 |
| | FX COMM.      : .00 |
| **Details التفاصيل** | OBG FEES      : .00 |
| | POSTAGES      : 15.00 |
| CLOTHES AND SHOES | STAMPS        : .00 |
| | TOTAL AMT.    : 130025.00 |
| | DR A/C        : 217/173502-0/2/170/0 |
| | NEW LINE EXCHANGE TRUST |
| | *SHARES* |

| Correspondent Name اسم المراسل | |
|---|---|
| HASB | VALUE  06/07/2009 |
| **Correspondent Account Number رقم حساب المراسل** | |

| Settlement by: طريقة التسوية | |
|---|---|
| ☐ Cash | - INTER:JP MORGAN CHASE BANK N.A. NEW YORK SWIFT:CHASUS33 قيد على حسابنا رقم : |
| ☐ Debit A/C Number | 217/173502-0/2/170/0 |

| Currency العملة | Amount المبلغ | Exchange rate سعر التحويل | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer أعباء / تحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| USD | 130000 | | | | 15 | 10 | 130,025.00 |

| Applicant's Signature توقيع العميل | S.V مبلغ التأكيد | Authorized signature التواقيع المخولة |
|---|---|---|
| AS PER ATTACHED | | |

below is the bank which to rcv up tt :

CORRESPONDENT BANK:  **JPMORGAN CHASE BANK   N.A.NEW YORK**
SWIFT BIC:  **CHASUS33**

BENEFICIARY BANK:   **ZHEJIANG CHOUZHOU COMMERCIAL BANK**

SWIFT BIC:   **CZCBCN2X**

ACCOUNT NUMBER:
**15602142010060000241**

BENEFICIARY NAME : :  **SHENZHEN WUZHI SOCKS CO.,LTD**

BANK  ADDRESS   :  **YIWULEYUAN EAST JIANGBIN ROAD YIWU ZHEJIANG CHINA**

130,000

FNK 7782 0958

'01 07 09 07:14a      Representaciones Total P  02127537104              p.8

## GUANGZHOU HAOFENG IMP&EXP TRADE LTD
NO.3 TANGYUANG RD.,LICHENG DISTRICT,ZENGCHENG CITY,
GUANGZHOU ,GUANGDONG P.R.CHINA

### COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.

BEKAA-TAALABAYA - AL ZARURA N1

CONTACT PERSON : MAHMOUD MUHUIDDINE

PHONE :  00961344833B

INVOICE NO.: HF2009-LBM2

DATE:     May 26, 2009

CONTAINER NO.:INBU5082839- 40GP

FROM: YANTIAN SHENZHEN CHINA

TO: LA GUAIRA VENEZUELA

| SHIPPING MARKS | QUANTITES & DESCRIPTIONS | UNIT PRICE | AMOUNT |
|---|---|---|---|
| N/M | | | CIF LA GUAIRA VENEZUELA |
| | BULE FABRIC | | |
| | LOURB VEN     37927,00  METERS | US$1,80 | US$68,268,60 |
| | TOTAL :    37927,00  METERS | | US$68,268,60 |

SAY SIXTY EIGHT  THOUSAND TWO   HUNORED AND  SIXTY EIGHT  AND 60/100 US$ CIF LA GUAIRA  ONLY.

FNK 7782 0959



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 2/07/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 82/2009

## ORDER FOR TRANSFER

BANK NAME    : CHINA CITIC BANK
Swift code    : CIBKCNBJ510
Address    : 48/F CITIC PLAZA 233,TIANHE RD,NORTH ,
GUANGZHOU

BENEFICIARY    : GUANG ZHOU HAOFENG IMP AND EXP TRADE
CO. LTD

ACCOUNT NO # : 7444 7101 828000 12615

AMOUNT    : USD $100,000 (**ONE HUNDRED THOUSAND
DOLLARS** )

REASON    : PAYMENT OF INVOICE #  HF2009-B6 AND
B7CLOTHES AND SHOES

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM OUR
ACCOUNT 173902.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
564                                        FNK 7782 0960

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 02 2009 01:45PM  P2

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch:                                                                        مرجع :

St Charles

Date :                          **Transfer / Issuing Draft Application**       تاريخ : ____/____/____
03/07/2009                      طلب تحويل/اصدار شيك مصرفي

Please remit on our behalf the following :                                     يرجى من حضرتكم لحسابنا إرسال:

☐ Bankers Draft                                                                ☐ شيك مصرفي

☐ Outward transfer by                                                          ☐ تحويل خارجي بواسطة

  ☑ Swift  ☐ Telex  ☐ Mail                                                     ☐ السويفت  ☐ التلكس  ☐ أخرى

| Applicant's Name and Address  إسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS,<br>STR.-TALEET LAMBHOUSE, TEL# 01/744808, REG# 1008128-IVC#1739XQ | USD | 100,000 |

| Beneficiary Bank Name and Address  إسم وعنوان مصرف المستفيد | For Bank Use Only  خانة المصرف فقط |
|---|---|
| BANK CITIC BANK<br>18/F CITIC PLAZA 233, TIANHE RD, NORTH<br>GUANGZHOU<br><br>SWIFT CIBKCNBJS10 | DATE          : 02/07/2009<br>TRA. SEQ1      : 575<br>VALUE DATE    : 02/07/2009<br>REF. KEY      : 035120/09<br>DOC. NO.      : 9305120.<br>TRF. TYPE.    : SWIFT TRANSFER<br>TRF. CUR.     : US DOLLAR<br>TRF. AMT.     : 100000.00<br>PMT. CUR.     : US DOLLAR<br>RATE          : 1<br>EQUV. AMT     : 100000.00<br>COMMISSION    : -10.00<br>FX COMM.      : .00<br>CGT FEES      : .00<br>POSTAGES      : 15.00<br>STAMPS        : .00<br>TOTAL AMT.    : 100025.00<br>DR A/C        : 217/1739QE-8/2/S22/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS       : |
| Beneficiary's Account Number  رقم حساب المستفيد |
| 7444 7101 8100 0012615 |
| Beneficiary Name and Address  إسم وعنوان المستفيد |
| GUANG ZHOU HAOPING IMP.AND EXP<br>TRADE CO. LTD. |
| Remittance Details  تفاصيل التحويل |
| PMT OF INV # HP 2009-B6 AND B7<br>CLOTHER AND SHOES |
| Correspondent Name  إسم المصرف المراسل |
| Correspondent Account Number  رقم حساب المصرف المراسل |

COPY

Settlement by  طريقة التسوية

VALUE  06/06/2009

☐ Cash                                                                         ☐ نقداً

☐ Debit A/C Number                                                             ☐ قيد على الحساب رقم:

| Currency<br>العملة | Amount<br>المبلغ | Exchange rate<br>سعر الصرف | Currency<br>العملة | Counter Value<br>القيمة المقابلة | Commission<br>العمولة | Cost of transfer<br>أتعاب التحويل | Stamps<br>طوابع | Total<br>المجموع |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Applicant's signature  توقيع العميل          S.V  صحة التوقيع          Authorized signature  التوقيع المعتمد

AS PER ATTACHED

01 07 09 07:12a     Representaciones Total P   02127537104          p.2

4 BENEFICIARY'S NAME:
GUANG ZHOU HAOFENG IMP AND EXP TRADE CO., LTD

5 BENEFICIARY'S A/C NO.:
74447101828000012615

BENEFICIARY'S BANK:
2 CHINA CITIC BANK, GUANGZHOU BRANCH ZENGCHENG
SUB-BRANCH

2 (SWIFT CODE: CIBKCNBJ510)

3 BANK ADD: 48/F, CITIC PLAZA, 233 TIANHE RD, NORTH.
510613, GUANGZHOU

Company address : NO.3 TANGYUANG RD,.LICHENG
DISTRICT,ZENGCHENG CITY,GUANGZHOU,GUANGDONG

100,000 $

REASON :

FNK 7782 0962

01 07 09 07:14a       Representaciones Total P   02127537104              p.11

# GUANGZHOU HAOFENG IMP&EXP TRADE LTD
NO.3 TANGYUANG RD.,L.CHENG DISTRICT,ZENGCHENG CITY,
GUANGZHOU ,GUANGDONG P.R.CHINA

## COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.

BEKAA-TAALABAYA - AL ZARURA N1

CONTACT PERSON : MAHMOUD MUHUIDDINE

PHONE : 009613440338

INVOICE NO.: HF2009-B7

DATE:     May 26. 2009

CONTAINER NO.:SEAU 8584898

FROM: YANTIAN SHENZHEN CHINA              TO: LA GUAIRA VENEZUELA

| SHIPPING MARKS | QUANTITES & DESCRIPTIONS | UNIT PRICE | AMOUNT |
|---|---|---|---|
| N/M | | | CIF LA GUAIRA VENEZUELA |
| | BULE FABRIC | | |
| | MATCH        33928,00 METERS | US$2,10 | US$71.248,80 |
| | TOTAL :    33928.00 METERS | | US$71.248,80 |

SAY SEVENTY ONE THOUSAND TWO HUNDRED AND FORTY EIGHT  AND 80/100 US$ CIF LA GUAIRA  ONLY.

FNK 7782 0963

01 07 09 07:14a      Representaciones Total P   02127537104              p.10

# GUANGZHOU HAOFENG IMP&EXP TRADE LTD
NO.3 TANGYUANG RD.,LICHENG DISTRICT,ZENGCHENG CITY,
GUANGZHOU ,GUANGDONG P.R.CHINA

## COMMERCIAL INVOICE

TO: POLO OPUESTO COMPANY S.A.L.

    BEKAA-TAALABAYA - AL ZARURA N1

    CONTACT PERSON : MAHMOUD MUHUIDDINE

    PHONE : 009613448338

                      INVOICE NO.: HF2009-B6

                      DATE:    May 20, 2009

                      CONTAINER NO.:PONU 1566873

   FROM: YANTIAN SHENZHEN CHINA       TO: LA GUAIRA VENEZUELA

| HIPPING MARKS | QUANTITES & DESCRIPTIONS | UNIT PRICE | AMOUNT |
|---|---|---|---|
| N/M | | | CIF LA GUAIRA VENEZUELA |
| | BULE FABRIC | | |
| | MATCH      32935,00 METERS | US$2,10 | US$69,163,50 |
| | TOTAL :   32935,00 METERS | | US$69,163,50 |
| | | | |
| | | | |

SAY SIXTY NINE THOUSAND ONE HUNDRED AND  SIXTY THREE AND 50/100 US$ CIF LA GUAIRA  ONLY.

FNK 7782 0964

ELI E. JABBOUR

FNK 7782 0965



FNK 7782 0966

OM : TELEPLANETA                FAX NO. :02122179213          Feb. 01 2010 01:51PM  P5

*Elie Jabbour*



# REGISTRO MERCANTIL V
### DE LA CIRCUNSCRIPCIÓN JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA

Dra. Gisela Rangel

Registrador Mercantil V

De la Circunscripción Judicial del Distrito Capital y Estado Miranda

## CERTIFICA

Que el asiento de Registro de Comercio transcripto a continuación, cuyo original está inscrito en

el Tomo:     1560          Número          95                          así como

**PARTICIPACION, NOTA Y DOCUMENTO**

que se copian de seguidas en traslado fiel de sus originales, los cuales son del tenor siguiente.

FNK 7782 0967

Elie Jabbour

Jorge Mendaña E.
ABOGADO
INPRE N° 102.013

495.045

Ciudadano

Registrador Mercantil V de la Circunscripcion Judicial
del Distrito Capital y Estado Miranda.

Su Despacho.-

Yo, MANUEL EUSEBIO MEJIA CARDERO, venezolano, mayor de edad,
de este domicilio, Titular de la Cedula de Identidad No.V-13.161.380
debidamente Autorizado y facultado para este acto por la empresa
denominada " LOOK FASHION STORE  C.A.", sociedad  mercantil de
este domicilio, inscrita en ese Registro de  comercio  en  fecha
16-12-2003, bajo  el  No. 93, tomo 849-A , Expediente No. 495.045,
ante usted, respetuosamente ocurro para  presentarle el  Acta  de
La Asamblea  General  Extraordinaria  de  accionistas, realizada  en
fecha  27/02/2007  y  en  la  cual  se  trato  el  siguiente  Punto :
PUNTO UNICO : Consignacion de Fotocopia de Cedula de Identidad .



      Presentacion y Participacion que hago a Ud. a los fines de
su Registro y Fijacion, y ruego me sea expedida una (01) copia
para cumplir con el requisito de Publicacion que manda la  Ley.

      Caracas, a la fecha de su presentacion.



FNK 7782 0968

Elie Jabbour

495045

YO ELIC YOUSSEF JABBOUR, venezolano,mayor de edad, soltero, de este
domicilio y Titular de la Cedula de Identidad No. V-18.190.626,
actuando en este acto en mi caracter de DIRECTOR GERENTE de LOOK
FASHION STORE C.A.,empresa de este domicilio,inscrita en este regis-
tro de comercio en fecha 16-12-2003, bajo el No. 93, tomo 849.- A
Certifico que el Acta de Asamblea General Extraordinaria de accionis-
tas, efectuada el 27 de Febrero del 2007, y que a continuacion se
transcribe, es copia fiel y exacta de su original asentado en el
Libro de Actas de la sociedad y la misma es del siguiente tenor;

ACTA DE ASAMBLEA GENERAL EXTRAORDINARIA DE ACCIONISTAS

Hoy 27 de Febrero del Dos Mil Siete, se constituyo e instalo La
Asamblea General Extraordinaria de Accionistas de LOOK FASHION
STORE C.A., en su Sede domiciliaria, integrada por los accionistas
ELIC YOUSSEF JABBOUR, venezolano,mayor de edad, soltero, de este
domicilio y Titular de la Cedula de Identidad No. V-18.190.626,
Propietario de CIENTO CINCUENTA MIL (150.000) Acciones, y MOHAMAD
IBRAHIM EL HALLAK, venezolano, mayor de edad, soltero, de este domi-
cilio y Titular de la Cedula No.V- 24.318.802, Propietario de las
restantes CIENTO CINCUENTA MIL (150.000) acciones, y en virtud de
estar representado la Totalidad del Capital Social, se declaro vali-
damente constituida esta ASAMBLEA, conforme lo pauta la clausula
NOVENA (9) del Documento Constitutivo-Estatutario.----------------
Abierto el debido el accionista ELIC YOUSSEF JABBOUR, propuso la Agenda
con la Asamblea, resultando APROBADO el siguiente PUNTO UNICO;-
PUNTO UNICO : Consignacion de Fotocopia de Cedula de Identidad .
Para tratar este Punto el accionista MOHAMAD EL HALLAK, pidio la
palabra para informarle a la Asamblea de Accionistas, que el,
despues de haber cumplido con todos los requisitos para su naciona-
lizacion, la misma le fue aprobada segun GACETA OFICIAL DE LA
REPUBLICA BOLIVARIANA DE VENEZUELA, numero 5.767 Extraordinario

573                                    FNK 7782 0969



*Elie Jabbour*

FNK 7782 0970



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE:24/11/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 197/2009

## ORDER FOR TRANSFER

BANK NAME    :    HSBC HONGKONG
BANK ADDRESS :    4/F 82-84 NATHAN ROAD , TSIM SHA
YSUIKOWLOON HONGKONG

BENEFICIARY  :    A-1 INTERNATIONAL LIMITED
ACCOUNT NO.  :    817-176647-838

SWIFT        :    HSBCHKHHHKH

AMOUNT       :    250,000 USD (two hundred fifty Thousand DOLLARS)
REASON       :    P . SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/808  Fax: +961 1 744810

FNK 7782 0971

FROM :LCB st CHARLES Branch          FAX NO. :013356337 127          Nov. 25 2010 02:42PM  P1

## LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch:                                    Transfer / Issuing Draft Application          فرع :
St.charles
Date : __/__/ __                           طلب تحويل/إصدار شيك مصرفي          تاريخ : __/__/ __
25/11/2010
Please remit on our behalf the following :          يرجى عن حسابكم إصدار

☐ Bankers Draft                                    ☐ شيك مصرفي
X ☐ Outward transfer by                            ☐ تحويل خارجي بواسطة
  X  ☐ Swift ☐ Telex ☐ Mail                        ☐ سويفت ☐ تلكس ☐ بريد

| NEW LINE EXCH. TRUST CO.SA | USD | 249,975 |
| BEIRUT-RAS BEIRUT-KAKAKAS, | | |
| SR. TALEET LAMBHOUSE TBILIT/ZAREF'S REV 1008128 LB34 0044 2170 1739 02 10 0ASE 000 | | |

| HSBC BANK (HONG KONG) | DATE | : 25/11/2010 |
| 4/F 82-84 NATHAN ROAD, TSIM SHA YSUI,KOWLOON | TRA. SEQ1 | : 696 |
| HONG KONG SWIFT : HSBC HK HHH KH | VALUE DATE | : 26/11/2010 |
| | REF. KEY | : 012538/10 |
| | DOC. NO. | : 10012538/.. |
| -817-176647-833- | TRF. TYPE | : SWIFT TRANSFER |
| | TRF. CUR. | : US DOLLAR |
| | TRF. AMT | : 249975.00 |
| | PMT. CUR. | : US DOLLAR |
| A-1 INTERNATIONAL LIMITED | RATE | : 1 |
| | EQUV. AMT | : 249975.00 |
| | COMMISSION | : 10.00 |
| | FX COMM. | : .00 |
| | CBJ FEES | : .00 |
| | POSTAGES | : 15.00 |
| PAYMENT FOR PURCHASE OF SHOES | STAMPS | : .00 |
| | TOTAL AMT. | : 250000.00 |
| | OR A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST | |
| | REMARKS | : 141 |

| CHASE | VALUE 29/11/2010 |

☐ Cash                                              ☐ نقدا
☐ Debit A/C Number                                 ☐ القيد على الحساب رقم

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|

AS PER ATTACHED

Bassam Abou Merhi

FNK 7782 0972

_بيروت في ٢٤/١١/١٠_

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM:*

إسم المصرح:     New Line Exchange
       Trust Co. S.A.I

*ACCT # :*

رقم الحساب:    _173902_

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: Cng 9/187   *TRANSFER # : 197*

المبلغ: Co...   *AMOUNT : 250,000*

- نقدي او غير: نقد S   *CASH*

- التاريخ: ٢٤/١١/١٠   *DATE : 24-11-2010*

- مصدر الاموال: الاتجار ك   *BUSINESS*

- وجهة استعمال الاموال: استيراد أحذية - صرف شحن   *PURCHASE SHOES*

- هوية المستفيد: *A-1 INTERNATIONAL LIMITED*   *BENEFICIARY*

- صاحب الحق الإقتصادي: ايلي جبور   *ELIE MABBOUZ*

الإسم:   _____

التوقيع:   _____

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0973



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  879

DATE:07/10/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 193/2009

## ORDER FOR TRANSFER

BANK NAME    :  HSBC HONGKONG
BANK ADDRESS :  4/F 82-84 NATHAN ROAD , TSIM SHA
YSUIKOWLOON HONGKONG

BENEFICIARY  :   A-1 INTERNATIONAL LIMITED
ACCOUNT NO.  :   817-176647-838

SWIFT        :   HSBCHKHHHKH

AMOUNT       :   150,000 USD (ONE hundred fifty Thousand DOLLARS)
REASON       :   P . SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Res Beirut, Cocoons Street Up 100m to lamb house Tel: +961 1 744806800, Fax: +961 1 744810

578                                            FNK 7782 0974

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Oct. 08 2010 11:28AM P1

# LIBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

| Branch: St.charles | **Transfer / Issuing Draft Application** طلب تحويل/إصدار شيك مصرفي | فرع : ....................... |
| Date: 03/10/2010 | | تاريخ : / / |

Please remit on our behalf the following :          يرجى من حضراتكم/إصدار

☐ Bankers Draft          ☐ شيك مصرفي

☑ Outward transfer by          ☐ تحويل خارجي بواسطة

  ☐ Swift  ☐ Telex  ☐ Mail          ☐ البريد ☐ التلكس ☐ سويفت

|  | USD  149,975 |
|---|---|

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
DR-TALEET LAMBHOUSE TEL 01/744820 REG. 1008128 B24 0044 2120 1739 0000 03 82 0000

```
DATE       : 03/10/2010
TRA. SEQ1  : 320
VALUE DATE : 03/10/2010
REF. KEY   : 010642/10
DOC. NO.   : 10010642.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :     149975.00
PMT. CUR.  : LB DOLLAR
RATE       :
EQUV. AMT  :     149975.00
COMMISSION :         10.00
FX COMM.   :          .00
CBJ FEES   :          .00
POSTAGES   :         15.00
STAMPS     :          .00
TOTAL AMT. :     150000.00
OR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    : ..41
```

HSBC BANK (HONG KONG)
4/F 82-84 NATHAN ROAD, TSIM SHA TSUI KOWLOON
HONG KONG SWIFT: HSBCHK HHHKH

817  176647  838

A-1 INTERNATIONAL LIMITED

PAYMENT FOR "PURCHASE" OF SHOES

CHASE

VALUE  12/10/2010

☐ Cash          القيد على الحساب رقم

☐ Debit A/C Number

X          217/173902/2/522/0

USD 149975

AS PER ATTACHED

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED

Address: 7/F.,Kin On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong

TEL: 00852-2152 7388 / 21527399

FAX: 00852-3571911

**INVOICE N°** 54141



CLIENT:
To:

DATE    07/10/2010

| No | Item code | Item Description | Colour | Qty Cns | Qty | Unit US$ /Unit | Total US$ /Unit |
|---|---|---|---|---|---|---|---|
| 1 | 00780 | MEN SHOES | black | 500 | 5000 | $20 | $100,000 |
| 2 | 00782 | WOMAN SANDALS | WHITE | 500 | 5000 | $10 | $50,000 |

| 10000 PCS | SUB | - |
|---|---|---|
| | SHIPING | |
| | 5 %WORK | |
| | TOTAL | $150,000 |

Mar. 11 2011 12:50PM P2    FAX NO. :021248183994    : FROM

FNK 7782 0976

*Zeeu* فيلما ٨١/٠١/١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from*   إسم المصرح: New Line Exchange Trust Co. S.A.L.

*Acct #:*   رقم الحساب: *173902*

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10,000$ أو ما يعادلها

−   بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
−   و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

<u>**معلومات عن اصدار شيك او تحويل**</u>

رقم المرجع: *TRANSFER #: 193*   cus / ١٩٢

المبلغ: *AMOUNT: 150,000*   ١٥٠,٠٠٠   (العملة    )

نقدي او غير: *CASH*   مشتری

التاريخ: *DATE: 7-10-2010*   ٠١,٠ / ١٠ / ٧

مصدر الاموال: *BUSINESS*   ( أيّة )

وجهة استعمال الاموال: *PURCHASE SHOES*

هوية المستفيد: *BENEFICIARY*   *A-1 INTERNATIONAL LIMITED*

صاحب الحق الإقتصادي: *ELIE JABBOUR*

الإسم:

التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0977



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 879

DATE:06/10/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 192/2009

## ORDER FOR TRANSFER

BANK NAME        :   HSBC HONGKONG
BANK ADDRESS  :   4/F 82-84 NATHAN ROAD , TSIM SHA
YSUIKOWLOON HONGKONG

BENEFICIARY    :   A-1 INTERNATIONAL LIMITED
ACCOUNT NO.    :   817-176647-838

SWIFT          :   HSBCHKHHHKH

AMOUNT         :   100,000 USD (ONE hundred Thousand DOLLARS)
REASON         :   P . SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut. Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810

          FNK 7782 0978

FROM :LCB st CHARLES Branch          FAX NO. :01386337 127          Oct. 06 2010 01:31PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

| | |
|---|---|
| Branch: St.charles | فرع : |
| Date : ../../.... | تاريخ : ../../.... |
| 06/10/2010 | |

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :          يرجى من مصرفكم إصدار :

☐ Bankers Draft          ☐ شيك مصرفي

☐ Outward transfer by          ☐ تحويل خارجي بواسطة

☐ Swift  ☐ Telex  ☐ Mail          ☐ بريد  ☐ تلكس  ☐ سويفت

NEW LINE EXCH. TRUST CO.S.A
BEIRUT-RAS BEIRUT-KARAKAS
B/K : ALIEH LAMBHOUSE TEL 01/778106 REG / 1008128 LB240044 2170 1739 0200 2152 2000

HSBC BANK (HONG KONG)
77-82-84 NATHAN ROAD, TSIM SHA TSUI KOWLOON
HONG KONG SWIFT: HSBCHK HHH KH

813 - 17-6643 - 883

A-1 INTERNATIONAL LIMITED

PAYMENT FOR PURCHASE OF SHOES

| | |
|---|---|
| USD | 99,975 |

```
DATE       : 06/10/2010
TRA. SEQ.  : 711
VALUE DATE : 06/10/2010
REF. KEY   : 0.0548/10
DOC. NO.   : 10010548.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :       99975.00
PMT. CUR.  : US DOLLAR
RATE       :           1
EQUV. AMT  :   99975.00
COMMISSION :      10.00
FX COMM.   :        .00
CBJ FEES   :        .00
POSTAGES   :      15.00
STAMPS     :        .00
TOTAL AMT. :  100000.00
OR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    : 1-1
```

CHAGE

☐ Cash          VALUE  08/10/2010          القيد على الحساب رقم:
☐ Debit A/C Number

217/173902/2/522/0

USD  99975

Lotta Monse          10   100,000

Donia EL.......

AS PER ATTACHED

583          FNK 7782 0979

192

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED
Address: 7/F.,Xin On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong
TEL: 00852-2152 7388 / 21527399

FAX: 00852-35719165        **INVOICE N°** **54135**

CLIENT:                                          DATE        06/10/2010
To:

| No | Item code | Item Description | Colour | Qty Cons | Qty | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|-----------------|--------|----------|-----|----------------|-----------------|
| 1 | 00757 | MEN SHOES | black | 500 | 4000 | $25 | $100,000 |

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|
|  |  |  |  |  | 5000 PCS | SUB | - |
|  |  |  |  |  |  | SHIPING |  |
|  |  |  |  |  |  | 5 % WORK |  |
|  |  |  |  |  |  | TOTAL | $100,000 |

FNK 7782 0980

بسم الله الرحمن الرحيم ، في ٨،١٠،٢٠١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM: New Line Exchange Trust Co. S.A.L.      إسم المصرح:

ACCT #: 173902      رقم الحساب:

الموضوع؛ إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ او ما يعادلها .

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: C.I./19C   TRANSFER # 192

المبلغ: ١٠٠،٠٠٠ (العملة $ )   AMOUNT 100,000

نقدي او غير : نقداً   CASH

التاريخ: ٦،١٠،٢٠١٠ C.I.   DATE: 6-10-2010

مصدر الاموال: التجارة   BUSINESS

وجهة استعمال الاموال: شراء ارحذية لمحل اعمال   PURCHASE SHOES

هوية المستفيد: A-1 INTERNATIONAL LIMITED   BENEFICIARY ELIE JABBOUR

صاحب الحق الإقتصادي: ايلي جوزيف جبور

الإسم: اسماعيل علي عباس

التوقيع: نوال الله

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0981



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000      L.N.B.C. 879

DATE:06/09/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 188/2009

## ORDER FOR TRANSFER

BANK NAME      : HSBC HONGKONG
BANK ADDRESS  : 4/F 82-84 NATHAN ROAD , TSIM SHA
YSUIKOWLOON HONGKONG

BENEFICIARY   : A-1 INTERNATIONAL LIMITED
ACCOUNT NO.   : 817-176647-838

SWIFT         : HSBCHKHHHKH

AMOUNT        : 250,000 USD ( TWO hundred Fifty Thousand
DOLLARS )
REASON        : P . SHOES
CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810

FNK 7782 0982

# LEBANESE CANADIAN BANK SAL البنك اللبناني الكندي ش.م.ل

Branch: .....St.charles.....      فرع : ......

Date : 06/09/2010     تاريخ : .....

**Transfer / Issuing Draft Application**
طلب تحويل / إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft

☒ Outward Transfer by
   ☒ Swift   ☐ Telex   ☐ Mail

برجاء من حضراتكم إصدار : .....
☐ تحويل خارجي بواسطة
☐ سويفت ☐ تلكس ☐ بريد

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR-TALEET LAMBHOUSE- TEL#-01/744808,REG# 1008128 LB24 0044 2170 1739 0200 2052 2000

USD     249,975

HSBC BANK (HONG KONG)
4/F 82-84 NATHAN ROAD, TSIM SHA TSUIKOWLOON
HONG KONG-SWIFT : HSBC HK HHH KH

| | |
|---|---|
| DATE | : 06/09/2010 |
| TRA. SEQ1 | : 927 |
| VALUE DATE | : 06/09/2010 |
| REF. KEY | : 009426/10 |
| DOC. NO. | : 10009426. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 249975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 249975.00 |
| COMMISSION | : .  10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 250000.00 |
| OR A/C | : 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST | |
| REMARKS | : 141 |

817-176647-838

A-1 INTERNATIONAL LIMITED

PAYMENT FOR PURCHASE OF SHOES

VALUR 08/09/2010

Settlement by :
☐ Cash
☐ Debit A/C Number   217/173902/2/532/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission عمولة | Charges رسوم | Stamps طابع |
|---|---|---|---|---|---|---|---|
| USD | 249975 | | | | 5 | 10 | 250,000 |

Applicant's Signature توقيع العميل
AS PER ATTACHED

S.V    صحة التوقيع

Authorized Signature التوقيع المخوّل

FROM :LCB st CHARLES Branch    FAX NO. :0133665337 127    Sep. 06 2010 02:46PM   P1

FNK 7782 0983

بيروت، في ٢٠١٠/٩/٦

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM :*

New Line Exchange
Trust Co. S.A.L.

إسم المصرح: _____

*ACCT #* ___173902___ رقم الحساب:

الموضوع؛ إشعار عن عملية سحب شك

تتجاوز قيمته $10,000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمضارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

*Transfer #: 188* ١٨٨ رقم المرجع:
*Amount 250,000* المبلغ:
*CASH* - نقدي او غير:
*Date: 6-9-2010* التاريخ:
*BUSINESS* - مصدر الاموال:
*PURCHASE SHOES* وجهة استعمال الاموال:
*A-1 INTERNATIONAL LIMITED* - هوية المستفيد: BENEFICIARY
*ELIE JABBOUR* - صاحب الحق الإقتصادي: 

الإسم: 

التوقيع: 

New Line Exchange
Trust Co. S.A.L.

FNK 7782 0984



**New Line Exchange Trust Company S.A.L.**
Capital: 250.000.000   L.R.U.C 679

DATE:09/08/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 179/2009

## ORDER FOR TRANSFER

BANK NAME    :   HSBC HONGKONG
BANK ADDRESS :   4/F 82-84 NATHAN ROAD , TSIM SHA
YSUIKOWLOON HONGKONG

BENEFICIARY  :   A-1 INTERNATIONAL LIMITED
ACCOUNT NO.  :   817-176647-838

SWIFT        :   HSBCHKHHHKH

AMOUNT       :   250,000 USD ( TWO hundred Fifty Thousand
DOLLARS )
REASON       :   P . SHOES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

589                                FNK 7782 0985

# LEBANESE CANADIAN BANK SAL   الـبنك اللبناني الكندي ش.م.ل

Branch: St.charles.

Date : 09/08/2010

Please return on our behalf the following :

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

- [ ] Bankers Draft
- [ ] Outward transfer by
  - [ ] Swift  [ ] Telex  [ ] Mail

x

| | | |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS<br>SOL TALLET LAMBHOUSE, TEL 01744808, PBCH 1008128 LB14 0044 4170 1710 0200 2053 2000 | USD | 249,975 |

HSBC BANK (HONG KONG)
I/F 82-84 NATHAN ROAD, TSIM SHA YSUI KOWLOON
HONG KONG SWIFT : HSBC HK HHH KH

817-176647-838

A-1 INTERNATIONAL LIMITED

PAYMENT FOR PURCHASE OF SHOES

```
DATE        : 09/08/2010
TRA. SEQ1   : 867
VALUE DATE  : 09/08/2010
REF. KEY    : 008365/10
DOC. NO.    : 10008365.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :      249975.00
PHY. CUR.   : US DOLLAR
RATE        :         1
EQUV. AMT   :      249975.00
COMMISSION  :          10.00
FX COMM.    :            .00
CBJ FEES    :            .00
POSTAGES    :          15.00
STAMPS      :            .00
TOTAL AMT.  :      250000.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

VALUE 11/08/2010

- [ ] Cash
- [ ] Debit A/C Number

AS PER ATTACHED

Applicant's Signature       Authorized Signature

Laila Wm...n       Fadi Nasr.el

Aug. 09 2010 03:45PM  P1          FAX NO. :0135633?7 127          FROM :LCB St CHARLES Branch.

590                                              FNK 7782 0986

بيروت في ٢٠١٠/٨/٩

جانب إدارة البنك اللبناني الكندي ش.م.ل، المحترمين

*ORDER FROM!*

إسم المصرح: _____ New Line Exchange Trust Co. S.A.L. _____

*Acct #!* رقم الحساب: _____ 173902 _____

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ٢٠٠٩-١١٧٩ *TRANSFER # 179*

المبلغ: _____ CO _____ (العملة) *AMOUNT: 250,000*
                                                        *CASH*

نقدي او غير : نقداً S     *— CASH*

التاريخ: ٢٠١٠/٨/٩ *DATE! 9.8.2010*

مصدر الاموال: _____ *— BUSINESS*

وجهة استعمال الاموال: _____ *PURCHASE SHOES*

هوية المستفيد: – *A.1 INTERNATIONAL LIMITED* *— BENEFICIARY*

صاحب الحق الإقتصادي: _____ *ELIE JABBOUR*

الإسم: _____

التوقيع: _____

New Line Exchange
Trust Co. S.A.L.

591                                    FNK 7782 0987



ATT: MR OUSAMA

DATE: 07/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 169/2009

## ORDER FOR TRANSFER

BANK NAME    : HSBC HONGKONG
BANK ADDRESS :  4/F 82-84 NATHAN ROAD , TSIM SHA YSUIKOWLOON HONGKONG

BENEFICIARY   :   A-1 INTERNATIONAL LIMITED

ACCOUNT NO.   :   817-176647-838

SWIFT         :   HSBCHKHHHKH

AMOUNT        :   200,000 USD ( TWO hundred Thousand DOLLARS )
REASON        :   P . SHOES

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

592

FNK 7782 0988

FROM :LCB st CHARLES Branch        FAX NO. :013&6337 127        Jul. 08 2010 07:44AM P1

# LEBANESE CANADIAN BANK
### SAL

البنك اللبناني الكندي
ش.م.ل

| Branch :St.charles | Transfer / Issuing Draft Application | فرع: |
| --- | --- | --- |

DATE :07/2010 / /                                        تاريخ: / / /

Please remit on our behalf the following :                 يرجى من حضرتكم إصدار

☐ Bankers Draft                                            ☐ شيك مصرفي
☐ Outward transfer by                                      ☐ تحويل خارجي بواسطة
   X   ☐ Swift  ☐ Telex  ☐ Mail                           ☐ السويفت ☐ التلكس ☐ البريد

| Applicant's Name and Address | إسم وعنوان الآمر | Currency العملة | Amount المبلغ |
| --- | --- | --- | --- |
| NEW LINE EXCH.TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR.-TALEET LAMHOUSE, TBL# 017/44808, REG# 1008/28 LB24.0044 2170 1730.0200 1037 2000 | | USD | 199,975 |

| Beneficiary's Bank إسم المصرف المستفيد | For Bank Use Only يملأ من قبل المصرف فقط |
| --- | --- |
| HSBC BANK (HONG KONG) JF 82-84 NATHAN ROAD, TSIM SHA-YSUIKOWLOON HONG KONG SWIFT: HSBC.HK HHH KH | DATE         : 07/07/2010 |
| | TRA. SEQ.    : .070 |
| | VALUE DATE   : 07/07/2010 |
| | REF. KEY     : 007116/10 |
| | DOC. NO.     : 10007116. |
| | TRF. TYPE.   : SWIFT TRANSFER |

| Beneficiary's Account Number رقم حساب المستفيد | TRF. CUR.    : US DOLLAR |
| --- | --- |
| 817-170147-834 | TRF. AMT.    : 199975.00 |
| | PMT. CUR.    : US DOLLAR |

| Beneficiary Name and Address إسم المستفيد وعنوانه | RATE         : 1 |
| --- | --- |
| A-1 INTERNATIONAL LIMITED | EQUV. AMT.   : 199975.00 |
| | COMMISSION   : 10.00 |
| | FX COMM.     : .00 |
| | CBJ FEES     : .00 |
| | POSTAGES     : 15.00 |
| | STAMPS       : .00 |

| Details التفاصيل | TOTAL AMT.   : 200000.00 / |
| --- | --- |
| PAYMENT FOR PURCHASE OF SHOES | DR A/C       : 817/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS      : / |

| Correspondent Name إسم المصرف المراسل | CHASE | |
| --- | --- | --- |
| Correspondent Account Number رقم الحساب لدى المراسل | VALUE 09/07/2010 | |

Settlement by : طريقة التسديد

☐ Cash                                                     ☐ نقداً
☐ Debit A/C Number                                         ☐ الأمر على حسابنا رقم

X _____ 817/173902/7/521/0

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Counter Value القيمة المعادلة | Currency العملة | Commission العمولة | Cost o Tevek | Stamps الطابع | Total المجموع |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| USD | 199975 | | | | 15 | | 10 | 200000 |

| Applicant's Signature توقيع العميل | S.V صحة التوقيع | Authorized signature التوقيع المعتمد |
| --- | --- | --- |
| AS PER ATTACHED | | |

FNK 7782 0989

18S

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED

Address: 7/F.,Kin On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong

TEL: 00852-2152 7388 / 21527399

FAX: 00852-3571910

**INVOICE N°** 54132          DATE      07/07/2010

CLIENT:

To:



| No | Item code | Item Description | Colour | Qty Ctns | Qty | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|------------------|--------|----------|------|----------------|-----------------|
| 1  | 00753     | MEN SHOES        | black  | 500      | 5000 | $20            | $100,000        |
| 2  | 00754     | WOMAN SANDALS    | WHITE  | 500      | 5000 | $20            | $100,000        |

|  | 10000 PCS | SUB |  |
|--|-----------|-----|--|
|  |           | SHIPING |  |
|  |           | 5 % WORK |  |
|  |           | TOTAL | $200,000 |

FNK 7782 0990

Mar. 11 2011 12:26PM P4          FAX NO. :02124818394          FROM :

بيروت في، C.١.NN

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM :*  New Line Exchange Trust Co. S.A.L.

إسم المصرح:

*ACCT # :*  1739o2  رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ او ما يعادلها

‐  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

··  و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

cn9/179  *TRANSFER # : 169*  رقم المرجع:

(العملة __$__)  2oo,ooo  ‐ المبلغ:

*CASH*  ‐ نقدي او غير :

*DATE : 7.7.7010*  / V /  ‐ التاريخ:

*BUSINESS*  ‐ مصدر الاموال:

*PURCHASE SHOES*  وجهة استعمال الاموال:

*A-1 INTERNATIONAL LTD*  ‐ هوية المستفيد:  *BENEFICIARY*

*1418 JABOUR*  ‐ صاحب الحق الإقتصادي:

الإسم:

التوقيع:

New Line Exchange

595                                    FNK 7782 0991



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE:09/06/2010

M.M. MECTAFF S.A.L.

BEIRUT – LEBANON

REF. NO.: 142/2009

## ORDER FOR TRANSFER

BANK NAME      :   HSBC HONGKONG

BANK ADDRESS :   4/F 82-84 NATHAN ROAD , TSIM SHA YSUIKOWLOON HONGKONG

BENEFICIARY  :    A-1 INTERNATIONAL LIMITED

ACCOUNT NO.   :    817-176647-838

SWIFT             :    HSBCHKHHHKH

AMOUNT          :    200,000 USD ( TWO hundred Thousand DOLLARS )

REASON          :    P . SHOES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 0992

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED
Address: 7/F.,Kin On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong
TEL: 00852-2152 7388 / 21527399
FAX: 00852-35719160          **INVOICE Nº**  634858



Date:        29/01/2010
Payment:    ON DATE

CLIENT:   elie jabour

| No | Item code | Item Description | Colour | Qty Ctn | Qty | | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|------------------|--------|---------|------|------|----------------|-----------------|
| 1 | 85683# | casual shoes | SILVER | 550 | 6600 | PCS | 8.40 | 55,440.00 |
| 2 | 85764# | casual shoes | BLACK | 400 | 4800 | PCS | 8.50 | 40,800.00 |

|  |  |
|------------|-----------|
| 11400  PCS | TOTAL | 96,240.00 |
|  | SHIPPING | 3,760.00 |
|  | TOTAL | **100,000.00** |

BANK INFORMATION:
   BENEFICIARY BANK: HSBC HONGKONG
   BANK ADDRESS: 4/F 82-84 NATHAN ROAD, TSIM SHA YSUI KOWLOON HONGKONG
   SWIFT CODE: HSBCHKHHHKH
   A/C NO: 817-176647-838
   NAME: A-1 INTERNATIONAL LIMITED

FNK 7782 0993

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED
Address: 7/F.,Kin On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong
TEL: 00852-2152 7388 / 2152/399
FAX: 00852-35719160    **INVOICE N°**  634856



CLIENT:    elie jabour

Date:       29/01/2010
Payment:   ON DATE

| No | Item code | Item Description | Colour | Qty Ctns | Qty | | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|------------------|--------|----------|-----|-----|------|-------|
|    | 76235#    | casuel shoes     | SILVER | 300      | 3600 | PCS | 7.80 | 28,080.00 |
| 2  | 76358#    | casuel shoes     | BLACK  | 400      | 4800 | PCS | 7.20 | 34,560.00 |
| 3  | 78365#    | casuel shoes     | GREY   | 350      | 4200 | PCS | 8.00 | 33,600.00 |



| 12600 PCS | TOTAL | 96,240.00 |
|-----------|-------|-----------|
|           | SHIPPING | 3,760.00 |
|           | TOTAL | 100,000.00 |

BANK INFORMATION:
   BENEFICIARY BANK: HSBC HONGKONG
   BANK ADDRESS: 4/F 82-84 NATHAN ROAD, TSIM SHA YSUI KOWLOON HONGKONG
   SWIFT CODE: HSBCHKHHHKH
   A/C NO:  817-176647-838
   NAME: A-1 INTERNATIONAL LIMITED

FNK 7782 0994

09-JUN-2010  12:42  FROM MECATTAF SAL                    TO 9-01744810                    P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26                              Awkar,     09-JUN-2010
P.O.Box : 11 - 5833
Beirut - Lebanon                                            ┌────────────────────────┐
Phone : 04-543 700 Fax : 04-543 709                        │  IBL BANK SAL          │
                                                           │  ACHRAFIEH BRANCH      │
                                                           │                        │
Ref :    B5777   New Line                                  │                        │
                                                           └────────────────────────┘

**NOT NEGOTIABLE**

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No. .......007 002 301 0015654 010...... kindly effect the following payment

Amount  ┌──────────────────────┐          Value Date      10-JUN-2010
        │  USD   200,000.00    │
        └──────────────────────┘

        US DOLLAR TWO HUNDRED THOUSAND  ONLY

Pay to :     HSBC BANK
             4/F 82-84 NATHAN RD TSIMA SHA
             YSUI KOWLOON HONGKONG
             SWIFT HSBCHKHHHKH

Beneficiary:  A-1 INTERNATIONAL LIMITED
              7/F KIN ON COMMERCIAL BLDG 49-51
              JERVOIS STREET SHEUNG WAN
              HONGKONG
              AC.NO. 817176647828

For Further
Credit:

By Order:    MECATTAF SAL BEIRUT - LEBANON

             VALUE OF CASUEL SHOES ORDER ELIE JABBOUR

             /ACC/A-1 INTERNATIONAL LIMITED //SOURCE OF FUNDS-TRADE OF
             //CASUEL SHOES

Source Of
Funds:

Benef.Right
Owner:

**NOT NEGOTIABLE**

                                                    **MECATTAF S.A.L.**

                                                                      TOTAL P.01

FNK 7782 0995

142

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED
Address: 7/F.,Kin On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong
TEL: 00852-2152 7388 / 21527399
FAX: 00852-3571916



**INVOICE N°  54147**

CLIENT:

To:

DATE    09/06/2010

| No | Item code | Item Description | Colour | Qty Ctns | Qty | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|------------------|--------|----------|-----|----------------|-----------------|
| 1 | 00810 | MEN SHOES | black | 500 | 5000 | $20 | $100,000 |
| 2 | 00811 | WOMAN SANDALS | WHITE | 500 | 5000 | $20 | $100,000 |

| 10000 | PCS | SUB | |
|-------|-----|------|--|
| | | SHIPING | |
| | | 5 %WORK | |
| | | TOTAL | $200,000 |

FNK 7782 0996

14-DEC-2010  03:24    FROM MECATTAF *CLAUD              TO  9-01744810          P.01

**M E C A T T A F  S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

cmf

Awkar,  14-DEC-2010

LEBANESE CANADIAN BANK SAL
DORA BRANCH

Ref :    B15298  New Line

NOT NEGOTIABLE

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account IBAN no.  LB50004430002148470020199000
kindly effect the following payment

Amount    USD  1,220,000.00        Value Date  17-DEC-2010

US DOLLAR ONE MILLION TWO HUNDRED TWENTY THOUSAND  ONLY

Pay to :
LEBANESE CANADIAN BANK SAL
SAINT CHARLES BRANCH
BEIRUT LEBANON

Beneficiary:
NEW LINE EXCHANGE TRUST COMPANY

IBAN LB24 0044 2170 3733 0200 2052 2000

For Further
Credit:

By Order:
NEW LINE EXCHANGE TRUST COMPANY

BUSINESS EXCHANGE

NOT NEGOTIABLE

Source Of
Funds:
Benef.Right
Owner:

**MECATTAF S.A.L.**

601

FNK 7782 0992
TOTAL P.01

**M E C A T T A F   S.A.L.**
Exchange Establishment List No.  26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar,   14-DEC-2010

LEBANESE CANADIAN BANK SAL
DORA BRANCH

Ref :   B15298  New Line

**NOT NEGOTIABLE**

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account IBAN no.   LB50004430002148470020199000
kindly effect the following payment

| Amount | USD  1,220,000.00 | Value Date   17-DEC-2010 |

US DOLLAR ONE MILLION TWO HUNDRED TWENTY THOUSAND   ONLY

**Pay to :**
LEBANESE CANADIAN BANK SAL
SAINT CHARLES BRANCH
BEIRUT LEBANON

**Beneficiary:**
NEW LINE EXCHANGE TRUST COMPANY

IBAN LB24 0044 2170 1700 0200 2052 2000

**For Further Credit:**

**By Order:**
NEW LINE EXCHANGE TRUST COMPANY

BUSINESS EXCHANGE

**NOT NEGOTIABLE**

**Source Of Funds:**
**Benef.Right Owner:**

**MECATTAF  S.A.L.**

602

FNK 7782 0998



# MECATTAF S.A.L.
### BEIRUT - LEBANON

CODE  : 0123
NAME  : New Line Exchange Trust Company SAL

ORDER/CHEQUE

NO  #  :  25502
DATE  : 14-12-2010

| REFERENCE | CURR | QUANTITY | LIBELLE | RATE | AMOUNT IN $ |
|---|---|---|---|---|---|
| O  B15298 | USD | 1,220,000.00 | VIT LEBANON | 1.000000 | 1,220,000.00 |

ACCOUNT 0531
Lebanese Canadian Bank S.J
FICHS :    8498

Value Date :14-12-2010

TOTAL IN $ :               1,220,000.00
CHARGES IN $:                      50.00
GRAND TOTAL IN $        1,220,050.00

CAPITAL :L.P. 2.500.000.000 FULLY PAID -R.C.B. 43270

FNK 7782 0999



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C 679

*POSTED*

DATE: 02/02/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 117/2009

## ORDER FOR TRANSFER

BANK NAME       :   HSBC HONGKONG

BANK ADDRESS   :   4/F 82-84 NATHAN ROAD , TSIM SHA
YSUIKOWLOON HONGKONG

BENEFICIARY    :    A-1 INTERNATIONAL LIMITED

ACCOUNT NO.    :    817-176647-838

SWIFT          :    HSBCHKHHHKH

AMOUNT         :    200,000 USD ( TWO hundred Thousand DOLLARS )

REASON         :    P . SHOES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

604                                    FNK 7782 1000

FROM :TELEPLANETA              FAX NO. :02122179213              Feb. 01 2010 01:49PM  P3

Elie Jabbour

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED

Address: 7/F.,Kln On Commercial Building, 49-51 Jervois Street,Sheung Wan,Hong Kong

TEL: 00852-2152 7388 / 21527399

FAX: 00852-35719160        *INVOICE N°*  634856

CLIENT:   elie jabour

Date:        29/01/2010
Payment:   ON DATE

| No | Item code | Item Description | Colour | Qty Cns | Qty | | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|-----------------|--------|---------|-----|-----|--------|-------|
| 1 | 76235# | casuel shoes | SILVER | 300 | 3600 | PCS | 7,80 | 28.080,00 |
| 2 | 76356# | casuel shoes | BLACK | 400 | 4800 | PCS | 7,20 | 34.560,00 |
| 3 | 78365# | casuel shoes | GREY | 350 | 4200 | PCS | 8,00 | 33.600,00 |



| | | |
|---|---|---|
| 12600 PCS | TOTAL | 96.240,00 |
| | SHIPPING | 3.760,00 |
| | TOTAL | 100.000,00 |

BANK INFORMATION:
BENEFICARY BANK: HSBC HONGKONG
BANK ADDRESS: 4/F 82-84 NATHAN ROAD, TSIM SHA YSUI KOWLOON HONGKONG
SWIFT CODE: HSBCHKHHHKH
A/C NO: 817-176647-838
NAME: A-1 INTERNATIONAL LIMITED

FNK 7782 1001

FROM : TELEPLANETA          FAX NO. :02122179213          Feb. 01 2010 01:49PM  P2

*Elie Jabbour*

# A-1 INTERNATIONAL LIMITED

A-1 INTERNATIONAL LIMITED
Address: 7/F, Kin On Commercial Building, 49-51 Jervois Street, Sheung Wan, Hong Kong
TEL: 00852-2152 2388 / 21527399
FAX: 00852-35719160       **INVOICE N°** 634858

CLIENT:  elie jabour



Date:       29/01/2010
Payment:    ON DATE

| No | Item code | Item Description | Colour | Qty Ctn | Qty | | Unit US$ /Unit | Total US$ /Unit |
|----|-----------|------------------|--------|---------|-----|-----|--------|-------|
| 1 | 86683# | casuel shoes | SILVER | 550 | 6600 | PCS | 8,40 | 55.440,00 |
| 2 | 85764# | casuel shoes | BLACK | 400 | 4800 | PCS | 8,50 | 40.800,00 |

| | | | |
|---|---|---|---|
| 11400 PCS | TOTAL | | 96.240,00 |
| | SHIPPING | | 3.760,06 |
| | TOTAL | | 100.000,00 |

BANK INFORMATION:
BENEFICIARY BANK: HSBC HONGKONG
BANK ADDRESS: 4/F 82-84 NATHAN ROAD, TSIM SHA YSUI KOWLOON HONGKONG
SWIFT CODE: HSBCHKHHHKH
A/C NO: 817-178847-838
NAME: A-1 INTERNATIONAL LIMITED

606                                              FNK 7782 1002

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Feb. 03 2010 01:25PM P1

**LEBANESE CANADIAN** BANK SAL          بنك اللبناني الكندي م.م.

Branch:
St.charles.
Date :
Please effect on our behalf the following :
☐ Bankers Draft
☐ Outward transfer by
☐ Swift  ☐ Te\ex  ☐ Mail

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

مرجع :
تاريخ :

Applicant's Name and Address
NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.TALLET LAMBIHOUSE, TEL# 01/744808, REG# 1008128 AA# 171902

| Currency | Amount |
|----------|--------|
| USD | 199,975 |

Beneficiary's Bank
HSBC BANK (HONG KONG)
1/F 82-84 NATHAN ROAD, TSIM SHA TSUIKOWLOON
HONG KONG-SWIFT : HSBC HK HHLKH

Beneficiary's Account Number
817-176647-838
Beneficiary Name and Address

A-1 INTERNATIONAL LIMITED

Details

PAYMENT FOR PURCHASE OF SHRS.

For Bank use Only                خاص بالمصرف فقط
```
DATE        : 02/02/2010
TRA. SEQ.   : 911
VALUE DATE  : 02/02/2010
REF. KEY    : 001194/10
DOC. NO.    : 10001194
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 199975.00
PMT. CUR.   : US DOLLAR
RATE        : 1
EQUV. AMT   : 199975.00
CONMISSION  : 10.00
FX COMM.    : .00
SWD FEES    : .00
POSTAGES    : 15.00
STAMPS      : .00
TOTAL AMT.  : 200000.00
DR A/C      : 217/173907-87/2/527/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

COPY

Correspondent Name
Correspondent Account Number        CHASE

Settlement by:
☐ Cash
☐ Debit A/C Number

VALUE  04/02/2010

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Costs | Stamp | Total |
|----------|--------|---------------|----------|---------------|------------|-------|-------|-------|
| X |  | 217/173907-87/2/527/0 |  |  |  |  |  |  |

| Applicant's Signature | | S.V | Authorized signature | |
|---|---|---|---|---|
| USD 199975 | | | 15 | 10 200000 |

AS PER ATTACHED

607        FNK 7782 1003

بيروت، في ٢/٢/٠١٠٢

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from :*

إسم المصرح: New Line Exchange
Trust Co. S.A.L.

*Acct # :*

رقم الحساب: ١٧٣٩٠٢

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 او ما يعادلها

–   بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

–   و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

*TRANSFER # 117*
رقم المرجع: ٢١٧ ـ ٩ـ C

*AMOUNT: 200,000*
المبلغ: ٢٠٠,٠٠٠        (العملة ....)

*CASH*
– نقدي او غير: نقدي ة

*DATE: 2-2-2010*
التاريخ: ٢/٢/٠١٠٢

*BUSINESS*
– مصدر الاموال: العمل ة

*PURCHASE SHOES*
– جهة استعمال الاموال: شراء أحذية ـ هونغ كونغ ـ

*ILIE JABBOUR*
– هوية المستفيد: لبنانيا ـ ايلي جبور ـ

*A-1 INTERNATIONAL LIMITED*    *BENEFICIARY*
– صاحب الحق الإقتصادي:

الإسم: اسماعيل قصيرصي

التوقيع: يا لوكاس

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1004

FNK 7782 1005

GOLDI ELECTRONICS

FNK 7782 1006



DATE: 09/08/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 180/2009

## ORDER FOR TRANSFER

BANK NAME    :  STANDARD CHARTERED BANK ( HONG KONG ) LTD.

BANK ADDRESS  :  7/F ., STANDARD CHARTERED TOWER , 388 KWUN
TONG RD. , KWUN TONG , KLN , HK.

BENEFICIARY  :  TCL HOME APPLIANCES (HK) CO., LTD.

ACCOUNT NO.  :  447-168-423-70
SWIFT        :  SCBLHKHHXXX

AMOUNT       :  300,000 USD ( THREE hundred THousand . DOLLARS )

REASON       :  P. AIR CONDITIONER .

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

611                                    FNK 7782 1007

**☰BANESE CANADIAN BANK** SAL   البنك اللبناني الكندي ش.م.ل

Branch:  St.charles.  فرع : ـــ
Date : 09/08/2010  تاريخ : ـ/ـ/ـ

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Please Issue on our behalf the folowing :  يرجى من حضرتكم إصدار
☐ Bankers Draft  ☐ شيك مصرفي
☐ Outward transfer by  ☐ تحويل خارجي بواسطة
  ☐ Swift  ☐ Telex  ☐ Mail   ☐ السويفت ☐ التلكس ☐ البريد

| | USD | 299,975.00 |

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS.
STR. SALHEH LAMHUCHSH, DEI F.0/2/44809, REG#1008128

STANDARD CHARTERED BANK-HONG KONG LTD
7/F STANDARD CHARTERED TOWER,388 KWUN TONG RD,KWUN TONG KLN HK
SWIFT :SCBLHKHHXXX,

#47-168-423-70

TOL HOME APPLIANCES (HK) CO.LTD

PURCHASE OF AIR CONDITIONER

ST CHART

```
                          09/08/2010
TRA. SEQ1  : 868
VALUE DATE : 09/08/2010
REF. KEY   : 008366/10
DOC. NO.   : 10008366.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :      299975.00
PMT. CUR.  : US DOLLAR
RATE       :             1.
EQUV. AMT  :      299975.00
COMMISSION :          10.00
FX COMM.   :            .00
OBJ FEES   :            .00
POSTAGES   :          15.00
STAMPS     :            .00
TOTAL AMT. :      300000.00
DR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    :
```

VALUE 11/08/2010
☐ Cash  لقيد على الحساب رقم :
☐ Debit A/C Number

USD 299975

AS PER ATTACHED

Fadi Nosser

612   FNK 7782 1008

بيروت في: ١٨/٩/٢٠١٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from*

إسم المصرح: New Line Exchange
Trust Co. S.A.L.

*Acct no* 173902 :رقم الحساب

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

### معلومات عن اصدار شيك او تحويل

*Transfer no 180*
رقم المرجع: ١٨٠ ـ ٩ـ س
*Amount 300,000*
المبلغ: ... (العملة $)
*Cash*
نقدي او غير: نقدي
*Date 9/8/2010*
التاريخ: ٢٠١٠/٨/٩
*Buisness*
– مصدر الاموال: التجارة
*Reason (Home Appliances)*
– وجهة استعمال الاموال: استيراد(ماكينات) الكهرب
*Tel HOME APPLIANCES – Beneficiary*
– هوية المستفيد: الكهرب
*GOLDi ELECTRONIC – Client*
– صاحب الحق الإقتصادي:

الإسم: اسماعيل يوسف
التوقيع:
بالوكالة

New Line Exchange
Trust Co. S.A.L.

   FNK 7782 1009



*ATT. OSAMA*

**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE : 20/08/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT — LEBANON

REF. NO.: 185/2009

## ORDER FOR TRANSFER

BANK NAME    :   STANDARD CHARTERED BANK ( HONG KONG ) LTD.

BANK ADDRESS :   7/F ., STANDARD CHARTERED TOWER , 388 KWUN
TONG RD. , KWUN TONG , KLN , HK.

BENEFICIARY   :   TCL HOME APPLIANCES (HK) CO., LTD.

ACCOUNT NO.    :   447-168-423-70
SWIFT          :   SCBLHKHHXXX

AMOUNT         :   408,600 USD ( FOUR HUNDRED EIGHT Thousand AND SIX
HUDRED DOLLARS )

REASON         :   P. AIR CONDITIONER
CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

اسماعيل يوسف   ISMAIL YOUSSEF

New Line Exchange
Trust Co S.A.L.

Rue Beirut, Corness Street Uh 100m to Jonah house Tel: +961 1 711000/000  Fax +961 1 711/016

FNK 7782 1010

بيروت في C.1. INK. ٤

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER from   New Line Exchange
Trust Co. S.A.L

إسم المصرح: _____

Acct no4   173902   رقم الحساب: _____

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10,000 او ما يعادلها

-- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

-- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

Transfer no4 185   cm9 / ١٨٠   رقم المرجع:

Amount 408,600   (العملة _$_)   ع.ن..   المبلغ:

cash   نقدي او غير : نقد S

Date 20/8/2010   C.1. / C   التاريخ:

Buisness   مصدر الاموال: (البيع) رك ك

Reason (Home   Appliance)   وجهة استعمال الاموال: شراء أدوات منزلية – البيع

T C L HOME APPLIANCES   هوية المستفيد: - Beneficiary

GOLD ELECTRONIC   صاحب الحق الإقتصادي: - client

الإسم: _____

التوقيع: _____

New Line Exchange
Trust Co. S.A.L.

615                    FNK 7782 1011

FROM :LCB st CHARLES Branch        FAX NO. :013E6337 127        Aug. 23 2010 11:54AM P1

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: St.charles    فرع :

Date : 31/08/2010    تاريخ : __/__/__

## Transfer / Issuing Draft Application
### طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :    يرجى من حضرتكم إصدار

☐ Bankers Draft    ☐ شيك مصرفي
☑ Outward transfer by    ☐ تحويل خارجي بواسطة
    ☐ Swift  ☐ Telex  ☐ Mail    ☐ البريد  ☐ التلكس  ☐ السويفت

| | |
|---|---|
| NEW LINE EXCH TRUST CO.S<br>BEIRUT-RAS BEIRUT-KARAKAS<br>STR-TALEET LAMB HOUSE, TEL#.01/744908, RCM 1008128 LB24 0644 2170 1739 0200 2052 2000 | USD    408,600.00 |

STANDARD CHARTERED BANK HONG KONG LTD
I/F STANDARD CHARTERED TOWER,388 KWUN TONG RD,KWUN
SWIFT:SCBLHKHHXXX    HONG KLN HK  21/08/2010

TRA. SEQ1  : 196
VALUE DATE : 21/08/2010
REF. KEY   : 008805/10
DOC. NO.   : L0008805.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
447-168-422-70    TRF. AMT   :        408600.00
PMT. CUR.  : US DOLLAR
RATE       :              1
EQUV. AMT  : 408600.00
TCL HOME APPLIANCES (HK) CO.LTD    COMMISSION :     10.00
FX COMM.   :        .00
CBJ FEES   :        .00
POSTAGES   :      15.00
STAMPS     :        .00
PURCHASE OF AIR CONDITIONER    TOTAL AMT. : 408625.00
DR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    : 7(1

ST CHART

VALUE 24/08/2010

☐ Cash    النقد
☑ Debit A/C Number    217/173902/2/522/0    القيد على الحساب رقم :

| USD   408600 | | | | | 15 | 10 | |
|---|---|---|---|---|---|---|---|

AS PER ATTACHED

Mohamad Hamdoun

FNK 7782 1012



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 05/07/2010

MM. MECTAFF S.A.L.

BEIRUT – LEBANON

REF. NO.: 168/2009

## ORDER FOR TRANSFER

BANK NAME   :  STANDARD CHARTERED BANK ( HONG KONG ) LTD.

BANK ADDRESS :  7/F ., STANDARD CHARTERED TOWER , 388 KWUN TONG RD. , KWUN TONG , KLN , HK.

BENEFICIARY  :  TCL HOME APPLIANCES (HK) CO., LTD.

ACCOUNT NO.  :  447-168-423-70

SWIFT     :  SCBLHKHHXXX

AMOUNT   :  500,000 USD ( FIVE hundred THousand HUNDRED DOLLARS )

REASON   :  P. AIR CONDITIONER .

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1013



# TCL Home Appliances (HK) Co., Limited

13/f., TCL Tower, 8 Tai Chung Rd., Tsuen Wan, Hong Kong

## Proforma Invoice

To Messrs (the Buyer): HUMBER SPORT C.A. / Goldi Electronica S.A
Nextile: +961-3-205495

Adds: CALLE 16, AVE, ROOSEVELT, APARTADO 2121 Z.L., ZONA LIBRE DE COLON, COLON, REP. DE PANAMA

Invoice No.: PI-Caribbean-20100630000019
Date of Issue: 2010-06-30
Place of Issue: Zhongshan, China

| TCL Model | Buyer's Model / Description | Unit Price (USD/Set) | | Purchase Qty (Sets) | Subtotal |
|---|---|---|---|---|---|
| TAC-09CSB/BK1 | 115V/60HZ, R22, cooling only, wall-mount split type air conditioner, regular EER, LED display, 3.6 meter copper pipe, 'GOLDI Electronic' brand, Toshiba compressor | $145.00 | | 310 | $44,950.00 |
| TAC-12CSH1 | | $153.00 | | 1340 | $205,020.00 |
| TAC-12CSB/BK1 | | $157.00 | | 536 | $84,152.00 |
| TAC-09CSB/BK2 | 220V/60HZ, R22, cooling only, wall-mount split type air conditioner, regular EER, LED display, 3.6 meter copper pipe, 'GOLDI Electronic' brand, Toshiba compressor | $140.00 | | 310 | $43,400.00 |
| TAC-12CSH2 | | $147.00 | | 1340 | $196,980.00 |
| TAC-12CSB/BK2 | | $152.00 | | 536 | $81,472.00 |
| TAC-18CSH2 | | $202.00 | | 220 | $44,440.00 |
| TAC-18CSB/BK2 | | $207.00 | | 220 | $45,540.00 |
| TAC-24CSH2 | | $285.00 | | 145 | $41,325.00 |
| TAC-24CSB/BK2 | | $290.00 | | 145 | $42,050.00 |
| TOTAL | *** | *** | *** | 5,102 | $829,329.00 |
| | Spare parts free of charge worth 1% of total FOB Zhongshan value | *** | | *** | |

TOTAL SAY IN US DOLLARS EIGHT HUNDRED TWENTY-NINE THOUSAND THREE HUNDRED AND TWENTY-NINE ONLY.

Notes:
*Payment is to by T/T 30% as downpayment, and balance to be paid by T/T one week before shipment
*Price term subject to Incoterm 2000: FOB Zhongshan port

FNK 7782 1014

*The above goods are to be loaded in 20X(40HQ) Containers from Zhongshan port, China.

*Delivery will be made 35-45 days after receipt of 30% down payment.

*All documents except Bills of Lading, Draft, Invoice, Packing List and Certificate of Origin are subject to availability and extra charge.

*This Proforma Invoice is only valid if:

1, signed by TCL Senior Manager of Sales Department; and

2, counter-signed by customer within 5 working days after this date of issuance; and

3, L/C or T/T prepayment arrives within 10 working days after this date of issuance; and

4, total cost charge of the above goods (which may be caused by change of Exchange rate, raw material cost, VAT refund policy, etc.) does not exceed it before establishment of T/T.

*Bank Reference:

BENEFICIARY: TCL Home Appliances (HK) Co., Ltd.

BANK NAME: Standard Chartered Bank (Hong Kong) Ltd.

BANK ADDRESS: 7/F., Standard Chartered Tower, 388 Kwun Tong Rd., Kwun Tong, KLN, HK.

ACCOUNT NO.: USD:   447 168 423 70
              HKD:   447 168 423 62
              EUR:   447 168 423 89
              JPY:   447 168 423 97

SWIFT CODE: S C B L H K H H X X X

*Other terms and conditions:

AC Connection Pipe: All with 3.5 m pipe

AC Extra Filters:

RF Lock:

RK Pump:

*This Proforma Invoice is made to form a Sales Contract once duly signed.

Prepared by: Catherine Qin

Title:

Signed by:

Title:

Date:

Daily Contact: TCL Home Appliance Corp. Overseas Business Division (TCL SRO)
102 Nantou Road, Nantou, Zhongshan, Guangdong, 528 427, P. R. China
Tel: +86-760-2313 2826    Fax: +86-760-2313 2825    http://hao.tcl.com

FNK 7782 1015



04-JUL-2010 23:42   FROM MECATTAF *CLAUD                 TO 9-01744810                P.01

**MECATTAF S.A.L.**
Exchange Establishment List No. 26
P.O.Box : 11 - 5833
Beirut - Lebanon
Phone : 04-543 700 Fax : 04-543 709

Awkar;    05-JUL-2010

STANDARD CHARTERED BANK
DBAYEH

NOT NEGOTIABLE

Ref :   B6760   New Line

## PAYMENT ORDER

Dear Sirs,
By the debit of our Account No.  LB0600980000000010165458 ......................., kindly effect the following payment

Amount     USD  500,000.00          Value Date   07-JUL-2010

US DOLLAR FIVE HUNDRED THOUSAND ONLY

Pay to :   STANDARD CHARTERED BANK (HONGKONG)
           7/F STANDARD CHARTERED TOWER
           388 KWUN TONG RD KWUN KLN
           HONGKONG SWIFT SCBLHKHHHKH

Beneficiary:  TCL HOME APPLIANCES (HK) CO LTD
              13 F TCL TOWER 8 TAI CHUNG RD
              TSUEN WAN HONGKONG
              AC.NO. 447-168-423-78

For Further
Credit:

By Order:  HUMMER SPORT S.A./ GOLDI ELECTRONIC SA

           FOR AIR CONDITIONER

NOT NEGOTIABLE

Source Of
Funds:
Benef.Right
Owner:

**MECATTAF S.A.L.**

TOTAL P.01

FNK 7782 1016

MINISTERIO DE INDUSTRIA Y COMERCIO
Dirección de la Propiedad Industrial

| SOLICITUD DE | | ESTAMPILLAS | |
|---|---|---|---|
| **REGISTRO** | Reservado para la Administración | Expediente N° | |
| | | Fecha y Hora de presentación | 09:30 |
| DE MARCA | | Recibo de Pago de Tasa N° | 29 ABR 2000 |
| Denominación | | Concesión N° | |
| "GOLDI ELECTRONICS" | | | |
| Clase 11 | P S | | Vencimiento |

**SOLICITANTE**

Nombre: GOLDI ELECTRONICS S.A.    País:
Domicilio: CIUDAD DE COLON, ZONA LIBRE DE COLON, REP. DE PANAMÁ

**AGENTE**

Nombre: GUSTAVO JAVIER VIVEROS GARCETE    Matrícula N°: 2080
Domicilio: Gral Bruguez N° 761 e/ Herrera y Avenida Rep. (Dpto. Capital)

Todos los productos comprendidos en la clase 11 (once)

Distintivo:

Firma del solicitante o apoderado    Firma del patrocinante    Firma Sello del Funcionario

CONSTE que la presente hoja es descriptiva y memoria de la marca individualizada y es copia fiel de la que se archiva en los archivos de esta Dirección.
P.2050

Julio de Marcos
Dirección de la Propiedad Industrial

621

MINISTERIO DE INDUSTRIA Y COMERCIO
Dirección de la Propiedad Industrial

| SOLICITUD DE | | ESTAMPILLAS | | |
|---|---|---|---|---|
| **REGISTRO** | | Expediente N° | | N° 16.22 |
| DE MARCA | | Fecha y Hora de presentación | 09150 | 29 ABR. 2010 |
| Denominación | | Recibo de Pago de Tasa N° | | |
| "GOLDI ELECTRONICS" | | Concesión N° | | |
| | | Fecha de concesión | | |
| Clase 9 | P  S  | D  F  M | Vencimiento | |

**SOLICITANTE**

Nombre: GOLDI ELECTRONICS S.A.

Domicilio: CIUDAD DE COLON, ZONA LIBRE DE COLÓN - REP. DE PANAMÁ

**AGENTE**

Nombre: GUSTAVO JAVIER VIVEROS GARCETE   Matrícula N°  2080

Domicilio: Gral. Bruguez N° 761 y Herrera, Asunción (Dpto. Edificio)

Todos los productos comprendidos en la clase
N° 9 (Nueve)

Distintivo:

Firma del solicitante o apoderado
Gustavo Javier Viv...
Abogado

Firma del patrocinante

Firma y Sello del Funcionario

Certifico que la presente es copia fiel de... de la marca individualizada, y es copia fiel de
las constantes en los archivos de esta Dirección.

Jefe de Marcas
Dirección de la Propiedad Industrial

FNK 7782 1018



235535
2008/200
21/11/200
10.35 AM

# REPUBLICA DE PANAMA
## PROVINCIA DE COLÓN

## Notaría Primera del Circuito de Colón

## *Licda. Ines M. España A.*
### NOTARÍA

TELEFONO: 441-3221 • CELULAR: 587-3709

## COPIA

**Escritura Nº** ___1656___ de ___12___ de ___NOVIEMBRE___ de 200 8

**Por la cual**  se protocoliza PACTO SOCIAL DE LA SOCIEDAD ANONIMA DENOMINADA

"GOLDI ELECTRONICS, S.A." con domicilio en la Provincia de

Colón, República de Panamá.--

623

FNK 7782 1019



REPÚBLICA DE PAN...
PEL NOTARIAL

NOTARIA PRIMERA DEL CIRCUITO DE COLÓN.

1 ESCRITURA PÚBLICA NÚMERO MIL SEISCIENTOS CINCUENTA Y SEIS (1656).----------

2 Por la cual se protocoliza PACTO SOCIAL DE LA SOCIEDAD ANÓNIMA DENOMINADA -----------

3 -------------------------"GOLDI ELECTRONICS, S.A."-------------------------

4 -----------------con domicilio en la Provincia de Colón, República de Panamá.-----------------

5 Colón, 12 de NOVIEMBRE de 2008.

6 En la ciudad de Colón, Cabecera de la Provincia y del Circuito Notarial del mismo nombre, en la

7 República de Panamá, a los DOCE (12) días del mes de NOVIEMBRE de dos mil ocho (2008),

8 ante mí, INÉS MARÍA ESPAÑA, NOTARIA PÚBLICA PRIMERA DEL CIRCUITO DE COLÓN,

9 CON CÉDULA DE IDENTIDAD PERSONAL NÚMERO TRES-OCHENTA-DOS MIL

10 CUATROCIENTOS TREINTA Y CUATRO (3-80-2434), compareció personalmente el

11 Licenciado RICARDO SÉMPERO, varón, mayor de edad, panameño, de este vecindario,

12 abogado en ejercicio, con cédula de identidad personal número tres-sesenta y tres-

13 cuatrocientos veintiocho (3-63-428), persona a quien conozco y quien actúa en su condición

14 de AGENTE RESIDENTE de la sociedad "GOLDI ELECTRONICS, S.A.", me entregó para su

15 protocolización el Pacto Social de dicha sociedad. Queda hecha la protocolización solicitada y se

16 expedirán las copias que solicite interesado alguno, advirtiéndole que copia de la misma deberá

17 ser inscrita en el Registro Público para su entera validez, y leída como les fue en presencia de

18 los testigos instrumentales AURORA REVELLO, con cédula de identidad personal número tres-

19 ochenta-setecientos veinticuatro (3-80-724) y CLEOTILDE HURTADO DE LYNCH, con cédula

20 de identidad personal número ocho-cuatrocientos diecinueve-novecientos treinta y nueve (8-

21 419-939), personas a quienes conozco y son hábiles para este acto, quienes la aprobaron y

22 firman todos por ante mí, la Notaria que da fe.-   Esta Escritura lleva el número MIL

23 SEISCIENTOS CINCUENTA Y SEIS (1656).-------------------------

24 (FDO) LIC. RICARDO SÉMPERO (FDO) AURORA REVELLO (FDO) CLEOTILDE HURTADO DE

25 LYNCH (FDO) LICDA. INÉS MARÍA ESPAÑA. NOTARIA PÚBLICA PRIMERA DEL CIRCUITO DE

26 COLÓN.----------

27 EL PACTO SOCIAL QUE SE PROTOCOLIZA ES EL SIGUIENTE: Quienes suscriben deseosos de

28 constituir una sociedad de conformidad con las disposiciones legales pertinentes de la República

29 de Panamá, en especial la ley 32 de mil novecientos veintisiete (1927).-   Adoptamos el

30 siguiente PACTO SOCIAL, el cual se regirá además de las disposiciones legales vigentes por la

1  cláusula que a continuación se detallan sin perjuicio de los estatutos, reglamentos y
2  resoluciones que llegará a adoptar.- **PRIMERO:** La sociedad se denominará **GOLDI**
3  **ELECTRONICS, S.A.- SEGUNDO:** La sociedad tendrá su domicilio en la Ciudad de Colón, y
4  podrá tener oficinas en cualquier parte de la República o en el extranjero.- **TERCERO:** La
5  sociedad se dedicará a la importación, exportación y reexportación de todo tipo de mercancía
6  seca en general, a la venta o compra de bienes muebles e inmuebles, y toda actividad lícita
7  permitida por la ley.- **CUARTO:** La sociedad podrá comprar o de cualquier manera adquirir,
8  poseer, vender, traspasar, permitir, hipotecar y dar en prenda sus acciones, bonos y otras
9  obligaciones emitidas por compañía, así como la clientela y podrá adquirir los derechos y
10 acciones, y el pasivo y activo de cualquier persona o compañía, si considera conveniente emitir
11 un pago de tales bonos, acciones, bienes y otras obligaciones de está sociedad, adquirir,
12 comprar y poseer, tomar en arrendamiento, en administración, uso o anticresis, y también
13 vender, hipotecar, y pignorar, toda clase de bienes muebles e inmuebles, tomar, dar préstamo,
14 otorgar, girar, aceptar endosar y emitir bonos, pagarés, letras de cambio u otras obligaciones
15 de cobros por préstamos o en pago de tales obligaciones con hipoteca, prenda o fideicomiso
16 sobre todos o parte de sus bienes en general, Cualquier otro negocio lícito, para los fines
17 indicados. La sociedad podrá hacer cualquier otra cosa que no sea contraria a lo ley.-
18 **QUINTO:** El capital de la sociedad será de $10,000.00 (diez mil dólares) representados por
19 (diez acciones con un valor nominal cada una de $1,000.00 mil), comunes, nominativas, o al
20 portador.- Cada acción tendrá derecho a un voto. La responsabilidad de cada accionista estará
21 limitada a la suma no pagada si la hubiere sobre las acciones suscritas.- **SEXTO:** La sociedad
22 tendrá preferencia en la compra de las acciones que vendan los accionistas, si la sociedad no
23 hace uso de está preferencia, luego de la notificación y habiendo transcurrido treinta (30) días
24 hábiles, entonces las acciones tendrán entre sí, igual derecho de adquirir las acciones quince
25 (15) días luego de haberse vencido el término de la sociedad. El accionista podrá vender sus
26 acciones a un extraño de la sociedad que este interesado en adquirirlas, siempre y cuando la
27 sociedad y los accionistas no acepten comprar en el término.- **SEPTIMO:** La duración de la
28 sociedad será perpetua, pero podrá ser antes disuelta de conformidad con la ley o por voto de
29 la mayoría de los accionistas emitidos, y con circulación con derecho a voto.- **OCTAVO:**
30 Ninguna transacción con relación con acciones nominativas, obliga a la sociedad, sino después

FNK 7782 1021

    

NOTARIA PRIMERA DEL CIRCUITO DE COLON.

de la inscripción en el libro de acciones.- **NOVENO**: La junta directiva está compuesta por tres

(3) directores y no más de cinco (5) directores elegidos por la Asamblea General de Accionistas.

Los accionistas elegirán de su propio seno a los directores que serán Un presidente, Un

secretario, Un tesorero. Los directores y los dignatarios de la sociedad no necesitan ser

accionistas.- **DECIMO**: DIRECTORES Y DIGNATARIOS DE LA SOCIEDAD SON LOS

SIGUIENTES: DIRECTOR PRESIDENTE: **AIMAN SAID JOMAA KHARFAN**, con pasaporte

personal No. C.C.84.075.050, y con domicilio en la Ciudad de Colón, República de Panamá.-

DIRECTOR SECRETARIO: **JALAL JOMHA KHARFAN** con pasaporte personal No.RC9467502, y

con domicilio en la Ciudad de Colón, República de Panamá.- DIRECTOR TESORERO: **ISMAEL**

**YOUSSEF ABDALLAH**, con pasaporte personal No.C.C.17.900.973, y con domicilio en la

Ciudad de Colón, República de Panamá.- **DECIMO PRIMERO**: El número de acciones comunes

al constituirse esta sociedad son los siguientes. 1- **AIMAN SAID JOMAA KHARFAN**, conviene

en suscribir una (1) acciones nominativa y pagadas de un valor nominal de $1,000.00 (mil con

00/100 dólares).- 2- **JALAL JOMHA KHARFAN**, conviene en suscribir una (1) acción

nominativa y pagada de un valor nominal de $1,000.00 (mil con 00/100 dólares).- **DECIMO**

**SEGUNDO**: En caso de vacante de la Junta Directiva, una mayoría de los directores restantes,

podrán llenar las vacantes con la aprobación de la Asamblea General, de acuerdo a la votación

de la mayoría.- **DECIMO TERCERO**: Cualquier director podrá desempeñar en la sociedad

cualquier cargo remunerado en adición al cargo de director. Ningún director quedará

inhabilitado para celebrar contratos o entrar en arreglos o negocios con la sociedad.- **DECIMO**

**CUARTO**: La representación legal de la sociedad será ejercida por el presidente o por el

secretario indistintamente, y los que tengan poder general de la sociedad. El representante

legal podrá otorgar poder general y especial a la persona que estime conveniente, sin

autorización de la junta general de accionistas, ni de la junta directiva, en nombre y

representación de la sociedad.- **DECIMO QUINTO**: El agente residente de la sociedad será el

abogado **RICARDO SEMPERO**, con cédula de identidad personal No. 3-63-428, con oficina en

la ciudad de Colón, en la calle 13 y Ave. Central, edificio Plaza Universal No. 12, 183, oficina No.

_____ con teléfonos 441-7969 y 441-7461.- **DECIMO SEXTO**: Las cuentas bancarias

_____ a la persona que el designe.- **DECIMO SEPTIMO**: La

_____ a la suma, si la hubiere que adeude sobre

FNK 7782 1022

_____ de la sociedad.- Se autoriza al abogado RICARDO SEMPERO, para que

_____ ante notaria a protocolizar el presente Pacto Social e inscribirla.- (FDO) AIMAN

_____ JOMHA KHARFAN, SUSCRIPTOR (FDO) JALAL JOMHA KHARFAN.- SUSCRIPTOR.-

_____ RICARDO SEMPERO.- 3-63-428.- REFRENDADA Y CONFECCIONADA LA

_____ POR EL ABOGADO.------------------------------------------------------

_____ CON SU ORIGINAL ESTA PRIMERA COPIA QUE EXPIDO, FIRMO Y SELLO,

_____ LA CIUDAD DE COLÓN, REPÚBLICA DE PANAMÁ, A LOS DOCE (12) DÍAS DEL

_____ NOVIEMBRE DEL AÑO DOS MIL OCHO (2008).-----------------------------

Licda. INÉS MARÍA ESPAÑA A.
Notaria Pública Pamera del
Circuito de Colón

_____ co de Panamá
_____ amiento del Diario
Sección de Ingreso de Documentos

235535

Roberto Lenero
8-801-1985
383001

Liomara Smith

Firma del Jefe

Inscrito en el sistema Tecnologico de Información
del Registro Público de Panamá

Sección de Persona Mercantil   Ficha No. 629 263 S
Documento Redi No. 1234422
Operación Realizada   Pacto
Derechos de Registro B/. 50.00
Derecho de Calificación B/. 10.00
Lugar y Fecha de Inscripción Colon 26-11-2008

Registrador Jefe

F-640962 S.a.          R/1470605



FNK 7782 1024

(ART. 318-a DEL CÓDIGO FISCAL)

No. 2038519

01. NUMERO DE INSCRIPCIÓN

| DOCUMENTO ROLLO TOMO | IMAGEN FOLIO | FICHA ASIENTO | |
|---|---|---|---|
| 99999 | 999 | 99999 | |

Guldi Electronics, S.A.

3-63-428

Zona Libre de Colón                    21/Noviembre/2008

NOMBRE DEL REPRESENTANTE LEGAL
Aiman Said Jomaa Khanfar         C.C. 8-995.080

NOMBRE DEL AGENTE RESIDENTE
Ricardo Samporo                  3-63-428

PERIODO QUE CUBRE EL PAGO

250.00

250.00

629

HASSAN BUO LTAIF

FNK 7782 1026



FNK 7782 1027



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.R.B.C  679

DATE: 14/09/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 189/2009

## ORDER FOR TRANSFER

BANK NAME          :  HANG SENG BANK
SWIFT              :  BIC HASEHKHH
BANK ADDRESS  :  83 DES VOEUX ROAD CENTRAL HONG KONG
BENEFICIARY    :  FULL STAR GARMENT LIMITED
ADDRESS            UNIT 07 , 10/F HARBOUR CRYSTAL CENTRE , 100
GRANVILLE ROAD , KOWLOOM , HONG KONG

ACCOUNT NO.     :   024-773-724810-22

AMOUNT             :   178000 USD ( One Hundred and Seventy-Eight
thousand   dollars )
REASON             :   P . GARMENTS

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut. Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810

632                                                        FNK 7782 1028

*[handwritten Arabic]* يبعث؛ فمن ٨/٨/١٦٥

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from:*

إسم المصرح: New Line Exchange
Trust Co. S.A.L.

*Acct #*

رقم الحساب: 173909

الموضوع؛ إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

## معلومات عن اصدار شيك أو تحويل

رقم المرجع: ١٨٩ *Transfer # 189*
المبلغ: ١٧٨٬٠٠٠ (العملة $) *Account: 178,000*
– نقدي أو غير : شيك (العملة) *CASH*
– التاريخ: ١٤/٩/٢٠١٦ *DATE: 14-9-2016*
– مصدر الاموال: (التجارة) *BUSINESS*
– وجهة استعمال الاموال: شراء البسة – صنع لصنع *PURCHASE CLOTHES*
– هوية المستفيد: *FULL STAR GARMENT LIMITED  Beneficiary*
– صاحب الحق الإقتصادي: حسن أبو لطيف *Hassan Bultaif*

الإسم: اسماعيل يوسف
التوقيع:

New Line Exchange
Trust Co. S.A.L.

633

FNK 7782 1029



CUENTA FULL STAR GARMET LTDA
UNIT 301 3 FLOOR
MIRROR TOWER No. 61
ACCOUNT #024-773-724810-22
KOWLOON HONG KONG

BENEFICIARY BANK
BANK          HANG SENG BANK
SWIFT:        BIG HASHKHH
ADRESS        83 DES VOEUX ROAD
              CENTRAL HONG KONG

FNK 7782 1030

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Sep. 14 2010 01:44PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch : St.Charles.                     Transfer / Issuing Draft Application              فرع :
Date : 14/09/2010                         طلب تحويل/إصدار شيك مصرفي                         تاريخ :
Please remit on our behalf the following :                                                 يرجى من حضرتكم إصدار
☐ Bankers Draft                                                                            ☐ شيك مصرفي
X ☐ Outward transfer by                                                                    ☐ تحويل خارجي بواسطة
    X  ☐ Swift  ☐ Telex  ☐ Mail                                                            ☐ السويفت ☐ التلكس ☐ البريد

NEW LINE EXCH.TRUST CO.SA                                    USD   177,975
BEIRUT-RAS BEIRUT-KARAKAS
STR.TALBERLAMBUQUISL TEL#01/777899 REG# 1008128 LB240044 2170 1739 0200 7050 2000

HANG SENG BANK                          DATE      : 14/09/2010
SWIFT:BIC HASEHKHH,83 DES VŒUX ROAD CENTRAL HONG KONG  TRA. SEQL : 842
                                        VALUE DATE : 14/09/2010
                                        REF. KEY  : 009646/10
                                        DOC. NO.  : 10009646.
024-773-724810-22                       TRF. TYPE : SWIFT TRANSFER
                                        TRF. CUR. : US DOLLAR
                                        TRF. AMT  :      177975.00
                                        PMT. CUR. : US DOLLAR
FULL STAR GARMENT LIMITED               RATE      :              1
UNIT 02 10F HARBOUR CRYSTAL CENTRE, 100  EQUV. AMT :      177975.00
GRANVILLE ROAD ,KOWLOON HONG KONG       COMMISSION:          10.00
                                        FX COMM.  :            .00
                                        CB3 FEES  :            .00
PURCHASE GARMENTS                       POSTAGES  :          15.00
                                        STAMPS    :            .00
                                        TOTAL AMT :      178000.00
                                        OR A/C    : 217/173902-8/2/522/0
                                        NEW LINE EXCHANGE TRUST
                                        REMARKS   : 141

                              VALUE  16/09/2010

☐ Cash
☐ Debit A/C Number        217/173202/2/5220/

USD  177,975                                    15-     10

Applicant Signature                                  Authorized Signature

AS PER ATTACHED

635                                                                    FNK 7782 1031



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.L.S.C 679

DATE: 18/08/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 184/2009

## ORDER FOR TRANSFER

BANK NAME      :  HANG SENG BANK
SWIFT          :  BIC HASEHKHH
BANK ADDRESS   :  83 DES VOEUX ROAD CENTRAL HONG KONG
BENEFICIARY    :  FULL STAR GARMENT LIMITED
ADDRESS        :  UNIT 07 , 10/F HARBOUR CRYSTAL CENTRE , 100
GRANVILLE ROAD , KOWLOOM , HONG KONG

ACCOUNT NO.    :  024-773-724810-22

AMOUNT         :  300,000 USD  ( three  hundred  thousand  dollars )
REASON         :  P . GARMENTS

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS
ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L

636                                                        FNK 7782 1032

بيروت في، ١٨/١/٥١

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER from:

إسم المصرح: New Line Exchange
Trust Co. S.A.L.

Acct# رقم الحساب: 1739 2

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10،000 أو ما يعادلها

— بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
— و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١٨٤   TRANSFER # 184
المبلغ: ٣٠٠،٠٠٠   AMOUNT: 300,000   (العملة ٥) ($)
نقدي او غير: نقداً   CASH
التاريخ: ١٨   DATE: 18-8-2010
مصدر الأموال: BUSINESS
وجهة استعمال الاموال: PURCHASE CLOTHES
هوية المستفيد: FULL STAR GARMENT   BENEFICIARY
صاحب الحق الاقتصادي: HASSAN BOLTNE   HASSAN BOLTNE

الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1033

# LEBANESE CANADIAN BANK SAL   ﺍﻟﺒﻨﻚ ﺍﻟﻠﺒﻨﺎﻧﻲ ﺍﻟﻜﻨﺪﻱ ﺵ.ﻡ.ﻝ

Branch: St.charles

Date: 18/08/2010

Please remit on our behalf the following :

☐ Bankers Draft

☒ Outward transfer by

    x   ☐ Swift   ☐ Telex   ☐ Mail

**Transfer / Issuing Draft Application**
ﻃﻠﺐ ﺗﺤﻮﻳﻞ/ﺇﺻﺪﺍﺭ ﺷﻴﻚ ﻣﺼﺮﻓﻲ

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR-TALEET LAMEH JOSE, TEL#01/744808, REG# 1008128 LB24 0045 2170 1739 0200 2032 2000

USD 299,975

HANG SENG BANK
SWIFT BIC HASBHKHH,83 DES VOEUX ROAD CENTRAL HONG KONG

024-793-754810.22

FULL STAR GARMENT LIMITED
UNIT 07,10/F HARBOUR CRYSTAL CENTRE,100
GRANVILLE ROAD ,KOWLOON HONG KONG

PURCHASE GARMENTS

```
DATE         : 18/08/2010
SEQ#         : 772
VALUE DATE   : 18/08/2010
REF. KEY     : 008693/10
DOC. NO.     : 10008693.
TRF. TYPE    : SWIFT TRANSFER
TRF. CUR.    : US DOLLAR
TRF. AMT     : 299975.00
PMT. CUR.    : US DOLLAR
RATE         : 1
EQUV. AMT    : 299975.00
COMMISSION   : 10.00
FX COMM.     : .00
CBJ FEES     : .00
POSTAGES     : 15.00
STAMPS       : .00
TOTAL AMT.   : 300000.00
DR A/C       : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS      : 141
```

VALUE 19/08/2010

☐ Cash

☒ Debit A/C Number     117/173902/2/522/0

USD 299975

AS PER ATTACHED

FNK 7782 1034

# FULL STAR GARMENT LIMITED

UNIT 07, 10/F HARBOUR CRYSTAL CENTRE, 100 GRANVILLE ROAD, KOWLOON, HONG KONG
TEL (852) 23680631 FAX 23680662

BUYER:   EL FORTIN FREEZONE N.V.                INVOICE: RGI-10-313
DATE: 20/04/2010

| STYLE NO | DESCRIPTION | QUANTITY | UNIT PRICE(dz) | AMOUNT(CNF) |
|----------|-------------|----------|----------------|-------------|
| F-000175 | MENS TSHIRT | 3480 | 52.50 | 182,700.00 |
| F-000176 | BOYS L TSHIRT | 2492 | 47.30 | 117,871.60 |
| **TOTAL :** | | | **USD** | **US$300,571.60** |

639

FNK 7782 1035



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000       L.I.&.C 679

DATE: 07/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 170/2009

## ORDER FOR TRANSFER

BANK NAME   :  HANG SENG BANK
SWIFT.   :  BIC HASEHKHH
BANK ADDRESS :  83 DES VOEUX ROAD CENTRAL HONG KONG
BENEFICIARY  :   FULL STAR GARMENT LIMITED
ADDRESS   :  UNIT 07 , 10/F HARBOUR CRYSTAL CENTRE , 100
GRANVILLE ROAD , KOWLOOM , HONG KONG

ACCOUNT NO.  :  024-773-724810-22

AMOUNT   :  179175  USD  ( One hundred and seventy-nine thousand one hundred and seventy-five dollars )
REASON   :  P . GARMENTS.

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

السّادة

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1036

بيروت في ٢٠٢٠/ CH. ١٧٧

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح:   ـــــــــــ   *ORDeR FRom New Line Exchange Trust Co. S.A.L.*

رقم الحساب:   ـــــ *1739o2*   *Acct no=*

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

– رقم المرجع: ١٧ / ٩ CH   *Transfer no= 170*
– المبلغ: (العملة جي) ١٧٩١٧٥   *Amount 179,175*
– نقدي او غير: نقدي CASH   *– CaSh*
– التاريخ: ٧ / ٧ / ٢٠١٠   *Date 7/7/2010*
– مصدر الاموال: البي   *Business*
– وجهة استعمال الاموال: البسة – هونغ كونغ   *Reason (clothes)*
– هوية المستفيد: *FULL STARGARMENT TO*   *Beneficiary*
– صاحب الحق الإقتصادي: حسن أبو لطيف   *Client Hasan Bou Ltaif*

الإسم:   اسماعيل يحيى
التوقيع:

New Line Exchange
Trust Co. S.A.L.

641

FNK 7782 1037

QUENZA FULL STAR GARMET LTDA
UNIT 301 3 FLOOR
MIRROR TOWER No. 61
ACCOUNT #024-773-724810-22
KOWLOON HONG KONG


BENEFICIARY BANK
BANK:        HANG SENG BANK
SWIFT :      BIC HASEHKHH
ADRESS:      33 DES VOEUX ROAD
             CENTRAL HONG KONG

FNK 7782 1038

# FULL STAR GARMENT LIMITED

UNIT 07, 10/F HARBOUR CRYSTAL CENTRE, 100 GRANVILLE ROAD, KOWLOON, HONG KONG

TEL. (852) 23820681 FAX 23680962

BUYER:  NANI STORE                                INVOICE ROI-10-007

DATE:  9/04/2010

| STYLE NO | DESCRIPTION | QUANTITY | UNIT PRICE(￥) | AMOUNT(CNF) |
|----------|-------------|----------|---------------|-------------|
| F-000150 | MENS FOOTBALL TSHIRT | 3172 | ￥ | 28.50 ￥ | 90,402.00 |
| F-000151 | BOYS FOOTBALL TSHIRT | 755 | ￥ | 24.20 ￥ | 18,295.20 |

| | TOTAL : | | USD | US$108,697.20 |
|---|---------|---|-----|---------------|

643

FNK 7782 1039

# FULL STAR GARMENT LIMITED

UNIT 07, 10/F HARBOUR CRYSTAL CENTRE, 100 GRANVILLE ROAD, KOWLOON, HONG KONG

TEL. (852) 23680581 FAX 23680582

BUYER: NANI STORE       INVOICE: RCI-10-003
DATE: 5/04/2010

| STYLE NO | DESCRIPTION | QUANTITY | UNIT PRICE(£) | AMOUNT(CNF) |
|---|---|---|---|---|
| F-000150 | MENS FOOTBALL TSHIRT | 1662 | ¥ 28.50 ¥ | ¥7,367.00 |
| F-000151 | BOYS FOOTBALL TSHIRT | 955 | ¥ 24.20 ¥ | 23,111.00 |

| TOTAL : | | | USD | US$70,478.00 |
|---|---|---|---|---|

644

FNK 7782 1040

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 09 2010 12:34PM  P2

# LEBANESE CANADIAN BANK S.A.L.   البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    Transfer / Issuing Draft Application
                                       طلب تحويل/إصدار شيك مصرفي
Date 8/07/2010
Please remit on our behalf the following :          برجى من حضراتكم إصدار

☐ Bankers Draft                                    شيك مصرفي ☐
☐ Outward transfer by                              تحويل خارجي بواسطة ☐
   ☐ Swift ☐ Telex ☐ Mail                          سويفت ☐ تلكس ☐ مراسلة ☐

| Applicant's Name and Address إسم وعنوان الطالب | | Charges العمولات | |
|---|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | | USD   179,150.00 | |
| BEIRUT-RAS BEIRUT-KARAKAS | | | |
| HR-TALBET LAMEHOUSE, TEL# 01/744880K, REG # 1008123 LB24 0044 2121 1739 0200 7052 2000 | | | |

| Beneficiary Bank البنك المستفيد | | Bank Reference مراجع البنك | |
|---|---|---|---|
| HANG SENG BANK | | DATE          : 07/07/2010 | |
| SWIFT BIC HASEHKHH,83 DES VEUX ROAD CENTRAL HONG KONG | | TRAN. SEQL    : 1C94 | |
| | | VALUE DATE    : 07/07/2010 | |
| | | REF. KEY      : 067110/10 | |
| | | DOC. NO.      : 10007118. | |
| Beneficiary Account رقم حساب المستفيد | | TRF. TYPE     : SWIFT TRANSFER | |
| 024-773-724810-22 | | TRF. CUR.     : US DOLLAR | |
| | | INF. AMT      :      179150.00 | |
| | | PNT. CUR.     : US DOLLAR | |
| Beneficiary Name & Address إسم وعنوان المستفيد | | RATE          :             1 | |
| FULL STAR GARMENT LIMITED | | EQUV. AMT     :      179150.00 | |
| UNIT 07,10/F HARBOUR CRYSTAL CENTRE, 100 | | COMMISSION    :          10.00 | |
| GRANVILLE ROAD, KOWLOON HONG KONG. | | FX COMM.      :            .00 | |
| | | OBJ FEES      :            .00 | |
| Purpose of Transfer سبب التحويل | | POSTAGES      :          15.00 | |
| PURCHASE GARMENTS | | STAMPS        :            .00 | |
| | | TOTAL AMT.    :      179175.00 | |
| | | DR A/C        : 217/173902-8/2/522/0 | |
| | | NEW LINE EXCHANGE TRUST | |
| | | REMARKS       : | |

St Charges Applicant Name
                                                    COPY
                    VALUE 09/07/2010

Settlement by:
☐ Cash
X ☐ Debit A/C Number 217/173902/2/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المعادلة | Commission العمولة | Cable fees أجرة التحويل | Stamps طابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 179150 | | | | 15 | 10 | | |

| Applicant's Signature توقيع الطالب | S.V صحة التوقيع | Authorized signatures التواقيع المعتمدة | |
|---|---|---|---|
| AS PER ATTACHED | | | |

FNK 7782 1041



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

BEIRUT :10/06/2009

LEBANESE CANADIAN BANK
BEIRUT  LEBANON

REF.: 74/2009

## ORDER FOR TRANSFER

HSBC.  U.S.A.
SWIFT: MRMD US33
ABA:  021001088

BANK OF CHINA HUIZHOU BRANCH
SWIFT:  BKCHCNBJ47A
ADDRESS: NO.22 MAIDI ROAD HUIZHOU BRANCH CHINA

BENEFICIARY  : HUIZHOU TEXTILES IMP. & EXP. CO., LTD.
ACCOUNT : 80121050810809100t
ADDRESS : 3/F, FRONT BLOCK, NO.13 HENGJIANG ROAD CHINA

AMOUNT 200,000 $ USD  TWO HUNDRAD THOUSAND U.S.D ONLY

PURCHASE SHIRTS

BEST REGARDS
ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

646                                                          FNK 7782 1042

New Text Document

DATOS PARA TRANSFERENCIA A NEW TIANJIAN
BENEFICIARIO:
HUIZHOU TEXTILES IMP. & EXP. CO., LTD.
3/F. FRONT BLOCK, No. 13, HENGJIAN
HUIZHOU, GUANGDONG, CHINA
TEL. 86-752-2106297

No. Cta.   801210508108091001

BANCO INTERMEDIARIO:
HSBC, U.S.A.:
ESTADOS UNIDOS DE AMERICA™
SWIFT: MRMD US33
ABA: 021001088
CHIP: 075995  8-A

$200.000

El fortin.r.

Para Hanan

Page 1

FROM :EL FORTIN                FAX NO. :5999-4613466          Jun. 09 2009 05:57PM P 2

FAX NO. :4330142                         May. 13 2009 11:33Am

Bank Information

HUIZHOU TEXTILES IMP.& EXP.CO.,LTD

3/F. FRONT BLOCK,NO.13 HENGJIANG ROAD(3RD),
HUIZHOU GUANGDONG,CHINA

86-752-2106297

86-752-2106372

801210508108091001

BANK OF CHINA HUIZHOU BRANCH

NO.22,MAIDI ROAD HUIZHOU GUANGDONG CHINA

BKCHCNBJ47A

广东 惠州纺织品进出口有限公司   *for a transfer...*

广东 惠州市横江三路十三号国华大厦三楼

141300190343257

13962044

国银行惠州分行

508108091001

-2106297

-2106372

FNK 7782 1044

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 10 2009 02:47PM P1

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

| Branch: .......St charler:  | **Transfer / Issuing Draft Application** | فرع: ........ |
| Date ........10/6/2009 | طلب تحويل/اصدار شيك مصرفي | تاريخ: ......../......../........ |

Please remit on our behalf the following :                                        يرجى من حضركم اصدار :

- [ ] Bankers Draft                                                       [ ] شيك مصرفي
- [ ] Outward transfer by                                              [ ] تحويل خارجي بواسطة
    - x [ ] Swift  [ ] Telex  [ ] Mail              [ ] بريد [ ] تلكس [ ] سويفت

| Applicant's Name and Address اسم مقدم الطلب وعنوانه | Currency العملة | Amount المبلغ |
| NEW LINE EXCH.TRUST CO.SA. | | |
| BEIRUT-RAS BEIRUT-KARAKAS | USD | 200,000 |
| STR. TALERT LAMBHOUSE, TEL#01/744808, REG#4008138-B/C#173902 | | |

| Beneficiary's Bank اسم البنك المستفيد | **For Bank Use Only** خاص بالمصرف فقط |
| BANK OF CHINA | DATE        : 10.'06/2009 |
| HUIZHOU BRANCH - CHINA | TRA. SEQI   : 64* |
| NO 22 MAIDI ROAD HUIZHOU , SWIFT : BKCHCNBJ42A | VALUE DATE  : 10.'06/2009 |
| | REF. KEY    : 00-416/09 |
| Beneficiary's Account Number رقم حساب المستفيد | DOC. NO.    : 9014416. |
| 801210508108091001 | TRF. TYPE   : SWIFT TRANSFER |
| | TRF. CUR.   : US DOLLAR |
| Beneficiary Name and Address اسم المستفيد وعنوانه | TRF. AMT    :     200000.00 |
| HUIZHOU TEXTILES IMP. & EXP. CO. LTD | PMT. CUR.   : US DOLLAR |
| 1/F FRONT BLOCK NO.13 BINGHANG ROAD CHINA | RATE        :           1 |
| | EQUV. AMT   :     200000.00 |
| | COMMISSION  :        10.00 |
| | FX COMM.    :          .00 |
| Details البيانات | CBT FEES    :          .00 |
| PURCHASE OF GARMENT | POSTAGES    :        15.00 |
| | STAMPS      :          .00 |
| | TOTAL AMT.  :     200025.00 |
| | DR A/C      : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS |

| Correspondent Name اسم البنك المراسل |     VALUH    12/06/2009 |
| Correspondent Account Number | |

Settlement by طريقة التسوية      THRU: HSBC U.S.A. SWIFT: MRMDUS33 ABA 021001088

- [ ] Cash
- [ ] Debit A/C Number        217/173902/2/522/0

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of transfer | Stamp | Total |
| العملة | المبلغ | سعر الصرف | العملة | القيمة المعادلة | العمولة | كلفة التحويل | الطابع | المجموع |
| USD | 200000 | | | | | 15 | 10 | |

| Applicant's Signature توقيع مقدم الطلب | B.V. | Authorized Signature التوقيع المعتمد |
| | | Latife Wanss |

Mohamad Hamdoun

649                                                        FNK 7782 1045

DATE: 10/06/2009

## CASH TRANSACTION SLIP

TRF REF #: 74/2008

TRANSFERER NAME: HASSAN ABOU LTAIF

AMOUNT RECEIVED: 202000

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

650

FNK 7782 1046



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 22/08/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 52/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name          : HSBC TRADING SERVICES
ADDRESS            : HONG KONG BRANCH
Swift code         : HSBCHKHHHKH

Beneficiary        : SACHDEV INDERPAL SINGH
ADDRESS            : 13 SOI LAO LADA, Arunamarin road, Bangkok 10700
                     Bangkok, Thailand
Account #          : 004-181-4-619852 (H.K.)

Amount             : $100,000(One hundred thousand US dollars)

Reason             : Payment of invoice 08WCJ- 004 of purchase of clothes.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

651                                                            FNK 7782 1047

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Aug. 23 2008 10:17AM  P1

**LEBANESE CANADIAN BANK** SAL        البنك اللبناني الكندي ش.م.ل

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Branch : St Charles
Date : 22/08/2008
Please remit on our behalf the following :
Bankers Draft
Outward transfer by
☐ Swift  ☐ Telex  ☐ Mail

USD  99,975

NEW LINE EXCH TRUST CO.SA
BEIRUT, RAS BEIRUT, KARAKAS,
STR. TALEET LAMBHOUSE, TEL:01/744808, REG#1008128 /VC# 173902

HONG KONG AND SHANGHAI BANKING CORPORATION
LIMITED TRADING SERVICES
HONG KONG BRANCH, HONG KONG
SWIFT : HSBCHKHHHKH

004-181-4-610852 (HONG KONG)

MR. SACHDEV INDERPAL SINGH

PAYMENT OF INVOICE 08WCI-004 OF PURCHASE
OF CLOTHES

VALUE : 25/08/2008

☐ Cash
☐ Debit A/C Number

USD  99975

AS PER ATTACHED

**FOR BANK USE Only**
DATE          : 22/08/2008
TRA. SEQ1     : 708
VALUE DATE    : 22/08/2008
REF. KEY      : 005490/08
DOC. NO.      : 8005490
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      :         99975.00
PMT. CUR.     : US DOLLAR
RATE          :               1
EQUV. AMT     :         99975.00
COMMISSION    :            10.00
FX COMM.      :              .00
CBJ FEES      :              .00
POSTAGES      :            15.00
STAMPS        :              .00
TOTAL AMT.    :        100000.00
DR A/C        : 217/173902-0/1/522/0
NEW LINE EXCHANGE TRUST
REMARKS       :

Authorized Signature(s)

652

FNK 7782 1048

FROM :EL FORTIN                    FAX NO. :5999-4613466            Aug. 21 2008 11:38AM P 1

FROM : LIBANEX SPORT               FAX NO. :4330142                 8. 14 2008 08:35AM  F1

☐ Efectivo  ☐ Cheque  ☑ Débito o cuenta.   Por medio de la presente autorizo a debitar mi cuenta a saber:

Cuenta N° 05803006689     A/N  LIBANEX, S.A.                      por el valor de la transferencia, más
los gastos que ésta ocasione.    Firma Autorizada: _____

**Datos del Beneficiario:**

Nombre: SACHDEV INDERPAL SINGH                    N° de Cuenta: 004-181-4-619852  (H.K.)

Dirección: 13 SOI LAO LADA, ARUNAMARIN ROAD, BANGKOK 10700

Ciudad: BANGKOK      País: THAILANDIA      Teléfono: 662-4338922

Referencia para el beneficiario: PAY INV. 08WCJ-004

**BANCO BENEFICIARIO:**

Nombre del Banco: THE HSBC TRADING SERVICES

Dirección: HONGKONG BRANCH        Ciudad: _____  País: HONGKONG

Swift: HSBCHKHHHHH        ABA (9 dígitos): _____   CHIPS ID (6 dígitos): _____

Número de cuenta: _____            Instrucciones especiales: _____

**BANCO INTERMEDIARIO:**

Nombre del Banco: _____

Dirección: _____         Ciudad: _____   País: _____

SWIFT: _____   ABA (9 dígitos): _____     CHIPS ID (6 dígitos): _____

Número de cuenta del Banco a Transferir: _____

C7701539120

$100000 =
FORTIN- CURACAO   IPS

FNK 7782 1049



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000      L.N.B.C 679

DATE: 22-08-2008

## CASH TRANSACTION SLIP

TRF REF #: 52/2008

TRANSFERER NAME: HASAN ABO LATIF

AMOUNT RECEIVED: 100,000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

X Hasan

NOTA: PORFAVOR FIEMAE

Ras Beirut, Caracas Street Up 100m to lamb house Tel. +961 1 744808/809, Fax +961 1 744808
e-mail: newline.exchange@hotmail.com

FNK 7782 1050



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 22/08/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 51/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name          : HONG KONG AND SHANGHAI BANKING CORPORATION LTD

ADDRESS            : TSIM SHA TSUI BRANCH KOWLOON HONG KONG
Swift code         : HSBCHKHHHKH

Beneficiary        : B.B. STAR INDUSTRIES LIMITED
Account #          : 181 571 266 274 (USD A/C)

Amount             : $247550(Two hundred forty seven thousand five hundred fifty US dollars)

Reason             : PURCHASE OF CLOTH

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF



New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

655                                                                    FNK 7782 1051