FROM :LCB st CHARLES branch          FAX NO. :01366337 127          Aug. 23 2008 10:17AM P2

**LEBANESE CANADIAN** BANK sal          البنك اللبناني الكندي ش.م.ل

**Transfer / Issuing Draft Application**
طلب تحويل/اصدار شيك مصرفي

St.Charles

22/08/2008

Banker's Draft

forward transfer by          ☐ Telex   ☐ Mail

| | |
|---|---|
| NEWLINE EXCH.TRUST.CO.SA | USD   247,525 |
| BEIRUT RAS BEIRUT KARAKAS | |
| STR . TALBET UAN GHOUSE, TRL#01744808, REG#1008128 A/C# 173902 | |

HONG KONG AND SHANGHAI BANKING CORPORATION
LTD,TSIM SHA TSUI BRANCH KOWLOON HONG KONG
SWIFT HSBCHKHHHKH

181.571.266.274(USD A/C)

B.B.STAR INDUSTRIES LIMITED

PURCHASE OF CLOTH

VALUE  25/08/2008

| | |
|---|---|
| TRA. SEQ. | 22/08/2008 |
| TRA. SEQ. | 705 |
| VALUE DATE | 22/08/2008 |
| REF. KEY | 005489/08 |
| DOC. NO. | 8005489. |
| TRF. TYPE | SWIFT TRANSFER |
| TRF. CUR. | US DOLLAR |
| TRF. AMT | 247525.00 |
| PMT. CUR. | US DOLLAR |
| RATE | 1 |
| EQUV. AMT | 247525.00 |
| COMMISSION | 10.00 |
| EX.COMM. | .00 |
| CBJ FEES | .00 |
| POSTAGES | 15.00 |
| STAMPS | .00 |
| TOTAL AMT | 247550.00 |
| DR A/C | 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | |

☐ Cash
☐ Debit A/C Number   217/173902/2/521/0

| | | | |
|---|---|---|---|
| USD  247525 | | 15 | 10  247550 |

656                                                                 FNK 7782 1052

FROM :EL FORTIN              FAX NO. :5999-4613466              Aug. 21 2008 11:30AM P 2

HONG  KONG AND SHANGHAI BANKING
CORPORATION  LTD.
TSIM  SHA TSUI  BRANCH
KOWLOON
HONG KONG
SWIFT: HSBCHKHHHKH
A/C NAME: B.B. STAR INDUSTRIES LIMITED
A/C  No. : 181.571.266.274 (USD A/C)

$250.000

EL FORTIN. F.2

Curacao

FNK 7782 1053

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 22-08-2008

## CASH TRANSACTION SLIP

TRF REF #: 51/2008

TRANSFERER NAME: HASAN ABO LATIF

AMOUNT RECEIVED: 247550$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

X _Hasan_

NOTA: Porfavor FiEMAR ESTE PaPEL
        Y RENVIARLO

Ras Beirut, Caracas Street Up 100m to lamb house Tel : 961 1 744808/809, Fax : 961 1 74181
e-mail: newline.exchange@hotmail.com

FNK 7782 1054



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C .679

BEIRUT: 25/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 41/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name      : HONG KONG AND SHANGHAI BANKING CORPORATION
                 LIMITED TRADING SERVICES
ADDRESS        : HONG KONG BRANCH, HONG KONG
Swift code     : HSBCHKHHHKH

Beneficiary    : MR. SACHDEV INDERPAL SINGH
Account #       : 004-181-4-619852 (HONG KONG)

Amount         : $100,000(ONE HUNDRED THOUSAND US DOLLARS ONLY)

Reason         : FORTIN FREEZONE

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

*New Line Exchange*
*Trust Co. S.A.L.*

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
659                                                        FNK 7782 1055

.25.JUL.2008  13:31     AL RUYA ASSOCIATION 08/591325              NO.752   P.1

BANK NAME:   THE HONG KONG AND SHANGHAI BANKING
             CORPORATION LIMITED TRADING SERVICES,
             HONG KONG BRANCH, HONG KONG

ACC. NAME:    MR. SACHDEV INDERPAL SINGH
ACC NUMBER:  004-181-4-619852 ( HONG KONG)
SWIFT.       HSBCHKHHHKH

AMMOUNT:     $100.000,00 USD

Payment to a Broker for purchase of cloth.

FORTIN FREEZONE

Hasan

IPS

660

FNK 7782.1056

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 25 2008 03:09PM P1

# LEBANESE CANADIAN BANK SAL        البنك اللبناني الكندي ش.م.ل

Branch: ........St.charles:                Transfer / Issuing Draft Application                فرع: ...............................
                                           طلب تحويل/إصدار شيك مصرفي              تاريخ: ......../......../...............

Date : 25/07/2008                                                               لرجى من حضرتكم إصدار
Please remit on our behalf the following :                                      ☐ شيك مصرفي      ☐
☐ Bankers Draft                                                                 ☐ تحويل خارجي بواسطة      ☐
☐ Outward transfer by                                                           ☐ شيك      ☐ تلكس      ☐ بريد
  ☒ Swift ☐ Telex ☐ Mail

| Applicant's Name and Address اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA | USD | 100,000 |
| BEIRUT-RAS BEIRUT-KARAKAS, | | |
| STR.TALEET LAMBHOUSH, TEL# 01/744808, REG# L008128 A/C# 173002 | | |

| Beneficiary's Bank اسم المصرف لدى المستفيد | For Bank use Only |
|---|---|
| HONG KONG AND SHANGHAI BANKING CORPORATION | DATE        : 25/07/2008 |
| LIMITED TRADING SERVICES | TRA. SEQ1  : 620 |
| HONG KONG BRANCH, HONG KONG | VALUE DATE : 25/07/2008 |
| SWIFT : HSBCHKHHHKH | REF. KEY   : 004795/09 |

DOC. NO.    : 8004795.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        100000.00
PHY. CUR.   : US DOLLAR
RATE        :            1
EQUV. AMT   :    100000.00
COMMISSION  :         10.00
FX COMM.    :           .00
CBJ FEES    :           .00
POSTAGES    :         15.00
STAMPS      :           .00
TOTAL AMT.  :     100025.00
DR A/O      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :

**Beneficiary's Account Number** رقم حساب المستفيد
  094-191-4-619852 (HONG KONG)

**Beneficiary Name and Address** اسم وعنوان المستفيد
  MR. SACHDEV INDERPAL SINGH

**Details** التفاصيل
  PAYMENT FOR A BROKER TO PURCHASE
  CLOTHES

**Correspondent Name** اسم المصرف المراسل
  BONY
**Correspondent Account Number** رقم الحساب لدى المصرف المراسل
                                        VALUE 28/07/2008

| | | طريقة التسوية |
|---|---|---|
Settlement by:
☐ Cash
☐ Debit A/C Number        217/173902/2/521/0

| Currency العملة | Amount المبلغ | Exchange rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer كلفة التحويل | Stamps طابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 100000 | | | | 15 | 10 | | 00025 |

| Applicant's Signature توقيع طالب التحويل | S.V. صحة التوقيع | Authorised Signature التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED | | |

Boissoin Abou Nasal                    Fadi Nasser

FNK 7782 1057

 New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.8.C 679

DATE: 25/02/2008

## CASH TRANSACTION SLIP

TRF REF #: 41/2008

TRANSFERER NAME: HASAN ABO LATIF

AMOUNT RECEIVED: 100,000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

NOTA. PORFAVOR FIRMAR

Ras Beirut, Caracas Street Up 100m to lamb house Tel : 981 1 744803/808, Fax : 961 1 744816
e-mail: newline.exchange@hotmail.com

FNK 7782 1058

FNK 7782 1059

JONATHAN JRAICH

FNK 7782 1060



P<VENJRAICHE<SALEH<<JHONATHAN<JOSE<<<<<<<<<
D0081774<8VEN8106078M110316015313686<<<<<<18

FNK 7782 1061



FNK 7782 1062



CORPROS BUNKER 3000 O4          NO. DE TEL :4711445          05 ABR. 2008 12:54PM  P1

544967

## REGISTRO MERCANTIL V

### DE LA CIRCUNSCRIPCION JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA

Dra. Gisela Rangel

Registrador Mercantil V

De la Circunscripción Judicial del Distrito Capital y Estado Miranda

### CERTIFICA

Que el asiento de Registro de Comercio transcripto a continuación, cuyo original está inscrito en

el Tomo:   1773 A          Número   84                                    así como

PARTICIPACION, NOTA Y DOCUMENTO

que se copian de seguida, son translado fiel de sus originales, los cuales son del tenor siguiente:

:CAZADOS BUNKER 3000 CA       NO.DE TEL. :4711445          06 ABR. 2009 12:55PM P2

Miguel Makkecil Saysan
ABOGADO
Inpreabogado Nº 63.733

Ciudadano

REGISTRADOR MERCANTIL DE LA CIRCUNSCRIPCION JUDICIAL
DISTRITO CAPITAL Y ESTADO BOLIVARIANO MIRANDA
Su Despacho.-

JUAN ELISARDO GONZALEZ FERREIRA, venezolano, mayor de
edad, soltero, de este domicilio y titular de la Cédula de Identidad Nro. V-
12.411.789, suficientemente autorizado para este Acto, según consta en Acta
Constitutiva adjunta ante Usted, muy respetuosamente, ocurro de conformidad
con el Artículo 215 del Código de Comercio, para presentarle el Acta
Constitutiva original de INVERSIONES 273077 C.A., el cual ha sido redactado
con suficiente amplitud, para que a su vez sirva de Estatutos Sociales de la
Sociedad, igualmente acompaño inventario firmado por los socios, el cual
verifica la cancelación total del capital.

Participación que hago a Usted, a los fines de que una vez comprobados que se
han cumplidos los requisitos de Ley para la formación de la Sociedad, se sirva
ordenar su registro y apertura del expediente correspondiente, con el ruego de
expedirme copia certificada para su respectiva publicación. Es Justicia en
Caracas a la fecha de su presentación.

JUAN ELISARDO GONZALEZ FERREIRA
V- 12.411.789

668                                                      FNK 7782 1064



Ministerio del Poder Popular Relaciones Interiores y Justicia

# REGISTRO MERCANTIL

## CIRCUNSCRIPCION JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA

Caracas, Siete (7) de marzo del 2008

197 y 149

Presentada la anterior participación y cumplidos como han sido los requisitos de ley, inscríbase en el Registro Mercantil junto con el documento presentado, fíjese y publíquese el asiento respectivo, fórmese el expediente y archívese original junto con el ejemplar de los Estatutos y demás recaudos acompañados. Expídase copia certificada con inserción del presente auto a los fines de su publicación. Líbrese copia a objeto de dar cumplimiento con lo establecido en el Art. 226 del Código de Comercio.

El anterior documento redactado por: MIGUEL MAKKEKJI SAYSAN

Se inscribe bajo el Nro. 84 Tomo 1773 A

Derechos arancelarios Bs. 266,47 según planilla Nro. 117866

Derechos fiscales Bs. 564,40 según planilla Nro. 408312

La identificación se efectuó así:

JUAN ELISARDO GONZALEZ FERREIRA CON C.I. No. V-12.411.789

Registrador Mercantil

Dra. Gilen Rangel

(C) Esta página pertenece a:

INVERSIONES 273077 C.A.

New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C 679                    BEIRUT: 08/04/2009

Lebanese Canadian Bank

Beirut – Lebanon

REF. NO.: 68/2009

## ORDER FOR TRANSFER

Bank name            : JP MORGAN CHASE BANK  N.A

ADRESS               : MONTCLAIR, NEW JERSY 07042

ABA                  : 021 202 337

Swift code           : CHASUS33

Beneficiary          : JUMP  USA  INC.

Account #            : 510 500 302 865

Amount               : 475.500 ( four hundred seventy-five thousand
five hundred U.S. dollars only )

Reason               : Payment of invoice C047-JM09SS005 purchase shoes.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1066

DATE: 07/04/2009

## CASH TRANSACTION SLIP

TRF REF #: 68/2009

TRANSFERER NAME: JUMP U.S.A.

AMOUNT RECEIVED: 475500 USD CASH

SOURCE OF MONEY: PURCHASE SHOUES (BUISSNES).

TRF SIGNATURE

*CHARBEl. Joraille*

FNK 7782 1067

6F-2, NO.631, SEC.1, CHUNG-TE RD., NORTH DISTRICT, TAICHUNG CITY 404, TAIWAN, R.O.C.
TEL:+886 4 2238 8693        FAX:+886 4 2238 9970

## *PROFORMA INVOICE*                    REVISED

| TO | : INVERSIONES 273077 C.A | Date | : 2008.11.10 |
| ADDRESS | : Av.Principal Jose Angel Lamas, Edificio | INVOICE#. | : C047-JM09SS005 |
| | Centro Empresarial Palo Grande Piso PB, | Order No. | : SS09-108 |
| | Local1,URB San Martin | PAYMENT TERM | : TT 70/30 NET |
| ATTN | : JHONATHAN JRAICHE | | |
| TEL | : 58 212 471 69 61 | TRADE TERM | : FOB HONG KONG |
| FAX | : 58 212 471 14 45 | BRAND | : JUMP |
| CUST P.O. NO. | : | CURRENCY | : USD |

| Article | Item No. | Description of Goods | Quantity | Unit Price | AMOUNT |
|---|---|---|---|---|---|
| WAVE | | | | | |
| WALLA | 35201W081 | BLACK/COTTON PULSAR ART W/FINE COTTON LNG & SOCK | 3,288 pairs | 16.50 | 54,252.00 |
| WALLA | 35201W082 | COFFEE/COTTON PULSAR ART W/FINE COTTON LNG & SOCK | 3,288 pairs | 16.50 | 54,252.00 |
| WALLA | 35201W083 | WHITE/COTTON PULSAR ART W/FINE COTTON LNG & SOCK | 1,368 pairs | 16.50 | 22,572.00 |
| WALLA | 35201W084 | IVORY/COTTON PULSAR ART W/FINE COTTON LNG & SOCK | 1,368 pairs | 16.50 | 22,572.00 |
| WELL | 35205W051 | BLACK/PULSAR PERF. W/FINE COTTON LNG & SOCK | 3,288 pairs | 16.50 | 54,252.00 |
| WELL | 35205W052 | COFFEE/PULSAR PERF. W/FINE COTTON LNG & SOCK | 3,288 pairs | 16.50 | 54,252.00 |
| LL | 35205W053 | WHITE/PULSAR PERF. W/FINE COTTON LNG & SOCK | 1,368 pairs | 16.50 | 22,572.00 |
| WELL | 35205W054 | IVORY/PULSAR PERF. W/FINE COTTON LNG & SOCK | 1,368 pairs | 16.50 | 22,572.00 |
| WILLY | 35206W061 | BLACK/COTTON ART V W/FINE COTTON LNG & SOCK | 2,808 pairs | 16.50 | 46,332.00 |
| WILLY | 35206W062 | COFFEE/COTTON ART V W/FINE COTTON LNG & SOCK | 1,848 pairs | 16.50 | 30,492.00 |
| LLY | 35206W063 | BLACK/SILVER/COTTON ART V W/FINE COTTON LNG & SOCK | 888 pairs | 16.50 | 14,652.00 |
| WILLY | 35206W064 | COFFEE/DK. GOLD/COTTON ART V W/FINE COTTON LNG & SOCK | 1,848 pairs | 16.50 | 30,492.00 |
| WILLY | 35206W065 | IVORY/DK. GOLD/COTTON ART V W/FINE COTTON LNG & SOCK | 2,808 pairs | 16.50 | 46,332.00 |
| TOTAL : | | | 28,824 pairs | USD | 475,596.00 |

SAY TOTAL : U.S. DOLLARS FOUR HUNDRED SEVENTY FIVE THOUSAND FIVE HUNDRED NINETY SIX ONLY.

REMARK : 1. X/F DATE : 31. DEC. 2008
PLEASE KINDLY REMIT 70% AMOUNT AS THE DEPOSIT AND 30% BEFORE SHIPMENT.  ① 9312  Envios
PLEASE REMIT THE ABOVE PAYMENTS TO THE FOLLOWING BANK A/C.
                                                                ② 9600
BENEFICIARY : JUMP CORP.                                        ③ 9912
6F-2, NO.631, SEC.1, CHUNG-TE RD.,
NORTH DISTRICT, TAICHUNG CITY 404,
TAIWAN, R.O.C.
TEL: +886 4 2238 8693
FAX: +886 4 2238 9970

BANK DETAIL : MEGA INTERNATIONAL COMMERCIAL BANK CO.,LTD.
HONG KONG BRANCH

SUITE 2201, 22/F., PRUDENTIAL TOWER THE GATEWAY,
HARBOUR CITY, 21 CANTON ROAD TSIMSHATSUI,
KOWLOON, HONG KONG.

SWIFT CODE: ICBCHKHH
A/C : 965-11-002537

JUMP CORP.

*Michael Chen*

TEL:
FAX:

672

FROM :LCB st-CHARLES Branch          FAX NO. :013365337 127          Apr. 08 2009 02:15PM P3

8/04/: >-13:21:07                          SENT-9757-224905                                    1

```
----------- Instance Type and Transmission -----------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery ; Normal
Message Input Reference  : 1316 090408LECALBBEAXXX6587390393
----------- Message Header -----------
Swift Input                   : FIN 103 Single Customer Credit Transfer
Sender  : LECALBBEXXX
        LEBANESE CANADIAN BANK S.A.L.
        BEIRUT LB
Receiver : CHASUS33XXX
        JPMORGAN CHASE BANK, N.A.
        NEW YORK,NY US
----------- Message Text -----------
  Sender's Reference
  T17/2543/09
23B: Bank Operation Code
        CRED
32A: Val Dte/Cur/Interbnk Settld Amt
    Date    : 09 April 2009
    Currency : USD (US DOLLAR)
    Amount  ;        #475,475.#
50K: Ordering Customer-Name & Address
    /173902
    NEW LINE EXCH TRUST CO SA
    BEIRUT RAS BEIRUT KARAKAS STR
    TALLET LAMBHOUSE TEL:009611744808
    REG:1008128 LEBANON
59: Beneficiary Customer-Name & Addr
    /510500302865
    JUMP USA INC
    WITH YOUR MONTCLAIR NEW JERSY 07042
70: Remittance Information
    /REB/PMT INV C047-JM09SS005
    //PURCHASE OF SHOES
71A: Details of Charges
    SHA
----------- Message Trailer -----------
{CHK:0FF85SEC8823}
KI Signature: MAC-Equivalent
----------- Interventions -----------
Category  : Network Report
Creation Time : 08/04/09 13:20:17
Application  : SWIFT Interface
Operator  : SYSTEM
Text
{1:F21LECALBBEAXXX6587390393}{4:{177:0904081316}{451:0}}
*End of Message
```

LEBANESE CANADIAN BANK

DE :CAZADOS BUNKER 3000 CA          NO.DE TEL :4711445          06 ABR. 2009 12:50PM  P1

## JUMP CORP.

6F-2, NO.631, SEC.1, CHUNG-TE RD., NORTH DISTRICT,
TAICHUNG CITY 404, TAIWAN, R.O.C.
TEL: (04) 2238-8693     FAX: (04) 2238-8670

Dear Sirs,

*PLEASE KINDLY OPEN YOUR L/C OR REMIT THE PAYMENT BY T/T TO OUR*
*BELOW NEW BANK ACCOUNT.*

BENEFICIARY: JUMP CORP.

ADDRESS: 6F-2, NO.631, SEC.1, CHUNG-TE RD, NORTH DISTRICT, TAICHUNG CITY 404,

TAIWAN, R.O.C.

BANK DETAILS: THE INTERNATIONAL COMMERCIAL BANK OF CHINA

HONG KONG BRANCH

ADDRESS: SUITE 2201, 22/F, PRUDENTIAL TOWER THE GATEWAY, HARBOUR CITY,

21 CANTON ROAD TSIMSHATSUI, KOWLOON, HONG KONG.

"SWIFT CODE": ICBCHKHH

A/C NO.: 965-11-002-537

FNK 7782 1070

Jump USA Inc.
JP Morgan Chase Bank, N.A.
Montclair, New Jersey 07042
Routing #: 021202337
Account #: 510500302865
SWIFT CODE: CHASUS33

Z

675

FNK 7782 1071



 New Line Exchange Trust Company S.A.L
Capital : 250.000.000   L.N.B.C  679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

DATE : 28/10/2009

REF. NO.: 112/2009

## ORDER FOR TRANSFER

BANK NAME         :  UNITED INTERNATIONAL PRIVATE  BANKING
Swift code            :  BUFBUS3M
Address               :  255 ALHAMBRA CIRCLE 2 FLOOR EAST ,
CORALG ABLES , FL 33134

BENEFICIARY    :  S.A RUTAS INTERNACIONALES SARI USA
ACCOUNT NO #  : 0679002693

AMOUNT            :  37000 $    ( THERTY SEVEN THOUSAND U.S
DOLLARS )

REASON              :  TRANSPORTION / SHIPMENT

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

FNK 7782 1072

بسم الله في خير، *C.M.A.*

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM:* New Line Exchange ~~Trust Co. S.A.L.~~     :إسم المصرح

*ACCT #:* ٧٧٣٩٠٢     :رقم الحساب

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10,000 او ما يعادلها

–  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

–  و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ٢٠٠٨ – ١١٢     *TRANSFER #: 112*

المبلغ: ٣٧٠٠٠     *AMOUNT: 37,000*

نقدي او غير: نقدي  (العملة) *#*     – *CASH*

التاريخ: ٢٨ / ١٠ / *C.M.A*     *DATE: 28-10-2009*

مصدر الاموال: الربح     – *BUSINESS*

وجهة استعمال الاموال:     – *PURCHASE SHOES*

*S. ARUTAS INTERNACIONALES*     هوية المستفيد: *U.S.A*     *BENEFICIARY*

*SARI U.S.A*

صاحب الحق الإقتصادي: جوناتان جريش     *JONATAN JERICH*

الإسم: اسماعيل حمود ساس

التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1073

| DATOS DEL BANCO BENEFICIARIO | |
|---|---|
| NAME | BANK UNITED INTERNATIONAL PRIVATE BANKING |
| BANK ACCOUNT NO | 0679002693 |
| ABA | # 267090594 |
| SWIFT CODE | # BUFBUS3M |
| DIRECCION DEL BANCO BENEFICIARIO | 255 ALHAMBRA CIRCLE 2 FLOOR EAST, CORALG ABLES, FL 33134 |
| BENEFICIARIO | S. A RUTAS INTERNACIONALES SARI USA |
| DIRECCION DEL BENEFICIARIO | AVDA. FRANCISCO DE MIRANDA, TORRE BAZAR BOLIVAR, PISO 2, OFICINA 203-B |

Amount: 37,000 $

: Transportation

678

FNK 7782 1074

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

| Branch: St charles. | Transfer / Issuing Draft Application |
| --- | --- |
| | طلب تحويل/اصدار شيك مصرفي |

Date : 28/10/2009

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift  ☐ Telex  ☐ Mail

USD    36,975

NEW LINE EXCH TRUST CO SA
BEIRUT-RAS BEIRUT-KARAKAS
STR-TALEET LAMBHOUSE, TBL// 01744808, REG# 1003128 VCH 173902

UNITED INTERNATIONAL PRIVATE BANKKING
255 ALHAMBRA CIRCLE 2 FLOOR EAST
CORALG ARLES, FL 331M
SWIFT BUPBUSM

0679002693

| | |
| --- | --- |
| DATE | : 28/10/2009 |
| TRA. SEQ1 | : 643 |
| VALUE DATE | : 28/10/2009 |
| REF. KEY | : 008653/39 |
| DOC. NO. | : 9008655. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 36975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 36975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJT FEES | : 15.00 |
| POSTAGES | : .00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 37000.00 |
| OR A/C | : 217/173902-8/7/322/0 |
| NEW LINE EXCHANGE TRUST |

S.A RUTAS INTERNACIONALES SARL USA

PURCHASE OF SHOES

REMARKS

VALUE 30/10/2009

☐ Cash
☒ Dedit A/C Number    217/173902/2/322/0

USD  36975                                    5      10

Lotfor Hamza

Mohamad Hamdan

FNK 7782 1075



 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON                         DATE: 28/10/2009

REF. NO.: 111/2009

## ORDER FOR TRANSFER

BANK NAME    : MEGA INTERNATIONAL COMMERCIAL BANK
                   CO, LTD.  HONG KONG
Swift code        : ICBCHKHH
Address           : SUITE 2201,22/F,PRUDENTIAL TOWER . THE
GATEWAY , HARBOUR CITY , 21 CANTON ROAD TSIMSHATSUI,
KOWLOON , HONG KONG

BENEFICIARY    : SHINY GROUP INT'L , L.L.C
ACCOUNT NO #  : 965-11-003208

AMOUNT         : 120000 $    ( ONE HUNDRED TWENTY THOUSAND
DOLLARS  )

REASON          : P. SHOES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

*Cuq ٨٠/٥٠٠٠* , بيسنت في

جانب إدارة البنك اللبناني الكندي ش.م.ل، المحترمين

*ORDER FROM:* New Line Exchange
Trust Co. S.A.L.                     إسم المصرح:

*ACOT #* _____173902_____   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10,000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: *Transfee # 111* ‎111 / 2008

المبلغ: ‎١٢٠,٠٠٠   *Amount: 120,000*   (العملة ____)

نقدي او غير: *شيك S*   – *CASH*

التاريخ: ‎٢٨ / ١٠ / *Cuq*   *DATE: 28-10-2004*

– مصدر الاموال: البحّارة   – *BUSINESS PURCHASE SHOES*

وجهة استعمال الاموال:

*SHINY GROUP INT'L L.L.C*   هوية المستفيد: حوت نع كوشع   – *BENEFICIARY*

– صاحب الحق الإقتصادي: جوناثان جيسنش   – *JONATHAN SEAICH*

الإسم: اسماعيل حمود يوسف ، بالوكالة

التوقيع: [signature]

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1077

# SHINY GROUP INT'L L.L.C

XI NAN ROAD, CHANG KENG VILLAGE, LIAOBU TOWN , DONG GUAN , GUAN DONG , CHINA
TEL:(0)769-83522602 , FAX:(0)769-83286005

## PROFORMA INVOICE

PO NO.: FTY-00209
Date : 2009.10.08
TOTAL PAGES : 1

TO:
AUA :
PAYMENT TERM : T/T ADVANCE THE SHIPMENT, with 30% DOWN PAYMENT BY THE ORDER
SHIPPING TERMS.: FOB HONG KONG/CHINA PORT
LATEST SHIPMENT DATE : 2010.01.15

| CUST.ORDER # | STYLE NAME | STYLE NO. | COLOR | U.PRICE/US$ | QUANTITY | AMOUNT/US$ |
|---|---|---|---|---|---|---|
| FTY-00209 | Hype | Hype-1 | Black | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Hype | Hype-1 | Brown | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Hype | Hype-1 | White | 7.00 | 480 | 3,360.00 |
| FTY-00209 | Hype | Hype-4 | Black | 8.00 | 960 | 7,680.00 |
| FTY-00209 | Hype | Hype-4 | Brown | 8.00 | 960 | 7,680.00 |
| FTY-00209 | Hype | Hype-4 | White | 8.00 | 600 | 4,800.00 |
| FTY-00209 | Oasis | Oasis-1 | Silver | 7.00 | 360 | 2,520.00 |
| FTY-00209 | Oasis | Oasis-1 | Royal | 7.00 | 360 | 2,520.00 |
| FTY-00209 | Oasis | Oasis-1 | Coffee | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-1 | Gold | 7.00 | 360 | 2,520.00 |
| FTY-00209 | Oasis | Oasis-1 | Black | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-1 | Fuxia | 7.00 | 360 | 2,520.00 |
| FTY-00209 | Oasis | Oasis-1 | Black | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-1 | White | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-3 | Silver | 7.00 | 420 | 2,940.00 |
| FTY-00209 | Oasis | Oasis-3 | Royal | 7.00 | 420 | 2,940.00 |
| FTY-00209 | Oasis | Oasis-3 | Coffee | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-3 | Gold | 7.00 | 420 | 2,940.00 |
| FTY-00209 | Oasis | Oasis-3 | Black | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-3 | Fuxia | 7.00 | 420 | 2,940.00 |
| FTY-00209 | Oasis | Oasis-3 | Black | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Oasis | Oasis-3 | White | 7.00 | 840 | 5,880.00 |
| FTY-00209 | Free | Free-4 | Black | 7.00 | 600 | 4,200.00 |
| FTY-00209 | Free | Free-4 | White-Black | 7.00 | 480 | 3,360.00 |
| FTY-00209 | Free | Free-4 | Brown | 7.00 | 600 | 4,200.00 |
| FTY-00209 | Free | Free-5 | Black | 8.00 | 720 | 5,760.00 |
| FTY-00209 | Free | Free-5 | White-Black | 8.00 | 480 | 3,840.00 |
| FTY-00209 | Free | Free-5 | Brown | 8.00 | 720 | 6,760.00 |
| FTY-00209 | Midnight | Midnight-2 | Black | 7.00 | 480 | 3,360.00 |
| FTY-00209 | Midnight | Midnight-2 | Brown | 7.00 | 480 | 3,360.00 |
| FTY-00209 | Midnight | Midnight-2 | White | 7.00 | 240 | 1,680.00 |
| FTY-00209 | Midnight | Midnight-5 | Black | 8.00 | 480 | 3,840.00 |
| FTY-00209 | Midnight | Midnight-5 | Brown | 8.00 | 480 | 3,840.00 |
| FTY-00209 | Midnight | Midnight-5 | White | 8.00 | 240 | 1,920.00 |
| FTY-00209 | Cocktail | Cocktail-10 | Black | 8.00 | 840 | 6,720.00 |
| FTY-00209 | Cocktail | Cocktail-10 | Brown | 8.00 | 840 | 6,720.00 |
| FTY-00209 | Cocktail | Cocktail-10 | White | 8.00 | 480 | 3,840.00 |
| TOTAL : | | | | | 22,680 | 166,560.00 |

SAY TOTAL US DOLLARS   USD:166,560.00

FNK 7782 1078

BENEFICIARY:    SHINY GROUP INT'L L.L.C.
C/O NO.97, INDUSTRIAL 20TH,ROAD,TAIPING CITY,
TAICHUNG HSIEN 41154 TAIWAN,R.O.C.

ADVISING BANK:    MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD
HONG KONG BRANCH
Suite 2201,22/F,Prudential Tower
The Gateway,Harbour City,21 Canton Road
Tsimshatsui,Kowloon,Hong Kong

ACCOUNT NO.:    985-11-003208
SWIFT CODE.:    ICBCHKHH

Please countersign for confirmation.

SHINY GROUP INT'L L.L.C.

*Helen Yuan*

_____
SIGNATURE OF AUTHORIZATIONS

_____
SIGNATURE OF AUTHORIZATIONS

FNK 7782 1079

BANK INFORMATION

BENEFICIARY:SHINY GROUP INT'L
L.L.C

BANK: MEGA INTERNATIONAL
COMMERCIAL BANK CO.,LTD.
HONG KONG BRANCH

Suite 2201,22/F,Prudential Tower. The
Gateway, Harbour City,
21 Canton Road Tsimshatsui,
Kowloon, Hong Kong

SWIFT:ICBCHKHH

ACCOUNT NO :965-11-003208

Amount: 120,000 $

Shoes

FNK 7782 1080

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Oct. 28 2009 03:13PM  P1

# LEBANESE CANADIAN BANK SAL     البنك اللبناني الكندي ش.م.ل

Branch: ......St.charles......        Transfer / Issuing Draft Application        فرع : .................

Date : 28/10/2009        طلب تحويل/إصدار شيك مصرفي        التاريخ : .................

Plese remit on our behalf the following :        يرجى من مصركم إصدار

☐ Bankers Draft        ☐ شيك مصرفي

☐ Outward transfer by        ☐ تحويل خارجي بواسطة

☐ Swift  ☐ Telex  ☐ Mail        ☐ برقية  ☐ تلكس  ☐ بريد

**A**pplicant's Name and Address      اسم موقع الطالب و عنوانه

NEW LINE EXCH.TRUST.CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR.-TALEET LAMEHOUSE, TEL# 01/744808, REG#1008128 A/C# 173902

| Currency عملة | Amount مبلغ |
|---|---|
| USD | 119,975 |

**B**eneficiary's Bank      اسم المصرف المستفيد

MBGA INTERNATIONAL COMMERCIAL BANK CO. LTD
HONG KONG
SUITE 2201, 22/F PRUDENTIAL TOWER THE GATEWAY HARBOUR CITY
ROAD TSIMSHATSUI KOWLOON HONG KONG
SWIFT: ICBCHKHI

**B**eneficiary's Account Number      رقم حساب المستفيد

965-11-003208

**B**eneficiary Name and Address      اسم المستفيد و عنوانه

SHINY GROUP INT'L L.L.C

**Details** التفاصيل

PURCHASE OF SHOES

For Bank use Only      خاص بالمصرف ترك فارغاً

```
DATE          : 28/10/2009
              647
VALUE DATE    : 28/10/2009
REF. KEY      : OC8656/09
DOC. NO.      : 9C08656
TRE. TYPE     : SWIFT TRANSFER
TRE. CUR.     : US DOLLAR
TRE. AMT      : 119975.00
PMT. CUR.     : US DOLLAR
RATE          : 1
EQUV. AMT     : 119975.00
COMMISSION    : 10.00
FX COMM.      : .00
CBU FEES      : .00
POSTAGES      : 15.00
STAMPS        : .00
TOTAL AMT.    : 120000.00
DR A/C        : 217/173902-0/2/527/0
NEW LINE EXCHANGE TRUST
REMARKS       :
```

BO Correspondant Name      اسم البنك المراسل

Correspondant Account Number      رقم حساب المراسل        VALUE 30/10/2009

Settlement by:        طريقة التسديد

☐ Cash        ☐ نقداً

☐ Debit A/C Number  217/173902/2/527/0        ☐ القيد على حساب رقم

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer عمولة - التحويل | Stamps طابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 119975 | | | | 15 | 10 | | |

Applicant's Signature  توقيع الطالب
AS PER ATTACHED

S.V        منحة الطالب

Authorized Signatures        التواقيع المعتمدة

Mohamad Hamdoun        بسام أبو مرضي

685        FNK 7782 1081



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

DATE: 18/09/2009

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.:109/2009

## ORDER FOR TRANSFER

BANK NAME   :  CHINATRUST COMMERCIAL BANK NAN TUN BRANCH

Swift code   :  CTCBTWTP

Address   :  2F , NO.236, SEC. 2 , WU-CHUAN W. RD., TAICHUNG , TAIWAN

BENEFICIARY  :  LA TANDEM INTERNATIONAL INC.

ACCOUNT NO #  :  04514-1116766

AMOUNT   :  **300,000 USD ( THREE HUNDRED THOUSAND DOLLARS )**

REASON   :  PAYMENT OF INVOICE . SHOES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1082

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: ...............................

Date: ...............................

Please remit on our behalf the following:

☐ Bankers Draft

☐ Outward transfer by

    ☐ Swift  ☐ Telex  ☐ Mail

**Transfer / Issuing Draft Application**
طلب تحويل/اصدار شيك مصرفي

فرع: ...........................

تاريخ: ....../....../......

يرجى من حضرتكم اصدار

☐ شيك مصرفي

☐ تحويل خارجي بواسطة

☐ سويفت ☐ تلكس ☐ بريد

| Applicant's Name and Address اسم وعنوان الطالب ورقمه | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| LA CHAM DIRECT Corp | | USD | 200,674 |
| c/o GLAS DIRECT S.A.R.L AG | | | |
| PIR TAGET (AMBROISE TEL:07) 41808, R2G# 1008128, UCC 730.53 | | | |

| Beneficiary's Bank اسم المصرف المستفيد | For Bank Use Only خاص بالمصرف فقط |
|---|---|
| ...................INTERNATIONAL BANK ...................N.A. ...................WP JP MORGAN WO ...................C SWIFT LBK K ...................10730 | COPY |

| Beneficiary's Account Number رقم حساب المستفيد |
|---|
| ...451-11(...) |

| Beneficiary Name and Address اسم وعنوان المستفيد |
|---|
| LA CHAMEM INTERNATIONAL INC. |

| Details التفاصيل |
|---|
| |

| Correspondent Name اسم المراسل |
|---|
| Correspondent Account Number رقم حساب المراسل |

Settlement by: طريقة التسديد

☐ Cash نقداً

☐ Debit A/C Number القيد على الحساب رقم:

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value قيمة المقابلة | Commission عمولة | Cost of Transfer كلفة التحويل | Stamps طابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Applicant's Signature توقيع الطالب | S.V. شاهد التوقيع | Authorized signatures التواقيع المعتمدة |
|---|---|---|
| | | |

FNK 7782 1083

*بيروت، في ١٩/٩/٢٠٠٩*  Cug

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: *New Line Exchange Trust Co. S.A.L.*  *Order From*

رقم الحساب: *١٧٣٩٠٢*  *Acd no*

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته ١٠.٠٠٠$ او ما يعادلها

– بناء على التعميم الوسيط رقم ١٠١ و ١٩٠ لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم ١٠٠ للمصارف و المؤسسات المالية (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

*Transfer no 109*
رقم المرجع: Cug ١.٩
*Amount 300.000*
المبلغ: ٣٠٠.٠٠٠ *(العملة $) دولار أميركي*
– نقدي او غير: *نقدي*  *Cash*
التاريخ: ١٩/٩ Cug  – *19/9/2009*
مصدر الاموال: *التجارة*  – *Business*
وجهة استعمال الاموال: شراء (ا أحذية – البيع.  – *Reason (shoes)*
هوية المستفيد:  – *Beneficiary*
*LA TANDEM INTERNATIONAL*
صاحب الحق الإقتصادي: جوناتان جريش  – *Client*
*Jonathen Jreich*

الإسم: أسماعيل يوسف
التوقيع:

New Line Exchange
Trust Co. S.A.L.

   FNK 7782 1084

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000  L.N.B.C 679

BEIRUT: 09/06/2009

Lebanese Canadian Bank

Beirut -- Lebanon

REF. NO.: 73/2009

## ORDER FOR TRANSFER

Bank name       : JP MORGAN CHASE BANK  N.A

ADRESS          : MONTCLAIR, NEW JERSY 07042

ABA             : 021 202 337

Swift code      : CHASUS33

Beneficiary     : JUMP  USA  INC.

Account #       : 510 500 302 865
Amount          : 198000  ( one hundred ninty eight thousand
U.S. dollars only )

Reason          : Payment of invoice C047-JM09SS002 purchase shoes.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMMOUNT.

BEST REGARDS

ZIAD YOUSSEF                    New Line Exchange
                               Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1085

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 09 2009 12:51PM P1

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

| Branch: St.Charles | **Transfer / Issuing Draft Application** بلب تحويل/اصدار شيك مصرفي | فرع : |
| Date : 09/06/2009 | | تاريخ : |

Please remit on our behalf the following :          يرجى من حضرتكم إصدار

☐ Bankers Draft          ☐ شيك مصرفي

☐ Outward transfer by          ☐ تحويل خارجي بواسطة

☐ : Swift  ☐ Telex  ☐ Mail          ☐ بريد  ☐ تلكس  ☐ سويفت

| Applicant's Name and Address اسم وعنوان الطالب | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA | USD | 197,975 |
| BEIRUT-RAS BEIRUT-KARAKAS | | |
| STR.-TALEET LAMHOUSE, TELE 01/744803, REG# 100812B A/C# 173902 | | |

| Beneficiary's Bank اسم المصرف المستفيد | For Bank use Only فقط لاستعمال المصرف |
|---|---|
| JP.MORGAN CHASE BANK N.A. | DATE : 09/06/2009 |
| MONTCLAIR, NEW JERSY 07042 | TRF. SEQ1 : 787 |
| ABA : 021 202 337 | VALUE DATE : 09/06/2009 |
| SWIFT : CHASUS33 | REF. KEY : 0004358/09 |
| | DOC. NO. : 9004358, |
| **Beneficiary's Account Number** رقم حساب المستفيد | TRF. TYPE : SWIFT TRANSFER |
| | TRF. CUR. : US DOLLAR |
| 510 509 302 865 | TRF. AMT : 197975.00 |
| **Beneficiary Name and Address** اسم وعنوان المستفيد | PMT. CUR. : US DOLLAR |
| | RATE : 1 |
| | EQUV. AMT : 197975.00 |
| JUMP USA INC | COMMISSION : 10.00 |
| | FX COMM. : .00 |
| | OBJ FEES : .00 |
| | POSTAGES : 15.00 |
| **Details** التفاصيل | STAMPS : .00 |
| | TOTAL AMT. 198000.00 |
| PMT INV C047-JN0093902 PURCHASE OF SHOES | OR A/C : 217/173902-0/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : |

| Correspondent Name اسم المراسل | |
|---|---|
| Correspondent Account Number رقم حساب المراسل | CHASE |

| Settlement by طريقة الدفع | VALUE 11/06/2009 |
|---|---|
| ☐ Cash | |
| ☐ Debit A/C Number | |

| Cucm. عملة | X. | Amount المبلغ | Exchange Rate سعر الصرف | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Tax الرسم | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 197975 | | | | | | | |

| Applicant's Signature توقيع الطالب | B.V. | Authorized Signature التوقيع المعتمد |
|---|---|---|
| AS PER ATTACHED | | 10 |

Mohamad Hamdoun                Fadi Nassar



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 08/04/2009

Lebanese Canadian Bank

Beirut – Lebanon

REF. NO.: 70/2009

## ORDER FOR TRANSFER

Bank name          : JP MORGAN CHASE BANK  N.A

ADRESS             : MONTCLAIR, NEW JERSY 07042

ABA                : 021 202 337

Swift code         : CHASUS33

Beneficiary        : JUMP  USA  INC.

Account #          : 510 500 302 865

Amount             : 65.800 ( Sixty-five thousand eight hundred
U.S. dollars only )

Reason             : Payment of invoice C047-JM09SS002 purchase shoes.


YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMMOUNT.


BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1087

DE :CAZADOS BUNKER 3000 CA     NO.DE TEL :4711445     06 ABR. 2008 12:45PM P2

# JUMP CORP.
6F-2, NO.631, SEC.1, CHUNG-TE RD., NORTH DISTRICT, TAICHUNG CITY 404, TAIWAN, R.O.C.
TEL:+886 4 2238 8693     FAX:+886 4 2238 9970

Page: 1/1

## PROFORMA INVOICE

| | | |
|---|---|---|
| TO | : INVERSIONES 273077 C.A | Date : 2008.10.20 |
| ADDRESS | : Av.Principal Jose Angel Lama, Edificio | INVOICE# : C047-JM09SS002 |
| | Centro Empresarial Palo Grande Piso PB, | Order No. : SS09-105 |
| | Local 1,URB San Martin | PAYMENT TERM : TT 70/30 NET |
| ATTN | : JHONATHAN JRAICHE | |
| TEL | : 58 212 471 69 61 | TRADE TERM : FOB HONG KONG |
| FAX | : 58 212 471 14 45 | BRAND : JUMP |
| CUST P.O. NO. : | | CURRENCY : USD |

| Article | Item No. | Description of Goods | Quantity | Unit Price | AMOUNT |
|---|---|---|---|---|---|
| SEVENTY | | | | | |
| MBA | 06643W711 | BLACK/SATIN ART GLITTER W/FINE COTTON LING & SOCK | 1,800 pairs | 16.50 | 29,700.00 |
| SIMBA | 06643W712 | COPPER/SATIN ART GLITTER W/FINE COTTON LING & SOCK | 1,800 pairs | 16.50 | 29,700.00 |
| SIMBA | 06643W713 | IVORY/SATIN ART GLITTER W/FINE COTTON LING & SOCK | 1,560 pairs | 16.50 | 25,740.00 |
| SIMBA | 06643W714 | CLOUD/SATIN ART GLITTER W/FINE COTTON LING & SOCK | 1,560 pairs | 16.50 | 25,740.00 |
| SISI | 06640W701 | BLACK/REGATTA COMBO W/FINE COTTON LING & SOCK | 960 pairs | 16.50 | 15,840.00 |
| SISI | 06640W702 | COPPER/REGATTA COMBO W/FINE COTTON LING & SOCK | 960 pairs | 16.50 | 15,840.00 |
| SISI | 06640W703 | CLOUD/REGATTA COMBO W/FINE COTTON LING & SOCK | 960 pairs | 16.50 | 15,840.00 |
| TOTAL : | | | 9,600 pairs | USD | 158,400.00 |

SAY TOTAL : U.S. DOLLARS ONE HUNDRED FIFTY EIGHT THOUSAND FOUR HUNDRED ONLY.

REMARK : 1. X/F DATE : 31. DEC. 2008
PLEASE KINDLY REMIT 70% AMOUNT AS THE DEPOSIT AND 30% BEFORE SHIPMENT.
PLEASE REMIT THE ABOVE PAYMENTS TO THE FOLLOWING BANK A/C.

BENEFICIARY : JUMP CORP.
6F-2, NO.631, SEC.1, CHUNG-TE RD.,
NORTH DISTRICT, TAICHUNG CITY 404,
TAIWAN, R.O.C.
TEL: +886 4 2238 8693
FAX: +886 4 2238 9970

BANK DETAIL : MEGA INTERNATIONAL COMMERCIAL BANK CO.,LTD.
HONG KONG BRANCH

SUITE 2201, 22/F. PRUDENTIAL TOWER THE GATEWAY,
HARBOUR CITY, 21 CANTON ROAD TSIMSHATSUI,
KOWLOON, HONG KONG.

SWIFT CODE: ICBCHKHH
A/C: 965-11-002537

TEL:
FAX:

# JUMP CORP.
6F-2, NO.631, SEC.1, CHUNG-TE RD., NORTH DISTRICT, TAICHUNG CITY 404, TAIWAN, R.O.C.
TEL:+886 4 2238 8693     FAX:+886 4 2238 9970

Page: 1/1

PROFORMA INVOICE     REVISED

FNK 7782 1088

DATE: 08/04/2009

## CASH TRANSACTION SLIP

TRF REF #: 70/2009

TRANSFERER NAME: JUMP U.S.A.

AMOUNT RECEIVED:  65800 USD CASH

SOURCE OF MONEY: PURCHASE SHOUES (BUISSNES).

TRF SIGNATURE

*CHARBEL JRAICHE*

FNK 7782 1089

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Apr. 08 2009 02:15PM P1

8/04-13:21:07                    SENT-9757-224909                           S

------------------------- Instance Type and Transmission -----------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery : Normal
Message Input Reference : 1316 0904081LECALBBEAXXX6587390397
----------------------------- Message Header ------------------------
Swift Input           : FIN 103 Single Customer Credit Transfer
Sender : LECALBBEXXX
         LEBANESE CANADIAN BANK S.A.L.
         BEIRUT LB
Receiver : CHASUS33XXX
         JPMORGAN CHASE BANK, N.A.
         NEW YORK,NY US
------------------------------ Message Text ------------------
20: Sender's Reference
    17/2542/09
23: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date     : 09 April 2009
    Currency : USD (US DOLLAR)
    Amount   :     #65,775.#
50K: Ordering Customer-Name & Address
    173902
    NEW LINE EXCH TRUST CO SA
    BEIRUT RAS BEIRUT KARAKAS STR
    ALKET LAMBHOUSE TEL:00961174808
    IRQ:1008128 LEBANON
59: Beneficiary Customer-Name & Addr
    510500302855
    UMP USA INC
    WITH YOUR MONTCLAIR NEW JERSY 07042
70: Remittance Information
    RFB/FMT INV C047-JI4098S002
    PURCHASE OF SHOES
71A: Details of Charges
    SHA
------------------------------ Message Trailer -----------------------
{CHK:F4169A905478}
{SIG: Signature: MAC-Equivalent}
------------------------------ Interventions -----------------------
Category  : Network Report
Creation Time : 08/04/09 13:20:47
Application : SWIFT Interface
Operator  : SYSTEM
Text
{1:F21LECALBBEAXXX6587390397}{4:{Y77:0904081316}{451:0}}
End of Message

694                                                    FNK 7782 1090



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.H.B.C 679

BEIRUT: 08/04/2009

Lebanese Canadian Bank

Beirut – Lebanon

REF. NO.: 69/2009

## ORDER FOR TRANSFER

Bank name        : JP MORGAN CHASE BANK  N.A

ADRESS           : MONTCLAIR, NEW JERSY 07042

ABA              : 021 202 337

Swift code       : CHASUS33

Beneficiary      : JUMP  USA  INC.

Account #        : 510 500 302 865

Amount           : 458,700 ( four hundred fifty-eight thousand
seven hundred U.S. dollars)

Reason           : Payment of invoice C047-JM09SS006 purchase shoes.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1091

DE :CAZADOS BUNKER 3000 CA          NO.DE TEL :4711445          06 ABR. 2009 12:44PM  P1

# JUMP CORP.

Page: 2/2

6F-2,.NO.631, SEC.1, CHUNG-TE RD., NORTH DISTRICT, TAICHUNG CITY 404, TAIWAN, R.O.C.
TEL:+886 4 2238 8693      FAX:+886 4 2238 9970

## PROFORMA INVOICE

| | | | |
|---|---|---|---|
| TO | : INVERSIONES 273077 C.A | Date | : 2008.11.11 |
| ADDRESS | : Av.Principal José Angel Lama, Edificio | INVOICE# . | : C047-JM09SS006 |
| | Centro Empresarial Palo Grande Piso PB, | Order No. | : SS09-122 |
| | Local1,URB San Martin | PAYMENT TERM | : TT 70/30 NET |
| ATTN | : JHONATHAN JRAICHE | | |
| TEL | : 58 212 471 69 61 | TRADE TERM | : FOB HONG KONG |
| FAX | : 58 212 471 14 45 | BRAND | : JUMP |
| CUST P.O. NO. : | | CURRENCY | : USD |

| Article | Item No. | Description of Goods | Quantity | Unit Price | AMOUNT |
|---|---|---|---|---|---|
| | | | 45,480 pairs | USD | 458,760.00 |
| TOTAL : | | | | | |

S. TOTAL : U.S. DOLLARS FOUR HUNDRED FIFTY EIGHT THOUSAND SEVEN HUNDRED SIXTY ONLY.

REMARK : 1. X/F DATE : 28. FEB, 2009
          PLEASE KINDLY REMIT 70% AMOUNT AS THE DEPOSIT AND 30% BEFORE SHIPMENT.
          PLEASE REMIT THE ABOVE PAYMENTS TO THE FOLLOWING BANK A/C.

BENEFICIARY : JUMP CORP.
              6F-2, NO.631, SEC.1, CHUNG-TE RD.,
              NORTH DISTRICT, TAICHUNG CITY 404,
              TAIWAN, R.O.C.
              TEL: +886 4 2238 8693
              FAX: +886 4 2238 9970

BANK DETAIL : MEGA INTERNATIONAL COMMERCIAL BANK CO.,LTD.
              HONG KONG BRANCH

              SUITE 2201, 22/F, PRUDENTIAL TOWER THE GATEWAY,
              HARBOUR CITY, 21 CANTON ROAD TSIMSHATSUI,
              KOWLOON, HONG KONG.

              SWIFT CODE: ICBCHKHH
              A/C: 965-11-002537

              TEL:
              FAX:

7451994

7910754

JUMP CORP.

*Michael Chen*

FNK 7782 1092

DATE: 08/04/2009

## CASH TRANSACTION SLIP

TRF REF #: 69/2009

TRANSFERER NAME: JUMP U.S.A.

AMOUNT RECEIVED:  458700 USD CASH

SOURCE OF MONEY: PURCHASE SHOUES (BUISSNES).

TRF SIGNATURE

*CHARBEL JRAICHE.*

697

FNK 7782 1093

FROM :LCB st CHARLES Branch          FAX NO. :013663737 127          Apr. 08 2009 02:15PM P2

4/09 13:21:07                    SENT-9757-22/4907                           3

---------------- Instance Type and Transmission ----------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status : Network Ack
Priority/Delivery : Normal
Message Input Reference : 1316 090408LECALBBEAXXX6587390395
---------------- Message Header ----------------
Swift Input           : FIN 103 Single Customer Credit Transfer
Sender : LECALBBEXXX
         LEBANESE CANADIAN BANK S.A.L.
         BEIRUT LB
Receiver : CHASUS33XXX
         JPMORGAN CHASE BANK, N.A.
         NEW YORK,NY US
---------------- Message Text ----------------
Sender's Reference
:17/2541/09
23 B: Bank Operation Code
   CRED
32 A: Val Dte/Curr/Interbnk Settld Amt
   Date      : 09 April 2009
   Currency  : USD (US DOLLAR)
   Amount    : #458,675.#
50 K: Ordering Customer-Name & Address
   /173902
   NEW LINE EXCH TRUST CO SA
   BEIRUT RAS BEIRUT KARAKAS STR
   TALEET LAMEHOUSE TEL:00961744808
   REG:1008128 LEBANON
59: Beneficiary Customer-Name & Addr
   /510500302865
   JUMP USA INC
   WITH YOUR MONTCLAIR NEW JERSY 07042
70: Remittance Information
   /RB/PMT INV C047-JM09SS006
   URCHASE OF SHOES
71A: Details of Charges
   SHA
---------------- Message Trailer ----------------
{CHK:9756966CAE23}
{ Signature: MAC-Equivalent
---------------- Interventions ----------------
Category  : Network Report
Creation Time : 08/04/09 13:20:37
Application : SWIFT Interface
Operator  : SYSTEM
Text
{1:F21LECALBBEAXXX6587390395}{4:{177:0904081316}{451:0}}
End of Message

**LEBANESE CANADIAN BANK**

FNK 7782 1095

METAS C.A - NABIL ISSA

FNK 7782 1096

DE :SPORT MASTER          N° DE TEL :02952639932          15 JUN. 2010 17:47   P1



701

FNK 7782 1097



PORT MASTER          N°DE TEL :02552639932          15 JUN. 2010 17:49     P2

# REPÚBLICA BOLIVARIANA DE VENEZUELA
# MINISTERIO DEL PODER POPULAR PARA
# RELACIONES INTERIORES Y JUSTICIA
# REGISTRO MERCANTIL SEGUNDO

DE LA CIRCUNSCRIPCION JUDICIAL DEL ESTADO NUEVA ESPARTA

DRA. SANDRA ISABEL ROMERO, REGISTRADOR MERCANTIL SEGUNDO DE LA CIRCUNSCRIPCION

JUDICIAL DEL ESTADO NUEVA ESPARTA

# C E R T I F I C A

Que el asiento de Registro de Comercio transcrito a continuación, cuyo original

está inscrito en el Tomo: 32-A.. Número: 79

así como LA PARTICIPACION, NOTA Y DOCUMENTO que se copian de seguida

son traslado fiel de sus originales; los cuales son del tenor siguiente



ESTE FOLIO PERTENECE A:

702                                          FNK 7782 1098



**ACTA DE ASAMBLEA GENERAL EXTRAORDINARIA DE ACCIONISTAS DE LA SOCIEDAD MERCANTIL "METAS, C.A."**. En el día de hoy, doce (12) de junio del año dos mil nueve (2009), siendo las nueve de la mañana ( 9:00 a.m.), se encuentran reunidos en la sede social de la compañía los accionistas de "METAS, C.A.", a fin de celebrar la Asamblea

FNK 7782 1099

# REPÚBLICA BOLIVARIANA DE VENEZUELA
# MINISTERIO DEL PODER POPULAR PARA
# RELACIONES INTERIORES Y JUSTICIA
# REGISTRO MERCANTIL SEGUNDO

DE LA CIRCUNSCRIPCION JUDICIAL DEL ESTADO NUEVA ESPARTA

DRA.SANDRA ISABEL ROMERO, REGISTRADOR MERCANTIL SEGUNDO DE LA CIRCUNSCRIPCION

JUDICIAL DEL ESTADO NUEVA ESPARTA

# C E R T I F I C A

Que el asiento de Registro de Comercio transcrito a continuación, cuyo original

está inscrito en el Tomo: 32-A., Número: 79

así como LA PARTICIPACION, NOTA Y DOCUMENTO que se copian de seguida

son traslado fiel de sus originales, los cuales son del tenor siguiente



ESTE FOLIO PERTENECE A:

704

FNK 7782 1100



ACTA DE ASAMBLEA GENERAL EXTRAORDINARIA DE
ACCIONISTAS DE LA SOCIEDAD MERCANTIL "METAS, C.A.". En
el día de hoy, doce (12) de junio del año dos mil nueve (2009), siendo las
nueve de la mañana (9:00 a.m.), se encuentran reunidos en la sede social de
la compañía los accionistas de "METAS, C.A.", a fin de celebrar la Asamblea
General Extraordinaria de Accionistas y seguidamente se deja constancia de
los asistentes: 1) Sr. TOLEL SAID DAVID, en su carácter de Presidente de
la sociedad y en su condición de titular de Ciento Cincuenta Mil (150.000)
Acciones y 2) Sr. NABIL DAVID ISSA, en su carácter de Vice-Presidente de
la sociedad y en su condición de titular de Ciento Cincuenta Mil (150.000)
acciones, constatado el quórum por hallarse presentes los socios que
representa el cien por ciento (100%) del capital social de "METAS, C.A.", se
prescinde de la convocatoria y se declara válidamente constituida la Asamblea
General Extraordinaria de Accionistas, para deliberar sobre los puntos de la
agenda convenidos al siguiente tenor: 1) Informe del comisario; 2)
Consideración, aprobación, improbación o modificación del Balance General
y Estados de Ganancias y Pérdidas del ejercicio económico comprendido entre
el 01-01-2008 al 31-12-2008; 3) Cambio de domicilio de la compañía y 4)
Modificación de la cláusula Tercera del Documento Constitutivo Estatutario.
Acto seguido se procedió a desarrollar la agenda de este modo: 1) El socio
TOLEL SAID DAVID en su carácter de Presidente de la compañía, dió
lectura al Informe del Comisario, consignado conjuntamente con el Balance
General y el correspondiente Estado de Ganancias y pérdidas al 31/12/2008;
2) Seguidamente los accionistas analizaron el Balance General al 31/12/2008
y el Estado de Ganancias y pérdidas correspondiente al ejercicio económico
transcurrido entre el 01/01/2008 al 31/12/2008; resolviéndose de manera
unánime la aprobación de los mismos; 3) Los socios acuerdan por unanimidad
cambiar el domicilio de la compañía, por razones de índole comercial a la
ciudad de Porlamar, Municipio Mariño del Estado Nueva Esparta y 4)
Modificación de la cláusula Tercera del Documento Constitutivo Estatutario,
como consecuencia del cambio de domicilio de la compañía y por unanimidad
fue aprobada la modificación y redacción definitiva de la mencionada cláusula

FNK 7782 1101



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

DATE : 30/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.:162/2009

## ORDER FOR TRANSFER

BANK NAME   :   BANK OF NOVA SCOTIA
ADDRESS      :   555 CHABANEL ST. W MONTERAL , QUEBEC H2N 2H7
SWIFTE NO.   :   NOSCCATT

BENEFICIARY : LA SENZA INTERNATIONAL
TRANSIT       : 20081 002

ACCOUNT  NO :   00887-14

AMOUNT :  700,000 ·  ( seven  hundreds  thousand dollars )

P. UNDERWEAR

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL  YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FROM :LCB St CHARLES Branch        FAX NO. :01366337 127        Jun. 30 2010 12:33PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    **Transfer / Issuing Draft Application**                    فرع : ـــــــــــــ
تاريخ : / /
_30/06/2010_                           طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :                    يرجى من حضراتكم إصدار
[ ] Bankers Draft                                            ☐ شيك مصرفي
[ ] Outward transfer by                                      ☐ تحويل خارجي بواسطة
   ☐ Swift  ☐ Telex  ☐ Mail                                 ☐ بريد ☐ تلكس ☐ سويفت

| Applicant's Name and Address | USD | Amount 699,975 |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR.-TALEET LAMBHOUSE, TEL.# 01/744808,-RBO# 1008128 LB24 0044 2170 739 0200 2052 2000 | | |

**Beneficiary Bank**
BANK OF NOVA SCOTIA
55 CHABANEL ST. W MONTREAL QUEBEC H2N 2H7
SWIFT: NOSCCATT
TRANSIT: 20081 002

**Beneficiary Account Number**
00887-19

**Beneficiary's Name and Address**
LA SENZA INTERNATIONAL
1608 BOULEVARD ST-REGIS DORVAL QUEBEC, CANADA H9P 1H6 TEL.# (514) 683-7700

**Purpose**
COST OF UNDERWEAR
TRADING RELATIONSHIP
FREQUENCY: 3 TIMES PER YEAR

**Correspondent Bank**
BONY

| For Bank's Use Only | |
|---|---|
| DATE | : 30/06/2010 |
| TRA. SEQ1 | : 923 |
| VALUE DATE | : 30/06/2010 |
| REF. KEY | : 006868/1C |
| DOC. NO. | : 10006868. |
| TRF. TYPE | : SHIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 699975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : |
| EQUV. AMT | : 699975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 700000.00 |
| OR A/C | : 217/173902-8/2/522/0 |
|  | NEW LINE EXCHANGE TRUST |
| REMARKS | : ? |

**Settlement by**        VALUE 02/07/2010                    ☐ القيد على الحساب رقم
☐ Cash
☐ Debit A/C Number

| Currency طبيعة | Amount المبلغ | Exchange rate سعر | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Charge مصاريف | Stamp طابع | Total الإجمالي |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Applicant's Signature**        B.V.        **Authorized signature**

AS PER ATTACHED

BOW LEVARD ST ReglS
DORVAL, QUEBEC, CANADA
H9P H6   Tel: 514-684-7700

: LA SenZA INT. عنوان شركة
company Address

يسمشــــ/ ٢٠١٦/٦/٣٠ .م.١.٥

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

order from   New Line Exchange
_____   Trust Co. S.A.L.   _____   إسم المصرح:

Acct no "   1739 2   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10.000 او ما يعادلها

−  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

−  و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

Transfer no" 162
− رقم المرجع: ١٦٢ /C.I.
Amount 700,000   المبلغ: ٧٠٠,٠٠٠ /   (العملة #$   )
cash   − نقدي او غير: نقد ي /
Dak 30/6/2016   التاريخ: ٢٠ / ٦ / ٢ /C.I.
Business   − مصدر الأموال: التجار ة /
Reason (underwear) وجهة استعمال الأموال: استيراد البسة داخلية  كندا
Mr. Nabil Issik   LASENZA INTERNATIONAL − هوية المستفيد: Beneficiary
− صاحب الحق الإقتصادي: MeTAS C.A   Client السيد بيل عبد وطلال داكد
الإسم:   VeneZueLA ISLA   العنوان: Address
التوقيع:   MARGAReiTA   Tel: 0058 295 26 3993 2

عدد عمليات الحيول: ٨   ن عملية ف السنـة
no" of Transfers in the year: 8

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1104

# La SENZA
## INTERNATIONAL
3741 ST-REGIS BOULEVARD, DORVAL, QUEBEC, CANADA H9P 1H5

COMMERCIAL INVOICE

DATE: Mayo 04 de 2,010

INVOICE# 001953
CREDITO 120 DIAS

| SOLD TO | CONSIGNEE | SHIP TO |
|---------|-----------|---------|
| | CONSIGNEE/Heinz C.A. Casa Principal, Doble del C.C Los Robles Luis Vargueta - Valencia. Telefono: 0051-242-2660341 | |

| Style | Vendor Name/ PO NUMBER | Style Description | COUNTRY OF ORIGIN | QTY | HS CODE | UNIT COST USD | Total USD |
|-------|------------------------|-------------------|-------------------|-----|---------|---------------|-----------|
| | | Brassieres de dama | | 15,200 | | 3.75 | 57,000.00 |
| | | Pantys de dama | | 17,375 | | 1.25 | 21,656.25 |
| | | Pijama de dama | | 8,762 | | 6.95 | 60,876.90 |
| | | Top de dama | | 1,418 | | 4.75 | 6,735.50 |
| | | Pantalon de dama | | 2,600 | | 6.25 | 16,250.00 |
| | | Bata de dama | | 1,210 | | 7.25 | 8,772.50 |
| | | Camison de dama | | 1,200 | | 4.50 | 5,400.00 |
| | | | | | | | |
| | | | | | | | |
| | | GRAND TOTAL | | 42,765 | | | 176,640.65 |

WE HEREBY GUARANTEE THAT THIS IS A TRUE AND CORRECT INVOICE AND THAT THE GOODS STATED HEREIN ORIGINATED AND WERE WHOLLY PRO MANUFACTURED IN CHINA AND CANADA

Total Bultos:          320

Contenedor :          GESU 255488-0
Peso:                    2,890  Kgs

LA SENZA INTERNATIONAL

FNK 7782 1105

La Senza International

The Bank of Nova Scotia

555 Chabanel St. W

Montreal, Quebec

H2N 2H7

Account #   00887-14

Transit       20081 002

Swift Code  NOSCCATT

DIRECCION :
1608, Boulevard St-Regis
Dorval, Quebec, Canada
H9P 1H6

Tel (514) 684-7700

FNK 7782 1106



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.K.B.C 679

DATE : 16/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF.NO.:146/2009

## ORDER FOR TRANSFER

BANK NAME   :   BANK OF NOVA SCOTIA
ADDRESS   :   555 CHABANEL ST. W MONTERAL , QUEBEC H2N 2H7
SWIFTE NO.   : NOSCCATT

BENEFICIARY : LA SENZA INTERNATIONAL
TRANSIT   : 20081 002

ACCOUNT NO :   00887-14

AMOUNT : 500,000   ( five  hundreds  thousand dollars )

P. UNDERWEAR

BEST REGARDS

ماريا لوال التل   ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

711   FNK 7782 1107

FROM :LCB St CHARLES Branch          FAX NO. :01366337 127          Jun. 16 2010 02:50PM  P1

# LEBANESE CANADIAN BANK SAL  البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    Transfer / Issuing Draft Application          فرع : _____
Date 30/07/2008 / _____             طلب تحويل/إصدار شيك مصرفي                 تاريخ : ____ / ____ / ____

Please remit on our behalf the following :                                      يرجى من حضرتكم إصدار
☐ Bankers Draft                                                                  ☐ شيك مصرفي
☐ Outward transfer by                                                            ☐ تحويل خارجي بواسطة
   X ☐ Swift  ☐ Telex  ☐ Mail                                                   ☐ البريد  ☐ التلكس  ☐ السويفت

| Applicant's Name and Address / اسم وعنوان الآمر | | Currency / العملة | Amount / المبلغ |
|---|---|---|---|
| NEW LINE EXCH. TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR:TALEET LAMBHOUSE; TEL# 01/744808, REG# 1008128 LB24 0044 2170 1739 0200 1052 2000 | | USD | 500,000 |

| Beneficiary's Bank / مصرف المستفيد | | For Bank Use Only / للاستعمال المصرف فقط |
|---|---|---|
| BANK OF NOVA SCOTIA 555 CHABANEL ST W MONTREAL QUEBEC H2N 2H7 SWIFT: NOSCCATT TRANSIT: 20081 002 | | DATE        : 16/06/2010<br>TRA. SEQ1    : 750<br>VALUE DATE   : 16/06/2010<br>REF. KEY     : 006295/10<br>DOC. NO.     : 10006295.<br>TRF. TYPE    : SWIFT TRANSFER<br>TRF. CUR.    : US DOLLAR<br>TRF. AMT     :      500000,00 |

| Beneficiary's Account Number / رقم حساب المستفيد | | PNT. CUR.    : US DOLLAR<br>RATE         :              1<br>EQUV. AMT    :      500000,00 |
|---|---|---|
| 00887-14 | | COMMISSION   :          10,00<br>FX COMM.     :            ,00<br>CBJ FEES     :            ,00 |

| Beneficiary Name and Address / اسم وعنوان المستفيد | | POSTAGES     :          15,00<br>STAMPS       :            ,00 |
|---|---|---|
| LA SENZA INTERNATIONAL 1608 BOULEVARD ST-REGIS DORVAL, QUEBEC, CANADA H9P 1G6 TEL# (514)636-7700 | | TOTAL AMT.   :      500025,00<br>DR A/C       : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS      : ? |

| Details / البيان | |
|---|---|
| COST OF UNDERWEAR TRADING RELATIONSHIP FREQUENCY: 8 TIMES PER YEAR | |

| Correspondent Name / اسم المراسل | |
|---|---|
| Correspondent Account Number / رقم حساب المراسل | BONY |

| Settlement by / التسوية بواسطة | VALUE 18/06/2010 | |
|---|---|---|
| ☐ Cash                                    نقداً | | |
| ☐ Debit A/C Number   القيد على الحساب رقم: | | |

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost transfer أعباء الحوالة | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| | | 217/173902-8/522/0 | | | | | | |

| Applicant's Signature توقيع العميل | | S.V. | صحة التوقيع | Authorized signature | التواقيع المعتمدة |
|---|---|---|---|---|---|
| USD - 500000 | | | | Latifa Wansa | 10 |
| AS PER ATTACHED | | | | Mohamad Hamdoun | |

FNK 7782 1108

company Address

1608, BOULEVARD ST-Regis : La senza int.   عنوان شركة

DORVAL, Quebec, CANADA

H9P H6   Tel: (514) 684-7700

بيروت في ٢٠١٠/٦/١٦

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

order from    New Line Exchange

Trust Co. S.A.L.   اسم المصرح:

Acct No   17390 2   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته $10,000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

معلومات عن اصدار شيك او تحويل

Transfer no 146

رقم المرجع:   CnA / ١٤٦

Amount: 500,000

المبلغ:   ٥٠٠,٠٠٠   $   (العملة #)

cash

نقدي او غير:   نقدي في   – cash

Date 16/6/2010

التاريخ: ١٦ / ٦ / ٢٠١٠

مصدر الاموال: رأس المال   – Business (underwear)

جهة استعمال الاموال: شراء البضاعة داخلية

LA SENZA INTERNATIONAL   Mr. Nabil ISSA

هوية المستفيد:   – Beneficiary

METAL C.A.   – السيد نبيل عيسى جلال

صاحب الحق الإقتصادي:   – Client   داخلي

VeNeZWELA, ISLA

MARGARCITA.

الإسم:   اسماعيل يوسف الدالة

Tel: 00 58 2952639932

التوقيع:

no. of transfer in one year: 8

عدد عمليات التحويل : ٨ خلال السنة

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1109

## La SENZA
### INTERNATIONAL

1608 ST-REGIS BOULEVARD, DORVAL, QUEBEC, CANADA H9P 1H6

**COMMERCIAL INVOICE**

DATE: Febrero 18 de 2,010

INVOICE #00188
CREDITO 170 DIAS

| SOLD TO | CONSIGNEE | SOLD TO |
|---------|-----------|---------|
|  | CONSANDES lisca C.A. | |
|  | Calle Principal, Entre 3a1 G 2 Los Robles | |
|  | Isla Margarita - Venezuela. | |
|  | Telefono: 00(58)354-2640361 | |

| Style | Vendor Name/ PO NUMBER | Style Description | COUNTRY OF ORIGIN | QTY | HS CODE | UNIT COST USD | Total USD |
|-------|------------------------|------------------|-------------------|-----|---------|--------------|-----------|
|  |  | Brasieres de dama |  | 35.625 |  | 3,75 | 133.593,75 |
|  |  | Panty de dama |  | 30.265 |  | 1,75 | 52.963,75 |
|  |  | Pijama de dama |  | 8.752 |  | 6,95 | 60.826,40 |
|  |  | Top de dama |  | 1.418 |  | 4,75 | 6.735,50 |
|  |  | Pantalon de dama |  | 8.937 |  | 6,25 | 55.856,25 |
|  |  | Bata de dama |  | 441 |  | 7,25 | 3.197,35 |
|  |  | Camison de dama |  | 2.470 |  | 4,50 | 11.115,00 |
|  |  | GRAND TOTAL |  | 87.908 |  |  | 324.287,50 |

WE HEREBY GUARANTEE THAT THIS IS A TRUE AND CORRECT INVOICE AND THAT THE GOODS
STATED HEREIN ORIGINATED AND WERE WHOLLY PRO MANUFACTURED IN CHINA AND CANADA

Total Bultos:        442

Contenedor:        TTNU 424034-7
Peso:        9.978  Kgs

LA SENZA INTERNATIONAL

FNK 7782 1110

FNK 7782 1111

MIRNA AL JURDY

FNK 7782 1112

## CUSTOMERS PERSONAL & FINANCIAL INFORMATION

Personal information

Full name          :   MIRNA AL JURDI

Address            :   Douhet Choueiffeit, statue st. congress blg, 3rd floor

Phone #            :   05-810301   -   03-217040

Social security #  :

Financial information

Company name       :   COSMETOLOGIST

Address            :   Beirut, down town, maarad st.

Phone #            :   01-971600
Fax #              :   01-971601

Registration #     :

FNK 7782 1113



address:

Daoht chauffait
stahue st
Cacopess bldg,
floor grn

phone no - 05- 810301
                03- 217040

Venzwela

FNK 7782 1114



FNK 7782 1115

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

BEIRUT: 29/04/2009

Lebanese Canadian Bank

Beirut -- Lebanon

REF. NO.: 72/2009

## ORDER FOR TRANSFER

Bank name          : JPMorgan Chase Bank
Aba                : 021000021

Beneficiary Bank   : Republic International Bank NV
Account            : 400926083
                        $IB$

FURTHER CREDIT TO : Valores Financieros Internacionales Casa de Bolsa,
Valfint; C.A.

Account #          : 100768

Amount             : 99.339 ( ninety-nine thousand three hundred
thirty-nine dollars)

Reason             : Sale of securities.

**YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMMOUNT.**

**BEST REGARDS**

**ZIAD YOUSSEF**

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1116

بيروت في ٢٠٠٩/٤/٢٩

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

order from   New Line Exchange
Trust Co. S.A.L.   إسم المصرح:

Acct no.   173902   رقم الحساب:

الموضوع: إشعار عن عملية سحب شيك
تتجاوز قيمته $10.000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

معلومات عن اصدار شيك او تحويل

Transfer no 72   ٢٠٠٩/٧٦ : رقم المرجع
($)   (العملة)   99٣٣٩ : المبلغ – 99,339
in cash   نقدي أو غير : عشر كاش
٢٠٠٩/٤/٢٩   التاريخ : 29/4/2009
Buisness   التجارة : مصدر الاموال
Sale of securities   Reason : وجهة استعمال الاموال

Valores financieros Internacionales Casa de Bds  – Beneficiary : هوية المستفيد
Valfinit, C. A                                              client
                           مالكي الحق الاقتصادي : ميرنا شبت الجردي
                  حردلي        Mirna el jurdi

الإسم : نهاد يوسف
التوقيع :

New Line Exchange
Trust Co. S.A.L.

721

FNK 7782 1117



THE LEBANESE CANADIAN BANK SAL        البنك اللبناني الكندي ش.م.ل

Transfer / Issuing Draft Application        طلب تحويل/اصدار شيك مصرفي

**NEW LINE EXCH TRUST CO.S.A**
BEIRUT-RAS BEIRUT-KARAKAS
ISTR- TALEBT LAMBHOUSI, TEL# 01/744808, REG# 1058128 A/C# 123902

JSD        99,314

DATE        : 29/04/2009
TRA. SEQ1   : 495
VALUE DATE  : 29/04/2009
REF. KEY    : 0G3065/09
DOC. NO.    : 9003065
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :        99314.00
PMT. CUR.   : US DOLLAR
RATE        :            1
EQUV. AMT.  :        99314.00
COMMISSION  :           10.00
FX COMM.    :             .00
GBJ FEES    :             .00
POSTAGES    :           15.00
STAMPS      :             .00
TOTAL AMT.  :        99339.00
OR A/C      : 217/123902-B/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :

BLC INTERNATIONAL BANK NV

VALORES FINANCIEROS INTERNACIONALES
CASA DE BOLSA, VALFINT, C.A

SALE OF SECURITIES

COPY

VALUE 30/4/2009

Cash
Debt A/C Number

TRANSFER ATTACHED

 **New Line Exchange Trust Company S.A.L.**
Capital: 250.000.000   L.N.B.C 679

BEIRUT: 23/04/2009

Lebanese Canadian Bank

Beirut — Lebanon

REF. NO.: 71/2009

## ORDER FOR TRANSFER

Bank name          : CREDIT SUISSE BANK

Swift code          : CRESCHZZ80A

Iban               : IBAN: CH11 0483 5095 5320 4200 0

Beneficiary         : PORTER ADVISER CORP

Account #           : 0456-955320-42

Amount             : 85.000 ( Eighty-five thousand dollars   U.S. dollars only )

Reason             : Purchase Jewelry

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co, S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
723                                                    FNK 7782 1119



LEBANESE CANADIAN BANK SAL     البنك اللبناني الكندي ش.م.ل

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Branch : St.Charles.
Date : 23/04/2009
Issue Cheque/Draft on behalf the following :

NEW LINE EXCH.TRUST CO.S.A
BEIRUT-RAS BEIRUT-KARAKAB,
STR. TAHRT LAKDHOUSE, TEL# 01744808, KRG# 1008738 A/C# 173902

USD    84,975

CREDIT SUISSE BANK
SWIFT : CRESCHZZ80A

PORTER ADVISER CORP.

PURCHASE JEWELRY

| | |
|---|---|
| DATE | : 23/04/2009 |
| TRA. SEQ1 | : 732 |
| VALUE DATE | : 23/04/2009 |
| REF. KEY | : 002950/09 |
| DOC. NO. | : 9012950. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 84975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 84975.00 |
| COMMISSION | : 10.00 |
| FX. COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 85000.00 |
| OR A/C | : 217/173902-8/2/52270 |
| NEW LINE EXCHANGE TRUST |
| REMARKS | : |

VALUE  24/04/2009

Cash
Debit A/C Number

AS PER ATTACHED

Mohamad Hamdoun

FNK 7782 1120

بيروت، في ٢٣/٤/٢٠٠٩

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين،

order from

اسم المصرح: ‏ New Line Exchange
Trust Co. S.A.L.

Acct no.

رقم الحساب: 173902

الموضوع: إشعار عن عملية سحب شيك

تتجاوز قيمته $10,000 أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 المؤسسات الضرائبة (مصرف لبنان)
- عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

معلومات عن إصدار شيك أو تحويل

Transfer no. 71 ‏    رقم المرجع: 9/71

85,00 ‏ - المبلغ: (بالعملة)

Cash ‏ نقدي او غيره: نقدي

23/4/2009 ‏ - التاريخ: ٢٣/٤/٢٠٠٩

Business ‏ - مصدر الأموال: التجارة

Jewelry ‏ - وجهة استعمال الأموال: مجوهرات

SWIS.   Porter Adviser corp. ‏ - هوية المستفيد: Beneficiary

‏ - صاحب الحق الإقتصادي: بريتيس كريدن Client
Mirna el jundi

الإسم: وديع يوسف

التوقيع:

New Line Exchange
Trust Co. S.A.L.

725

FNK 7782 1121



## New Line Exchange Trust Company S.A.L.
Capital : 250.000.000    L.N.B.C. 679

BEIRUT: 24/10/2008

Bank of Beirut and Arab Countries

HAMRA BRANCH.

BEIRUT – LEBANON

REF. NO.: 65/2008

## ORDER FOR TRANSFER

Bank name        : Bank of America
ABA              : 026-009-593

Beneficiary      : Key Investors Inc.
Account #        : 898018373041
Address          : 2680 N.W. 107 Av. Doral, Florida 33172

Amount           : $114,400 (one hundred fourteen thousand four hundred USD)
Reason           : Money Exchange

**YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.**

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
726                                                    FNK 7782 1122

24 OCT '08 12:38 BBAC HAMRA                                                      P.1

**BBAC**
بنك بيروت والبلاد العربية

HAMRA BRANCH                                          DATE التاريخ :  24/10/08
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 111536 BEIRUT

## R E M I T T A N C E   O R D E R
المصرف المحول إليه
TO

20. TRAN.NO                     17637          BR NO

32A. VALUE   الحق          30/10/08
     CURRENCY  العملة      USD  U.S. DOLLAR
     AMOUNT   المبلغ       *********114,400.00*
     ONLY                  ONE HUNDRED FOURTEEN THOUSAND FOUR HUNDRED ONLY

50. ORDERING CUSTOMER     الزبون الآمر     NEW LINE EXCHANGE TRUST CO SAL
    ACC#423910 RAS BEIRUT-KARAKAS/ZIAD MOHD YOUSSEF /NOF/1976

56. INTERMEDIARY BANK   المصرف الوسيط

57. ACCOUNT WITH INSTITUTION                BANK OF AMERICA-ABA#026-009-593
    2680 N.W.107 AV DORAL FLORIDA 33172

59. BENEFICIARY CUSTOMER   المستفيد     KEY INVESTORS INC
    ACC#898018373041

70. DETAILS OF PAYMENT   إيضاحات للمستفيد     MONEY EXCHANGE

71A. CHARGES ON   الأتعاب   ( BEN على المستفيد )   ( OUR علينا )   X
72. SENDER TO RECEIVER   إيضاحات للمصرف المحول إليه     X

                                                    AUTHORIZED SIGNATURES

TRAN 11 - 11 - 2007

                      FNK 7782 1123



New Line Exchange Trust Company S.A.L
Capital - 250,000,000   C.N.B.C 679

DATE: 24/10/2008

## CASH TRANSACTION SLIP

TRF REF #: 63/2008

TRANSFERER NAME: MIRNA AL YOURDI

AMOUNT RECEIVED: 515000 USD CASH

SOURCE OF MONEY: Cosmetics Business (Beauty Center).

TRF SIGNATURE   *Mirna E. El Jurdi*

X

*Sign. E. Rahira*

Ras Beirut, Caracas Street Up 100m @ Jamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1124



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.R.B.C 679

BEIRUT: 29/08/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 53/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

BANK NAME     : CITI BANK
ABA #         : 266086554
SWIFT CODE    : ATIUS 33

BENEFICIARY   : ADIB FIRAS EL YORDI
ACCOUNT #     : 3108272533
ADRESS        : 2750 AVENTURA BOULEVARD AVENTURA FLORIDA  33180

AMOUNT        : $293525(two hundred ninety three thousand, five hundred twenty five USD)

REASON        : COSMETICS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
729                                                                        FNK 7782 1125

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 29 2008 01:31PM  P1

**LEBANESE CANADIAN** BANK
SAL

البنك اللبناني الكندي
ش.م.ل

Branch : St.charles

Date : 29/08/2008

Please remit on our behalf the following :

**Transfer / Issuing Draft Application**
طلب تحويل/اصدار شيك مصرفي

فرع :
تاريخ :

يرجى من حضرتكم إرسال :

☐ Bankers Draft
☐ Outward transfer by
  X ☐ Swift ☐ Telex ☐ Mail

☐ شيك مصرفي
☐ تحويل خارجي بواسطة
☐ البرق ☐ التلكس ☐ البريد

| | Currency | Amount |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | USD | 293,500 |
| BEIRUT-RAS BEIRUT-KARAKAS | | |
| STR TALBET LAMBROUSE REG# 1008128 VCI#173902 | | |

CITIBANK
ABA: 266086554

For Bank use Only

```
DATE        : 29/08/2008
TRA. SEQ1   : 618
VALUE DATE  : 29/08/2008
REF. KEY    : 005601/08
DOC. NO.    : 0005681
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :     293500.00
PHY. CUR.   : US DOLLAR
RATE        :          1
EQUV. AMT   :     293500.00
COMMISSION  :         10.00
EX COMM.    :           .00
CBL FEES    :           .00
POSTAGES    :         15.00
STAMPS      :           .00
TOTAL AMT   :     293525.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

3108272539

ADIB FIRAS EL YORDI
2750 AVENTURA BOULEVARD AVENTURA FLORIDA 33180

COSMETICS

VALUE                    Value 02-09-08

☐ Cash
☐ Debit A/C Number  217/173902/2/521/0

| | Currency | Counter Value | Commission | Swift Transfer | Total |
|---|---|---|---|---|---|
| | USD  293500 | | 15 | 10 | |

AS PER ATTACHED                    S.V.      Authorized signatures

FNK 7782 1126

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

DATE: 29/08/2008

## CASH TRANSACTION SLIP

TRF REF #: 53/2008


TRANSFERER NAME: MIRNA AL YOURDI


AMOUNT RECEIVED: $293525 USD CASH


SOURCE OF MONEY: BUSINESS


TRF SIGNATURE

*Mirna E.E.Nurdi*

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com
731                                        FNK 7782 1127

MOHAMMED AWADA

FNK 7782 1128





733

FNK 7782 1129

 

# MINISTERIO DEL INTERIOR Y JUSTICIA
## REGISTRO MERCANTIL PRIMERO

DE LA CIRCUNSCRIPCION JUDICIAL DEL DTTO. CAPITAL Y EST

Abg. DEBORA PUTERMAN DE HECKER, REGISTRADORA MERCANTIL PRIMERA DE

LA CIRCUNSCRIPCION JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA.

## C E R T I F I C A



Que el asiento de Registro de Comercio transcrito a continuación, cuyo original

está inscrito en el Tomo: 147-A-Pro... Número:  15 del año 2004

así como La Participación, Nota Y Documento que se copian de seguida

son traslado fiel de sus originales, los cuales son del tenor siguiente

ESTE FOLIO PERTENECE A:
GRUPO MULTICOLOR G.M, C.A

4/MAR

B00002/0013

11/03/2013 00:14 FAX



CIUDADANO.-

REGISTRADOR MERCANTIL DE LA CIRCUNSCRIPCIÓN
JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA.

Su Despacho:

Yo, LUIS WLADIMIR PULIDO SANCHEZ, venezolano, mayor de
edad, de este domicilio y titular de la cédula de identidad número: V-
14.472.734, procedimiento en este acto en mi carácter de autorizado de la
Compañía Mercantil, "GRUPO MULTICOLOR G.M., C.A.", ante usted
respetuosamente ocurro para exponer, a los fines previstos en el Código de
Comercio, El Documento Constitutivo de la Compañía Mercantil antes
mencionada, el cual ha sido redactado con suficiente amplitud para que a su
vez sirva de Estatutos Sociales de la Compañía, le ruego se sirva ordenar su
registro, fijación y posterior publicación. Acompaño además el Inventario de
bienes aportados a que se refiere el documento constitutivo de la compañía.

LUIS WLADIMIR PULIDO SANCHEZ

FNK 7782 1131




# MINISTERIO DEL INTERIOR Y JUSTICIA
## REGISTRO MERCANTIL PRIMERO

DE LA CIRCUNSCRIPCION JUDICIAL DEL DTTO. CAPITAL Y EDO. MIRANDA

Caracas, *seis (06)* de *septiembre* del Año *2004*. 194 y 145 ). Por presentada la anterior participación. Cumplidos como han sido los requisitos de Ley, inscríbase en el Registro Mercantil junto con el documento presentado; fíjese y publíquese el asiento respectivo; fórmese el expediente de la Compañía y archívese original junto con el ejemplar de los Estatutos y demás recaudos acompañados. Expídase la copia de publicación. El Anterior documento redactado por Dr. DANIELA A. FIERRO C. , se inscribe en el Registro De Comercio bajo el N°.15- TOMO -147-A- PRO.. Derechos pagados Bs.168780,00 Según Planilla N# N°565044, Banco N°0400070458 Por Bs.:139061,00. La identificación se efectuó así: LUIS WLADIMIR PULIDO SANCHEZ, C.I. *14.472.734-*.

La Registradora Mercantil Primera

Fdo. Abg. DEBORA PUTERMAN DE HECKER



ESTA PAGINA PERTENECE A:
GRUPO MULTICOLOR G.M, C.A

CON/ 4/MAR

FNK 7782 1132



REPUBLICA DE VENEZUELA
MINISTERIO DE HACIENDA

**SENIAT**

**COMPROBANTE PROVISIONAL DE REGISTRO DE INFORMACION FISCAL**

Número Registro de Información Fiscal
RIF: J-31198853-0

Número de Identificación Tributaria
NIT: 0354018730

Razón Social:
GRUPO MULTI COLOR G.M., C.A.

Nombre Comercial:
GRUPO MULTI COLOR G.M., C.A.

Lugar: CAPITAL
Fecha: 08/09/2004
Válido Hasta: 08/09/2007

Firma Ejecutado:
8951895996

(Original – Contribuyente)

1. Los números de RIF y NIT aquí señalados son los definitivos.
2. Todo Contribuyente debe inscribirse una sola vez. Así mismo, las sucursales, establecimientos o depósitos, deben utilizar el RIF y NIT de su casa Matriz.
3. Cualquier modificación en los datos aportados, debe notificarla a la Administración Tributaria hasta en un máximo de 30 días de producida; siendo la excepción el cambio en el Ejercicio Económico, el cual debe ser autorizado por la Administración Tributaria de su jurisdicción.
4. Este Documento no será emitido nuevamente, por lo cual debe ser cuidadoso en su conservación y custodia.
5. Este Documento debe ser mostrado mas no entregado, en aquellos casos que le sea requerido.
6. Este Documento será sustituido en su oportunidad por la Cédula de Identificación Tributaria (Documento Definitivo)

FNK 7782 1133

**PLANILLA DE LIQUIDACION**

DERECHOS DE REGISTRO

REPUBLICA BOLIVARIANA DE VENEZUELA

SENIAT

CAPITAL

| FECHA | | |
|---|---|---|
| D | M | A |
| 31 | 8 | 2004 |

REGISTRO MERCANTIL PRIMERO

DISTRITO CAPITAL

LUIS TULIDO SANCHEZ

VALOR FACIAL Bs. 800,00

| PARA USO DEL REGISTRADOR DESPUES DEL OTORGAMIENTO | | | | DERECHOS DE REGISTRO | | |
|---|---|---|---|---|---|---|
| FECHA DE REGISTRO | No. DOCUMENTO | No. PROTOCOLO | No. TOMO | No. FOLIO | CONCEPTO | BOLIVARES | CTS. |
| | | | | | RENGLON | | |
| | | | | | PAPEL PROTOCOLO | | |
| | | | | | COPIA CERTIFICADA | | |
| | | | | | CERTIF. GRAVAMEN | | |
| | | | | | ACTO FUERA | | |
| | | | | | DERECHOS ESPECIALES | | |
| | | | | | NOTAS | | |
| | | | | | PORCENTAJE | | |

CANCELE EN UNA OFICINA RECEPTORA DE FONDOS NACIONALES ESTA CANTIDAD

SON Bs. (ESCRIBA EN LETRAS)

CONTRIBUYENTE

11/03/2013 00:21 FAX

FNK 7782 1134



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C° 679

BEIRUT: 28/02/2009

Lebanese Canadian Bank  S.A.L

ST-Charles Branch.

BEIRUT – LEBANON

REF. NO.: 66/2009

## ORDER FOR TRANSFER

Correspondent Bank: HSBC BANK USA NA NEW YORK
Account #          : 000-04441-5
                   CHIPS UID 075995
SWIFT CODE      : MRMD US33
FEDWIRE #       : 021 001088

Bank name      : HSBC
Swift code     : HSBCHKHHHKH

Beneficiary    : FULL STAR GARMENT LIMITED
Account #      : 004-178-830774-201

Amount         : US$148,500 (only one hundred forty eight thousand
five hundred dollars . USD)
Reason         : Payment of invoice RCI-08-032 of purchase of cloths
(jeans)

**YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMOUNT.**

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1135

LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

ph    "Steamples"

02/X 172009
Issue/item on our behalf the following :
Banker Draft
Outwar  transfer by
[ ] Swift    [ ] Telex    [ ] Mail

تحويل خارجي بواسطة

| | Name and Address اسم مقدم الطلب وعنوانه | | Currency العملة | Amount المبلغ |
|---|---|---|---|---|
| | NEW LINE EXCH.TRUST CO.SA | | USD | 148,500 |

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
S.R. TALFET LAMBHOUSE, TEL #01/148808, REG# 1008128 A/C# 173902

| | Bank اسم المصرف المتلقي |
|---|---|
| | CC# 044441-5 |

HSBC BANK
FT - HSBC HK HHHKH

| | Account Number رقم حساب المستلم |
|---|---|
| | CC#-178-830774-201 |

| | Name and Address اسم المستفيد وعنوانه |
|---|---|
| | FULL STAR GARMENT LIMITED |

| | Details التفاصيل |
|---|---|
| | PAYMENT OF INVOICE RCI-08-032 PURCHASE OF CLOTH (JEANS) |

**For Bank use Only** خاص بالمصرف فقط

```
DATE        : 02/03/2009
TRA. SEQ.   : 630
VALUE DATE  : 02/03/2009
REF. KEY    : 091545/09
DOC. NO.    : 2001565
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 148500.00
PRI. CUR.   : US DOLLAR
RATE        : 1
EQUIV. AMT  : 148500.00
COMMISSION  : 10.00
EX COMM.    : .00
CR FEE      : .00
POSTAGE     : 15.00
STAMPS      : .00
TOTAL AMT.  : 148525.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

Client Name    BONY

VALUE  04/03/2009

[ ] Cash

[ ] Debit A/C Number    217/173902/3/521/0

- THRU: HSBC BANK USA NA, NEW YORK CHIPS UID 075995 SWIFT: MRMDUS33
  FEDWIRE: 021001088

| | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD 148500 | | | | | | 5 | 10 | |

| | Signature توقيع العميل | S.V فحة التوقيع | Authorized signatures التواقيع المعتمدة |
|---|---|---|---|
| AS PER ATTACHED | | | |

Mohamed Hamdoun

FNK 7782 1136



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 07/10/2008

Bank Beirut and Arab Countries

Hamra Branch.

Beirut – Lebanon

REF. NO.: 63/2008

## ORDER FOR TRANSFER

Correspondent bank: CITIBANK, N.A. NEW YORK
A.B.A.            : 021000089

BANK NAME    : BANCO ALIADO, S.A. PANAMA, REP PANAMA
ACCOUNT #    : 36083741
Swift code    : BAALPAPA

BENEFICIARY    : SASA CORPORATION S.A.
ACCOUNT #    : 151-0010157
ADDRESS    : Direccion Zona Libre Colon Rep. Panama

AMOUNT    : $92,535(Ninety two thousand five hundred thirty five USD)
REASON    : Payment of invoice JB-08-026

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1137

07 OCT '09 12:34 BBAC HAMRA                                                              P.1

**HAMRA BRANCH**
136 OMAR BIN ABDEL AZIZ STR.
P.O.BOX 113536 BEIRUT

**BBAC**

DATE : التاريخ : 07/10/08

R E M I T T A N C E   O R D E R

B.B.A.C. USD 92,310.00

المصرف المحول إليه

TO

117697

20. TRAN. NO    مربع الخاص / رقم الحوالة    0004 RO No 157198 −01

BR NO

32A. VALUE    القيمة    09/10/08
CURRENCY    العملة    USD  U.S. DOLLAR .
AMOUNT    المبلغ    **********92,310.00*
ONLY    NINETY TWO THOUSAND FIVE HUNDRED TEN ONLY

NEW LINE EXCHANGE TRUST / 423310 −

50. ORDERING CUSTOMER    طالب التحويل    COMPANY SAL/ZIAD MOHD YOUSSEF-RAS BEIRUT -KARAKAS STR.-NOF/1976

56. INTERMEDIARY BANK    المصرف الوسيط    CITIBANK-N.A.NY

57. COUNT WITH INSTITUTION    مصرف المستفيد    BANCO ALLADO S.A. PANAMA REP.
PANAMA-SWIFT-BAALPAPA

59. BENEFICIARY CUSTOMER    المستفيد    SASA CORPORATION S.A.
ACC#151-0010157

PAYMENT OF INV#IB-08-026

70. DETAILS OF PAYMENT    إيضاحات للمستفيد
PURCHASING DATES

71A. CHARGES ON    الأتعاب    ( BEN    على المستفيد    X  )    ( OUR    علينا ـــــ  )

72. SENDER TO RECEIVER    إيضاحات للمصرف المحول إليه    X

AUTHORIZED SIGNATURES

TP  1-11-2007

LA CONFIRMACION

FNK 7782 1138

FAVOR MANDAME 93000 A ESTA CUENTA
PAY TO : CITIBANK,N.A NEW YORK(ABA NO
NO.021000089) FOR CREDIT TO BANCO
ALIADO,S.A PANAMA,REP.PANAMA
ACCOUNT NUMBER .36083741 FOR FINAL
CREDIT TO SASA CORPORATION S.A
ACCOUNT 151-0010157  DIRECCION ZONA
LIBRE COLON . REP. PANAMA
SWIFT- BAALPAPA

*93000*

*Comission 465*

*0.005*

FNK 7782 1139

 **New Line Exchange Trust Company S.A.L**
Capital : 250,000,000   L.N.B.C 679

BEIRUT: 07/10/2008

Bank Beirut and Arab Countries

Hamra Branch.

Beirut – Lebanon

REF. NO.: 62/2008

## ORDER FOR TRANSFER

Bank name      : HSBC
Address        : HSBC building 82-84 Nathan RD. Kowloon Hong Kong.
Swift code     : HSBCHKHHHKH

Beneficiary    : JADORE (H.K.) L.T.D.
Address        : Chattan Road Beverly Comm, Center Tsim Sha Tsui, Kowloon
Account #      : 817-063753-838 (multi currency)

Amount         : $191,040(one hundred ninety one thousand forty USD)

Reason         : Payment of invoice JB-08-024 of purchase of jeans.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust S.A.L

Ras Beirut, Carecas Street up 100m to lamb house Tel: +961 1 744805/809, Fax. +961 1 744810
e-mail: newline.exchange@hotmail.com

744                                      FNK 7782 1140

07 OCT '08 12:34 BBAC HAMRA     **BBAC**     P.2

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 111536 BEIRUT       DATE : التاريخ 07/10/08

### B.B.A.C. R E M I T T A N C E   O R D E R

المصرف المحول إليه

USD 191015.00

17637

TO ......................................

20 . TRAN. NO   مرجع الناص/رقم الحوالة   .RO   № 157197 —01
    0069
    BR NO

32A. VALUE   القيمة   09/10/08
    CURRENCY   العملة   USD   U.S. DOLLAR
    AMOUNT   المبلغ   ******191,015.00**
    ONLY    ONE HUNDRED NINETY ONE THOUSAND FIFTEEN ONLY

50 . ORDERING CUSTOMER   طالب التحويل   NEW LINE EXCHANGE TRUST / Acc# 433910
    COMPANY SAL/ZIAD MOHD YOUSSEF-RAS BEIRUT-KARAKAS STR-/NOF/1976

56 . INTERMEDIARY BANK   المصرف الوسيط .........................................

57 . ACCOUNT WITH INSTITUTION   مصرف المستفيد   HSBC-HSBC BUILD 82-84 NATHAN RD
    KOWLOON HONG KONG-SWIFT#HSBCHKHHHKH-

59 . BENEFICIARY CUSTOMER   المستفيد   JADORE H.K-LTD.
    ACC#817-063753 838-(MULTI CURRENCY)

70 . DETAILS OF PAYMENT   إيضاحات للمستفيد   PAYMENT OF INV#JB-08-024-OF
    PURCHASE OF JEANS

71A. CHARGES ON   الأتعاب   BEN (    X    )  OUR (    ) علينا  .................

72 . SENDER TO RECEIVER   إيضاحات للمصرف المحول إليه    X

AUTHORIZED SIGNATURES

TRAN 11 - 11 - 2007

LA CONFIRMACION

745        FNK 7782 1141



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

BEIRUT: 26/09/2008

Bank Beirut and Arab Countries

Hamra Branch.

Beirut – Lebanon

REF. NO.: 62/2008

## ORDER FOR TRANSFER

Bank name     : HSBC
Address        : HSBC building 82-84 Nathan RD. Kowloon Hong Kong.
Swift code    : HSBCHKHHHKH

Beneficiary   : JADORE (H.K.) L.T.D.
Address        : Chattan Road Beverly Comm, Center Tsim Sha Tsui, Kowloon
Account #    : 817-063753-838 (multi currency)

Amount       : $198500(one hundred ninety eight thousand five hundred USD)

Reason       : Payment of invoice JB-08-024 of purchase of jeans.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

*New Line Exchange*
*Trust Co. S.A.L.*

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

746                                                                                         FNK 7782 1142

26 SEP '08 12:42 BBAC HAMRA

**BBAC**

HAMRA BRANCH
136 OMAR IBN ABDEL AZIZ STR.
P.O.BOX 11536 BEIRUT

DATE التاريخ : 26/09/08

REMITTANCE ORDER

B.B.A.C. USD 198500
11637

TO _____ المصرف المرسل إليه

TRAN. NO   مربع الخامس / رقم الحوالة   0004 RO № 157168 — 01
BR NO

VALUE   الحق   29/09/08
CURRENCY   العملة   USD U.S. DOLLAR.
AMOUNT   المبلغ   198,500.00*
ONLY   ONE HUNDRED NINETY EIGHT THOUSAND FIVE HUNDRED ONLY

ORDERING CUSTOMER   طالب التحويل   NEW LINK EXCHANGE TRUST COMPANY S.A
ACC#42910-010 ZIAD MOHAMAD YOUSEF 1976 RAS BEIRUT KARAKAS

INTERMEDIARY BANK   المصرف الوسيط _____

COUNT WITH INSTITUTION   _____   HSBC
KOWLOON HONG KONG SWIFT#HSBCHKHHHKH

BENEFICIARY CUSTOMER   المستفيد   JADORE (HK) L.T.D.
ACC#01-063753-838

DETAILS OF PAYMENT   إيضاحات للدفع   PAYMENT OF INVOICE JB-08-024
PURCHASE OF JEANS

CHARGES ON   الأتعاب   ( BEN على المستفيد )   X   ( OUR علينا ____ )

SENDER TO RECEIVER   إيضاحات للمصرف المرسل إليه _____

AUTHORIZED SIGNATURES

RAN 1 ..... 2007

En ConfirmAcion

747

FNK 7782 1143

01/07/2014 04:26 PAX                                    @0003/0003

Sep 25 08 05:01p                                          p.1

                        Estado de Cuenta de Cliente

Free Zone Koningsplein J-I-9, Curacao, Netherland Antilles, Tels.: +5 (999) 4656823/6847/6376/0836, Fax: +5 (999) 4656917, Email: wntss@bhongo.com

**Cliente**

| Tipo | Número | Vend | Emisión | Vencim. Fact Canc. | Debe | Haber | Saldo |
|------|--------|------|---------|--------------------|------|-------|-------|
| 000554 | MULTI COLOR, C. A. (Grupo Mohamed Chbbi) | | | | | Saldo Anterior: | 573,937.92 |
| Factura | 7070 | 00003 | 24/06/2008 | 24/07/2008 | 85,354.00 | | 659,291.92 |
| Factura | 7071 | 00003 | 24/06/2008 | 24/07/2008 | 118,805.96 | | 778,097.88 |
| Cobro | 6955 | 00003 | 11/07/2008 | | | 99,999.00 | 678,098.88 |
| Factura | 7330 | 00003 | 05/08/2008 | 04/09/2008 | 206,968.52 | | 832,167.40 |
| Cobro | 7049 | 00003 | 12/08/2008 | | | 19,403.98 | 852,763.42 |
| Cobro | 7152 | 00003 | 26/08/2008 | | | 60,024.69 | 782,738.73 |
| Factura | 7637 | 00003 | 24/09/2008 | 24/10/2008 | 128,298.80 | | 911,037.53 |
| | | | Total del Cliente: | | 539,527.28 | 199,427.67 | 911,037.53 |
| | | | Totales: | | 539,527.28 | 199,427.67 | 911,037.53 |

Estimados Señores

Agradecemos realicen el abono
prometido a nuestro proveedor en Hong Kong.
según instrucciones ya enviadas a ustedes
abonando sobre facturas JB-08-024 y
                                JB-08-026

Saludos.
25-9-08.

748                                              FNK 7782 1144

01/08/2014 02:39 FAX                                     @0001/0002



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 579

DATE: 26/09/2008

## CASH TRANSACTION SLIP

TRF REF #: 61/2008

TRANSFERER NAME: MOHAMAD AWADA Chibli

AMOUNT RECEIVED: 198,500$ CASH

SOURCE OF MONEY: business (Mufty Color Company)

TRF SIGNATURE

X

FIRMERLY RECNVIAR

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: 1 961 1 744810
e-mail: newline.exchange@hotmail.com

25-SEP-2008 14:16 From:NEW-LINE-EXC-RANGE    09611744810      To:0096121761152047      P.1

FNK 7782 1145



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

BEIRUT: 26/09/2008

Bank Beirut and Arab Countries

Hamra Branch.

Beirut – Lebanon

REF. NO.: 60./2008

## ORDER FOR TRANSFER

Bank name    : STANDARD CHARTERED BANK, HONG KONG
Swift code    : SCBLHKHHXXX
Bank code    : 003

Beneficiary   : YOKO DEVELOPMENT LTD.
Address      : 8th floor, Bank of Comm. Blg 368 Hennessy road, Wanchai,
             Hong Kong
Account #    : 447 066 86961

Amount      : 100,000 (one hundred thousand US dollars only)

Reason      : Payment of invoice JB-08-026 of purchase of jeans.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

                    New Line Exchange
                    Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1146

26 SEP '08 12:42 BBAC HAMRA

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 111536 BEIRUT

**BBAC**
بنك بيروت والبلاد العربية

DATE التاريخ  26/09/08

R E M I T T A N C E   O R D E R

B.B.A.C USD 100000.00
TO      17637

20. TRAN. NO        مربع الخامس / رقم الحوالة        0004 - RO  № 157171 - 01

32A. VALUE الى      03/10/08      BR NO
CURRENCY العملة      USD  U.S. DOLLAR.
AMOUNT المبلغ      ********100,000.00*
ONLY      ONE HUNDRED THOUSAND ONLY

0. ORDERING CUSTOMER طالب الحوالة      NEW LINE EXCHANGE TRUST CO SAL
ACC#423910 RAS BEIRUT-KARAKAS-ZIAD MOHD YOUSSEF, NOF 1976

INTERMEDIARY BANK      المصرف الوسيط

ACCOUNT WITH INSTITUTION      المصرف في النهاية
HONGKONG-SWIFT#SCBLHKHXXX-BK CODE 003      STANDARD CHARTERED BANK

BENEFICIARY CUSTOMER المستفيد      YOKO DEVELOPMENT LTD.
ACC#447 060 8696)

DETAILS OF PAYMENT إيضاحات المستفيد      PAYMENT OF INV#JB 08 026 OF
PURCHASE OF JEANS

CHARGES ON الأتعاب   ( BEN على المستفيد   X   )   ( OUR علينا   )
SENDER TO RECEIVER إيضاحات للمصرف المحول إليه   X

AUTHORIZED SIGNATURES

11 - 11 - 2007

_LA Confirmacion_

FNK 7782 1147

01/08/2014 02:39 FAX                                    ☑0002/0002

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C 679

DATE: 26/09/2008

## CASH TRANSACTION SLIP

TRF REF #: 60/2008

TRANSFERER NAME: MOHAMAD AWADA Chibli

AMOUNT RECEIVED: 100,000$ CASH

SOURCE OF MONEY: business ( Multy color company)

TRF SIGNATURE

X

f i R t u l R y  R e e n u i A R

Res Beirut, Caracas Street Up 100m to lamb house Tel· +961 1 744806/809, Fax· +961 1 744810
e-mail: newline.exchange@hotmail.com

26-SEP-2008 14:16 From:NEW-LINE-EXCHANGE  0096117744810     To:00961278215947     P.2

752                                             FNK 7782 1148



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 02/09/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 54/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name : STANDARD CHARTERED BANK, HONG KONG
Swift code : SCBLHKHHXXX
Bank code : 003

Beneficiary : YOKO DEVELOPMENT LTD.
Address : 8th floor, Bank of Comm. Blg 368 Hennessy road, Wanchai, Hong Kong
Account # : 447 066 86961

Amount : 100,000 (one hundred thousand  US dollars only)

Reason : PURCHASE OF JEANS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

753                                        FNK 7782 1149

FROM :LCB St CHARLES Branch          FAX NO. :01366337 127          Sep. 02 2008 02:04PM  P1

# LEBANESE CANADIAN BANK
sal

البنك اللبناني الكندي ش.م.ل

Branch: .......... St.charles                    **Transfer / Issuing Draft Application**
                                                 طلب تحويل/إصدار شيك مصرفي
Date : 02/09/2008
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   x ☐ Swift  ☐ Telex  ☐ Mail

| | |
|---|---|
| NEW LINE EXCH.TRUST.CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR. TALBET LAMBROUSE, TEL#01744808, REG#1008128 A/C#173902 | USD   99,975.00 |

STANDARD CHARTERED BANK HONG KONG
SWIFT: SCBLHKHXXXX, BANK-CODE 003

```
DATE        : 02/09/2008
TRA. SEQ.   : 670
VALUE DATE  : 02/09/2008
REF. KEY    : 005788/C8
LOC. NO.    : 8005788
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT.   :          99975.00
PMT. CUR.   : US DOLLAR
RATE        :              1
EQUIV. AMT. :          99975.00
COMMISSION  :             10.00
FX COMM.    :               .00
CBL FEES    :               .00
POSTAGES    :             15.00
STAMPS      :               .00
TOTAL AMT.  :         100000.00
DR. A/C     : 217/173902-8/2/527/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

447.066.86961

YOKO DEVELOPMENT LTD.
8th FLOOR,BANK OF COMM.BLDG.368 HENNESSY
ROAD,WANCHAI,HONG KONG

PURCHASE OF JEANS

VALUE 04/09/2008

☐ Cash                    نقدا
☐ Debit A/C Number   217/173902/2/522/0

| | | | Counter Value | Commission | Rate | Total |
|---|---|---|---|---|---|---|
| USD   99,975 | | | | 15 | 10 | 100,000 00 |

AS PER ATTACHED                    Authorized Signatures / التواقيع المعتمدة

754                                        FNK 7782 1150



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 02/09/2008

## CASH TRANSACTION SLIP

TRF REF #: 54/2008

TRANSFERER NAME: MOHAMAD AWADA

AMOUNT RECEIVED: 100,000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

755                                           FNK 7782 1151



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

BEIRUT: 24/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 40/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name       : STANDARD CHARTERED BANK, HONG KONG
Swift code      : SCBLHKHHXXX
Bank code       : 003

Beneficiary     : YOKO DEVELOPMENT LTD.
Address         : 8th floor, Bank of Comm. Blg 368 Hennessy road, Wanchai, Hong Kong
Account #       : 447 066 86961

Amount          : 100,000 (one hundred thousand  US dollars only)

Reason          : PURCHASE OF JEANS

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co.S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

756                                                    FNK 7782 1152

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Jul. 24 2008 01:23PM P1

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: _____St.charles._____          Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Date: _____24/07/2008_____

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
  ☒ Swift  ☐ Telex  ☐ Mail

| ...and Address إسم ورقم الطلب وعنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA | USD | 99,975.00 |
| BEIRUT-RAS BEIRUT-KARAKAS | | |
| STR.-TALEBT LAMBHOUSE, TEL:01744808, REG#1008128 A/C#173902 | | |

STANDARD CHARTERED BANK HONG KONG
SWIFT: SCBLHKHHXXX, BANK CODE :003

...Account Number رقم حساب المستفيد
447.066.86961.4

...by Name and Address إسم المستفيد وعنوانه
YOKO DEVELOPMENT LTD.
8th FLOOR, BANK OF COMM.BLDG.368 HENNESSY
ROAD,WANCHAI HONG KONG

تفاصيل
PURCHASE OF JEANS

...Name
...Number          VALUE 28/07/2008

**For Bank use Only** خاص بالمصرف فقط

| | |
|---|---|
| DATE | : 24/07/2008 |
| TRA. SEQ. | : 420 |
| VALUE DATE | : 24/07/2008 |
| REF. KEY | : 004764/08 |
| DOC. NO. | : 8004764. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 99975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 99975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 100000.00 |
| OR A/C | : 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST | |
| REMARKS | : |

Settlement by طريقة التسديد
☐ Cash
☐ Debit A/C Number    217/173902/2/522/0

| Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| USD 99,975 | | | | 15 | | 8 | 100,000.00 |

Applicant's Signature    توقيع العميل    S.V    Authorized signatures    التواقيع المعتمدة
AS PER ATTACHED

Mohamad Homroun          Bassam Abou Merhi

From Multi ColorGTI

24-JUL-2008 09:52 From:NEW-LINE-EXCHANGE    0096112744810    17392E    Total P.1

757

FNK 7782 1153



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 24/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 40/2008

TRANSFERER NAME: MOHAMAD AWADA

AMOUNT RECEIVED: 100,000$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

758                                      FNK 7782 1154

FNK 7782 1155

MOHAMMED EL HALLAK

FNK 7782 1156



REPUBLIQUE LIBANAISE          الجمهورية اللبنانية          REPUBLIC OF LEBANON
PASSEPORT    جواز سفر    Code                              N° de Passeport/Passport n°
PASSPORT                    LBN                                              RL 0946721

Prénoms
First Name    : MOHAMAD                                   محمد : الاسم

Nom
Name    : EL HALLAK                                        الحلاق : الشهرة

الأم / نجاح                                                إبراهيم : الأب

Nationalité/Jinsiyye Libanaise / Lebanese                  لبنانية : الجنسية
Lieu de naissance
Place of Birth    : BEYROUTH                                بيروت : محل الولادة

Date de naissance / Date of Birth : 01/05/61              ٦١/٠٥/٠١ : تاريخ الولادة

Sexe / Sex    M                                            Autorité/Authority              : السلطة

Date de délivrance
Date of Issue    28/12/10                                  D.G.S.G

Date d'expiration    28/12/13   ١٣/١٢/٢٨                    O.G.E.M. WAFIC 627701

P<LBNEL<HALLAK<<MOHAMAD<<<<<<<<<<<<<<<<<<<<<<
0946721<<3LBN6105011M111228982755<<<<<<<<96

FNK 7782 1157

 **New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

BEIRUT: 19/09/2008

BANK BEIRUT AND ARAB COUNTRIES

HAMRA BRANCH

BEIRUT – LEBANON

REF. NO.: 59/2008

## ORDER FOR TRANSFER

Bank name    : BANK OF CHINA WENZHOU OUHAI SUB-BRANCH
Swift code    : BKCHCNBJ92B

Beneficiary    : LIN JIN GUANG
Account #    : 4563516206012852185

Amount    : $85,417(eighty five thousand four hundred seventeen USD)

Reason    : payment of Inv No. : 2008060901 Lady's jacket purchase.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE
TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1158



# 温州市诗汇服装有限公司
## WENZHOU SHIHUI GARMENT CO.,LTD

No.7,Rixin Road,Xiao Ind.District,Pudong,Xinqiao,Ouhai ,WenZhou,CHINA

Tel:86-577-86181885 Fax:86-577-86181887

商业发票

PROFORMA INVOICE

CLIENT(客户)：那木)                    TELPHONE（联系电话）：86-20-81362228

SUPPLIER（供应商）：lin jinguang         INV NO.:20080f0901

DATE OF ORDER（订货时间）：2008-6-9

| 唛头及编号 Marks & Item No. | 数量 Quantity | 名称 Description | 单价 Unit Price(RMB) | 总价 Total Value(RMB) |
|---|---|---|---|---|
| Q-57 | 960 PCS | LADY JACKET | ￥87.00 | ￥83,520.00 |
| Q-50 | 960 PCS | LADY JACKET | ￥90.00 | ￥86,400.00 |
| P-56 | 960 PCS | LADY JACKET | ￥76.00 | ￥72,960.00 |
| Q-52 | 960 PCS | LADY JACKET | ￥90.00 | ￥86,400.00 |
| Q-35 | 960 PCS | LADY JACKET | ￥96.00 | ￥92,160.00 |
| Q-30 | 960 PCS | LADY JACKET | ￥98.00 | ￥94,080.00 |
| P-35 | 960 PCS | LADY JACKET | ￥89.00 | ￥85,440.00 |
| P113 | 960 PCS | LADY JACKET | ￥105.00 | ￥100,800.00 |

￥701,760.00

RATE:6.8          $103,200.00

FNK 7782 1159

22 SEP '08 08:43 BBAC HAMRA                                    P.4

**BBAC**

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 11353 BEIRUT

DATE التاريخ : 19/09/08

## REMITTANCE ORDER

TO _____ B.B.A.C   USD ≈8541 _____  المصرف المحول إليه

20.  TRAN. NO _____ 0004  RO  № 157143  −01
                                   BR NO

32A. VALUE ____ 23/09/08 _____  المدة
     CURRENCY   USD  U.S. DOLLAR
     AMOUNT ____ 85,417.00 ____
     ONLY ____ EIGHTY FIVE THOUSAND FOUR HUNDRED SEVENTEEN ONLY

50.  ORDERING CUSTOMER ____ طالب التحويل ____ NEW LINE EXCHANGE CO SAL
     ACC#425910-ZIAD MOHD YOUSSEF-RAS BEIRUT-KARAKAS/NOF-1976

     INTERMEDIARY BANK ___ المصرف الوسيط

57.  ACCOUNT WITH INSTITUTION ____ مصرف المستفيد ____ BANK OF CHINA WENZHOU OUHAI
     SUB BRANCH-SWIFT#BKCHCNBJ92B

59.  BENEFICIARY CUSTOMER ____ المستفيد ____ LIN JINGUANG
     ACC#4563516206012852185

70.  DETAILS OF PAYMENT ____ إيضاحات للمستفيد ____ INV#2008060901-LADYS JACKETS FURCHA

71A. CHARGES ON ___ الأتعاب ( BEN المستفيد على ___ X )   ( OUR علينا ___ )

72.  SENDER TO RECEIVER ___ إيضاحات للمصرف المحول إليه ___ X

AUTHORIZED SIGNATURE

TRAN 11-11-2007

FNK 7782 1160



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C  679

DATE: 19/09/2008

## CASH TRANSACTION SLIP

TRf REF #: 59/2008

TRANSFERER NAME: MOHAMAD EL HALLAK

AMOUNT RECEIVED: 85417$ CASH

SOURCE OF MONEY: Jacket's BUSINESS (MEN & WOMEN)

TRf SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax. +961 1 744810
e-mail: newline.exchange@hotmail.com



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

BEIRUT : 19/09/2008

BANK BEIRUT AND ARAB COUNTRIES

HAMRA BRANCH

BEIRUT – LEBANON

REF. NO.: 58/2008

## ORDER FOR TRANSFER

Bank name     : BANK OF CHINA WENZHOU GUOMAO SUB-BRANCH
Swift code      : BKCHCNBJ92B

Beneficiary     : WENZHOU SANXIN INTERNATIONAL TRADING CO. LTD
Account #      : 820036010008091014

Amount        : $37,577(thirty seven thousand five hundred seventy seven USD).

Reason         : payment of Inv No. :2008063001 Lady's jacket (Zhao Xiao Yan).

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trade Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

766            FNK 7782 1162

 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 19/09/2008

BANK BEIRUT AND ARAB COUNTRIES

HAMRA BRANCH

BEIRUT – LEBANON

REF. NO.: 58/2008

## ORDER FOR TRANSFER

Bank name        : BANK OF CHINA WENZHOU GUOMAO SUB-BRANCH
Swift code        : BKCHCNBJ92B

Beneficiary      : WENZHOU SANXIN INTERNATIONAL TRADING CO. LTD
Account #        : 820036010008091014

Amount           : $37,577(thirty seven thousand five hundred seventy seven USD).

Reason           : payment of Inv No. :2008063001 Lady's jacket (Zhao Xiao Yan).

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.


BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

767                                              FNK 7782 1163

# 温州三鑫贸易有限公司
## WENZHOU SANXIN INTERNATIONAL TRADING CO.,LTD

No.20,Rixin Road,Xiao Ind.District,Pudong,Xinqiao,Ouhai,WenZhou,CHINA

Tel:86-577-86181778 Fax:86-577-86181556

商业发票
### PROFORMA INVOICE

CLIENT(客户)：那木                          TELPHONE (联系电话)：86-20-81382228

SUPPLIER (供应商)：ZHAOXIAOYAN

DATE OF ORDER (订货时间)：2008-6-30

| 唛头及编号<br>Marks & Item No. | 数量<br>Quantity | 名称<br>Description | 单价<br>Unit Price(RMB) | 总价<br>Total Value(RMB) |
|---|---|---|---|---|
| 101# | 600 PCS | LADY'S JACKET | ￥48.00 | ￥28,800.00 |
| 102# | 600 PCS | LADY'S JACKET | ￥48.00 | ￥28,800.00 |
| 103# | 600 PCS | LADY'S JACKET | ￥48.00 | ￥28,800.00 |
| 104# | 600 PCS | LADY'S JACKET | ￥41.00 | ￥26,400.00 |
| 6001# | 480 PCS | LADY'S JACKET | ￥47.00 | ￥22,560.00 |
| 6002# | 480 PCS | LADY'S JACKET | ￥47.00 | ￥22,560.00 |
| 6003# | 480 PCS | LADY'S JACKET | ￥50.00 | ￥24,000.00 |
| 6004# | 480 PCS | LADY'S JACKET | ￥65.00 | ￥31,200.00 |
| 6005# | 480 PCS | LADY'S JACKET | ￥65.00 | ￥31,200.00 |
| 6006# | 480 PCS | LADY'S JACKET | ￥65.00 | ￥31,200.00 |
| 105# | 480 PCS | LADY'S JACKET | ￥60.00 | ￥28,800.00 |
| 106# | 480 PCS | LADY'S JACKET | ￥63.00 | ￥30,240.00 |
| 107# | 480 PCS | LADY'S JACKET | ￥78.00 | ￥37,440.00 |



RATE:6.8                ￥372,000

FNK 7782 1164

~~ SEP '08 08:41 BBAC HAMRA                                    P.2

**BBAC**
الـبـنـك الـلـبـنـانـي الـعـربـي

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O. BOX 113536 BEIRUT

DATE : التاريخ : 19/09/08

## R E M I T T A N C E   O R D E R

TO _____ USD _____ المصرف المحول إليه

20 . TRAN. NO                       0004 - RO № 157144 — 01
                                    BR NO

32A . VALUE  الحق     23/09/08
      CURRENCY العملة  USD U.S. DOLLAR .
      AMOUNT            ***********37,577.00*
      ONLY   THIRTY SEVEN THOUSAND FIVE HUNDRED SEVENTY SEVEN ONLY

50 . ORDERING CUSTOMER الآمر   NEW LINE EXCHANGE TRUST COMPANY
      MR ZIAD MOHAMAD YOUSSEF  ACC#423910 NOF 1976 KARAKAS RAS BEIRUT

56 . INTERMEDIARY BANK  المصرف الوسيط

57 . ACCOUNT WITH INSTITUTION   BANK OF CHINA WENZHOU GUOMAO
      SUB BRANCH SWIFT CODE: BKCHCNBJ92B

59 . BENEFICIARY CUSTOMER المستفيد   WENZHOU SANXIN INTERNATIONAL
      TRADING CO. LTD  ACC#8200360100308091014

70 . DETAILS OF PAYMENT إيضاحات الدفع   PAYMENT OF INV NO:2008063001
      LADYS JACKET (ZHAO XIAO YAN)

71A . CHARGES ON  الأتعاب  ( BEN على المستفيد ___ X )  ( OUR علينا ___ )

72 . SENDER TO RECEIVER بيانات من المصرف المحول إليه  _____ X

AUTHORIZED SIGNATURES

T... . 11 - 11 - 2007

FNK 7782 1165



New Line Exchange Trust Company S.A.L
Capital : 250.000.000     L.N.B.C  679

DATE: 19/09/2008

## CASH TRANSACTION SLIP

TRF REF #: 58/2008

TRANSFERER NAME: MOHAMAD EL HALLAK

AMOUNT RECEIVED: 37577$ CASH

SOURCE OF MONEY: Jacket's BUSINESS (MEN & WOMEN)

TRF SIGNATURE

Res Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1166



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

BEIRUT: 19/09/2008

BANK BEIRUT AND ARAB COUNTRIES

HAMRA BRANCH

BEIRUT -- LEBANON

REF. NO.: 57/2008

## ORDER FOR TRANSFER

Bank name      : AGRICULTURAL BANK OF CHINA FUJIAN BRANCH
Swift code     : ABOCCNBJ130

Beneficiary    : JIESHENG TRADING CO. LTD. FUJIAN
Account #      : 13540114040000743

Amount         : $40,279(forty thousand two hundred seventy nine USD).

Reason         : payment of Inv No. :2008032501 purchase of jackets.

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

771                                    FNK 7782 1167

# 弗莱斯外贸休闲服饰
## FULAISI TRADE FASHION GARMENT

47# Shop LunFeng Road Shishi City Fujian China Tel:86-595-88789422 Fax:86-595-88886427

商业发票
PROFORMA INVOICE

CLIENT(客户) : 那木)                    TELPHONE (联系电话) : 86-20-81367228

SUPPLIER (供应商) : LILI

DATE OF ORDER (订货时间) : 2008-3-25

| 唛头及编号 Marks & Item No. | 数 量 Quantity | 名 称 Description | 单 价 Unit Price(RMB) | 总 价 Total Value(RMB) |
|---|---|---|---|---|
| 601# | 720 PCS | LADY JACKET | ￥60.00 | ￥43,200.00 |
| 603# | 720 PCS | LADY JACKET | ￥60.00 | ￥43,200.00 |
| 604# | 720 PCS | LADY JACKET | ￥60.00 | ￥43,200.00 |
| 605# | 720 PCS | LADY JACKET | ￥60.00 | ￥43,200.00 |
| 817# | 720 PCS | LADY JACKET | ￥60.00 | ￥43,200.00 |
| 720# | 720 PCS | LADY JACKET | ￥62.00 | ￥44,640.00 |
| 721# | 720 PCS | LADY JACKET | ￥62.00 | ￥44,640.00 |

￥305,280.00

RATE:6.8          $44,894.12

772                                            FNK 7782 1168

22 SEP '08 08:42 BBAC HAMRA                                                    P.3

**BBAC**

DATE التاريخ : 19/09/08

HAMRA BRANCH
136 OMAR BIN ABDEL AZIZ STR
P.O.BOX 111536 BEIRUT

R E M I T T A N C E   O R D E R

المصرف المحول إليه

USD ☐ 02

TO

20. TRAN. NO       0004 RO  № 157142  —01
                   BR NO

32A. VALUE        23/09/08
     CURRENCY     USD  U.S. DOLLAR
     AMOUNT       ****40,279.00*
     ONLY         FORTY THOUSAND TWO HUNDRED SEVENTY NINE ONLY

50. ORDERING CUSTOMER      NEW LINE EXCHANGE CO SAL
    ACC#423910/JIAD MOHD YOUSSEF-RAS BEIRUT-KARAKAS/NOE-1976

    INTERMEDIARY BANK      المصرف الوسيط

57. ACCOUNT WITH INSTITUTION   AGRICULTURAL BANK OF CHINA
    FUJIAN BRANCH-SWIFT#ABOCCNBJ130

59. BENEFICIARY CUSTOMER      JHESHENG TRADING CO LTD-FUJIAN
    ACC#13540114040000743

70. DETAILS OF PAYMENT      INV#2008032501-PURCHASE OF JACKETS

71A. CHARGES ON   الأتعاب  ( BEN على المستفيد ) _X_ ( OUR علينا ) _____

72. SENDER TO RECEIVER    إيضاحات للمصرف المحول إليه   _X_

AUTHORIZED SIGNATURE

TRAN 11 - 11 - 2007

773                                                    FNK 7782 1169



New Line Exchange Trust Company S.A.L
Capital : 250.000.000    L.N.B.C  679

DATE: 19/09/2008

## CASH TRANSACTION SLIP

TRF REF #: 57/2008

TRANSFERER NAME: MOHAMAD EL HALLAK

AMOUNT RECEIVED: 40279$ CASH

SOURCE OF MONEY: Jacket's BUSINESS (MEN & WOMEN)

TRF SIGNATURE

Res Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

774

FNK 7782 1170



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 19/09/2008

BANK BEIRUT AND ARAB COUNTRIES

HAMRA BRANCH.

BEIRUT – LEBANON

REF. NO.: 56/2008

## ORDER FOR TRANSFER

Bank name        : HONG KONG HSBC BANK
Swift code        : HSBC HKHH HKH
Address            : 71-85B Hennessy Road Wanchai Hong Kong HSBC Wanchai
                       Branch

Beneficiary       : GUO YU GUI
Account #          : 110888880833

Amount            : US$ 19900(nineteen thousand nine hundred USD)

Reason             : Freight payment expenses to Shenzhen International Co., LTD

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1171

22 SEP '08 08:41 BBAC HAMRA                                                    P.1

**BBAC**

HAMRA BRANCH                                                      DATE التاريخ :   19/09/08
136 OMAR BEN ABDEL AZIZ STR
P.O.BOX 111536 BEIRUT

# REMITTANCE ORDER

TO     517837     USD        المصرف المرسل إليه

0. TRAN. NO     0004 RO  № 157145  -01
                 BR NO

2A. VALUE    الحق    22/09/08
   CURRENCY  العملة   usd  U.S. DOLLAR
   AMOUNT   المبلغ   *********19,900.00*
   ONLY         NINETEEN THOUSAND NINE HUNDRED ONLY

3. ORDERING CUSTOMER   طالب الحوالة   NEW LINE EXCHANGE CO SAL
   ACC#423910- ZIAD MOHD YOUSSEF-RAS BEIRUT-KARAKAS-NOF-1976

4. INTERMEDIARY BANK   المصرف الوسيط

5. ACCOUNT WITH INSTITUTION   مصرف المستفيد   HONG KONG HSBC BANK
   71-83B HENNESSY ROAD WANCHAI HONG KONG HSBC WANCHAI BRANCH

6. BENEFICIARY CUSTOMER   المستفيد   GUO YU GUI
   SWIFT#HSBC HKHH HKH ACC# 110388880833

7. DETAILS OF PAYMENT   إيضاحات للمستفيد   FREIGHT PAYMENT TO SHENZHEN INTERN.

8A. CHARGES ON   الأتعاب   (BEN على المستفيد .. )   X   (OUR علينا .. )

SENDER TO RECEIVER   إيضاحات للمصرف المرسل إليه   X

AUTHORIZED SIG

Rev: II - II - 2007

01
744 810

FNK 7782 1172



**New Line Exchange Trust Company S.A.L**
Capital : 250,000,000    L.R.B.C 679

DATE: 19/09/2008

## CASH TRANSACTION SLIP

TRF REF #: 56/2008

TRANSFERER NAME: MOHAMAD EL HALLAK

AMOUNT RECEIVED: 19900$ CASH

SOURCE OF MONEY: Jacket's and Clothes business

TRF SIGNATURE

*[handwritten: A please. Mr Abohassen sign then send her it]*

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

777                                                           FNK 7782 1173



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 07/08/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 46/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name        : BANK OF CHINA (HONG KONG) LIMITED
Swift code        : BKCHHKHHXXX

Beneficiary       : WONG FUNG TUEN
Account #         : 01275192034078
Address           : MANSQUARE KWUN TONG KOWLOON HONG KONG

Amount            : US$79600 (SEVENTY NINE THOUSAND SIX HUNDRED US DOLLARS ONLY)

Reason            : SHOES PURCHASE

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1174



FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Aug. 07 2008 04:05PM  P1

**LEBANESE CANADIAN BANK** SAL                    بنك اللبناني الكندي

Branch         St charles
07/08/2008
Please remit on our behalf the following :
☐ Bank and Draft
☐ Swift and Transfer by
☐ ☐ ☐ Telex ☐ Mail

NEW LINE EXCH. TRUST CO.S.A.
BEIRUT-RAS BEIRUT-KARAKAS STR.
TALBET LAMBHOUSE, TEL# 01/744805, REG# 1005128 A/C# 173902

BANK OF CHINA, CHONG KONG LIMITED
BKCHHKHHXXX

| USD | 79,575.00 |

WONG FUNG TUEN
MANSQUARE KWUN TONG KOWLOON HONG KONG

AJ/FS PURCHASE

```
DATE        : 07/08/2008
TRA. SEQ.   : 440
VALUE DATE  : 07/08/2008
REF. KEY    : 005164/08
DOC. NO.    : 8005164,
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :         79575.00
PMT. CUR.   : US DOLLAR
RATE        : 1
EQUV. AMT   :      79575.00
COMMISSION  :         10.00
FX COMM.    :           .00
CBJ FEES    :           .00
POSTAGES    :         15.00
STAMPS      :           .00
TOTAL AMT.  :      79600.00
OR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     :
```

COPY

VALUE  08/07/2008

☐ Debit A/C Number

USD 79575                                      15        10  79,600.00

AS PER ATTACHED

779                                          FNK 7782 1175



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000     L.N.B.C  679

DATE: 07/08/2008

## CASH TRANSACTION SLIP

TRF REF #: 46/2008

TRANSFERER NAME: MOHAMAD EL HALLAK

AMOUNT RECEIVED: 79600$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

780                                    FNK 7782 1176



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 28/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH,

BEIRUT – LEBANON

REF. NO.: 43/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

Bank name     : BANK OF CHINA (HONG KONG) LIMITED
Swift code     : BKCHHKHHXXX

Beneficiary    : WONG FUNG TUEN
Account #      : 01275192034078
Address        : MANSQUARE KWUN TONG KOWLOON HONG KONG

Amount         : US$49800 (FOURTY NINE THOUSAND EIGHT HUNDRED USD ONLY)

Reason         : SHOES PURCHASE

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER
AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1177

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jul. 29 2008 10:41AM  P1

**EBANESE CANADIAN** BANK S.A.L.          البنك اللبناني الكندي ش.م.ل

nch: ....St.charles....                    Transfer / Issuing Draft Application          ....إمضاء....
....طلب تحويل/إصدار شيك مصرفي....

..... 29/07/2008 .....                                                      ....تاريخ....
use remit on our behalf the following :                                    برجى من حضركم إصدار
Bankers Draft                                                              ☐ شيك مصرفي
ßward transfer by                                                          ☐ تحويل خارجي بواسطة
☐ Swift  ☐ Telex  ☐ Mail                                                   ☐ تحويل  ☐ طلب  ☐ أخرى

| Applicant's Name and Address اسم وعنوان طالب التحويل | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| NEW LINE EXCH.TRUST.CO.SA | | USD | 49,775 |
| BEIRUT-RAS BEIRUT-KARAKAS, | | | |
| STR.-TALERT LAMBROUSE, TEL#01/344808, REG#1008128 A/C#173902 | | | |

Beneficiary's Bank اسم المصرف المستفيد

BANK OF CHINA-HONG KONG LIMITED
SWIFT:BKCHHKHHXXX

**For Bank use Only**          خاص بالمصرف فقط

| | |
|---|---|
| DATE | : 29/07/2008 |
| TRA. SEQ | : 189 |
| VALUE DATE | : 29/07/2008 |
| REF. KEY | : 004854/08 |
| DOC. NO. | : 8004854. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 49775.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 49775.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 49800.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| NEW LINE EXCHANGE TRUST | |
| REMARKS | : |

Beneficiary's Account Number رقم حساب المستفيد

01275192034D28

Beneficiary Name and Address اسم وعنوان المستفيد

WONG FUNG TUEN
MANSQUARE KWUN TONG KOWLOON HONG KONG

| Details التفاصيل | |
|---|---|
| PURCHASE OF SHOES | |

rrespondent Name اسم المراسل

spondent Account Number          VALUE 31/07/2008
رقم حساب المراسل

ment by:          طريقة التسديد
☐ Cash          ☐ نقدا

☐ Debit A/C Number     217/173902/2/522/0          قيد على الحساب رقم :

| Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المعادلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps رسوم | Total المجموع |
|---|---|---|---|---|---|---|---|
| SD 49775 | | | | | 15 | 10 | |

Branch Signature توقيع الفرع          B.V صحة التوقيع          Authorized signatures          توقيع الفرع المعتمد

FNK 7782 1178



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

DATE: 28/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 43/2008

TRANSFERER NAME: MOHAMAD AL HALLAK

AMOUNT RECEIVED: 49800$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

783                    FNK 7782 1179



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000   L.N.B.C 679

BEIRUT: 24/07/2008

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 39/2008

## ORDER FOR TRANSFER

By debit of our account 173902 kindly effect the following transfer:

| | |
|---|---|
| Bank name | : BANK OF CHINA (HONG KONG) LIMITED |
| Swift code | : BKCHHKHHXXX |
| | |
| Beneficiary | : WONG FUNG TUEN |
| Account # | : 01275192034078 |
| Address | : MANSQUARE KWUN TONG KOWLOON HONG KONG |
| | |
| Amount | : US$99600 (NINTY NINE THOUSAND SIX HUNDRED USD ONLY) |
| | |
| Reason | : SHOES PURCHASE |

YOUR COMMISSIONS AND CHARGES ARE TO BE DEDUCTED FROM THE TRANSFER AMOUNT.

BEST REGARDS

ZIAD YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

784                                         FNK 7782 1180



**New Line Exchange Trust Company S.A.L**
Capital : 250.000.000    L.N.B.C  679

DATE: 24/07/2008

## CASH TRANSACTION SLIP

TRF REF #: 39/2008

TRANSFERER NAME: MOHAMAD EL HALLAK

AMOUNT RECEIVED: 99600$ CASH

SOURCE OF MONEY: BUSINESS

TRF SIGNATURE

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

785                                    FNK 7782 1181

FROM :LCB St. CHARLES Branch          FAX NO. :01366337 127          Jul. 24 2008 01:23PM  P2

# LEBANESE CANADIAN BANK SAL البنك اللبناني الكندي ش.م.ل

Branch : ............. St.charles.                **Transfer / Issuing Draft Application**          فرع : ...........

Date : .. 24/07/2008          طلب تحويل/إصدار شيك مصرفي          بتاريخ : ...../..../.....

Please remit on our behalf the following :          بناء على حضرتكم إجراء إصدار

☐ Bankers Draft          ☐ شيك مصرفي

☐ Outward transfer by          ☐ تحويل خارجي إلى الجهة

X ☐ Swift   ☐ Telex   ☐ Mail          ☐ سويفت   ☐ تلكس   ☐ بريد

| اسم وعنوان الطالب وعنوانه Applicant's Name and Address | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS STR-TALERT LAMBHOUSE, TEL# 01/744808, REG#4008128 A/C# 173902 | USD | 99,575.00 |

| اسم المصرف المراسل Correspondent Bank | For Bank use Only خاص باستعمال المصرف فقط |
|---|---|
| BANK OF CHINA HONG KONG LIMITED SWIFT:BKCHHKHHXXX | DATE       : 24/07/2008<br>TRA. SEQ1  : 407<br>VALUE DATE : 24/07/2008<br>REF. KEY   : 004763/08<br>DOC. NO.   : 8004763.<br>TRF. TYPE  : SWIFT TRANSFER<br>TRF. CUR.  : US DOLLAR<br>TRF. AMT   :       99575.00<br>PHI. CUR.  : US DOLLAR<br>RATE       :               1<br>EQUV. AMT  :     99575.00<br>COMMISSION :       -10.00<br>FX COMM.   :          .00<br>CBJ FEES   :          .00<br>POSTAGES   :        15.00<br>STAMPS     :          .00<br>TOTAL AMT. :     99600.00<br>DR A/C     : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST<br>REMARKS    : |

**Beneficiary's Account Number** رقم حساب المستفيد
01275192034078

**Beneficiary Name and Address** اسم المستفيد وعنوانه
WONG FUNG TUEN

PURCHASE OF SHOES

VALUE 28/07/2008

| طريقة الشهادة |  |
|---|---|
| ☐ Cash | نقداً |
| ☐ Debit A/C Number :   217/173902/2/522/0 | ☐ القيد على الحساب رقم: |

| Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| USD  99,575 |  |  |  | 15 | 10 | | 99,600.00 |

| Applicant Signature توقيع الطالب | S.V توقيع مطابق | Authorized signatures التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED | | Goussoy Abon Merhi |

Mohamad Hussein

FNK 7782 1182

FNK 7782 1183

RACHID NASSAR

FNK 7782 1184



FNK 7782 1185



**New Lir... Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C  679

DATE: 10/03/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 123/2009

## <u>ORDER FOR TRANSFER</u>

BANK NAME     :     TAIPEI FUBON COMMERCIAL BANK

BANK ADDRESS  22 F 169 SECTION 4 JEN AI ROAD TAIPEI 10686 TAIWAN

BENEFICIARY  :  HEMINGSTONE MACHINERY CO., L HINERY .CO., LTD

ACCOUNT NO.    :    410-17-000052-1

SWIFT          :    TPBKTWTP

AMOUNT         :    4404  USD  (  Four thousand and four hundred and four dollars  )

REASON         :    PLASTIC MACHINERY

New Line Exchange
Trust Co. S.A.L.

BEST REGARDS
ISMAIL YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

OUR BANK: TAIPEI FUBON COMMERCIAL BANK
22F 169 SECTION 4 JEN AI ROAD TAIPEI 10686
TAIWAN
COUNTRY: TAIWAN
Swift code: TPBKTWTP
A/C NO.    410-17-000052-1
A/C NAME. HEMINGSTONE MACHINERY CO.,L`HINERY .CO.,LTD

4,404 $

FNK 7782 1187

**HEMINGSTONE** 　　　　　　　　**JENPLAS** 　　　　　　　

DATE: 03/03/2010
REF: P050-00REV1

### PROFORMA INVOICE

Sold to Messrs: STARLIGHT POLYTHENE PRODUCTS INDUSTRIES LTD.
Address: JAMES TOWN, BRUCE RD. P.O. BOX 2827, ACCRA, GHANA.
Tel: 233-21-666206
Fax: 233-21-669476
Shipment: Within 15 working days after receipt of your payment
Time of validity: 14 days from this date. Price will be adjusted subject to the cold injection.

From: Taiwan                                                    To: Ghana

| Item | Quantity | | Description | Part No | Unit Price (US$) | Amount (US$) |
|------|----------|---|-------------|---------|------------------|--------------|
| | | | | | C&F TEMA GHANA | |
| | | RE: | TU-380DB (FEHBA5268I2-1-1) | | | |
| (1) | 4 | PCS | CLUTCH KBB 5KG | ZZ-E071-6909003 | 286.00 | 1,144.00 |
| (2) | 6 | PCS | FEEDING ROLLER 12" NUMBER 1 | **** | 344.00 | 2,064.00 |
| (3) | 12 | PCS | 14"*35" CURTAIN | ****** | 27.00 | 324.00 |
| (4) | 1 | PCS | MAIN ELECTRONIC BOARD C868-EC01-VG-A | H-C06-9-EC01-VG-A | 366.00 | 366.00 |
| (5) | 1 | PCS | 33" ANTI-STATIC BAR LONG | ***** | 106.00 | 106.00 |
| (6) | 1 | PCS | 32" ANTI-STATIC BAR SHORT | ***** | 106.00 | 106.00 |
| (7) | 1 | SET | ADJUSTMENT SCREW FOR THE BLADE | ***** | 6.00 | 6.00 |
| (8) | 1 | PCS | CONVEYOR MATT AS OUR PHOTO P#1 | ***** | 212.00 | 212.00 |
| | | | | | | |
| | | | HEAT TREATMENT FOR WOODEN BOX | | | 75.00 |
| | | | FREIGHT CHARGE BY SEA | | | 580.00 |
| | | | | | TOTAL: | 4,983.00 |

*Please note that we should receive full payment of this invoice
Any charge required by the bank should be responsible by you

REMARK: For special requirements on customs clearance, please tick
and mark the money to be shown in the invoice
P.S. We cannot accept the overvalue for the invoice.
A: ☐   Normal Price
B: ☐   Undervalue        Total Amount   US$  ?

Terms of payment: By T/T BEFORE SHIPMENT
OUR BANK: TAIPEI FUBON COMMERCIAL BANK
22F 169 SECTION 4 JEN AI ROAD TAIPEI 10686
TAIWAN
COUNTRY: TAIWAN
Swift code: TPBKTWTP
A/C NO. 410-17-000052-1
A/C NAME: HEMINGSTONE MACHINERY CO.,LTD

SAY TOTAL: U.S. DOLLARS
FOUR THOUSAND NINE HUNDRED EIGHTY THREE ONLY.

CONFIRMED BY
STARLIGHT POLYTHENE PRODUCTS INDUSTRIES LTD.          HEMINGSTONE MACHINERY CO., LTD.

_____                              _____
(Authorized Signature)                               PETER SHIH / PRESIDENT

FNK 7782 1188

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Mar. 11 2010 10:26AM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: ............ St.Charles. ............        Transfer / Issuing Draft Application        فرع : ............
Date : ....................................        طلب تحويل/إصدار شيك مصرفي        تاريخ : ............
2010/03/10
Please remit on our behalf the following :        يرجى من حضرتكم إصدار/تحويل

- [ ] Bankers Draft        [ ] شيك مصرفي
- [x] Outward transfer by        [ ] تحويل خارجي بواسطة
  - x  [ ] Swift  [ ] Telex  [ ] Mail        [ ] سويفت [ ] تلكس [ ] بريد

| Applicant's Name and Address اسم وعنوان طالب التحويل | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | USD | 4404 |
| BEIRUT-RAS BEIRUT-KARAKAS, | | |
| STR.TALEET LAMBHOUSE, TEL# 01/744808  REG# 1008128 IBAN# LB24 0044 2120 1739 0200 2052 9000 | | |

| Beneficiary's Bank اسم المصرف المراسل | For Bank use Only خاص بالمصرف فقط |
|---|---|
| TAIPEI FUBON COMMERCIAL BANK | DATE        : 10/03/2010 |
| 22 F-169-SECTION-4-JEN-AI ROAD-TAIPEI | TRA. SEQ1   : 694 |
| 10686-TAIWAN | VALUE DATE  : 10/03/2010 |
| SWIFT: TPBKTWTP | REF. KEY    : 002518/10 |
| | DOC. NO.    : 10002518 |
| Beneficiary's Account Number رقم حساب المستفيد | TRE. TYPE   : SWIFT TRANSFER |
| | TRE. CUR.   : US DOLLAR |
| | TRE. AMT    : 4404.00 |
| 410-17-000052-1 | PMT. CUR.   : US DOLLAR |
| Beneficiary Name and Address اسم وعنوان المستفيد | RATE        : 1 |
| | EQUV. AMT   : 4404.00 |
| HEMINGSTONE MACHINERY CO. LHINERY CO. LTD | COMMISSION  : 10.00 |
| | FX COMM.    : .00 |
| | COJ FEES    : .00 |
| | POSTAGES    : 15.00 |
| | STAMPS      : .00 |
| Details التفاصيل | TOTAL AMT.  : 4429.00 |
| | OR A/C      : 217/17/3902-8/2/522/0 |
| PLASTIC MACHINERY | NEW LINE EXCHANGE TRUST |
| | REMARKS     : ? |

| Correspondent Name اسم المراسل | |
|---|---|
| Correspondent Account Number رقم حساب المراسل | |
| | |

| Settlement by طريقة التسديد | VALUE 12/03/2010 | قيد |
|---|---|---|
| [ ] Cash | | [ ] القيد على الحساب رقم : |
| [ ] Debit A/C Number | | |

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost Transfer اجور تحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| X | | 217/17/3902/2/522/0 | | | | | | |

| Applicant's Signature توقيع العميل | S.V ضبط العميل | Authorised Signatures التواقيع المعتمدة |
|---|---|---|
| USD 4404 | | 10 |
| AS PER ATTACHED | | Mouhamad Hamdoun        Latifa Massa |

793                                                                FNK 7782 1189



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000     L.R.B.C 679

DATE: 10/03/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 122/2009

## ORDER FOR TRANSFER

BANK NAME        :   HUA NAN COMMERCIAL BANK , LTD.

BANK ADDRESS  :   38,SEC.1, CHUNG-KING SOUTH ROAD , TAIPEI , TAIWAN, R.O.C.

BENEFICIARY     :   KUNG HSING PLASTIC MACHINERY CO., LTD.

ACCOUNT NO.    :   600-99-000168-5

SWIFT                   :   HNBKTWTP

AMOUNT             :   754   USD  (  Seven hundred and fifty dollars )

REASON               :   PLASTIC MACHINERY

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1190

D. BANK OF SELLER :
HUA NAN COMMERCIAL BANK, LTD.
38, SEC.1, CHUNG-KING SOUTH ROAD, TAIPEI, TAIWAN, R.O.C.
SWIFT ADDRESS: HNBKTWTP
CABLE ADDRESS: "HUANANBANK" TAIPEI
MAIL ADDRESS: P.O.BOX 989 TAIPEI
IN FAVOR OF: KUNG HSING PLASTIC MACHINERY CO., LTD.
ACCOUNT NO.: 600-99-000168-5


754 $

FNK 7782 1191



# 光興塑膠機械廠股份有限公司
## KUNG HSING PLASTIC MACHINERY CO., LTD.

總公司 HEAD OFFICE :
路縣鎮太保市庄太工業區中興路139號
13 CHUNG HSING ROAD, CHIA TAI INDUSTRIAL
DISTRICT, CHIA-YI HSIEN, TAIWAN, R.O.C.
TEL: +886-5-2374466 (12 LINES)
FAX: +886-5-2376971, 2381029
E-MAIL: kunghsin@ms2.hinet.net
HTTP: // www.kunghsing.com.tw

台北公司 TAIPEI OFFICE:
台北市承德路三段5 8號德豐大廈9 樓之6
9F-6 THE-FENG BLDG. 58, SECTION 3,
CHENG-THE ROAD, TAIPEI, TAIWAN, R.O.C.
TEL: +886-2-25956367 (3 LINES)
FAX: +886-2-25941957
E-MAIL: taipeikv@ms25.hinet.net

## QUOTATION

Starlight Polythene Products Industries Ltd(SPPIL)/ EID          Feb. 25,2010

Spare parts for # 2833 KS-FE45S                                 F.O.B.

| | | | |
|---|---|---|---|
| 1. Middle Rubber Roller | @US$ 410.00 | x 1 pc | US$ 410.00 |
| 2. Winder Locker | @US$ 85.00 | x 4 pc | US$ 340.00 |
| 3. Bolt for Winder Locker | @US$ 0.10 | x 40 pc | US$ 4.00 |

|  |  |
|---|---|
| FOB | US$ 754.00 |

REMARKS : A. VALID OF THE QUOTATION : 30 DAYS
   B. TIME LIMIT OF DELIVERY : 20-25 WORKING DAYS AFTER RECEIPT OF T/T
   C. PAYMENT : 100% T/T BEFORE SHIPMENT
   D. BANK OF SELLER :

   HUA NAN COMMERCIAL BANK, LTD.
   38, SEC. 1, CHUNG-KING SOUTH ROAD, TAIPEI, TAIWAN, R.O.C.
   SWIFT ADDRESS: HNBKTWTP
   CABLE ADDRESS: "HUANANBANK" TAIPEI
   MAIL ADDRESS: P.O. BOX 989 TAIPEI
   IN FAVOR OF: KUNG HSING PLASTIC MACHINERY CO., LTD.
   ACCOUNT NO.: 600-99-000168-5

- 1 -

APPROVED BY: JEAN CHEN

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127       Mar. 10 2010 03:47PM  P2

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch :  St.charles

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Date :  11/03/2010

Please remit on our behalf the following :

□ Bankers Draft
□ Outward Transfer by
  x □ Swift   □ Telex   □ Mail

☐ شيك مصرفي
☐ تحويل خارجي بواسطة
☐ سويفت   ☐ تلكس   ☐ بريد

| Applicant's Name and Address إسم مقدم الطلب وعنوانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS, STR.-TALEET LAMHROUSE, TEL# 01734808, REF# 100BJ28 | USD | 754 |

IBAN# L824 0044 2170 1730 0200 2052 2000

| Beneficiary's Bank إسم المصرف المستفيد | For Bank use Only خاص بالمصرف فقط |
|---|---|
| HUA NAN COMMERCIAL BANK LTD 38 SEC.1 CHUNG KING SOUTH ROAD, TAIPEI TAIWAN R.O.C. SWIFT: HNBKTWTP | DATE          : 10/03/2010 |

Beneficiary's Account Number رقم حساب المستفيد

600-99-000168-5

Beneficiary Name and Address إسم المستفيد وعنوانه

KUNG HSING PLASTIC MACHINERY CO. LTD

Details التفاصيل

ASTIC MACHINERY

Correspondent Name إسم المراسل

84.ch.

Correspondent Account Number رقم حساب المراسل

For Bank use Only:

```
DATE          : 10/03/2010
TRA. SEQU     : 678
VALUE DATE    : 10/03/2010
REF. KEY      : 002513/10
DOC. NO.      : 00092513.
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      :         754.00
PMT. CUR.     : US DOLLAR
RATE          :            1
EQUV. AMT     :         754.00
COMMISSION    :          10.00
FX CORR.      :            .00
GET FEES      :            .50
POSTAGES      :          15.50
STAMPS        :            .00
TOTAL AMT.    :         779.00
DB A/C        : 217/173000-8/2/572/0
NEW LINE EXCHANGE TRUST
REMARKS :     S
```

| VALUE  12/03/2010 | أزرقة المصدر |
|---|---|

Settlement by:
□ Cash
□ Debit A/C Number

| Currency العملة | Amount المبلغ | Exchange rate | Currency العملة | Counter Value القيمة المقابلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
|  | 213 | 179902/2/4930 |  |  |  |  |  |  |

| Applicant's Signature إمضاء السيد | S.V صحة التوقيع | Authorized signatures | |
|---|---|---|---|

Chirka Wousu

AS PER ATTACHED

FNK 7782 1193


New Line Exchange Trust Company S.A.L.
Capital : 250.000.000     L.N.B.C 679

DATE: 10/03/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 121/2009

## ORDER FOR TRANSFER

BANK NAME      :    FIRST COMMERCIAL BANK  , HEAD OFFICE

BANK ADDRESS  :  P.O.BOX 395 TAIPEI , TAIWAN

BENEFICIARY    :    DIING KUEN PLASTIC MACHINERY CO., LTD

ACCOUNT NO.    :    5014 0000 940

SWIFT          :    FCBKTWTPXXX

AMOUNT         :   11271  USD ( Eleven thousand, two hundred and seventy-one dollars )

REASON         :    PLASTIC MACHINERY

New Line Exchange
Trust Co. S.A.L.

BEST REGARDS

ISMAIL YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1194

OUR BANK INFORMATION :
FIRST COMMERCIAL BANK, HEAD OFFICE
P.O. BOX 395 TAIPEI, TAIWAN
TELEX NUMBER : "11310 11729 "
SWIFT CODE : FCBKTWTPXXX
A/C NO. 5014 0000 940
BENEFICIARY : DIING KUEN PLASTIC MACHINERY CO., LTD

11,271  DOOLAR

FNK 7782 1195



鼎坤塑膠機械有限公司
**DIING KUEN PLASTIC MACHINERY CO., LTD.**

公司:嘉義縣民雄工業區中山路32號
電話:(05) 2217408 -2217410
傳真:(05) 2217413

No. 32, Chung Shan Rd.
Minhsiung Industrial Area.
Chia Yi Hsien, Taiwan, R.O.C.
Tel: 886-5-2217408  2217410
Fax:886-5-2217413

ISO 9001 CERT NO: 83229

<u>PROFORMA-INVOICE</u>

T O: STARLIGHT POLYTHENE PROD. IND. LTD
P.O. BOX 2627 ACCRA , GHANA
TEL : 233-21 666 206

DATE: FEB 08 2010
OUR REF:TK-100208-1

WE ARE PLEASED TO QUOTE YOU AS FOLLOWS:
1.PRICE TERM: C & F ACCRA/ AIR PORT
2.TIME OF DELIVERY: WITHIN 30 DAYS   AFTER RECIEPT OF YOUR T/T
3.TERMS OF PAYMENT: BY T/T
4.VALIDITY: 30 DAYS FROM THE ISSUING DATE
5.L/C BENEFICIARY: DIING KUEN PLASTIC MACHINERY CO., LTD.

| DESCRIPTION OF GOODS | Q'TY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SPARE PARTS FOR TK-EMM 45 ( 0468 ) | | | |
| 1. 45 MM BI-METALIC SCREW , 30:1 | 6 PCS | US$ 1,900. | US$11,400.- |
| 2. 45 MM BI-METALIC CYLINDER , 30:1 | 1 PC | | US$ 3,900.- |
| | | FOR TAIWAN | US$15,300.- |
| | | AIR FREIGHT US$ | 1,850.- |
| | | C & F TEAMA | US$17,150.- |
| | | | vvvvvvvvvvvv |

OUR BANK INFORMATION :

FIRST COMMERCIAL BANK, HEAD OFFICE
P.O. BOX 395 TAIPEI, TAIWAN
TELEX NUMBER : "11310 11729 "
SWIFT CODE : FCBKTWTPXXX

A/C NO. 5014 0000 940
BENEFICIARY : DIING KUEN PLASTIC MACHINERY CO., LTD

FNK 7782 1196



# 鼎坤塑膠機械有限公司
## DIING KUEN PLASTIC MACHINERY CO., LTD.

公司:嘉義縣民雄工業區中山路82號
電話:(05) 2217408 -2217410
傳真:(05) 2217413

ISO 9001 CERT NO: 83229

No. 32, Chung Shan Rd.
Minhsiung Industrial Area.
Chia Yi Hsien, Taiwan, R.O.C.
Tel: 886-5-2217408   2217410
Fax:886-5-2217413

## PROFORMA-INVOICE

T O : STARLIGHT POLYTHENE PROD. IND. LTD
    P.O. BOX 2627 ACCRA , GHANA
    TEL : 233-21 666 206

DATE: MAR 03 2010
OUR REF:TK-100303-1

WE ARE PLEASED TO QUOTE YOU AS FOLLOWS:
1.PRICE TERM: C & F ACCRA , AIR PORT
2.TIME OF DELIVERY: WITHIN 30 DAYS   AFTER RECIEPT OF YOUR T/T
3.TERMS OF PAYMENT: BY T/T
4.VALIDITY: 30 DAYS FROM THE ISSUING DATE
5.L/C BENEFICIARY: DIING KUEN PLASTIC MACHINERY CO., LTD.

| DESCRIPTION OF GOODS | Q'TY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SPARE PARTS FOR TK-EMM 45 ( 0468 ) | | | |
| 1. LOCKER FOR WINDING SHAFT | 12 PCS | US$  50.- | US$ 600.- |
| 2. TAKE-UP RUBBER ROLLER 165  Φx 450 MML | 1 PC | | US$ 295.- |
| 3. VOLTAGE ADJUSTOR SLIDAC SE1402 FOR WINDER | 6 PCS | US$  125.- | US$ 750.- |
| 4. COMPLETE SET CONTROLLER ( INCL, PC BOARD ) FOR TAKE-UP DC MOTOR | 2 PCS | US$  295.- | US$ 590.- |
| 5. TECO INVERTER 20 HP , MODEL MA TYPE | 1 PC | | US$ 1,150.- |
| 6. HEATER PLUG | 15 PCS | US$  8.- | US$ 120.- |
| 7. 1/4 HP BLOWER | 4 PCS | US$  115.- | US$ 460.- |
| 8. 15 KGS/CM MOTOR FOR WINDER | 1 PC | | US$ 280.- |
| 9. 3 HP MAIN BLOWER | 1 PC | | US$ 590.- |
| 10. SWTICH ON-OFF , 3P BEH3151 | 8 PCS | US$  17.- | US$ 136.- |
| | | | US$ 4,971.- |
| | | AIR CARGO | US$ 2,680.- |
| | | C & F ACCRA | US$ 7,651.- |
| | | | VVVVVVVVVV |

FNK 7782 1197

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Mar. 10 2010 03:47PM  P4

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: ......St.charles..............        Transfer / Issuing Draft Application        فرع : ...............
Date : ......10/03/2010...........        طلب تحويل/إصدار شيك مصرفي        تاريخ : ...../...../.......
Please remit on our behalf the following :        نرجو من حضرتكم إصدار :

☐ Bankers Draft        ☐ شيك مصرفي
☐ Outward transfer by        ☐ تحويل خارجي بواسطة
   X  ☐ Swift  ☐ Telex  ☐ Mail        ☐ اوندت  ☐ تلكس  ☐ بريد

| Applicant's Name and Address اسم مقدم الطلب وعنوانه | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| NEW LINE EXCH.TRUST CO.SA | | USD    11,271 | |

BEIRUT-RAS BEIRUT-SARRAS
ST. TALLET AL SINHOUSE TEL 01 741408 REGI 1008128 IBAN1 024 0041 0170 1728 0200 2057 2090

**For Bank use Only :**            خاص بالمصرف فقط

| Beneficiary's Bank اسم المصرف المستفيد | |
|---|---|
| FIRST COMMERCIAL BANK | |
| HEAD OFFICE P.O.BOX 395 TAIPEI.TAIWAN | |
| SWIFT: FCBKTWTPXXX | |

DATE        : 10/03/2010
TRA. SEQU   : 565
VALUE DATE  : 12/03/2010
REF. KEY    : 002515/10
DOC. NO.    : 10002515
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    : 11271.00
PMT. CUR.   : US DOLLAR
RATE        : 1.0
CONV. AMT   : 11271.00
COMMISS'S   : 10.00
FX COMM     : .00
PRI PREF    : .00
POSTAGES    : 15.00
STAMPS      : .00
TOTAL AMT   : 11296.00
BY A/C      : 217/373502-8/2/2200
NEW LINE EXCHANGE TRUST
REMARKS     : ?

| Beneficiary's Account Number رقم حساب المستفيد | |
|---|---|
| 5014 0000 940 | |

| Beneficiary Name and Address اسم المستفيد وعنوانه | |
|---|---|
| DINING KUEN PLASTIC MACHINERY CO. LTD | |

| Details التفاصيل | |
|---|---|
| PLASTIC MACHINERY | |

| Correspondent Name اسم المراسل | |
|---|---|
| TECH | |
| Correspondent Account Number رقم حساب المراسل | |

VALUE 12/03/2010                طريقة التسديد

Settlement by:
☐ Cash        ☐ قيد على الحساب رقم :
☐ Debit A/C Number

| C'cy رمز العملة | Amount المبلغ | Exch.Rate 0041 0170/1728 سعر الصرف | Counter Value القيمة المعادلة | Commission العمولة | Cost o Transfer أعباء التحويل | Stares طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

USD  11271                10
Applicant's Signature    توقيع العميل    S.V  صحة التوقيع    Authorized signature    التواقيع المعتمدة

AS PER ATTACHED                            Tahia Wanss

Finance Section

FNK 7782 1198

يشيكــــ، في ١/ ٢/ ٨٠  *(handwritten)*

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from:* إسم المصرّح: New Line Exchange Trust Co. S.A.L.

*Acct #,  173902* رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

–  بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
–  و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

<u>معلومات عن اصدار شيك او تحويل</u>

رقم المرجع: ١٢١ / Cu٩   *Transfer # 121*
المبلغ: ١١٦٧١  (العملة $)   *Amount. 11,271*
نقدي او غير : نقدي   *CASH*
التاريخ: ١٠ / ٢ / ١٠   *Date: 10-3-2010*
مصدر الاموال: التّجارة   *Business*
وجهة استعمال الاموال: شراء معدات بلاستيك   *Purchase Plastic*
هوية المستفيد: DIING KUEN Plastic TAIWAN   *Beneficiary*
صاحب الحق الاقتصادي: T.N.C   *Client*

الإسم: اسماعيل حريري  *(handwritten)*
التوقيع: New Line Exchange Trust Co. S.A.L.  *(signature)*

FNK 7782 1199



 New Line Exchange Trust Company S.A.L
Capital : 250.000.000      L.R.B.C 6/9

DATE: 10/03/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 120/2009

## ORDER FOR TRANSFER

BANK NAME        :   FIRST COMMERCIAL BANK CHIA YI BRANCH

BANK ADDRESS  :  307 CHUG SHAN ROAD , CHIA YI , TIWAN. R.O.C.

BENEFICIARY   :    CHAO WEI PLASTIC MACHINERY CO., LTD

ACCOUNT NO.    :    501-40-000788

SWIFT             :    FCBKTWTP 601

AMOUNT        :   32887  USD  ( Thirty-two thousand eight hundred and eighty-seven dollars )

REASON         :    PLASTIC MACHINERY

BEST REGARDS

New Line Exchange
Trust Co. S.A.L.   JAMIL YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1200

BANK NAME: FIRST COMMERCIAL BANK CHIA YI BRANCH
BANK ADDRESS: 307 CHUNG SHAN ROAD, CHIA YI, TAIWAN, R.O.C.
BANK FAX: 886-5-2271280
S.W.I.F.T. NO: FCBKTWTP 601
ACCOUNT NO: 501-40-000788
ACCOUNT NAME: CHAO WEI PLASTIC MACHINERY CO.,LTD

32,887 $

FNK 7782 1201