## CHAO WEI PLASTIC MACHINERY CO., LTD.

TEL: +886-5-2686688 FAX: +886-5-2687821

Messrs: SPPIL

Date: 2010/02/08

No: H990208-502D

## QUOTATION

Price terms: F.O.B. TAIWAN

Time of deliver: within 45 days after receipt of L/C.

Payment: Payment: By an irrevocable and confirmed L/C at sight in our favor.

Validity: within 60 days.

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| AUTOMATIC ELECTRONIC HIGH SPEED DOUBLE LAYER (8 LINES) CUTTING & SEALING MACHINE WITH SERVO MOTOR CONTROL | | | |
| MODEL: CWA2+8-1000-SV | 1 SET | US$ 34,700 | US$ 34,700 |
| SPECIAL DISCOUNT | | | US$ 6,700 |
| TOTAL | | | US$ 28,000 |

*STANDARD SPECIFICATIONS OF CWA2+8 MODEL:*

1.  Stop motion device for the bags become superimposed
2.  Stop motion device for the film empty
3.  Stop motion device for the temp. Drop 4-8 degree
4.  Hot needle: 4 sets for stack t-shirt bags.
5.  Photo eye for feeding control: 8 sets
6.  Feeding motor: 8 pcs
7.  Individual feeding device for each line, and also can be attached for one wide film
8.  Conveyor: 1 set
9.  I.C. Board control: 1 set
10.  Digital counter, total counter: 1 set
11.  Japan made frequency inverter: 1 set
12.  Main servo motor control: 1 set
13.  Computerized servo motor transmission system.
14.  This machine suit to make t-shirt bag & bottom sealing bag.
15.  This machine can produce max. Bag width 38" + 38" (96 cm x 2) by up and down 2 layers and max. length 40" (100 cm) 2 lines operation.
16.  This machine can produce max. Bag width 18" (45cm x 6) by 4 lines operation.
17.  This machine can produce max. Bag width 12" (30 cm x 6) x 6 lines operation.
18.  This machine can produce max. Bag width 9" (23 cm x 8) x 8 lines operation.
19.  Converting thickness: 0.008 - 0.1 mm
20.  Essential spare parts: 1 set
21.  This machine with collecting conveyor without auto punching machine.

CATHY CHANG/ SALES MANAGER

FNK 7782 1202

# CHAO WEI PLASTIC MACHINERY CO., LTD.

## TEL: +886-5-2686688    FAX: +886-5-2687821

Messrs: SPPIL

Date: 2010/02/24
NO.H99224-501D

## PRO-FORMA INVOICE

Price terms: F.O.B TAIWAN

Time of delivery: within 7 days after receipt of T/T.

Payment: By T/T before delivery

Validity: within 30 days

BANK NAME: FIRST COMMERCIAL BANK CHIA YI BRANCH

BANK ADDRESS: 307 CHUNG SHAN ROAD, CHIA YI, TAIWAN, R.O.C.

BANK FAX: 886-5-2271280

S.W.I.F.T. NO: FCBKTWTP 601

ACCOUNT NO: 501-40-000788

ACCOUNT NAME: CHAO WEI PLASTIC MACHINERY CO., LTD.

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.  O rings for rubber roller | 200 pc | USD  0.50 | USD  100 |
| 2.  Wheel rubber | 10 pc | 0.50 | 5 |
| 3.  Cylinder CML30B150ST | 2 pc | 52 | 104 |
| 4.  Blower switch | 2 pc | 1.20 | 2.40 |
| 5.  Conveyor motor 51K60GN-CF | 1pc | 138 | 138 |
| 6.  Spring 3x330mm | 3,000 pc | 0.40 | 1,200 |
| 7.  40" Silicon roller | 1 pc | 560 | 560 |
| 8.  Adjustment bar gear | 1pc | 40 | 40 |
| 9.  Punching blade 4.5" (W) | 6 pc | 35 | 210 |
| 10. Clamper cylinder YMIC-20-25+Y+PIN | 2 pc | 47 | 94 |
| 11. Clamper belt 19Tx528(cm)(L) | 1pc | 95 | 95 |
| 12. Pressure cylinder valve regulator R1100-8-T | 1pc | 38 | 38 |
| 13. Top roller for LA65 | 1pc | 1,020 | 1,020 |
| 14. Winder motor 0.4kgm | 1pc | 1,280 | 1,280 |
| TOTAL | | | USD 4,886.40 |

TOTAL: U.S DOLLAR FOUR THOUSAND EIGHT HUNDRED EIGHTY-SIX AND CENTS FORTY.

CHAO WEI PLASTIC MACHINERY CO., LTD

FNK 7782 1203

جيرو، في ١٠/١٢/١ م

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح:  *ORDER FROM:* New Line Exchange Trust Co. S.A.L.

رقم الحساب:  *ACCT #* 173902

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: *Transfer #: 126*  سع ٩/١٢
المبلغ: *- Amount: 32,887*
نقدي او غير: *- CASH* - ٢٦٨٨
التاريخ: *DATE 10-3-2010*
مصدر الاموال: *- BUSINESS*
وجهة استعمال الاموال: *PURCHASE PLASTIC*
هوية المستفيد: *- BENEFICIARY*  *CHAo wei plastic MACHINERY co. LTO*
صاحب الحق الاقتصادي: *- CLIENT*  *T.N.C*

الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Mar. 10 2010 03:47PM  P3

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي

| Branch: St.charles. | | | | فرع | |
| Date : 10/03/2010 | | Transfer / Issuing Draft Application طلب تحويل/إصدار شيك مصرفي | | تاريخ / | |

Please remit on our behalf the following :                                                يرجى منكم اخراجكم إصدار

☐ Bankers Draft                                                                           ☐ شيك مصرفي

☒ Outward transfer by                                                                      ☐ تحويل خارجي بواسطة

   x  ☐ Swift  ☐ Telex  ☐ Mail                                              ☐ بريد  ☐ تلكس  ☐ سويفت

| Applicant's Name and Address  إسم وعنوان الطالب وطرفانه | Currency العملة | Amount المبلغ |
|---|---|---|
| NEW LINE EXCH.TRUST CO.SA BEIRUT-RAS BEIRUT-KARAKAS IF=TAI BEZ LAMBEHOUSE TEL 01/744808, REGR.1045128 IBAN# LB04 0044 2120 1730 0200 2051 2000 | USD | 32,887 |

| Beneficiary's Bank  إسم المصرف المستفيد | For Bank use Only  خاص بالمصرف فقط |
|---|---|
| FIRST COMMERCIAL BANK CHIA YI BRANCH 107 CHUNG SHAN ROAD, CHIA YI TIWAN SWIFT: FCBKTWTP601 | DATE       : 10/03/2010<br>TRN. SEQU  : 679<br>VALUE DATE : 10/03/2010<br>REG. KEY   : 002514/10<br>DOC. NO.   : 10002514.<br>TRF. TYPE  : SWIFT TRANSFER<br>TRF. CUR.  : US DOLLAR<br>TRF. AMT   : 32887.00<br>PMT. PUR.  : US DOLLAR<br>PMTS       :<br>EQUV. AMT  : 32887.00<br>COMMISSION : 10.00<br>FX COMM.   : .00<br>CBL FEES   : .00<br>POSTAGES   : 15.00<br>STAMPS     : .00<br>TOTAL AMT. : 32912.00<br>DR A/C     : 217/175902-6/2/522/10<br>NEW LINE EXCHANGE TRUST<br>REMARKS    : |

| Beneficiary's Account Number  رقم حساب المستفيد |
|---|
| 501-10-000788 |

| Beneficiary Name and Address  إسم المستفيد وطرفانه |
|---|
| CHAO WEI PLASTIC MACHINERY CO. LTD |

| Details  التفاصيل |
|---|
| PLASTIC MACHINERY |

| Correspondent Name  إسم المراسل |
|---|
| ST.CHRL. |
| Correspondent Account Number رقم حساب المراسل |
| VALUE  12/03/2010 |

| Settlement by:  طريقة التسديد | | ☐ إقفال |
|---|---|---|
| ☐ Cash | | |
| ☐ Debit A/C Number | | القيد على حساب رقم: |

| Currency العملة | Amount المبلغ | Exchange Rate السعر / سعر الصرف | Counter Value القيمة المعادلة | Commission العمولة | Cost of Transfer أعباء / تحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|
| USD  32887 | | | | | | 15 | 10 |

| Applicant's Signature  توقيع العميل | S.V صحة التوقيع | Authorized signature's التوقيع المعتمد |
|---|---|---|
| AS PER ATTACHED | | Mohamad Hammoud |

FNK 7782 1205



New Line Exchange Trust Company S.A.L.
Capital : 250.000.000      L.N.B.C 6/9

DATE: 10/03/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 124/2009

## ORDER FOR TRANSFER

BANK NAME       :   PNP PARIBAS

BANK ADDRESS :  TRIANGLE DE L'ARCHE BAT C 7EME 9, 11
COURS DU TRIANGLE 92800 PUTEAUX

BENEFICIARY   :   SNETOR CHIMIE

IBAN                 :    FR76 3000 4018 9600 0100 0792 491

SWIFT               :    BNPAFRPPIFN

AMOUNT          :   8500  USD  (   Eight thousand and five hundred
dollars   )

REASON           :    PLASTIC MACHINERY

New Line Exchange
Trust Co. S.A.L.

BEST REGARDS
ISMAIL YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1206

8,500 DOOLAR

## BNP PARIBAS

| | | |
|---|---|---|
| IBAN USD : | FR76 3000 4018 9600 0100 0792 491 | |
| SWIFT : | BNPAFRPPIFN | |
| DOMICILIATION | | SNETOR CHIMIE |
| BNP PARIBAS | | 11 avenue Dubonnet |
| ILE DE FRANCE NORD ENTREPRISE | | 92407 COURBEVOIE CEDEX |
| Triangle de l'arche bat C 7ème | | |
| 9, 11 Cours du Triangle | | |
| 92800 PUTEAUX | | |

811

FNK 7782 1207



**SNETOR**
*CHIMIE*    matières plastiques et produits chimiques

11 avenue Dubonnet
92407 Courbevoie Cedex
FRANCE
Tél. +33 (0) 1 48 04 88 88
Fax +33 (0) 1 40 04 88 99
E-mail : chimie@snetor.fr

Banking Information (USD)

BNP | FR76 3000 4018 0000 0100 0792 491 | BNPAFRPPIFN
LCL | FR92 3000 2007 7400 0000 1553 C14 | CRLYFRPP
NATIXIS | FR76 3000 7999 9904 2666 7800 I70 | CCBPFRPPPAR
Société Générale | FR76 30003 03677 03020701040 04 | SOGEFRPP

Page 1/1

STARLIGHT POLYETHYLENE PRODUCTS
INDUSTRIES LTD
PO BOX 2627 JAMES TOWN
ACCRA
GHANA

PROFORMA INVOICE Nbr   35866

Courbevoie, 18 february 2010

| DESCRIPTION OF GOODS | UNIT PRICE USD/MT | QUANTITY MT | TOTAL VALUE USD |
|---|---|---|---|
| LOW DENSITY POLYETHYLENE EXTRUSION F8000 | 1 190,00 | 16,500 | 19 635,00 |
| 660 BAGS OF 25 KG LOADED INTO 1 X 20' FCL. | | | |
| ORIGIN : QATAR          SUPPLY : QATAR | | | |
| | | | |
| ESTIMATED FOB VALUE | | 17 935,00 | |
| ESTIMATED SEA FREIGHT VALUE | | 1 700,00 | |

| Final Destination | GHANA |
|---|---|
| TOTAL CFR TEMA | 19 635,00 |

| PAYMENT | CASH AGAINST DOCUMENTS BY TRANSFER |
|---|---|
| PACKING | 660 BAGS OF 25 KG LOADED INTO 1 X 20' FCL. |
| SHIPMENT | BY SEAFREIGHT |

**SNETOR/CHIMIE**
11, avenue Dubonnet
92407 COURBEVOIE CEDE
Tél. : 33 1/40 04 88 88
Fax : 33 1/40 04 88 99
E-mail : chimie@snetor.fr

S.A. AU CAPITAL DE 1 161 100 € - RCS NANTERRE B 411 096 890 - T.V.A. FR 30411096890 - SIRET 411 096 890 00019 - NAF 615 L

FNK 7782 1208

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Mar. 10 2010 03:46PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                    Transfer / Issuing Draft Application          الفرع :
Date :                                 طلب تحويل/إصدار شيك مصرفي          تاريخ :
10/03/2010
Please remit on our behalf the following :                                          يرجى من حضراتكم إصدار

☐ Bankers Draft                                                                     ☐ شيك مصرفي
☑ Outward transfer by                                                               ☐ تحويل خارجي بواسطة
      ☐ Swift  ☐ Telex  ☐ Mail                                                      ☐ سويفت  ☐ تلكس  ☐ البريد

| Applicant's Name and Address     إسم وعنوان الطالب وعنوانه | | Currency العملة | Amount المبلغ |
|---|---|---|---|
| NEW LINE EXCH. TRUST CO.SA<br>BEIRUT-RAS BEIRUT-KARAKAS,<br>TALBET LAMBHOUSE, TEL# 01/744808, REG# 1008128 | | USD | 8500 |

IBAN: LB24 0044 1170 1710 1710 0200 2032 2000

| Beneficiary's Bank     إسم مصرف المستفيد | For Bank use Only     خاص بالمصرف فقط |
|---|---|
| BNP PARIBAS<br>TRIANGLE DE L'ARCHE DAE @ TEMB 9, 11<br>COURS DU TRIANGLE 92800 PUTEAUX<br>SWIFT: BNPAFRPPIEN | DATE        : 10/03/2010<br>TRA. SEQ#    : 650<br>VALUE DATE   : 10/03/2010<br>REF. KEY     : 002517/10<br>DOC. NO.     : 10002517,<br>TRF. TYPE    : SWIFT TRANSFER<br>TRF. CUR.    : US DOLLAR<br>TRF. AMT     :          8500.00<br>PMT. CUR.    : US DOLLAR |
| Beneficiary's Account Number     رقم حساب المستفيد | RATE         : 1<br>EQUV. AMT    :          8500.00<br>COMMISSION   :          10.00 |
| FR76 3000 4018 9600 0100 0792 491 | FX COMP.     :          .00<br>CBJ FEES     :          .00 |
| Beneficiary Name and Address     إسم المستفيد وعنوانه | POSTAGES     :          15.00<br>STAMPS       :          .00 |
| SNETOR CHIMIE | TOTAL AMT.   :          8525.00<br>DR A/C       : 217/173902-8/2/522/0<br>NEW LINE EXCHANGE TRUST |
| Details     التفاصيل | REMARKS      : 2 |
| PLASTIC MACHINERY | |
| Correspondent Name     إسم المراسل | |
| Correspondent Account Number     رقم حساب المراسل<br>BONY | |

Settlement by :     طريقة التسديد          VALUE 12/03/2010          ID :
☐ Cash                                                                              ☐ قيد على الحساب رقم :
☐ Debit A/C Number

| Currency<br>العملة | Amount<br>المبلغ | Exchange rate<br>سعر الصرف | Currency<br>العملة | Counter Value<br>القيمة المقابلة | Commission<br>العمولة | Cost of Transfer<br>أعباء التحويل | Stamps<br>طوابع | Total<br>المجموع |
|---|---|---|---|---|---|---|---|---|
| X | | 217/173902- | 2/522/0 | | | | | |

| Applicant's Signature     توقيع العميل | S.V     صحة التوقيع | Authorized signatures     أصحاب التواقيع المعتمدة |
|---|---|---|
| USD  8500 | | 03          Laila Wehsi<br>Mohamad Raafoop |

AS PER ATTACHED

FNK 7782 1209



 **New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000     L.N.B.C 679

DATE: 10/03/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 120/2009

## ORDER FOR TRANSFER

BANK NAME     :   FIRST COMMERCIAL BANK CHIA YI BRANCH

BANK ADDRESS : 307 CHUG SHAN ROAD , CHIA YI , TIWAN. R.O.C.

BENEFICIARY    :    CHAO WEI PLASTIC MACHINERY CO., LTD

ACCOUNT NO.    :   501-40-000788

SWIFT          :    FCBKTWTP 601

AMOUNT      :   32887  USD ( Thirty-two thousand eight hundred and eighty-seven dollars )

REASON       :    PLASTIC MACHINERY

New Line Exchange
Trust Co. S.A.L.

BEST REGARDS
ISMAIL YOUSSEF

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline.exchange@hotmail.com

FNK 7782 1210

BANK NAME: FIRST COMMERCIAL BANK CHIA YI BRANCH
BANK ADDRESS: 307 CHUNG SHAN ROAD, CHIA YI, TAIWAN. R.O.C.
BANK FAX: 886-5-2271280
S.W.I.F.T. NO: FCBKTWTP 601
ACCOUNT NO: 501-40-000788
ACCOUNT NAME: CHAO WEI PLASTIC MACHINERY CO.,LTD

32,887 $

FNK 7782 1211

# CHAO WEI PLASTIC MACHINERY CO., LTD.

TEL: +886-5-2686688 FAX: +886-5-2687821

Messrs: SPPIL

Date: 2010/02/08

No: H990208-502D

## QUOTATION

Price terms: F.O.B. TAIWAN

Time of deliver: within 45 days after receipt of L/C.

Payment: Payment: By an irrevocable and confirmed L/C at sight in our favor.

Validity: within 60 days.

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| AUTOMATIC ELECTRONIC HIGH SPEED DOUBLE LAYER (8 LINES) CUTTING & SEALING MACHINE WITH SERVO MOTOR CONTROL | | | |
| MODEL: CWA2+8-1000-SV | 1 SET | US$ 34,700 | US$ 34,700 |
| SPECIAL DISCOUNT | | | US$ 6,700 |
| TOTAL | | | US$ 28,000 |

*STANDARD SPECIFICATIONS OF CWA2+8 MODEL:*

1. Stop motion device for the bags become superimposed
2. Stop motion device for the film empty
3. Stop motion device for the temp. Drop 4-8 degree
4. Hot needle: 4 sets for stack t-shirt bags.
5. Photo eye for feeding control: 8 sets
6. Feeding motor: 8 pcs
7. Individual feeding device for each line, and also can be attached for one wide film
8. Conveyor: 1 set
9. I.C. Board control: 1 set
10. Digital counter, total counter: 1 set
11. Japan made frequency inverter: 1 set
12. Main servo motor control: 1 set
13. Computerized servo motor transmission system.
14. This machine suit to make t-shirt bag & bottom sealing bag.
15. This machine can produce max. Bag width 38" + 38" (96 cm x 2) by up and down 2 layers and max. length 40" (100 cm) 2 lines operation.
16. This machine can produce max. Bag width 18" (45cmx 4) by 4 lines operation.
17. This machine can produce max. Bag width 12" (30 cm x 6) by 6 lines operation.
18. This machine can produce max. Bag width 9" (23 cm x 8) x 8 lines operation.
19. Converting thickness: 0.008 - 0.1 mm
20. Essential spare parts: 1 set
21. This machine with collecting conveyor without auto punching machine.

CATHY CHANG/ SALES MANAGER

FNK 7782 1212

# CHAO WEI PLASTIC MACHINERY CO., LTD.

## TEL: +886-5-2686688    FAX: +886-5-2687821

Messrs: SPPIL

Date: 2010/02/24

NO.H99224-501D

## PRO-FORMA INVOICE

Price terms: F.O.B TAIWAN

Time of delivery: within 7 days after receipt of T/T.

Payment: By T/T before delivery

Validity: within 30 days

BANK NAME: FIRST COMMERCIAL BANK CHIA YI BRANCH

BANK ADDRESS: 307 CHUNG SHAN ROAD, CHIA YI, TAIWAN, R.O.C.

BANK FAX: 886-5-2271280

S.W.I.F.T. NO: FCBKTWTP 601

ACCOUNT NO: 501-40-000788

ACCOUNT NAME: CHAO WEI PLASTIC MACHINERY CO., LTD.

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1.  O rings for rubber roller | 200 pc | USD    0.50 | USD   100 |
| 2.  Wheel rubber | 10 pc | 0.50 | 5 |
| 3.  Cylinder CML30B150ST | 2 pc | 52 | 104 |
| 4.  Blower switch | 2 pc | 1.20 | 2.40 |
| 5.  Conveyor motor 5IK60GN-CF | 1pc | 138 | 138 |
| 6.  Spring 3x330mm | 3,000 pc | 0.40 | 1,200 |
| 7.  40" Silicon roller | 1 pc | 560 | 560 |
| 8.  Adjustment bar gear | 1pc | 40 | 40 |
| 9.  Punching blade 4.5" (W) | 6 pc | 35 | 210 |
| 10. Clamper cylinder YMIC-20-25+Y+PIN | 2 pc | 47 | 94 |
| 11. Clamper belt 19Tx528(cm)(L) | 1pc | 95 | 95 |
| 12. Pressure cylinder valve regulator R1100-8-T | 1pc | 38 | 38 |
| 13. Top roller for LA65 | 1pc | 1,020 | 1,020 |
| 14. Winder motor 0.4kgm | 1pc | 1,280 | 1,280 |
| TOTAL | | | USD 4,886.40 |

TOTAL: U.S DOLLAR FOUR THOUSAND EIGHT HUNDRED EIGHTY-SIX AND CENTS FORTY.

CHAO WEI PLASTIC MACHINERY CO., LTD

FNK 7782 1213

يبيروت في ٢٠١٠/٢/٩ *(handwritten date)*

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM: ~~New Line Exchange Trust Co. S.A.L.~~     إسم المصرح:

ACCT # ___17390₂___     رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ أو ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

<u>**معلومات عن اصدار شيك او تحويل**</u>

رقم المرجع: Transfer #: 126     cu ٩/١٠

المبلغ: — Amount: 32,887     (العملة _$_)

نقدي او غير — YcAAV — CASH

التاريخ: ٢٠١٠/٢/١٠     Date 10-3-2010

مصدر الاموال: — BUSINESS

وجهة استعمال الاموال: PURCHASE PLASTIC / بلاستيك

هوية المستفيد: CHAo Wei plasTIC MACHINERY co. LTD — BENEFICIARY

صاحب الحق الإقتصادي: T.N.C — CLIENT

الإسم: *(signature in Arabic)*

التوقيع: *(signature)*

New Line Exchange
Trust Co. S.A.L.

818                                    FNK 7782 1214

FROM :LCB st CHARLES Branch        FAX NO. :01366337 127        Mar. 10 2010 03:47PM P3

# LEBANESE CANADIAN BANK        البنك اللبناني الكندي

Branch:  St.charles.
Date :   10/03/2010
Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
    ☒ Swit  ☐ Telex  ☐ Mail

| Applicant's Name and Address | | Currency | Amount |
|---|---|---|---|
| NEW LINE EXCH. TRUST CO.SA | | | |
| BEIRUT-RAS BEIRUT-KARAKAS | | USD | 32,887 |
| FR. TALBIZ LAMP HOUSE, TEL # 01744808, REGB.1005128 IBAN# LB24 0044 2176 1730 0200 2051 2000 | | | |

**For Bank use Only**

Beneficiary's Bank

FIRST COMMERCIAL BANK
CHIA YI BRANCH
107 CHUNG SHAN ROAD, CHIA YI TIWAN
SWIFT: FCBKTWTP601

Beneficiary's Account Number
501-40-000788

Beneficiary Name and Address

CHAO WEI PLASTIC MACHINERY CO. LTD

Details

PLASTIC MACHINERY

| For Bank use Only | |
|---|---|
| DATE | : 10/03/2010 |
| TRA. SEQ | : 678 |
| VALUE DATE | : 10/03/2010 |
| REG. KEY | : 002514/10 |
| DOC. NO. | : 10C02514. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 32887.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 32887.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBL FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 32912.00 |
| DR A/C | : 217/178902-B/2/522/P |
| NEW LINE EXCHANGE TRUST | |
| REMARKS | : |

Correspondent Name
FI.CH...
Correspondent Account Number

VALUE  12/03/2010

Settlement by:
☐ Cash
☐ Debit A/C Number

| Currency | Amount | Exchange Rate (01/02/25324) | Counter Value | Commission | Cable charges | Stamps | Total |
|---|---|---|---|---|---|---|---|
| USD | 32887 | | | | 15 | 10 | |

| Applicant's Signature | S.V | Authorized signature |
|---|---|---|
| AS PER ATTACHED | | Mohamad Hassan  Ghida Wanna |

819                                    FNK 7782 1215

STORM IMPORT-
MOHAMMAD DANHAN

FNK 7782 1216

A:009611744810          P.2



FNK 7782 1217



FNK 7782 1218



# REPUBLICA BOLIVARIANA DE VENEZUELA
## MINISTERIO DEL PODER POPULAR PARA
## RELACIONES INTERIORES Y JUSTICIA
## REGISTRO MERCANTIL PRIMERO
DE LA CIRCUNSCRIPCION JUDICIAL DEL DISTRITO CAPITAL Y EDO. MIRANDA

Abog. JOSE HUMBERTO DE AGUIAR RODRIGUEZ, REGISTRADOR MERCANTIL PRIMERO AUXILIAR

DE LA CIRCUNSCRIPCION JUDICIAL DEL DISTRITO CAPITAL Y ESTADO MIRANDA.



# C E R T I F I C A

Que el asiento de Registro de Comercio transcrito a continuación, cuyo original

está inscrito en el Tomo:   48-A-Pro... Número:   15 del año 2007

así como La Participación, Nota Y Documento que se copian de seguida

son traslado fiel de sus originales, los cuales son del tenor siguiente

ESTE FOLIO PERTENECE A:
STORM IMPORT, C.A

18/612



FNK 7782 1219

615681

ACTA DE ASAMBLEA EXTRAORDINARIA DE ACCIONISTAS DE LA COMPAÑÍA ANÓNIMA STORM IMPORT, C.A. Hoy treinta (30) de Marzo del 2.007, se reunieron en la Sede de la compañía los señores: Mohamed Danhan, poseedor de quinientas (500) acciones, titular de la Cédula de Identidad No 24.699.330, Ayman Dahhan, poseedor de doscientas (250) acciones, titular de la Cédula de Identidad No. 24.887.343, Osama Dahhan, poseedor de doscientas cincuenta (250) acciones, titular de la Cédula de Identidad No. E-82.225.143, que componen el Capital Social de la compañía Anónima STORM IMPORT, C.A. y estando presente la totalidad del Capital Social de la Compañía, los Accionistas fueron convocados con el fin de celebrar una Asamblea General Extraordinaria. Seguidamente el Director Mohamed Danhan, declaró instalada la Asamblea, la cual pasó a considerar las siguiente órdenes del día.

Punto Uno: Modificación de la Cláusula Tercera, quedando redactado de la siguiente forma; El objeto de la compañía es ejercer sin limitación alguna todo género de negocios ho actos lícitos ;que sean susceptibles de cumplir por cualquier persona natural o jurídica, pudiendo desarrollar la misma dentro o fuera del país, así como también se dedicará especialmente a la compra, venta, al mayor y dotal, importación, exportación, reexportación, distribución, fabricación, representación de todo tipo de mercancía seca en general, artículos de quincallería, prendas de vestir para damas, caballeros, niños e infantes, calzados, carteras y bolsos, así como también podrá explotar las ramas afines, similares o conexas, y en fin realizar todo tipo de actividades de lícito comercio, cuando convenga a los intereses de los Accionistas y de la compañía.

Punto Dos: Incluir la Cláusula Décima Séptima, quedando redactada de la siguiente forma; Esta Sociedad puede constituirse en fiadora solidaria de los Señores Mohamed Danhan, Ayman Dahhan, y Osama Dahhan, y podrá dar fianza a terceras personas por tiempo indefinido hasta tanto no sea revocado por la Asamblea General de Accionistas.

Sometido y considerado estos puntos, fue aprobado por unanimidad. Por último se autoriza suficientemente al Sr. Martín De La Hoz, venezolano, mayor de edad, de este domicilio, titular de la Cédula de Identidad No. 17.749.783, para realizar todos los trámites relativos al registro de la presente acta. Cumpliendo como lo ha sido la presente reunión, se levanta la cesión procediendo a la redacción de esta acta, la cual en señal de conformidad firman todos los presentes. (Fdo.) MOHAMED DANHAN, (Fdo.) AYMAN DAHHAN, (Fdo.) OSAMA DAHHAN,.

Y yo, Mohamed Danhan, venezolano, mayor de edad, con cédula de identidad No V-24.699.330, certifico que la copia que antecede es traslado fiel y exacto

FNK 7782 1220



de su original que corre inserta en el Libro de Actas y Asambleas de la empresa.

Caracas a la fecha de su presentación.

(Fdo.) MOHANED DAHHAN                 (Fdo.) AYMAN DAHHAN

(Fdo.) OSAMA DAHHAN

CARACAS, *Cuatro (04)* DE *Abril* DEL AÑO DOS MIL

*siete* (FDOS.) MARÍA DE LA LUZ, Abog. JOSÉ HUMBERTO DE AGUIAR

RODRÍGUEZ SE EXPIDE LA PRESENTE COPIA CERTIFICADA DE PUBLICACIÓN SEGÚN

PLANILLA Nº: 629186

18/LUZ

JOSÉ HUMBERTO DE AGUIAR RODRÍGUEZ
REGISTRADOR MERCANTIL PRIMERO AUXILIAR

FNK 7782 1221



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE: 23/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 152/2009

## ORDER FOR TRANSFER

BANK NAME    :   INDUSTRIAL AND COMMERCIAL BANK OF CHINA  , GUANGZHOU XINTANG SUB-BRANCH

Swift code     :  ICBKCNBJGDG
Address         :  NO,159 JIE FANG BEI ROAD , XINTANG GUANGZHOU CITY
BENEFICIARY   :  ZENGCHENG JIN QIU HUA GARMENT CO., LTD
ACCOUNT NO #  :  360 201 551 920 017 9944
 ADDRESS    :  A2 SHAN TANG KAN BUILDING , BAISHI VILIAGE , XINTANG , ZENGCHENG , CHINA

AMOUNT        :  300,000 $  (THREE   hundred thousand dollars )

REASON         : COST OF DRESSES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange.
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810
e-mail: newline_exchange@hotmail.com

826                                      FNK 7782 1222

بيروت، في ١٦/١/٠٠٠

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين.

*ORDER FROM:* New Line Exchange Trust Co. S.A.L.

إسم المصرح: _____

*ACCT #:* ___1739٥٥___ : رقم الحساب

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 أو ما يعادلها

‒ بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
‒ و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

*TRANSFER #: 15L*   رقم المرجع: ١٥٢/   cuq
*AMOUNT 1 300,000*   المبلغ: ٣٠٠  (العملة $)
*CASH*   ‒ نقدي او غير : نقدي
*DATE: 23-6-2010*   التاريخ: ٢٣/٦/٢٠١٠
*BUSINESS*   ‒ مصدر الاموال: البزنس
*PURCHASE CLOTHES*   وجهة استعمال الاموال: شراء البضاعة ‒ الصين
*CLIENT*   هوية المستفيد: STORM IMPORT CA   من ديلا
*BENEFICIARY*   ‒ صاحب الحق الإقتصادي: ZENGCHENG JIN QIU HUA GARMENT CO. LTD

الإسم: اسماعيل يوسف
التوقيع:

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1223

RBY FRUS OF CHARLES BRANCH        FAX NO. :61366357 127        Jun. 23 2010 11:43PM P1

# LEBANESE CANADIAN BANK
### SAL
البنك اللبناني الكندي ش.م.ل

Branch: St.charles.

Date: 23/06/2010 / _____ / _____

### Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

فرع : _____

تاريخ : _____ / _____ / _____

Please remit on our behalf the following :

بناء على حضرتكم/أحمار :

[ ] Bankers Draft
[ ] Outward transfer by

[X] Swift   [ ] Telex   [ ] Mail

[ ] بنك مصرفي

[ ] تحويل خارجي بواسطة

[ ] سويفت [ ] تلكس [ ] بريد

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR. TALEET LAMBHOUSE TEL 01/744006 REGI 1008128 LRA4/0014/0100/170-0299/1012-0000

| | USD | 299,975 |
|---|---|---|

INDUSTRIAL AND COMMERCIAL BANK OF CHINA
GUANGZHOU XINTANG SUB-BRANCH
SWIFT ICBKCNBJGDG

| | |
|---|---|
| DATE | : 23/06/2010 |
| TRA. SEQ1 | : 157 |
| VALUE DATE | : 23/06/2010 |
| REF. KEY | : 006571/10 |
| DOC. NO. | : 10006571 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 299975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 299975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 300000.00 |
| DR A/C | : 217/173902-8/2/522/0 |

360 201 351 920 017 9941

ZENGCHENG JIN QIU HUA GARMENT CO. LTD
A7 SHAN TANG KAN BUILDING, BAISHI VILLAGB, XINTANQ
HNGGHENG, CHINA

NEW LINE EXCHANGE TRUST
REMARKS        : 2

COST OF DRESSES

VALUE 25/06/2010

[ ] Cash
[ ] Debit A/C Number

| Code | Amount | Exchange Rate | Currency | Counter Value | Commission | C&J Fees | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| OBP client signature | | B.V | Authorized Signatures | 10. 300000.00 |
|---|---|---|---|---|

AU PER ATTACHED

Bassam Abou Merhi        Loufa Wonsa

FNK 7782 1224



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE: 23/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 153/2009

## ORDER FOR TRANSFER

BANK NAME       :  BANK OF CHINA , NEW YORK , NY US
Swift code         :  BKCHUS33XXX

BANK BENEFICIARY :  BANK OF CHINA , FOSHAN SHUNDE
RONGGUI , SUB-BRANCH NO.29,RONGQI DA DAO ZHONG ,
RONGGUI SHUNDE , FOSHAN . GUANGDONG , CHINA

BENEFICIARY NAME : SHUNDE METALS & MINERALS IMPORT &
EXPORT CO., LTD OF GUANGDONG
ACCOUNT NO # : 8812 3147 5208 093 001

**ADDRESS  : 200 , TI YU ROAD , RONGGUI , SHUNDE , FOSHAN ,
GUANGDONG , CHINA**
**SWIFT CODE : 8812 3147 52080 93001**

AMOUNT      : 100,000 $ (ONE   hundred thousand dollars )

REASON        : COST OF DRESSES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEU

New Line Exchange
Trust Co. S.A.L.

بيروت في ١٠/٦/٢٣

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM: New Line Exchange
Trust Co. S.A.L.

إسم المصرح: _____

ACCT #: 173902

رقم الحساب: _____

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

## معلومات عن اصدار شيك او تحويل

رقم المرجع: ٩/١٠٣ ح.م      TRANSFER #: 153

المبلغ: ١٠٠،٠٠٠ ليرة      (العملة)      AMOUNT: 100,000

نقدي او غير: نقدي      CASH

التاريخ: ٢٣ حزيران ١٠ ح.م      DATE: 23-6-2010

مصدر الاموال: البيع و الشراء      BUSINESS

وجهة استعمال الاموال: شراء البضائع الصينية      PURCHASE CLOTHES

هوية المستفيد: مستورد      STORM IMPORT CA      CLIENT

صاحب الحق الإقتصادي:      SHUNDE METALS & MINERALS IMPORT &      BENEFICIARY
EXPORT CO., LTD. OF GUANGDONG.

الإسم: _____

التوقيع: _____

New Line Exchange
Trust Co. S.A.L.

Correspondent bank name : Bank of China
Correspondent bank address : New York, NY US
Swift Code : BKCHUS33XXX

Beneficiary bank name : Bank of China
Beneficiary bank address : Foshan Shunde Ronggui, Sub-branch
                            No.29, Rongqi Da Dao Zhong, Ronggui,
Shunde, Foshan, Guangdong, China

Beneficiary name : Shunde Metals & Minerals Import & Export Co., Ltd. Of
Guangdong
Beneficiary address : 200, Ti Yu Road, Ronggui, Shunde, Foshan,
Guangdong, China

Account no. : 881231475208093001

Swift Code : BKCHCNBJ44A

100,000

FNK 7782 1227



# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: St.charles,                    Transfer / Issuing Draft Application
23/06/2010                             طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

[ ] Bankers Draft
[ ] Outward transfer by
      [ ] Swift   [ ] Telex   [ ] Mail

| | USD | 99,975 |
|---|---|---|

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
RML TALBET LAMHOUSE STH.H 01/374806 RRGN 1008128

BANK OF CHINA
FOSHAN SHUNDE RONGGUI SUB-BRANCH
NO.29 RONGQI DA DAO ZHONG RONGGUI SHUNDE
FOSHAN, GUANGDONG CHINA

8812 3147 3208 093 001

SHUNDE METALS & MINERALS IMPORT & EXPORT
CO. LTD OF GUANGDONG
300 TI YU ROAD, RONGGUI SHUNDE FOSHAN, GUANGDONG, CHINA

COST OF DRESSES

```
DATE        : 23/06/2010
TRA. SEQ.   : 458
VALUE DATE  : 23/06/2010
REF. KEY    : 006572/10
DOC. NO.    : 10006572.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :      99975.00
PMT. CUR.   : US DOLLAR
RATE        :         1
EQUV. AMT   :      99975.00
COMMISSION  :         10.00
FX COMM.    :          .00
CBJ FEES    :          .00
POSTAGES    :         15.00
STAMPS      :          .00
TOTAL AMT.  :     100000.00
DR A/C      : 017/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     : 0
```

VALUE  25/06/2010

[ ] Cash
[ ] Debit A/C Number      THRU: BANK OF CHINA, NEW YORK, NY-US SWIFT: BKCHUS33XXX

| Currency | Amount | Exchange rate | Currency | Counter Value | Commission | Cost of Swiss | Stamps | Total |
|---|---|---|---|---|---|---|---|---|
| | | 017/173902/2/522/0 | | | | | | |

| Applicant Signature | | S.V | | Authorizing Signature | | | 100000 |
|---|---|---|---|---|---|---|---|
| | | | | Mohamad Hamdoun | | | |

AS PER ATTACHED

FNK 7782 1228



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000   L.N.B.C 679

DATE: 23/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 154/2009

## ORDER FOR TRANSFER

BANK NAME    :   BANK OF CHINA , GUANGDONG BRANCH
NO.197 DONG FENG ROAD WEST GUANGZHOU , P.R. CHINA
Swift code     :   BKCHCNBJ400

BENEFICIARY NAME : GUANGDONG SILIQUE INTERNATIONAL
GROUP GARMENT CO., LTD
ACCOUNT NO #. :  1193 0608 091001

**ADDRESS  : NO.198 DONG FENG ROAD WEST GUANGZHOU ,
P.R.CHINA**

AMOUNT      : 100,000 $  (ONE   hundred thousand dollars )

REASON       : COST OF DRESSES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

833

FNK 7782 1229

بنفسية، في K٬h،A، ١٠،Q

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM* New Line Exchange
Trust Co. S.A.L   إسم المصرّح:

*ACCT # : 173902*   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10.000$ او ما يعادلها

‑ بناءً على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
‑ و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل:**

رقم المرجع: ١٠٤ /C.I   *TRANSFER # : 154*
المبلغ: ١٠٠٬٠٠٠   *AMOUNT: 100,000*
(العملة ) ش ك   نقدي او غير : شيك   *CASH*
التاريخ: C.I   *DATE: 23-6-2010*
مصدر الاموال: ١ رأس مال   *BUSINESS*
وجوه استعمال الاموال: شراء البضائع .الصين   *PURCHASE CLOTHES*
هوية المستفيد: STORM IMPORT SA - فندق ملاك   *BENEFICIARY*
صاحب الحق الإقتصادي:   *CLIENT*
GUANG DONG SILIQUE INTERNATIONAL
GROUP GARMENT CO, LTD
الإسم: باسمايل يوسف
التوقيع: بالوكالة

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1230

BANK:   BANK OF CHINA GUANGDONG BRANCH
NO.197 DONG FENG ROAD WEST GUANGZHOU, P.R.CHINA


NAME:   GUANGDONG SILIQUE INTERNATIONAL GROUP GARMENT CO.,LTD
NO.198 DONG FENG ROAD WEST GUANGZHOU, P.R.CHINA


ACCOUNT:  11930608091001


SWIFT:  BKCHCNBJ400

100,000

FNK 7782 1231

FROM :LCB st CHARLES Branch          FAX NO. :01366337 J27          Jun. 23 2010 12:11PM  P1

# LEBANESE CANADIAN BANK SAL          البنك اللبناني الكندي ش.م.ل

Branch: St.charles.                Transfer / Issuing Draft Application     فرع : ......
                                   طلب تحويل/إصدار شيك مصرفي               تاريخ : ...../...../.....
Date: 23/06/2010

Please remit on our behalf the following :
☑ Bankers Draft
☐ Outward transfer by
  X ☐ SWIFT ☐ Telex ☐ Mail

|  |  |
|---|---|
|  | USD  99,975 |

NEW LINE EXCH.TRUST CO.SA
BEIRUT-LEBANON BEIRUT-KAUAKAS,
TAVEFA LAMPHOUSE, TEL 961/1/41609, REGB 1008128

BANK OF CHINA
GUANGDONG BRANCH
NO.197 DONG FENG ROAD WEST GUANGZHOU, P.R.CHINA
SWIFT: BKCHCNBJ400

1193 0608 091001

GUANGDONG SILIQUE INTERNATIONAL GROUP GARMENT CO. LTD)
NO.198 DONG FENG ROAD WEST GUANGZHOU, P.R.CHINA

COST OF DRESSES

VALUE 25/06/2010

```
DATE         : 23/06/2010
TRA. SEQ1    : 465
VALUE DATE   : 23/06/2010
REF. KEY     : 006574/10
REF. NO.     : 10006574.
TRF. TYPE    : SWIFT TRANSFER
TRF. CUR.    : US DOLLAR
TRF. AMT     :         99975.00
PMT. CUR.    : US DOLLAR
RATE         :          .1
EQUV. AMT    :         99975.00
COMMISSION : 10.00
FX COMM.     :            .00
PTS FEES     :
POSTAGES     :          15.00
STAMPS       :            .00
TOTAL AMT.   :        100000.00
OR A/C       : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS      : 2
```

☐ Cash                                          رقم الحساب المراد :
☐ Debit A/C Number

| Currency | Amount | Counter Value | Commission | Postages | Stamp | Total Amt |
|---|---|---|---|---|---|---|
| USD | 99975 | | 50 | | 10 | 100000 |

Applicants Signature :                     Authorized signature :

AS PER ATTACHED                            Letta Wanca

                                          Mohamad Hamdoun

                                          Mohamad Hamdoun



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000      L.N.B.C B79

DATE: 29/06/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH.

BEIRUT – LEBANON

REF. NO.: 158/2009

## ORDER FOR TRANSFER

BANK NAME      :   HSBC HONG KONG
Swift code        :   HSBCHKHHHKH
ADDRESS        :   1 QUEEN'S ROAD CENTRAL , HONG
KONG

BENEFICIARY NAME : AMIGO COMPANY
ACCOUNT NO # : 509-769188-838

AMOUNT        :  50,000$  (FIFTY thousand dollars )

REASON .        :  COST OF DRESSES
CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809, Fax: +961 1 744810

FNK 7782 1233

02-JUN-2004 01:25 De:                                    A:009611744010          P.3

## ADDRESS OF HSBC HONGKONG FOR REMIT LINE:

Account Name: **AMIGO COMPANY**

Account No.: **509-769188-838**

Beneficiary Bank Name: **HSBC Hong Kong**

Beneficiary Bank Address: **1 Queen's Road Central, HongKong**

SWIFT: **HSBCHKHHHKH**

$50000

838

FNK 7782 1234

## AMIGO COMPANY

HEPING RL JINJIANG CITY FJ. CHINA

TEL:+86-595-85679780    FAX:+86-595-85604100

## INVOICE

| MOHAMED DANHAN | TO:SKY WAY INTERNACIONAL FOR TRADE CO., LTD |
| ADDRESS: AV FCO DE MIRANDA BUENA VISTA | INVOICE NO.:SKW-0085102 |
| PETARE EDIF INDIANI LOCAL B ZONA POSTAL | DATE: 14/06/2010 |
| 1070 CARACAS | PAGE:3OF 1 |

| STYLE | BOX | PRICE(US$) | | TOTAL AMOUNT (US$) | |
|-------|-----|------------|--|--------------------|--|
| SHOES | 120 | US$ 50 | | US$ 6.000 | |
| SHOES | 120 | US$ 50 | | US$ 6.000 | |
| SHOES | 120 | US$ 50 | | US$ 6.000 | |
| SHOES | 60 | US$ 48 | | US$ 2.880 | |
| SHOES | 60 | US$ 48 | | US$ 2.880 | |
| SHOES | 60 | US$ 48 | | US$ 2.880 | |
| SHOES | 60 | US$ 48 | | US$ 2.880 | |
| SHOES | 120 | US$ 60 | | US$ 7.200 | |
| SHOES | 120 | US$ 60 | | US$ 7.200 | |
| SHOES | 120 | US$ 60 | | US$ 7.200 | |
| SHOES | 120 | US$ 60 | | US$ 7.200 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| SHOES | 120 | US$ 80 | | US$ 9.600 | |
| SHOES | 120 | US$ 80 | | US$ 9.600 | |
| SHOES | 120 | US$ 80 | | US$ 9.600 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| SHOES | 96 | US$ 58 | | US$ 5.568 | |
| | | | | | |
| | | | | | |
| TOTAL BOX | 2112 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTAL US$ | | US$ 126.096 | |
| | | | | | |

AMIGO COMPANY HONG KONG

FNK 7782 1235

_(handwritten Arabic at top)_

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

_ORDER FROM:_   New Line Exchange
Trust Co. S.A.L.   إسم المصرح:

_Acct #_   __173902__   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10.000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)

– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

_TRANSFER # : 158_   رقم المرجع: ١٥٨/٩ شيك

( _$_   العملة)   المبلغ: _AMOUNT: 50,000_

– نقدي او غير   _CASH_

– التاريخ: _DATE: 29-6-2010_

– مصدر الأموال: _BUSINESS_

جهة استعمال الأموال: _PURCHASE SHOES_ شراء احذية

– هوية المستفيد: _BENEFICIARY._   _AMIGO COMPANY_

– صاحب الحق الإقتصادي: _CLIENT_   _STORM IMPORT_

الإسم: اسماعيل يوسف

التوقيع: _(signature)_ بالوكالة

New Line Exchange
Trust Co. S.A.L.

840   FNK 7782 1236

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127          Jun. 29 2010 01:56PM  P2

# LEBANESE CANADIAN BANK SAL البنك اللبناني الكندي ش.م.ل

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Branch: St charles.

29/06/2010

Please remit on our behalf the following :

Bankers Draft

Outward transfer by
[ ] Swift [ ] Telex [ ] Mail

NEW LINE EXCH. TRUST CO SA
BEIRUT RAS BEIRUT-KARAKAS,
STR : IALBET LAMBHOUSE, TEL#01/744505, REG#100812

USD   49,975

LB24 0044 2170 1739 0200 2052 2000

30 HONG KONG
QUEENS ROAD CENTRAL HONG KONG
SWIF : HSBCHKHHHKH

| | |
|---|---|
| DATE | : 29/06/2010 |
| TRA. SEQ. | : 751 |
| VALUE DATE | : 29/06/2010 |
| REF. KEY | : 006807/10 |
| DOC. NO. | : 10006402. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 49975.00 |
| PMT. CUR | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 49975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 50000.00 |
| OR A/C | : 217/1/5902-3/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : 2 |

509 69188-838

AMIGO COMPANY

JT OF DRESS

VALUE  01/07/2010

[ ] Cash
[ ] Debit A/C Number

Applicant's Signature
USD  49975

Mohamad Hamdoun

AS PER ATTACHED



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.&.C 679

DATE : 01/07/2010

MM. Lebanese Canadian Bank S.A.L.

ST - CHARLES BRANCH,

BEIRUT – LEBANON

REF.NO.:163/2009

## ORDER FOR TRANSFER

BANK NAME  :   BANK OF CHINA-HUIZHOU BRANCH
ADDRESS        :   NO.22, MAIDI ROAD HUIZHOU GUANGDONG CHINA
SWIFTE NO.    :   BKCHCNBJ47A

BENEFICIARY  :  HUIZHOU TEXTILES IMP. & EXP.CO., LTD . OF GUANGDONG

ADDRESS        :  3/F. FRONT BLOCK , NO.13 HENGJIANG ROAD ( 3 RD ) ,
HUIZHOU GUANGDONG , CHINA

ACCOUNT  NO :    8012-1050-8108-0910-01

AMOUNT :  200,000    ( Two  hundreds  thousand dollars )

P. TEXTILES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

باسم الله الرحمن    ISMAIL  YOUSSEF

New Line Exchange
Trust Co. S.A.L.

Ras Beirut, Caracas Street Up 100m to lamb house Tel: +961 1 744808/809. Fax: +961 1 744810

FNK 7782 1238

Bene. Name :        HUIZHOU TEXTILES IMP.& EXP.CO.,LTD.OF GUANGDONG

Bene. Add. :        3/F, FRONT BLOCK,NO.13 HENGJIANG ROAD(3RD), Huizhou
Guangdong, China

Tel:                86-752-2106297

Fax:                86-752-2106372


Account no :        8012-1050-8108-0910-01


Bene. Bank :        BANK OF CHINA HUIZHOU BRANCH

Bene. Bank Add.:  NO.22,MAIDI ROAD HUIZHOU GUANGDONG CHINA

Swift:              BKCHCNBJ47A

FNK 7782 1239

FROM :LCB St CHARLES Branch          FAX NO. :01366337 127        Jul. 01 2010 02:18PM  P1

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles,                    Transfer / Issuing Draft Application      فرع :
01/07/2010                             طلب تحويل/إصدار شيك مصرفي               تاريخ :

Please remit on our behalf the following :                                       يرجى عن حضرتكم إصدار
☐ Bankers Draft                                                                 ☐ شيك مصرفي
☐ Outward transfer by                                                           ☐ تحويل خارجي بواسطة
     ☐ Swift  ☐ Telex  ☐ Mail                                                  ☐ السريع  ☐ التلكس  ☐ البريد

| Applicant's Name and Address | | Amount | |
|---|---|---|---|
| NEW LINE EXCH.TRUST CO.SA<br>BEIRUT-RAS-BEIRUT-KARAKAS,<br>STR. TALEET LAHHOUD, TEL : 01-744828, REG. 1008128 | | USD | 199,975 |

LB24 0044 2170 1739 0200 2052 2000

**Beneficiary's Bank**

BANK OF CHINA
HUIZHOU BRANCH
NO.22 MAIDI ROAD HUIZHOU GUANGDONG CHINA
SWIFT: BKCHCNBJ47A

| | |
|---|---|
| DATE | : 01/07/2010 |
| TRA. SEQ1 | : 1358 |
| VALUE DATE | : 01/07/2010 |
| REF. KEY | : 006930/10 |
| DOC. NO. | : 1006930. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 199975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : |
| EQUV. AMT | : 199975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CHARGES | : .00 |
| SWIFT FEES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 200000.00 |
| OR A/C | : 217/173502-8/2/522/0 |

**Beneficiary's Name & Account Number**

8012-1050-8108-0910-01

NEW LINE EXCHANGE TRUST
REMARKS :

**Beneficiary's Name & Address**

HUIZHOU TEXTILES IMP. & EXP.CO., LTD OF GUANGDONG
VE.FRONT.BLOCK NO.13 HENGJIANG ROAD (3RD) HUIZHOU GUANGDONG CHINA

**Payment Details**

COST OF TEXTILES

**Correspondent Name**

VALUE 06/07/2010

Settlement by :                                                                  طريقة التسديد
☐ Cash
☐ Debit A/C Number

| Currency<br>العملة | Amount<br>المبلغ | سعر القطع | سعر الشراء | Counter Value<br>القيمة المعادلة | Commission<br>العمولة | رقم الحساب | Stamps<br>الطوابع | Total<br>المجموع |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Applicant's Signature  توقيع السبيل | S.V.  فحص التزقيع | Authorized Signatures  التواقيع الوجبة | | 200000 |
|---|---|---|---|---|
| AS PER ATTACHED | | | Latifa Wehbe | |

Mohamad Haidoun

FNK 7782 1240

*بيروت، في* ٢٠١٠/٧/١

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح: *ORDER from*
New Line Exchange
Trust Co. S.A.L

رقم الحساب: *Acct #* ١٧٣٩٠٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10,000 أو ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ٢٠١٠ / ١٦٢    *Transfer # : 163*
المبلغ: ---,٢٠٠    (العملة $ )    *Amount: 200,000*
نقدي او غير: *CASH*
التاريخ: ١ / ٧ / ٢٠١٠    *DATE: 1-7-2010*
مصدر الاموال: *BUSINESS*
وجهة استعمال الاموال:    *PURCHASE CLOTHES*
هوية المستفيد: *BENEFICIARY* – *Hui Zhou Textiles imp. × exp.co, LTD*
*of GUANGDONG   STORMIMPORT*
صاحب الحق الإقتصادي: *CLIENT*
الإسم: اسماعيل ..
التوقيع: New Line Exchange
Trust Co. S.A.L.

845                                         FNK 7782 1241



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.R.C. 679

DATE: 12/07/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 172/2009

## ORDER FOR TRANSFER

BANK NAME   :   THE HONG KONG AND SHANGAI BANKING
CORPORATION LIMITED
SWIFT          :   HSBCHKHHHKH
BRANCH        :  491 OCEANCENTRE KOWLOW HONG KONG

BENEFICIARY   :   SUNNY GLOBAL INTERNACIONAL LIMITED
ACCOUNT NO.    :    491-725263838
ADDRESS        :  FKT 2201 22/F PARK-IN COMMERCIAL CTR 56
DUNDAS ST MONGKOK KLN HONG KONG

AMOUNT        :   100,000 USD ( ONE HUNDRED THousand DOLLARS )
REASON        :   GARMENTS.

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1242

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER from :*   New Line Exchange
Trust Co. S.A.L.   إسم المصرح:

*Acct # :*   173902   رقم الحساب:

الموضوع؛ إشعار عن عملية سحب شك
تتجاوز قيمته 10.000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

*TRANSFER #: 172*   رقم المرجع:
(العملة   *$* )   *AMOUNT : 100,000*   المبلغ:
*CASH*   – نقدي او غير :
*12-2-2010*   – التاريخ:
*BUSINESS*   – مصدر الاموال:
*PURCHASE CLOTHES*   – وجهة استعمال الاموال:
*SUNNY GLOBAL INTERNATIONAL LIMITED*   *BENEFICIARY*   هوية المستفيد:
*STORM IMPORT*   *CLIENT*   – صاحب الحق الإقتصادي:

الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

   FNK 7782 1243

09-JUN-2004 22:18 De:                                    A:009511744810        P.1

## Instrucción de Pago a Tercero

Lugar y Fecha:  Caracas, 20/04/2010

Yo, Danhan Mohamed , portador (a) de la Cédula de Identidad Nº    V-24699330          actuando
en mi propio nombre o Representación Legal de                        , Instruyo expresamente BOD VALORES
CASA DE BOLSA, a emitir un pago o transferencia de fondos según el siguiente detalle (1) (2):

Cantidad (US$):    100.000

A favor de (Nombre del Beneficiario Final):     SUNNY GLOBAL INTERNACIONAL LIMITED

Dirección Fiscal Completa y Teléfonos del Beneficiario:

FLT 2201 22/F PARK-IN COMMERCIAL CTR 56 DUNDAS ST MONGKOK KLN HONG KONG

Propósito del Pago:      ABONO A FACTURA

Representante Legal del Beneficiario en caso de ser Persona Jurídica)

### DATOS BANCARIOS:

Banco Intermediario (En caso de existir)

ABA/SWIFT Bco. Intermediario (En caso de existir)

Dirección Intermediario:

Nombre Banco del Beneficiario  THE HONG KONG AND SHANGAI BANKING CORPORATION
LIMITED.

ABA/SWIFT/ Cuenta del Bco. Beneficiario;    HSBCHKHHHKH

Dirección del Banco Beneficiario:       BRANCH 491 OCEAN CENTRE KOWLOW HONG
KONG

Nº Cta. Del Beneficiario Final:    491-725263838

Así mismo, declaro bajo fe de juramento que el dinero de esta transacción tiene un destino absolutamente lícito que puede ser corroborado
por BOD VALORES CASA DE BOLSA, por tanto no tiene relación alguna, directa o indirectamente, con dinero, capitales, bienes,
haberes, valores o títulos que se consideren producto de las actividades o acciones ilícitas.

(Firma autógrafa del cliente)

(1)   Entiendo que, la omisión de cualquier información o requisito aquí exigido podrá causar la negativa por parte de BOD VALORES
      CASA DE BOLSA, a prestar los servicios solicitados.
(2)   Entiendo que, El U.S Patriot Act y las regulaciones federales de los Estados Unidos de Norteamérica, así como el "Travel Rule"
      (31 CFR 103.33) de 1996, y el "Joint Rule" (31 CFR 103.33 (e) y (f) estipulan que se deberá proporcionar toda la información sobre
      los beneficiarios finales de las transacciones. Omitir o evadir dicha información puede acarrear severas sanciones civiles y
      criminales, sujetas a extraterritorialidad por las leyes norteamericanas

_____                          _____
Autorizado Área de Distribución (AD)          Verificado por Seguridad de Datos  (SD)

_____                          _____
Fecha de AD                                   Fecha de SD

848

FNK 7782 1244



**SUNNY GLOBAL INTERNATIONAL LIMITED**

KM 2801A, Park-in Commercial Centre, 56 Dundas St., MONGKOK, KOWLOON, HONG KONG

TEL: 852-90865011

FAX: 852-25473035

Cliente:   MOHAMED DANHAN

Fecha: 26/6/2010

forma de envio AL VAPOR

Factura No. PI 1118

DIRECCION:   AV. CUJI AMARO LOCAL 43-2 PLANTA BAJA CARACAS VENEZUELA

Embarque:   XIAMAN   CHINA

Contrato No.: SSI2032010

Destinacion:   PUERTO LA GUAIRA VENEZUELA

| No. producto | Cajas. | Descripcion | Cantidad | Unidad | Precio Unitario USD | Valor USD |
|---|---|---|---|---|---|---|
| | CTN | HOLSTARK CATALINA BRAND HOLSTARK TOFFEE BRAND HOLSTARK PENELOPE BRAND | | | | |
| 309 106 | 100 | LADIES POLYESTER FLEECE JACKET WITH BELT 100% NYLON | 200 | DOZ | 145,00 | 29.000,00 |
| 209-132 | 250 | LADIES 300T NYLON CHECK PRINTED PADDED JACKET WITH RIB 100% NYLON | 500 | DOZ | 102,00 | 51.000,00 |
| 109-091 | 150 | LADIES 210T NYLON VEST WITH PP FILLING 100% | 300 | DOZ | 67,00 | 20.100,00 |
| | 500 CTNS | | | | | US$100.100,00 |

FNK 7782 1245

FROM :LCB st CHARLES Branch          FAX NO. :01366337 127       Jul. 12 2010 01:43PM  P1

# LEBANESE CANADIAN BANK SAL       البنك اللبناني الكندي ش.م.ل

rano: St.charles.                    Transfer/Issuing Draft Application       فرع :
                                     طلب تحويل/إصدار شيك مصرفي              تاريخ :

10/07/2010                                                        يرجى من حضراتكم إصدار
Pleaso remit on our behalf the following :                        □ شيك مصرفي
□ Bankers Draft                                                   □ تحويل خارجي بواسطة
□ Outward transfer by                                             □ البريد □ التلكس □ سويفت
   X □ Swift □ Telex □ Mail

| | USD  99975 |
|---|---|

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR:TALEET LAMBHOUSE, TEL# 01/744808; RIB# 1008128 B24 0044 2170 739 0200 203 2000

THE HONGKONG AND SHANGHAI BANKING
CORPORATION LIMITED, 491 OCEAN CENTRE
KOWLOW HONG KONG SWIFT : HSBCHKHHHKH /

191-725263838 /

SUNNY GLOBAL INTERNACIONAL LIMITED

GARMENTS

CHASH

DATE       : 12/07/2010
TRA. SEQ1  : 748
VALUE DATE : 12/07/2010
REF. KEY   : 00'315/10
DOC. NO.   : 10007315.
TRF. TYPE  : SWIFT TRANSFER
TRF. CUR.  : US DOLLAR
TRF. AMT   :        99975.00
PMT. CUR.  : US DOLLAR
RATE       :             1
EQUV. AMT  :       99975.00
COMMISSION :          10.00
FX COMM.   :            .00
CBJ FEES   :          15.00
POSTAGES   :            .00
STAMPS     :            .00
TOTAL AMT. :      100000.00
DR A/C     : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS    :

VALUE 14/07/2010

□ Cash
□ Debit A/C Number 217/173902/2/522/0
                                          15   10   100000

USD  99975

Applicant's Signature
AS PER ATTACHED



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    F.N.&C 879

DATE: 13/07/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 173/2009

## ORDER FOR TRANSFER

BANK NAME    :   BLOOM BANK SYRIA – SWAYDA BRANCH
BANK TEL      : 00961316227380

BENEFICIARY  :  JIHAD ABOU ASSALI
ACCOUNT NO.   :  1200516BSO

AMOUNT       :  70,000 USD ( SEVENTY   THousand DOLLARS )

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS ,

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1247

انتقال السيد ... سامة المشتري

**LEBANESE CANADIAN** BANK SAL 　البنك اللبناني الكندي

Branch: St.charles.

Date: 13/07/2010

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

تاريخ : ...../...../.....

فرع : .....................

Please remit on our behalf the following :

بيرجى من حضرتكم إصدار :

☐ Bankers Draft

☒ Outward transfer by

☐ شيك مصرفي

☐ تحويل خارجي بواسطة

☐ Swift ☐ Telex ☐ Mail

☐ سويفت ☐ تلكس ☐ بريد

| | USD | 69,985 |

NEW LINE EXCH.TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
TR. TALBET LAMBHOUSE TEL# 01/744808, REG# 1008128 IBAN# LB34 0044 2170 1739 0200 2052 3000

BLOM BANK SYRIA
WAYDA BRANCH
BL# 00961316227380

1200516BSO

JIHAD ABOU ASSALI

BY ORDER:
MOHAMAD ALDANHAN

```
DATE        : 13/07/2010
TRA. SEQ1   : 612
VALUE DATE  : 13/07/2010
REF. KEY    : 007371/10
DOC. NO.    : 10007371.
TRF. TYPE.  : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :           69985.00
PMT. CUR.   : US DOLLAR
RATE        :                   1
EQUV. AMT   :        69985.00
COMMISSION  :             5.00
FX COMM.    :              .00
CBJ FEES    :              .00
POSTAGES    :            10.00
STAMPS      :              .00
TOTAL AMT.  :        70000.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     : 2
```

**COPY**

VALUE 15/07/2010

☐ Cash ☐ نقدا

☐ Debit A/C Number ☐ القيد على الحساب رقم

217/173902/8/2/22/0

USD 69985

05     10

LCB-BR-F10-E001

AS PER ATTACHED

852

FNK 7782 1248

# LEBANESE CANADIAN BANK SAL    البنك اللبناني الكندي ش.م.ل

Branch: St.charles,    فرع :

Date: 8/07/2010    تاريخ :   /   /

Please remit on our behalf the following :    يرجى من حضرتكم إصدار

☐ Bankers Draft    ☐ شيك مصرفي

☐ Outward transfer by    ☐ تحويل خارجي بواسطة

☐ Swift   ☐ Telex   ☐ Mail    ☐ سويفت  ☐ تلكس  ☐ بريد

**Transfer / Issuing Draft Application**
طلب تحويل / إصدار شيك مصرفي

| Applicant's Name and Address | Currency | Amount |
|---|---|---|
| NEW LINE EXCH. TRUST CO.SA | USD | 69,985 |
| BEIRUT-RAS BEIRUT-KARAKAS | | |
| TK, TALEET LAMBHOUSE TEL# 01744808, REG# 1003129 IBAN# LB240044 2170 1730 0200 2052 2000 | | |

| Beneficiary's Bank | For Bank Use Only |
|---|---|
| BLOM BANK SYRIA | DATE : 13/07/2010 |
| S NAYDA BRANCH | TRA. SEQ. : 412 |
| T H# 00961316227340 | VALUE DATE : 13/07/2010 |
| | REF. KEY : 007371/10 |
| Beneficiary's Account Number | DOC. NO. : 0007371. |
| T200316BSO | TRF. TYPE : SWIFT TRANSFER |
| | TRF. CUR. : US DOLLAR |
| | TRF. AMT : 69985.00 |
| Beneficiary's Name and Address | PMT. CUR. : US DOLLAR |
| JIHAD ABOU ASSALI | RATE : 1 |
| | EQUV. AMT : 69985.00 |
| | COMMISSION : 5.00 |
| | FX COMM. : .00 |
| | CBJ FEES : .00 |
| Details | POSTAGES : 10.00 |
| | STAMPS : .00 |
| | TOTAL AMT. : 70000.00 |
| | DR A/C : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| | REMARKS : |

**COPY**

| Correspondent Name | |
|---|---|
| Correspondent Account Number | VALUE 15/07/2010 |

Settlement by:    طريقة التسديد

☐ Cash    ☐ نقدا

☐ Debit A/C Number    ☐ القيد على الحساب رقم : 217/173902/7/522/0

| Currency العملة | Amount المبلغ | Exchange rate سعر القطع | Currency العملة | Counter Value القيمة المعادلة | Commission العمولة | Cost of Transfer أعباء التحويل | Stamps طوابع | Total المجموع |
|---|---|---|---|---|---|---|---|---|
| USD | 69985 | | | | 05 | 10 | | |

| Applicant's Signature   توقيع العميل | S.V   صحة التوقيع | Authorized signatures   التواقيع المعتمدة |
|---|---|---|
| AS PER ATTACHED | | |

FNK 7782 1249

بيروت في C١٠/٨/١٨

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDER FROM:   إسم المصرح: New Line Exchange Trust Co. S.A.L.

ACCT #:   173902   رقم الحساب:

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته 10.000$ او ما يعادلها

‐ بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
‐ و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: ١٧٢ / ٩ س   TENUFCATT: 173
المبلغ: ---   (العملة ك )   AMOUNT: 70,000
‐ نقدي او غير : نقدي   CASH
التاريخ: ١٢ / ٧ / C١٠   DATE: 12-7-2010
مصدر الاموال: البيا.ي في فنزريلا   BUSINESS
وجهة استعمال الاموال: سنحي ‐   PERSONAL
هوية المستفيد: جم د أ ب عـلـي ‐ سوريا   BENEFICIEY: YIHAD ABO ASAL
صاحب الحق الإقتصادي: STORM IMPORT   & CLIENT.

الإسم: ا سما يل يو سف
التوقيع:   بالعكالة

New Line Exchange
Trust Co. S.A.L.

854   FNK 7782 1250



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.N.B.C 679

DATE: 29/07/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 175/2009

## ORDER FOR TRANSFER

BANK NAME    :  AGRICULTURAL BANK OF CHINA, FUJIAN BRANCH
SWIFT CODE    :  ABOCCNBJ130

BENEFICIARY  :  JIAHUA DRESS CO.LTD. JINJIAN
ACCOUNT NO.  :  1353 0114 0400 03277
ADRESS       :  HOSPITAL BEHIND. SHENHU.JINJIANG CITY FUJIAN

AMOUNT       : 216.000   USD ( TWO HUNDRED SIXTEEN   THOUSAND
DOLLARS  )

REASON       : CLOTHES

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1251

بيروت في ....... *(handwritten)* C.I. 14 kg

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

*ORDER FROM:* إسم المصرح: New Line Exchange
Trust Co. S.A.L.

*ACCT #* رقم الحساب: 173901

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

– بناء على التعميم للوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم للوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: *TRANSFER# : 175*   C.9 / 175

المبلغ: *AMOUNT : 216,000*   (العملة $)   216,000

نقدي او غير: *CASH*   S شيك

التاريخ: *DATE: 29-7-2010*   C.9 / 7 / 29

مصدر الاموال: *BUSINESS*

وجهة استعمال الاموال: *PURCHASE CLOTHES*   شراء البسة – الصين

هوية المستفيد: *JIAHUA DRESS CO. LTD JIAN – BENEFICIARY /*

صاحب الحق الاقتصادي: *STORM IMPORT – CLIENT*

الإسم: *(signature)*

التوقيع: *(signature)*

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1252

Beneficiary Bank Name: Agricultural Bank of China, Fujian Branch
Swift Code : ABOCCNBJ130

Beneficiary Name : Jiahua Dress Co., Ltd. Jinjian
Beneficiary Address : Hospital Behind, Shenhz, Jinjiang City Fujian

Beneficiary A/C no.: 1353-0114-0400-0327-7

Please advise and send us the TT copy, if arranged

Thank you

Regards
Vicky

HANG SENG BANK LIMITED
Name: ASUN EXPORTS
Account number: 228 19654 9883
SWIFT CODE: HASE HK HH
BANK CODE: 024
ADDRESS, 83 DES VOEUX ROAD Central, Hong kong

FNK 7782 1253

FROM : ALJAWHARA                    FAX NO. :07450110              Jul. 29 2010 11:01AM  P3

FROM :                              FAX NO. :                      29 Jul. 2010 9:45

Date : 14/04/2010

# INVOICE No : MI-10M079

Consignee  USIROY, C.A.                          Shipping Marks    AA
Address    R.I.F.-J-29480103-4                                     AIR P. NO.
           AV ESTE-OESTE CASA PARCELA NRO. L-12                    CNO.
           ZONA INDUSTRIAL CASTILLITO
           ZONA POSTAL 2006 PUERTO CABELLO
           TEL : 0058144214039

Term : FREE OF PAYMENT

Vessel : BY AIRFRIGHT    selling to/about 13/04/2010 from XIAMEN, CHINA    to CURAÇAO

| Shipping Marks And Number | Art Number Quantity | Description | Unit Price & Amount |
|---|---|---|---|
| | | | FE CURAÇAO |
| | P-8234 | SONOTE NO. : 69435 | 53/DVT |
| | 2,400 DOZ | | |
| | | MENS 100% POLYESTER 150GMS FOOTBALL SHORT SLEEVES T-SHIRTS, EMB ON FRONT CHEST, PATCH ON RIGHT SLEEVE. | |
| | | MODEL AS # 8X022 | |
| | | COLOR: YELLOW | |
| | P-8236 | MENS 100% POLYESTER 150GMS FOOTBALL SHORT SLEEVES T-SHIRTS, EMB ON FRONT CHEST, PATCH ON RIGHT SLEEVES. | |
| | 1,300 DOZ | | |
| | | MODEL AS # 81495 | |
| | | COLLER: ROYAL | |
| | P-8231 | MENS 100% POLYESTER 150GMS FOOTBALL SHORT SLEEVES T-SHIRTS, EMB ON FRONT CHEST, PATCH ON RIGHT SLEEVES. | |
| | 650 DOZ | | |
| | | MODEL AS # 80023 | |
| | | COLOR: LT BLUE | |
| | P-8240 | MENS 100% POLYESTER 150GMS FOOTBALL SHORT SLEEVES T-SHIRTS, EMB ON FRONT CHEST, PATCH ON RIGHT SLEEVES. | |
| | 651 DOZ | | |
| | | COLOR: NAVY | |
| | P-8241 | SONOTE NO  00436 | |
| | 120 DOZ | | |
| | | MENS 100% POLYESTER 150GMS FOOTBALL SHORT | |

Continued ........

FNK 7782 1254

FROM :ALJALHARA          FAX NO. :07450110          Jul. 29 2010 11:00AM P2

Date : 14/04/2010

## INVOICE No : MI-10M079

| Shipping Marks Kts Number | Art Number Quantity | Description | |
|---|---|---|---|
| | | BLUNYES T-SHIRTS, EMB ON FRONT CHEST, PATCH ON FRONT SLEEVES | Unit Price & Value CP SUB TOTAL |
| | | MODEL AS # (002) | |
| | | COLOR : YELLOW | |
| N320 720 DOZ | | MEN'S 100% POLYESTER ROUND FOOTBALL SHIRT SLEEVES T-SHIRTS, EMB ON FRONT CHEST, PATCH ON FRONT SLEEVES | 3136/404 |
| | | MODEL AS # (1192 | |
| | | COLOR : ROYAL | |
| N344 321 DOZ | | MEN'S 100% POLYESTER 1400MS FOOTBALL SHIRT SLEEVES T-SHIRTS, EMB ON FRONT CHEST/PATCH ON RIGHT SLEEVES | 1134/404 |
| | | MODEL AS # (002) | |
| | | COLOR : LT. BLUE | |

No. US Dollars Two Hundred Seven Thousand Hup Six Only)

ADD EXTRA CHARGES -

FOB AS # C011 1244
THE GOODS ARE IN CHINA ORIGIN

A.NOTE NO. 10451
413 CTNS (WM DOT) NE20 T-SHIRTS

S.NOTE NO. - 06104
124 CTNS (1418 DOT) MEN T-SHIRTS

1X40SQ CONTAINER NO. FSCU1567970
SEAL NO. EMCXX1749

FNK 7782 1255

# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles,                    فرع :
Date: 29/07/2010 / /                    تاريخ :

Transfer / Issuing Draft Application
طلب تحويل/إصدار شيك مصرفي

Please remit on our behalf the following :

☐ Bankers Draft
☐ Outward transfer by
   ☐ Swift  ☐ Telex  ☐ Mail

|  | USD | 215,975.00 |
|---|---|---|

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS
STR. TALEBTI LAMMOUSH TEL/01612680 REG# 1008128 LIPA 6814 217 1720 0200 0052 0000

AGRICULTURAL BANK OF CHINA
FUJIAN BRANCH
SWIFT:ABOCCNBJ130

1353 0114 0400 03277

JIAHUA DRESS CO.LTD JINJIAN
HOSPITAL BEHIND SHENHU-JINJIANG CITY FUJIAN

PURCHASE OF CLOTHES

| | |
|---|---|
| DATE | : 29/07/2010 |
| TRA. SEQ1 | : 845 |
| VALUE DATE | : 29/07/2010 |
| REF. KEY | : 008025/10 |
| DOC. NO. | : 10008025. |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 215975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 215975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGES | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 216000.00 |
| DR A/C | : 217/173902-8/2/522/0 |
| | NEW LINE EXCHANGE TRUST |
| REMARKS | : |

VALUE 02/08/2010

☐ Cash
☐ Debit A/C Number    217/173902/2/522/0

| USD  215975 | | | | 15 | 00 |
|---|---|---|---|---|---|

| AS PER ATTACHED | | | | |
|---|---|---|---|---|

Jul. 30 2010 10:13AM  P2        FAX NO. :013566337 157        FROM :LCB st CHARLES Branch.

860                                                    FNK 7782 1256



**New Line Exchange Trust Company S.A.L.**
Capital 250.000.000   R.C.B.C. 6/9

DATE: 29/07/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 176/2009

## ORDER FOR TRANSFER

BANK NAME    :  HANG SENG BANK LIMITED
SWIFT CODE    :  HASE HKHH
BANK CODE    :  024

BENEFICIARY  :  ASUN EXPORTS
ADDRESS        :  83 DES UOEUX ROAD CENTRAL , HONG KONG
ACCOUNT NO.  :  228196549883
AMOUNT          :  183,900 USD ( ONE HUNDRED EIGHTY THREE THousand AND NINE HUNDRED DOLLARS )

P.CLOTHES

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

بالوكالة   ISMAIL YOUSSEF

New Line Exchange
Trust Co  S.A.L.

861                                FNK 7782 1257

بيروت في ٢٩/٧/٢٠١٦

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

إسم المصرح:   *ORDER FROM* ~~New Line Exchange Trust Co. S.A.L.~~

رقم الحساب:   *ACCT #  173902*

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10.000 او ما يعادلها

- بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
- و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

رقم المرجع: *Transfer # : 176*  ٢٩/١٧٦ م
المبلغ: ١٨٢٩٠٠  *Amount. 183,900*     (العملة  $ )
نقدي او غير: *CASH* مُشتري
التاريخ: ٢٩/٧/٢٠١٦ م  *Date: 29-7-2016*
مصدر الاموال: *Business* التجارة
وجهة استعمال الاموال: *Purchase Clothes* شراء البضاعة . بضائع وملابس
هوية المستفيد: *Beneficiary.  ASUN EXPORTS  STORM IMPORT*
صاحب الحق الإقتصادي: *CLIENT.*

الإسم: اسماعيل يسين
التوقيع: بالوكالة

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1258

29 JUL 2010 15:06   PARKASH, IMPEX LTD   No. 1

# ASUN EXPORTS

## INVOICE

Date:2010-07-4?

Invoice No:A-1004-36AL

Messrs:
Osdry, C.A.
R.I.F-J-29480185-4
Av oste-ouate casa parcela Nro
4. 42 Zona Industrial Castillito
Zona Postal 2006 Puerto Cabello
Tel: 00584144218039

| Product Code | Description | Quantity (DOZ) | Unit Price (USD/DOZ.FOB) | Amount (USD) |
|---|---|---|---|---|
| PI-410 | Men's polo shirts Fabrics : Pique 230-240g | 3080-7/12 | 24.000 | 73,954.00 |
| PIL-411 | Men's polo shirts Fabrics : Pique 190g-200g | 5000 | 22.000 | 110,000.00 |
| | | | Total | 183,934.00 |

Total US Dollars One Hundred Eighty Three Thousand Nine Hundred And
Thirty Four Only

FNK 7782 1259



# LEBANESE CANADIAN BANK SAL   البنك اللبناني الكندي ش.م.ل

Branch: St.charles,  
Date : 29/07/2010  

**Transfer / Issuing Draft Application**  
طلب تحويل/إصدار شيك مصرفي

فرع :  
تاريخ :

Please remit on our behalf the following :
- ☐ Bankers Draft
- ☐ Outward transfer by
  - ☐ Swift  ☐ Telex  ☐ Mail

النقدي من حسابكم الصادر :  
☐ شيك مصرفي  
☐ تحويل خارجي بواسطة  
☐ سويفت  ☐ تلكس  ☐ بريد

NEW LINE EXCH.TRUST CO.SA  
BEIRUT-RAS BEIRUT-KARAKAS  
ST.FALPETI LAMBCH SR. IBAN/76408  CHC# 1008128 LB40044 0120 1739 000 0052 2000

| USD | 183,875.00 |

HANG SENG BANK  
SWIFT BIC HASBHKHH  
BANK CODE: 024

228196549883

ASUN EXPORTS  
83 DES VEUX ROAD CENTRAL HONG KONG

PURCHASE OF CLOTHES

```
DATE          : 29/07/2010
TRA. SEQ1     : 846
VALUE DATE    : 29/07/2010
REF. KEY      : ODB026/10
DOC. NO.      : 10008026.
TRF. TYPE     : SWIFT TRANSFER
TRF. CUR.     : US DOLLAR
TRF. AMT      : 183875.00
PMT. CUR.     : US DOLLAR
RATE          : 1
EQUV. AMT     : 183875.00
COMMISSION    : 10.00
FX COMM.      : .00
OBJ FEES      : .00
POSTAGES      : 15.00
STAMPS        : .00
TOTAL AMT.    : 183900.00
DR A/C        : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS       : 141
```

VALUE 02/08/2010

☐ Cash  
☐ Debit A/C Number    217/173 902/2/522/0

USD  183875                                 15        10

AS PER ATTACHED

Donia G. DORA AHMED

Bassam Abou Nethi

864                                        FNK 7782 1260



New Line Exchange Trust Company S.A.L.
Capital: 200,000,000   L.L.R.C 079

DATE: 29/07/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH
BEIRUT – LEBANON

REF. NO.: 178/2009

## ORDER FOR TRANSFER

BANK NAME       :  HANG SENG BANK LIMITED
SWIFT CODE      :  HASE HKHH
BANK CODE       :  024

BENEFICIARY    :  ASUN EXPORTS
ADDRESS        :  83 DES UOEUX ROAD CENTRAL , HONG KONG
ACCOUNT NO.    :  228196549883
AMOUNT         :  150,000 USD ( ONE HUNDRED FIFTY THousand DOLARS )

P.CLOTHES

CHARGE WILL BE DEDUCTED FROM THE  AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

C.I. Nkar *(handwritten)*

جانب إدارة البنك اللبناني الكندي ش.م.ل، المحترمين

order from     New Line Exchange
Trust Co. S.A.L.     إسم المصرّح:

Acct nor     *173902*     رقم الحساب:

الموضوع: إشعار عن عملية سحب شك

تتجاوز قيمته 10,000$ او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفاً على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية  (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

Transfer no. 178
– رقم المرجع: Cq ✓ ١٧٨
Amount 150,000 المبلغ: ١٠،٠٠٠ (العملة) $
– نقدي او غير: Cq cash
– التاريخ: Cq ✓ Date 29/7/2010
– مصدر الاموال: C.I. source of money Buisa..
– جهة استعمال الاموال: Bousan (clothes)
– هوية المستفيد: ASUN EXPORTS – Beneficiary
– صاحب الحق الإقتصادي: STORM IMPORT – client
الإسم:
التوقيع:

New Line Exchange
Trust Co. S.A.L.

       FNK 7782 1262



# LEBANESE CANADIAN BANK

Branch: St.Charles

Date : 29/07/2010

**Transfer / Issuing Draft Application**

Please remit on our behalf the following :

☐ Bankers Draft

☐ Outward transfer by
    ☐ Swift   ☐ Telex   ☐ Mail

| | USD | 149,975 |

NEW LINE EXCH. TRUST CO.SA
BEIRUT-RAS BEIRUT-KARAKAS,
STR. TALEET LANJHOUSE TEL 01/741608 REG# 1008128 LB24.0044.2120.1739.0-'00.2032.2000

HANG SENG BANK
SWIFT BIC HASBHKHH
BANK CODE: 024

228196549883

ASUN EXPORTS
83 DES VOEUX ROAD CENTRAL HONG KONG

PURCHASE ON CLOTHES

```
DATE        : 29/07/2010
TRA. SEQ1   : 812
VALUE DATE  : 29/07/2010
REF. KEY    : 008022/10
DOC. NO.    : 10008022.
TRF. TYPE   : SWIFT TRANSFER
TRF. CUR.   : US DOLLAR
TRF. AMT    :     149975,00
PMT. CUR.   : US DOLLAR
RATE        :              1
EQUV. AMT   :     149975.00
COMMISSION  :          10.00
FX COMM.    :            .00
CBJ FEES    :            .00
POSTAGES    :          15.00
STAMPS      :            .00
TOTAL AMT.  :     150000.00
DR A/C      : 217/173902-8/2/522/0
NEW LINE EXCHANGE TRUST
REMARKS     : 141
```

VALUE 02/08/2010

☐ Cash

☐ Debit A/C Number   217/173902/2/522/0

| Currency | Amount | | Currency | Amount | | Currency | Amount | |
|---|---|---|---|---|---|---|---|---|
| USD | 149975 | | | | | 15 | 10 | |

Applicant's Signature

AS PER ATTACHED

Yossem Abou Kahil                                          Foad Nasser



**New Line Exchange Trust Company S.A.L.**
Capital : 250.000.000    L.R.C. 679

DATE: 13/08/2010

MM. Lebanese Canadian Bank S.A.L.
ST - CHARLES BRANCH.
BEIRUT – LEBANON

REF. NO.: 182/2009

## ORDER FOR TRANSFER

BANK NAME   : HANG SENG BANK LIMITED
SWIFT CODE  : HASE HKHH
BANK CODE   : 024

BENEFICIARY : ASUN EXPORTS
ADDRESS     : 83 DES UOEUX ROAD CENTRAL , HONG KONG
ACCOUNT NO. : 228196549883
AMOUNT      : 200,000 USD ( TWO HUNDRED THousand DOLLARS )

P.CLOTHES

CHARGE WILL BE DEDUCTED FROM THE AMOUNT

BEST REGARDS

ISMAIL YOUSSEF

New Line Exchange
Trust Co. S.A.L.

868                                    FNK 7782 1264

يسجف حـــــ، في ١٢/٨/٥،ل،د

جانب إدارة البنك اللبناني الكندي ش.م.ل. المحترمين

ORDer From.

إسم المصرح: New Line Exchange Trust Co. S.A.I

Acct no4

رقم الحساب: ١٧٣٩٥٢

الموضوع: إشعار عن عملية سحب شك
تتجاوز قيمته $10,000 او ما يعادلها

– بناء على التعميم الوسيط رقم 101 و 190 لمؤسسات الصرافة (مصرف لبنان)
– و عطفا على التعميم الوسيط رقم 100 للمصارف و المؤسسات المالية (مصرف لبنان)

**معلومات عن اصدار شيك او تحويل**

Transfer no4 182
رقم المرجع: eng / ١٨٢
Amount 200,000
المبلغ: # مرحبة (العملة $B )
cash
نقدي او غير: نقدي
Date 13/8/2010
التاريخ: ١٢ / ٨ / ٥،ل،د
Source of money: Business
مصدر الأموال: التجارة
Repair (clothes)
وجهة استعمال الأموال: سـ او السـ هنع نعع
Beneficiary
هوية المستفيد: ASUN EXPORTS – هنع نعع
Transferer name
صاحب الحق الإقتصادي: STORM. IMPORT

الإسم: بـ ما حل يوسـ
التوقيع: بالوكالة

New Line Exchange
Trust Co. S.A.L.

FNK 7782 1265

# LEBANESE CANADIAN BANK SAL
## بنك اللبناني الكندي

Branch: St.charles

**Transfer / Issuing Draft Application**
طلب تحويل/إصدار شيك مصرفي

Date: 14/08/2010

Please remit on our behalf the following :

☐ Bankers Draft
☒ Outward transfer by
  X ☒ Swift  ☐ Telex  ☐ Mail

USD    199,975

NEW LINE EXCH.TRUST CO.S.A
BEIRUT-RAS BEIRUT-KARAKAS
STR.-TALBET LAMBHOUSE, TEL 01744808, REM 1008128 LB24 0004 2170 17 5 0200 2052 2000

HANG SENG BANK LIMITED
SWIFT HASEHKHH
BANK CODE: 024

228196549883

ASUN EXPORTC
83 DES VEUX ROAD CENTRAL HONG KONG

PURCHASE OF CLOTHES

| | |
|---|---|
| DATE | : 14/08/2010 |
| TRA. SEQ. | : 213 |
| VALUE DATE | : 14/08/2010 |
| REF. KEY | : 008561/10 |
| DOC. NO. | : 10008561 |
| TRF. TYPE | : SWIFT TRANSFER |
| TRF. CUR. | : US DOLLAR |
| TRF. AMT | : 199975.00 |
| PMT. CUR. | : US DOLLAR |
| RATE | : 1 |
| EQUV. AMT | : 199975.00 |
| COMMISSION | : 10.00 |
| FX COMM. | : .00 |
| CBJ FEES | : .00 |
| POSTAGE | : 15.00 |
| STAMPS | : .00 |
| TOTAL AMT. | : 200000.00 |
| OR A/C | : 217/173902-0/2/522/0 |
| NEW LINE EXCHANGE TRUST |
| REMARKS | : 141 |

VALUE 17/08/2010

☐ Cash
X ☒ Debit A/C Number 217/173902/2/522/0

USD 199975                                    15    10

Applicant's signature
AS PER ATTACHED

Mohamad Hamdoun

FNK 7782 1266

FNK 7782 1267

# EXHIBIT

# O

FNK 7782 1268



### ALINE E. SAWAYA
Sworn Translator

Tel/Fax: +9615451785          Mobile: +96171399113

Email: sawaya.aline@gmail.com

**Confidential**

### Banking Control Commission
Central Bank of Lebanon

Number 1888/13 Gin                    Beirut, December 15, 2008

Dear Mr. Ziad Mohammed YOUSSEF
Chairman of the Board OF Directors of "New Line Exchange Trust Company S.A.L."
Beirut

Subject: Covering the Losses of the Company

The balance sheet of your company at September 30, 2008 showed losses that amounted to around LBP 6 billion as a result of the purchase and sale of foreign currencies from exchange companies where the exchange rate is subsequently confirmed with these companies, which expose the company to exchange rate risks resulting from the volatility of the foreign currencies exchange rate.

Therefore, the Committee requests that you comply with the following:

1- Reconstitution of the company's capital in order to cover the losses amounting to around LBP 6 billion pursuant to the provisions of Article 6 of Law No. 347 of August 06, 2001 on the regulation of the exchange profession and which stipulate that: "exchange institutions which have incurred losses shall, within a maximum period of 6 months, either reconstitute their capital or reduce it provided that it is not brought down lower than required minimum" in accordance with the following mechanism:
- Hold a shareholders' extraordinary general assembly to decide the increase of your company's capital to LBP 6,250 billion and then reduce it to LBP 250 million.
- Deposit the increase at the Central Bank of Lebanon.
- Register the minutes of the above mentioned extraordinary general assembly at the Commercial Registry.

2- Clear the intermediate accounts receivable between clients which are frozen since September 30, 2008 and pertain to "Halawi Exchange Company-Mahmoud Halawi and Co." and "Mecattaf Exchange Company SAL" as they violate the provisions of Article 10 of Law No. 347 above which prohibits exchange institutions from granting credits to any person in accordance with Articles 127 and 178 of the Code of Money and Credit.
(signature)

Masraf Loubnan Street – P.O.Box 11-5544 Beirut, Lebanon – Tel: (961) 1 350167 – Fax: (961) 750040

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

20 MAR 2015

FNK 7782 1269

/ / ‏متر‏جمة‏ / &

## ALINE E. SAWAYA
Sworn Translator

Tel/Fax: +9615451785      Mobile: +96171399113      Email: sawaya.aline@gmail.com

**Banking Control Commission**

Confidential

3- Refrain from any conducting any purchase or sale of foreign currencies whose exchange rate is subsequently confirmed which exposes the company to the risks of the exchange rate resulting from the volatility of the foreign currencies exchange rate.

For the Banking Control Commission
Walid  ALAMEDDINE
CHAIRMAN
(Signature)

*A copy to his Excellency the Governor of Central Bank of Lebanon

20 MAR 2015

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1270

سرّي

لجْنَةُ الرَّقَابَةِ عَلَى المَصَارِفِ
مَصْرِف لُبْـنـان

رقم،م: ١٢/ ١ ٨ ٨ ج

بَيـروت في ١٥ تشرين الأول ٢٠٠٨

حضرة السيد زياد محمد يوسف المحترم
رئيس مجلس إدارة شركة "نيو لاين اكس تشاينج ترست كومباني ش.م.ل."
بيروت

<u>الموضوع</u>: تغطية خسائر الشركة.

أظهرت ميزانية شركتكم الموقوفة بتاريخ ٢٠٠٨/٩/٣٠ خسائر بلغت قيمتها حوالي ٦ مليار ل.ل. وذلك نتيجة لعمليات شراء وبيع العملات الأجنبية مع شركات الصرافة حيث يتم تثبيت سعر الصرف لاحقاً مع هذه الشركات الأمر الذي يعرض الشركة إلى مخاطر أسعار الصرف التي تنشأ من تقلب سعر صرف العملات الأجنبية.

لذلك، تطلب اللجنة منكم التقيد بما يلي:

١- إعادة تكوين رأسمال الشركة تغطية لخسائرها البالغة حوالي ٦ مليار ل.ل. عملاً بأحكام المادة السادسة من القانون رقم ٣٤٧ تاريخ ٢٠٠١/٨/٦ الخاص بتنظيم مهنة الصرافة التي تشير إلى أن *على مؤسسات الصرافة التي تكون قد أصيبت بخسائر أن تعمد، خلال مهلة حدها الأقصى ستة أشهر، إما لإعادة تكوين رأسمالها وإما لتخفيضه شرط أن لا يقل عن الحد الأدنى المفروض"*، وذلك وفقاً للآلية التالية:

- عقد جمعية عمومية غير عادية للشركاء تقر بموجبها زيادة رأسمال شركتكم إلى ٦,٢٥٠ مليار ل.ل. ومن ثم تخفيضه إلى ٢٥٠ مليون ل.ل.

-- إيداع الزيادة لدى مصرف لبنان.

-- تسجيل محضر الجمعية العمومية غير العادية أعلاه لدى أمانة السجل التجاري.

٢- تصفية الحسابات المدينة الوسيطة بين العملاء الجامدة منذ تاريخ ٢٠٠٨/٩/٣٠ العائدة إلـى كـل مـن "شركة حلاوي للصيرفة- محمود حلاوي وشريكه" و "شركة مكتف ش.م.ل." كونها تخالف أحكام المادة ١٠ مـن القانون رقم ٣٤٧ أعلاه *التي تحظر على مؤسسات الصرافة إعطاء تسليفات لأي كان بمعنى المـادتين ١٢٧ و ١٧٨ من قانون النقد والتسليف.*



**ســـرّي**

٣- الامتناع عن القيام بعمليات شراء وبيع العملات الأجنبية التي يتم تثبيت سعر صرفها لاحقاً الأمر الذي يعرض الشركة إلى مخاطر أسعار الصرف التي تنشأ من تقلب سعر صرف العملات الأجنبية.

عن لجنة الرقابة على المصارف

الرئيس

\* نسخة إلى سعادة حاكم مصرف لبنان.

٢

FNK 7782 1272

# EXHIBIT

# P

FNK 7782 1273



**ALINE E. SAWAYA**

Sworn Translator

Tel/Fax: +9615451785
Mobile: +96171399113
Email: sawaya.aline@gmail.com

## BANKING CONTROL COMMISSION

### Central Bank of Lebanon

Number: 576/13Gin
Beirut, May 2, 2009

Dear Mr. Ziad Mohammed YOUSSEF;

Board Chairman of New Line Exchange Trust Co. S.A.L.,

Beirut

<u>Subject:</u> Separation of the operations carried out by the partners from the business of the company, and compliance with the applicable laws and regulations.

Further to the meeting held on April 16, 2009 between the Banking Control Commission and Mr. Ismail Youssef, member of your company's Board, in the presence of Mr. Ali CHOUCAIR, the company's accountant, the Banking Control Commission requests the following from you:

1- Not to perform any currency purchase and sale without confirming the exchange rate, as this has incurred upon the company losses amounting to 6 billion Lebanese Pounds according to its balance sheet at September 30, 2008.
2- Not to deposit amounts at the exchange companies unless for daily operations, as this breaches the provisions of Article 10 of abovementioned Law No. 347 which **prohibits exchange companies to grant advances to any person pursuant to Articles 121 and 178 of the Code of Money and Credit.**
3- Separate the partners' personal funds from the company's fund; if the partners wish to trade in currencies from their own funds, this should be outside of the company's business and accounts.

It is noteworthy that the Commission will follow up on your company's progress and extent of compliance with the aforementioned.

For the Banking Control Commission
Walid ALAMEDDINE
CHAIRMAN
(Signature)

Copy to the HE Governor of the Central Bank of Lebanon

Masraf Loubnan Street – P.O.Box 11-5544 Beirut, Lebanon – Tel: (961) 1 350167 Fax: (961-1) 750040

20 MAR 2015

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1274




<div dir="rtl">

لجنة الرقابة على المصارف
مصرف لُبنان

رقم، ٦ ٥٧ /١٢ج

بَيروت في ٢ أيار ٢٠٠٩

حضرة السيد زياد محمد يوسف المحترم

رئيـس مجلـس إدارة شركة نيو لاين اكس شاينج ترست كومباني ش.م.ل

بيروت

<u>الموضوع</u> : فصل العمليات التي يقوم بها الشركاء عن أعمال الشركة والتقيد بالأنظمة والقوانين المرعية الإجراء.

عطفاً على الاجتماع الذي تم بتاريخ ٢٠٠٩/٤/١٦ بين اللجنة وعضو مجلس إدارة شركتكم السيد اسماعيل يوسف بحضور محاسب الشركة السيد علي شقير، تطلب منكم اللجنة ما يلي:

١-  عدم إجراء عمليات شراء وبيع عملات من دون تثبيت سعر الصرف، إذ أن ذلك أدى إلى تكبد الشركة خسائر بلغت حوالي ٦ مليار ل.ل، وفقاً لميزانيتها الموقوفة في ٢٠٠٨/٩/٣٠.

٢-  عدم إيداع مبالغ لدى شركات الصرافة إلا على سبيل عمليات يومية، إذ هذا يخالف أحكام المادة ١٠ من القانون رقم ٣٤٧ أعلاه *التي تحظر على مؤسسات الصرافة إعطاء تسليفات لأي كان بمعنى المادتين ١٢١ و١٧٨ من قانون النقد والتسليف.*

٣-  فصل أموال الشركاء الشخصية عن الأموال الخاصة للشركة، وفي حال أراد الشركاء المتاجرة في العملات من أموالهم الخاصة يجب أن يكون ذلك خارج أعمال وحسابات الشركة.

تجدر الإشارة إلى أن اللجنة ستتابع سير العمل في شركتكم ومدى التقيد بما ورد أعلاه.

عن لجنة الرقابة على المصارف



الرئيـس

نسخة إلى سعادة حاكم مصرف لبنان

</div>

<div dir="rtl">

شارع مصرف لبنان،ص.ب ٥٤٤-١١ بيروت-لبنان  هاتف:٧٥٠١٦٧(٩٦١-١)فاكس:٧٥٠٠٤٠(٩٦١-١)

</div>

FNK 7782 1275

# EXHIBIT

# Q

FNK 7782 1276



## ALINE E. SAWAYA
Sworn Translator

Tel/Fax: +9615451785      Mobile: +96171399113      Email: sawaya.aline@gmail.com

FROM: LAW:FIRM      PHONE NO.: 05954924 MAY 27 2009 11:19AM P1

**Central Bank of Lebanon**
Central Council

Beirut, May 11, 2009

To the Board Chairman of
"New Line Exchange Trust Company S.A.L."

254/M.M/17

Subject: Capital Reconstitution
Reference: Your letter to the Central Bank of Lebanon dated February 26, 2009.

With reference to the above subject and reference, we would like to inform you that the Central Council convened on May 06, 2009 has made the following Decision No. 31/3/09:

'To approve for the New Line Exchange Trust Company S.A.L. of the following:

First: Reconstitution of the company's capital by:

1- Increasing its capital from Two Hundred Fifty Million Lebanese Pounds to Six Billion One Hundred Eighty Five Million and Five Thousand Lebanese Pounds, as per the stipulations of the first decision of the minutes of the Shareholders' Extraordinary General Assembly held on November 21, 2008;

2- Reducing its capital from Six Billion One Hundred Eighty Five Million and Five Thousand Lebanese Pounds to Two Hundred Fifty Million Lebanese Pounds as per the stipulations of the second decision of the minutes of the above-mentioned Shareholders' Extraordinary General Assembly.

Second: Grant the company a six month period as of the approval date to legally complete the reconstitution of its capital under the penalty of forfeiture of the approval and referral of the company's file to the Higher Banking Commission to take the appropriate decision in its regard."

Kindly find attached a copy of the minutes of the Shareholders' Extraordinary General Assembly held on November 21, 2008, along with the attendance sheet annotated by the Legal Affairs Department at the Central Bank of Lebanon.

Regards,

**Governor of the Central Bank of Lebanon, Riad Toufic SALAMEH**      **(Signature)**
Copy to the Banking Control Commission
Copy to the Legal Affairs Department
Copy to the Financial Market Department

Masraf Loubnan Street – P.O.Box 11-5544 Beirut – Tel: (961-1)341230/9 Fax: (961 -1) 602224

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1277

FROM : LAW FIRM        PHONE NO. : 05954924        May. 27 2009 11:19AM P1

مصرف لبنان
المجلس المركزي

حضرة رئيس مجلس إدارة                    بيروت، في ١١ أيار ٢٠٠٩
"شركة نيو لاين اكس شاينج ترست كومباني ش.م.ل."

١٧/م.م/٢٥٤

الموضوع: إعادة تكوين رأسمال،

المرجع: كتابكم الوارد الى مصرف لبنان بتاريخ ٢٠٠٩/٢/٢٦.

بالإشارة إلى الموضوع والمرجع المبينين أعلاه ، نفيدكم أن المجلس المركزي
المنعقد بتاريخ ٢٠٠٩/٥/٦، اتخذ القرار رقم ٩/٣/٢١ التالي:

" الموافقة لـ "شركة نيو لاين اكس شاينج ترست كومباني ش.م.ل." على ما يلي:

أولاً:   إعادة تكوين رأسمال الشركة عن طريق:

١- زيادة رأسمالها من مبلغ مايتين وخمسين مليون ليرة لبنانية لغاية مبلغ ستة
مليارات ومائة وخمسة وثمانين مليوناً ومائة وخمسة آلاف ليرة لبنانية وذلك وفقا
لما جاء في القرار الأول من محضر جلسة الجمعية العمومية غير العادية
للمساهمين المنعقدة بتاريخ ٢٠٠٨/١١/٢١.

٢- تخفيض رأسمالها من مبلغ ستة مليارات ومائة وخمسة وثمانين مليوناً ومائة
وخمسة آلاف ليرة لبنانية لغاية مبلغ مايتين وخمسين مليون ليرة لبنانية وذلك وفقا
لما جاء في القرار الثاني من محضر جلسة الجمعية العمومية غير العادية
للمساهمين المذكورة أعلاه.

ثانياً:   إعطاء الشركة مهلة ستة أشهر من تاريخ الموافقة لإتمام معاملة إعادة تكوين رأسمالها
على الوجه القانوني وذلك تحت طائلة بسقوط الموافقة حكماً وإحالة ملف الشركة الـى
الهيئة المصرفية العليا لاتخاذ القرار المناسب بشأنها."

نعيد إليكم ربطا نسخة عن محضر الجمعية العمومية غير العادية المنعقدة بتاريخ
٢٠٠٨/١١/٢١ وورقة حضورها مؤشرا عليها من قبل مديرية الشؤون القانونية لدى مصرف
لبنان.

وتفضلوا بقبول الاحترام
حاكم مصرف لبنان

رياض توفيق سلامه

نسخة الى لجنة للرقابة على المصارف.
نسخة الى مديرية الشؤون القانونية.
نسخة الى مديرية الأسواق المالية.

شارع مصرف لبنان ،ص.ب.١١-٥٥٤٤ بيروت ، هاتف ٣٤١(١-٩٦١)-٢٧٠/٩ ، فاكس ٢٢٤-٢-٦٠ (٩٦١)

FNK 7782 1278

# EXHIBIT

# R

FNK 7782 1279



### ALINE E. SAWAYA
Sworn Translator

Tel/Fax: +9615451785          Mobile: +96171399113          Email: sawaya.aline@gmail.com

## BANKING CONTROL COMMISSION
### Central Bank of Lebanon

Number: 103/13 M                                    Beirut, June 17, 2009

Messrs. New Line Exchange Trust Co. S.A.L.

Subject: Mission

Greetings;

The Banking Control Commission has assigned its two controllers Mr. Mostapha YOUNESS and Mr. Karim RACHED to conduct a study on the situations of your company.

Kindly facilitate their missions.

Regards,


For the BANKING CONTROL COMMISSION
Farouk MAHFOUZ
(Signature)



20 MAR 2015

Masraf Loubnan Street – P.O.Box 11-5544 Beirut, Lebanon – Tel: (961) 1 350167 Fax: (961-1) 750040

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1280





لجنة الرقابة على المصارف
مصرف لبنان

رقم: ٦١٢/١،٢

بيروت في ١٧ شباط ٢٠٠٩

حضرة السادة شركة نيو لاين أكس شاينج ترست كومباني ش.م.ل.

الموضوع : مهمة

تحية وبعد،

كلفت اللجنة المراقبين لديها السيدين مصطفى يونس وكريم راشـد إجـراء دراسـة عـن أوضاع شركتكم.

الرجاء تسهيل مهمتهما.

وتفضلوا بقبول الاحترام.

عن لجنة الرقابة على المصارف

فاروق محفوظ

# EXHIBIT

# S

FNK 7782 1282



## ALINE E. SAWAYA
### Sworn Translator

Tel/Fax: +9615451785        Mobile: +96171399113        Email: sawaya.aline@gmail.com

Banking Control Commission                    Confidential

## Report on

## 679- New Line Exchange Trust Co. S.A.L.

## Banking Control Commission

**Member**          **Member**            **Member**
Amin AWWAD          Abdullah ATTIYAH      Kamal SAMAHA
(Signature)         (Signature)           (Signature)

**Member**          **Chairman**
Farouk MAHFOUZ      Walid ALAMEDDINE
(Signature)         (Signature)

                                          **Beirut on December 11, 2009**







True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1283

Banking Control Commission                    Confidential

### 679- New Line Exchange Trust Co. S.A.L

### Index

|  |  | Page |
|---|---|---|
| 1- | Historical Overview | 1 |
| 2- | Company's Current Capital | 1 |
| 3- | Company's Headquarter | 1 |
| 4- | Company's Activities | 1 |
| 5- | Control Commissioner | 1 |
| 6- | Administrative Structure | 2 |
| 7- | Compared Balance sheets on June 30, 2008, December 31, 2008, March 31, 2009 | 3 |
| 8- | Assets on March 31, 2009 | 4 |
|  | 8-1 Cash in the Fund | 4 |
|  | 8-2 Commercial Banks | 5 |
|  |    8-2-1 Demand Deposits | 5 |
|  |    8-2-2 Term Deposits | 5 |
|  | 8-3 Intermediate Accounts Receivable between Clients | 5 |
|  | 8-4 Settlement Accounts Receivable | 5 |
|  | 8-5 Intangible Fixed Assets | 5 |
|  | 8-6 Net Tangible Fixed Assets | 6 |
| 9- | Liabilities on March 31, 2009 | 6 |
|  | 9-1 Clients' Intermediate Accounts Payable between Clients | 6 |
|  | 9-2 Partners' Accounts Payable | 6 |
|  | 9-3 Due and Unpaid Costs | 6 |
|  | 9-4 Comparison Table of the Revenues Statement and Costs for the Financial Periods June 30, 2008, December 31, 2008, and March 31, 2009 |  |

20 MAR 2015

ألين إميل صوايا
مترجمة محلفة
Sworn Translator
71 / 399113
Syndicate No.140

ALINE E. SAWAYA

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1284

Banking Control Commission                              Confidential

10- Compliance with the Anti-money Laundering and Terrorist Financing Measures 9
   10-1   Law No.318 on Fighting Money Laundering       9
   10-2   Central Bank of Lebanon Basic Circular
          No.111 dated September 24, 2007      9
   10-3   Central Bank of Lebanon Intermediate Circular
          No. 136 on April 27, 2007      9
11- Legal Company Books      11
12- BCCL's Remarks and Recommendations      10
13- Remarks on the Company's Control Commissioners' Report      10

20 MAR 2015



True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1285

Banking Control Commission                    Confidential

### 679- New Line Exchange Trust Co.

1- **Historical Overview:**

On April 16, 2008, the Central Council of the Central Bank of Lebanon decided to approve of the establishment of a joint-stock company engaged in the exchange business under the name "New Line Exchange Trust Co. S.A.L."

On May 27, 2008 and by virtue of Decision No. 9911, the Company's name was listed in the exchange institutions list under number 679.

2- **The Company's Current Capital**

The Company's Capital amounts to LBP 250 million, distributed on two thousand nominal shares each of LBP 250,000 each share. The names of the shareholders and their respective shares are hereinafter listed:

(Value in LBP million)

| Name of the Shareholder | Number of Shares | Total Share Value | Contribution Rate |
|---|---|---|---|
| Ziad Mohammed YOUSSEF | 400 | 100 | 40% |
| Ismail Mohammed YOUSSEF | 300 | 75 | 30% |
| Ziad Fawzi HOBEICH | 300 | 75 | 30% |
| Total | 1000 | 250 | 100% |

3- **Company's Headquarter**

The Company's headquarter is located on the Real Estate No. 2901 of Ras Beirut Real estate area.

4- **Company's Activities**

Most of the Company's current activities is restricted to money exchange.

5- **Control Commissioner**

On May 6, 2008, the Company's Ordinary General Assembly decided to appoint Mr. Ali AKKOUSH as a Control Commissioner for the accounts for Financial Year 2008.

**The Company should appoint a Control Commissioner for the accounts of the Financial Year 2009.**

2 0 MAR 2015

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1286

Banking Control Commission                           Confidential

### 6-Administrative Structure



On May 6, 2008, the Shareholders' Constituent Assembly elected Ziad Mohammed YOUSSEF, Ziad Fawzi HOBEICH and Ismail Mohammed YOUSSEF, members of the Company's first Board of Directors, for a three year term. On the same date, the Board of Directors elected Mr. Ziad Mohammed YOUSSEF Chairman and the General Manager for the Company.



True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1287

Banking Control Commission                    Confidential

7-The Company's Compared Balance Sheets on June 30, 2008, December 31, 2008, and March 31, 2009:

(Values in LBP Million and USD Thousand)

| Assets | June 30, 2008 | | | December 31, 2008 | | | March 31, 2009 | | |
|---|---|---|---|---|---|---|---|---|---|
| | LBP | USD | Total in LBP | LBP | USD | Total in LBP | LBP | USD | Total in LBP |
| Cash | - | 2884 | 4348 | - | 2785 | 4198 | - | 154 | 232 |
| Commercial Banks | 250 | 5803 | 8997 | 237 | 1306 | 2206 | 237 | 4182 | 6541 |
| Intermediate Accounts Receivable between Clients | - | 4973 | *7497 | - | - | - | - | 51 | 76 |
| Settlement Accounts Receivable | - | 5 | 8 | - | 287 | 433 | 21 | 7 | 32 |
| Intangible Fixed Assets | 24 | - | 24 | 24 | - | 24 | 24 | - | 24 |
| Tangible Fixed Assets | 48 | - | 48 | 56 | - | 56 | 56 | - | 56 |
| Less Cumulative Consumption Of Tangible Fixed Assets | 0 | - | 0 | (5) | - | (5) | (5) | - | (5) |
| Net Tangible Fixed Assets | 48 | - | 48 | 51 | - | 51 | 51 | - | 51 |
| Total Assets | 322 | 13665 | 20922 | 312 | 4378 | 6912 | 333 | 4394 | 6956 |

20 MAR 2015

مترجمة محلفة
Sworn Translator
11 / 399113
Syndicate No.140
ALINE E. SAWAYA

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1288

Banking Control Commission                    Confidential

| Liabilities | June 30, 2008 | | | December 31, 2008 | | | March 31, 2009 | | |
|---|---|---|---|---|---|---|---|---|---|
| | LBP | USD | Total in LBP | LBP | USD | Total in LBP | LBP | USD | Total in LBP |
| Intermediate Accounts Receivable between Clients | | 1166 | 1757* | | 1 | 2 | | 1 | 2 |
| Partners' Accounts Receivable | | 12392 | 18681 | | 8391 | 12649 | | 8417 | 12688 |
| Due and Unpaid Costs | | 15 | 23 | | 20 | 30 | | 20 | 30 |
| Capital | 250 | | 250 | 250 | - | 250 | 250 | | 250 |
| Previous Results Carried Forward (Losses) | - | - | - | - | - | - | (6019) | - | (6019) |
| Results of the Cycle and/or the Financial Period- Profits or (Losses) | 211 | - | 211 | (6019) | - | (6019) | 5 | - | 5 |
| Total Liabilities | 461 | 13573 | 20922 | (5769) | 8412 | 6912 | (5764) | 8438 | 6956 |

20 MAR 2015

أمين إميل صوايا
مترجم محلّف
Sworn Translator
71 / 399113
Syndicate No.140
AMINE E. SAWAYA

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

                    FNK 7782 1289

Banking Control Commission                              Confidential

\*These accounts constitute purchases and sales of foreign currencies with the clients (euro against US dollar) which were profitable to the Company until June 30, 2008. However, the Company began, as of this date, to incur losses due to the currency speculations, which made it liquidate these operations subsequently and discontinue this activity.

The Company's compared balance sheets for the abovementioned dates indicate the following:

First: The Period from June 30, 2008 to December 31, 2008

The period witnessed a decline in asset volume by around 67%, from around LBP 21 billion to around LBP 7 billion, due to the decline in investments at the commercial banks by around LBP 7 billion and the decline of the amount of the clients' intermediate accounts receivable by around LBP 7.5 billion. This decline constituted a financial source of around LBP 14.5 billion, which were used to settle two parts of the partners' accounts payable amounting to around LBP 6 billion, the settlement of the intermediate accounts receivable between clients amounting to around LBP 2 billion, in addition to the settlement of the losses incurred during this phase amounting to around LBP 6 billion, due to the company's speculation in foreign currencies. It is worth mentioning that the shareholders' accounts payable constituted the basic financing source for the company's activity.

Second: the Period from December 31,2008 to March 31, 2009

The Company's balance sheet almost maintained its volume during this period, due to its inactivity after incurring the abovementioned losses. Furthermore, the devaluation of some asset items during the abovementioned period constituted a financial source, which was used to the increase the values of other assets.

8- Assets on March 31, 2009

8-1 Cash in the fund

Foreign currencies in the Fund: USD 154,000 or what is equal to LBP 232 million.

The total cash in the fund in foreign currencies amounted, based on the closing prices of the Central Bank of Lebanon, to around LBP 229 million. This total amounted, based on the Company's calculation, to LBP 232 million. The difference amounting to LBP 3 million is due to the difference between the foreign exchange rate approved by the Company and the closing prices of the Central Bank of Lebanon on March 31, 2009.

**Therefore, the Company should use the foreign currency closing rates against the Lebanese Pounds based on the closing prices of the Central Bank of Lebanon.**

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1290

Banking Control Commission                          Confidential

It is worth mentioning that the Company does not insure any of its assets, and we have been informed by the Company of ongoing negotiations between the Company and AROPE Insurance in this regard.

It is best for the Company to make the required insurances to avoid any incidents or losses to which it might be exposed in the future (theft, fire, money exchange…)

8-2 Commercial Banks: LBP 237 million +USD 4,182,000

8-2-1 Demand Deposits:

| Name of the Bank | LBP | Thousand USD | Total in Million LBP |
|---|---|---|---|
| BBAC S.A.L. | 237 | 20 | 267 |

8-2-2 Term Deposits: USD 4,162,000

| Name of the Bank | Thousand Euro | Thousand USD | Total in Thousand USD |
|---|---|---|---|
| Lebanese Canadian Bank S.A.L. | 1 | 3300 | 3301 |
| Bank of Beirut and the Arab Countries S.A.L. | | 861 | 861 |
| Total | | | 4162 |

These are term placements for 24 hours (overnight) at around 1.5% interest and the placement thereof is constantly renewed.

The abovementioned the placement balance (demand and term deposits, listed in the abovementioned banks statements were reconciled with the balances in the Company's records.

8-3 Intermediate Receivable Accounts between Clients: USD 51 thousand

This account represents the Debit Balance for Mecattaf S.A.L., and this account appeared to be moving and it is indebted most of the times. Its balance reached around USD 58 thousand on June 15, 2009.

8-4 Settlement accounts receivable:

LBP 21 million: which are the realized interests from the Company's deposits at banks (term deposits)

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

Banking Control Commission                          Confidential

USD 7 thousand: the headquarters prepaid rental value.

8-5 Intangible Fixed Assets: LBP 24 million

| Intangible fixed assets | Total value in LBP |
|---|---|
| Establishment expenses (1) | 22 |
| Insurances (2) | 2 |
| Total | 24 |

(1) The Company will start amortizing the establishment expenses a year after its establishment.

(2) Insurance paid to Reuters to cover any delay in the settlement of Reuter' services. This sum should be included under the other asset item in the Settlement Accounts Receivable.

8-6 Net Tangible Fixed Assets: LBP 56 million             Amounts in LBP millions

| Tangible Fixed Assets | Total Value | Total Consumption | Net tangible Fixed Assets |
|---|---|---|---|
| Office and IT supplies | 42 | 4 | 38 |
| Furniture | 3 | 0 | 3 |
| General furnishing | 11 | 1 | 10 |
| Total | 56 | 5 | 51 |

## 9- Liabilities on March 31, 2009

9-1 Intermediate Accounts Payable between Clients: USD 1000

A balance for settlement to **Nassar Group S.A.R.L.** (purchase of counting machines)

The Company should list this account under the "Other Liabilities" or "Other Creditors" item.

Upon registration, the value should be registered under the fixed assets.

9-2 Partners' Credit Accounts: USD 8,417,000

| Partner | Thousand USD |
|---|---|
| Ziad YOUSSEF | 8391 |
| Ismael YOUSSEF | 62 |
| Total | 8417 |

20 MAR 2015

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

896

FNK 7782 1292

Banking Control Commission                          Confidential

These accounts constituted a basic source in the financing and revival of the Company's activities.

9-3 Due and Unpaid Costs: LBP 30 million

| Account | Value in LBP million |
|---|---|
| Fees of the Attorney Ziad HOBEICH* | 22 |
| Fees of the AKKOUSH Accounting Office | 8 |
| Total | 30 |

*Expenses for the Company's establishment, including the fees of the attorney Ziad HOBEICH during the establishment phase.

* Fees of the Auditor amounted to around USD 10 thousand in 2008; the abovementioned amount represents the remaining sum to be settled upon the completion of the mid-year report for 2009, according to the contract.

20 MAR 2015

أنا إميل صوايا
مترجمة محلّفة
Sworn Translator
71 / 399113
Syndicate No.140
ALINE E. SAWAYA

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1293

Banking Control Commission                    Confidential

### 9-4 Comparison Table of the Revenues and Expenses Statements for the Financial Periods June 30, 2008, December 31, 2008, and March 31, 2009.

| | June 30, 2008 | December 31, 2008 | March 31, 2009 |
|---|---|---|---|
| **Revenues** | Values in LBP million | | |
| Interest Revenues (1) | 9 | 33 | 21 |
| Profits Realized from Trading in Foreign Currencies | 449 | 13176 | |
| Collected Commissions | 5 | 52 | 2 |
| **Total Revenues** | 463 | 13261 | 23 |
| **Costs** | Values in LBP million | | |
| Interests Costs | 2 | | |
| Losses realized from Trading in Foreign Currencies | 237 | 19149 | |
| Paid Commissions | | 3 | |
| Wages, salaries and accessories (2) | | 26 | 11 |
| Operational Costs | 13 | 57 | 7 |
| **Total Costs** | 252 | 19280 | 18 |
| **Net Revenues and Costs** | 211 | (6019) | 5 |

(1) <u>Interest Revenues</u>: This account represents the interests realized on the Company's accounts at banks (term deposits)

(2) <u>Salaries, Wages and Accessories</u>          (Prices in LBP million)

| | |
|---|---|
| Employees' Salaries | 8 |
| Transportation Allowances | 1 |
| Social Insurance Subscriptions | 2 |
| **Total** | **11** |

(3) <u>Operational Costs</u>          (Prices in LBP million)

| | |
|---|---|
| Rates Screen (*Reuters) | 2 |
| Rent | 4 |
| Beirut Water Establishment | 1 |
| **Total** | **7** |

2 0 MAR 2015

---

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

Sworn Translator
71 / 399113
Syndicate No.140
ALINE E. SAWAYA

898

FNK 7782 1294

Banking Control Commission                         Confidential

By examining the costs and revenues statements for the abovementioned periods, it appears that the Company realized, until June 30, 2008, profits amounting to around LBP 211 million, given that its activity did not include speculations in foreign currencies during that period. However, the Company incurred huge losses during the second half of 2008 when it started speculations which were profitable at the beginning; however, the market was contrary to the expectations and the profits turned into losses as described below, noting that the BCCL sent a letter to the Company on May 02, 2009 in which it requested the following:

1- Not to perform currency purchase and sale without stabilizing the exchange rate, as this resulted in losses for the Company amounting to around LBP 6 billion according to its balance sheet at September 30, 2008.

2- Not to deposit amounts at currency exchange companies, except as daily operations, as this breaches the provisions of Article 10 No. 347 dated August 06, 2001, which bans currency exchange companies from granting credits to any person by virtue of the provisions of Article 121 and 178 from the Code of Money and Credit.

3- Separate the partners' personal funds from the Company's funds. In the event that the partners wish to trade in currencies from their private funds, they should do so outside of the Company's business and accounts.


<u>Details of the Company's losses and the mechanism used to amortize them are listed below:</u>

Between July and September 2008, the Company purchased over periods around 35 million Euro at an average price ("purchase" USD 1,52 and "sell" USD 1,4), which incurred on it losses of LBP 6 billion on September 30, 2008. The BCCL had already addressed a letter to the Company on December 15, 2008 in which it recommended the following according to Law No. 347 dated August 06, 2001 regulating the Money Exchange profession:

- Amortize the losses amounting to around LBP 6 billion, by increasing the capital from LBP 250 million to LBP 6,250 billion.
- Reduce the capital to LBP 250 million.


On May 06, 2009, the Central Council of the Central Bank of Lebanon decided to approve of the content of the First and Second Decisions of the minutes of the Extraordinary General Assembly Meeting of Shareholders held on November 21, 2008 to cover these losses which are fully consistent with the abovementioned BCCL recommendations. The Central Council's decision included granting the Company a six-month period as of the date of approval to complete the capital reconstitution, under the penalty of forfeiture of the approval and referral of the Company's file to the Higher Banking Commission to take the appropriate decision in its regard.

20 MAR 2015

---

True translation of the Arabic text herewith attached without any responsibility on be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

Sworn Translator
71 / 399113
Syndicate No.140
LINE E. SAWAYA

899

FNK 7782 1295

Banking Control Commission                    Confidential

(The abovementioned grace period granted to the company to amortize the losses has not expired yet).

The Company reported that the shareholders will issue later three bank cheques from their personal accounts, each according to the value of their contribution in the losses and to their contribution in the capital, before depositing the same at the Central Bank of Lebanon, pending return of one of the shareholders who is currently abroad.

It is worth mentioning that the total Company's operational losses reached LBP 6,019 billion on December 31, 2008.



20 MAR 2015

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

Banking Control Commission                         Confidential

The company should cover these losses pursuant to Article (6) of Law No. 347 dated August 06, 2001, which stipulates as follows:

Exchange institutions which have incurred losses shall, <u>within a maximum period of six months, either reconstitute its capital or reduce it provided that it is not brought down to less than the prescribed minimum."</u>

<u>10 – Compliance with procedures related to fighting money laundering and terrorism financing</u>

It has appeared to the commission team, after having examined a sample of operations, that:

<u>10-1 Article (4) of Law No. 318 issued on April 20, 2001 on fighting money laundering.</u>

After examining a sample of operations, it appeared that the company complies with the provisions of Article (4) of Law No. 318 dated April 20, 2001 on fighting money laundering, which stipulates that exchange institutions shall maintain a copy of the documents related to its clients who have conducted with it operations exceeding USD 10,000, and the company shall keep the records of these operations as well as copies of the official documents pertaining thereto.

<u>10-2  Basic Circular No. 111 issued by the Central Bank of Lebanon on September 24, 2007 in relation to cash exchange in accordance with the exchange system.</u>

The company does not perform to date cash exchange in accordance with the exchange system, knowing that it had notified the Central Bank of Lebanon of its intention to perform money exchange operations through the exchange system on July 07, 2008.

<u>10-3 Intermediate Circular of the Central Bank of Lebanon No. 136 dated April 27, 2007</u>

The company is exchanging money for its clients through banks and is providing these banks with information on the sources and destination of these funds, identity of the beneficiary and the owner of the economic right. (The banks dealt with in this respect are the Lebanese Canadian Bank S.A.L. and Bank of Beirut and The Arab Countries S.A.L).

**11- Company's Legal Books**

The legal books of the company have been examined and it appears that balance sheet, trial balance, profit and loss account, asset and amortization statements were registered on the inventory and budget book until December 31, 2008, while daily operations are registered on the IT system instead of recoding them in the legal journal.

**The company must register all executed operations on a day to day basis in the journal as per the provisions of Article 16 of the Commercial Law.**                                    20 MAR 2015

---

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

Sworn Translator
71 / 399113
Syndicate No. 140
ALINE E. SAWAYA
FNK 7782 1297

901

Banking Control Commission                                    Confidential

12- Observations and Recommendations of the Committee

1-  The company did not carry out any kind of insurance for its cash assets;
    We recommend that the company makes the necessary insurances to avoid any risks or
    losses to which it may be exposed in the future (theft, fire...)

2-  The losses of the company resulting from speculations in foreign currencies amounted
    to LBP 6 billion during the second half of 2008, in addition to the other operational
    losses, totaling at December 13, 2008 around LBP 6,019 billion.

The Company must amortize these losses as per the Decision of the Central Council and
recommendations of the Commission, and quickly deposit the value of these losses at the
Central Bank of Lebanon, noting that Article (6) of Law No. 347 stipulates that: Exchange
institutions which have incurred losses shall, within a maximum period of six months, either
reconstitute its capital or reduce it provided that it is not brought down to less than the
prescribed minimum, under the penalty of legal proceedings initiated against it.



3-  It appears that the activities and businesses of the company are currently going through
    a stagnation phase, by a decision from the partners, therefore the commission deems it
    is necessary to revive the activity of the company.
4-  After a number of accounting mistakes appeared in the balance sheet of the company,
    and in accordance with the principle of transparency, the commission deems that the
    company must correct the mistakes and gaps in the classification of some items with
    the amounts pertaining thereto.
5-  It appeared to the commission that the company registers its daily businesses in its IT
    system instead of registering the same in the journal; therefore the company must
    register all its executed operations in the journal as per the provisions of Article (16) of
    the Commercial Law.



Noting that the commission will investigate later the compliance by the company with the
abovementioned recommendations.

13- Observations on the report of the Control Commissioner Imad Ali AKKOUSH

Having perused the report of the Control Commissioner Imad Ali AKKOUSH on the business
of the company for 2008, it appeared to the commission that he did not indicate the above-
mentioned gaps, therefore the Control Commissioner must be notified of the flaws in this
reports by virtue of a written letter.

True translation of the Arabic text herewith attached without any responsibility to be imposed on
us regarding the veracity of the Arabic text.
The Sworn Translator

لجنة الرقابة على المصارف

سرّي

تقرير عن

٦٧٩- نيو لاين اكس شاينج ترست كومباني ش.م.ل.

لجنة الرقابة على المصارف



عضو

كمال سماحة

عضو

عبدالله عطية

عضو

أمين عواد

الرئيس

وليد علم الدين

عضو

فاروق محفوظ

.AR 2015

IAR 2015

بيروت في    ١١ كانون الأول ٢٠٠٩

FNK 7782 1299

لجنة الرقابة على المصارف

سرّي

٦٧٩- نيو لاين اكس شانج ترست كومباني ش.م.ل.

الفهرس

| | |
|---|---|
| الصفحة | |
| ١ | ١- لمحة تاريخية |
| ١ | ٢- رأسمال الشركة الحالي |
| ١ | ٣- مركز الشركة |
| ١ | ٤- نشاطات الشركة |
| ١ | ٥- مفوض المراقبة |
| ٢ | ٦- الهيكلية الإدارية |
| ٣ | ٧- الميزانيات المقارنة في ٢٠٠٨/٦/٣٠، ٢٠٠٨/١٢/٣١ و ٢٠٠٩/٣/٣١ |
| ٤ | ٨- الموجودات بتاريخ ٢٠٠٩/٣/٣١ |
| ٤ | ٨-١ النقد في الصندوق |
| ٥ | ٨-٢ المصارف التجارية |
| ٥ | ٨-٢-١ ودائع تحت الطلب |
| ٥ | ٨-٢-٢ ودائع لأجل |
| ٥ | ٨-٣ حسابات مدينة وسيطة بين العملاء |
| ٥ | ٨-٤ حسابات تسوية مدينة |
| ٥ | ٨-٥ الأصول الثابتة غير المادية |
| ٦ | ٨-٦ صافي الأصول الثابتة المادية |
| ٦ | ٩- المطلوبات بتاريخ ٢٠٠٩/٣/٣١ |
| ٦ | ٩-١ حسابات دائنة وسيطة بين العملاء |
| ٦ | ٩-٢ حسابات الشركاء الدائنة |
| ٦ | ٩-٣ أعباء مستحقة وغير مدفوعة |
| ٧ | ٩-٤ جدول مقارنة بيان الإيرادات والأعباء للفترات المالية ٢٠٠٨/٦/٣٠، ٢٠٠٨/١٢/٣١ و ٢٠٠٩/٣/٣١ |
| ٩ | ١٠- التقيد بإجراءات مكافحة تبييض الأموال وتمويل الإرهاب |
| ٩ | ١٠-١ القانون رقم ٣١٨ الخاص بمكافحة تبييض الأموال |
| ٩ | ١٠-٢ تعميم مصرف لبنان أساسي رقم ١١١ تاريخ ٢٠٠٧/٩/٢٤ |
| ٩ | ١٠-٣ تعميم مصرف لبنان وسيط رقم ١٣٦ تاريخ ٢٠٠٧/٤/٢٧ |
| ٩ | ١١- دفاتر الشركة القانونية |
| ١٠ | ١٢- ملاحظات وتوصيات اللجنة |
| ١٠ | ١٣- الملاحظات على تقرير مفوض مراقبة الشركة |

FNK 7782 1300

لجنة الرقابة على المصارف

**سـرّي**

٦٧٩- نيو لاين اكس شاينج ترست كومباني ش.م.ل.

**١- لمحة تاريخية**

بتاريخ ٢٠٠٨/٤/١٦ قرر المجلس المركزي لمصرف لبنان الموافقة على تأسيس شركة مساهمة لبنانيـة تتعـاطى أعمـال الصرافة تحت اسم " نيو لاين اكس شاينج ترست كومباني ش.م.ل.".

بتاريخ ٢٠٠٨/٥/٢٧، وبموجب القرار رقم ٩٩١١، أدرج اسم الشركة على لائحة مؤسسات الصرافة تحت الرقم ٦٧٩.

**٢- رأسمال الشركة الحالي**

يبلغ رأسمال الشركة ٢٥٠ مليون ل.ل. موزع على ألف سهم اسمي بسعر ٢٥٠ ألف ل.ل. للسهم الواحد، وفيما يلي أسماء المساهمين وحصة كل منهم:

| (القيم بملايين ل.ل.) | | | |
|:---:|:---:|:---:|:---:|
| نسبة المشاركة % | قيمة الأسهم الإجمالية | عدد الأسهم | اسم المساهم |
| ٤٠% | ١٠٠ | ٤٠٠ | زياد محمد يوسف |
| ٣٠% | ٧٥ | ٣٠٠ | اسماعيل محمد يوسف |
| ٣٠% | ٧٥ | ٣٠٠ | زياد فوزي حبيش |
| ١٠٠% | ٢٥٠ | ١٠٠٠ | المجموع |

**٣- مركز الشركة**

يقع مركز الشركة على العقار رقم ٢٩٠١ من منطقة رأس بيروت العقارية.

**٤- نشاطات الشركة**

ينحصر معظم نشاط الشركة حالياً بتحويل الأموال.

**٥- مفوض المراقبة**

بتاريخ ٢٠٠٨/٥/٦ قررت الجمعية العمومية العادية للشركة تعيين السيد عماد علي عكوش مفوض مراقبة لحسابات السنة المالية ٢٠٠٨.

على الشركة تعيين مفوض مراقبة لحسابات السنة المالية ٢٠٠٩.

FNK 7782 1301

سـرّي

لجنة الرقابة على المصارف

٦– <u>الهيكلية الإدارية</u>



بتاريخ ٢٠٠٨/٥/٦ انتخبت الجمعية التأسيسية للمساهمين  السادة زياد محمد يوسف وزياد فوزي حبيش واسماعيل محمد يوسف أعضاء لأول مجلس إدارة للشركة، وذلك لولاية مدتها ثلاث سنوات، وفي التاريخ عينه انتخب مجلـس الإدارة السيد زياد محمد يوسف رئيساً له ومديراً عاماً للشركة.

FNK 7782 1302

لجنة الرقابة على المصارف

سرّي

٣

٧- الميزانيات المقارنة للشركة في ٢٠٠٨/٦/٣٠، ٢٠٠٨/١٢/٣١ و ٢٠٠٩/٣/٣١ :

(القيم بملايين ل.ل. و آلاف د.أ.)

| الموجودات | ٢٠٠٨/٦/٣٠ | | | ٢٠٠٨/١٢/٣١ | | | ٢٠٠٩/٣/٣١ | | |
|---|---|---|---|---|---|---|---|---|---|
| | ل.ل. | د.أ. | المجموع بما يوازي ل.ل. | ل.ل. | د.أ. | المجموع بما يوازي ل.ل. | ل.ل. | د.أ. | المجموع بما يوازي ل.ل. |
| الصندوق | – | ٢٨٨٤ | ٤٣٤٨ | – | ٢٧٨٥ | ٤١٩٨ | – | ١٥٤ | ٢٣٢ |
| مصارف تجارية | ٢٥٠ | ٥٨٠٣ | ٨٩٩٧ | ٢٣٧ | ١٣٠٦ | ٢٢٠٦ | ٢٣٧ | ٤١٨٢ | ٦٥٤١ |
| حسابات مدينة وسيطة بين العملاء | – | ٤٩٧٣ | ٥٧٤٩٧ | – | – | – | – | ٠١ | ٧٦ |
| حسابات تسوية مدينة | – | ٥ | ٨ | – | ٢٨٧ | ٤٣٣ | ٢١ | ٧ | ٣٢ |
| الأصول الثابتة غير المادية | ٢٤ | – | ٢٤ | ٢٤ | – | ٢٤ | ٢٤ | ٠١ | ٢٤ |
| الأصول الثابتة المادية | ٤٨ | – | ٤٨ | ٥٦ | ÷ | ٥٦ | ٥٦ | – | ٥٦ |
| ينزل:الاستهلاك المتراكم الأصول الثابتة المادية | ٠ | – | ٠ | (٥) | – | (٥) | (٥) | – | (٥) |
| صافي الأصول الثابتة المادية | ٤٨ | – | ٤٨ | ٥١ | – | ٥١ | ٥١ | ٠١ | ٥١ |
| مجموع الموجودات | ٣٢٢ | ١٣٦٦٥ | ٢٠٩٢٢ | ٣١٢ | ٤٣٧٨ | ٦٩١٢ | ٣٣٣ | ٤٣٩٤ | ٦٩٥٦ |

| المطلوبات | ٢٠٠٨/٦/٣٠ | | | ٢٠٠٨/١٢/٣١ | | | ٢٠٠٩/٣/٣١ | | |
|---|---|---|---|---|---|---|---|---|---|
| | ل.ل. | د.أ. | المجموع بما يوازي ل.ل. | ل.ل. | د.أ. | المجموع بما يوازي ل.ل. | ل.ل. | د.أ. | المجموع بما يوازي ل.ل. |
| حسابات دائنة وسيطة بين العملاء | | ١١٦٦ | ٥١٧٥٧ | | ١ | ٢ | | ١ | ٢ |
| حسابات الشركاء الدائنة | | ١٢٣٩٢ | ١٨٦٨١ | | ٨٣٩١ | ١٢٦٤٩ | | ٨٤١٧ | ١٢٦٨٨ |
| أعباء مستحقة وغير مدفوعة | | ١٥ | ٢٣ | | ٢٠ | ٣٠ | | ٢٠ | ٣٠ |
| الرأسمال | | ٢٥٠ | ٢٥٠ | | ٢٥٠ | ٢٥٠ | | ٢٥٠ | ٢٥٠ |
| نتائج سابقة مدورة- (خسائر) | | – | – | | – | – | | (٦٠١٩) | (٦٠١٩) |
| نتائج الدورة و/أو الفترة المالية-أرباح أو (خسائر) | ٢١١ | – | ٢١١ | (٦٠١٩) | | (٦٠١٩) | ٥ | | ٥ |
| مجموع المطلوبات | ٢٦١ | ١٣٥٧٣ | ٢٠٩٢٢ | (٥٧٦٩) | ٨٤١٢ | ٦٩١٢ | (٥٧٦٤) | ٨٤٣٨ | ٦٩٥٦ |

FNK 7782 1303

<p style="text-align: right;">لجنة الرقابة على المصارف</p>

<p style="text-align: left;">سـرّي</p>

<p style="text-align: right;">* تمثل هذه الحسابات عمليات شراء وبيع عملات أجنبية مع الزبائن (يورو مقابل د.أ.) والتي كانت مربحة للـشركة حتـى تاريخ 2008/6/30، إلا أن الشركة بدأت تتكبد خسائر بعد هذا التاريخ نتيجة أعمال المضاربة بالعملات، مما دفع بها إلـى تصفية هذه العمليات لاحقاً وإلى وقف هذا النشاط.</p>

<p style="text-align: right;">الميزانيات المقارنة للشركة للتواريخ المذكورة أعلاه تبين ما يلي:</p>

<p style="text-align: right;">أولاً: <u>الفترة من 2008/6/30 لغاية 2008/12/31</u></p>

<p style="text-align: right;">سجلت هذه الفترة تراجعاً في حجم الموجودات من ما يوازي حوالي 21 مليار ل.ل. إلى ما يوازي حوالي 7 مليار ل.ل. وبنسبة انخفاض قدره حوالي (67%) ومرد ذلك إلى الانخفاض في التوظيفات لدى المصارف التجارية بما يوازي حوالي 7 مليار ل.ل. والحسابات المدينة الوسيطة بين العملاء بحوالي 7,5 مليار ل.ل.، وقد شكل هذا الانخفاض مصدراً للأموال بحوالي 14,5 مليار ل.ل. استعملت في تسديد جزئي لحسابات الشركاء الدائنة بحوالي 6 مليار ل.ل. وتسديد الحسابات الدائنة بين العملاء بحوالي 2 مليار ل.ل. فضلاً عن تكبد خسائر خلال هذه الفترة بحوالي 6 مليار ل.ل. نتيجة قيام الشركة بالمضاربة بالعملات الأجنبية. تجدر الإشارة إلى أن حسابات المساهمين الدائنة شكلت المصدر الأساسي لتمويل نشاط الشركة.</p>

<p style="text-align: right;">ثانياً: <u>الفترة من 2008/12/31 لغاية 2009/3/31</u></p>

<p style="text-align: right;">حافظت ميزانية الشركة على حجمها تقريباً خلال هذه الفترة نتيجة جمود في نشاطها بعد تكبدها للخسائر المذكورة سابقاً، مع الإشارة إلى أن بعض بنود الموجودات خلال الفترة أعلاه قد شكل الانخفاض في مبالغها مصدراً للأموال استعملت في زيادة مبالغ بعض الموجودات الأخرى.</p>

<p style="text-align: right;">8 – <u>الموجودات بتاريخ 2009/3/31</u></p>

<p style="text-align: right;">8 – 1 <u>النقد في الصندوق</u></p>

<p style="text-align: right;"><u>الصندوق بالعملات الأجنبية</u>: 154 ألف د.أ. أي ما يوازي حوالي 232 مليون ل.ل.</p>

<p style="text-align: right;">بلغ مجموع النقد في الصندوق بالعملات الأجنبية وفق أسعار إقفال مصرف لبنان ما يوازي حوالي 229 مليون ل.ل. ويبلغ هذا المجموع وفق احتساب الشركة ما يوازي حوالي 232 مليون ل.ل. ويعود الفارق البالغ حوالي 3 مليون ل.ل. إلى أن أسعار صرف العملات الأجنبية المعتمدة من قبل الشركة تختلف عن أسعار إقفال مصرف لبنان في 2009/3/31. لذا على الشركة اعتماد أسعار إقفال العملات الأجنبية مقابل الليرة اللبنانية وفقاً لأسعار إقفال مصرف لبنان.</p>

<p style="text-align: right;"><i>تجدر الإشارة إلى أن الشركة لم تقم بإجراء أي تأمينات على موجوداتها، وقد أفادتنا الشركة بأن هناك مفاوضات جارية مع شركة أروب للتأمين بهذا الخصوص.</i></p>

<p style="text-align: right;"><b>من الأفضل أن تقوم الشركة بإجراء التأمينات اللازمة تفادياً لأية حوادث أو خسائر قد تتعرض لها مستقبلاً (سرقة، حريق، نقل أموال...).</b></p>

FNK 7782 1304

لجنة الرقابة على المصارف

سرّي

8-2 **المصارف التجارية**: ٢٣٧ مليون ل.ل. +٤١٨٢ ألف د.أ.

8-2-1 **ودائع تحت الطلب**:

| اسم المصرف | ل.ل | د.أ | المجموع بما يوازي د.أ بالألف ل.ل |
|---|---|---|---|
| بنك بيروت والبلاد العربية ش.م.ل. | ٢٣٧ | ٢٠ | ٢٦٧ |

8-2-2 **ودائع لأجل**: ٤١٦٢ ألف د.أ.

| اسم المصرف | ل.ل بالألف | د.أ | المجموع بما يوازي (بالألف) |
|---|---|---|---|
| البنك اللبناني الكندي ش.م.ل. | ١ | ٣٣٠٠ | ٣٣٠١ |
| بنك بيروت والبلاد العربية ش.م.ل. | | ٨٦١ | ٨٦١ |
| المجموع | | | |

هي توظيفات لأجل ولمدة ٢٤ ساعة (Over Night) بفائدة حوالي ١,٥ % ويجدد توظيفها بشكل دائم.

تمت مطابقة أرصدة التوظيفات أعلاه ( تحت الطلب و لأجل) الواردة في كشوفات المصارف المذكورة مع الأرصدة في سجلات الشركة.

8-3 **حسابات مدينة وسيطة بين العملاء**: ٥١ ألف د.أ.

يمثل هذا الحساب الرصيد المدين لشركة مكتف ش.م.ل. وقد تبين أن هذا الحساب متحرك وأنه مدين أغلب الأحيان وبلغ رصيده بتاريخ ٢٠٠٩/٦/١٥ حوالي ٥٨ ألف د.أ.

8-4 **حسابات تسوية مدينة**:

٢١ مليون ل.ل.: وهي الفوائد المحققة من ودائع الشركة لدى المصارف (ودائع لأجل)

٧ آلاف د.أ.: قيمة إيجار المركز المدفوعة سلفاً.

8-5 **الأصول الثابتة غير المادية**: ٢٤ مليون ل.ل.

| الأصول الثابتة غير المادية | القيمة الإجمالية بالألف ل.ل |
|---|---|
| مصاريف تأسيس (١) | ٢٢ |
| تأمينات (٢) | ٢ |
| المجموع | ٢٤ |

(١) ستبدأ الشركة باستهلاك مصاريف التأسيس بعد مرور سنة على تأسيسها.

(٢) تأمين مدفوع لصالح شركة رويتر من أجل تغطية أي تأخير في تسديد خدمات رويتر. يقتضي إدراج هذا المبلغ ضمن بند موجودات أخرى في حسابات التسوية المدينة.

FNK 7782 1305

لجنة الرقابة على المصارف

سرّي

٦

## ٨-٦ صافي الأصول الثابتة المادية: ٥٦ مليون ل.ل.

المبالغ بملايين ل.ل.

| الأصول الثابتة المادية | القيمة الإجمالية | مجموع الإستهلاكات | صافي الأصول الثابتة المادية |
|---|---|---|---|
| أدوات مكتبية ومعلوماتية | ٤٢ | ٤ | ٣٨ |
| أثاث ومفروشات | ٣ | ٠ | ٣ |
| تجهيزات عامة | ١١ | ١ | ١٠ |
| المجموع | ٥٦ | ٥ | ٥١ |

## ٩- المطلوبات بتاريخ ٢٠٠٩/٣/٣١

### ٩-١ حسابات دائنة وبسيطة بين العملاء: ١ ألف د.أ.

- رصيد للتسديد لشركة نصار غروب (شراء مكينات عد)

على الشركة إدراج هذا الحساب ضمن بند "مطلوبات أخرى" أو "دائنون مختلفون".

وعند التسديد تسجيل القيمة ضمن الأصول الثابتة.

### ٩-٢ حسابات الشركاء الدائنة: ٨٤١٧ ألف د.أ.

| الشريك | بالألف د.أ |
|---|---|
| زياد يوسف | ٨٣٩١ |
| اسماعيل يوسف | ٦٢ |
| المجموع | ٨٤١٧ |

شكلت هذه الحسابات مصدراً أساسياً في تمويل وتنشيط أعمال الشركة.

### ٩-٣ أعباء مستحقة وغير مدفوعة: ٣٠ مليون ل.ل.

| الحساب | القيم بملايين ل.ل. |
|---|---|
| أتعاب المحامي زياد حبيش * | ٢٢ |
| أتعاب مكتب المحاسبة عكوش ** | ٨ |
| المجموع | ٣٠ |

* هي مصاريف تأسيس الشركة، ومنها أتعاب المحامي زياد حبيش خلال مرحلة التأسيس.

** بلغ بدل أتعاب مفوض المراقبة لعام ٢٠٠٨ حوالي ١٠ آلاف د.أ. والمبلغ أعلاه يمثل الجزء المتبقي للتسديد عند إنجاز التقرير النصف سنوي لعام ٢٠٠٩ وفق العقد.

سرّي

٧

لجنة الرقابة على المصارف

<u>٩-٤-٩ جدول مقارنة بيان الإيرادات والأعباء للفترات المالية ٢٠٠٨/٦/٣٠، ٢٠٠٨/١٢/٣١ و٢٠٠٩/٣/٣١</u>

| | ٢٠٠٩/٣/٣١ | ٢٠٠٨/١٢/٣١ | ٢٠٠٨/٦/٣٠ |
|---|---|---|---|
| الإيرادات | | القيم بملايين ل.ل. | |
| إيرادات فوائد (١) | ٢١ | ٣٣ | ٩ |
| أرباح محققة من المتاجرة بالعملات الأجنبية | | ١٣١٧٦ | ٤٤٩ |
| عمولات مقبوضة | ٢ | ٥٢ | ٥ |
| مجموع الإيرادات | ٢٣ | ١٣٢٦١ | ٤٦٣ |
| الأعباء | | القيم بملايين ل.ل. | |
| أعباء فوائد | | | ٢ |
| خسائر محققة من المتاجرة بالعملات الأجنبية | | ١٩١٩٤ | ٢٣٧ |
| عمولات مدفوعة | | ٣ | |
| رواتب وأجور وملحقاتها (٢) | ١١ | ٢٦ | |
| الأعباء التشغيلية (٣) | ٧ | ٥٧ | ١٣ |
| مجموع الأعباء | ١٨ | ١٩٢٨٠ | ٢٥٢ |
| صافي الإيرادات والأعباء | ٥ | (٦٠١٩) | ٢١١ |

(١) إيرادات فوائد: يمثل هذا الحساب الفوائد المحققة على حسابات الشركة لدى المصارف (ودائع لأجل).

(٢) رواتب و أجور وملحقاتها                                      ( القيم بملايين ل.ل.)

| رواتب الموظفين | ٨ |
|---|---|
| بدل نقل | ١ |
| اشتراكات الضمان الاجتماعي | ٢ |
| المجموع | ١١ |

(٣) أعباء تشغيلية                                      ( القيم بملايين ل.ل.)

| شاشة أسعار (رويتر) | ٢ |
|---|---|
| الإيجار | ٤ |
| شركة مياه بيروت | ١ |
| المجموع | ٧ |

FNK 7782 1307

لجنة الرقابة على المصارف

ســـرّي.

بالنظر إلى بيان الأعباء والإيرادات للفترات المذكورة أعلاه يتبين أن الشركة حققت أرباحاً لغاية ٢٠٠٨/٦/٣٠ بحوالي ٢١١ مليون ل.ل، كون نشاطها خلال هذه الفترة لم يشمل عمليات المضاربة بالعملات الأجنبية، إلا أن الشركة تكبدت خسائر كبيرة خلال النصف الثاني من العام ٢٠٠٨ حين بدأت عمليات المضاربة والتي كانت في بداياتها مربحة إلا أن السوق فيما بعد كان على عكس التوقعات فانقلبت الأرباح إلى خسائر كما هو مبين أدناه، مع الإشارة إلى أن لجنة الرقابة قد وجهت بتاريخ ٢٠٠٩/٥/٢ كتاباً إلى الشركة طلبت بموجبه ما يلي:

١- عدم إجراء عمليات شراء وبيع عملات من دون تثبيت سعر الصرف، إذ أن ذلك أدى إلى تكبد الشركة خسائر بلغت حوالي ٦ مليار ل.ل، وفقاً لميزانيتها الموقوفة في ٢٠٠٨/٩/٣٠.

٢- عدم إيداع مبالغ لدى شركات الصرافة إلا على سبيل عمليات يومية، إذ أن هذا يخالف أحكام المادة ١٠ من القانون رقم ٣٤٧ تاريخ ٢٠٠١/٨/٦ *التي تحظر على مؤسسات الصرافة إعطاء تسليفات لأي كان بمعنى المادتين ١٢١ و١٧٨ من قانون النقد والتسليف.*

٣- فصل أموال الشركاء الشخصية عن الأموال الخاصة للشركة، وفي حال أراد الشركاء المتاجرة في العملات من أموالهم الخاصة يجب أن يكون ذلك خارج أعمال وحسابات الشركة.

فيما يلي تفاصيل خسائر الشركة مع الآلية المعتمدة لإطفائها:

ما بين تموز وأيلول ٢٠٠٨ قامت الشركة وعلى مراحل بشراء حوالي ٣٥ مليون يورو بسعر وسطي ("شراء" ١,٥٢ د.أ. و"مبيع" ١,٠٤ د.أ.) مما كبدها خسائر بلغت في ٢٠٠٨/٩/٣٠ حوالي ٦ مليار ل.ل. وكانت اللجنة قد وجهت إلى الشركة كتاباً بتاريخ ٢٠٠٨/١٢/١٥ أوصت بموجبه واستناداً إلى القانون رقم ٣٤٧ تاريخ ٢٠٠١/٨/٦ المتعلق بتنظيم مهنة الصرافة بما يلي:

• إطفاء الخسائر البالغة حوالي ٦ مليار ل.ل، عبر زيادة رأس المال من ٢٥٠ مليون ل.ل. إلى ٦,٢٥٠ مليار ل.ل.

• إعادة تخفيض رأس المال إلى ٢٥٠ مليون ل.ل.

بتاريخ ٢٠٠٩/٥/٦ قرر المجلس المركزي لمصرف لبنان الموافقة على ما جاء في القرارين الأول والثاني من محضر جلسة الجمعية العمومية غير العادية لمساهمي الشركة المنعقدة بتاريخ ٢٠٠٨/١١/٢١ لتغطية هذه الخسائر والمتطابقين تماماً مع توصيات اللجنة أعلاه، كما تضمن قرار المجلس المركزي منح الشركة مهلة ٦ أشهر من تاريخ الموافقة لإتمام معاملة إعادة تكوين رأس المال، تحت طائلة سقوط الموافقة حكماً وإحالة ملف الشركة إلى الهيئة المصرفية العليا لإتخاذ القرار المناسب بشأنها. (لم تنقض بعد فترة السماح أعلاه الممنوحة للشركة لإطفاء الخسائر)

*وقد أفادت الشركة أن المساهمين سيعمدون لاحقاً إلى تحرير ثلاثة شيكات مصرفية من حساباتهم الخاصة، كل بقيمة مساهمته بالخسارة وبحسب نسبة مساهمته برأس المال، تمهيداً لإيداعها في مصرف لبنان وذلك بإنتظار عودة أحد المساهمين المتواجد في الخارج حالياً.*

تجدر الإشارة إلى أن مجمل خسائر الشركة التشغيلية بلغت في ٢٠٠٨/١٢/٣١ حوالي ٦,٠١٩ مليار ل.ل.

FNK 7782 1308

لجنة الرقابة على المصارف

٩

سـري

على الشركة تغطية هذه الخسائر عملاً بأحكام المادة ٦ من القانون رقم ٣٤٧ تاريخ ٢٠٠١/٨/٦ التي تنص على أنه : على مؤسسات الصرافة التي تكون قد أصيبت بخسائر أن تعمد، خلال مهلة حدها الأقصى سنة أشهر، إما لإعادة تكوين رأسمالها وإما لتخفيضه شرط أن لا يقل عن الحد الأدنى المفروض".

## ١٠- التقيد بإجراءات مكافحة تبييض الأموال وتمويل الإرهاب

تبين لفريق عمل اللجنة وبعد الإطلاع على عينة من العمليات ما يلي:

**١٠-١- المادة الرابعة من القانون رقم ٣١٨ الصادر بتاريخ ٢٠٠١/٤/٢٠ الخاص بمكافحة تبييض الأموال.**
بعد الإطلاع على عينة من العمليات، تبين أن الشركة تتقيد بأحكام المادة الرابعة من القانون رقم ٣١٨ تاريخ ٢٠٠١/٤/٢٠ الخاص بمكافحة تبييض الأموال التي تنص على أنه يتوجب على مؤسسات الصرافة الاحتفاظ بصور عن المستندات المتعلقة بعملائها الذين أجروا معها عمليات تفوق قيمتها ١٠ آلاف د.أ. وتحتفظ الشركة بالسجلات الخاصة لهذه العمليات وبالصور عن الوثائق الرسمية العائدة لها.

**١٠-٢- تعميم أساسي رقم ١١١ الصادر عن مصرف لبنان بتاريخ ٢٠٠٧/٩/٢٤ المتعلق بالتحاويل النقدية وفقاً لنظام الحوالة.**
إن الشركة لا تقوم لتاريخه بالتحاويل النقدية وفقاً لنظام الحوالة علماً أنها أبلغت مصرف لبنان بنيتها القيام بعمليات تحويل الأموال عبر نظام الحوالة بتاريخ ٢٠٠٨/٧/٧.

**١٠-٣- تعميم مصرف لبنان وسيط رقم ١٣٦ تاريخ ٢٠٠٧/٤/٢٧**
أن الشركة تقوم بتحويل الأموال لصالح عملائها عبر المصارف وتزود هذه المصارف بالمعلومات عن مصادر هذه الأموال ووجهتها وهوية المستفيد وصاحب الحق الاقتصادي. (المصارف المتعامل معها بهذا الخصوص هي البنك اللبناني الكندي ش.م.ل، وبنك بيروت والبلاد العربية ش.م.ل.)

## ١١- دفاتر الشركة القانونية

تم الإطلاع على دفاتر الشركة القانونية وتبين أن دفتر الجرد والموازنة سجلت عليه الميزانيـة العموميـة، ميـزان المراجعة، حساب النتيجة وبيان الأصول والإستهلاكات لغاية ٣١ /١٢/ ٢٠٠٨، أما العمليات اليومية فهي تسجل في النظـام المعلوماتي بدلاً من تدوينها في دفتر اليومية القانوني.

على الشركة أن تقوم بتسجيل كافة العمليات التي تنفذها يوما فيوما على دفتر اليومية وفقا لأحكام المادة ١٦ من قانون التجارة.

FNK 7782 1309

لجنة الرقابة على المصارف

سـرّي                                    ١٠

١٢- ملاحظات وتوصيات اللجنة

١- لم تجر الشركة أي نوع من التأمين على موجوداتها النقدية،

يستحسن قيام الشركة بإجراء التأمينات اللازمة تفادياً لأية مخاطر أو خسائر قد تتعرض لها في المستقبل (سرقة،
حريق،...).

٢- بلغت خسائر الشركة الناتجة عن عمليات المضاربة بالعملات الأجنبية حوالي ٦ مليار ل.ل. خلال النصف الثاني من
العام ٢٠٠٨، بالإضافة إلى الخسائر التشغيلية الأخرى فقد بلغ مجموع هذه الخسائر في ٢٠٠٨/١٢/٣١ حوالي
٦,٠١٩ مليار ل.ل.

على الشركة المبادرة إلى إطفاء هذه الخسائر وفقاً لقرار المجلس المركزي وتوصيات اللجنة وإيداع قيمة هذه الخسائر
لدى مصرف لبنان بالسرعة القصوى علماً بأن المادة ٦ من القانون رقم ٣٤٧ تنص على أنه : على مؤسسات
الصرافة التي تكون قد أصيبت بخسائر أن تعمد، خلال مهلة أقصاها حدها الأقصى ستة أشهر، إما لإعادة تكوين رأسمالها وإما
لتخفيضه شرط أن لا يقل عن الحد الأدنى المفروض"، تحت طائلة اتخاذ الإجراءات القانونية بحقها.

٣- تبين أن الشركة تمر حالياً بمرحلة جمود في نشاطها وأعمالها وبقرار ذاتي من الشركاء،
ترى اللجنة ضرورة تفعيل نشاط الشركة.

٤- بعدما تبين وجود عدد من الأخطاء المحاسبية في ميزانية الشركة،
وعملاً بمبدأ الشفافية، ترى اللجنة أنه على الشركة تصحيح الأخطاء والثغرات في تبويب بعض البنود مع المبالغ
العائدة لها.

٥- تبين للجنة أن الشركة تدون أعمالها اليومية في النظام المعلوماتي المعتمد لديها بدلاً من تدوينها في دفتر اليومية،
يتوجب على الشركة أن تقوم بتسجيل كافة العمليات التي تنفذها يوما فيوما على دفتر اليومية وفقا لأحكام المادة ١٦ من
قانون التجارة.

هذا مع الإشارة إلى أن اللجنة ستتحقق لاحقاً من تقيد الشركة بتوصياتها أعلاه.

١٣- الملاحظات على تقرير مفوض المراقبة عماد علي عكوش

بعد الإطلاع على تقرير مفوض المراقبة عماد علي عكوش عن أعمال الشركة للعام ٢٠٠٨ تبين للجنة أنه لم يشر إلى
الثغرات الواردة أعلاه، مما يوجب لفت نظر مفوض المراقبة حول الشوائب  التي اعترت تقريره بموجب كتاب خطي.

# EXHIBIT

# T

FNK.7782 1311



ALINE E. SAWAYA
Sworn Translator

Tel/Fax: +9615451785          Mobile: +96171399113          Email: sawaya.aline@gmail.com

Central Bank of Lebanon
Central Council

Beirut, August 9, 2010

To the Board Chairman of
"New Line Exchange Trust Company S.A.L."

608/M.M/17

Subject: Assignment of Shares
Reference: Your letter dated on May 11, 2010

With reference to the above mentioned subject and reference, we would like to inform you that the Central Council convened on August 4,2010 has made the following Decision No. 31/25/10:

Disapproval for "New Line Exchange Trust Company S.A.L." concerning the assignment of Mr. Ziad Fawzi HOBEICH of 290 shares of his total shares amounting to 300 shares of its capital for the interest of Mr. Ayman Said JOUMAA.

Yours Respectfully
Governor of the Central Bank of Lebanon
Riad Toufic SALAMEH (Signature)

❖  Copy to the Banking Control Commission
❖  Copy to the Legal Affairs Department
❖  Copy to the Financial Market Department

Masraf Loubnan Street – P.O.Box 11-5544 Beirut – Tel: (961-1)750000 Fax: (961 -1) 602224

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

3 1 MAR 2015

FNK 7782 1312

مصرف لبنان
المجلس المركزي

بيروت، في ٩ أب ٢٠١٠

١٧/م.م/٦٠٨

حضرة رئيس مجلس ادارة
" نيولاين اكس شاينج ترست كومباني ش.م.ل."

الموضوع:   تفرغ عن أسهم.
المرجع:   كتابكم تاريخ ٢٠١٠/٥/١١.

بالإشارة إلى الموضوع والمرجع المبينين أعلاه ، نفيدكم أن المجلس المركزي المنعقد بتاريخ ٢٠١٠/٨/٤ ، اتخذ القرار رقم ١٠/٢٥/٣١ التالي:

" عدم الموافقة لـ " شركة نيولاين اكس شاينج ترست كومباني ش.م.ل. " على تفرغ الأستاذ زياد فوزي حبيش عن ٢٩٠ سهم من أصل أسهمه البالغة ٣٠٠ سهم في رأسمالها لصالح السيد أيمن سعيد جمعه."

وتفضلـوا بقبول الاحترام
حاكم مصرف لبنان

رياض توفيق سلامه

❖ نسخة إلى لجنة الرقابة على المصارف.
❖ نسخة إلى مديرية الشؤون القانونية.
❖ نسخة إلى مديرية الأسواق المالية.

# EXHIBIT

# U

FNK 7782 1314



## ALINE E. SAWAYA
Sworn Translator

Tel/Fax: +9615451785          Mobile: +96171399113          Email: sawaya.aline@gmail.com

### Central Bank of Lebanon

### Central Bank of Lebanon Street – Beirut – Lebanon

August 29, 2011
Issue number 4264/H.T/11

Resolution N. 10794

The Governor of the Central Bank of Lebanon,
Pursuant to Law No. 347 dated August 6, 2001 related to the regulation of the Money Exchange Profession in Lebanon, notably Article 16,
Pursuant to the Resolution No. 10630 dated January 14, 2011 necessitating the publishing of the list of Money Exchange Companies for the year 2011,
Pursuant to the minutes of the extraordinary session of the General Assembly of the partners of "New Line Exchange Trust Company S.A.L." held on August 19, 2011,
Pursuant to the letter of the concerned company addressed to the Central Bank of Lebanon on August 23, 2011,

Decides the following:

Article 1: "New Line Exchange Trust Company S.A.L.", registered on the list of Money Exchange Companies under N. 679, will be deleted from the list.

Article 2: This Resolution shall be published in the Official Gazette and notified when needed.

**Beirut, on August 26, 2011**
**The Governor of the Central Bank of Lebanon**
**Riad Toufic SALAMEH**
**(Signature)**

26 MAR 2015

True translation of the Arabic text herewith attached without any responsibility to be imposed on us regarding the veracity of the Arabic text.
The Sworn Translator

FNK 7782 1315



<div dir="rtl">

٢٩ آب ٢٠١١

مصرف لبنان

شارع مصرف لبنان ـ بيروت ـ الجمهوريّة اللبنانيّة

قرار رقم ١٠٧٩٤

إنّ حاكم مصرف لبنان،

بناءً على القانون رقم ٣٤٧ تاريخ ٢٠٠١/٨/٦ المتعلق بتنظيم مهنة الصرافة في لبنان لاسيما المادة السادسة عشرة منه،

وبناءً على القرار رقم ١٠٦٣٠ تاريخ ٢٠١١/١/١٤ القاضي بنشر لائحة مؤسسات الصرافة لعام ٢٠١١،

وبناءً على محضر جلسة الجمعية العمومية غير العادية للشركاء في شركة « نيو لاين اكس شاينج ترست كومباني ش.م.ل.» المنعقدة بتاريخ ٢٠١١/٨/١٩،

وبناءً على كتاب الشركة المعنية الوارد الى مصرف لبنان بتاريخ ٢٠١١/٨/٢٣،

يُقــرر مــا يـأتـي:

المادة الأولى:   يُشطب مــن لائحــة مؤسسات الصرافة اسم شــركة « نيــو لايــن اكــس شايــنج ترست كومباني ش.م.ل.» المسجّل في اللائحة المذكورة تحت رقم ٦٧٩.

المادة الثانية:   يُنشر هذا القرار في الجريدة الرسميّة ويُبلَغ حيث تدعو الحاجة.

بيروت، في ٢٦ آب ٢٠١١
حاكم مصرف لبنان

رياض توفيق سلامه

</div>

FNK 7782 1316

# EXHIBIT

# V

FNK 7782 1317

ALAMEH TRANSLATION SERVICES

Furn El-Chebbak – Franjieh Street – Beirut – Lebanon
Tel. /Fax: 01 – 389387  Mobile: 03 – 624291

علامة للترجمة القانونية
فرن الشباك – شارع فرنجية –بيروت – لبنان
E-mail: alamehtranslation@gmail.com

**Republic of Lebanon**
**Oussama Abdallah GHOTAIMI**
**Notary Public in Beirut**
**Lebanese Central Bank Street – Aresco Center – Ground Floor**
**Landline N°: 01/752333-444**
**Cellphone N°: 03-70/553375**
**N° 4420/2011**

# Minutes of an Extraordinary General Assembly
## of
# *NEW LINE EXCHANGE TRUST COMPANY S.A.L*

Registered at the Commercial Registry of Beirut under N° /1008128/

Minutes of an Extraordinary General Assembly held on 19/08/2011

- **Invitation:**
**Invitation date:** 19/08/2011
**Dispatcher of the invitation:** Shareholders
**Method of invitation:** Calling all shareholders via phone
**Invitation book:** Written

- **Meeting formalities**
**Head of the session:** Mr. Ismail Mohamad YOUSSEF
**Secretary and Votes Controller:** Lawyer Ziad HOBEICH
**Place:** Company's Headquarter in Ras Beirut
**Time:** The date abovementioned – at 10:00h
**Attendees:** Based on the attendance sheet
**Attendants:** Attached herewith
**Quorum:** Available upon the presence or representation of all shares :100/100

In view of the participation of the shareholders representing the Company's Capital in whole, on behalf and by procuration, and according to Article 37 of the Rules of Procedure, the shareholders waived their right of requesting to publish the invitation and the period specified in the memorandum, while acknowledging the invitation's validity where each shareholder has waived, as much as needed, each right, aroused lawsuit or might arise thereof.

*Lebanese Republic- Ministry of Justice- Commercial Registry of Beirut (Seal)*
*Notary Public in Beirut, Oussama Abdallah GHOTAIMI (Seal & signature)*
*Date: 17/08/2016*

FNK 7782 1318

- **Opening:**
The chairman has duly declared the opening of the session after verifying the completion of the quorum through the attendance sheet.

- **Agenda:**
Proceed with writing off the Company and whatever this resolution requires from formalities and legal proceedings pursuant to Article 57 of the Rules of Procedure, and to Article 9 of the Law of Organizing the Exchange Profession N° 347/2001.

- **Current Documents:** Report issued by the General Manager and the main Control Commissioner

- **References at the disposal of the attendants:**

  A- Commercial Code
  B- Company's Rules of Procedure

- **It has been decided upon:**
  I-   After the Chief of the Board of Directors by proxy, Mr Ismail Mohamad YOUSSEF has read his report that aims at the impossibility of establishing a company while practicing the business as stipulated in the Rules of Proocedure for personal issues concerning the shareholders themselves and their private preoccupations, and for public reasons concerning the general situation of the country.
  Therefore, the shareholders have decided to dissolve and liquidate the Company.
  
  **This decision has been ratified unanimously.**

  II-  The Partner's Assembly considers that the decision of dissolving the Company is final and inevitable. The lawyer Ziad HOBEICH or his representative is carrying out with the procedures of writing off the Company and performing any other legal procedures which invokes the writing off of the Company before any official department and competent authority.
  
  **This decision has been ratified unanimously.**

*Lebanese Republic- Ministry of Justice- Commercial Registry of Beirut (Seal)*
*Notary Public in Beirut, Oussama Abdallah GHOTAIMI (Seal & signature)*
*Date: 17/08/2016*

FNK 7782 1319

III- According to the Article 58 of the Rules of Procedure, the Assembly has decided upon assigning Mr. **Jamal EL HALABI** as the liquidator in order to carry out the procedures of liquidation and all authorities and powers stipulated in Article 59 therein. The liquidator shall initiate the procedures of the liquidation immediately after he accepts the job assigned to him with commitment to distribute the net surplus resulting from the liquidation of the Company's assets after it has covered all due debts and encumbrances, if any, and proportionally distributed to each shareholder in accordance with his share of the Company's capital.

<u>This decision has been ratified unanimously.</u>

IV- The General Assembly has granted lawyer Ziad HOBEICH all authorities and powers in order to carry out the procedures of dissolving and writing off the Company, the procedures of filling in the Registry and registration at the Commercial Registry and at the Ministry of Finance, in accordance with the Law and the write-off of the company.

<u>This decision has been ratified unanimously.</u>

V- **Adjourning the session:**
  <u>Closing</u>    **Time:** The abovementioned date, at 1:00 PM

<u>*Signatures*</u>

*Chairman of the Board of Directors, Ismail Mohamad YOUSSEF*
*(Signature)*

*Secretary and Votes Controller, Ziad Fawzi HOBEICH (Signature)*

*Shareholder, Ziad Mohamad YOUSSEF (Signature)*

*Shareholder by proxy, Ismail Mohamad YOUSSEF (Signature)*

*Control Commissioner, Imad Ali AKKOUCH (Signature)*

*The liquidator, Jamal EL HALABI (Signature)*

*Notary Public in Beirut, Oussama Abdallah GHOTAIMI (Seal & Signature)*

*The Chief Clerk of Commercial Registry in Beirut*
*Marlene DAMIAN (Seal & signature)*
*True copy delivered on October 17, 2016*

FNK 7782 1320

N°: 4420/2011

Seen by me, the Notary Public in Beirut, **Oussama Abdallah GHOTAIMI,** Mastered in Law, for the legalization of the signature of each, the lawyer **Ziad Fawzi HOBEICH,** his mother Therese, Lebanese, born in Kobayat Al Daher in 1971, register place and number: Kobayat Al Daher /50/ pursuant to an Identity Card issued on 11/12/2007 N° 47222636 to which his photo is attached, and **Mr. Ismail Mohamad YOUSSEF,** his mother Nawf ABDALLAH, Lebanese, born in Santa Martha in 1979, register place and number Baaloul – West Beqaa/71 pursuant to an Identity Card issued on 12/07/2006 N° 42745307 to which his photo is attached, signing this minutes personally and by proxy on behalf of his brother **Mr. Ziad Mohamad YOUSSEF,** his mother Nawf, Lebanese, born in Santa Martha Colombia in 1976, register place and number Baaloul – West Beqaa/71, pursuant to a Special Power of Attorney registered at the Lebanese Embassy in Caracas on 10/08/2011 under N° 369/2011 (Register N° 87), Serial N° 1637/2011, legalized by the Legalization Department at the Ministry of Foreign Affairs in Lebanon on 17/08/2011 under N° /96872/, enjoying their civil and legal capacities, and signing this Minutes of the Extraordinary General Assembly of NEW LINE EXCHANGE TRUST COMPANY S.A.L, organized outside this Department and it consists of five pages including the current page, after having read it openly to them, and their consent willingly to the content on Tuesday, September 06, 2011.

*Lebanese Republic- Ministry of Justice- Commercial Registry of Beirut (Seal)*
*Notary Public in Beirut, Oussama Abdallah GHOTAIMI (Seal & signature)*
*Date: 17/08/2016*

N°: 2016/7432

A true copy has been issued of this transaction under N° 2011/4420 to Mr. Ismail Mohamad YOUSSEF after comparing it with the original document archived in the Department on Wednesday, August 17, 2016.

*Lebanese Republic- Ministry of Justice- Commercial Registry of Beirut (Seal)*
*Notary Public in Beirut, Oussama Abdallah GHOTAIMI (Seal & signature)*
*Date: 17/08/2016*

FNK 7782 1321

The Extraordinary General Assembly of
## NEW LINE EXCHANGE TRUST COMPANY S.A.L
Registered at the Commercial Registry of Beirut under N° /1008128/
Held on 19/08/2011

Attendance Sheet

| Name of the shareholder | Number of shares | Number of votes | Signature |
|---|---|---|---|
| Ziad Mohamad YOUSSEF represented by Ismail Mohamad YOUSSEF | 400 | 400 | Signature |
| Ziad Fawzi HOBEICH | 300 | 300 | Signature |
| Ismail Mohamad YOUSSEF | 300 | 300 | Signature |
| Total | 1000 | 1000 | |

*Lebanese Republic- Ministry of Justice- Commercial Registry of Beirut (Seal)*
*Notary Public in Beirut, Oussama Abdallah GHOTAIMI (Seal & signature)*
*Date: 17/08/2016*

True translation of the attached Arabic document.
The Certified Translator, Hiba ALAMEH
Translated on October 17, 2016

FNK 7782 1322

محضر جلسة جمعية عمومية غير عادية لشركـــــــة

نيو لاين اكس شاينج ترست كومباني ش.م.ل.

NEW LINE EXCHANGE TRUST COMPANY S.A.L

/ س.ت. 1008128/ بيروت

محضر اجتماع جمعية عمومية غير عادية تاريخ   19/ 8/ 2011

**الدعـــــوة :**

**تاريخ الدعوة :**   19/ 8/ 2011      **موجه الدعوة :** الأعضاء المساهمين

**تبليغ الدعوة :** هاتفياً" إلى كافة المساهمين      **ورقة الدعوة :** دون

**. شكليات الاجتماع**

**رئيس الجلسة :** السيد اسماعيل محمد يوسف

**أمين السر و مدقق الأصوات :** المحامي زياد حبيش

**المكان :** مركز الشركة في منطقة رأس بيروت      **الزمان :** التاريخ أعلاه ـ الساعة 00: 10

**الحاضرون :** وفقا للائحة الحضور      **لائحة الحضور :** مرفقة

**النصاب :** متوفر بحضور أو تمثيل كافة الاسهم : 100 / 100

ونظراً لحضور مساهمين يمثلون كامل رأس مال الشركة بالاصالة والوكالة ، واستناداً للمادة 37 من النظام التأسيسي ، اعلن اصحاب الاسهم تنازلهم عن حقهم بطلب نشر الدعوة وعن المهلة المحددة في النظام ، وأقروا صحة الدعوة وتنازل كل منهم بقدر الحاجة عن كل حق ودعوى ناشئة او قد تنشأ فيما بعد بسبب ذلك .



FNK 7782 1323



- بدء الأعمال :

أعلن الرئيس افتتاح الجلسة بصورة قانونية بعد أن تم  التأكد من اكتمال النصاب القانوني بموجب ورقة الحضور .

- جدول الأعمال :

السير بمعاملات شطب الشركة وما يستوجبه هذا القرار من شكليات وإجراءات قانونية عملا بالمادة 57 من نظام الشركة ، وعملاً بالمادة 9 من قانون رقم 347 / 2001 قانون  تنظيم مهنة الصرافة .

- المستندات المتداولة :      تقرير المدير العام ومفوض المراقبة الاساسي

- المراجع الموضوعة بتصرف الحاضرين

أ  - قانون التجارة
ب - نظام الشركة الأساسي .

- تقـــرير :

أولاً :  بعد أن تلى رئيس مجلس الادارة بالوكالة السيد اسماعيل محمد يوسف القاضي تقريره باستحالة امكانية قيام الشركة بمزاولة العمل كما هو منصوص في نظام الشركة لأسباب شخصية تتعلق بالمساهمين أنفسهم وبانشغالاتهم الخاصة ، ولأسباب عامة تتعلق بالوضع العام بالبلد .
قرر المساهمون حلّ الشركة وتصفيتها .

<u>صدق هذا القرار بالإجماع</u>

ثانياً :  تعتبر جمعية الشركاء ان حل الشركة حاصل بصورة نهائية وتكلف المحامي زياد حبيش او من ينتدبه القيام بإجراءات شطب الشركة والقيام بأية إجراءات قانونية أخرى يستدعيها أعتبار الشركة مشطوبة لدى اية مراجع رسمية .

<u>صدق هذا القرار بالإجماع</u>

ثالثاً : قررت الجمعية تعيين المصفي السيد جمال الحلبي   عملاً بالمادة 58 من نظام الشركة باتخاذ كافة إجراءات التصفية مع منحه كافة الصلاحيات المنصوص عنها في المادة 59 من نظام الشركة على أن يباشر بإجراءات التصفية فور موافقته على المهمة الموكلة اليه   مع التزامه بتوزيع الفائض الصافي الناتج عن تصفية موجودات الشركة بعد تسديد ما يترتب عليها من ديون واعباء في حال وجدت على المساهمين كل بنسبة ما يملك من اصل راسمال الشركة .

صدق هذا القرار بالإجماع

رابعاً :

اعطت الجمعية العمومية المحامي الاستاذ زياد حبيش جميع الصلاحيات من اجل اجراء معاملات السير باجراءات الحل والشطب المتخذ منها كما ومعاملات الايداع في قلم المحكمة والتسجيل في سجل التجارة ووزارة المالية وفقاً للقانون وشطب الشركة .

صدق هذا القرار بالإجماع

خامساً : رفعت الجلسة

انتهاء الأعمال                   الزمان: التاريخ أعلاه ، الساعة الواحدة بعد الظهر

موقعي المحضر

| المساهم | امين السر ومدقق الاصوات | الرئيس |
|---|---|---|
| زياد محمد يوسف | زياد فوزي حبيش | اسماعيل محمد يوسف |
| بالوكالة اسماعيل محمد يوسف | | |

المصفي جمال الحلبي
على سبيل قبول المهمة الموكلة اليه

مفوض المراقبة
عماد علي عكوش

صورة طبق الأصل
بيروت في  ١٧  تشرين الأول ٢٠١٦
رئيس القلم

929

FNK 7782 1325





عـدد: 2011/4420

نظر ملي أنا أسامه عبد الله غطيمي، ماجستير في القانون، كاتـب عـدل بيروت، للمصادقة على صحة ترقيع كلٍّ من المحامي الأستاذ/ زياد فوزي حبيش، والده نزار/ اللبناني، المولود في القبيات الضنهر سنة 1971 (ألف وتسعمائة وأحد وسبعون)، رقم سجل نفوسه 50 (خمسين) القبيات الضنهر بطاقة هوية عليها رسمه الشمسي تاريخ 2007/12/11 رقم: 47222636، والسيد/ إسماعيل محمد يوسف، والدته نوف عبد الله، اللبناني، المولود في سانتا مرتا سنة 1979 (ألف وتسعمائة وتسعة وسبعون)، رقم سجل نفوسه 71 (أحد وسبعون) بعلول-البقاع الغربي حسب بطاقة هوية عليها رسمه الشمسي تاريخ 2006/07/12 رقم: 42745307 الموقّـع عـلى هـذا المحضر بصفته الشخصية وبوكالته عن شقيقه السيد/ زياد محمد يوسف، والدتـه نـوف، اللبناني، المولود في سانتا مرتا كولومبيا سنة 1976، رقم سجل نفوسه 71 بعلول قضاء البقاع الغربي، بموجب بند توكيل خاص مصدّق في السفارة اللبنانيـة فـي كراكـاس بتاريخ 2011/08/10 رقـم: 2011/369 -سجل رقم (...) الرقم المتسلسل: 2011/1637 والمصادق عليها من قسم المصادقات لدى وزارة الخارجية والمغتربين بتاريخ 2011/08/17 برقم 96872/ الحائزين على الأهلية المدنية والقانونية بريادتهم ... لحضور جلسة الجمعية العمومية غيـر العاديـة لـ "شركة نيو لاين إكسبريشنز كومباني ش.م.ل." المنظم خارج هذه الدائرة والمؤلف من خمسة صفحات بما فيها هذه الصفحة علنا ومراقبتها عليهما علنا ومراقبتها على مضمونه بمحض إرادتهم وذلك فـي يوم الثلاثاء الواقع فيه السادس من شهر أيلول سنة ألفين وأحد عشر.



عـدد: 2016/7432

صورة طبق الأصل عن المعاملة رقم 2011/4420، أعطيت للسيد/ إسماعيل محمد يوسف، بعد المقابلة والمطابقة على أصلها المحفوظ لدى هذه الدائرة وذلك في يوم الاربعاء الواقع فيه السابع عشر من شهر آب سنة ألفين وستة عشر.

كاتب عدل بيروت
أسامه عبد الله

FNK 7782 1326



ورقة حضور الجمعيّة العموميّة غير العاديّة

نيو لاين اكس شاينج ترست كومباني ش.م.ل.

**NEW LINE EXCHANGE TRUST COMPANY S.A.L**

س.ت. 1008128/ بيروت

المنعقدة بتاريخ 19 / 8 / 2011

| التوقيع | عدد الأصوات | عدد الأسهم | إسم المساهم |
|---|---|---|---|
|  | 400 | 400 | زياد محمد يوسف بوكالته<br><br>عنه اسماعيل محمد يوسف |
|  | 300 | 300 | زياد فوزي حبيش |
|  | 300 | 300 | اسماعيل محمد يوسف |
|  | 1000 | 1000 | المجموع |



06 SEP

931

FNK 7782 1327

# EXHIBIT

# W

FNK 7782 1328

ALINE E. SAWAYA
Sworn Translator
Lebanon – Hazmieh – Mar Roukoz Street – Al Kuwaiti Building, Ground floor
Tel/Fax: +9615451785
Mobile: +9617139911

Sworn Translator
71 /359113
Syndicate No.140
Email: sawaya.aline@gmail.com

Oussama Abdallah GHOUTAYMI
Notary Public in Beirut
Bank of Lebanon Street, Arisco Center, Ground Floor
Phone N.: 01/752333-444
Mobile: 03-70/553375

## COMMITMENT

I the undersigned, _Ayman Said JOUMAA_, enjoying the legal capacity, declare willingly, by virtue of the present document, that the Governor of the "Central Bank of Lebanon" has taken on August 26, 2011 the decision N. /10794/ to delete the Company "_New Line Exchange Trust Company S.A.L_" from the list of Exchange Companies, registered with the mentioned list under the N. /679/ and consequently this Company will not be allowed to practice any activity of any kind.

It is to note that the Company assets are not liquidated until the current date because the company's account, opened before the "Societe Generale De Banque au Liban S.A.L", is frozen by virtue of an order issued by the Lebanese banking authorities, the fact that make the closure of the account difficult and consequently it becomes difficult to obtain an acquittal from the above mentioned bank in order to complete the liquidation of the company.

After the verification and approval
Ayman Said JOUMAA (Signature)

N. 8815/2015

Seen by me, I, Oussama Abdallah GHOUTAYMI, Holder of a Master's Degree in Law, Notary Public in Beirut, to approve the signature of Mr. _Ayman Said JOUMAA_, his mother's name: Ekram YOUSSEF, Lebanese, born in Lala in 1974 (Nineteen Seventy Four), Register N. & Place: 40-Lala-West Bekaa, holder of an Identity Card N.: 49518140 issued on February 16, 2009, enjoying the civil and legal capacity, after reading the present document viva voce to him and after he approved its content on Friday, November 27, 2015.

Notary Public in Beirut
Oussama Abdallah GHOUTAYMI
(Signature & Seal)
November 27, 2015

30 NOV 2015

True translation of the Arabic text herewith attached (original document) without any responsibility to be imposed on us

002180
FNK 7782 1329





إسـامه عبد الله غطيمي

الكاتب العدل في بيروت

شارع مصرف لبنان، ريسكو سنتر، ط. أرضي

هاتف: 444-01/752333

خلوي: 03-70/553375

إقرار

أنا الموقع أدناه **ايمن سعيد جمعه**،

أصرّح طائعاً مختاراً وأنا بأكمل الأوصاف المعتبرة شرعاً وقانوناً بما يلي:

أقرّ بموجب هذا السند بأن حاكم "**مصرف لبنان**" اتخذ بتاريخ 2011/08/26 القرار رقم 10794/

القاضي بشطب من لائحة مؤسسات الصرافة، اسم شركة "**نيو لاين أكس شايـنج ترست كومباني**

**ش.م.ل.**"، المسجّل في اللائحة المذكورة تحت رقم 679/، وبالتالي لم يعد بإمكان هذه الشركة ممارسة

أي نشاط من أي نوع كان.

علماً بأنه لم تتم تصفية موجودات هذه الشركة لغاية تاريخه، لأن حساب الشركة المفتوح لدى "**بنك**

**سوسيته جنرال في لبنان ش.م.ل.**"، مجمّد بأمر من السلطات المصرفية اللبنانية، الأمر الذي يتعذّر

معه إقفال هذا الحساب، وبالتالي يتعذّر معه الاستحصال على براءة ذمّة من المصرف المذكور أعلاه

لاستكمال عملية تصفية هذه الشركة.

التوقيع

هذا اقراري وما لي ما اعارضه

ايمن سعيد جمعه

Aiman Jomaa

عـدد: 2015/8815

نظر ملي أنا اسامه عبد الله غطيمي، ماجستير في القانون، كاتب عدل بيروت، المصادقة

على صحة توقيع السيد/ **ايمن سعيد جمعه**، والدته اكرام يوسف، اللبناني، المولود في الا سنة 1974

(ألف وتسعمائة وأربعة وسبعون)، رقم سجل نفوسه 40 (أربعون) للالبناع الغربي حامل بطاقة هوية

تاريخ 2009/02/16 رقم: 49518140، الحائز الأهلية المدنية والقانونية، بعد تلاوة هذا السند

عليه علناً وموافقته على مضمونه بمحض إرادته، وذلك في يوم **الجمعة الواقع فيه السابع**

**والعشرين من شهر تشرين الثاني سنة ألفين وخمسة عشر.**

كاتب عدل بيروت

اسامه عبد الله غطيمي

27 NOV 2015

27 NOV 2015

002181
FNK 7782 1330

# EXHIBIT

# X

FNK 7782 1331

Privileged & Confidential
Joint Defense Information

Republic of Panama
Province of Colon

First Notary Public Office in and for Colon Circuit

Mrs. NedelkaNavas Reyes
Notary Public

Phone: 441-3221. Mobile: 62151059
E-mail: notaria_1@yahoo.com

COPY

Deed No. 5 of January 6, 2010

Pursuant to which is legalized and authenticated the Agreement of Merging through Absorption entered by and between GOLDI ELECTRONICS, S.A., MONTE GRANDE INTERNACIONAL S.A., and ZONA LIBRE INTERNATIONAL MARKET, S.A., and are registered the deeds.

(Seal of the Public Record of Panama, Republic of Panama)

(Seal & Signature of the Provincial Administration of Income, Ministry of Economy& Finance, Republic of Panama)



FNK 7782 1332

Privileged & Confidential
Joint Defense Information



Republic of Panama
Notarial Paper

(Fiscal Stamp)

First Notary Public in and for Colon Circuit

Public Deed No. Five (5)

Pursuant to which is legalized and authenticated the Agreement of Merging through Absorption entered by and between GOLDI ELECTRONICS, S.A., MONTE GRANDE INTERNACIONAL S.A., and ZONA LIBRE INTERNATIONAL MARKET, S.A., and are registered the deeds.

Colon, on the Sixth (6th) of January Two Thousand & Ten (2010)

In the city of Colon, Head of the Province and the Notarial Circuit of the same name in the Republic of Panama, on the Sixth (6th) day of January of the year Two Thousand & Ten (2010) before me Mrs. NedelkaNavas Reyes, First Notary Public in and for colon Circuit, with ID Card No. Three-One Hundred Eight-Eight Hundred & One (3-108-801), appeared personally Mr. RICARDO SEMPERO, Male, Panamanian National, married, attorney-at-law, of legal age, with personal ID Card number Three-Sixty Three-Four Hundred & Twenty Eight (3-63-428), and asked me for the issuance of the present Public Deed and the authentication of the Merging Agreement through Absorption of the Company GOLDI ELECTRONICS, S.A., entered and executed on the Fifth (5th) of January of the year Two Thousand & Ten (2010). It is hereby authenticated and legalized the abovementioned Minutes and were issued the copies required by the concerned person, informing the latter that the copy of the Minutes shall be registered at the Public Record for its full validation and effectiveness. The same as read out loud before the petitioner in the presence of the attesting witnesses Eric Alberto Lam Espana, ID Card No. Three-One Hundred & Twelve-Two Hundred & Eighty Four (3-112-284), and Cleotilde Hurtado de Lynch, ID Card No. Eight-Four Hundred & Nineteen-Nine Hundred & Thirty Nine (8-419-939), both of Legal age,

FNK 7782 1333

Privileged & Confidential
Joint Defense Information

Panamanian Nationals, residing in the present Circuit, whom I know in person and are skillful, who approved and signed before me, the Notary Public, in testimony whereof.

The present deed bears the number Five (5).

(Signature) Ricardo Sempero, (Signature) Eric Alberto Lam Espana, (Signature) Cleotilde Hurtado de Lynch, (Signature) Mrs. NedelkaNavas Reyes, First Notary Public in and for Colon.

The Merging Agreement to be authenticated and legalized is literally read as follows:

Merging Agreement

The undersigned, AIMAN SAID JOMAA KHARFAN, ISMAEL YOUSSEF ABDALLAH, and JALAL JOMHA KHARFAN, managers of the Joint-Stock Company named GOLDI ELECTRONICS S.A., which Articles of Associationare registered in the Public Register, Section of Microfilms (Commercial), File No. Six Four Two Nine Six Two (642962), Document One Four Seven Six Four Two Two (1476422) of the Microfilms Section (Commercial) of the Public Register, hereinafter referred to as "Absorbing Company" and the Companies named MONTE GRANDE INTERNACIONAL, S.A., which Articles of Associationare registered in the Public Register, Section of Microfilms (Commercial), File No. Six Four Seven Three Seven Five (647375), Document No. One Four Nine Nine Five One Two (1499512) and the Company named ZONA LIBRE INTERNATIONAL MARKET, S.A., which Articles of Associationare registered in the Public Register, Section of Microfilms (Commercial), File No. Three Six Three Three Eight Six (363386), Roll No. Six Six One Six One (66161), Image Two Zero (20) hereinafter referred to as "Absorbed Companies", which are willing to merge and integrate through absorption, so that as result subsists and survives the Absorbing Company, pursuant to the provisions of Articles Seventy One (71) and subsequent, Section Eighth of the Law Thirty Two (32) of One Thousand Nine Hundred & Twenty Seven (1927), and the provisions of

FNK 7782 1334

Privileged & Confidential
Joint Defense Information

the Decree-Law No. Eighteen (18) of the Fourteenth (14th) of March of the year One Thousand Nine Hundred & Ninety Four (1994), regulated by the Resolution number Two Hundred & One – One Thousand One Hundred & Five (201-1105) of the Seventeenth (17th) of June One Thousand Nine Hundred & Ninety Four (1994) of the Directorate-General of Income of the Ministry of Economy and Finance, and particularly Articles First (1st) and Second (2nd) of said Decree-Law. RECITALS: For reasons of administrative and financial great efficiency, the Absorbed Companies and the Absorbing Company are willing to merge so that following the merge, shall subsist and survive the Absorbing Company, being understood that the entire assets, liabilities, and heritage of the Absorbed Companies be entirely subsumed, including as to be mentioned without limitation all assets, credits, liabilities, rights, concessions, capital appreciation, privileges, powers, and franchises of the Absorbed Companies, notwithstanding the rights of its creditors, either real corresponding to such assets encumbered in favor of such creditors, and confined to the respective asset. The Absorbed Companies and the Absorbing Company, taking into consideration the above recitals and the mutual benefits of all Parties resulting as from the merging by absorption, purpose of the present Agreement, declare that they are willing to enter into the present merging as per the following terms and conditions:

Article 1: The present merging shall be effective as from the registration of the Merging Agreement in the Public Register (hereinafter referred to as "Effective Date").

Article 2: As from the Effective Date, the Absorbed Companies shall be considered as merged through Absorption with the Absorbing Company, and therefore the two Absorbed Companies shall cease to exist and shall cease to have any independent legal entity, and therefore, without the need for any further document, transfer, or other management or further representation, the Absorbing Company shall subsume, absorb, and entirely substitute the Absorbed Companies, and shall replace them in their totality, so that the entire assets, liabilities, and heritage of the Absorbed Companies, including all their ownership rights, or use on movables and fixed, tangible or intangible, fungible or non-fungible assets, as well as all

FNK 7782 1335

Privileged & Confidential
Joint Defense Information

their credits; as well as actions, demands or claims, either inchoate or not, and the legal entity and management in any judicial or administrative process or formality in which they may be part, either as Plaintiff, Defendant, or recurrent, or those in which they may be integrated as co-parties, or those in which they may intervene as exclusive or adjuvant third parties, whatever the phase of the process or the resort may be; as well as the concessions, rights, capital appreciation, interests, franchises, privileges, and other rights; the debts or obligations, in addition to the charges, mortgages, pledges or other levies imposed on specific assets of the Absorbed Companies as guarantee for their credits, shall all pass to be part of the Absorbing Company, substituting and replacing the Absorbed Companies in all senses and integrating the same in the assets, liabilities, rights, or contingents of the Absorbing Company and its heritage, without thus affecting the titles, rights, and interests of property and use of the Absorbing Company on its own assets and credits, its own shares, demands or claims, the continuous effectiveness of its licenses, permits, authorizations, concessions, titles, interests, franchises and privileges, and its obligations, charges, mortgages, pledges, and other levies imposed on its assets or rights or as respect to or related to the same; neither on those pertaining or those which have been conferred upon, granted, or obligated separately to the affiliated companies of the Absorbing Company.

Article 3: Specifically, without being of limitative purposes, the merging shall have the following effects: a) The accounts receivables and the reserves thereon of the Absorbed Companies shall be transferred to the Absorbing Company separately and pursuant to its amounts as referred to in said companies' books. b) The accounts receivables between the Absorbing Company and the Absorbed Companies shall be compensate. Accounts of inventories and the reserves thereon for losses by obsolescence (if existing) of the Absorbed Companies shall be transferred to the Absorbing Company separately and pursuant to its value as referred to in said companies' books. c) Depreciable assets with its respective depreciations and fixed assets of the Absorbed Companies, as well as the depreciable capital appreciation shall be transferred to the Absorbing Company separately and pursuant to its value as referred to in said companies' books. d) Capital accounts, as the paid capital, capital reserve,

FNK 7782 1336

Privileged & Confidential
Joint Defense Information

surplus or deficit or any other similar increase or decrease of the Absorbed Companies and the Absorbing Company shall be integrated, and the Absorbing Company shall reflect the net balance of each. The Absorbing Company was disposing before the merging of a capital of USD 10,000.00 (Ten Thousand US Dollars), following the merging, the Company's Capital of the Absorbing Company shall be of USD 30,000.00 (Thirty Thousand US dollars) represented by thirty (30) shares of a nominal value of USD 1,000.00 (One Thousand US Dollars) either common shares, nominal shares or shares to the holder. e) The income, costs, and expenditures accounts of the Absorbed Companies and the Absorbing Company shall be integrated for the purposes of submitting the statement of the Income Tax for the fiscal year within which appears the Effective Date. f) If the Absorbed Companies and the Absorbing Company have distinct accounting systems and methods for inventory consignment, the Absorbing Company shall adopt the systems or methods technically more appropriate for the commercial activity to be performed and carried out, which may applied, without prejudice to the other legal and regulative provisions which may be appropriate, pursuant to the provisions of Articles Twenty (20) and Sixty Six (6) of the Executive Decree No. One Hundred & Seventy (170) of the year One Thousand Nine Hundred & Ninety Three (1993). g) In general, the Accounting books of the Absorbing Company shall reflect the different accounts as appearing, according to its case, in the books of the Absorbed Companies and the Absorbing Company, integrating or accumulating the balances of accounts although having different denominations.

Article 4: Upon the merging, the corporate name of the Absorbing Company shall remain GOLDI ELECTRONICS, S.A., and its managers and delegated with the right to sign for and on behalf of the Company shall remain the same as recently appointed pursuant to the entries of the Public Register, being as follows: AIMAN SAID JOMAA KHARFAN, Passport No. CC Eight Four Zero Seven Five Zero Five Zero (CC84.075.050), Chairman, JALAL JOMHA KHARFAN, Passport No. RC Nine Four Six Seven Five Zero Two (RC9467502), Secretary, and ISMAEL YOUSSEF ABDALLAH, Passport No. CC- One Seven Nine Zero Zero Nine Seven Three (CC17.900.973), Treasurer, all residing in Street Thirteen (13),

FNK 7782 1337

Privileged & Confidential
Joint Defense Information

Central Avenue, Universal Square Building, No. Twelve One Eight Three (12.183) Office No. Eight (8) until duly electing successors.

Article 5: The parties to the present Merging Agreement declare that they will execute the documents that may be required or appropriate as opportunely established, until perform or fully and definitely fulfill the present merging, including whenever required and for more clarity without affecting the substantial of the present merging, the issuance of the document including the revised Articles of Association of the Absorbing Company, reflecting the provisions of the present Article Four of this Merging Agreement.

It is hereby authorized to Mr. RICARDO SEMPERO, Attorney-at-law, with personal ID Card number Three-Sixty Three-Four Hundred & Twenty Eight (3-63-428), residing in the City of Colon, in Street Thirteen (13), Central Avenue, Universal Square Building, No. Twelve One Eight Three (12.183) Office No. Eight (8), Second Floor, with Phone number Four Four One – Seven Nine Six Zero (441 7960) and Four Four One – Seven Four Six One (441 7461) to carry out whatever act that may be necessary to authenticate, legalize, and register the present Minutes of the General Assembly of Shareholders to propose the merging and execute whatever act related to the same whenever fulfilled by the concerned Parties. Since all matters have been discussed, the meeting was declared postponed. In testimony whereof, the present Merging Agreement was executed in Panama, Republic of Panama, on this day the Fifth (5th) of January Two Thousand & Ten (2010) on three counterparts of same effect. Acting for the Absorbing Company, (Signature) AIMAN SAID JOMAA KHARFAN, Chairman; (Signature) JALAL JOMHA KHARFAN, Secretary; (Signature) ISMAEL YOUSSEF ABADIA, Treasurer; GOLDI ELECTRONICS, S.A.

For the Absorbed Companies (Signature) AIMAN SAID JOMAA KHARFAN, Chairman; (Signature) JALAL JOMHA KHARFAN, Secretary; (Signature) ISMAEL YOUSSEF ABADIA, Treasurer; MONTE GRANDE INTERNACIONAL, S.A.

FNK 7782 1338

Privileged & Confidential
Joint Defense Information

(Signature) AIMAN SAID JOMAA KHARFAN, Chairman; (Signature) JALAL JOMHA KHARFAN, Secretary; (Signature) ISMAEL YOUSSEF ABADIA, Treasurer; ZONA LIBRE INTERNATIONAL MARKET, S.A. Agreement drafted and countersigned byMr. RICARDO SEMPERO, Attorney-at-law, with personal ID Card number Three-Sixty Three-Four Hundred & Twenty Eight (3-63-428).

The Minutes were inserted as follows: MINUTES OF THE GENERAL ASSEMBLY OF SHAREHOLDERS OF THE COMPANY NAMED GOLDI ELECTRONICS, S.A. On this day the Fifth (5th) of January of the year Two Thousand & Ten (2010) at the tenth (10:00) hours a.m., a General Assembly of the Shareholders of the Company named Goldi Electronics, S.A., duly registered in the Public Record of the Commercial Microfilm Department, under File No. Six Four Two Nine Six Two (642962), Document No. One Four Seven Six Four Two (1476422), was held. During said meeting, were attending and represented all the shares issued and under circulation of the Company with the right of vote, waiving the right of previous convocation. Mr. AIMAN SAID JOMAA KHARFAN, acted as Chairman of the meeting and Mr. JALAL JOMHA KHARFAN was appointed as Secretary, who raised the present Minutes. The Chairman declared that the meeting purpose was to decide the approval or refusal of the merging agreement by absorption between the companies named GOLDI ELECTRONICS, S.A., MONTE GRANDE INTERNACIONAL, S.A. and ZONA LIBRE INTERNATIONAL MARKET, S.A., entered by and between the managers of said companies on the fifth (5th) of January Two Thousand & Ten (2010), of which shall remain existing the Company named GOLDI ELECTRONICS, S.A.

Upon motion, and after discussions and deliberations, the following resolutions were duly made, seconded, and unanimously adopted:

Resolution 1:
It is decided to approve the merging agreement by absorption between the companies named GOLDI ELECTRONICS, S.A., MONTE GRANDE INTERNACIONAL, S.A. and ZONA LIBRE INTERNATIONAL MARKET, S.A.

943

FNK 7782 1339

Privileged & Confidential
Joint Defense Information

**Resolution 2:**
It is hereby decided that a copy of said agreement submitted during the meeting shall be attached to the present Minutes to form and constitute an integral part thereof.

**Resolution 3:**
It is hereby authorized and empowered to the managers and/or delegated to sign for an on behalf of the Company, Mr. AIMAN SAID JOMAA KHARFAN, Mr. JALAL JOMHA KHARFAN and Mr. ISMAEL YOUSSEF ABDALLAH, to sign and/or execute the merging agreement on behalf of the Company as well as any other deed or document related to the aforementioned.

**Resolution 4:**
It is hereby authorized to Mr. Mr. RICARDO SEMPERO, Attorney-at-law, with personal ID Card number Three-Sixty Three-Four Hundred & Twenty Eight (3-63-428), residing in the City of Colon, in Street Thirteen (13), Central Avenue, Universal Square Building, No. Twelve One Eight Three (12.183) Office No. Eight (8), Second Floor, with Phone number Four Four One – Seven Nine Six Zero (441 7960) and Four Four One – Seven Four Six One (441 7461) to carry out whatever act that may be necessary to authenticate, legalize, and register the present Minutes of the General Assembly of Shareholders to propose the merging and execute whatever act related to the same whenever fulfilled by the concerned Parties.

There being no further matters to discuss, the meeting was adjourned. (Signature) AIMAN SAID JOMAA KHARFAN, Chairman; (Signature) JALAL JOMHA KHARFAN, Secretary.

The undersigned JALAL JOMHA KHARFAN, Secretary of the Company named GOLDI ELECTRONICS, S.A., does hereby certify that the present is a true copy of the Minutes of the General Assembly of the Shareholders of the Company held on the fifth (5th) of January Two

FNK 7782 1340

Privileged & Confidential
Joint Defense Information

Thousand & Ten (2010) attended by the majority of Shareholders with the right of vote. (Signature) JALAL JOMHA KHARFAN, Secretary.

The Minutes were inserted as follows: MINUTES OF THE GENERAL ASSEMBLY OF SHAREHOLDERS OF THE COMPANY NAMED MONTE GRANDE INTERNACIONAL, S.A. On this day the Fifth (5th) of January of the year Two Thousand & Ten (2010) at the tenth (10:00) hours a.m., a General Assembly of the Shareholders of the Company namedMONTE GRANDE INTERNACIONAL, S.A.a company duly established and incorporated pursuant to the laws in force in the Republic of Panama, duly registered in the Public Record of the Commercial Microfilm Department, under File No. Six Four Seven Three Seven Five (647375), Document No. One Four Nine Nine Five One Two (1499512), was held. During said meeting, were attending and represented all the shares issued and under circulation of the Company with the right of vote, waiving the right of previous convocation. Mr. AIMAN SAID JOMAA KHARFAN, acted as Chairman of the meeting and Mr. JALAL JOMHA KHARFAN was appointed as Secretary, who raised the present Minutes. The Chairman declared that the meeting purpose was to decide the approval or refusal of the merging agreement by absorption between the companies named GOLDI ELECTRONICS, S.A., and MONTE GRANDE INTERNACIONAL, S.A., entered by and between the managers of said companies on the fifth (5th) of January Two Thousand & Ten (2010), of which shall remain existing the Company named GOLDI ELECTRONICS, S.A.

Upon motion, and after discussions and deliberations, the following resolutions were duly made, seconded, and unanimously adopted:

Resolution 1:
It is decided to approve the merging agreement by absorption between the companies named GOLDI ELECTRONICS, S.A., and MONTE GRANDE INTERNACIONAL, S.A. pursuant to which shall remain existing the Company named GOLDI ELECTRONICS S.A. and shall be abolished and cancelled the Company named MONTE GRANDE INTERNACIONAL, S.A.

FNK 7782 1341

Privileged & Confidential
Joint Defense Information

**Resolution 2:**
It is hereby decided that a copy of said agreement submitted during the meeting shall be attached to the present Minutes to form and constitute an integral part thereof.

**Resolution 3:**
It is hereby authorized and empowered to the managers and/or delegated to sign for an on behalf of the Company, Mr. AIMAN SAID JOMAA KHARFAN, Mr. JALAL JOMHA KHARFAN and Mr. ISMAEL YOUSSEF ABDALLAH, to sign and/or execute the merging agreement on behalf of the Company as well as any other deed or document related to the aforementioned.

**Resolution 4:**
It is hereby authorized to Mr. Mr. RICARDO SEMPERO, Attorney-at-law, with personal ID Card number Three-Sixty Three-Four Hundred & Twenty Eight (3-63-428), residing in the City of Colon, in Street Thirteen (13), Central Avenue, Universal Square Building, No. Twelve One Eight Three (12.183) Office No. Eight (8), Second Floor, with Phone number Four Four One – Seven Nine Six Zero (441 7960) and Four Four One – Seven Four Six One (441 7461) to carry out whatever act that may be necessary to authenticate, legalize, and register the present Minutes of the General Assembly of Shareholders to propose the merging and execute whatever act related to the same whenever fulfilled by the concerned Parties.

There being no further matters to discuss, the meeting was adjourned. (Signature) AIMAN SAID JOMAA KHARFAN, Chairman; (Signature) JALAL JOMHA KHARFAN, Secretary.

The undersigned JALAL JOMHA KHARFAN, Secretary of the Company named MONTE GRANDE INTERNACIONAL, S.A., does hereby certify that the present is a true copy of the Minutes of the General Assembly of the Shareholders of the Company held on the fifth (5th) of January Two Thousand & Ten (2010) attended by the majority of

FNK 7782 1342

Privileged & Confidential
Joint Defense Information

Shareholders with the right of vote. (Signature) JALAL JOMHA KHARFAN, Secretary. Minutes drafted and countersigned by Mr. RICARDO SEMPERO, Esq.

MINUTES OF THE GENERAL ASSEMBLY OF SHAREHOLDERS OF THE COMPANY NAMED ZONA LIBRE INTERNATIONAL MARKET, S.A. On this day the Fifth (5th) of January of the year Two Thousand & Ten (2010) at the tenth (10:00) hours a.m., a General Assembly of the Shareholders of the Company namedZONA LIBRE INTERNATIONAL MARKET, S.A.a company duly established and incorporated pursuant to the laws in force in the Republic of Panama, duly registered in the Public Record of the Commercial Microfilm Department, under File No. Three Six Three Three Eight Six (363386), Roll No. Six Six One Six One (66161), Image Two Zero (20) was held. During said meeting, were attending and represented all the shares issued and under circulation of the Company with the right of vote, waiving the right of previous convocation. Mr. AIMAN SAID JOMAA KHARFAN, acted as Chairman of the meeting and Mr. JALAL JOMHA KHARFAN was appointed as Secretary, who raised the present Minutes. The Chairman declared that the meeting purpose was to decide the approval or refusal of the merging agreement by absorption between the companies named GOLDI ELECTRONICS, S.A., and ZONA LIBRE INTERNATIONAL MARKET, S.A., entered by and between the managers of said companies on the fifth (5th) of January Two Thousand & Ten (2010), of which shall remain existing the Company named GOLDI ELECTRONICS, S.A.

Upon motion, and after discussions and deliberations, the following resolutions were duly made, seconded, and unanimously adopted:

Resolution 1:
It is decided to approve the merging agreement by absorption between the companies named GOLDI ELECTRONICS, S.A., and ZONA LIBRE INTERNATIONAL MARKET, S.A. pursuant to which shall remain existing the Company named GOLDI ELECTRONICS S.A. and shall be abolished and cancelled the Company named ZONA LIBRE INTERNATIONAL MARKET, S.A.

FNK 7782 1343

Privileged & Confidential
Joint Defense Information

Resolution 2:
It is hereby decided that a copy of said agreement submitted during the meeting shall be attached to the present Minutes to form and constitute an integral part thereof.

Resolution 3:
It is hereby authorized and empowered to the managers and/or delegated to sign for an on behalf of the Company, Mr. AIMAN SAID JOMAA KHARFAN, Mr. JALAL JOMHA KHARFAN and Mr. ISMAEL YOUSSEF ABDALLAH, to sign and/or execute the merging agreement on behalf of the Company as well as any other deed or document related to the aforementioned.

Resolution 4:
It is hereby authorized to Mr. Mr. RICARDO SEMPERO, Attorney-at-law, with personal ID Card number Three-Sixty Three-Four Hundred & Twenty Eight (3-63-428), residing in the City of Colon, in Street Thirteen (13), Central Avenue, Universal Square Building, No. Twelve One Eight Three (12.183) Office No. Eight (8), Second Floor, with Phone number Four Four One – Seven Nine Six Zero (441 7960) and Four Four One – Seven Four Six One (441 7461) to carry out whatever act that may be necessary to authenticate, legalize, and register the present Minutes of the General Assembly of Shareholders to propose the merging and execute whatever act related to the same whenever fulfilled by the concerned Parties.

There being no further matters to discuss, the meeting was adjourned. (Signature) AIMAN SAID JOMAA KHARFAN, Chairman; (Signature) JALAL JOMHA KHARFAN, Secretary.

The undersigned JALAL JOMHA KHARFAN, Secretary of the Company named MONTE GRANDE INTERNACIONAL, S.A., does hereby certify that the present is a true copy of the Minutes of the General Assembly of the Shareholders of the Company held on the fifth (5th) of January Two Thousand & Ten (2010) attended by the majority of

FNK 7782 1344

Privileged & Confidential
Joint Defense Information

Shareholders with the right of vote. (Signature) JALAL JOMHA KHARFAN, Secretary. Minutes drafted and countersigned by Mr. RICARDO SEMPERO, Esq.

Certified to be a true copy of the original issued, signed and sealed in Colon, Republic of Panama on this Sixth (6th) of January Two Thousand & Ten (2010).

Mrs. NedelkaNavas Reyes
First Notary Public Office in and for Colon Circuit
(Signature & Seal)

Public Register of Panama
Department of the Daily Documents
Section of Documents Entry
Place: Colon                    Date/Hour: January 7, 2010 (03:54)
Presented by IzabelSilvera
ID No. 3-703-1743
Receipt No. 7010024538

Registered in the Public Register of Panama
Commercial Section            File No.:1042942
Place & Date of Registration: Colon, on January 11, 2010

Head Registrar
(Signature & Seal)

Registered in the Public Register of Panama
Commercial Section            File No.:647375
Place & Date of Registration: Colon, on January 11, 2010

Head Registrar
(Signature & Seal)

Registered in the Public Register of Panama
Commercial Section            File No.: 343384

FNK 7782 1345

Privileged & Confidential
Joint Defense Information

Place & Date of Registration: Colon, on January 11, 2010

Head Registrar
(Signature & Seal)

Public Register of Panama
National Archive of Panama
Section of Volumes
This is to certify that it is a true copy of the Document registered in the present institution issued and signed on this day the 10th of August 2016

(Signature)
(Seal of the Public Register of Panama, Republic of Panama)

True Translation of the attached Spanish Text

0 1 SEP 2016

FNK 7782 1346


Privileged & Confidential
Joint Defense Information



# REPÚBLICA DE PANAMÁ
### PROVINCIA DE COLÓN

## Notaría Primera del Circuito de Colón

### *Licda. Nedelka Navas Reyes*
### NOTARIA

TELEFONO: 441-3221 • CELULAR: 62151059
e-mail: notaria_1@yahoo.com

## COPIA

Escritura N° ___5___ de ___6___ de ___Enero___ de20 10

**Por la cual**  Se protocoliza CONVENIO DE FUSIÓN por absorción de **GOLDI ELECTRONICS, S.A.,** con **MONTE GRANDE INTERNACIONAL, S.A., ZONA LIBRE INTERNATIONAL MARKET, S.A.** y se insertan actas.







Privileged & Confidential
Joint Defense Information







**REPÚBLICA DE PANAMÁ**
**PAPEL NOTARIAL**

**NOTARIA PRIMERA DEL CIRCUITO DE COLÓN**

ESCRITURA PÚBLICA NÚMERO CINCO (5) ------------------------------------

Por la cual se protocoliza CONVENIO DE FUSIÓN por absorción de GOLDI ELECTRONICS, S.A.

con MONTE GRANDE INTERNACIONAL, S.A., ZONA LIBRE INTERNATIONAL MARKET

S.A. y se insertan actas.------------------------------------------------------

-------------------- Colón seis (6) de enero de dos mil diez (2010) -----------------

En la Ciudad de Colón, Cabecera de la Provincia y del Circuito Notarial del mismo nombre en la

República de Panamá, a los seis (6) días del mes de enero de dos mil diez (2010) ante mí

LICDA. NEDELKA NAVAS REYES, Notaria Primera del Circuito de Colón, con cédula tres – ciento

ocho – ochocientos uno (3-108-801), compareció personalmente el Licenciado LIC. RICARDO

SÉMPERO, varón, panameño, casado, abogado en ejercicio, mayor de edad, con cédula de

identidad personal N°. tres – sesenta y tres – cuatrocientos veintiocho (3-63-428), me pidió que

extendiera esta Escritura Pública y protocolizará EL CONVENIO DE FUSIÓN por absorción de la

sociedad GOLDI ELECTRONICS, S.A., celebrada el día cinco (5) de enero de dos mil diez

(2010).---Queda hecha la protocolización solicitada y se expedirán las copias que solicite el

interesado advirtiéndole que copia de esta debe ser inscrita en el Registro Público para su entera

validez, y leída como le fue al compareciente en presencia de los testigos instrumentales Eric

Alberto Lam España, con cédula tres – ciento doce – doscientos ochenta y cuatro (3-112-284) y

Cleotilde Hurtado de Lynch con cédula ocho-cuatrocientos diecinueve-novecientos treinta y

nueve (8-419-939), ambos mayores de edad, panameños de este vecindario, a quienes conozco

y son hábiles, quien la aprobó y firman todos por ante mí la Notaria que da fe.------------------

Esta Escritura lleva el número cinco (5) -----------------------------------------------

(fdo) RICARDO SEMPERO, (fdo) Eric Alberto Lam España (fdo) Cleotilde Hurtado de Lynch (fdo)

Nedelka Navas Reyes, Notaria Primera de Colón.---- EL CONVENIO DE FUSIÓN QUE SE

PROTOCOLIZA ES EL SIGUIENTE: **CONVENIO DE FUSIÓN** Los suscritos, AIMAN SAID

JOMAA KHARFAN, ISMAEL YOUSSEF ABDALLAH, y JALAL JOMHA KHARFAN, siendo

directores de la sociedad anónima denominada GOLDI ELECTRONICS, S.A., cuyo Pacto Social

consta inscrito en el Registro Público, Sección de Micropelículas (Mercantil), a Ficha seis cuatro

dos nueve seis dos (642962), documento uno cuatro siete seis cuatro dos dos (1476422) de la

Sección de Micropelículas (Mercantil) del Registro Público, en lo sucesivo la "Sociedad

Absorbente"; y las sociedades MONTE GRANDE INTERNACIONAL, S.A., cuyo Pacto Social

Privileged & Confidential
Joint Defense Information



consta inscrito en el Registro Público, Sección de Micropelículas (Mercantil), a ficha seis cuatro

siete tres siete cinco (**647375**), documento uno cuatro nueve nueve cinco uno dos (**1499512**)

y la sociedad **ZONA LIBRE INTERNATIONAL MARKET, S.A.**, cuyo Pacto Social consta inscrito

en el Registro Público, Sección de Micropelículas (Mercantil), a ficha tres seis tres tres ocho seis

(**363386**), rollo seis seis uno seis uno (**66161**), imagen dos cero (**20**) en lo sucesivo las

"Sociedades Absorbidas", las cuales desean fusionarse e integrarse por absorción, de modo que

como resultado subsista y sobreviva la Sociedad Absorbente, todo al amparo de lo previsto en

los Artículos setenta y uno (71) y concordantes, Sección Octava de la Ley treinta y dos (32) de

mil novecientos veintisiete (1927), y ajustado a lo dispuesto en el Decreto Ejecutivo Nº

dieciocho (18) de catorce (14) de marzo de mil novecientos noventa y cuatro (1994),

reglamentado por la Resolución número doscientos uno — mil ciento cinco (201-1105) de diecisiete (17)

de junio de mil novecientos noventa y cuatro (1994) de la Dirección General de Ingresos del

Ministerio de Economía y Finanzas, y particularmente a los Artículos primero (1º.) y segundo

(2º.) de dicho Decreto Ejecutivo. **CONSIDERANDO**: Que por razones de mayor eficiencia administrativa y

financiera, las Sociedades Absorbidas y la Sociedad Absorbente desean fusionarse de modo que

luego de perfeccionada la fusión, subsista, y sobreviva la Sociedad Absorbente, entendiéndose

subsumida en ella la totalidad de los activos, pasivos y el patrimonio de las Sociedades

Absorbidas, incluyendo, pero solo a título ilustrativo, todos los bienes, créditos, pasivos,

derechos, concesiones, plusvalías, privilegios, facultades y franquicias de las Sociedades

Absorbidas, sin perjuicio de los derechos de sus acreedores, fueran ellos reales respecto a

aquellos bienes gravados a favor de dichos acreedores y circunscritos al respectivo bien. Las

Sociedades Absorbidas y la Sociedad Absorbente, habida cuenta de las anteriores consideraciones y de los

beneficios mutuos que derivarán de la fusión por absorción objeto de este Convenio, declaran

que desean convenir y convienen la presente fusión en los siguientes términos: **PRIMERO**. La fecha efectiva

de la fusión será aquella fecha en que queda inscrito este Convenio de Fusión en el Registro Público ("Fecha

Efectiva").--- **SEGUNDO**. En la fecha efectiva, las Sociedades Absorbidas quedarán fusionadas por absorción

con la Sociedad Absorbente, cesando así la existencia y personería separadas de las Sociedades Absorbidas,

y por lo tanto, sin que sea necesario acto, traspaso u otra gestión o representación ulterior, la Sociedad

Absorbente subsumirá, absorberá y sustituirá enteramente a las Sociedades Absorbidas, reemplazándolas en

su totalidad, de suerte que todos los activos, pasivos y el patrimonio de las Sociedades Absorbidas

7782 1349

Privileged & Confidential
Joint Defense Information

   

**REPUBLICA DE PANAMA**
**PAPEL NOTARIAL**

**NOTARIA PRIMERA DEL CIRCUITO DE COLON**

incluyendo todos sus derechos de propiedad o de uso sobre bienes, muebles o inmuebles, tangibles o intangibles, fungibles o no, y todos sus créditos; así como las acciones, demandas o reclamaciones, incoadas o no, y su personería y gestión en cualesquiera procesos o trámites judiciales o administrativos de los que sea parte, como demandante o demandada o como recurrente, o a los que haya sido integrada como litisconsorte o en los que haya intervenido como tercero, excluyente o coadyuvante, cualquiera que sea la etapa del proceso o del recurso; y las concesiones, derechos, plusvalías, títulos, intereses, franquicias, privilegios y otros derechos; y las deudas u obligaciones, junto con todas las cargas, hipotecas, prendas u otros gravámenes que pesen sobre determinados bienes de las Sociedades Absorbidas, en garantía de sus créditos, pasarán a formar parte de la Sociedad Absorbente, sustituyendo y remplazando ésta a las Sociedades Absorbidas en todo sentido e integrándose los mismos al activo, a los pasivos, directos o contingentes, de la Sociedad Absorbente y a su patrimonio, pero sin que por ello se afecten los títulos, derechos e intereses, de propiedad o de uso, de la Sociedad Absorbente sobre sus propios bienes y créditos, sus propias acciones, demandas o reclamaciones, la continua vigencia y efectividad de sus licencias, permisos, autorizaciones, concesiones, títulos, intereses, franquicias y privilegios, y sus obligaciones y las cargas, hipotecas, prendas y otros gravámenes existentes sobre sus bienes o derechos o respecto de o con relación a los mismos; ni los que pertenezcan o le hayan sido conferidos u otorgados u obliguen por separado a las afiliadas de la Sociedad Absorbente.--- **TERCERO:** Específicamente pero sin que ello se entienda con fines limitativos, la fusión surtirá los siguientes efectos: Las cuentas por cobrar y las reservas sobre éstas de las Sociedades Absorbidas quedarán transferidas a la Sociedad Absorbente en forma separada y por su valor en libros. Las cuentas por cobrar entre las Sociedades Absorbidas y la Sociedad Absorbente quedarán compensadas. Las cuentas de inventarios y las de reservas para pérdidas por obsolescencia (si las hubiera) de las Sociedades Absorbidas quedarán transferidas a la Sociedad Absorbente en forma separada y a valor en libros. c) Los bienes depreciables con sus respectivas depreciaciones y bienes inmuebles de las Sociedades Absorbidas, así como las plusvalías amortizables, quedarán transferidos a la Sociedad Absorbente en forma separada y por su valor en libros. d) Las cuentas de capital, tales como capital pagado, reserva de capital, superávit o déficit y cualesquiera otras de las Sociedades Absorbidas y de la Sociedad Absorbente, quedarán integradas entre sí debiendo la Sociedad Absorbente reflejar el saldo neto de cada una de ellas. La sociedad absorbente antes de la fusión cuenta con un capital de $ 10,000.00, (DIEZ MIL DÓLARES), luego de la fusión, el Capital Social de la sociedad Absorbente, será de $ 30,000.00 (TREINTA MIL DÓLARES), representado por treinta acciones

FNK 7782 1350

Privileged & Confidential
Joint Defense Information



(30), de un valor nominal cada una de $1,000.00 (MIL DÓLARES) comunes, nominativas y al portador. e)

Las cuentas de ingresos, costos y gastos de las Sociedades Absorbidas y de la Sociedad Absorbente

quedarán integradas entre sí para propósitos de la presentación de la declaración del Impuesto

Sobre la Renta correspondiente al ejercicio fiscal dentro de la cual recaiga la Fecha Efectiva. f) Si

las sociedades Absorbidas y la Sociedad Absorbente tienen distintos sistemas de contabilidad o

métodos para la consignación inventarios, la Sociedad Absorbente adoptará los sistemas o métodos

técnicamente más apropiado a la actividad mercantil llevada a cabo, siendo aplicables a ello, sin perjuicio de

aquellas otras disposiciones legales y reglamentarias que sean pertinentes, lo dispuesto en los Artículos veinte

(20) y sesenta y seis (66) del Decreto Ejecutivo No. ciento setenta (170) de mil novecientos

noventa y tres (1993). g) En general los libros de contabilidad de la Sociedad Absorbente reflejarán las

distintas cuentas tal como aparezcan, según fuera el caso, en los libros de las Sociedades Absorbidas y de la

Sociedad Absorbente, integrándose o acumulándose los saldos de cuentas iguales aún cuando tuvieran

denominaciones distintas.-- **CUARTO:** Realizada la fusión, el nombre de la Sociedad Absorbente continuará

siendo **GOLDI ELECTRONICS, S.A.,** y sus directores y dignatarios continuarán siendo aquellos

últimamente designados según consta en el Registro Público los cuales son: **AIMAN SAID JOMAA**

**KHARFAN,** pasaporte C.C- ocho cuatro punto cero siete cinco punto cero cinco cero (C.C 84.075.050)

Presidente; **JALAL JOMHA KHARFAN,** pasaporte RC- nueve cuatro seis siete cinco cero dos

(RC9467502), Secretario; **ISMAEL YOUSSEF ABDALLAH,** pasaporte C.C- uno siete nueve cero cero nueve

cero punto nueve siete tres (C.C 17.900.973), Tesorero, todos con domicilio en calle trece (13) Ave.

Central, Edificio Plaza universal No. doce, uno ocho tres (12,183) oficina No. ocho (8) hasta que sus

sucesores sean debidamente elegidos.--- **QUINTO:** Las partes de este Convenio de Fusión declaran que

causarán documentos que sean necesarios o apropiados según oportunamente se establezca, a fin de

perfeccionar o consumar íntegramente esta fusión, incluyendo en cuanto sea necesario y para mayor

claridad pero sin que ello afecte lo sustantivo de esta fusión, el otorgamiento del documento que

contenga el texto refundido del Pacto Social de la Sociedad Absorbente, reflejando, lo dispuesto

sobre el mismo en la Cláusula Cuarta de este Convenio de Fusión.  Se autoriza al **LIC.**

**RICARDO SÉMPERO,** abogado en ejercicio, con cédula de identidad personal No. tres- sesenta

y tres- cuatrocientos veintiocho (3-63-428), con domicilio en la Ciudad de Colón, en calle trece

(13) y Ave. Central, Edificio Plaza Universal No. uno dos uno ocho tres (12,183), oficina No.

ocho (8), Segundo Alto, con teléfono cuatro cuatro uno- siete nueve seis cero (441-7960)

FNK 7782 1351